Reed Business Information.

# ProductDesign

pddnet.com

May 2003
Part 1 of 2

PRODUCT SOLUTIONS FOR DESIGN ENGINEERS

Renew your subscription at www.getfreemag.com/pdd

## High-Resolution Sensors

These reflective mark sensors have better than 0.01 in. resolution. They are suitable for limited space applications in bar-code slot readers, time and attendance equipment, currency validation equipment, and devices where a fine edge or mark requires sensing. Two styles are available: one with an infrared LED and one with a red LED. *Opto Technology Inc., 160 E. Marquardt Dr., Wheeling IL 60090. 847-537-4277.*

## Industrial Monitor Kit

This new analog RGB monitor kit has an 8.4 in. diagonal LCD panel featuring the XGA resolution (1024 x 768) normally used for larger panels. It includes an industrial analog controller, data cable, and matching backlight inverter with cable. Applications include medical and industrial instrumentation. *Apollo Display Technologies LLC, 85 Remington Blvd., Ronkonkoma, NY 11779. 631-580-4360. www.apollodisplays.com.*

## Precision-Engineered Rollers

Self-lubricating Power-Core rollers can be used as alternatives to steel cam followers in load-bearing applications where noise, moisture, and temperature are challenges. They boast a long-wearing composite tire with a stress-free crystalline structure. *Intech Corp., 250 Herbert Ave., Closter, NJ 07624. 201-767-8066. www.intechpower.com.*

**Write in 3 or reply online**

## Snap-Action Switches

GP Series snap-action switches provide actuator travel differentials as low as 0.002 in. and are suitable for applications such as factory automation and industrial vehicles. Features include a titanium copper alloy spring. *Cherry Electrical Products, 11200 88th Ave., Pleasant Prairie, WI 53158. 800-927-6298. www.cherrycorp.com.*

**Write in 4 or reply online**

Write in 1 or reply online

**Read about the winners of Product Design and Development's Eighth Annual Engineering Awards**

# And The Winners Are

USPS 1000 Approved Polywrap **PERIODICAL**

#BXNGQXJ ************** 5-DIGIT 01104
#076891850/00718# (00000000) 001 0052
DONALD C HUTCHINS 0328-09
PRESIDENT 001
HUTCHINS TOOL & ENGINEERING CO
259 PAGE BLVD
SPRINGFIELD MA 01104-3005

*By Jennifer M. Walkup,*
*Senior Associate Editor*

**P**roduct *Design and Development's* Eighth Annual Engineering Awards were given to three design teams for the creation of products considered revolutionary to the industries they serve. One product is designed to save lives. Another focuses on making the environment a healthier place to live. And the third concentrates on improving the quality of life.

Readers of *Product Design and Development* served as the judges for the awards program, voting for the top three products from a list of 50 products featured in the magazine. Each winner received a custom-designed crystal globe, which symbolizes the role of engineering in improving our world. In addition, a monetary prize was given in the amount of $2,500 for the Gold Award, $1,500 for the Silver Award, and $1,000 for the Bronze Award.

## Gold Award Winner

Saving lives is serious business. That's why Anthony Pannozzo, director of design, and the design team at Herbst LaZar Bell Inc. in Chicago, IL, believe the tasks required to save a life should be simple.

Herbst LaZar Bell's engineers, along with the engineers at Zoll, kept this goal in mind while designing the Zoll AED Plus, an automatic external defibrillator with CPR and resuscitation guidance capability. The device, whose design earned Herbst LaZar Bell the Gold Award, is engineered to give users step-by-step instructions so that almost anyone can respond to a potential cardiac event and be guided through critical life-saving and assessment procedures.

The award was given to Pannozzo, Greg Kenny, and Gustavo Fontana of Herbst LaZar Bell at a ceremony during National Manufacturing Week in Chicago. Also present at the evening reception was Ward Hamilton from Zoll, who is considered by the design team to be the visionary for this one-of-a-kind product.

"We are not the first on the market to have a defibrillation product. But ours is different," says Pannozzo. "Defibrillation is not as simple as 1-2-3. It is a big challenge when you have to save someone's life. There is much more involved than the shock process." The Zoll AED Plus focuses on the entire life-saving effort, giving instructions for not just delivering an electric pulse but also for providing a proper rescue.

This is where the real work arose for the design team. They wanted a product that could walk a user through all steps of the life-saving process. The defibrillator had to be easy enough to use but complex enough to get the job done.

"When you go to save a life, many things need to be done before and after

the defibrillation. We could not ignoi these steps. That's what makes us different," says Pannozzo. "If we're not going to include all the steps before, during, and after defibrillation, what's the point?"

Statistics show that 450,000 people die each year of sudden cardiac arrest. The "survival interval" from collapse to death is 10 minutes with a 10 percent decrease in survival expectancy with every minute. This new automatic external defibrillator, which focuses on the American Heart Association's life-saving protocol, was developed to make life-saving procedures more accessible to untrained people. To operate it, the user simply turns on the unit and follows simple voice and graphic prompts to assess the situation and perform CPR or defibrillation.

The Zoll AED Plus is designed to be inexpensive and non-intimidating, looking more like a child's toy than a frightening medical device. Most automatic external defibrillators, developed for users who have considerable life-saving training skills, cost between $4,000 and $5,000. The Zoll AED Plus sells for $1,500 to $2,000, which makes it much more affordable for the average business.

## Silver Award Winner

The second-place award went to AK Coatings, a subsidiary of AK Steel, in Middletown, OH, for its flat rolled stainless and carbon steels coated with AgION antimicrobial compound. These coated steels suppress the growth of a variety of destructive microbes including bacteria, mold, and fungus. Honored were Dr. Fred Meyers, principal research engineer; Lee Price, principal engineer for business development; Eric Welte, customer technical services engineer; Ed Case, manager, AK Coatings; and Mike Bergerhouse, development engineer-business development.

The AgION compound is a long-lasting organic material that contains silver zeolite, which is a safe and natural antimicrobial agent. When moisture is present, the zeolite provides a controlled release of silver ions into the environment. This controlled release provides continuous antimicrobial protection.

Antimicrobial-coated steels are designed to bring the benefits of steel and an added measure of cleanliness to surfaces. They are a natural fit for hospitals, where clean environments are of critical importance and essential for patients with weakened immune systems. They also can be used for certain types of appliances and bathroom components, door hardware, push plates and light switch plates, elevators and escalators, and food preparation equipment.

In addition, antimicrobial-coated steels can be used for every component of an HVAC system to suppress the growth of microbes and keep components cleaner. When the antimicrobial coating is applied to stainless steel substrates, it acts to seal the surface, making it easier to wipe and clean. The epoxy coating is also chemically inert, which improves the corrosion resistance of the stainless steel surface.

Alan McCoy, vice president of public affairs at AK Coatings, points out that antimicrobial-coated steels can benefit both home owners and commercial building owners. "Stainless steel products are found all around us. This compound can be applied to any of them and would make a difference to many people."

Unlike typical surface cleaning solutions, the AgION antimicrobial compound works continuously to reduce or inhibit microbes on surfaces.

"Another benefit, which was unintentional, is that when applied to stainless steel, the antimicrobial compound creates a surface coat that hides fingerprints and smudges," says McCoy. "It is also a very good selling point, so I'm told, for appliance manufacturers."

The adjustable Strata valve, which is used in the treatment of hydrocephalus, is the Bronze Award winner

made up of Jeff Bertrand, applied research manager; Ken Wise, product development manager; Kurt Walker, manufacturing process engineer; Jason McElroy, quality engineer; Marc Stepkowski, engineering technologist; Doug Francis, quality engineering manager; Mitch Solis, product development engineer; Ari Moskowitz, applied research engineer; and Leonard Porche, consulting design engineer.

The Strata valve is used in the treatment of hydrocephalus, which is the abnormal buildup of cerebro-spinal fluid in the ventricles of the brain. In most instances, hydrocephalus is a lifelong condition with the patient being treated rather than cured. Neurosurgeons use shunts as the primary method of treatment.

Conventional shunt valves have fixed pressure levels. With a fixed pressure valve, the only way to change the pressure control is to implant a new valve having a different pressure setting, which means an operation that can cost up to $20,000. The Strata valve offers a different way to handle pressure control.

An implantable shunt component designed to provide controlled flow from the ventricles of the brain, the Strata valve allows the adjustment of its pressure setting in the neurosurgeon's office while the patient is awake. The adjustable pressure ranges that the Strata valve offers are important to the hydrocephalus patient and neurosurgeon. Patients with hydro-

ar
th
w
th
su
pa
ar

in
w
or
sa
tu
pc
"I
th

ing organic material that contains silver zeolite, which is a safe and natural antimicrobial agent. When moisture is present, the zeolite provides a controlled release of silver ions into the environment. This controlled release provides continuous antimicrobial protection.

Antimicrobial-coated steels are designed to bring the benefits of steel and an added measure of cleanliness to surfaces. They are a natural fit for hospitals, where clean environments are of critical importance and essential for patients with weakened immune systems. They also can be used for certain types of appliances and bathroom components, door hardware, push plates and light switch plates, elevators and escalators, and food preparation equipment.

In addition, antimicrobial-coated steels can be used for every component of an HVAC system to suppress the growth of microbes and keep components cleaner. When the antimicrobial coating is applied to stainless steel substrates, it acts to seal the surface, making it easier to wipe and clean. The epoxy coating is also chemically inert, which improves the corrosion resistance of the stainless steel surface.

Alan McCoy, vice president of public affairs at AK Coatings, points out that antimicrobial-coated steels can benefit both home owners and commercial building owners. "Stainless steel products are found all around us. This compound can be applied to any of them and would make a difference to many people."

Unlike typical surface cleaning solutions, the AgION antimicrobial compound works continuously to reduce or inhibit microbes on surfaces.

"Another benefit, which was unintentional, is that when applied to stainless steel, the antimicrobial compound creates a surface coat that hides fingerprints and smudges," says McCoy. "It is also a very good selling point, so I'm told, for appliance manufacturers."

AK Coatings is the only company in the U.S. to offer steel with an antimicrobial coating.

## Bronze Award Winner

The third-place award was given to Medtronic Neurosurgery in Goleta, CA, made up of Jeff Bertrand, applied research manager; Ken Wise, product development manager; Kurt Walker, manufacturing process engineer; Jason McElroy, quality engineer; Marc Stepkowski, engineering technologist; Doug Francis, quality engineering manager; Mitch Solis, product development engineer; Ari Moskowitz, applied research engineer; and Leonard Porche, consulting design engineer.

The adjustable Strata valve, which is used in the treatment of hydrocephalus, is the Bronze Award winner

The Strata valve is used in the treatment of hydrocephalus, which is the abnormal buildup of cerebro-spinal fluid in the ventricles of the brain. In most instances, hydrocephalus is a lifelong condition with the patient being treated rather than cured. Neurosurgeons use shunts as the primary method of treatment.

Conventional shunt valves have fixed pressure levels. With a fixed pressure valve, the only way to change the pressure control is to implant a new valve having a different pressure setting, which means an operation that can cost up to $20,000. The Strata valve offers a different way to handle pressure control.

An implantable shunt component designed to provide controlled flow from the ventricles of the brain, the Strata valve allows the adjustment of its pressure setting in the neurosurgeon's office while the patient is awake. The adjustable pressure ranges that the Strata valve offers are important to the hydrocephalus patient and neurosurgeon. Patients with hydrocephalus must have their intracranial pressure closely controlled. Too high of a pressure setting will make symptoms return, and too low of a pressure setting risks collapsed brain ventricles, catheter obstruction, and subdural hematomas.

"The adjustable valve is needed in ... and guess, put the valve in, and watch the patient. If pressure became low, they would have to do another surgery. With this product, the number of revision surgeries is cut down dramatically. Now, patients can just go to the doctor's office and it can be adjusted in five minutes."

At first, the Strata valve was looked at in the industry with skepticism. "When we started, they considered it a gimmick or boutique valve, but we stuck with it," says Bertrand. As a result, the industry turned around and began to show support and appreciation for the Strata valve. "It is gratifying to see the outlook from the field of neurosurgery changing."

[illegible]

C

Case 3:04-cv-30121-MAP   Document 1-4   Filed 06/22/2004   Page 6 of 20

# AED PLUS

## The First AED to Provide a Complete Look at Resuscitation

ZOLL



# The ZOLL AED Plus

For all the features that set it apart from other AEDs, the AED Plus hasn't sacrificed any of the hallmarks of ZOLL durability, advanced technology, quality and value.

### Flexibility

The AED Plus can be customized, from ECG all the way to the sequences of the user interface.

### Trusted Durability

The AED Plus meets or exceeds all operating, durability, and functional standards for AEDs.

### A Medical Control System Designed for Your Needs

Medical control has been designed around your hardware and software. Event data, including all machine information, associated ECG, and audio, are downloaded via a standard IRDA port, found on most laptops and easily added to most desktops. Data is available on ZOLL Data Review or ZOLL Data Control archiving and analysis software for medical control, retrospective analysis and reports.

### Self-Testing and Alarms to Assure Constant Readiness

The ZOLL AED Plus constantly monitors its condition. The status indicator shows either a green "✓" or a red "X" to indicate clearly whether the unit is ready for use. When the unit requires new batteries, it sounds an audible alarm and displays the red "X."

### Everything You Need for the Rescue in One Kit

The CPR-D padz comes complete with a barrier mask, a razor, scissors, disposable gloves and a towelette.

ZOLL

## ZOLL DEFIBRILLATION: Superior Performance and Ease-of-use

The ZOLL AED Plus combines superior biphasic defibrillation with fast and simplified electrode placement.

**ZOLL's Rectilinear Biphasic™ Waveform**

Only the ZOLL Rectilinear Biphasic waveform has proven its clinical superiority for defibrillating VF in high-impedance patients.[1] It also reduces exposure to high peak current and keeps an optimal waveform shape over a wide range of patient variability—enhancing efficacy while reducing the risks of inappropriate currents.

**One Electrode Pad Is Better Than Two**

Ordinary AEDs require the correct placement of two electrodes. The AED Plus features CPR-D padz,™ a one-piece, preconnected electrode. Its design virtually eliminates rescuer confusion by using the simplest landmark available for CPR hand placement: the "sternum between the nipples." The electrode comes complete with rescue essentials and tamper-evident seals, and it lasts four years—the longest shelf life of any electrode by far.

## Picture the Entire Rescue in One Device

When sudden collapse occurs, successful resuscitation involves far more than pushing a button to deliver a shock. Rescuers must recall all their training to save a life. That's why rescuers want more than just a defibrillator. From ABC assessment to defibrillation and CPR, the ZOLL AED Plus is the first and only AED that guides rescuers through the entire rescue process.

**A Complete Resuscitation Roadmap**

A picture is worth a thousand words, so the AED Plus uses a brilliant new graphical/voice user interface to help the rescuer every step of the way. It's a confidence-building coach at a moment of critical importance, helping the rescuer do the most important things, and do them well.

**Move Quickly, Step by Step**

High-intensity LEDs with corresponding voice prompts lead the rescuer through the resuscitation process quickly, drawing the rescuer's attention to each graphical reminder. The AED Plus moves through ABC assessment swiftly and starts analysis the moment electrodes are applied, assuring everything is done in order and shocks are delivered rapidly.

**Long-lasting Consumer Batteries for Convenience and Savings**

The ZOLL AED Plus runs on inexpensive, consumer lithium batteries.

**Priced to Make AEDs Accessible**

The AED Plus is more advanced than and as rugged as any AED. At the same time, it features more benefits and is priced to bring early defibrillation to as many communities as possible. You'll be able to outfit an entire team for less than you would believe. Your ZOLL sales representative can give you details, but expect to be amazed.

## The World's Only CPR Feedback

Defibrillation is the most critical treatment for many cardiac emergencies. But defibrillation is just one part of the whole rescue. For CPR, the AED Plus switches gears to become a CPR coach and helpful feedback tool.

**An Electrode Pad with a Sensitive Side**

Only the ZOLL AED Plus helps the rescuer perform CPR. A sensor on the CPR-D padz tracks the rescuer's compression depth and rate as soon as CPR begins.

**Audio and Visual Coaching**

The AED Plus's CPR Feedback is unique. Audio and visual cues help prevent the two most common errors of CPR: inadequate depth and inadequate rate. The AED Plus delivers voice prompts like "push harder" or "good compression" while its adaptive metronome leads the rescuer to the recommended 100 compression-per-minute rate.







D

aed step by step demo

Since the best chances for survival exist in the first three to five minutes after a person collapses, you could have saved someone's life using the AED@Home Defibrillator in the time it's taken you to read through this demo.

# The AED@Home Defibrillator

back · play again

aed

step by step demo

After you have determined that a sudden cardiac arrest has occurred, turn the unit on.

# Turn the unit on

Step 1

< back next

aed step by step demo

Open the lid on the AED and start following the visual and voice prompts.

# Follow visual & voice prompts

Step 2

back | next

aed step by step demo

Check the responsiveness of the patient by shouting, "Are you okay?"

Step 3

## Check responsiveness of patient

back · next

aed step by step demo

Call or send someone for help.

# Call for help

Step 4

‹ back next ›

aed step by step demo

Lift the patient's chin and tilt the head back. Open the patient's airway and check for breathing.

Step 5

# Open airway & check breathing

back next

aed step by step demo

Check the patient's circulation. If signs of circulation are absent, then defibrillation is necessary.

Step 6

## Check circulation

back next

aed step by step demo

Press the electrodes firmly in place on the patient.

Step 7

## Press electrodes on patient

‹ back next ›

aed step by step demo

Stay clear of the patient and advise anyone nearby to do the same.

Step 8

## Stay clear of patient

back next

 aed step by step demo

If the audio prompt indicates that defibrillation is advised, press the "treatment" button to deliver a shock. Repeat this and the previous step until the unit no longer prompts you to deliver a shock.

## Step 9

## Follow audio prompt's recommendations

‹back next›