# aed

step by step demo

If there is still no sign of
circulation, administer
compression to the patient.

## If patient has no circulation, administer compression



Step 10



‹ back   next ›

# aed

step by step demo

If additional defibrillation is
not needed, then administer
CPR until emergency medical
personnel arrive.

## Administer CPR until
## medical help arrives



### Step 11



back   next

E

# ZOLL AED PLUS

**SALES OF Zoll AEDs CALL (800) 834-7232**

# Administrator's Guide





Part Number 9650-0301-01 Rev. E

© 2002 ZOLL Medical Corporation. All rights reserved.

The issue date or revision level for this operation guide is shown on the front cover.

ZOLL, AED PLUS, and CPR-D are trademarks of ZOLL Medical Corporation.

stat padz is a registered trademark of ZOLL Medical Corporation.

# Table of Contents

PREFACE ....................................................................................................................................................................... V

SAFETY SUMMARY .......................................................................................................................................................... VI
    Warnings ............................................................................................................................................................... vi
    Cautions ................................................................................................................................................................ vi
    Indications for Use .............................................................................................................................................. vii
    Contraindications for Use ................................................................................................................................... vii
    Intended Users of the Device ............................................................................................................................. vii
    Tracking Requirements ........................................................................................................................................ vii
    Notification of Adverse Events ........................................................................................................................... vii
    Unpacking ............................................................................................................................................................ viii
    Conventions ........................................................................................................................................................ viii
    Symbols ................................................................................................................................................................ viii

INTRODUCTION ............................................................................................................................................................... 1
    Using the ZOLL AED PLUS ................................................................................................................................. 1
    Using the CPR Function ........................................................................................................................................ 2

OPERATION ..................................................................................................................................................................... 3
    Overview ............................................................................................................................................................... 3
    Identifying Operating Controls and Indicators .................................................................................................... 3
    Using the AED Graphics ....................................................................................................................................... 5
    Using Voice Prompts ............................................................................................................................................. 6
    Using the LCD Display .......................................................................................................................................... 8
    Using the Passive Airway Support System (PASS) ............................................................................................... 9
    Using Electrodes ................................................................................................................................................. 10
    Applying CPR-D padz ......................................................................................................................................... 11
    Using the CPR Monitoring Function .................................................................................................................. 12
    Using the Audio Recording Option .................................................................................................................... 12

SELF TEST, MAINTENANCE AND TROUBLESHOOTING ..................................................................................................... 13
    Overview ............................................................................................................................................................. 13
    Inspection ............................................................................................................................................................ 13
    Preparing the ZOLL AED PLUS for Use ............................................................................................................. 13
    Automatic Self-Test ............................................................................................................................................. 14
    Installing or Replacing Batteries ........................................................................................................................ 15
    Identifying Battery Condition ............................................................................................................................. 17
    Maintaining the Unit .......................................................................................................................................... 18
    Cleaning the Unit ............................................................................................................................................... 18
    Maintenance Checklist ....................................................................................................................................... 18
    Troubleshooting .................................................................................................................................................. 19
    Using ZOLL Administration Software .................................................................................................................. 20
    Installing ZOLL Administration Software ............................................................................................................ 20
    Setting Up Data Communications ....................................................................................................................... 20
    Ordering Accessories ......................................................................................................................................... 21
    Contacting Technical Service ............................................................................................................................. 22
    Contacting Technical Service for International Customers ................................................................................. 22

APPENDIX A: SPECIFICATIONS ...................................................................................................................................... 23
    Guidance and Manufacturer's Declaration - Electromagnetic Emissions ......................................................... 25
    Rectilinear Biphasic Waveform Characteristics ................................................................................................. 29
    Clinical Trial Results for the M Series Biphasic Waveform ................................................................................ 30
      Randomized Multi-Center Clinical Trial for Defibrillation of Ventricular Fibrillation (VF) and Ventricular Tachycardia (VT) .......... 30
    ECG Analysis Algorithm Accuracy ..................................................................................................................... 32

# Preface

The ZOLL AED PLUS Administrator's Guide is to be used by responsible medical authorities in conjunction with the ZOLL AED PLUS Operator's Guide.

The ZOLL AED PLUS is to be used by trained rescuers to provide emergency defibrillation. It incorporates a sequence of visual and voice prompts to help rescuers follow established protocols for use of AEDs. It also incorporates recording/memory capabilities to allow medical control authorities to review rescuer's use of the device. Recording includes ECG rhythms, event data, device identification, and optionally, voice recording of rescuer and ambient sounds. This information is available via an upload capability to a personal computer for event review and archiving.

Both the American Heart Association and the European Resuscitation Council publish extensive information regarding the use of automated external defibrillators and their relationship to cardiopulmonary resuscitation. See, for example, the following two publications: "Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiac Care, International Consensus on Science," *Circulation*. 2000;102, 8 and "International Guidelines 2000 for CPR and ECC – A Consensus on Science," *Resuscitation*; 2000; 46, 1-3. Both of these documents provide supplemental material to be used in conjunction with this Guide and the Operating Instructions for the ZOLL AED PLUS.

This guide provides information about the operation and care of the AED unit. The administrator, and user should read each section carefully. Make sure to read the Safety Summary section. This guide is to be used in conjunction with the ZOLL AED PLUS Operator's Guide (ZOLL p/n 9650-0300-01).

This guide is divided into six sections.

**Preface** - This page.

**Safety Summary** - Describes General Warnings and Cautions.

**Introduction**- Provides a general product overview of the AED.

**Section 1** - Operation - Describes the functions of all controls and indicator lights of the AED.

**Section 2** - Self Test, Maintenance and Troubleshooting- Describes configuration of the unit, data communications, troubleshooting, maintenance and how to order accessories and supplies.

**Appendices** - Provides the specifications of the AED, characteristics of the ZOLL Rectilinear Biphasic waveform, and information on the ECG Analysis Algorithm Accuracy.

- The CPR-D Padz Electrode can be connected to other ZOLL Defibrillators with Multifunction Cables. Defibrillation can be administered when connected to other ZOLL Defibrillators. The CPR function does not operate with any device other than the AED PLUS.

## Indications for Use

Use the AED when a suspected cardiac arrest victim has an apparent LACK OF CIRCULATION as indicated by:

- Unconsciousness and
- Absence of normal breathing; and
- Absence of a pulse or signs of circulation.

## Contraindications for Use

Do NOT use the AED when the patient is:

- Conscious; or
- Breathing; or
- Has a detectable pulse or other signs of circulation.

The ZOLL AED PLUS is not indicated for use on patients under 8 years of age (Per AHA Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care, I-64, 2000).

## Intended Users of the Device

The ZOLL AED PLUS external defibrillator is intended to be used by personnel who are qualified by training in the use of the AED PLUS, basic life support, or advanced life support, or other physician-authorized emergency medical response to defibrillate victims of cardiac arrest. The CPR monitoring function provides a metronome designed to encourage rescuers to perform chest compressions at the AHA/ERC recommended rate of 100 compressions per minute. Voice and visual prompts encourage a compression depth of 1½ - 2 inches for adult patients.

## Tracking Requirements

U.S Federal Law (21 CFR 821) requires the tracking of defibrillators. As an owner of this device, you have the responsibility under this law to notify ZOLL Medical Corporation if this product has been received, lost, stolen or destroyed or has been donated, resold or otherwise distributed to a different organization.

If any of the events described above occur, please contact ZOLL Medical Corporation in writing with the following information:

1.Originator's organization - Company Name, Address, Contact Name and Contact Phone Number.

2.Part Number/Model Number and Serial Number.

3.Disposition of Device (e.g. received, lost, stolen destroyed, distributed to another organization).

4.New Location and/or Organization (if different from #1 above) - Company Name, Address, Contact Name and Contact Phone number.

5.Date change took effect.

## Notification of Adverse Events

As a health care provider, you may have responsibilities under the SMDA for reporting to ZOLL and possibly to the FDA, the occurrence of certain events. These events, described in 21 CFR Part 803, include device related death and serious injury or illness. In any event, as part of our Quality Assurance Program, ZOLL should be notified of any device failures or malfunction. This information is required to assure that ZOLL provides only the highest quality products.

SALES OF Zoll AEDs CALL (800) 834-7232

*(This page intentionally left blank.)*

ZOLL AED PLUS

# Safety Summary

The following section describes general warnings and safety considerations for administrators, rescuers, and patients.

## Warnings

- This device should only be used by properly trained individuals.
- Defibrillation energy delivered to the patient may be conducted through the patient's body and cause a lethal shock to those touching the patient. Always stand clear of patient when delivering treatment.
- DO NOT TOUCH the electrode surfaces, the patient, or any conductive material touching the patient during ECG analysis or defibrillation.
- Move patient away from electrically conductive surfaces prior to use of equipment.
- DO NOT use the unit near or within puddles of water.
- DO NOT use this unit on children less than 8 years of age.
- Keep the patient as motionless as possible during ECG analysis.
- DO NOT use the unit near flammable agents, such as gasoline, oxygen-rich atmospheres or flammable anesthetics.
- Avoid radio frequency interference from high-power sources that might cause the defibrillator to interpret cardiac rhythms incorrectly by turning off cell phones and/or 2 way-radios.
- Disconnect non-defibrillation protected electronic devices or equipment from patient before defibrillation.
- Dry patient's chest, if wet, before attaching electrodes.
- Apply freshly opened and undamaged electrodes within the expiration date to clean and dry skin to minimize burning.
- DO NOT place the electrodes directly over the patient's implanted pacemaker because pacemaker stimuli may degrade the accuracy of ECG rhythm analyses or the pacemaker may be damaged by defibrillator discharges.
- Check labeling inside the ZOLL AED PLUS cover before using the cover as a Passive Airway Support (PASS) device. Ensure it is intended for this use.
- DO NOT use Passive Airway Support System (PASS) if suspected head or neck injury. Place patient on a firm surface before performing CPR.
- DO NOT recharge, disassemble, or dispose of batteries in fire. Batteries may explode, if mistreated.
- The system should not be used adjacent to or stacked with other equipment. If it is, verify proper operation prior to use.

## Cautions

- Do not disassemble the unit. A shock hazard exits. Refer all servicing to qualified personnel.
- Use only commercially available type 123A lithium manganese dioxide batteries. Discard batteries properly after removal from unit. Use only batteries from recommended manufacturers.
- Safety and effectiveness data submitted by ZOLL Medical Corporation to the Food and Drug Administration (FDA) under section 510(K) of the Medical Device Act to obtain approval to market are based upon the use of ZOLL accessories such as disposable electrodes. The use of electrodes from sources other than ZOLL is not recommended. ZOLL makes no representations or warranties regarding the performance or effectiveness of its products when used in conjunction with electrodes from other sources. If unit failure is attributable to the use of accessories not manufactured by ZOLL, this may void ZOLL's warranty.

## Unpacking

- Carefully inspect each packing container for damage.
- Examine the unit for any signs of damage that may have occurred during shipping.
- If the contents are incomplete or damaged or if the unit fails to pass its self-test as indicated by a Red "X" in the status indicator window after battery installation, contact ZOLL Medical Corporation's Technical Service Department.
- Review the shipping list to insure that all items ordered were received.

## Conventions

Throughout this document, voice prompts are indicated by capital italicized letters, such as *CALL FOR HELP.*

---

**WARNING!** Warning statements describe conditions or actions that can result in personal injury or death.

---

**CAUTION!** Caution statements describe conditions or actions that can result in damage to the unit.

---

NOTE   Notes contain additional information on using the defibrillator.

## Symbols

Symbols used in this manual or on the equipment include the following:



| | |
|---|---|
| | Class II equipment. |
| | Defibrillation protected Type BF patient connection |
| | **ATTENTION:** Refer to manual for more information |
| | **DANGEROUS VOLTAGE** |
| | Not new Battery Cells |
| | New Battery Cells |
| | Do Not Push Button |
| | Push Button |
| | Do Not use this manufacturer |
| | Ok to use this manufacturer |

# Introduction

## Using the ZOLL AED PLUS

The ZOLL AED PLUS is an automated external defibrillator that uses voice prompts and visual graphics to guide the rescuer through a resuscitation sequence that may include defibrillation and/or cardiopulmonary resuscitation. It incorporates the ZOLL Rectilinear Biphasic Defibrillation waveform. Following attachment of electrodes to a patient's chest, the defibrillator monitors the electrocardiographic (ECG) rhythm of the patient's heart, analyzes that rhythm, and determines whether the rhythm is shockable or non-shockable. When needed, defibrillation energy is also delivered through these same electrodes. When the unit detects a shockable rhythm, it charges and issues the warning *DON'T TOUCH PATIENT, PRESS TREATMENT BUTTON*. The rescuer presses the Treatment/Shock Button to deliver the shock. If the patient remains in VF or shockable VT, additional shocks can be administered after subsequent analyses of the patient's heart rhythm. The rescuer may be prompted to perform CPR if the initial or subsequent defibrillation attempts are unsuccessful.

Some versions of ZOLL AED PLUS include a cover that can also be used as a PASS (Passive Airway Support System) to support the patient's neck and shoulders in a position that assists in maintaining an open airway. Some versions also contain disposable accessories (razor, barrier mask, scissors, and a towel). The defibrillator is powered by ten commercially available consumer brand lithium-manganese dioxide batteries.

The ZOLL AED PLUS can do the following:

- Perform periodic self tests to ensure its continual readiness.
- Use one piece electrode assembly that facilitates proper electrode placement and that is easy to apply to the patient.
- Analyze heart rhythm and inform the rescuer if the rhythm is shockable or non-shockable.
- Deliver defibrillation treatment to victims of cardiac arrest who exhibit shockable ECG rhythms.
- Provide voice prompts and graphics to guide the rescuer regarding what to do and when to do it during a cardiac emergency, such as calling for help or giving CPR to the patient.
- Provide audible beeps to encourage rescuers to provide CPR compressions at 100 CPM (requires CPR-D padz).
- Monitor the depth of chest compressions during CPR and provide voice prompts, if compression depth is inadequate (requires CPR-D padz).
- Provide a unit cover that functions as a Passive Airway Support System (PASS). (Note the PASS feature is standard with some versions of the product and optional with others.)
- Upload data from the defibrillator to a PC to store events or print event reports.
- Use commercially available batteries.

## Using the CPR Function

The CPR-D padz include a sensor that detects the rate and depth of CPR chest compressions. This sensor is placed (as part of the electrodes application) on the patient's chest so that it is located between the rescuer's hands and the patient's lower sternum during chest compressions. When the rescuer performs CPR compressions, the sensor detects their rate and depth and sends the information to the ZOLL AED PLUS unit. When used with ZOLL CPR-D padz the ZOLL AED PLUS monitors the depth and rate of CPR chest compressions. It provides a CPR metronome function designed to encourage rescuers to perform chest compressions at the AHA/ERC recommended rate of 100 compressions per minute (CPM) as well as voice and visual prompts to encourage a compression depth of 1½ - 2 inches for adult patients.

The metronome function is disabled during periods when CPR should not be performed (e.g. during ECG analyses and defibrillation shock sequences). During periods when CPR may be indicated, the metronome begins issuing audible beeps following detection of the rescuer's first few compressions. The beeps continue automatically (at rates described below) until a few seconds after chest compressions are halted by the rescuer or until the recommended "CPR period" ends (1 minute for AHA protocols and 1-3 minutes for ERC protocols). If the rescuer ceases chest compressions during the CPR period, metronome beeps will stop within a few seconds after compressions are halted. Audible beeps will resume during the CPR period following any re-initiation of CPR compressions. If no CPR compressions are detected during "CPR periods", the ZOLL AED PLUS will periodically re-issue *IF NO CIRCULATION, CONTINUE CPR* prompts.

The rate of beeps issued by the ZOLL AED PLUS metronome function adapts to the rescuer's actual chest compression rate. The metronome will beep at 100 CPM when chest compressions are delivered at greater than 80 compressions per minute (CPM). Should the rescuer fail to deliver compressions at 80 CPM or greater, the metronome will beep at a rate that is approximately 15 CPM higher than the rescuer's actual rate. This increased metronome rate is intended to encourage the rescuer to increase his/her chest compression rate until the recommended 100 CPM rate is achieved. The metronome beeps at a minimum rate of 60 CPM in cases where the rescuer's compression rate is substantially below 60 CPM.

During CPR, the ZOLL AED PLUS may issue one or more audible prompts based upon the depth of chest compressions detected. When the CPR monitoring system determines that compression depth is consistently less than 1½ inches, a *PUSH HARDER* prompt will be issued. A *GOOD COMPRESSION* prompt will be issued if the rescuer responds by increasing compression depth to 1½ inches or more.

# Operation

## Overview

This section describes the following functions:

- Operating Controls and Indicators
- Using the AED Graphics
- Using Voice Prompts
- Using the LCD Display
- Using the Passive Airway Support System (PASS)
- Using Electrodes
- Applying CPR-D padz
- Using the CPR Monitoring Function
- Using the Audio Recording Option

## Identifying Operating Controls and Indicators

See *Table 1: Control Functions* for an explanation of each of these controls.



*Figure 1:  Identifying Operating Controls and Indicators*

SALES OF Zoll AEDs CALL (800) 834-7232

*Table 1: Control Function*

| Control/Indicator | What it does: |
|---|---|
| ON/OFF button | Turns power ON or OFF.<br>When held depressed for >5 seconds initiates self test or data communications. |
| Indicator Lights | Illuminates to indicate which step rescuer must take to treat a patient. |
| Treatment Button | 1. This button illuminates when the AED is charged and ready to deliver treatment to the patient.<br>2. When pressed, causes the charged and ready defibrillator to discharge its energy into the patient.<br>3. When defibrillator is not charged the lighted button is extinguished. Pressing this button initiates a voice prompt that indicates the number of defibrillator shocks delivered since the unit was powered on. |
| Pictograms | Icons that explain the series of steps needed for resuscitation and defibrillation. |
| Status Indicator | Illuminated check indicates the unit passed its last self test and is ready for use.<br><br>Illuminated "X" indicates unit has failed its self test and is not ready for use. |
| LCD Display | Displays elapsed time, shock count, user prompts, CPR compression depths and ECG waveforms. |
| IrDA™ Port | Provides a communications link between the defibrillator and a personal computer or another IrDA™ equipped device. |
| PASS Cover (optional) | Some ZOLL AED PLUS models include a cover that may be used as a shoulder support to aid patient airway management. The PASS can be ordered separately for other ZOLL AED PLUS models. (See Accessories section.) |
| Battery Compartment | Holds ten (10) 123A lithium manganese dioxide batteries used to power the unit. |
| Patient Connector | Connector for attaching electrodes to the AED. |
| Speaker | Provides audio prompts and metronome beeps that direct rescuers what to do during a resuscitation. It also provides voice prompts to indicate if service is required. |
| Microphone (optional) | When voice recording option is installed, this microphone picks up and records ambient sounds, including rescuer's voice. |

## Using the AED Graphics

The graphical user interface (see Figure 2) is revealed on the top of the unit when the cover is removed. The graphics are reminders of the steps to follow when performing a rescue and to reinforce instructions provided in the form of voice prompts and optional display messages.

The graphics incorporated on the device are each combined with an indicator light (LED) and the listed voice prompts to draw attention to the graphics in a sequence defined by current protocols for use of an AED by the American Heart Association and the European Resuscitation Council.



*Figure 2: Graphical User Interface*

The device contains an LCD display (some special models do not have an LCD) that displays elapsed time, number of shocks delivered, text messages consistent with the voice prompts, depth of CPR compressions, and can be configured to display the acquired ECG signals.

When the device is turned on, the sequence of voice prompts and graphics illuminations are automatically initiated and will continue until the device is turned off or the electrodes are disconnected from the patient for an extended period of time. Analysis of the ECG rhythm will occur after electrodes are attached to the patient and impedance of the connection is verified.

Following the results of this ECG analysis, voice prompts tell the rescuer whether a shockable or non-shockable rhythm has been detected. If a shockable ECG rhythm is present, the graphics illuminate and voice prompts guide the rescuer through the defibrillation sequence. When no shock is advised, the AED issues the following series of audio prompts: *NO SHOCK ADVISED. OPEN AIRWAY. CHECK BREATHING. CHECK CIRCULATION. IF NO CIRCULATION -- START CPR* and illuminates the CPR related graphics. A period of 1 – 3 minutes (depending upon device configuration) is then provided for performing rescuer CPR. Following this "CPR period", the AED automatically re-initiates additional ECG rhythm analyses.

In the continuing presence of a shockable ECG rhythm, the AED is designed to perform up to three ECG analyses and stacked shocks before it prompts the rescuer to initiate CPR. Shocks are delivered by depressing the Treatment Button (indicated by the heart and associated LED) located in the center of the graphic user interface.

Consult the ZOLL AED PLUS Operator's Guide for more details on the graphics included in the unit's graphic interface, the audio prompts issued at each step in the treatment protocol and the expected rescuer response to these audio and visual prompts.

Loss of contact between the electrodes and the patient will interrupt ECG analysis and/or shock delivery until the electrodes are re-attached and will result in a *CHECK ELECTRODE PADS* prompt to the operator.

## Using Voice Prompts

During clinical use of the ZOLL AED PLUS, you may hear the following voice prompts.

*Table 2: Identifying Voice Prompts*

| Voice Prompt | Definition |
|---|---|
| *UNIT OK.* | ZOLL AED PLUS has successfully passed its power up self tests. |
| *UNIT FAILED.* | ZOLL AED PLUS has failed its power up self tests and is not usable for patient care. |
| *DATA STORED.* | Clinical event data recorded during a prior rescue attempt is still stored in memory and has not been uploaded. This data will be overwritten by data collected during the next clinical use of the ZOLL AED PLUS. |
| *CHANGE BATTERIES.* | ZOLL AED PLUS power up self test has detected a low battery condition inconsistent with the device's use for patient care. Replace batteries immediately. |
| *STAY CALM.* | Relax as much as possible and focus on the rescue effort. |
| *CHECK RESPONSIVENESS.* | Check patient for responsiveness/consciousness by gently shaking the patient and shouting "Are you all right?". |
| *CALL FOR HELP.* | Activate the EMS system or get a bystander to do it for you. |
| *OPEN AIRWAY.* | Place patient in the supine position and perform Head Tilt - Chin Lift or Jaw – Thrust maneuver to open patient's airway. |
| *CHECK BREATHING. GIVE TWO BREATHS.* | Look, listen or feel for the presence of breathing and/or airflow from the patient's lungs. If patient is not breathing give two rescue breaths. |
| *CHECK CIRCULATION.* | Check patient for the presence of a pulse or other signs of circulation such as normal breathing, movement or coughing. |
| *PLUG IN CABLE.* | The electrode cable is not properly connected to the AED patient connector. |
| *ATTACH ELECTRODE PADS.* | Attach defibrillation electrodes to the patient. |
| *CHECK ELECTRODE PADS.* | Previously attached electrodes are not making good contact with the patient's skin or the electrodes are defective. |
| *DON'T TOUCH PATIENT, ANALYZING.* | Don't touch patient, an ECG rhythm analysis is in progress or about to begin. |

ZOLL AED PLUS

| Voice Prompt | Definition |
|---|---|
| *TREATMENT ADVISED.* | ECG rhythm analysis has detected the presence of VF or shockable VT. |
| *NO TREATMENT ADVISED.* | ECG rhythm analysis has detected a rhythm that is not treatable by defibrillation. |
| *ANALYSIS HALTED. KEEP PATIENT STILL.* | ECG rhythm analysis has been halted due to the presence of excessive ECG signal artifact. Halt any ongoing CPR and keep the patient as motionless as possible. |
| *DON'T TOUCH PATIENT. PRESS TREATMENT BUTTON.* | Warn all persons in attendance of the patient to stand clear and stop touching the patient. Press the Treatment Button to deliver defibrillation therapy. |
| *RELEASE TREATMENT BUTTON.* | Treatment Button was depressed before the defibrillator was ready to defibrillate. Release the Treatment Button and press after the ready tone sounds. |
| *TREATMENT DELIVERED.* | A defibrillation shock has just been delivered to the patient. |
| *NO TREATMENT DELIVERED.* | No treatment (shock) was delivered to the patient because rescuer failed to press Treatment Button or an error condition was detected. |
| *n SHOCKS DELIVERED.* | A total of n shocks have been delivered since the AED was turned on. |
| *IF NO CIRCULATION, START CPR.* | Check patient for the presence of a pulse or other signs of circulation. If no signs of circulation are detected begin CPR. |
| *IF NO CIRCULATION, CONTINUE CPR.* | Continue providing CPR. This prompt may also be issued if the ZOLL AED PLUS CPR monitoring function fails to detect chest compressions at least ¾ of an inch deep. |
| *PUSH HARDER.* | CPR compressions are consistently less than 1 ½ inches deep. |
| *GOOD COMPRESSIONS.* | After prompting to Push Harder, rescuer has succeeded in delivering chest compressions at least 1 ½ inches deep. |
| *STOP CPR.* | Stop CPR, the AED is about to begin an ECG rhythm analysis. |

SALES OF Zoll AEDs CALL (800) 834-7232

Prompts that may be heard during non-clinical use of the ZOLL AED PLUS unit:

*Table 2b*

| Voice Prompt | Definition |
|---|---|
| *IF NEW BATTERIES, PRESS BUTTON.* | Press the battery reset button located in the battery compartment after replacing ALL batteries in the device with new batteries. |
| *NON-RESCUE MODE.* | ZOLL AED PLUS device has entered the diagnostics/data communications mode. |
| *COMMUNICATIONS ESTABLISHED.* | IrDA Communications between the ZOLL AED PLUS and a personal computer or modem have been established. |
| *SENDING.* | Data is being sent from the ZOLL AED PLUS to an external computer or IrDA modem. |
| *SENDING FAILED.* | Data communications between the ZOLL AED PLUS and personal computer or IrDA modem have failed. |

## Using the LCD Display

The ZOLL AED PLUS is equipped with a 1.3 x 2.6 inch LCD screen (see Figure 3) that displays the following information:



*Figure 3: LCD Displays*

NOTE  Some special models do not have an LCD.

**Elapsed Time** (Upper right corner of screen): Indicates the total time in minutes and seconds that has elapsed since the ZOLL AED PLUS was last powered on. Elapsed time continues to be counted through brief power off periods (< 5 seconds). When the ZOLL AED PLUS is turned off for more than five (5) seconds, elapsed time is reset to 00:00. When elapsed time exceeds 99 minutes and 59 seconds, the elapse timer wraps around to 00:00 and continues counting.

**Shock Count** (Upper left corner of screen): Indicates the total number of defibrillation shocks delivered by the ZOLL AED PLUS since it was last powered on. Shock count is saved through brief power off periods (< 5 seconds). When the ZOLL AED PLUS is turned off for more than five (5) seconds, the shock count is reset to 0.

**CPR Depth of Compression Indicator** (Right side of screen): A bar graph is displayed that shows the depth of chest compressions measured during the delivery of CPR. Indicator lines are displayed in the bar graph area at 1 ½ and 2 inches of compression depth to provide reference points for rescuers performing CPR.

**Visual User Prompts** (Lower 1/3 of screen): Whenever the ZOLL AED PLUS issues a voice prompt, the text of the voice prompt is simultaneously displayed on the LCD display.

**ECG Waveform** (Center portion of screen): Although ZOLL AED PLUS units do not display ECG waveforms in their factory default configuration, the device can be specifically set up to continuously display ECG signals as they are acquired.

## Using the Passive Airway Support System (PASS)

If there is no evidence of head or neck trauma, the head tilt chin lift method is the recommended maneuver for opening the airway. The PASS may be placed under the patient's shoulders to help maintain head tilt.

**WARNING!    DO NOT use Passive Airway Support System (PASS) if suspected head or neck injury. Place patient on a firm surface before performing CPR.**

For patients who require airway support after determining there is no evidence of head or neck trauma, the patient should be rolled on his/her side and then rolled back over so that the PASS is under the patient's shoulders causing the head to tilt backwards.

**For PASS COVERS only:** The shape of the PASS, when placed under the shoulders of the patient, can be used to help maintain an open airway (see Figure 4).





The unit cover also functions as the Passive Airway Support System (PASS).

Place the PASS under the patient to lift his/her shoulders. Do not use the PASS if there is a suspected head or neck injury.

*Figure 4: Using the PASS Cover*