## Using Electrodes

**WARNING! DO NOT reuse electrodes.**

The ZOLL AED PLUS uses electrode packs that are connected to the unit by a cable. The package will contain electrodes that you attach to the patient.

- Make sure to install a new package of electrodes and connect the electrode cable to the unit after each use to be prepared for future emergencies.
- Check the electrode expiration date regularly to ensure that electrodes are fresh and ready to use in an emergency situation.
- Replace electrodes, if expired.

If the electrodes are not attached properly, you will hear one of the following voice prompts during operation: *CHECK ELECTRODE PADS or ATTACH ELECTRODE PADS*. If the electrode cable is not properly attached to the unit, you hear the *PLUG IN CABLE* prompt. Make certain to attach the electrode's cable to the AED and electrodes to the patient properly.

Electrodes are intended to be pre-attached to the device. The electrode package may incorporate:

- Scissors to cut clothing or chest hair.
- Razor to remove excessive hair at the electrode application site, if necessary.
- Small towel to make sure that the patient's skin is dry.
- Gloves.
- Barrier Mask.

NOTE Electrodes contain no hazardous materials and may be disposed of in general trash unless contaminated with pathogens. If contaminated, appropriate precautions should be used in their disposal.

## Applying CPR-D padz

Prepare the patient before attaching the electrodes.

To prepare the patient:

1. Remove all clothing covering the patient's chest.
2. Ensure the patient's chest is dry.
3. If the patient has excessive chest hair, clip or shave the hair to help ensure proper adhesion of the electrodes.

To apply the electrodes:

1. Tear open the electrode package and unfold the electrodes. Orient according to graphics (see Figure 5).
2. Hold the CPR sensor and then place the sensor between the nipples and on the middle of the patient's breastbone, using the sensor's cross hairs to guide you.
3. Press the CPR Sensor with your right hand and pull the number 2 tab to peel the protective backing from the electrode. Press the electrode from the center out to make sure it adheres properly to the patient's skin.
4. Press the CPR Sensor with your left hand and pull the number 3 tab to peel the protective backing from the electrode. Press the electrode from the center out to make sure it adheres properly to the patient's skin.

NOTE If the patient is large or there is a need to place the electrode under a breast, you may need to remove the red-centered "pin" (see Figure 5) to extend the pad. Place the pad slightly to the left and below the patient's left breast.

NOTE If the patient has an implanted pacemaker or defibrillator in the upper right chest, angle the electrodes slightly to avoid placing the electrodes over either device. Make certain that the CPR sensor maintains a position over the lower half of the breastbone.



*Figure 5: Placement of CPR-D padz*

SALES OF Zoll AEDs CALL (800) 834-7232

## Using the CPR Monitoring Function

When used with ZOLL CPR-D padz, the ZOLL AED PLUS monitors the rate and depth of CPR chest compressions. It provides a CPR metronome function designed to encourage rescuers to perform chest compressions at the AHA/ERC recommended rate of 100 compressions per minute. Voice and visual prompts encourage a compression depth of 1 ½ - 2 inches for adult patients. The CPR monitoring function operates only when CPR-D padz are used.

To use the ZOLL AED PLUS CPR monitoring function you must do the following:

1. Connect CPR-D padz to the ZOLL AED PLUS.
2. Apply the CPR-D padz to the patient as described in the previous section
   Ensure that the CPR sensor is centered on the lower half of the patient's sternum.
3. If no signs of circulation are present when the AED issues the *IF NO CIRCULATION – START CPR* prompt, place your hands on top of the CPR sensor and push on the sensor to deliver chest compressions to the patient.
   After your first few compressions, the ZOLL AED PLUS metronome will begin issuing timing beeps. Try to maintain synchronization between these beeps and your chest compressions. Shortly after you stop chest compressions to deliver rescue breaths the metronome will stop beeping.

NOTE If the ZOLL AED PLUS prompts you to *PUSH HARDER*, your compressions are less than 1 ½ inches deep. Increase your compression depth to improve CPR performance.

4. Deliver the appropriate number of rescue breaths then resume chest compressions. The metronome will begin to beep again after your first few compressions have been delivered.

## Using the Audio Recording Option

If installed and configured, the unit contains an audio recording option that will record and store 20 minutes of continuous audio and data while a rescue is occurring. The audio recording starts at the same time the *STAY CALM* prompt is heard. The recorded data are synchronized to the clinical event data. Therefore, when you playback the recorded audio, the ECG data are synchronized to it. Each time you use the device, the previously stored data (ECG, Audio and Event) are overwritten by the data recorded for the current rescue.

However, if the unit is started in any other mode, such as the mode to configure the unit, then the recorded audio data of the last rescue are retained and may be uploaded. Overwriting of old ECG, audio and event data begins when electrodes are properly connected to the patient.

# Self Test, Maintenance and Troubleshooting

### Overview

This section describes the following functions to prepare the ZOLL AED PLUS for use:

- Inspection
- Preparing the ZOLL AED PLUS for Use.
- Using Automatic Self-Test.
- Installing or Replacing Batteries.
- Attaching the Electrode Cable to the Device.
- Storing Electrodes and Accessories in Unit.
- Checking for Data Requiring Download.

### Inspection

Once unpacked, inspect the device for any signs of damage due to shipping. Check for accessories and any other parts ordered.

### Preparing the ZOLL AED PLUS for Use

To ensure that the ZOLL AED PLUS is properly functioning and ready for use in an emergency situation, the following set-up and checkout procedures should be performed prior to putting the device into service and after each clinical use.

1. Inspect all external surfaces of the unit to ensure that they are clean and free of structural damage such as cracks, broken or missing parts.
2. Inspect the patient connector to ensure that there are no broken or missing connector pins.
3. Install new batteries. (See Section *Installing or Replacing Batteries*.)
4. Connect a ZOLL AED PLUS Simulator/Tester (or equivalent) to the AED's patient connector.
5. Power on the simulator and ZOLL AED PLUS unit. Verify that all of the following occur:
   - The Status indicator initially displays a red "X" which changes to a green check within 4 to 5 seconds after the unit is turned on.
   - All top panel user interface lights (LEDs) sequentially illuminate.
   - Within 5 seconds after the ZOLL AED PLUS is turned on, the audible message *UNIT OK* is announced (and displayed if the unit is equipped with a LCD display).
   - If unit is equipped with a LCD display, the message "SHOCKS: 0" appears in the upper left corner and elapsed time is shown in the upper right corner of the screen.

NOTE If the message *DATA STORED* is announced or displayed, ECG and other rescue event data is stored in memory and has not been uploaded to a data storage or archiving system. To avoid overwriting this information, upload the data to a personal computer equipped with ZOLL Data Control or ZOLL Data Review Software before continuing this check out procedure.

6. Using the simulator, input a VF rhythm to the ZOLL AED PLUS, verify that after the AED proceeds through its sequence of patient assessment prompts, it analyzes the ECG rhythm, announces *TREATMENT ADVISED*, charges the defibrillator and announces *DON'T TOUCH PATIENT, PRESS TREATMENT BUTTON.*

7. Verify that the charge ready tone is heard and that the Treatment Button illuminates.
8. Press the Treatment Button and verify that the simulator shows a shock was delivered. Verify that the message "Shocks: 1" displays on LCD screen. (Note: This verification test checks the device's ability to defibrillate. It does not, however, verify that the correct defibrillation energy was delivered. A defibrillator analyzer must be used in place of the ZOLL AED PLUS simulator/tester to test delivered energy accuracy).
9. Immediately following shock delivery change the simulator input to a normal sinus rhythm (NSR). Verify that the ZOLL AED PLUS performs a new rhythm analysis that results in announcement of a *NO TREATMENT ADVISED* message.
10. Verify that following the *NO SHOCK ADVISED* prompt, the unit issues the following prompts/messages *OPEN AIRWAY – CHECK BREATHING – CHECK CIRCULATION – IF NO CIRCULATION, START CPR.*
11. Activate the simulator's CPR function and verify that the metronome begins to beep and the following voice prompts/messages are issued during the next 60 seconds: *PUSH HARDER* followed by *GOOD COMPRESSIONS.*
12. After approximately one minute of CPR, verify that the *STOP CPR* prompt is issued. Set the simulator to VF and verify that a new ECG analysis begins.
13. Turn the ZOLL AED PLUS and Simulator off.
14. Verify that new CPR-D padz or stat padz II ® to be used with the ZOLL AED PLUS are well within their expiration date.
15. Follow instructions provided with the new electrodes to pre-connect them to the patient connector on the device and pack them within the ZOLL AED PLUS cover.
16. Close the AED's top cover then perform a self test by pressing the ZOLL AED PLUS power button. Verify that the voice prompt *UNIT OK* is heard. This prompt indicates that the new batteries and electrodes are properly installed and the unit is ready for service.
17. Turn the ZOLL AED PLUS off.

NOTE If any of the tests described above fail, contact your service provider or ZOLL Technical Service.

## Automatic Self-Test

The ZOLL AED PLUS includes a self-test feature that tests the device once every seven (7) days (default configuration) when the unit is stored with batteries installed. This self-test feature verifies the unit's integrity and readiness for emergency use by testing the following ZOLL AED PLUS functions:

1. Battery Capacity: Verifies that the batteries contain at least 50% of their full capacity;
2. Defibrillation Electrodes Connection: Verifies that defibrillation electrodes are properly pre-connected to the device.
3. ECG Circuitry: Verifies that the ECG signal acquisition and processing electronics are functional.
4. Defibrillator Charge and Discharge Circuitry: Verifies that the device's defibrillator electronics are functional and can charge and discharge at 2 joules.
5. Microprocessor Hardware/Software Tests: Verify proper function of the ZOLL AED PLUS microprocessor electronics and the integrity of its software.

A manual self test is initiated by pressing and holding down the unit's On/Off button for 5 seconds. The ZOLL AED PLUS illuminates all graphic indicators and issues voice and LCD display messages to allow user verification of the device's visual and auditory output functionality.

Following successful completion of all self tests, the AED's status indicator displays a green check (✓) to show that all tests passed and the unit is ready to use.

If a red X is displayed following completion of the unit's self tests, the AED is not ready for use and may be defective. Remove the ZOLL AED PLUS from service and consult the Troubleshooting section of this guide to help determine the problem.

All self tests occur automatically whenever the unit is powered on.

## Installing or Replacing Batteries

To power the unit, use ten (10) consumer type 123A Photo Flash lithium manganese dioxide batteries. These batteries:

- Can be purchased at many department, camera, or electronics stores.

CAUTION! Use Duracell, Sanyo or Varta batteries only. **Do not use Panasonic or Rayovac batteries.** Use of Panasonic or Rayovac batteries may result in significantly longer defibrillator charging times than those required during emergency situations.

- Should be used well before their labeled expiration date.
- Should be checked periodically for the expiration date.

Below you will find examples on how to read date codes on Duracell, Sanyo and Varta batteries.

**Duracell:**

The first digit indicates the year of manufacture:

    Example: 7=1997, 6=1996 etc.

The second digit is a letter from A-L which indicates the month of manufacture:

    Example: A=January, B=February and so on to L for December.

**Sanyo:**

The first letter indicates the year of manufacture.

    Example: A=1996, B=1997, etc.

The second letter indicates the month of manufacture.

    Example: A=January, B=February, etc.

**Varta:**

The BRAUNSCHWEIG - Code (always two letters) is printed on the side of the can in axial direction to cell height.

The first letter indicates the month of manufacture

    Example: B=January, R=February, A=March, etc.

The second letter indicates the year of manufacture

    Example: B=2001, R=2002, A=2003, etc.

Batteries produced by all recommended manufacturers have a 10 year from date of manufacture shelf life when not installed in an AED unit.

To install the batteries:

1. Ensure that the unit is turned off. Open the battery compartment by removing the battery cover from the back of the unit.

This is accomplished by inserting a small tool (e.g., flat blade screw driver) into the two slots on the rear of the unit to depress the latches, and then inserting the tool into the groove on the bottom to lift the cover (see Figure 6).



*Figure 6: Removing the Battery Compartment Door*

2. Remove all batteries at once and discard properly. Place new batteries into the battery bank, observing battery polarity markings and making sure that all batteries are securely seated and oriented properly. After placing the first 5-9 batteries into the battery well, an audio prompt, *INSTALL BATTERY*, reminds you to install the remaining batteries into the battery compartment.



*Figure 7: Battery Compartment*

3. After installing new batteries, press the battery reset button inside the battery compartment when prompted (see Figure 7). Pressing the button resets the battery usage indicator to full charge.

---

CAUTION!  Do not place used batteries into the unit. You MUST replace all ten (10) batteries at once. Do not replace individual batteries. The unit cannot detect whether all batteries or only a few batteries have been replaced. **Using less than fully charged batteries can affect the unit when performing a rescue.** DO NOT press the Battery Reset button if all the batteries are not new. The unit then assumes that they are the same batteries that were just removed.

---

NOTE If you do not press the battery reset button in the battery well within 15 seconds after installing all batteries, the device will assume that the batteries installed in the device were temporarily removed, and are **not fully charged.**

NOTE Because Lithium Manganese Dioxide battery cells do not contain toxic materials they may be disposed of in general trash after discharge or when properly protected against shorting between terminals.

## Identifying Battery Condition

Battery capacity depletes during standby operation of the unit, while the unit is operating and as a result of each defibrillation. It also gradually diminishes over a shelf life of years without use. The unit monitors energy remaining in the installed batteries. When battery capacity is low or depleted, the unit will not function to specification. When a low battery condition occurs:

- The unit emits an audible alarm or "beep" once every minute if the unit is off.
- You hear the audio prompt, *CHANGE BATTERIES* if the unit is on.
- Red "X" displays on the status indicator, notifying you that the batteries have less than 50% of the full capacity remaining or that the unit has failed other self tests.

*Table 3: Battery Condition*

| Battery Condition | Indications | Correction |
|---|---|---|
| Low Battery with unit off. | Audible beep from unit once every minute. | Replace batteries. |
| Low Battery during power up self-test. | CHANGE BATTERIES prompt (when unit is powered on) | Replace batteries. |
| Low Battery or other self test failure with unit powered off or during self-test. | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. Check or replace electrodes. If red "X" remains, return to ZOLL Technical Support for service. |
| Low Battery with unit powered on. | CHANGE BATTERIES prompt (unit powered on). | Replace batteries as soon as possible. |
| Dead Battery. | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. If red "X" remains, return to ZOLL Technical Support for service. |

## Maintaining the Unit

- Inspect frequently, as necessary.
- Check for the green check showing that the unit is ready to use.
- Test periodically.
- Verify electrodes are within their expiration date.
- Verify the batteries are within their expiration date.
- Verify that electrodes are pre-connected to the input connector.
- Verify supplies are available for use (razor, mask, gloves, extra batteries.)

## Cleaning the Unit

- After each use, clean and disinfect the unit with a soft, damp cloth using 90% isopropyl alcohol, or soap and water, or chlorine bleach and water mixture (30 ml/liter water).
- Do not immerse any part of the unit in water.
- Do not use ketones (MEK, acetone, etc.) to clean the unit.
- Avoid using abrasives (e.g., paper towel) on the display window or IrDa port.
- Do not sterilize the device.

## Maintenance Checklist

Use the following maintenance checklist when you periodically check your unit.

*Table 4: Maintenance Checklist*

| Check the following | Pass | Fail |
|---|---|---|
| Is the unit clean, undamaged, free of excessive wear? | ☐ | ☐ |
| Are there any cracks or loose parts in the housing? | ☐ | ☐ |
| Verify electrodes are connected to the unit and sealed in their package. Replace if expired. | ☐ | ☐ |
| Are all cables free of cracks, cuts and exposed or broken wires? | ☐ | ☐ |
| Periodically test the unit using a simulator. Do three discharges and verify: energy delivery, ECG analysis results, indicators and display illuminate, voice prompts are heard. | ☐ | ☐ |
| Turn the unit on and off and verify the green check indicates ready for use. | ☐ | ☐ |
| Batteries within expiration date. Replace if expired. | ☐ | ☐ |
| Check for presence of supplies. | ☐ | ☐ |

## Troubleshooting

Return the unit to ZOLL's Technical Service Department if the unit is not working properly.

*Table 5: Troubleshooting*

| Technical Problem | Recommended Action |
|---|---|
| Self test failed. | Manually test by pressing and holding the ON/OFF button for more than 5 seconds. Attempt to repair the device by replacing the batteries or electrodes. If unit fails test again, remove unit from service and contact ZOLL Technical Service. |
| *CHANGE BATTERIES* prompt. | Replace all batteries with new ones at the same time. Press the battery button when prompted. |
| Red "X". | Run manual test. Check to see if cable is attached properly to unit or replace the electrode. Replace batteries with new ones at the same time. Press the battery reset button when prompted. If unit still does not work, remove unit from service and contact ZOLL Technical Service. |
| Hear beeping noise when unit is off. | Remove unit from service and replace batteries. Replace all batteries with new ones at the same time. Press the battery reset button when prompted. If beeping continues, contact ZOLL Technical Service. |
| Hear *PLUG IN CABLE* prompt. | Check cable connection between electrodes and AED. |
| *ANALYSIS HALTED. KEEP PATIENT STILL* prompt. | Excessive artifact detected during ECG analysis. A patient must be motionless during ECG analysis. Do not touch the patient during analysis. Keep the patient still. If the rescuer is using the device in an emergency vehicle, bring the vehicle to a halt before performing ECG analyses. |
| *RELEASE TREATMENT BUTTON* prompt. | Release Treatment Button, then press and hold Treatment Button until discharge occurs. If voice prompt continues, contact ZOLL Technical Service. |

## Using ZOLL Administration Software

ZOLL Administration Software helps you perform software maintenance tasks when your defibrillator is connected to your PC. ZOLL Administration Software lets you upload data from a defibrillator to a personal computer (PC), then transmit that data to your main network, or print the data locally from your PC to your printer.

## Installing ZOLL Administration Software

Insert the ZOLL Administration Software CD on your PC. The program starts automatically.

If the install program does not start automatically:

- Select RUN from the Start menu.
- In the Open text field, enter X:Setup.exe. substituting X for the correct letter of your CD-ROM drive.
- Click OK.
- Follow the instructions that appear on the screen to complete the installation.

## Setting Up Data Communications

You can exchange data between an AED PLUS unit and a personal computer without any cable connection by transferring data using two IrDA (infrared interface standard) ports. One IrDA™ port is located on the side of the ZOLL AED PLUS unit. The second IrDA™ port may be on your personal computer. In some cases, you will be sending data from the IrDA port on your unit to an IrDA port on a modem which then transmits the data to a remote computer.

For best transmission results, IrDA ports must be facing each other and the path between the two devices must be clear of obstacles. Beaming distances between devices may vary but should be at least 10 inches and not more than 18 inches. Power up the PC and have the ZOLL Administration Software and/or ZOLL Data Control software running. Press and hold the ON/OFF button on the AED for at least 5 seconds to establish contact with the computer or modem. Once connected properly, you hear the audio prompt *COMMUNICATIONS ESTABLISHED* and see a message on your computer screen that the connection was successful.

See the online Help for a description on how to use ZOLL Administration Software.

## Ordering Accessories

You can order the following accessories from the ZOLL Customer Service Department

*Table 6: Ordering Accessories*

| Item | Part Number |
| --- | --- |
| CPR-D padz electrode including accessory kit | 8900-0800-01 |
| stat padz II electrode (single) | 8900-0801-01 |
| stat padz II electrode (case) | 8900-0802-01 |
| Set of 10 Batteries | 8000-0807-01 |
| Administrator's Guide | 9650-0301-01 |
| Operator's Guide | 9650-0300-01 |
| Simulator/Tester | 8000-0800-01 |
| Public Safety PASS | 8000-0812-01 |
| PASS Cover | 8000-0808-01 |
| Low Profile Cover | 8000-0803-01 |
| Soft Case | 8000-0802-01 |
| Universal Adapter Cable | 8000-0804-01 |
| Administration Guide with ZOLL Administration Software CD | 9659-0302-01 |
| Mounting Bracket | 8000-0809-01 |
| Flush Mount Wall Box | 8000-0811 |
| Recess Mount Wall Box | 8000-0814 |
| Surface Mount Wall Box | 8000-0817 |
| USB IrDA PC Adapter | 8000-0815 |
| RS-232 IrDA PC Adapter | 8000-0816 |
| ZOLL Data Review Software | 8000-0813-01 |
| AEDPlus Trainer | 8008-0104-01 |
| Replacement Trainer | 1008-0115-01 |
| Replacement Trainer Control | 1008-0113-01 |
| Trainer AC Adapter  US | 9355-0802 |
| EURO | 9355-0803 |
| UK | 9355-0804 |
| Switzerland | 9355-0805 |
| Australia | 9355-0806 |
| Trainer Cord | 9355-0801 |

## Contacting Technical Service

If a ZOLL product requires service, contact the ZOLL Technical Service Department:

Telephone: 1-781-229-0020; 1-800-348-9011

Fax 1-781-229-0758

Have the following information available for the Technical Service representative:

- Unit serial number.
- Description of the problem.
- Purchase Order or credit card number to allow tracking of loan equipment.
- Purchase Order or credit card number for a unit with an expired warranty.

If the unit needs to be sent to ZOLL Medical Corporation, obtain a service order request number from the Technical Service representative. Units are available on loan at an additional cost while your unit is being repaired.

Remove all batteries from the unit and return the unit and batteries in its original container or equivalent packaging with the service order request number on it to the following address:

ZOLL Medical Corporation
32 Second Avenue
Burlington, Massachusetts 01803-4420

Attn: Technical Service Department

## Contacting Technical Service for International Customers

Customers outside of the United States should remove all batteries from the unit and return the unit and batteries in its original container or equivalent packaging to the nearest authorized ZOLL Medical Corporation Service Center. To locate an authorized service center, contact the nearest ZOLL Sales office or authorized distributor.

# Appendix A: Specifications

*Table 7: General Specifications*

| DEVICE | |
|---|---|
| Size (H x W x D) | 5.25"x 9.50" x 11.50"; 13.3 cm x 24.1 cm x 29.2 cm |
| Weight | 6.7 lbs.; 3.1 kg |
| Power | User Replaceable Batteries. 10 -Type 123A Photo Flash lithium manganese dioxide batteries. |
| Device Classification | Class II and internally powered per EN60601-1 |
| Design Standards | Meets applicable requirements of UL 2601, AAMI DF-39, IEC 601-2-4, EN60601-1, IEC60601-1-2 |
| **ENVIRONMENT** | |
| Operating Temperature | PS Model: 32 °F to 122 °F; $0°$ to $50°C$<br>PA Model: $50°$ to $104°F$; $10°$ to $40°C$ |
| Storage Temperature | PS Model: $-22°$ to $158°F$; $-30°$ to $70°C$<br>PA Model: $32°$ to $122°F$; $0°$ to $50°C$ |
| Humidity: | 10 to 95% relative humidity, non-condensing |
| Vibration | MIL Std. 810F, Min Helicopter Test |
| Shock | PS Model: IEC 68-2-27; 100G<br>PA Model: IEC 68-2-27; 50G |
| Altitude | PS Model: -300 to 15,000 ft.; -91m to 4573m<br>PA Model: -300 to 7,500 ft.; -91m to 2287m |
| Particle and Water Ingres | IP-55 |
| **DEFIBRILLATOR** | |
| Waveform | Rectilinear Biphasic |
| Defibrillator Charge Hold Time | 30 seconds |
| Energy Selection | Automatic pre-programmed selection (120J, 150J, 200J) |
| Patient Safety | All patient connections are electrically isolated. |
| Charge Time | Less than 10 seconds with new batteries. |
| Electrodes | ZOLL stat padz II or CPR-D padz. |
| Built in Defibrillator Self Test | Included |

| DEFIBRILLATOR (cont'd) | |
| --- | --- |
| CPR | *Metronome Rate: Variable 60 to 100 CPM<br>Depth: 1/2" to 3"; 1.3 to 7.8 cm. |
| Defibrillation Advisory | Evaluates electrode connection and patient ECG to determine if defibrillation is required.<br>Shockable Rhythms: Venticular fibrillation with average amplitude>100 microvolts and wide complex ventricular tachycardia with rates greater than 150 BPM. Refer to ECG Analysis Algorithm Accuracy Section for sensitivity and specificity performance. |
| Electrode Patient Impedance Measurement Range | 0 to 300 ohms |
| Defibrillator Electrode ECG Circuitry | Protected |
| ECG Bandwidth | 2-30Hz |
| Display Format | Optional LCD with Moving Bar<br>Size: 2.6" x 1.3"; 6.6 cm x 3.3 cm<br>Viewing Time: 2.6 seconds |
| Display Sweep Speed | 25 mm/sec |
| Battery Capacity | Typical new (20°C) = 5 years (300 shocks) or 1.5 hours continuous Monitoring/Defibrillation.<br>End of life designated by Red X (typical remaining shocks = 100, 0.5 hours continuous Monitoring/Defibrillation). |
| PC Minimum Requirements | Windows® 98, Windows® 2000 Windows®NT, Windows® XP<br>IBM-compatible PII with 16550 UART (or higher) computer.<br>64MB RAM.<br>VGA monitor or better.<br>CD-ROM drive.<br>IrDA™ port<br>20MB disk space. |

*Testing reports validating performance and accuracy of CPR depth measurement capability, metronome feature function and rescuer performance, and the PASS (Passive Airway Support System) cover function are on file with ZOLL Medical and are available for review. Contact ZOLL Technical Support to request a copy of the following report(s) if desired:

- Using the ZOLL AED PLUS Cover to Aid in Airway Patency
- Depth and Compression Rate Response of the AED PLUS CPR System
- AED Plus CPR System Test Results.

# Guidance and Manufacturer's Declaration - Electromagnetic Emissions

*Table 8: EMC Specifications*

| The ZOLL AED PLUS is intended for use in the electromagnetic environment specified below. The customer or the user of the ZOLL AED PLUS should assure that it is used in such an environment ||| |
|---|---|---|
| **Emissions test** | **Compliance** | **Electromagnetic environment - guidance** |
| RF emissions CISPR11 | Group 1 | The ZOLL AED PLUS uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF emissions CISPR 11 | Class B | |
| Harmonic Emission IEC 61000 3-2 | Not applicable | |
| Voltage Fluctuations/Flicker Emission IEC 61000 3-3 | Not applicable | |
| Medical Electrical Equipment needs special precautions regarding EMC and needs to be installed and put into service according to EMC information provided in this document. ||| |

| The ZOLL AED PLUS is intended for use in the electromagnetic environment specified below. The customer or the user of the ZOLL AED PLUS should assure that it is used in such an environment |||| |
|---|---|---|---|
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment - guidance** |
| Electrostatic discharge (ESD) IEC 61000-4-2 | ± 6 kV contact ± 8 kV air | ± 6 kV contact ± 8 kV air | Floors should be wood, concrete or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30%. |
| Electrical fast transient/burst IEC 61000-4-4 | ± 2 kV for power supply lines ± 1 kV for input/output lines | Not applicable ± 1 kV I/O | |
| Surge IEC 61000-4-5 | ± 1 kV differential mode +/- 2 kV common mode | Not applicable Not applicable | |

SALES OF Zoll AEDs CALL (800) 834-7232

| Immunity test | IEC 60601 test level | Compliance level | Electromagnetic environment - guidance |
|---|---|---|---|
| Voltage dips, short interruptions and voltage variations on power supply input lines. IEC 61000-4-11 | <5% $U_t$ (>95% dip in $U_t$) for 0.5 cycle<br>40% $U_t$ (60% dip in $U_t$) for 5 cycles<br>70% $U_t$ (30% dip in $U_t$) for 25 cycles<br><5% $U_t$ (>95% dip in $U_t$) for 5 sec | Not applicable<br><br>Not applicable<br><br>Not applicable<br><br>Not applicable | |
| Power frequency (50/60 Hz) magnetic field IEC 61000-4-8 | 3 A/m | 3 A/m | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical commercial or hospital environment |
| NOTE $U_t$ is the a.c. mains voltage prior to application of the test level. | | | |

| The ZOLL AED PLUS is intended for use in the electromagnetic environment specified below. The customer or the user of the ZOLL AED PLUS should assure that it is used in such an environment | | | |
|---|---|---|---|
| Immunity test | IEC 60601 test level | Compliance level | Electromagnetic environment - guidance |
| | | | Portable and mobile RF communications equipment should be used no closer to any part of the ZOLL AED PLUS, including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter. |
| | | | **Recommended separation distance** |
| Conducted RF IEC 61000-4-6 | 3 Vrms 150 kHz to 80 MHz outside ISM bands[a] | 3 Vrms | $d = 1.17 \sqrt{P}$ |
| | 10 Vrms 150 kHz to 80 MHz in ISM bands[a] | 10 Vrms | $d = 1.20 \sqrt{P}$ |
| Radiated RF IEC 61000-4-3 | 10 Vrms 80 MHz to 2.5 GHz | 10 V/m | $d = 1.20 \sqrt{P}$ 80 MHz to 800 MHz |

| Immunity test (cont'd) | IEC 60601 test level | Compliance level | Electromagnetic environment - guidance |
|---|---|---|---|
| | | | $d = 2.30 \sqrt{P}$  800 MHz to 2.5 GHz |
| | | | where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and $d$ is the recommended separation distance in metres (m).[b] Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[c] should be less than the compliance level in each frequency range.[d] Interference may occur in the vicinity of equipment marked with the following symbol: (((•))) |
| NOTE 1 At 80 MHz, the higher frequency range applies. NOTE 2 These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. ||||

[a] The ISM (industrial, scientific and medical) bands between 150 KHz and 80 MHz are 6.765 MHz to 6.795 MHz; 13.553 MHz to 13.567 MHz; 26.957 MHz to 27.283 MHz; and 40.66 MHz to 40.70 MHz.

[b] The compliance levels in the ISM frequency bands between 150 kHz and 80 MHz and in the frequency range 80 MHz to 2.5 GHz are intended to decrease the likelihood that mobile/portable communications equipment could cause interference if it is inadvertently brought into patient areas. For this reason, an additional factor of 10/3 is used in calculating the recommended separation distance for transmitters in these frequency ranges.

[c] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the ZOLL AED PLUS is used exceeds the applicable RF compliance level above, the ZOLL AED PLUS should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as reorienting or relocating the ZOLL AED PLUS.

[d] Over the frequency range 150 kHz to 80 MHz, field strengths should be less than ($V_1$) V/m.

| Recommended separation distances between portable and mobile RF communications equipment and the ZOLL AED PLUS |||||
|---|---|---|---|---|
| The ZOLL AED PLUS is intended for use in an environment in which radiated RF disturbances are controlled. The customer or the user of the ZOLL AED PLUS can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the ZOLL AED PLUS as recommended below, according to the maximum output power of the communications equipment. |||||
| | Separation distance according to frequency of transmitter m ||||
| Rated maximum output power of transmitter W | 150 kHz to 80 MHz outside ISM bands $d = [\frac{3.5}{3}]\sqrt{P}$ | 150 kHz to 80 MHz in ISM bands $d = [\frac{12}{10}]\sqrt{P}$ | 80 MHz to 800 MHz $d = [\frac{12}{10}]\sqrt{P}$ | 800 MHz to 2.5 GHz $d = [\frac{23}{10}]\sqrt{P}$ |
| 0.01 | 0.17 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.37 | 0.38 | 0.38 | 0.73 |
| 1 | 1.17 | 1.20 | 1.20 | 2.3 |
| 10 | 3.69 | 3.79 | 3.79 | 7.27 |
| 100 | 11.70 | 12.00 | 12.00 | 23.00 |
| For transmitters rated at a maximum output power not listed above, the recommended separation distance d in metres (m) can be determined using the equation applicable to the frequency of the transmitter, where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer. NOTE 1 At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies. NOTE 2 The ISM (industrial, scientific and medical) bands between 150 kHz and 80 MHz are 6.765 MHz to 6.795 MHz; 13.553 MHz to 13.567 MHz; 26.957 MHz to 27.283 MHz; and 40.66 MHz to 40.70 MHz. NOTE 3 An additional factor of 10/3 is used in calculating the recommended separation distance for transmitters in the ISM frequency bands between 150 kHz and 80 MHz and in the frequency range 80 MHz to 2.5 GHz to decrease the likelihood that mobile/portable communications equipment could cause interference if it is inadvertently brought into patient areas. NOTE 4 These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. |||||

## Rectilinear Biphasic Waveform Characteristics

The following table shows the Rectilinear Biphasic waveform's characteristics when discharged into 25 ohm, 50 ohm, 100 ohm, and 125 ohm loads at a maximum energy setting of 200 Joules.

*Table 9: Biphasic Waveform*

|  | Discharged into 25 ohm load | Discharged into 50 ohm load | Discharged into 100 ohm load | Discharged into 125 ohm load |
|---|---|---|---|---|
| First Phase Maximum Initial Current | 32 A | 26 A | 21 A | 17 A |
| First Phase Average Current | 28 A | 22 A | 16 A | 13 A |
| First Phase Duration | 6 ms | 6 ms | 6 ms | 6 ms |
| Interphase duration between first and second phases | 150 µsec | 150 µsec | 150 µsec | 150 µsec |
| Second Phase Maximum Initial Current | 33 A | 19 A | 12 A | 11 A |
| Second Phase Average Current | 21 A | 14 A | 11 A | 10 A |
| Second Phase Duration | 4 ms | 4 ms | 4 ms | 4 ms |

The efficacy of ZOLL's Rectilinear Biphasic Waveform has been clinically verified during a Ventricular Fibrillation (VF) and Ventricular Tachycardia (VT) defibrillation study. This study (which was conducted using ZOLL M-Series defibrillators) and the findings are described below. Since the AED PLUS's rectilinear biphasic waveform employs the same first and second phase timing, similar first and second phase currents/voltages and essentially the same mechanisms for controlling defibrillation waveshape, the M-Series and AED PLUS defibrillation waveforms are considered substantially equivalent.