# Clinical Trial Results for the M Series Biphasic Waveform

The efficacy of ZOLL's Rectilinear Biphasic Waveform has been clinically verified during a study of defibrillation of Ventricular Fibrillation (VF)/Ventricular Tachycardia (VT). A feasibility study was performed initially for defibrillation of VF/VT (n=20) on two separate groups of patients to ensure waveform safety and energy selection. Subsequently a separate, multi-center, randomized clinical trial was performed to verify the waveform's efficacy. A description of this study is provided below. The study was performed using ZOLL defibrillation systems consisting of ZOLL defibrillators, the ZOLL Rectilinear Biphasic Waveform and ZOLL Multi-Function Pads.

## Randomized Multi-Center Clinical Trial for Defibrillation of Ventricular Fibrillation (VF) and Ventricular Tachycardia (VT)

**Overview:** The defibrillation efficacy of ZOLL's Rectilinear Biphasic Waveform was compared to a monophasic damped sine waveform in a prospective, randomized, multi-center study of patients undergoing ventricular defibrillation for VF/VT during electro-physiological studies, ICD implants and test. A total of 194 patients were enrolled in the study. Ten (10) patients who did not satisfy all protocol criteria were excluded from the analysis.

**Objectives:** The primary goal of this study was to compare the first shock efficacy of the 120J Rectilinear Biphasic Waveform with a 200J monophasic waveform. The secondary goal was to compare all shock (three consecutive 120, 150, 170J) efficacy of the Rectilinear Biphasic Waveform with that of a monophasic waveform (three consecutive 200, 300, 360J). A significance level of p=0.05 or less was considered statistically significant using Fischer's Exact test. Also, differences between the two waveforms were considered statistically significant when the customary 95% or AHA recommended 90%* confidence interval between the two waveforms was greater than 0%.

**Results:** The study population of 184 patients had a mean age of 63 ±14 years. 143 patients were males. 98 patients were in the biphasic group (ventricular fibrillation/flutter, n=80, ventricular tachycardia, n=18) and 86 patients were in the monophasic group (ventricular fibrillation/flutter, n=76, ventricular tachycardia, n=10). There were no adverse events or injuries related to the study.

The first shock, first induction efficacy of biphasic shocks at 120J was 99% versus 93% for monophasic shocks at 200J (p=0.0517, 95% confidence interval of the difference of -2.7% to 16.5% and 90% confidence interval of the difference of -1.01% to 15.3%).

| | **Monophasic** | **Biphasic** |
|---|---|---|
| 1st Shock Efficacy | 93% | 99% |
| p-value | 0.0517 | |
| 95% Confidence Interval | -2.7% to 16.5% | |
| 90% Confidence Interval | -1.01% to 15.3% | |

Successful defibrillation with rectilinear biphasic shocks was achieved with 58% less delivered current than with monophasic shocks (14 1 vs. 33 ±7 A, p=0.0001).

The difference in efficacy between the rectilinear biphasic and the monophasic shocks was greater in patients with high transthoracic impedance (greater than 90 ohms). The first shock, first induction efficacy of biphasic shocks was 100% versus 63% for monophasic shocks for patients with high impedance (p=0.02, 95% confidence interval of the difference of -0.021% to 0.759% and 90% confidence interval of the difference of 0.037% to 0.706%).

| | **Monophasic** | **Biphasic** |
|---|---|---|
| 1st Shock Efficacy (High Impedance Patients) | 63% | 100% |
| p-value | 0.02 | |
| 95% Confidence Interval | -0.021% to 0.759% | |
| 90% Confidence Interval | 0.037% to 0.706% | |

A single patient required a second biphasic shock at 150J to achieve 100% efficacy versus six patients for whom shocks of up to 360J were required for 100% total defibrillation efficacy.

**Conclusion**: The data demonstrate the equivalent efficacy of low energy rectilinear biphasic shocks compared to standard high energy monophasic shocks for transthoracic defibrillation for all patients at the 95% confidence level. The data also demonstrate the superior efficacy of low energy rectilinear biphasic shocks compared to standard high energy monophasic shocks in patients with high transthoracic impedance at the 90% confidence level. There were no unsafe outcomes or adverse events due to the use of the rectilinear biphasic waveform.

* Kerber, R., et. al., AHA Scientific Statement, Circulation, 1997; 95: 1677-1682:

"... the task force suggests that to demonstrate superiority of an alternative waveform over standard waveforms, the upper boundary of the 90% confidence interval of the difference between standard and alternative waveforms must be < 0% (i.e., alternative is greater than standard)."

## ECG Analysis Algorithm Accuracy

Sensitivity, specificity, false positive rate and positive predictivity are expressions of an ECG analysis system's performance when compared with clinicians or experts. The specifics of computations are detailed below. The accompanying data details the accuracy of the algorithm as tested by independent investigators.

The Algorithm:

- Divides the ECG rhythm into three-second segments.
- Filters and measures noise, artifact, and baseline wander.
- Measures baseline content ('waviness' at the correct frequencies - frequency domain analysis) of signal.
- Measures QRS rate, width, and variability.
- Measures amplitude and temporal regularity ('auto-correlation') of peaks and troughs.
- Determines if multiple 3 second segments are shockable then prompts the user to treat patient. The Algorithm sequence takes approximately 9 seconds.

*Table 10: Clinical Performance Results*

| Rhythms | Sample Size | Performance Goals | Observed Performance | 90% One-sided Lower Confidence Limit |
|---|---|---|---|---|
| **Shockable** (250 Total min.) | **618** | | | |
| Coarse VF | 535 | >90% sensitivity | 97.38% | 95.65% |
| Rapid VT | 83 | >75% sensitivity | 91.57% | 83.39% |
| **Non-shockable** (300 Total min.) | **3039** | | | |
| NSR | 2205 | >99% sensitivity | 99.86% | 99.60% |
| AF, SB, SVT, Heart block, idioventricular, PVCs | 770 | >95% sensitivity | 100% | 99.52% |
| Asystole | 64 | >95% sensitivity | 100% | 99.40% |
| **Intermediate** | **88** | | | |
| Fine VF | 64 | Report only | 93.75% sensitivity | 84.76% |
| Other VT | 24 | Report only | 91.67% specificity | 73.00% |

1. Arrhythmia Performance is reported according to the article, RE Kerber, LB Becker, JD Bourland, RO Cummins, AP Hallstrom, MB Michos, G Nichol, JP Ornato, WH Thies, RD White, BD Zuckerman, "Automated External Defibrillators for Public Access Defibrillation: Recommendations for Specifying and Reporting Arrhythmia Analysis Algorithm Performance, Incorporation New Waveforms, and Enhancing Safety", Circulation 1997, Vol 95, No 6, 1677-1681

**References:**

Young KD, Lewis RJ: "What is confidence? Part 2: Detailed definition and determination of confidence intervals". Annals of Emergency Medicine, September 1997; 30; 311-218

"CRC Standard Mathematical Tables 28th Edition", William H. Beyer, Ph.D., CRC Press, Inc, Boca Raton, FL., 1981, Percentage Points, F-Distribution Table, pg 573.

Case 3:04-cv-30121-MAP   Document 1-7   Filed 06/22/2004   Page 4 of 20



**Corporate Headquarters**
32 Second Avenue
Burlington, MA. 01803-4420
U.S.A
Telephone: (781) 229-0020
Toll Free:   (800) 348-9011
Telefax:    (781) 272-5578

**Europe Regional Office**
Kerkstraat 8
6669 DD Dodewaard
Netherlands
Telephone: + 31-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
Telefax:    + 31-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

**ZOLL Medical France**
11 Bis Rue du Colisée
75 008 Paris
FRANCE
Telephone: +33 1 43 59 20 20
Telefax:    +33 1 43 63 51 38

**Far East Regional Office**
81 Excelsior Street
Lisarow 2250
NSW
Australia
Telephone: + 61-2-432-922-26
Telefax:    + 61-2-432-922-26

**Latin America Regional Office**
5720 NW 60th Street
Parkland, FL 33067
USA
Telephone: + 954-345-4224
Telefax:    + 954-345-2648

**ZOLL Medical U.K. Ltd.**
European Authorized Representative
Stephen Smith
49 Melford Court
Woolston, Warrington
Cheshire WA1 4RZ
Telephone: + 44-192-584-6400
Telefax:    + 44-192-584-6401

**ZOLL Medical Deutschland Gmbh**
Schillingsrotter Str. 23
50996 Köln
Deutschland
Telephone: + 49-221-3989-340
Telefax:    + 49-221-3989-336

**Middle East/Africa Regional Office**
PO Box 55320
Dubai
United Arab Emirates
Telephone: + 971-50-6531504
Telefax:    + 971-4-3328835

**ZOLL Medical Canada**
5266 General Road
Unit #15
Mississauga, Ontario L4W 1Z7
Telephone: (905) 629-5005
Toll Free:   (866) 442-1011

**ZOLL Medical Australia Pty. Ltd**
Unit 4, 12 Chaplin Dr.
Lane Cove
NSW 2066
Australia
Telephone: +61-2-94208733
Telefax:    +61-2-94209834

F

**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

April 16, 2003

Mr. Richard A. Parker, President
Zoll Medical
32 Second Ave.
Burlington, MA 01803-4420

Dear Mr. Parker,

I am impressed with Zoll's *AED Plus* defibrillator that was advertised by Zoll in the April issue of *Occupational Hazards*. For many years I have advocated that, "AEDs should incorporate audio and visual prompts that cover the entire rescue process, including the proper CPR technique," just as you have advertised.

It appears that Zoll's *AED Plus* carries many of the features found in the Claims of Patent #5,913,685 that was issued to me in 1999 (copy enclosed). Please look over my Patent so that we might discuss the possibilities of Zoll licensing this Patent for use with AED's. I am sure that this could be accomplished at very little cost to Zoll.

If I do not contest Zoll's use of my invention, other defibrillator manufacturers will assume that they too can use this technology. If Zoll obtains a license, it will eliminate costly litigation and would furnish you with years of patent protection and a competitive edge over others in the field.

I believe that you and I can work this out with no need for legal intervention. However if you do need a reference, please contact Attorney Chuck Hieken at Fish & Richardson P.C. at 617-542-5070. I would like to visit in Burlington at your convenience and exchange views. Please call me at 413-781-6280 to set up an appointment.

Sincerely,

Donald C. Hutchins

G

# May 2003

Colonial Williamsburg US

**Did you know...** "That the future may learn from the past" is the slogan and goal of the Colonial Williamsburg Foundation.

WEEK 19

| 5 MONDAY | 6 TUESDAY | 7 WEDNESDAY |
|---|---|---|
| | | |
| 8 | 8 | 8 |
| 9 | 9 | 9 |
| 10 | 10 | 10 |
| 11 | 11 | 11 |
| Lunch | Lunch | Lunch |
| 12 Call from Parker | 12 | 12 |
| 1 Richard Zoll | 1 | 1 |
| 2 at Pres. letter | 2 | 2 |
| 3 Discussing my 16th | 3 | 3 |
| 4 of April | 4 | 4 |
| 5 | 5 | 5 |
| 6 | 6 | 6 |
| 7 | 7 | 7 |
| | | |

H



Menu Compose Search Personal Account Options... Help Logout

dchcpr's
**Main Mail**

- Print
- Header

Message 24 of 25

FROM: Gary Freeman <GFreeman@zoll.com> | Save Address
DATE: Mon, 11 Aug 2003 09:48:38 -0400
TO: "Donald Hutchins (dchcpr@map.com)" <dchcpr@map.com>
SUBJECT: ZOLL Medical

Hello Mr. Hutchins,

Sorry about the delay in getting this email off to you. It's been a rather hectic month getting started in my new position.

We are interested in further discussions regarding licensing of your CPR Prompt patents.

I'd like for us to get a chance to meet. I will be traveling the last week of August, but am available otherwise. Would you be interested in visiting us here at our new headquarters?

I look forward to meeting you.

Best Regards,

Gary Freeman

Gary Freeman
V.P. Clinical Affairs
ZOLL Medical Corp.
Worldwide Headquarters
269 Mill Rd.
Chelmsford , MA
01824
Phone: 800-348-9011 x9370
Cell: 617-504-7346
Fax: 978-421-0007

Summary | Prev | Next Reply | Reply All | Forward | Delete

Move to >> Draft

Powered by IMail.

**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

August 11, 2003

Mr. Gary Freeman
VP Clinical Affairs
ZOLL Medical Corp.
269 Mill Rd.
Chelmsford, MA 01824

Dear Mr. Freeman,

    I received your e-mail message this morning and welcome the opportunity to visit your new headquarters in Chelmsford. With a few exceptions my schedule is open during the next month so we should have no problem scheduling a date.
    When I talked with Richard Parker many months ago our discussion centered on the licensing of my Patent 5,913,685 for use with ZOLL's *AED Plus* defibrillator. While I am happy to continue such narrow discussions, a visit to ZOLL's web-site leads me to believe that my Patent has many additional features that would give intellectual property protection to your Corporation in other areas of your business. Therefore, I am suggesting that our discussions be expanded to allow me to present certain concepts contained in the Patent that could be of great benefit to ZOLL.
    For example, ZOLL's current 10-K filing to the SEC describes *EMS Data Management Solutions* under the *RescueNet*™ trademark. Pages 2, 7, 8, and 9 of Patent 5,913,685 teach the automatic recording of rescue data such as date, time, type and duration of each rescue procedure. This is the same information that ZOLL's *Rescue Net*™ database captures. Claims 20, 36 and 43 of the Patent would furnish both hardware and software-code protection to ZOLL for automatic methods of capturing this database.
    This is but one example of why I believe that ZOLL should expand its focus and negotiate a wider use of my Patent. I would be happy to share my views with anyone that you would want to include in these discussions. Please telephone me at 413-781-6280 to schedule my visit.

Sincerely,

Donald C. Hutchins

J

Case 3:04-cv-30121-MAP    Document 1-7    Filed 06/22/2004    Page 14 of 20

2003

Santo Domingo DOMINICAN REPUBLIC

**Did you know...** Santo Domingo's massive Columbus Lighthouse was opened in 1992 to house what are thought to be Columbus's remains.

2003 **August**

19 TUESDAY — 8, 9, 10, 11, Lunch, 12, 1, 2, 3, 4, 5, 6

20 WEDNESDAY — 8, 9, 10, 11, Lunch, 12, 1, 2, 3, 4, 5, 6, 7

21 THURSDAY — Lunch

22 FRIDAY — 8, 9, 10, 11, Lunch, 12, 1, 2, 3, 4, 5, 6, 7

23 SATURDAY

24 SUNDAY



K



Menu Compose Search Personal Account Options... Help Logout

dchcpr's
**Main Mail**

- Print
- Header

Message 18 of 25

FROM: Gary Freeman <GFreeman@zoll.com> | Save Address
DATE: Fri, 19 Sep 2003 10:18:16 -0400
TO: <dchcpr@map.com>
SUBJECT: RE: FW: Hutchins

Hi Don,

Your having an opportunity to discuss any issues that arise from Roger's
analysis makes perfect sense.

I've attached the file again. Just add your home address and make any other
name/address corrections. Then sign two copies and send them to me. I'll
execute both and send one back to you for your records. Once you've sent
them to me then we can have Roger start the analysis.

I look forward to moving this ahead.

Best Regards,

Gary

Gary Freeman
V.P. Clinical Affairs
ZOLL Medical
269 Mill Rd.
Chelmsford, MA 01824
800-348-9011 x9370
Fax 978-421-0007
Cell 617-504-7346

-----Original Message-----
From: Donald Hutchins [mailto:dchcpr@map.com]
Sent: Thursday, September 18, 2003 1:43 PM
To: Gary Freeman
Subject: Re: FW: Hutchins

Powered by IMail.

Gary, I have read Attorney Lee's F&R Agreement and would be happy
to sign it
for myself, Hutchins Tool and the CPR Prompt Corporation as listed.
Attorney Lee's "CPR" should the the CPR Prompt Corporation. I
would like to
note that any Agreement with Zoll would be only in the name of
Donald C.
Hutchins because I personally own the Patent. Hutchins Tool and the
CPR
Prompt Corporation have no letgal or financial interest in the Patent.
I would also ask that I be able to respond to you after you receive
the
evaluation from Attorney Lee. If possible I would be happy to sit with
you
and Attroney Lee so that any issues could be fully aired. My goal in
addition to answering Attorney Lees evaluation would be to expain
features
that may not be evident to him to allow him to respond and agree or
disagree
as to their value to Zoll.
As I have told you, I have read the two patents that you sent to
me. I
can give you my evaluation of these patents. I suggest that Attorney
Lee
also become familiar with these two patents. I consider them relevant
to
the value of my Patent to Zoll or of my Patent to Medtronic or others if
Zoll elects to pass on an agreement with me.
Please get the F&R agreement to me so we can get started. Thanks,
Don
Hutchins

---------- Original Message ----------------------------------
From: Gary Freeman <GFreeman@zoll.com>
Date: Thu, 18 Sep 2003 09:21:05 -0400

>Hi Don,
>
>I've spoken with Roger Lee about Chuck's unwillingness to draft a
>corresponding letter for your signature, and he has told me that we
will
>need to each sign the attached agreement, which basically just says
that
>Roger is going to be looking at the patents in question and that you
agree
>to this. (I've attached Roger's response below.)
>
>Hopefully this is acceptable to you so that we can proceed forward.

>
>If you have any concerns, please give me a call.
>
>Best Regards,
>
>Gary
>
>Gary Freeman
>V.P. Clinical Affairs
>ZOLL Medical
>269 Mill Rd.
>Chelmsford, MA 01824
>800-348-9011 x9370
>Fax 978-421-0007
>Cell 617-504-7346
>
>
>Gary,
>
>What I propose is that ZOLL and Hutchins enter into an agreement along
>the lines of what I have attached. Once Hutchins and ZOLL have
>entered into this agreement, F&R will have the consent it needs to
>provide ZOLL with advice. Chuck Hieken does not need to be involved,
>and it will be up to Hutchins to decide what he wants to do, and
>whether he wants to involve Chuck or another attorney in deciding
>whether to enter into the agreement. I've written the agreement to
>identify three parties on the Hutchins side: Hutchins Tool &
>Engineering Co. (the entity F&R lists as the client, but perhaps not
>the relevant corporation for the CPR stuff), Donald Hutchins as an
>individual, and a possible third corporation, as I seem to recall that
>he may have a corporation with CPR in the name. If he indicates that
>not all three are needed, that's fine, as long as we have him,
>individually, and the corporation(s) that are doing the work in the
>CPR area. I would prefer, however, to have Hutchins Tool &
>Engineering on the agreement.
>
>Roger
>
>
>
>
>

Agreement with Hutchins re FR representation1.doc (Binary attachment)

Summary | Prev | Next Reply | Reply All | Forward | Delete

Move to >> Draft