# Kelleher, Francis G

**From:** Singer, Jordan M
**Sent:** Monday, July 12, 2004 4:35 PM
**To:** Kelleher, Francis G
**Subject:** Zoll corporate disclosure



Zoll_Hutchins_
Corporate discl…

Jordan M. Singer
GoodwinlProcter LLP
Exchange Place
Boston, MA 02109
(617) 570-1096
(617) 523-1231 (f)
jsinger@goodwinprocter.com