**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

November 2, 2004

John C. Englander, Esq.
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

Re:    Hutchins v. Zoll, No. 04-30121-MAP

Dear Attorney Englander,

I have received a Notice of Scheduling Conference stating that the initial scheduling conference will be held at 3:00 P.M. on December 9, 2004. Unfortunately I shall be in Florida between December 6th and 13th with a non-refundable Delta Airline ticket.

Mary Finn of the clerk's office has told me that a continuance should be no problem after I confer with you. I am available for any date before or after the week of December 6th. Please let me know dates that would be acceptable to you so that I can pass them along to the Deputy Clerk French.

Sincerely,

Donald C. Hutchins

cc:    Elizabeth A. French, Deputy Clerk

# CARR🌐LL TRAVEL

## *The World Begins Here*

1220 PROSPECT HILL ROAD, SOFIAS PLAZA, EAST WINDSOR CT 06088
860-623-0151        FAX 860-623-9083        800-947-8747

SALES PERSON: 60          ITINERARY/INVOICE NO. 0038397          DATE: 27 OCT 04
                                              CDNAIB          PAGE: 01

TO: DONALD HUTCHINS
    1047 LONGMEADOW STREET
    LONGMEADOW, MA   01106

FOR: HUTCHINS/DONALD

AIR
36DEC    LV HARTFORD SPRNGFLD 750A    DELTA AIR LINES INC    1503U
MON                                                          02HR 45MIN
         AR ATLANTA          1035A                           EQP:   BOEING 757
         ARRIVE: SOUTH TERMINAL                              REF: P366QL
                 HUTCHINS/DONALD    SEAT-36A    DL-2017800208
AIR
         LV ATLANTA          1141A  DELTA AIR LINES INC      713U
         DEPART: SOUTH TERMINAL                              01HR 41MIN
         AR FORT MYERS    RSW 122P                           EQP:   BOEING 767 30
                                                             REF: P366QL
              HUTCHINS/DONALD    SEAT-19A    DL-2017800208

AIR
13DEC    LV FORT MYERS    RSW 1130A  DELTA AIR LINES INC     485L
MON                                                          01HR 45MIN
         AR ATLANTA          115P                            EQP:   MD-80
         ARRIVE: SOUTH TERMINAL                              REF: P366QL
              HUTCHINS/DONALD    SEAT-17E    DL-2017800208
AIR
         LV ATLANTA          200P   DELTA AIR LINES INC      234L
         DEPART: SOUTH TERMINAL                              02HR 12MIN
         AR HARTFORD SPRNGFLD 412P                           EQP:   MD-80
                                                             REF: P366QL
              HUTCHINS/DONALD    SEAT-21C    DL-2017800208

OTHER
13FEB    HARTFORD SPRNGFLD
SUN                          PROCESSING FEES APPEAR SEPARATELY ON YOUR
                             STATEMENT

MEMBER
ASTA
American Society
of Travel Agents

CONTINUED ON PAGE 2