UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

          Plaintiff,

    v.                            Case No. 04-30121-MAP

ZOLL MEDICAL CORPORATION,

          Defendant.

**JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff Donald C. Hutchins ("Hutchins") and Defendant Zoll Medical Corporation ("Zoll") hereby submit this Joint Statement in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(D).

**I.**    **Discovery Plan and Proposed Schedule**

Plaintiff's Statement

Hutchins looks upon the *Markman* hearing as an opportunity for both parties to understand how the Court will construe the claims of Hutchins's Reissue Patent No. 34,800 and Hutchins's Patent No. 5,913,685. I also ask the Court to construe Hutchins's Copyright Txu-210-208 and Hutchins's Copyright Txu-213-859 at the *Markman* hearing. Hutchins is prepared to file a Brief that includes patent construction prior to the *Markman* hearing and invites the defendant to do the same. These Briefs submitted to *Markman* should allow optimum use of the Court's time and resources.

Defendant's Statement

Zoll believes that the basic facts in this case are relatively straightforward, and that it would be most efficient for the Court to address claim construction in the context of summary

judgment. Accordingly, Zoll proposes that the parties exchange their constructions of plaintiff's patent claims early in the discovery process, and address claim construction issues on motions for summary judgment. Zoll further proposes that summary judgment motions may be filed at any time prior to the deadline set by the Court. If the case is not fully resolved on summary judgment, Zoll proposes that the Court set a further scheduling hearing to address the timing of a formal *Markman* hearing (if the Court determines one is necessary), expert discovery, and trial.

A. <u>Initial Disclosures</u>. Pursuant to the Court's November 9, 2004 Notice of Scheduling Conference and Local Rule 26.2(A), the parties will have exchanged Initial Disclosures on or before December 7, 2004.

B. <u>Discovery Limitations</u>. The parties jointly propose that discovery events be limited as set forth in Local Rule 26.1(C), with the understanding that discovery events exceeding those permitted by Local Rule 26.1(C) may be undertaken only by agreement of the parties or, in the absence of such agreement, by leave of Court.

C. <u>Proposed Schedule</u>.

The parties propose the following discovery schedules:

| EVENT | PLAINTIFF'S PROPOSED DATES | DEFENDANT'S PROPOSED DATES |
|---|---|---|
| Plaintiff's claim construction due | January 15, 2005 | January 15, 2005 |
| Defendant's claim construction due | February 15, 2005 | March 1, 2005 |
| *Markman* hearing | March 15, 2005 | TBD (only if necessary after ruling on motions for summary judgment) |
| Close of fact discovery | TBD | August 15, 2005 |
| Deadline for filing motions for summary judgment | April 15, 2005 | September 15, 2005 |

2

| | | |
|---|---|---|
| Hearing on motions for summary judgment | TBD | TBD |
| Further scheduling hearing (if necessary) | TBD | TBD |
| Close of expert discovery | TBD | TBD |
| Final pre-trial conference | TBD | TBD |

**II.   Certifications Pursuant to Local Rule 16.1(D)(3)**

    A.   Plaintiff's certification is attached hereto as Exhibit A.

    B.   Defendant's certification is attached hereto as Exhibit B.

**III.   Trial By Magistrate**

The parties do not consent to trial by Magistrate Judge at this time.

**IV.   Settlement**

Plaintiff and defendant have engaged in previous efforts to settle this case, but no settlement has been achieved. The parties are continuing to explore settlement.


Respectfully submitted,                                   Respectfully submitted,


/s/ Donald C. Hutchins                                    /s/ Jordan M. Singer
Donald C. Hutchins (*pro se*)                             John C. Englander (BBO # 542532)
1047 Longmeadow Street                                    Jordan M. Singer (BBO # 651068)
Longmeadow, MA 01106                                      GOODWIN PROCTER LLP
Phone: (413) 734-2625                                     Exchange Place
Fax: (413) 739-4060                                       Boston, MA 02109
                                                          Phone: (617) 570-1000
                                                          Fax: (617) 523-1231

                                                          Attorneys for Defendant
                                                          Zoll Medical Corporation

Dated: December 7, 2004

LIBA/1432962.1