UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ZOLL MEDICAL CORPORATION ) <br> ) <br> Defendant ) | Civil Action 04-30121-MAP <br><br> **CERTIFICATION OF** <br> **DONALD C. HUTCHINS** |

NOW COMES DONALD C. HUTCHINS who is representing himself *pro se* in this action. Donald C. Hutchins certifies under Local Rule 16.1 **(d)** (3) that he has conferred with the following attorneys who reviewed patents and allegations of infringement:

Attorney Chuck Hieken, of Fish & Richardson advised initiating the action against the Defendant after licensing efforts failed. Fish and Richardson could not represent Hutchins because Zoll is also a client and this was a conflict of interest. Attorney Hieken contacted Attorney John Regan on my behalf.

Attorney John Regan of Hale & Dorr reviewed and accepted the case. Upon fee negotiation, Attorney Regan said that Hale & Dorr does not use the "contingency model" for patent litigation because the Firm estimates the average patent case if taken through trial will cost Hale & Dorr $2 million to prosecute or defend. Attorney Regan recommended that Attorney David Marder who's Firm has taken patent cases on a contingency basis.

Attorney David Marder reviewed the materials and encouraged me that I had a very strong case against Zoll. Unfortunately the damages would have to be over $200 million for his Firm to take the case on a contingency basis. He too cited costs of over $2 to $3 million for patent litigation.

I have conferred in depth with each of these attorneys with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

As the inventor and the author of the intellectual property being infringed, I have an excellent understanding of the issues involved in this dispute. I am familiar with patent law and civil procedure and have represented myself before the Federal District Court and the Appeals Court. I find the federal court system to be the most affordable place for the inventor to protect his intellectual properties and welcome the opportunity to appear before this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD C. HUTCHINS, pro se