DEC.07'2004 12:55  9784210007          ZOLL ENGINEERING              #1588 P.002/002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>Plaintiff,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>Defendant. | Case No. 04-30121-MAP |

## RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and authorized representative of defendant Zoll Medical Corporation ("Zoll") hereby certify that Zoll and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: December 7, 2004

_____
Gary A. Freeman
Zoll Medical Corporation

DATED: December 7, 2004

_____
John C. Englander (BBO # 542532)
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Zoll Medical Corporation

LIBA/1434539.1