UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
DONALD C. HUTCHINS,         )
        Plaintiff           )
                            )
        v.                  ) CIVIL ACTION NO. 04-30121-MAP
                            )
ZOLL MEDICAL CORPORATION,   )
        Defendant           )
```

PRETRIAL SCHEDULING ORDER

December 16, 2004

PONSOR, D.J.

Counsel for the defendant and the plaintiff, pro se, appeared before this court on December 15, 2004 for a scheduling conference. Based on the representations made at the conference, the court orders as follows:

   1. The plaintiff will provide his claim construction memorandum to the defendant and the court no later than January 15, 2005.

   2. Defendant will provide its claim construction memorandum to the plaintiff and the court no later than March 1, 2005.

   3. All non-expert discovery will be completed by August 15, 2005.

   4. The defendant's motion for summary judgment will be filed no later than September 15, 2005. It may be filed earlier, but in this event the plaintiff will have no less than thirty days to reply.

   5. Assuming defendant's motion for summary judgment is filed on September 15, 2005, plaintiff's opposition will be filed by October 15, 2005. The defendant may reply no later than October 25, 2005. Defendant should make every effort to consolidate all theories that entitle it to summary judgment in one

motion.

6. Once the court has received the memoranda supporting and opposing the motion for summary judgment, the motion will be set for hearing.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        United States District Judge