UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>    Plaintiff<br><br>vs.<br><br>ZOLL MEDICAL CORPORATION<br><br>    Defendant | Civil Action No. **04-30121-MAP**<br><br>**PLAINTIFF'S**<br>**DISCOVERY DOCUMENTS** |

    Pursuant to PRETRIAL SCHEDULING ORDER entered December 16, 2004 Hutchins submits Exhibit 13 of the Claim Construction Memorandum filed January 14 2005. Exhibit 13 is the Patent File History supplied by the Patent Office. As explained in the filed Claim Construction Memorandum, the Patent Office had acknowledged Hutchins' order but was backed-up on deliveries. Please file this History File as Exhibit 13 of the Claim Construction Memorandum.

    Respectfully submitted,

    DONALD C. HUTCHINS, Pro Se

    _____
    1047 Longmeadow Street
    Longmeadow, Massachusetts 01106
    (413) 734-2625
    (413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

    I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy to: John C. Englander, Esq., Goodwin Proctor, LLP, Exchange Place, Boston, MA 02109

Dated:   February 1, 2005

    _____
    Richard J. Moriarty