UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

    Plaintiff,

       v.

ZOLL MEDICAL CORPORATION,

    Defendant.

CASE NO. 04-30121-MAP

**APPENDIX TO DEFENDANT ZOLL MEDICAL CORPORATION'S
CONSTRUCTION OF THE CLAIMS OF U.S. PATENT NO. 5,913,685**

Defendant Zoll Medical Corporation ("Zoll") submits this Appendix in support of its

cconstruction of the claims of the '685 patent.  This Appendix contains the following evidence in

support of Zoll's construction:

          **TAB A**:      A copy of the '685 patent

          **TAB B**:      Selected pages from the file history of the '685 patent

          **TAB C**:      Selected pages from THE DICTIONARY OF COMPUTER WORDS (rev. ed. 1995)

          **TAB D**:      Selected pages from THE DICTIONARY OF COMPUTER AND INTERNET TERMS (5th ed. 1996)

          **TAB E**:      Selected pages from WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY (1990)

          **TAB F**:      Selected pages from WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (1986)

Respectfully submitted,


/s/ Jordan M. Singer
John C. Englander (BBO # 542532)
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

Attorneys for Defendant
Zoll Medical Corporation


Dated: March 2, 2005