Case 3:04-cv-30121-MAP   Document 11-4   Filed 03/02/2005   Page 1 of 16

# DICTIONARY OF COMPUTER WORDS

*Revised Edition*



Houghton Mifflin Company

*Boston • New York*

Case 3:04-cv-30121-MAP   Document 11-4   Filed 03/02/2005   Page 1 of 16

Words included in this Dictionary that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, 222 Berkeley Street, Boston, Massachusetts 02116.

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

Library of Congress Cataloging-in-Publication Data

Dictionary of computer words. — Rev. ed.
  p.  cm.
  Includes index.
  ISBN 0-395-72834-7 (acid-free paper)
  1. Computers — Dictionaries.
  QA76.15.D5259   1995
  004'.03 — dc20      95-1175
                     CIP

Manufactured in the United States of America

DOH 10 9 8 7 6 5 4 3 2

Book design by Anne Chalmers

**ART CREDITS:** *Apple Computer:* desktop, dialog box, keyboard (Apple Adjustable), menu, overlaid windows, toolbar; *Fountain Hills Systems Inc.:* keyboard (Ergonomic Keyboard); *Lexmark International, Inc.:* keyboard (Select-Ease); *Library of Congress:* pixel (photograph); *Lotus Development Corporation:* spreadsheet; *Maureen Wilken/Cheryl Snyder:* range; *Microsoft Corporation:* screen shots at the entries alert box, character-based, graphical user interface, and range reprinted with permission from Microsoft Corporation; illustration of the Natural Keyboard at the entry keyboard reproduced with permission from Microsoft Corporation; *Tech-Graphics:* antialiasing, Bézier curve, chip, computer, connector, DIP switch, Dvorak keyboard, floppy disk, hard disk, hierarchical, landscape, letter-quality, mouse, network, outline font, overlaid windows, pixel, printed circuit board, QWERTY keyboard, sector, sine wave, software, trackball, write-protect; *U.S. Environmental Protection Agency:* Energy Star.

*[left column partially cut off]*

...er its devel-
...many of its
...s were able
...s and build
...es, cloners
...tating. See

...hical user
...from the

...ose speci-
...side soft-
...prevents
...a com-
...expan-
...boards.

...atted, it
...isk, and
...ypically
...is the
...one file
...hout a
...of the
...sector,

...oxide
...draws
...wered
...se a
...nce a
...rned

---

**COBOL** [KOH-bol] Acronym for **common business-oriented language.** A *high-level language* developed in the late 1950s and early 1960s. It is still widely used, especially in commercial data processing and business applications. COBOL is closer to English than many other high-level languages, making it easier to learn.

**code** *n.* **1.** A set of symbols for representing characters in *binary* form for storage in a computer. For example, most computers recognize characters in *ASCII* code. **2.** The instructions in a computer program. The instructions written by a programmer in *programming language* are often called *source code.* Instructions that have been converted into *machine language* that the computer understands are called machine code or executable code.
— *v.* To write instructions in a programming language.

**cold boot** A computer start-up that begins when the power is turned on. The computer then automatically loads its operating system.

**Color Graphics Adapter** See **CGA.**

**column** A vertical arrangement of data. On a display screen in *character mode,* a column is a vertical line that is one character wide and extends from the top of the screen to the bottom. In a *spreadsheet,* a column is a set of vertically aligned *cells.* See illustration at *spreadsheet.*

**COM file** [kom] In *DOS,* a file with the *extension* .COM, indicating that it is an executable command file. COM files are set up for programs and routines that are 64KB or smaller. To execute a COM file, you type the file name and press Enter. See also *executable file, EXE file.* See table at *extension.*

**command** A signal, given to a computer by a user, that tells the computer to do a specific task. In *command-driven* programs, commands are issued by typing a key or combination

— *adj.* Capable of being used with or substituted for another computer, peripheral, file, or program.

**compile**　To translate a program written in a *high-level language* into *object code*. The object code may be *machine language* that can be directly executed by the computer, or it may be an intermediate *assembly language*. If the latter, the object code must then be transformed into machine language using *assemblers*, *linkers*, or *loaders*. See also *source code*.

**compiler**　A program that translates another program written in a *high-level language* into *object code*. Compilers translate the entire program into executable code before it is run; *interpreters* translate and run a program line by line. Since object code is unique to each type of computer, there are many compilers available for each high-level language. See illustration at *programming language*.

**complementary metal oxide semiconductor**　See **CMOS.**

**complex instruction set computer**　See **CISC.**

**COM port**　Acronym for **communications port.** A connection point on a computer for plugging in a *serial* device, such as a modem or a mouse. There can be up to four COM ports. The *DOS* operating system designates them COM1, COM2, COM3, and COM4.

**compress**　To encode data so as to minimize the space it requires for storage or transmittal, for example. See also *data compression*, *lossless compression*, *lossy compression*.

**compression**　See **data compression.**

**computer**　A programmable machine that performs high-speed processing of numbers, as well as of text, graphics, symbols, and sound. Modern computers are *digital*. The computer's physical components are called *hardware;* its programs and

data are called *software*. All computers include these components:
- a central processing unit, referred to as the CPU, that interprets and executes instructions
- input devices, usually a keyboard and/or a mouse, through which data and commands enter the computer
- memory that enables a computer to store programs and data
- mass storage devices, such as disk drives and tape drives, that store large amounts of data and
- output devices, such as printers and display screens, that show the results after data has been processed by the computer.

See illustration. See also *mainframe, minicomputer, multimedia, personal computer, supercomputer, workstation*.



**computer**

**computer-aided design**   See **CAD**.

**computer-aided instruction**   See **CAI**.

## diskette

Disk drives are distinguished by their data storage capacity and *access times*, or the amount of time it takes the drive to *access* a single piece of data. Optical drives can store much more data than floppy or hard drives, but are relatively slow. Hard drives are faster and have larger storage capacities than floppy drives. In practice, techniques such as disk caching and *interleaving* can significantly improve the performance of disk drives. See also *cache*. See illustration at *computer*.

**diskette**   See **floppy disk.**

**diskless workstation**   A *workstation* or *personal computer* on a *local area network* that has a *CPU* and *RAM*, but does not have its own *disk drive*. Its program and data files are stored on the network file *server*.

**disk operating system**   See **DOS.**

**disk pack**   A removable *storage device* consisting of a stack of several magnetic *disks* encased as a unit. Disk packs are used chiefly with *minicomputers* and *mainframes*.

**display**   *v.* To show *information* or *graphics* on a *monitor*.
— *n.* A display screen.

**display adapter**   See **video adapter.**

**display screen**   The part of a *monitor* that gives *information* in visual form. Commonly, a computer's display screen uses a *cathode-ray tube* to show images, just as a television does. Laptop and *notebook* computers, however, use *flat-panel displays*, typically *LCDs* (liquid-crystal displays) or *gas plasma displays*. See illustration at *computer*.

**dithering**   In computer graphics, a technique for alternating the values of adjacent dots or *pixels* to create the illusion of intermediate values. In printing color or displaying color on a computer screen, making adjacent dots or pixels different colors gives the effect of a third color. For example, a printed field of

puter. Such files are usually written in the computer's machine language, and can include *program files*, *DLL files*, and *device drivers*.  **2.** A program that can be run by the computer when its name is entered as a command. This includes *program files*, *batch files*, and *script files*, for example. See table at *file*.

**execute**  To run a program, carry out a command, or perform a function.

**EXE file**  [ee-eks-EE]  In DOS, an *executable file* with the *extension* .EXE. See table at *extension*.

**expanded memory**  In IBM PC and compatible computers using DOS, memory added to the computer by means of an *expansion board* to supplement *main memory*. Computers based on the Intel 8086 and 8088 microprocessors are unable to make use of more than 1 *megabyte* (1,024 *kilobytes*) of memory. Expanded memory cannot be accessed directly, so it is accessed through the technique of *mapping* blocks of expanded memory, called *pages*, one at a time into an area of the CPU's usable *address space* called the *page frame*. When the computer needs to access data in expanded memory, the desired page is found and inserted into the page frame so that it can be read. This gives programs access to much more RAM for accommodating large documents and spreadsheets, and also allows multiple programs to run simultaneously without exhausting the computer's resources. In order for programs to use this extra memory, it must be configured according to the *EMS* specification, and so is often called EMS memory.

The Intel 80286 microprocessor can address up to 16MB, and the 80386 and later chips can directly address up to 4 *gigabytes*. Computers using these processors can run in either *protected mode*, which configures all memory above 1MB as *extended memory*, or *real mode*, which *emulates* the 8086 and configures all memory above 1MB as expanded memory. The software needed for this configuration is called an EMS driver and is built into DOS 4.0 and later versions. Many pro-

ing program might contain information about *default* settings for such items as margins, line spacing, and font. The *extension* for INI files is ".INI".

**INIT**   [IN-it]   A *utility* program for *Macintosh* computers that is executed whenever you start or restart your computer. INITs sometimes cause *crashes* by interfering with the *memory* for another *program*. See also *terminate and stay resident*.

**initialize**   **1.** To prepare a *disk* or *printer* for use. See also *format*.   **2.** In programming, to set a variable to a starting value.

**ink-jet printer**   A *nonimpact printer* that prints by spraying ink onto paper. Ink-jet printers can print with a *resolution* of 300 *dots per inch* (dpi). Work printed on an ink-jet printer looks very similar to that printed by a *laser printer*, but the ink from an ink-jet printer tends to be less stable. Ink-jet printers are usually somewhat slower than laser printers, but usually cost significantly less and are quieter. Recent advances in technology have produced black-and-white ink-jet printers small enough to be built into laptops and inexpensive enough to displace dot-matrix printers. Color ink-jet printers are reasonably priced as well. See table at *printer*.

**input**   *n.* Information put into a computer for processing, such as *commands* typed from a *keyboard*, a *data file* read from a *disk*, or a *bit map* of a *scanned* image.
— *v.* To enter data or a program into a computer. See also *output*.

**input device**   A machine that enables you to put information into a computer. *Keyboards*, *modems*, *mice*, and *scanners* are examples of input devices. See also *output device*.

**input/output**   See **I/O**.

**Ins**   Abbreviation of **Insert key**.

**line spacing**  See **leading.**

**link** *v.* **1.** To connect two files in such a way that a change in the data of one file is reflected in the other. For instance, a customer *database* could be linked to an inventory database so that entering a sale of an item into the customer database would automatically update the inventory database. In some cases, linked files do not have to be from the same program; a spreadsheet can be linked to a word processing document, and a change in the spreadsheet will then affect the corresponding part of the document. Although they are connected, the two files remain separate entities. A connection between two documents that automatically makes changes is sometimes known as a hot link. A cold link needs to be activated with a command to update. See also *Dynamic Data Exchange, OLE.* **2.** In programming, to bring together all the *modules* and *libraries* and build *an executable file.* Linking is one of the final stages in the assembly of a software program. — *n.* **1.** A connection between computers, devices, programs, or files over which data is transmitted. **2.** See **hyperlink. 3.** See **hot link.**

**linker**  An executable program that joins *modules* (small blocks of *code*) so that data can be passed between them. Modules can be added or replaced individually. See also *compile, library.*

**liquid-crystal display**  See **LCD.**

**liquid-crystal shutter printer**  A high-quality printer that resembles a *laser printer.* Instead of using a laser to create images on the print drum, it shines a light beam through a liquid-crystal panel. Individual *pixels* in the panel act as tiny shutters, blocking or transmitting the light to form a dot pattern on the drum. See table at *printer.*

**LISP**  [lisp]  Acronym for **list processor.** A *programming language* that is widely used in *artificial intelligence* research. Developed in the 1960s by John McCarthy at MIT, LISP is

Case 3:04-cv-30121-MAP   Document 11-4   Filed 03/02/2005   Page 10 of 16

**nest**  To embed one subroutine, set of data, or word processing *document* sequentially within another. In a database, for example, a nested *record* is a record containing a *field* that is itself a record. A nested table is a table within another table.

**network**  A system of computers, and often *peripherals* such as printers, linked together. The smallest networks are *local area networks* (LANs), in which as few as 2 or as many as 500


Bus


Star                                        Ring

**network**
Three common network configurations

Case 3:04-cv-30121-MAP   Document 11-4   Filed 03/02/2005   Page 10 of 16

computers are connected by cables within a small geographic area, often within the same building. Larger networks, called *wide area networks* (WANs), use telephone lines or radio waves to link computers that can be thousands of miles apart.

The geometric arrangement of the computers is called the *topology* of the network. Common topologies include the *star*, *bus*, and *ring*. The *protocol* standardizes the rules and signals that computers on a network use to communicate. *AppleTalk*, a protocol suitable for small networks, is built into all Macintosh computers and laser printers. Popular protocols for LANs include *Ethernet*, and, specifically for IBM PC computers, the IBM *token-ring network*. See illustration. See also *client/server network*, *peer-to-peer network*.

**network interface card**   Abbreviated **NIC**   A *printed circuit board* or an *adapter* that allows a computer to be connected to a *network*. Network interface cards permit the network connection to be made directly to the computer's internal *bus*, rather than through the much slower *serial port*. Interface cards are usually made for a single type of network.

**neural network**   A computing system modeled after a biological nervous system that attempts to approximate the workings of the human brain. Interconnected "processing elements" play the role of neurons (nerve cells). Each processing element has a limited number of inputs, corresponding to the impulses a neuron receives. Its inputs determine each element's output, which corresponds to the nerve impulse that travels to the next neuron. Rather than being programmed, the processing elements "learn" from the kinds and patterns of input they receive.

Neural networks are either built from *hardware* circuits or simulated on a computer through *software*. Although commercial applications of neural networks are limited at this point, they are beginning to be used in areas such as voice and pattern recognition and speech synthesis. See also *artificial intelligence*.

**newsgroup**   A *USENET* group focusing on one topic. The *bulletin board system* now has a huge number of newsgroups covering a large range of subjects.

printer then fills in the outlines at its maximum resolution. *TrueType* is a popular *page description language* for defining outline fonts.

Unlike *bit-mapped fonts*, outline fonts are scalable; that is, they can be adjusted in size without becoming distorted. Because mathematical formulas adjust the lines and arcs of the outline, you need only one font in the printer's memory to print or display any type size from 2 to 127 *points*. However, fonts that are scaled at low resolutions may not look very good or even readable on screen, and may benefit from *hints*. Also called *scalable font*, *vector font*. See illustration.



**outline font**
Bit-mapped and outline fonts

**output**   *n.* Information produced by a computer, such as the results of processing data input to the computer. Output can be printed, displayed on a screen, written to *disk*, or transferred via *networks* to other computers.
  — *v.* To send output to a printer, display screen, storage device, modem, or other output device. See also *input*.

**output device**   A machine that enables you to get information out of a computer. *Printers*, *display screens*, and speakers are examples of output devices. See also *input device*.

nected to the computer through an *expansion board*. A serial port is adequate for the limited amount of data that is transmitted by a mouse, and a serial mouse is easy to install. See also *mouse*.

**serial port** A port at the back of a computer that is used for serial communication. Devices such as *modems* and *serial mice* are connected to a computer's serial port. A serial port transmits data on series — one bit of data at a time. It is often referred to as an RS-232 port. RS-232 is the Electronics Industries Association's designation for a standard for how the various connections in a serial port are to be used. The serial port contains one line for transmitting data, one line to receive data, and several other lines that signal when transmission or reception will occur and generally maintain a smooth flow of data between the computer and whatever device is attached. Also called *serial interface*.

**serif** A fine line finishing off the main strokes of a letter. Typefaces without these fine lines are called *sans serif*. See illustration.

Mm  Mm

Mm  Mm

**serif**
Serif (left) and sans serif fonts in roman (top) and italic

**server** In a *client/server network*, a computer that stores files and provides them to individual *workstations*, or clients.

**statement**  An elementary instruction in a *high-level language*. Programs are made up of statements and *expressions*, operations, and values stated in symbolic form.

**static**  Unchanging or fixed. See also *dynamic*.

**static RAM**  Acronyms **SCRAM** [skram] or **SRAM** [ESS-ram]. A type of random-access memory that does not need to be refreshed by the CPU as often as *dynamic RAM*. Substantially faster than dynamic RAM, static RAM chips are used for cache memory, a reserved area of memory that stores frequently used data or instructions for fast access. See table at *access time*.

**static random-access memory**  See **static RAM.**

**stop bit**  In *asynchronous* communication, the *bit* that signals the end of a *byte* of data. See also *start bit*.

**storage**  The places that hold computer information for subsequent use or retrieval. There are two types of storage: *primary storage* consists of a computer's *RAM* (random-access memory); secondary storage, or *mass* storage, refers to the places, such as hard disks or floppy disks, where large amounts of information can be permanently stored.

**storage device**  Any device used to record and store computer data. Among storage devices are *hard disks*, *floppy disks*, and *tape*.

**store**  To copy data onto a *mass storage* device, such as a floppy disk, or into memory from the *CPU*.

**string**  A set of consecutive characters treated by a computer as a single unit. Computers can perform operations on text by treating words as strings. Also called *character string*.

**striping**  On an *array* of disk drives, a technique for improving disk drive speed. Each file written into a striped array is spread, or striped, over several drives. See also *array*, *RAID*.

Case 3:04-cv-30121-MAP    Document 11-4    Filed 03/02/2005    Page 14 of 16

SVGA video adapters and monitors are able to display up to 1,280 by 1,024 pixels and over 16 million different colors. Also called *extended VGA*. See also *monitor, resolution, VGA, video adapter*.

**swap**   In a system using *virtual memory*, to copy a segment or *page* between *RAM* and the *hard disk*. The system usually sets aside a certain portion of the disk to hold such copies. The segment or page is copied to disk when it is not needed and copied back into RAM when it is needed again. See also *paging, virtual memory*.

**switch**   See **option** (sense 1).

**synchronous**   A type of communication in which the flow of data is synchronized by an electronic clock. Synchronous communication takes place within the components of a computer and between computers in certain *networks*. *Asynchronous* communication is not governed by a clock signal; data is transmitted intermittently with a *start bit* and a *stop bit* signaling the beginning and end of each byte of data. Asynchronous communication can be carried out over telephone lines and is commonly used for communication between a computer and another device. See also *asynchronous*.

**syntax**   The spelling and grammatical rules governing a computer language. Programming language syntax is very precise, and a command that violates a grammatical rule will generate a syntax error. See also *semantics*.

**SYSOP**   [SIS-op] Acronym for **system operator.** The person who manages and sometimes owns a *bulletin board system* or another type of *multi-user* system.

**system**   A combination of components working together. A computer system is made up of all of the *hardware* and *software* that allow a computer to accept *input*, to process and store it, and to produce *output*. Within a computer, the *operating system* consists of the programs that allow the different

components such as the keyboard, memory, CPU, and monitor to function together. The operating system also provides a software base from which applications can run. See table at *operating system*.

**System** On Macintosh computers, one of the two programs that make up the *operating system*. The other operating system program, called *Finder*, is a file and program manager.

System 7 is an updated version of the Macintosh operating system, which includes a revised version of Finder, true *virtual memory*, *multitasking*, and several other features. System 7 is a trademark of Apple Computer, Inc. See table at *operating system*.

**system board** See **motherboard.**

**system disk** See **startup disk.**

**System folder** In *Macintosh* computers, the *folder* that contains files for the *System*, *Finder*, device *drivers*, *fonts*, and other resources needed by the *operating system*.

**systems analysis** The study of a problem or task, followed by the design and implementation of computer hardware and software to solve that problem or task.

**systems analyst** One who performs systems analyses, designing and implementing computer systems for specific settings and requirements.

**systems software** *Software* that is concerned with the actual operation of the computer as opposed to the work that is done with it. Systems software primarily includes the *operating system* and related *utility* programs, as well as *configuration files*, *compilers*, *linkers*, and other files and programs that cannot be considered *applications* software. See illustration at *software*.