Tab D




BUSINESS GUIDES

# Dictionary of Computer and Internet Terms

Fifth Edition



- [illegible] than 1,300 key computer terms with definitions
- Includes hundreds of words and expressions that apply specifically to the Internet
- [illegible]-friendly descriptions of programming concepts, desktop and other applications, and much more
- Filled with illustrations

[illegible] Downing, Ph.D., Michael Covington, Ph.D., and Melody Mauldin Covington

© Copyright 1996 by Barron's Educational Series, Inc.
Prior editions © copyright 1995, 1992, 1989, and 1986
by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788

*Library of Congress Catalog Card No. 96-9250*

International Standard Book No. 0-8120-9811-0

**Library of Congress Cataloging-in-Publication Data**

Downing, Douglas.
Dictionary of computer terms / Douglas A. Downing, Michael Covington, Melody Mauldin Covington—5th ed.
p. cm.
Previous eds. published under title: Dictionary of computer terms.
ISBN 0-8120-9811-0
1. Computers—Dictionaries. 2. Internet (Computer network)—Dictionaries. I. Covington, Michael A., 1957– . II. Covington, Melody Mauldin. III. Downing, Douglas. Dictionary of computer terms. IV. Title.
QA76.15.D667 1996
004'.03—dc20 96-9250
CIP

PRINTED IN THE UNITED STATES OF AMERICA

98765

**CONFIDENCE FACTOR** (certainty factor) a truth value between 0 and 1, used to describe the reliability of a piece of information whose truth is unclear or uncertain. There are several systems of reasoning that use confidence factors; for one example, see FUZZY LOGIC. *Contrast* DEFAULT LOGIC, which deals with exceptions without using confidence factors.

**CONFIG.SYS** the file (in PC-DOS, MS-DOS, OS/2, Windows 95, and similar operating systems) that contains information about the machine configuration, including device drivers, the type of keyboard (if not the standard U.S. model), and the amount of memory to be set aside for disk buffers. CONFIG.SYS is read only when the machine boots up. *See also* AUTOEXEC.BAT.

**CONFIGURE** to set up a computer or program to be used in a particular way. Many commercial software packages have to be configured, or installed; this involves setting them up for a particular machine (including video card and printer) and for a particular user's preferences.

**CONSOLE**

**1.** the main keyboard and screen of a multi-user computer.

**2.** a keyboard and (non-graphical) screen, or a window serving the purpose of one.

**CONSOLE MODE** a way of running programs without windowing under Windows 95, OS/2, and Windows NT. A console-mode program is started from the command line, just like an MS-DOS program, but has access to the full facilities of the operating system, including large amounts of memory.

**CONSTANT** a value that remains unchanged during the execution of a program. Literal expressions, such as `3.5` and `"DOLLY MADISON"`, are constants because they always stand for the same value. In Pascal and some other languages it is possible to define names to represent constants.

**CONSTRAIN** (in drawing programs) to restrict or limit the available movements or shapes. For example, when drawing a circle with a circle tool, you must hold down the control key to constrain the rounded shape to a circle. If you let go of the constraining key too soon, you may get a fat oval rather than a perfect circle.

The constrain command is also used with the rectangle drawing tool (constrains to a square) and the line drawing tool (constrains to preset angles).

**CONTENTION** *see* DEVICE CONTENTION.

**CONTEXT-SENSITIVE HELP** information provided by a computer program when you ask for help. The help option is context-sensitive if its behavior depends on what you are doing at the time you press it. For example, a context-sensitive help key will give you information

became very popular CP/M greatly influenced the early development of MS DOS *See* MS DOS

**CPU** (Central Processing Unit) the part of a computer where arithmetic and logical operations are performed and instructions are decoded and executed The CPU controls the operation of the computer A microprocessor is an integrated circuit that contains a complete CPU on a single chip

**CRACKER** a person who breaks into computers via the Internet and uses them without authorization either with malicious intent or simply to show that it can be done

**CRASH** the sudden complete failure of a computer because of a hard ware failure or program error A well designed operating system con tains protection against inappropriate instructions so that a user s pro gram will not be able to cause a system crash

**CRAY** Cray Research Inc founded by Seymour Cray a manufacturer of supercomputers (*see* SUPERCOMPUTER) Cray s first major product was the Cray 1 introduced in 1977 a vector processor designed for repetitious numeric calculations *See* VECTOR PROCESSOR

**CRC** (Cyclical Redundancy Check) an error detecting code similar to a CHECKSUM but computed with a more elaborate algorithm Data stored on disk is normally accompanied by CRC

**CRIPPLEWARE** *(slang)* *software that is distributed free as an incom* plete version in the hope that the user will purchase the fully functional version

**CROSS-PLATFORM** available for more than one kind of computer (e g PC and Macintosh)

**CRT** (Cathode Ray Tube) a glass tube with a screen that glows when struck by electrons An image is formed by constantly scanning the screen with an electron beam Examples of CRTs include television screens and computer monitors *See also* EYEGLASSES FOR COMPUTER USERS

**CRYPTOGRAPHY** the technology of encoding information so that it cannot be read by an unauthorized person See ENCRYPTION and its cross references

**CSMA/CD** *see* ETHERNET

**CTRL** *see* CONTROL KEY

**CTRL-ALT-DEL** the key combination that reboots the IBM PC and compatibles That is the computer reboots if you hold down the Ctrl and Alt keys simultaneously and press the Del key Under Windows Ctrl Alt Del kills the executing process rather than the entire operating system Under OS/2 Ctrl Alt Del empties disk buffers (like the UNIX

**INT 13** the interrupt service routine that provides disk access through the BIOS under MS DOS Advanced operating systems such as Windows 95 normally bypass INT 13 but they can be told to use it if necessary for compatibility with unusual hardware or device drivers

**INTEGERS** whole numbers and negated whole numbers such as 1 2 3 0 –10 –26 157 567 and –2 397 An integer does not contain a fractional part Thus 3 4 and $2\frac{2}{3}$ are not integers

**INTEGRATED CIRCUIT** an electronic device consisting of many miniature transistors and other circuit elements on a single silicon chip The first integrated circuits were developed in the late 1950s and since then there has been continued improvement The number of components that can be placed on a single chip has been steadily rising

The advantages of integrated circuits over discrete components include the facts that they are very small (most are less than $\frac{1}{4}$ inch square) their internal connections are more reliable they consume much less power they generate much less heat, and they cost less than similar circuits made with separate components

Integrated circuits are classified by their level of complexity Small scale integration describes circuits containing fewer than 10 logic gates medium scale integration circuits containing 10 to 100 gates and large scale integration circuits with more than 100 gates

An integrated circuit is made by adding impurities to a silicon crystal in specific places to create P type and N type regions and adding metal conductive paths to serve as wires (*See* SEMICONDUCTOR ) The whole process uses light sensitive chemicals whose action is controlled by a tiny image projected through a device that is like a microscope working backward thus tiny regions on the IC can be created from a much larger picture of the desired layout

Integrated circuits are mass produced by making many identical circuits at the same time from a single wafer of silicon Each circuit must be individually tested because a single defect in the crystal can completely ruin the circuit

The ultimate integrated circuit is the microprocessor which is a single chip that contains the complete arithmetic and logic unit of a computer and sometimes other parts of the computer as well *See* MICROPROCESSOR

**INTEL** the manufacturer of the microprocessors used in PC compatible computers although other companies also make compatible equivalents Intel products include the 8088 80286 80386 80486 Pentium and Pentium Pro *See* MICROPROCESSOR Earlier Intel developed the first microprocessors (4004 8008) and the microprocessor for which CP/M was developed (the 8080 soon superseded by Zilog s Z80) Intel Corporation is headquartered in Santa Clara California

**INTERACTIVE SYSTEM** a computer system in which the user com

municates with the computer through a keyboard and screen. The computer presents the results almost immediately after an instruction has been entered, and the user can type in new instructions after seeing the results of the previous ones. Nowadays, almost all computing is interactive. *Contrast* BATCH PROCESSING.

**INTERBLOCK GAP** a blank space on a magnetic tape between two adjacent blocks. The presence of the gap makes it easier to keep track of the locations of the blocks when the tape is started and stopped.

**INTERLACING** a way of arranging a video display so that the CRT scans all the odd numbered rows first, then all the even numbered rows, or vice versa. This is supposed to reduce flicker because the whole screen is scanned twice as often as it would be if the rows were scanned in order.

In practice, interlacing reduces flicker only if adjacent rows are similar so that they can blend together. Thus interlacing works well with an ordinary TV picture but not so well on a computer screen, where a horizontal line, for example, might occupy only one row. With computer graphics, best results are obtained with a noninterlaced display that scans the whole screen at least 50 times per second. *See* MONITOR, CRT.

**INTERNAL FONT** a description of a kind of type to be printed on a printer. Unlike soft fonts and font cartridges, internal fonts are permanently built into the printer, where they reside on ROM chips. *Contrast* FONT CARTRIDGE, SOFT FONT.

**INTERNAL RATE OF RETURN** the hypothetical interest rate of an investment project such that the present value of the project is zero. (*See* PRESENT VALUE.) If the internal rate of return for the project is greater than the actual interest rate, then the present value is positive and the project is profitable. Many spreadsheets will automatically calculate the internal rate of return. However, there is no formula to do this; it must be done by an iterative process where different interest rates are tried until a zero present value is found.

**INTERNATIONAL BUSINESS MACHINES** *see* IBM.

**INTERNET** a cooperative message-forwarding system linking computer networks all over the world. Users of the Internet can exchange electronic mail, participate in electronic discussion forums (newsgroups), send files from any computer to any other via FTP, retrieve information via Gopher or HTTP, and even use each other's computers directly via Telnet or `rlogin` if they have appropriate passwords. *See* ELECTRONIC MAIL, FTP, TELNET, RLOGIN, FINGER, GOPHER, HTTP, WORLD WIDE WEB, IRC, INFORMATION SUPERHIGHWAY.

Every user of every machine on the Internet has an address. For example, the address

```
covington@aisun1.ai.uga.edu
```

**MAXIMIZE** (Windows) to make a window take over the whole screen or become as large as possible. To do this, click the mouse on the MAXIMIZE BUTTON (*see* WINDOW). *See also* MINIMIZE; RESTORE. Maximize is also an option under the CONTROL MENU.

On a Macintosh, use the ZOOM box (at the far right side of the window's title bar) to enlarge a window.

**MB** abbreviation for MEGABYTE.

**MCGA** (Monochrome/Color Graphics Adapter) a video system built into two early IBM PS/2 models (25 and 30). Its features are a subset of those of the VGA. *See* VGA; VIDEO MODES (IBM PC).

**MDA** (Monochrome Display Adapter) the very first video system used in early model IBM PCs. It provided very sharp, readable text, but no graphics, on a monochrome screen.

**MEDIA** plural of MEDIUM.

**MEDIUM** (plural *media*)

**1.** material used for storage of information. Magnetic disks, tapes, and optical disks are examples of storage media.

**2.** a way of presenting information to the computer user. Vision is one medium; sound is another. Multimedia computing uses visible displays of several types together with sound.

**MEDIUM-SCALE INTEGRATION** the construction of integrated circuits that contain from 10 to 100 logic gates. *See* INTEGRATED CIRCUIT.

**MEGABYTE** (MB) an amount of computer memory equal to $2^{20}$ = 1 048 576 bytes = 1 024 kilobytes. One megabyte can store more than one million characters. The internal memory (RAM) of a microcomputer is often measured in megabytes; four MB, eight MB, or more have become common sizes. *See* MEMORY.

Hard disk capacity is also measured in megabytes, 100 to 500 megabytes are typical sizes. In measuring disk capacity, *megabyte* sometimes means the same as when measuring memory. Sometimes, however, *megabyte* is used to mean 1 million bytes, or even 1 024 000 bytes (1024 × 1000). These different systems of measurement result in different numbers being used to describe the capacity of the same disk.

**MEGAHERTZ** million hertz, or million cycles per second, a measure of the clock speed of a computer. *See* CLOCK; MICROPROCESSOR.

**MEGAPIXEL** an image containing about one million pixels or more. For example, a 1024 × 1024 pixel image is often referred to as a megapixel image. *See* BITMAP.

**MEMORY** (formerly called *core*) the space within a computer where information is stored while being actively worked on. Most microcomputers have a small amount of read only memory (ROM), containing

**NEAR LETTER QUALITY** (NLQ) a type of printer whose output resembles the print of a cloth-ribbon typewriter. Near-letter-quality printing is completely satisfactory for student papers, magazine articles, and book manuscripts, but not for dissertations or correspondence on corporate letterheads.

**NEST** to put a structure inside another structure of the same kind. For example, in BASIC, three nested FOR loops look like this:

```
FOR I=1 TO 100
  FOR J=1 TO 100
    FOR K=1 TO 100
...statements to be repeated go here...
    NEXT K
  NEXT J
NEXT I
```

Note that indenting is used so that human readers can see how the loops are nested.

**NET, THE** a colloquial name for the INTERNET.

**NETIQUETTE** (network etiquette) the conventional practices that make the INTERNET usable. For example, it is unacceptable to post off-topic material in NEWSGROUPS, be rude during chats, ask people to do your homework for you, or bother them with commercial solicitations. *See also* NEWSGROUPS; COMPUTER ETHICS.

**NETSCAPE NAVIGATOR** a popular WEB BROWSER for several types of computers, produced by Netscape Comunications Corporation (`http://www.netscape.com`). Netscape Navigator includes VIEWERS for many different graphics formats, and the newest versions support JAVA. *See also* WORLD WIDE WEB; HTML; JAVA.

**NET SURFING** *see* SURFING.

**NETWARE** *see* NOVELL NETWARE.

**NETWORK** a set of computers connected together. *See* LOCAL-AREA NETWORK; WIDE-AREA NETWORK.

**NEURAL NETWORKS** computer programs that model the way nerve cells (neurons) are connected together in the human brain. Neural networks enable a computer to train itself to recognize patterns in a strikingly human-like way. Like the human brain, neural networks give only approximate results, but they can do things that no other kind of computer program can do efficiently.

Figure 145 shows how a neural network is set up. Each neuron has several inputs but only one output. Some of the inputs excite (activate) the neuron while others inhibit it, each with a particular strength. The idea is that each output neuron will be activated when one particular kind of pattern is present at the input. In the computer, the neurons and connections are simulated by arrays of numbers.





Case 3:04-cv-30121-MAP Document 11-5 Filed 03/02/2005 Page 10 of 18



80386 and
and other
f software
OS/2,
) software,
a copy of
etter DOS
g VIRTUAL
of a complete
d offer Win-
Manager and
ties Perhaps
emptive mul
er in order to
ing program
peration with
t, competing
NG, VIRTUAL
LL, INI FILE
in the early
ent operating
MVS
or electrical
it extend into
T The entry
object
ithout giving
for centuries,
, with a word
an outline of
one Second,
desired parts
rking on one



section, the details of other sections, even if they have already been written can be removed from the screen

**OUTPUT** the information that a computer generates as a result of its calculations Computer output may be either printed on paper, displayed on a monitor screen or stored on magnetic tapes or disks

**OVERFLOW** the error condition that arises when the result of a calculation is a number too big to be represented in the available space For example, adding 65,535 + 1 will cause an overflow on a computer that uses 16-bit unsigned integers, because $2^{16} - 1 = 65,535$ is the largest integer representable in that format (Or, worse, if the computer does not detect overflows it may simply compute $65,535 + 1 = 0$ without letting you know anything is wrong )



FIGURE 153 OVERLAID WINDOWS

**OVERLAID WINDOWS** windows that can overlap, when they do, one window hides the parts of others that are behind it (Fig 153) To bring another window to the front, move the mouse pointer into it and click the button *Contrast* TILED WINDOWS, CASCADED WINDOWS

**OVERWRITE** to write over information that is already on a disk For example, if you copy a file called ABC TXT onto a disk that already has a file with the same name, some operating systems will ask you whether you want to overwrite the old file If you say no, the new file will not be copied

**PEN** (in draw or paint programs) a tool used to create lines. Sometimes a similar tool is shown as a pencil. Most programs allow control of the width of the stroke the pen makes, the shape of the "nib" of the pen, the miter limit, and the shape of the endcaps. These settings are usually under an *Attributes* or sometimes *Preferences* menu item. See your program's manual for details.

**PENTIUM** a high-performance microprocessor introduced by Intel in 1993, software-compatible with the 8088 used in the original IBM PC. *See* MICROPROCESSOR.

**PERIPHERAL** a device connected to a computer. Examples of peripherals include terminals, tape drives, disk drives, and printers.

**PERL** (**P**ractical **E**xtraction and **R**eport **L**anguage) a programming language developed by Larry Wall for writing utilities that perform large amounts of string handling, text file processing, and interaction with the operating system. Like AWK and REXX, which it resembles, Perl is normally interpreted, not compiled. It is designed to minimize the programming effort needed for computations that are relatively simple and quick.

Fig. 163 shows a simple Perl program. The overall syntax resembles C. Numbers and strings are interconvertible and are not distinguished; as far as Perl is concerned, `4 = '4'`.

Every variable name begins with a character indicating its type: `$` for scalars (numbers and strings), `@` for ordinary arrays, and `%` for associative arrays (arrays whose elements are retrieved by keyword rather than by position). Array elements are numbered from 0; the operator `$#` retrieves the index of the highest element, which is one less than the total number of elements. Lines that begin with `#` are comments.

Under UNIX, Perl programs are often called "scripts" and begin with the line

```
#!/usr/local/bin/perl
```

so that if the program is passed to UNIX as a SHELL SCRIPT, it will be given to the Perl interpreter for execution.

On the WORLD WIDE WEB, Perl is often used to implement web pages that perform computations. Instead of writing a web page in HTML, the programmer writes a Perl program that generates the HTML from other sources of information, such as database files, calculations, and even the user's menu choices. *See also* AWK; REXX; HTML.

**PERMISSION** an attribute of a file that indicates who is allowed to read or modify it. For example, the UNIX command

```
chmod ugo+r-wx myfile.txt
```

program The
g 175 shows

when writing

same thing
readint is
nce, and only

nsists of pro-
purpose (*See*
Pascal proce
nt concept in

ing in a multi
rrently From
s of programs
ord processor
ystem such as
ASKING, UNIX

ter users with
r, sports, trav
s the Internet
g advertising,
Further infor



```
PROGRAM divide(INPUT,OUTPUT)
   { Reads 2 integers, performs the division,
     and reports both the quotient and the remainder }
VAR a, b  INTEGER,

  PROCEDURE readint(VAR z INTEGER),
    { This procedure reads in an integer from
      the keyboard   In case of invalid input,
      it will ask the user to reenter the data  }
  VAR x  STRING, code, z2  INTEGER,
  BEGIN
    write('Enter integer value  ),
    readln(x),
    val(x,z2,code),
    WHILE code<>0 DO
      BEGIN
       write('|',X,'|' is invalid, enter integer,'),
       readln(x),
       val(x,z2,code)
      END,
    z  = z2
  END,

BEGIN {main program}
  readint(a),  {The procedure is called in each}
  readint(b),  {of these two lines}
  writeln('Quotient  ',(a DIV b)),
  writeln('Remainder ',(a MOD b))
END
```

FIGURE 175 A PROCEDURE IN A PASCAL PROGRAM

mation is available from `http //www prodigy com`

**PROFILE** a file of saved information that indicates how the user normally wants something done

**PROGMAN** short for **Program Man**ager (part of Windows 3 1)

**PROGRAM** a set of instructions for a computer to execute A program can be written in a programming language, such as BASIC or Pascal, or in an assembly language *See* APPLICATION PROGRAM, UTILITY

**PROGRAM GROUP** in Microsoft Windows 3 1, a set of application programs whose icons appear in a single window that can be reduced to a single icon In many ways, a program group is similar to a SUBDIRECTORY or a Macintosh FOLDER An application program can appear in more than one program group

When Windows 95 is installed on a system that previously used Windows 3 1, the program groups are preserved in the START MENU

**PROGRAMMABLE FUNCTION KEY** a key on a computer keyboard whose function depends on the software being run In many cases programmable function (PF) keys can be defined as equivalent to combinations or sequences of other keys

**READ** to transfer information from an external medium such as a diskette into a computer

**READ-ONLY MEMORY** computer memory that is permanently recorded and cannot be changed *See* ROM

**REAL MODE** the operating mode in which an 80286 80386 80486 or Pentium microprocessor acts like an 8086 or 8088 with a maximum of one megabyte of memory of which only 640K is available to user programs

MS DOS runs in real mode Windows and OS/2 run in protected mode and multiple virtual mode

In real mode the segment and offset registers contain the true addresses of memory locations while in protected mode segment registers point to entries in a lookup table *See* PROTECTED MODE MULTIPLE VIRTUAL MODE

**REAL-MODE DRIVER** a DEVICE DRIVER that runs in REAL MODE under a protected mode operating system such as Windows 95 Real mode drivers are slower than their protected mode counterparts

**REAL NUMBER** any number that can be represented either as an integer or a decimal fraction with any finite or infinite number of digits Real numbers correspond to points on a number line

Examples are 0 2 5 345 −2134 0 00003 $\frac{1}{3}$ $\sqrt{2}$ and $\pi$ However $\sqrt{-1}$ is not a real number (it does not exist anywhere among the positive or negative numbers) *Contrast* COMPLEX NUMBER

On computers real numbers are represented with a finite number of digits thus limiting their accuracy (*See* ROUNDING ERROR )

In many programming languages real number means floating point number *See* FLOATING POINT NUMBER

**REAL SOON NOW** *(slang derogatory)* at an unpredictable time in the future probably much later than promised

**REAL-TIME PROGRAMMING** programming in which the proper functioning of the program depends on the amount of time consumed For instance computers that control automatic machinery must often both detect and introduce time delays of accurately determined lengths

**REAM** a package of 500 sheets of paper

**REBOOT** to restart a computer that is turn it off and then on again *See* BOOT

**REBUILD DESKTOP** a housecleaning operation that needs to be performed periodically on the Macintosh

The Desktop system file is an invisible file that stores information about icons comments from the Get Info box and links to application files for all the document files As this file grows larger the computer s response will begin to slow to unacceptable levels At reg

...dium, such as a
...is permanently
...80386, 80486 or
...with a maximum
...is available to user
...S/2 run in protected
...contain the true
...ted mode segment
...PROTECTED MODE
...in REAL MODE under
...dows 95 Real mode
...nterparts
...d either as an integer
...mber of digits Real
...√2, and π However
...nywhere among the
...X NUMBER
...with a finite number
...DING ERROR )
...ber" means floating
...redictable time in the
...n which the proper
...nt of time consumed
...achinery must often
...y determined lengths
...nd then on again *See*
... that needs to be per
...hat stores information
...x, and links to appli
... file grows larger the
...ptable levels At reg



ular intervals, the Desktop should be rebuilt This will improve system performance

To rebuild the desktop hold down the Command and Option keys during bootup The Mac will ask if you re sure that s what you want to do (you ll lose your comments ) and will then take care of rebuilding the desktop file

**RECORD** a collection of related data items For example a company may store information about each employee in a single record Each record consists of several fields — a field for the name a field for a Social Security number and so on

Here is an illustration of the Pascal record data type Suppose information for each customer at a store will be kept in a record with three fields name address and account balance Create the record type 'customer as follows

```
TYPE
 customer = RECORD
             name      STRING,
             address   STRING,
             class     INTEGER
             balance   REAL
            END,
```

Then we can create the array `clist` which will be an array of items of type `customer`

```
VAR clist  ARRAY[1  number] OF customer,
```

Now the expression

```
clist[7] name
```

will refer to the name for customer 7,

```
clist[8] balance
```

will refer to the balance for customer 8, and so on

**RECOVERING ERASED FILES** retrieval of deleted files whose space has not yet been overwritten by other data

When you erase a file on a computer disk the space that the file occupied is marked as free but it is not actually overwritten until the space is needed for something else If you erase a file accidentally you can often get it back by using programs such as the Norton Utilities or analogous programs on other machines As soon as you realize you want to recover a file, do everything you can to stop other programs from writing on the same disk so that nothing else will be written in the space that the file occupied

On the Macintosh and in Windows 95, deleted files usually go into a trash can or recycling bin from which they can be retrieved The disk space is not actually freed until the user empties the trash

"No ROM
attached.
files and/or

on the Inter-
a message, the
13: Performing
secure code, of
unreadable.



object around a
the center of the
want it to be and
interactively with
use the DIALOG

ghing."

rest number that
le, 2.76 rounded
first digit to be
uld be increased.
ION.
e computer — is
before discarding

n the subsequent

er by evaluating
es by evaluating
off by *rounding*



**ROUNDING ERROR** an error that occurs because the computer cannot store the true value of most real numbers; instead, it can only store an approximation of a finite number of digits.

If you wish to write $\frac{1}{3}$ as a decimal fraction, you may approximate it as 0.333333333, but it would require an infinite number of digits to express it exactly. The computer faces the same problem except that internally it stores the numbers in binary, and it can lose accuracy in converting between binary and decimal. For example, 0.1 has no exact representation on a computer; if you add the computer's representation of 0.1 to 0 ten times, you will not get exactly 1. To avoid rounding error, some computer programs represent numbers as decimal digits. *See* BINARY-CODED DECIMAL.

**ROUTER** a hardware device that connects two or more networks and routes incoming data packets to the appropriate network.

**RPG** (**R**eport **P**rogram **G**enerator) a programming language developed by IBM in the 1960s in an attempt to simplify programming for business applications. RPG is based on the principle that most business computer programs have the same structure: a large file is read one record at a time, some actions are performed for each record (e.g., adding numbers to running total, or perhaps writing an altered form of the record onto another file), and other actions are performed only at the end (e.g., printing out the totals). The RPG programmer specifies only the details of these actions, not the overall structure of the program.

Because RPG programming can be reduced to a fixed procedure for filling out forms, RPG was often the first programming language taught to trainees. However, RPG programs are markedly less readable than programs in other languages, and complex algorithms are difficult to express in RPG.

**RPN** *see* POLISH NOTATION.

**RS-232** an Electronics Industries Association (EIA) recommended standard for transmitting serial data by wire. This standard is now officially known as EIA-232D. Almost all modems, asynchronous computer terminals, and serial printers follow, at least to some degree, the RS-232 standard.

The connection includes lines for sending and receiving data, ground connections, and, usually, one or more control lines such as Carrier Detect of Data Terminal Ready (see below). The data are sent as a stream of bits at a constant speed. Each character is preceded by a *start bit* and followed by one or two *stop bits.*

The signal voltages are +5 to +15 volts (binary 0 on the data lines, "high" or "true" on the control lines) and −5 to −15 volts (binary 1 on the data lines, "low" or "false" on the control lines). A disconnnected wire can be recognized because it is neither positive nor negative, but few RS-232 ports do this.

to BOOT the computer In MS DOS (PC DOS) a startup disk is created by formatting with the /s option

**STARTUP FOLDER** a FOLDER on the Windows 95 desktop containing programs that are to be run automatically when Windows starts up It corresponds to the PROGRAM GROUP called Startup under Windows 3 1

**STATEMENT** a single instruction in a computer programming language One statement may consist of several operations such as LET X = Y+Z/W *See* PROGRAMMING LANGUAGE

**STATISTICS PROGRAM** a software package for performing statistical calculations

A statistics program works with lists of numbers instead of single values It should have built in commands for calculating the average and standard deviation of the elements of a list for testing hypotheses about the relationships between variables through methods such as multiple regression for performing transformations (such as taking the logarithm of each of the elements in a list) and for drawing graphs of the data Examples of statistics programs include SAS (Statistical Analysis System) and SPSS (Statistical Program for the Social Sciences)

**STATUS LINE** a line of information on the computer screen that gives valuable data about the current settings of the software and the current cursor position The contents of a status line will vary depending on the software used some programs give different information during the execution of different commands It is a good idea to get into the habit of noticing what is in the status line If you do not understand what you see there, take a moment to review the manual

**STOCHASTIC** random constantly varying unpredictable scattered

**STOP BIT** the bit that indicates the end of an asynchronous RS232 character (*See* RS 232 ) Normal practice is to use two stop bits at 110 baud and one stop bit at higher baud rates

**STORE** to transmit a data item from the computer to a memory device

**STORED PROGRAM COMPUTER** a computer that can store its own instructions as well as data All modern computers are of this type The concept was originated by Babbage in the nineteenth century and was developed by Von Neumann The ability of a computer to store instructions allows it to perform many tasks without human intervention The instructions are usually written in a programming language (*See* COMPUTER )

**STRETCH** to increase either the vertical or horizontal dimension of an object To use the mouse to stretch a selected object interactively drag out one of the handles at the midpoints of the BOUNDING BOX *Contrast with* SCALE which maintains the height to width ratio of the object

swap files used by particular applications such as CorelDraw *See* SWAP SPACE

**SWAP SPACE** disk space that an operating system or program uses as a substitute for additional memory *See* VIRTUAL MEMORY SWAP FILE

**SX** suffix denoting lower end models of some Intel microprocessors

The 80386 SX is a microprocessor like the 80386 except that it has a 16 bit rather than a 32 bit bus and is therefore slower The 80486 SX is like the 80486 except that it lacks the 80486 s built in math coprocessor *See* MICROPROCESSOR

**SYMBOLIC ALGEBRA** the manipulation of mathematical symbols (not just their numerical values) For example we can calculate that $(a + b) \times (c + d) = ab + ad + bc + bd$ without knowing the values of $a$, $b$, $c$, or $d$

Symbolic algebra on computers began with the MACSYMA project at MIT in the 1960s Today, popular symbolic algebra programs for personal computers include MathCad Maple and Mathematica They greatly simplify the formerly tedious process of deriving and manipulating mathematical formulas

**SYMBOLIC DEBUGGER** program that lets you step through a compiled program, interrupting it at any point and examining or changing the values of variables

'Symbolic' means that programmer-assigned names in the program are recognized A symbolic debugger analyzes the source code and the object code together, so that even though the program has been compiled, you can work with it as if you were editing the source program

**SYMBOLIC PROGRAMMING** a kind of programming in which variables can stand for pieces of the program itself (symbolic expressions), not just numbers, strings, or other values Lisp and Prolog are examples of symbolic programming languages *See* LISP PROLOG, SYMBOLIC ALGEBRA

**SYNTAX** the set of rules that specify how the symbols of a language can be put together to form meaningful statements A syntax error is a place in a program where the syntax rules of the programming language were not followed

**SYNTHESIZER**

**1.** a device or program for generating speech sounds by computer *See* SPEECH SYNTHESIS

**2.** a device for generating musical sounds by computer, usually from MIDI data *See* MIDI

**SYQUEST DRIVE** *see* EZ DRIVE

**SYSADMIN** system administrator, person who manages a multiuser computer

**TCP/IP** (Transmission Control Protocol/Internet Protocol) a standard format for transmitting data in packets from one computer to another It is used on the Internet and various other networks The two parts of TCP/IP are TCP which deals with construction of data packets and IP which routes them from machine to machine *See* INTERNET WIDE AREA NETWORK

**TELEX** (Teletypewriter Exchange) an international system similar to the telephone system but linking teletypewriters TELEX messages can be sent and received by a computer using carriers such as MCI Mail (MCI Communications, Inc )

**TELNET** a command that lets you use your computer as a terminal on another computer through a network, widely used on the Internet Some versions are known as `tn` rather than `telnet`

Normally the telnet program provides a direct path so that the remote computer communicates directly with the terminal you are actually using But if you are connecting to an IBM mainframe you should use `tn3270` which emulates an IBM 3270 full screen terminal even though your real terminal is something else *See* TCP/IP INTERNET RLOGIN

**TEMPLATE** a pattern for arranging or matching things

**1.** a plastic card with flowchart symbols cut out of it is called a *template* A programmer using a template card can easily trace out the symbols that are needed in drawing a flowchart

**2.** a template is a particular pattern for a spreadsheet program, a database program, or page layout program that is frequently used Therefore, storing the template will save you from having to retype the specifications each time

**3.** a regular expression (or other pattern to be matched) is sometimes called a template *See* REGULAR EXPRESSION

**TER** Latin for "a third time," used to denote revised CCITT standards *See* CCITT

**TERMINAL** an input output device consisting of a screen and keyboard for communicating with a computer

The earliest terminals were teletype machines Today, personal computers are often used as terminals on larger computers *See* DATA COMMUNICATION, MODEM, UPLOAD, DOWNLOAD

**TERMINAL-NODE CONTROLLER** *see* PACKET RADIO

**TERMINATE-AND-STAY-RESIDENT** *see* MEMORY RESIDENT

**TEX** a computer typesetting program used by the American Mathematical Society and many book publishers and educational institutions TEX was designed and first implemented by D E Knuth of Stanford University It was used to typeset this book

Unlike most desktop publishing systems, TEX does not attempt to