**Tab E**





# WEBSTER'S Ninth New Collegiate Dictionary



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1990 by Merriam-Webster Inc.

Philippines Copyright 1990 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
p. cm.
ISBN 0-87779-508-8. — ISBN 0-87779-509-6 (indexed). — ISBN 0-87779-510-X (deluxe)
1. English language—Dictionaries.
PE1628.W5638 1990
423—dc20
89-38961
CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

37383940RMcN90

**Adam • -ade** 55

[1]**Ad·am** \'ad-əm\ *n* [ME, fr LL, fr Gk, fr Heb *Ādham*] **1** : the first man and father by Eve of Cain and Abel **2** : the unregenerate nature of man — used esp in the phrase *the old Adam* — **Adam·ic** \ə-'dam-ik\ *or* **Adam·i·cal** \-i-kəl\ *adj*

[2]**Adam** *adj* [Robert *Adam* & James *Adam*] (1872) : of or relating to an 18th century decorative style (as of furniture) characterized by straight lines, surface decoration, and conventional designs (as festooned garlands and medallions)

**ad·a·mance** \'ad-ə-mən(t)s\ *n* (1968) : ADAMANCY

**ad·a·man·cy** \-mən-sē\ *n* [[1]*adamant* + *-cy*] (1937) : OBSTINACY

**adam–and–eve** \,ad-ə-mən-'(d)ev\ *n* (1807) : PUTTYROOT

[1]**ad·a·mant** \'ad-ə-mənt, -,mant\ *n* [ME, fr MF, fr L *adamant-, adamas* hardest metal, diamond, fr Gk] (14c) **1** : a stone (as a diamond) formerly believed to be of impenetrable hardness **2** : an unbreakable or extremely hard substance

[2]**adamant** *adj* (1535) : unshakable or immovable esp in opposition : UNYIELDING *syn* see INFLEXIBLE — **ad·a·mant·ly** *adv*

**ad·a·man·tine** \,ad-ə-'man-,tēn, -,tin, -'mant-ᵊn\ *adj* [ME, fr L *adamantinus* fr Gk *adamantinos*, fr *adamant-, adamas*] (13c) **1** : made of or having the quality of adamant **2** : rigidly firm : UNYIELDING **3** : resembling the diamond in hardness or luster

**Adam's apple** *n* (ca 1775) : the projection in the front of the neck formed by the largest cartilage of the larynx

**Adam's needle** *n* (1791) : any of several yuccas

**adapt** \ə-'dapt, a-\ *vb* [F or L, F *adapter*, fr L *adaptare*, fr *ad-* + *aptare* to fit, fr *aptus* apt, fit] *vt* (15c) : to make fit (as for a specific or new use or situation) often by modification ~ *vi* : to become adapted — **adapt·ed·ness** *n*

*syn* ADAPT, ADJUST, ACCOMMODATE, CONFORM, RECONCILE mean to bring one thing into correspondence with another. ADAPT implies a modification according to changing circumstances ⟨they *adapted* themselves to the warmer climate⟩ ADJUST suggests bringing into a close and exact correspondence or harmony as exists between the parts of a mechanism ⟨*adjusted* the budget to allow for inflation⟩ ACCOMMODATE may suggest yielding or compromising in order to effect a correspondence ⟨*accommodated* his political beliefs in order to win⟩ CONFORM applies to bringing into harmony or accordance with a pattern, example, or principle ⟨refused to *conform* to society's idea of woman's proper role⟩ RECONCILE implies the demonstration of the underlying consistency or congruity of things that seem to be incompatible ⟨tried to *reconcile* what they said with what I knew⟩

**adapt·able** \ə-'dap-tə-bəl, a-\ *adj* (1800) : capable of being adapted : SUITABLE *syn* see PLASTIC — **adapt·abil·i·ty** \-,dap-tə-'bil-ət-ē\ *n*

**ad·ap·ta·tion** \,ad-,ap-'tā-shən, -əp-\ *n* (1610) **1** : the act or process of adapting : the state of being adapted **2** : adjustment to environmental conditions as **a** : adjustment of a sense organ to the intensity or quality of stimulation **b** : modification of an organism or its parts that makes it more fit for existence under the conditions of its environment **3** : something that is adapted, *specif* : a composition rewritten into a new form — **ad·ap·ta·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **ad·ap·ta·tion·al·ly** \-ē\ *adv*

**adapt·er** *also* **adap·tor** \ə-'dap-tər, a-\ *n* (1801) **1** : one that adapts **2 a** : a device for connecting two parts (as of different diameters) of an apparatus **b** : an attachment for adapting apparatus for uses not orig intended

**adap·tion** \ə-'dap-shən, a-\ *n* (1704) : ADAPTATION

**adap·tive** \ə-'dap-tiv, a-\ *adj* (1824) : showing or having a capacity for or tendency toward adaptation — **adap·tive·ly** *adv* — **adap·tive·ness** *n* — **ad·ap·tiv·i·ty** \,ad-,ap-'tiv-ət-ē\ *n*

**adaptive radiation** *n* (1902) : evolutionary diversification of a generalized ancestral form with production of a number of adaptively specialized forms

**Adar** \a-'där, 'a-\ *n* [ME, fr Heb *Ādhār*] (14c) : the 6th month of the civil year or the 12th month of the ecclesiastical year in the Jewish calendar — see MONTH table

**Adar She·ni** \a-,dar-shā-'ne\ *n* [Heb *Ādhār Shenī* second Adar] (ca 1901) : VEADAR

**ad·ax·i·al** \(')a-'dak-sē-əl\ *adj* (1900) : situated on the same side as or facing the axis (as of an organ) ⟨the ~ or upper surface of a leaf⟩

**add** \'ad\ *vb* [ME *adden*, fr L *addere* fr *ad-* + *-dere* to put — more at DO] *vt* (14c) **1** : to join or unite so as to bring about an increase or improvement ⟨~*s* 60 acres to his land⟩ ⟨wine ~*s* a creative touch to cooking⟩ **2** : to say further : APPEND **3** : to combine (numbers) into an equivalent simple quantity or number **4** : to include as a member of a group ⟨don't forget to ~ me in⟩ ~ *vi* **1 a** : to perform addition **b** : to come together or unite by addition **2 a** : to serve as an addition ⟨the movie will ~ to his fame⟩ **b** : to make an addition ⟨~*ed* to her savings⟩ — **add·able** *or* **add·ible** \'ad-ə-bəl\ *adj*

**ad·dax** \'ad-,aks\ *n, pl* **ad·dax·es** [L] (1693) : a large light-colored antelope (*Addax nasomaculata*) of No Africa, Arabia, and Syria

**ad·dend** \'ad-,end, ə-'dend\ *n* [short for *addendum*] (ca 1909) : a number to be added to another

**ad·den·dum** \ə-'den-dəm\ *n, pl* **-den·da** \-'den-də\ [L, neut of *addendus* gerundive of *addere*] (1684) **1** : a thing added : ADDITION **2** : a supplement to a book — often used in pl but sing in constr

[1]**ad·der** \'ad-ər\ *n* [ME, alter (by incorrect division of *a naddre*) of *naddre*, fr OE *nǣdre*, akin to OHG *nātara* adder, L *natrix* water snake] (bef 12c) **1** : the common venomous viper (*Vipera berus*) of Europe; *broadly* : a terrestrial viper (family Viperidae) **2** : any of several No American snakes (as the hognose snakes) that are harmless but are popularly believed to be venomous

[2]**add·er** \'ad-ər\ *n* (1580) : one that adds, *esp* : a device (as in a computer) that performs addition

**ad·der's–tongue** \'ad-ərz-,təŋ\ *n* (1578) **1** : a fern (genus *Ophioglossum* family Ophioglossaceae) whose fruiting spike resembles a serpent's tongue **2** : DOGTOOTH VIOLET

[1]**ad·dict** \ə-'dikt\ *vt* [L *addictus*, pp of *addicere* to favor, fr *ad* + *dicere* to say — more at DICTION] (1534) **1** : to devote or surrender (oneself) to something habitually or obsessively ⟨~*ed* to gambling⟩ **2** : to cause to become physiologically dependent upon a drug

[2]**ad·dict** \'ad-(,)ikt\ *n* (1909) **1** : one who is addicted to a drug **2** : DEVOTEE ⟨a detective novel ~⟩

**ad·dic·tion** \ə-'dik-shən, a-\ *n* (1599) **1** : the quality or state of being addicted ⟨~ to reading⟩ **2** : compulsive physiological need for a habit-forming drug (as heroin) — compare HABITUATION

**ad·dic·tive** \-'dik-tiv\ *adj* (1939) : causing or characterized by addiction

**Ad·di·son's disease** \'ad-ə-sənz-\ *n* [Thomas *Addison* †1860 Eng physician] (ca 1856) : a destructive disease marked by deficient adrenocortical secretion and characterized by extreme weakness, loss of weight, low blood pressure, gastrointestinal disturbances, and brownish pigmentation of the skin and mucous membranes

**ad·di·tion** \ə-'dish-ən, a-\ *n* [ME, fr MF, fr L *addition-, additio*, fr *additus* pp of *addere*] (14c) **1** : the result of adding : INCREASE **2** : the act or process of adding, *esp* : the operation of combining numbers so as to obtain an equivalent simple quantity **3** : a part added (as to a building or residential section) **4** : direct chemical combination of substances into a single product — **in addition** : [2]BESIDES, ALSO — **in addition to** : combined or associated with

**ad·di·tion·al** \-'dish-nəl, -'dish-ən-ᵊl\ *adj* (1646) : existing by way of addition : ADDED — **ad·di·tion·al·ly** \-ē\ *adv*

[1]**ad·di·tive** \'ad-ət-iv\ *adj* (1699) **1** : of, relating to, or characterized by addition **2** : produced by addition **3** : characterized by, being, or producing effects (as drug responses or gene products) that are the sum when the causative factors act together of the effects produced when they act individually — **ad·di·tive·ly** *adv* — **ad·di·tiv·i·ty** \,ad-ə-'tiv ət-ē\ *n*

[2]**additive** *n* (1945) : a substance added to another in relatively small amounts to impart or improve desirable properties or suppress undesirable properties ⟨food ~*s*⟩

**additive identity** *n* (1960) : an identity element (as 0 in the group of whole numbers under the operation of addition) that in a given mathematical system leaves unchanged any element to which it is added

**additive inverse** *n* (1958) : a number that when added to a given number gives zero ⟨the *additive inverse* of 4 is −4⟩

[1]**ad·dle** \'ad-ᵊl\ *adj* [ME *adel* filth, fr OE *adela*, akin to MLG *adele* liquid manure] (bef 12c) **1** *of an egg* : ROTTEN **2** : CONFUSED

[2]**addle** *vb* **ad·dled**; **ad·dling** \'ad-liŋ, -ᵊl-iŋ\ *vt* (1712) : to throw into confusion : CONFOUND ~ *vi* **1** : to become rotten : SPOIL **2** : to become confused

**ad·dle·pat·ed** \,ad-ᵊl-'pāt-əd\ *adj* (1630) **1** : being mixed up : CONFUSED **2** : ECCENTRIC

**add–on** \'ad-,on, -,an\ *n* (1946) : something added as a supplement, *esp* : a component (as of a hi-fi or computer system) that increases capability

[1]**ad·dress** \ə-'dres, a- *also* 'ad-,res\ *vb* [ME *adressen*, fr MF *adresser*, fr *a-* (fr L *ad-*) + *dresser* to arrange — more at DRESS] *vt* (14c) **1** *archaic* **a** : DIRECT, AIM **b** : to direct to go : SEND **2** *archaic* : to make ready, *esp* : DRESS **3 a** : to direct the efforts or attention of (oneself) ⟨will ~ himself to the problem⟩ **b** : to deal with : TREAT ⟨intrigued by the chance to ~ important issues — I L Horowitz⟩ **4 a** : to communicate directly ⟨~*es* his thanks to his host⟩ **b** : to speak or write directly to, *esp* : to deliver a formal speech to **5 a** : to mark directions for delivery on ⟨~ a letter⟩ **b** : to consign to the care of another (as an agent or factor) **6** : to greet by a prescribed form **7** : to adjust the club preparatory to hitting (a golf ball) **8** : to identify (as a peripheral or memory location) by an address for information transfer ~ *vi, obs* : to direct one's speech or attentions — **ad·dress·er** *n*

[2]**ad·dress** \ə-'dres, *for 5 & 7 & 4 also* 'ad-,res\ *n* (1539) **1** : dutiful and courteous attention esp in courtship — usu used in pl **2 a** : readiness and capability for dealing (as with a person or problem) skillfully and smoothly : ADROITNESS **b** *obs* : a making ready, *also* : a state of preparedness **3 a** : manner of bearing onself ⟨a man of rude ~⟩ **b** : manner of speaking or singing : DELIVERY **4** : a formal communication, *esp* : a prepared speech delivered to a special audience or on a special occasion **5 a** : a place where a person or organization may be communicated with **b** : directions for delivery on the outside of an object (as a letter or package) **c** : the designation of place of delivery placed between the heading and salutation on a business letter **6** : a preparatory position of the player and club in golf **7** : a location (as in the memory of a computer) where particular information is stored, *also* : the digits that identify such a location *syn* see TACT

**ad·dress·able** \ə-'dres-ə-bəl\ *adj* (1955) **1** : able to be addressed : directly accessible ⟨~ registers in a computer⟩ **2** : of or relating to a subscription television system that uses decoders addressable by the system operator

**ad·dress·ee** \,ad-,res-'ē, ə-,dres-'ē\ *n* (1810) : one to whom something is addressed

**ad·duce** \ə-'d(y)üs\ *vt* **ad·duced**; **ad·duc·ing** [L *adducere*, lit., to lead to, fr *ad-* + *ducere* to lead — more at TOW] (15c) : to offer as example, reason, or proof in discussion or analysis — **ad·duc·er** *n*

[1]**ad·duct** \ə-'dəkt, a-\ *vt* [L *adductus* pp. of *adducere*] (1836) : to draw (as a limb) toward or past the median axis of the body, *also* : to bring together (similar parts) ⟨~ the fingers⟩ — **ad·duc·tive** \-'dək-tiv\ *adj*

[2]**ad·duct** \'ad-,əkt\ *n* [G *addukt*, fr L *adductus*] (1941) : a chemical addition product

**ad·duc·tion** \ə-'dək-shən, a-\ *n* (14c) **1** : the action of adducting : the state of being adducted **2** : the act or action of adducing or bringing forward

**ad·duc·tor** \-'dək-tər\ *n* [NL, fr L, one that draws to, fr *adductus*] (1615) **1** : a muscle that draws a part toward the median line of the body or toward the axis of an extremity **2** : a muscle that closes the valves of a bivalve mollusk

**add up** *vi* (1850) **1 a** : to come to the expected total ⟨the bill doesn't *add up*⟩ **b** : to form an intelligible pattern : make sense ⟨her story just doesn't *add up*⟩ **2** : AMOUNT — used with *to* ⟨the play *adds up* to a lot of laughs⟩ ~ *vt* : to form an opinion of ⟨*added* him *up* at a glance⟩

**-ade** \'ād, ,äd\ *n suffix* [ME, fr MF, fr OProv *-ada*, fr LL *-ata*, fr L, fem of *-atus* -ate] **1** : act : action ⟨blockade⟩ **2** : product, *esp* : sweet drink ⟨limeade⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

attribute • augmentative 115

Case 3:04-cv-30121-MAP Document 11-6 Filed 03/02/2005 Page 5 of 27

**1at·tri·bute** \'a-trə-,byüt\ *n* [ME, fr. L *attributus*, pp of *attribuere* to attribute, fr. *ad-* + *tribuere* to bestow — more at TRIBUTE] (14c) **1** : an inherent characteristic; *also* : an accidental quality **2** : an object closely associated with or belonging to a specific person, thing, or office ⟨a scepter is the ~ of power⟩; *esp* : such an object used for identification in *painting or sculpture* **3** : *a word ascribing a quality; esp* : ADJECTIVE ***syn*** see QUALITY

**2at·trib·ute** \ə-'trib-yət, -,yüt\ *vt* **-ut·ed; -ut·ing** (15c) **1** : to explain by indicating a cause ⟨*attributed* his success to his coach⟩ **2 a** : to regard as a characteristic of a person or thing **b** : to reckon as made or originated in an indicated fashion ⟨*attributed* the invention to a Russian⟩ **c** : CLASSIFY, DESIGNATE ***syn*** see ASCRIBE — **at·trib·ut·able** \-yət-ə-bəl\ *adj*

**at·tri·bu·tion** \,a-trə-'byü-shən\ *n* (1596) **1** : the act of attributing; *esp* : the ascribing of a work (as of literature or art) to a particular author or artist **2** : an ascribed quality, character, or right — **at·tri·bu·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**at·trib·u·tive** \ə-'trib-yət-iv\ *adj* (1606) **1** : relating to or of the nature of an attribute : ATTRIBUTING **2** : joined directly to a modified noun without a linking verb ⟨*city* in *city streets* is an ~ noun⟩ — **attributive** *n* — **at·trib·u·tive·ly** *adv*

**at·trit·ed** \ə-'trit-əd\ *adj* (1760) : worn by attrition

**at·tri·tion** \ə-'trish-ən, a-\ *n* [L *attrition-, attritio*, fr. *attritus*, pp. of *atterere* to rub against, fr. *ad-* + *terere* to rub — more at THROW] (14c) **1** [ME *attricioun*, fr. (assumed) ML *attrition-, attritio*, fr. L] : sorrow for one's sins that arises from a motive other than that of the love of God **2** : the act of rubbing together : FRICTION, *also* : the act of wearing or grinding down by friction **3** : the act of weakening or exhausting by constant harassment or abuse **4** : a reduction in numbers usu. as a result of resignation, retirement, or death — **at·tri·tion·al** \-'trish-nəl, -'trish-ən-ᵊl\ *adj*

**at·tune** \ə-'t(y)ün\ *vt* (1596) **1** : to bring into harmony : TUNE **2** : to make aware or responsive ⟨~ businesses to changing trends⟩ — **at·tune·ment** \-mənt\ *n*

**atwit·ter** \ə-'twit-ər\ *adj* (1833) : nervously concerned : EXCITED ⟨gossips ~ with speculation —*Time*⟩

**atyp·i·cal** \(')ā-'tip-i-kəl\ *adj* (1885) : not typical : IRREGULAR, UNUSUAL — **atyp·i·cal·i·ty** \,ā-,tip-ə-'kal-ət-ē\ *n* — **atyp·i·cal·ly** \(')ā-'tip-i-k(ə-)lē\ *adv*

**au·bade** \ō-'bäd\ *n* [F, fr. MF, fr. (assumed) OProv *aubada*, fr. OProv *alba, auba* dawn, fr. (assumed) VL *alba*, fr L, fem. of *albus* white — more at ALB] (ca. 1678) **1** : a song or poem greeting the dawn **2 a** : a morning love song **b** : a song or poem of lovers parting at dawn **3** : morning music — compare NOCTURNE

**au·ber·gine** \'ō-bər-,zhēn\ *n* [F, fr. Catal *albergínia*, fr. Ar *al-bādhinjān* the eggplant] (1794) : EGGPLANT

**1au·burn** \'ó-bərn\ *adj* [ME *auborne* blond, fr. MF, fr. ML *alburnus* whitish, fr L *albus*] (15c) **1** : of the color auburn **2** : of a reddish brown color

**2auburn** *n* (1634) : a moderate brown

**Au·bus·son** \,ō-bə-'sōⁿ\ *n* [*Aubusson*, France] (1851) **1** : a figured scenic tapestry used for wall hangings and upholstery **2** : a rug woven to resemble Aubusson tapestry

**au cou·rant** \,ō-kü-'räⁿ\ *adj* [F, lit., in the current] (1762) **1** : fully informed : UP-TO-DATE **2** : fully familiar : CONVERSANT

**1auc·tion** \'ók-shən\ *n* [L *auction-, auctio*, lit., increase, fr *auctus*, pp. of *augēre* to increase — more at EKE] (1595) **1** : a sale of property to the highest bidder **2** : the act or process of bidding in some card games

**2auction** *vt* **auc·tioned; auc·tion·ing** \-sh(ə-)niŋ\ (1807) : to sell at auction ⟨~*ed* off his library⟩

**auction bridge** *n* (1908) : a bridge game differing from contract bridge in that tricks made in excess of the contract are scored toward game

**auc·tion·eer** \,ók-shə-'ni(ə)r\ *n* (ca. 1708) : an agent who sells goods at auction

**auc·to·ri·al** \ók-'tōr-ē-əl, -'tór-\ *adj* [L *auctor* author — more at AUTHOR] (1821) : of or relating to an author

**au·da·cious** \ó-'dā-shəs\ *adj* [MF *audacieux*, fr. *audace* boldness, fr. L *audacia*, fr. *audac-, audax* bold, fr. *audēre* to dare, fr. *avidus* eager — more at AVID] (1550) **1 a** : intrepidly daring : ADVENTUROUS ⟨an ~ mountain climber⟩ **b** : recklessly bold : RASH **2** : contemptuous of law, religion, or decorum : INSOLENT **3** : marked by originality and verve — **au·da·cious·ly** *adv* — **au·da·cious·ness** *n*

**au·dac·i·ty** \ó-'das-ət-ē\ *n, pl* **-ties** [ME *audacite*, fr. L *audac-, audax*] (15c) **1** : the quality or state of being audacious: as **a** : intrepid boldness **b** : bold or arrogant disregard of normal restraints **2** : an audacious act — usu. used in pl. ***syn*** see TEMERITY

**1au·di·ble** \'ód-ə-bəl\ *adj* [LL *audibilis*, fr. L *audire* to hear; akin to Gk *aisthanesthai* to perceive, Skt *āvis* evidently] (1529) : heard or capable of being heard — **au·di·bil·i·ty** \,ód-ə-'bil-ət-ē\ *n* — **au·di·bly** \'ód-ə-blē\ *adv*

**2audible** *n* (1962) : AUTOMATIC 3

**au·di·ence** \'ód-ē-ən(t)s, 'äd-\ *n* [ME, fr. MF, fr. L *audientia*, fr. *audient-, audiens*, prp of *audire*] (14c) **1** : the act or state of hearing **2 a** : a formal hearing or interview ⟨an ~ with the pope⟩ **b** : an opportunity of being heard ⟨he would succeed if he were once given ~⟩ **3 a** : a group of listeners or spectators **b** : the reading, viewing, or listening public **4** : FOLLOWING

**au·dile** \'ó-,dil\ *adj* [L *audire* to hear] (1897) : AUDITORY

**aud·ing** \'ód-iŋ\ *n* [L *audire* + E *-ing*] (ca. 1949) : the process of hearing, recognizing, and interpreting spoken language

**1au·dio** \'ód-ē-,ō\ *adj* [*audio-*] (1916) **1** : of or relating to acoustic, mechanical, or electrical frequencies corresponding to normally audible sound waves which are of frequencies approximately from 15 to 20,000 cycles per second **2 a** : of or relating to sound or its reproduction and esp high-fidelity reproduction **b** : relating to or used in the transmission or reception of sound — compare VIDEO **c** : of, relating to, or utilizing recorded sound

**2audio** *n* (ca. 1937) **1** : an audio signal; *broadly* : SOUND **2** : the section of television or motion-picture equipment that deals with sound **3** : the transmission, reception, or reproduction of sound

**audio-** *comb form* [L *audire* to hear] **1** : hearing ⟨*audio*meter⟩ **2** : sound ⟨*audio*phile⟩ **3** : auditory and ⟨*audio*visual⟩

**au·dio·cas·sette** \,ód-ē-(,)ō-kə-'set, -ka-\ *n* (1972) : an audiotape recording mounted in a cassette

**au·dio·gen·ic** \,ód-ē-ō-'jen-ik\ *adj* (1941) : produced by frequencies corresponding to sound waves — used esp. of epileptoid responses

**au·dio·gram** \'ód-ē-ō-,gram\ *n* (1927) : a graphic representation of the relation of vibration frequency and the minimum sound intensity for hearing

**au·dio–lin·gual** \,ód-ē-ō-'liŋ-g(yə-)wəl\ *adj* (ca. 1957) : involving a drill routine of listening and speaking in language learning

**au·di·ol·o·gy** \,ód-ē-'äl-ə-jē\ *n* (1946) : a branch of science dealing with hearing; *specif* : therapy of individuals having impaired hearing — **au·di·o·log·i·cal** \-ē-ə-'läj-i-kəl\ *also* **au·di·o·log·ic** \-ē-ə-'läj-ik\ *adj* — **au·di·ol·o·gist** \-ē-'äl-ə-jəst\ *n*

**au·di·om·e·ter** \,ód-ē-'äm-ət-ər\ *n* (1879) : an instrument used in measuring the acuity of hearing — **au·dio·met·ric** \-ē-ō-'me-trik\ *adj* — **au·di·om·e·try** \-ē-'äm-ə-trē\ *n*

**au·dio·phile** \'ód-ē-ō-,fil\ *n* (1951) : one who is enthusiastic about high-fidelity sound reproduction

**au·dio·tape** \,ód-ē-ō-'tāp\ *n* (1963) : a tape recording of sound

**au·dio·vi·su·al** \,ód-ē-(,)ō-'vizh-(ə-)wəl, -'vizh-əl\ *adj* (1937) **1** : designed to aid in learning or teaching by making use of both hearing and sight **2** : of or relating to both hearing and sight

**au·dio·vi·su·als** \-wəlz, -əlz\ *n pl* (1955) : teaching materials (as filmstrips accompanied by recordings) that make use of both sight and sound

**1au·dit** \'ód-ət\ *n* [ME, fr. L *auditus* act of hearing, fr. *auditus*, pp.] (15c) **1 a** : a formal examination of an organization's or individual's accounts or financial situation **b** : the final report of an audit **2** : a methodical examination and review — **au·dit·able** \-ə-bəl\ *adj*

**2audit** *vt* (15c) **1** : to perform an audit on or for ⟨~ the books⟩ ⟨~ the company⟩ **2** : to attend (a course) without working for or expecting to receive formal credit

**1au·di·tion** \ó-'dish-ən\ *n* [MF or L; MF, fr. L *audition-, auditio*, fr. *auditus*, pp. of *audire*] (1599) **1** : the power or sense of hearing **2** : the act of hearing; *esp* : a critical hearing ⟨an ~ of new recordings⟩ **3** : a trial performance to appraise an entertainer's merits

**2audition** *vb* **au·di·tioned; au·di·tion·ing** \-'dish-(ə-)niŋ\ *vt* (1934) : to test esp. in an audition ~ *vi* : to give a trial performance

**au·di·tive** \'ód-ət-iv\ *adj* (15c) : AUDITORY

**au·di·tor** \'ód-ət-ər\ *n* (14c) **1** : one that hears or listens; *esp* : one that is a member of an audience **2** : one authorized to examine and verify accounts **3** : one that audits a course of study **4** : one that hears (as a court case) in the capacity of judge

**au·di·to·ri·um** \,ód-ə-'tōr-ē-əm, -'tór-\ *n, pl* **-riums** *also* **-ria** \-ē-ə\ [L, lit., lecture room] (ca. 1727) **1** : the part of a public building where an audience sits **2** : a room, hall, or building used for public gatherings

**1au·di·to·ry** \'ód-ə-,tōr-ē, -,tór-\ *n* [ME *auditorie*, fr. L *auditorium*] (14c) **1** *archaic* : AUDIENCE **2** *archaic* : AUDITORIUM

**2au·di·to·ry** *adj* [LL *auditorius*] (1578) : of, relating to, or experienced through hearing

**auditory nerve** *n* (1724) : either of the 8th pair of cranial nerves connecting the inner ear with the brain and transmitting impulses concerned with hearing and balance — see EAR illustration

**Auf·klä·rung** \'aúf-,klā-rəŋ, -,kler-əŋ\ *n* [G] (1842) : ENLIGHTENMENT 2

**auf Wie·der·seh·en** \aúf-'vēd-ər-,zā(-ə)n\ *interj* [G, lit., till seeing again] (1885) — used to express farewell

**Au·ge·an** \ó-'jē-ən\ *adj* [L *Augeas*, king of Elis, fr. Gk *Augeias*; fr. the legend that his stable, left neglected for 30 years, was finally cleaned by Hercules] (1599) : extremely formidable or difficult and occas. distasteful ⟨an ~ task⟩

**Augean stable** *n* (1635) : a condition or place marked by great accumulation of filth or corruption ⟨every government should attend to cleaning its own *Augean stables*⟩

**au·gend** \'ó-,jend\ *n* [L *augendus*, gerundive of *augēre* to increase — more at EKE] (ca. 1909) : a quantity to which an addend is added

**au·ger** \'ó-gər\ *n* [ME, alter. (resulting from incorrect division of *a nauger*) of *nauger*, fr. OE *nafogār*; akin to OHG *nabugēr* auger, OE *gār* spear — more at GORE] (bef. 12c) **1** : a tool for boring holes in wood consisting of a shank with a crosswise handle for turning, a central tapered screw, and a pair of cutting lips **2** : any of various instruments or devices made like an auger and used for boring (as in soil), forcing (as through a meat grinder), or for moving material (as in a snow thrower)

**1aught** \'ót, 'ät\ *pron* [ME, fr. OE *āwiht*, fr. *ā* ever + *wiht* creature, thing — more at AYE, WIGHT] (bef. 12c) **1** : ANYTHING **2** : ALL ⟨for ~ I care⟩

**2aught** *adv, archaic* (13c) : AT ALL

**3aught** *n* [alter. (resulting from incorrect division of *a naught*) of *naught*] (1872) **1** : ZERO, CIPHER **2** *archaic* : NONENTITY, NOTHING

**au·gite** \'ó-,jit\ *n* [L *augites*, a precious stone, fr. Gk *augitēs*] (1804) **1** : a mineral consisting of an aluminous usu. black or dark green pyroxene that is found in igneous rocks **2** : PYROXENE — **au·git·ic** \ó-'jit-ik\ *adj*

**1aug·ment** \óg-'ment\ *vb* [ME *augmenten*, fr. MF *augmenter*, fr. LL *augmentare*, fr *augmentum* increase, fr. *augēre* to increase — more at EKE] *vt* (15c) : to become augmented ~ *vt* **1** : to make greater, more numerous, larger, or more intense ⟨the impact of the report was ~*ed* by its timing⟩ **2** : to add an augment to **3** : SUPPLEMENT ⟨~*ed* her scholarship by working nights⟩ ***syn*** see INCREASE — **aug·ment·er** *or* **aug·men·tor** \-'ment-ər\ *n*

**2aug·ment** \'óg-,ment\ *n* (1771) : a vowel prefixed or a lengthening of the initial vowel to mark past time esp. in Greek and Sanskrit verbs

**aug·men·ta·tion** \,óg-mən-'tā-shən, -,men-\ *n* (14c) **1 a** : the act or process of augmenting **b** : the state of being augmented **2** : something that augments : ADDITION

**1aug·men·ta·tive** \óg-'ment-ət-iv\ *adj* (15c) **1** : able to augment **2** : indicating large size and sometimes awkwardness or unattractiveness — used of words and affixes; compare DIMINUTIVE

**2augmentative** *n* (1804) : an augmentative word or affix

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ó\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision \à, ḵ, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

caudad • cavern 217

**cau·dad** \'kȯ-,dad\ *adv* [L *cauda*] (1889) : toward the tail or posterior end

**cau·dal** \'kȯd-ᵊl\ *adj* [NL *caudalis*, fr. L *cauda* tail — more at COWARD] (1661) **1** : of, relating to, or being a tail **2** : situated in or directed toward the hind part of the body — **cau·dal·ly** \-ᵊl-ē\ *adv*

**cau·date** \'kȯ-,dāt\ *adj* (1600) : having a tail or a taillike appendage : TAILED

**caudate nucleus** *n* (ca. 1903) : the most medial of the four basal ganglia in each cerebral hemisphere — called also *caudate*

**cau·dex** \'kȯ-,deks\ *n, pl* **cau·di·ces** \'kȯd-ə-,sēz\ *or* **cau·dex·es** [L, tree trunk or stem — more at CODE] (1797) **1** : the stem of a palm or tree fern **2** : the woody base of a perennial plant

**cau·di·llis·mo** \,kau-t͟hē-'(y)ēz-(,)mō, -t͟hel-'yēz-\ *n* [Sp, fr. *caudillo* + *ismo* -ism] (1927) : the doctrine or practice of a caudillo : DICTATORSHIP

**cau·di·llo** \kau-'t͟hē-(,)(y)ō, -'t͟hel-(,)yō\ *n, pl* **-llos** [Sp, fr. LL *capitellum* small head — more at CADET] (1852) : a Spanish or Latin-American military dictator

**cau·dle** \'kȯd-ᵊl\ *n* [ME *caudel*, fr. ONF, fr. *caut* warm, fr. L *calidus* — more at CALDRON] (14c) : a drink (as for invalids) usu. of warm ale or wine mixed with bread or gruel, eggs, sugar, and spices

¹**caught** \'kȯt\ *past and past part of* CATCH

²**caught** *adj* (1858) : PREGNANT — often used in the phrase *get caught*

**caul** \'kȯl\ *n* [ME *calle*, fr. MF *cale*] (14c) **1** : the large fatty omentum covering the intestines **2** : the inner fetal membrane of higher vertebrates esp. when covering the head at birth

**cauldron** *var of* CALDRON

**cau·li·flow·er** \'kȯ-li-,flau(-ə)r, 'käl-i-\ *n, often attrib* [It *cavolfiore*, fr. *cavolo* cabbage (fr. LL *caulus*, fr. L *caulis* stem, cabbage) + *fiore* flower, fr. L *flor-, flos* — more at HOLE, BLOW] (1597) : a garden plant (*Brassica oleracea botrytis*) related to the cabbage and grown for its compact edible head of usu. white undeveloped flowers; *also* : its flower cluster

**cauliflower ear** *n* (1909) : an ear deformed from injury and excessive growth of reparative tissue

**cau·li·flow·er·et** \,kȯ-li-,flau(-ə)-'ret, ,käl-i-\ *n* (1946) : a bite-size piece of cauliflower

**cau·line** \'kȯ-,līn\ *adj* [prob. fr. NL *caulinus*, fr. L *caulis*] (1756) : of, relating to, or growing on a stem; *specif* : growing on the upper part of a stem

¹**caulk** \'kȯk\ *vt* [ME *caulken*, fr. ONF *cauquer* to trample, fr. L *calcare*, fr. *calc-, calx* heel — more at CALK] (1500) **1** : to stop up and make watertight the seams of (as a boat) by filling with a waterproofing compound or material **2** : to stop up and make tight against leakage (as the seams of a boat, the cracks in a window frame, or the joints of a pipe) — **caulk·er** *n*

²**caulk** *also* **caulk·ing** \'kȯ-kiŋ\ *n* (1954) : material used to caulk

³**caulk** *var of* CALK

**cau·ri** \'kau(ə)r-ē\ *n, pl* **cauris** [native name in Guinea] (1662) — see *syli* at MONEY table

**caus·al** \'kȯ-zəl\ *adj* (1530) **1** : expressing or indicating cause : CAUSATIVE ⟨a ~ clause introduced by *since*⟩ **2** : of, relating to, or constituting a cause ⟨the ~ agent of a disease⟩ **3** : involving causation or a cause ⟨the relationship . . . was not one of ~ antecedence so much as one of analogous growth — H. O. Taylor⟩ **4** : arising from a cause ⟨a ~ development⟩ — **caus·al·ly** \-zə-lē\ *adv*

**cau·sal·gia** \kȯ-'zal-j(ē-)ə, -'sal-\ *n* [NL, fr. Gk *kausos* fever + NL *algia*; akin to Gk *kaiein* to burn — more at CAUSTIC] (1872) : a constant usu. burning pain resulting from injury to a peripheral nerve — **cau·sal·gic** \-jik\ *adj*

**cau·sal·i·ty** \kȯ-'zal-ət-ē\ *n, pl* **-ties** (1603) **1** : a causal quality or agency **2** : the relation between a cause and its effect or between regularly correlated events or phenomena

**cau·sa·tion** \kȯ-'zā-shən\ *n* (1646) **1 a** : the act or process of causing **b** : the act or agency which produces an effect **2** : CAUSALITY

**caus·ative** \'kȯ-zət-iv\ *adj* (15c) **1** : effective or operating as a cause or agent **2** : expressing causation — **causative** *n* — **caus·ative·ly** *adv*

¹**cause** \'kȯz\ *n* [ME, fr. OF, fr. L *causa*] (13c) **1 a** : a reason for an action or condition : MOTIVE **b** : something that brings about an effect or a result **c** : a person or thing that is the occasion of an action or state; *esp* : an agent that brings something about **2 a** : a ground of legal action **b** : CASE **3** : a matter or question to be decided **4** : a principle or movement militantly defended or supported — **cause·less** \-ləs\ *adj*

*syn* CAUSE, DETERMINANT, ANTECEDENT, REASON, OCCASION mean something that produces an effect. CAUSE applies to any event, circumstance, or condition that brings about or helps bring about a result. DETERMINANT applies to a cause that fixes the nature of what results. ANTECEDENT applies to that which has preceded and may therefore be in some degree responsible for what follows. REASON applies to a traceable or explainable cause of a known effect. OCCASION applies to a particular time or situation at which underlying causes become effective.

²**cause** *vt* **caused; caus·ing** (14c) **1** : to serve as a cause or occasion of **2** : to effect by command, authority, or force — **caus·er** *n*

³**cause** \(')kȯz, (')kəz\ *conj* (14c) : BECAUSE

**cause cé·lè·bre** \,kōz-sə-'leb(-rə), ,kȯz-, -'lebrᵊ\ *n, pl* **causes cé·lè·bres** *same*\ [F, lit., celebrated case] (1763) **1** : a legal case that excites widespread interest **2** : a notorious incident or episode

**cau·se·rie** \,kōz-(ə-)'rē\ *n* [F, fr. *causer* to chat, fr. L *causari* to plead, discuss, fr. *causa*] (1827) **1** : an informal conversation : CHAT **2** : a short informal composition

**cause·way** \'kȯz-,wā\ *n* [ME *cauciwey*, fr. *cauci* + *wey* way] (15c) **1** : a raised way across wet ground or water **2** : HIGHWAY; *esp* : one of ancient Roman construction in Britain — **causeway** *vt*

**cau·sey** \'kȯ-zē\ *n, pl* **causeys** [ME *cauci*, fr. ONF *caucie*, fr. ML *calciata* paved highway, prob. deriv. of L *calc-, calx* limestone] (14c) **1** : CAUSEWAY 1 **2** *obs* : CAUSEWAY 2

¹**caus·tic** \'kȯ-stik\ *adj* [L *causticus*, fr. Gk *kaustikos*, fr. *kaiein* to burn, akin to Lith *kulė* smut of plants] (15c) **1** : capable of destroying or eating away by chemical action : CORROSIVE **2** : INCISIVE, BITING ⟨~ wit⟩ **3** : relating to or being the surface or curve of a caustic — **caus·ti·cal·ly** \-sti-k(ə-)lē\ *adv* — **caus·tic·i·ty** \kȯ-'stis-ət-ē\ *n*

*syn* CAUSTIC, MORDANT, ACRID, SCATHING mean stingingly incisive. CAUSTIC suggests a biting wit. MORDANT suggests a wit that is used with deadly effectiveness. ACRID implies bitterness and often malevolence. SCATHING implies indignant attacks delivered with fierce severity.

²**caustic** *n* (15c) **1** : a caustic agent: as **a** : a substance that burns or destroys organic tissue by chemical action **b** : SODIUM HYDROXIDE **2** : the envelope of rays emanating from a point and reflected or refracted by a curved surface

**caustic lime** *n* (1813) : ¹LIME 2a

**caustic potash** *n* (1869) : POTASSIUM HYDROXIDE

**caustic soda** *n* (1876) : SODIUM HYDROXIDE

**cau·ter·ize** \'kȯt-ə-,rīz\ *vt* **-ized; -iz·ing** (15c) **1** : to sear with a cautery or caustic **2** : to make insensible : DEADEN — **cau·ter·iza·tion** \,kȯt-ə-rə-'zā-shən\ *n*

**cau·tery** \'kȯt-ə-rē\ *n, pl* **-ter·ies** [L *cauterium*, fr. Gk *kautērion* branding iron, fr. *kaiein*] (15c) **1** : the act or effect of cauterizing : CAUTERIZATION **2** : an agent (as a hot iron or caustic) used to burn, sear, or destroy tissue

¹**cau·tion** \'kȯ-shən\ *n* [L *caution-, cautio* precaution, fr. *cautus*, pp. of *cavere* to be on one's guard — more at HEAR] (1600) **1** : WARNING, ADMONISHMENT **2** : PRECAUTION **3** : prudent forethought to minimize risk **4** : one that arouses astonishment or commands attention ⟨some shoes you see . . . these days are a ~ — *Esquire*⟩

²**caution** *vt* **cau·tioned; cau·tion·ing** \'kȯ-sh(ə-)niŋ\ (1683) : to advise caution to

**cau·tion·ary** \'kȯ-shə-,ner-ē\ *adj* (1638) : having the characteristics of, serving as, or offering a caution ⟨a ~ tale⟩

**cau·tious** \'kȯ-shəs\ *adj* (1640) : marked by or given to caution — **cau·tious·ly** *adv* — **cau·tious·ness** *n*

*syn* CAUTIOUS, CIRCUMSPECT, WARY, CHARY mean prudently watchful and discreet in the face of danger or risk. CAUTIOUS implies the exercise of forethought usu. prompted by fear of danger. CIRCUMSPECT suggests less fear and stresses the surveying of all possible consequences before acting or deciding. WARY emphasizes suspiciousness and alertness in watching for danger and cunning in escaping it. CHARY implies a cautious reluctance to give, act, or speak freely.

**cav·al·cade** \,kav-əl-'kād, 'kav-əl-,\ *n* [F, ride on horseback, fr. OIt *cavalcata*, fr. *cavalcare* to go on horseback, fr. LL *caballicare*, fr. L *caballus* horse, akin to Gk dial. *kaballeion* horse-drawn vehicle] (1644) **1 a** : a procession of riders or carriages **b** : a procession of vehicles or ships **2** : a dramatic sequence or procession : SERIES

¹**cav·a·lier** \,kav-ə-'li(ə)r\ *n* [MF, fr. OIt *cavaliere*, fr. OProv *cavalier*, fr. LL *caballarius* horseman, fr. L *caballus*] (1589) **1** : a gentleman trained in arms and horsemanship **2** : a mounted soldier : KNIGHT **3** *cap* : an adherent of Charles I of England **4** : GALLANT

²**cavalier** *adj* (1641) **1** : DEBONAIR **2** : marked by or given to offhand dismissal of important matters : DISDAINFUL **3 a** *cap* : of or relating to the party of Charles I of England in his struggles with the Puritans and Parliament **b** : ARISTOCRATIC **c** *cap* : of or relating to the English Cavalier poets of the mid-17th century — **ca·va·lier·ism** \-,iz-əm\ *n* — **cav·a·lier·ly** *adv*

**ca·val·la** \kə-'val-ə\ *n, pl* **-la** *or* **-las** [Sp *caballa*, a fish, fr. LL, mare, fem. of L *caballus*] (1624) **1** *also* **ca·val·ly** \-'val-ē\ : any of various carangid fishes (esp. genus *Caranx*) **2** : CERO

**cav·al·let·ti** *also* **cav·a·let·ti** \,kav-ə-'let-ē\ *n pl but sing or pl in constr* [It, pl. of *cavalletto* trestle, dim. of *cavallo* horse, fr. L *caballus*] (1950) : a series of timber jumps that are adjustable in height for schooling horses

**cav·al·ry** \'kav-əl-rē\ *n, pl* **-ries** [It *cavalleria* cavalry, chivalry, fr. *cavaliere*] (1546) **1** : an army component mounted on horseback or moving in motor vehicles or helicopters and assigned to combat missions that require great mobility **2** : HORSEMEN ⟨a thousand ~ in flight⟩

**cav·al·ry·man** \-rē-mən, -,man\ *n* (1860) : a cavalry soldier

**cav·a·ti·na** \,kav-ə-'tē-nə, ,käv-\ *n* [It, fr. *cavata* production of sound from an instrument, extraction, fr. *cavare* to dig out, fr. L, to make hollow, fr. *cavus*] (1813) **1** : an operatic solo simpler and briefer than an aria **2** : a songlike instrumental piece or movement

¹**cave** \'kāv\ *n* [ME, fr. OF, fr. L *cava*, fr. *cavus* hollow, akin to ON *hūnn* cub, Gk *kyein* to be pregnant, *koilos* hollow, Skt *śvayati* he swells] (13c) **1** : a natural underground chamber or series of chambers open to the surface **2** : a usu. underground chamber for storage ⟨a wine~⟩; *also* : the articles stored there

²**cave** *vt* **caved; cav·ing** (15c) : to form a cave in or under : HOLLOW, UNDERMINE

³**cave** \'kāv\ *vb* **caved; cav·ing** [prob. alter. of *calve*] *vi* (1513) **1** : to fall in or down esp. from being undermined **2** : to cease to resist : SUBMIT — usu. used with *in* ~ *vt* : to cause to fall or collapse — usu. used with *in*

**ca·ve·at** \'kav-ē-,ät, -,at; 'kav-ē-,at\ *n* [L, let him beware, fr. *cavere* — more at HEAR] (1549) **1 a** : a warning enjoining one from certain acts or practices **b** : an explanation to prevent misinterpretation **2** : a legal warning to a judicial officer to suspend a proceeding until the opposition has a hearing

**caveat emp·tor** \-'em(p)-tər, -,tȯ(ə)r\ *n* [NL, let the buyer beware] (1523) : a principle in commerce: without a warranty the buyer takes the risk of quality upon himself

**cave dweller** *n* (1865) **1** : one (as a prehistoric man) that dwells in a cave **2** : one that lives in a city apartment building

**cave–in** \'kā-,vin\ *n* (1860) **1** : the action of caving in **2** : a place where earth has caved in

**cave·man** \'kāv-,man\ *n* (1865) **1** : a cave dweller esp. of the Stone Age **2** : one who acts in a rough primitive manner esp. toward women

**cav·er** \'kā-vər\ *n* (1932) : one that studies or explores caves

¹**cav·ern** \'kav-ərn\ *n* [ME *caverne*, fr. MF, fr. L *caverna*, fr. *cavus*] (14c) : an underground chamber often of large or indefinite extent : CAVE

²**cavern** *vt* (1630) **1** : to place in or as if in a cavern **2** : to form a cavern of : HOLLOW — used with *out*

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

char • charismatic 227

⁴**char** *vi* **charred; char·ring** [back-formation fr *charwoman*] (1732) : to work as a cleaning woman

⁵**char** *n* [short for *charwoman*] *Brit* (1906) : CHARWOMAN

**char-a-banc** \'shar-ə-,baŋ\ *n* [F *char à bancs* lit., wagon with benches] *Brit* (1914) : a sightseeing motor coach

**char·a·cin** \'kar-ə-sən\ *n* [deriv. of Gk *charak-, charax* pointed stake, a fish] (1882) : any of a family (Characidae) of usu. small brightly colored tropical freshwater fishes — **characin** *adj*

¹**char·ac·ter** \'kar-ik-tər\ *n* [ME *caracter*, fr. MF *caractere*, fr. L *character* mark, distinctive quality, fr. Gk *charaktēr*, fr. *charassein* to scratch, engrave] (14c) **1 a :** a conventionalized graphic device placed on an object as an indication of ownership, origin, or relationship **b :** a graphic symbol (as a hieroglyph or alphabet letter) used in writing or printing **c :** a magical or astrological emblem **d :** ALPHABET **e (1) :** WRITING, PRINTING **(2) :** style of writing or printing **(3) :** CIPHER **f :** a symbol (as a letter or number) that represents information; *also* : a representation of such a character that may be accepted by a computer **2 a :** one of the attributes or features that make up and distinguish the individual **b (1) :** a feature used to separate distinguishable things into categories; *also* : a group or kind so separated ⟨people of this ~⟩ ⟨advertising of a very primitive ~⟩ **(2) :** the detectable expression of the action of a gene or group of genes **(3) :** the aggregate of distinctive qualities characteristic of a breed, strain, or type ⟨a wine of great ~⟩ **c :** the complex of mental and ethical traits marking and often individualizing a person, group, or nation ⟨assess a person's ~ by studying his handwriting⟩ **d :** main or essential nature esp. as strongly marked and serving to distinguish ⟨excess sewage gradually changed the ~ of the lake⟩ **3 :** POSITION, CAPACITY ⟨his ~ as a town official⟩ **4 :** a short literary sketch of the qualities of a social type **5 :** REFERENCE 4b **6 a :** a person marked by notable or conspicuous traits : PERSONAGE ⟨a notorious campus ~⟩ **b :** one of the persons of a drama or novel **c :** the personality or part which an actor recreates **d :** characterization esp. in drama or fiction **e :** PERSON, INDIVIDUAL ⟨some ~ just stole her purse⟩ **7 :** REPUTATION **8 :** moral excellence and firmness ⟨a man of sound ~⟩ ***syn*** see DISPOSITION, QUALITY, TYPE — **char·ac·ter·less** \-ləs\ *adj* — **in character :** in accord with a person's usual qualities or traits — **out of character :** not in accord with a person's usual qualities or traits

²**character** *vt* (1591) **1** *archaic* : ENGRAVE, INSCRIBE **2 a** *archaic* : REPRESENT, PORTRAY **b :** CHARACTERIZE

³**character** *adj* (1893) **1 :** capable of portraying an unusual or eccentric personality often markedly different (as in age) from the player ⟨a ~ actor⟩ **2 :** requiring the qualities of a character actor ⟨a ~ role⟩

**character assassination** *n* (1949) : the slandering of a person usu. with the intention of destroying public confidence in him

**char·ac·ter·ful** \'kar-ik-tər-fəl\ *adj* (1901) **1 :** markedly expressive of character ⟨a ~ face⟩ **2 :** marked by character ⟨a ~ decision⟩

¹**char·ac·ter·is·tic** \,kar-ik-tə-'ris-tik\ *n* (1664) **1 :** a distinguishing trait, quality, or property **2 :** the integral part of a common logarithm **3 :** the smallest positive integer *n* which for an operation in a ring or field yields 0 when any element is used *n* times with the operation

²**characteristic** *adj* (1665) : revealing, distinguishing, or typical of the individual character — **char·ac·ter·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

***syn*** CHARACTERISTIC, INDIVIDUAL, PECULIAR, DISTINCTIVE mean indicating a special quality or identity. CHARACTERISTIC applies to something that distinguishes or identifies a person or thing or class. INDIVIDUAL stresses qualities that distinguish one from all other members of the same kind or class. PECULIAR applies to qualities possessed only by a particular individual or class or kind and stresses rarity or uniqueness. DISTINCTIVE indicates qualities distinguishing and uncommon and often superior or praiseworthy.

**characteristic equation** *n* (ca. 1925) : an equation in which the characteristic polynomial of a matrix is set equal to 0

**characteristic polynomial** *n* (ca. 1957) : the determinant of a square matrix in which an arbitrary variable (as *x*) is subtracted from each of the elements along the principal diagonal

**characteristic root** *n* (ca. 1957) : EIGENVALUE

**characteristic value** *n* (1956) : EIGENVALUE

**characteristic vector** *n* (ca. 1957) : EIGENVECTOR

**char·ac·ter·iza·tion** \,kar-ik-t(ə-)rə-'zā-shən\ *n* (1814) : the act of characterizing; *esp* : the artistic representation (as in fiction or drama) of human character or motives

**char·ac·ter·ize** \'kar-ik-tə-,rīz\ *vt* **-ized; -iz·ing** (1633) **1 :** to describe the character or quality of ⟨~s him as ambitious⟩ **2 :** to be a characteristic of : DISTINGUISH ⟨a personality *characterized* by good humor⟩

**char·ac·ter·olog·i·cal** \,kar-ik-t(ə-)rə-'läj-i-kəl\ *adj* [*characterology* (study of character)] (1916) : of, relating to, or based on character or the study of character including its development and its differences in different individuals — **char·ac·ter·olog·i·cal·ly** \-'läj-i-k(ə-)lē\ *adv*

**character witness** *n* (1952) : one that gives evidence concerning the reputation, conduct, and moral nature of a party to a legal action

**char·ac·tery** \'kar-ik-t(ə-)rē, kə-'rak-\ *n, pl* **-ter·ies** (1598) : a system of written letters or symbols used in the expression of thought

**cha·rade** \shə-'rād\ *n* [F] (1776) **1 :** a word represented in riddling verse or by picture, tableau, or dramatic action **2** *pl* : a game in which each syllable of a word or phrase is acted out by some of the persons playing the game while the others try to guess the word or phrase **3 :** an empty or deceptive act or pretense ⟨his concern was a ~⟩

**cha·ras** \'char-əs\ *n* [Hindi *caras*] (1839) : HASHISH

**char·broil** \'char-,brȯi(ə)l\ *vt* (1968) : to broil on a rack over hot charcoal — **char·broil·er** \-,brȯi-lər\ *n*

¹**char·coal** \'char-,kōl\ *n* [ME *charcole*] (14c) **1 :** a dark or black porous carbon prepared from vegetable or animal substances (as from wood by charring in a kiln from which air is excluded) **2 a :** a piece or pencil of fine charcoal used in drawing **b :** a charcoal drawing

²**charcoal** *vt* (1965) : CHARBROIL

**char·cu·te·rie** \(,)shar-,küt-ə-'rē\ *n* [F, lit., pork-butcher's shop, fr. MF *chaircuiterie*, fr. *chaircutier* pork butcher, fr. *chair cuite* cooked meat, fr. OF *char* (fr. L *carn-, caro*) flesh + *cuite*, fem. of *cuit*, pp. of *cuire* to cook, fr. L *coquere* — more at COOK, CARNAL] (1901) : a delicatessen specializing in dressed meats and meat dishes; *also* : the products sold in such a shop

**chard** \'chärd\ *n* [F *carde*, fr. OProv *cardo* edible cardoon, fr. L *carduus* thistle, artichoke, akin to MLG *harst* rake, L *carrere* to card] (1658) : a beet (*Beta vulgaris cicla*) whose large leaves and succulent stalks are often cooked as a vegetable — called also *Swiss chard*

**char·don·nay** \,shard-ᵊn-'ā\ *n, often cap* [F] (ca. 1941) : a dry white table wine of Chablis type

**chare** \'cha(ə)r, 'che(ə)r\ *or* **char** \'chär\ *n* [ME *char* turn, piece of work, fr. OE *cierr*; akin to OE *cierran* to turn] (bef. 12c) : CHORE

¹**charge** \'chärj\ *vb* **charged; charg·ing** [ME *chargen*, fr. OF *chargier*, fr. LL *carricare*, fr. L *carrus* wheeled vehicle — more at CAR] *vt* (13c) **1 a** *archaic* : to lay or put a load on or in : LOAD **b (1) :** to place a charge (as of powder) in **(2) :** to load or fill to capacity **c (1) :** to restore the active materials in (a storage battery) by the passage of a direct current through in the opposite direction to that of discharge **(2) :** to give an electric charge to **d (1) :** to assume as a heraldic bearing **(2) :** to place a heraldic bearing on **e :** to fill or furnish fully ⟨the music is *charged* with excitement⟩ **2 a :** to impose a task or responsibility on ⟨~ him with the job of finding a new meeting place⟩ **b :** to command, instruct, or exhort with right or authority ⟨I ~ you not to go⟩ **c** *of a judge* : to give a charge to (a jury) **3 a :** BLAME ⟨~s him as the instigator⟩ **b :** to make an assertion against esp. by ascribing guilt for an offense : ACCUSE ⟨~s him with armed robbery⟩ ⟨~s them with hypocrisy⟩ **c :** to place the guilt or blame for ⟨~ her failure to negligence⟩ **d :** to assert as an accusation ⟨~s that he distorted the data⟩ **4 a :** to bring (a weapon) into position for attack : LEVEL ⟨~ a lance⟩ **b :** to rush against or bear down upon : ATTACK; *also* : to rush into (an opponent) usu. illegally in various sports **5 a (1) :** to impose a pecuniary burden on ⟨~ his estate with debts incurred⟩ **(2) :** to impose or record as pecuniary obligation ⟨~ debts to an estate⟩ **b (1) :** to fix or ask as fee or payment ⟨~s $50 for an office visit⟩ **(2) :** to ask payment of (a person) ⟨~ a client for expenses⟩ **c :** to record (an item) as an expense, debt, obligation, or liability ⟨~ a purchase to a customer⟩ ~ *vi* **1 :** to rush forward in or as if in assault : ATTACK; *also* : to charge an opponent in sports **2 :** to ask or set a price **3 :** to charge an item to an account ⟨~ now, pay later⟩ ***syn*** see COMMAND

²**charge** *n* (13c) **1 a** *obs* : a material load or weight **b :** a figure borne on a heraldic field **2 a :** the quantity that an apparatus is intended to receive and fitted to hold **b :** a store or accumulation of impelling force ⟨the deeply emotional ~ of the drama⟩ **c :** a definite quantity of electricity; *esp* : an excess or deficiency of electrons in a body **d :** THRILL, KICK ⟨got a ~ out of the game⟩ **3 a :** OBLIGATION, REQUIREMENT **b :** MANAGEMENT, SUPERVISION ⟨has ~ of the home office⟩ **c :** the ecclesiastical jurisdiction (as a parish) committed to a clergyman **d :** a person or thing committed to the care of another **4 a :** INSTRUCTION, COMMAND **b :** instruction in points of law given by a court to a jury **5 a :** EXPENSE, COST ⟨gave the banquet at his own ~⟩ **b :** the price demanded for something ⟨no admission ~⟩ **c :** a debit to an account ⟨the purchase was a ~⟩ **d :** the record of a loan (as of a book from a library) **6 a :** ACCUSATION, INDICTMENT ⟨a ~ of assault with intent to kill⟩ **b :** a statement of complaint or hostile criticism ⟨denied the ~s of nepotism that were leveled against him⟩ **7 :** a violent rush forward (as to attack) — **in charge :** having control or custody of something ⟨he is *in charge* of the training program⟩

**charge·able** \'char-jə-bəl\ *adj* (15c) **1** *archaic* : financially burdensome : EXPENSIVE **2 :** liable to be charged: as **a :** liable to be accused or held responsible **b :** suitable to be charged to a particular account **c :** qualified to be made a charge on the county or parish

**charge account** *n* (1903) : a customer's account with a creditor (as a merchant) to which the purchase of goods is charged

**charge–coupled device** *n* (1973) : a semiconductor device that is used esp. as an optical sensor and that stores charge and transfers it sequentially to an amplifier and detector — called also *CCD*

**charged** \'chärjd\ *adj* (14c) **1 :** possessing strong emotion or vigorous purpose ⟨attacked the author in a highly ~ review⟩ **2 :** capable of arousing strong emotion ⟨a politically ~ subject⟩

**char·gé d'af·faires** \(,)shar-,zhād-ə-'fa(ə)r, -'fe(ə)r\ *n, pl* **char·gés d'af·faires** \-,zhād-ə-, -,zhāz-də-\ [F, lit., one charged with affairs] (1767) **1 :** a subordinate diplomat who substitutes for an absent ambassador or minister **2 :** a diplomat inferior in rank to an ambassador or minister and accredited by one government to the foreign minister of another

**charge of quarters** (1918) : an enlisted man designated to handle administrative matters in his unit esp. after duty hours

¹**char·ger** \'char-jər\ *n* [ME *chargeour*, akin to ME *chargen* to charge] (14c) : a large flat dish or platter

²**charg·er** *n* (1711) **1 :** one that charges: as **a :** an appliance for holding or inserting a charge of powder or shot in a gun **b :** a cartridge clip **2 :** a horse for battle or parade

**char·i·ness** \'char-ē-nəs, 'cher-\ *n* (1571) **1 :** the quality or state of being chary : CAUTION **2 :** carefully preserved state : INTEGRITY

¹**char·i·ot** \'char-ē-ət\ *n* [ME, fr. MF, fr. OF, fr. *char* wheeled vehicle, fr. L *carrus* — more at CAR] (14c) **1 :** a light four-wheeled pleasure or state carriage **2 :** a two-wheeled horse-drawn battle car of ancient times used also in processions and races

²**chariot** *vi* (1627) : to drive or ride in or as if in a chariot ~ *vt* : to carry in or as if in a chariot

**char·i·o·teer** \,char-ē-ə-'ti(ə)r\ *n* (14c) **1 :** one who drives a chariot **2** *cap* : the constellation Auriga

**cha·ris·ma** \kə-'riz-mə\ *also* **char·ism** \'kar(ə)r-,iz-əm\ *n, pl* **cha·ris·ma·ta** \kə-'riz-mət-ə\ *also* **charisms** [Gk *charisma* favor, gift, fr. *charizesthai* to favor, fr. *charis* grace; akin to Gk *chairein* to rejoice — more at YEARN] (1641) **1 :** an extraordinary power (as of healing) given a Christian by the Holy Spirit for the good of the church **2 a :** a personal magic of leadership arousing special popular loyalty or enthusiasm for a public figure (as a political leader or military commander) **b :** a special magnetic charm or appeal ⟨the ~ of a popular actor⟩

¹**char·is·mat·ic** \,kar-əz-'mat-ik\ *adj* [*charisma*] (ca. 1868) **1 :** of, relating to, or constituting charisma **2 :** having, exhibiting, or based on charisma ⟨~ sects⟩ ⟨~ leader⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u\ foot \y\ yet \zh\ vision \à, k, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

— **com·pli·men·ta·ri·ly** \-'men-trə-le, -(,)men-'ter-ə-le, -'ment-ə-rə-le\ *adv*

**complimentary close** *n* (1919) : the words (as *sincerely yours*) that conventionally come immediately before the signature of a letter and express the sender's regard for the receiver — called also *complimentary closing*

**com·pline** \'käm-plən, -,plin\ *n often cap* [ME *compline* complie, fr OF *complie*, modif of LL *completa*, fr L, fem of *completus* complete] (13c) : the seventh and last of the canonical hours

[1]**com·plot** \'käm-,plät\ *n* [MF *complot* crowd, plot] *archaic* (1577) : PLOT CONSPIRACY

[2]**com·plot** \kəm-'plät, käm-\ *vb, archaic* (1579) : PLOT

**com·ply** \kəm-'plī\ *vi* **com·plied; com·ply·ing** [It *complire*, fr Sp *cumplir* to complete, perform what is due, be courteous, fr L *complēre* to complete] (1602) **1** *obs* : to be ceremoniously courteous **2** : to conform or adapt one's actions to another's wishes, to a rule, or to necessity

**com·po** \'käm-(,)pō\ *n, pl* **compos** [short for *composition*] (1823) : any of various composition materials

[1]**com·po·nent** \kəm-'pō-nənt, 'käm-,, käm-'\ *n* [L *component-, componens*, prp of *componere* to put together — more at COMPOUND] (1645) **1** : a constituent part : INGREDIENT **2** **a** : any one of the vector terms added to form a vector sum or resultant **b** : a coordinate of a vector, *also* : either member of an ordered pair of numbers *syn* see ELEMENT — **com·po·nen·tial** \,käm-pə-'nen-chəl\ *adj*

[2]**component** *adj* (1664) : serving or helping to constitute : CONSTITUENT

[1]**com·port** \kəm-'pō(ə)rt, -'pȯ(ə)rt\ *vb* [MF *comporter* to bear, conduct, fr L *comportare* to bring together, fr *com-* + *portare* to carry — more at PORT] *vi* (1589) : to be fitting : ACCORD ⟨acts that ~ with ideals⟩ ~ *vt* : BEHAVE *esp* : to behave in a manner conformable to what is right, proper, or expected ⟨~*ed* himself well in the emergency⟩ *syn* see BEHAVE

[2]**com·port** \'käm-,pō(ə)rt, -,pȯ(ə)rt\ *n* (1771) : COMPOTE 2

**com·port·ment** \kəm-'pōrt-mənt, -'pȯrt-\ *n* (1599) : BEARING, DEMEANOR

**com·pose** \kəm-'pōz\ *vb* **com·posed; com·pos·ing** [MF *composer*, fr L *componere* (perf indic *composui*) — more at COMPOUND] *vt* (15c) **1** **a** : to form by putting together : FASHION ⟨a committee *composed* of three representatives—*Current Biog*⟩ **b** : to form the substance of : CONSTITUTE ⟨*composed* of many ingredients⟩ **c** : to produce (as columns or pages of type) by composition **2** **a** : to create by mental or artistic labor : PRODUCE ⟨~ a sonnet sequence⟩ **b** (1) : to formulate and write (a piece of music) (2) : to compose music for **3** : to deal with or act on so as to reduce to a minimum ⟨~ their differences⟩ **4** : to arrange in proper or orderly form ⟨~ her clothing⟩ **5** : to free from agitation : CALM SETTLE ⟨~ a patient⟩ ~ *vi* : to practice composition

**com·posed** \-'pōzd\ *adj* (1607) : free from agitation : CALM *esp* : SELF POSSESSED *syn* see COOL — **com·pos·ed·ly** \-'pō-zəd-lē\ *adv* — **com·pos·ed·ness** \-'pō-zəd-nəs\ *n*

**com·pos·er** \kəm-'pō-zər\ *n* (1597) : one that composes, *esp* : a person who writes music

**composing room** *n* (1737) : the department in a printing office where typesetting and related operations are performed

**composing stick** *n* (1679) : a tray with an adjustable slide that a compositor holds in one hand and sets type into with the other

[1]**com·pos·ite** \käm-'päz-ət, kəm-', *esp Brit* 'käm-pə-zit\ *adj* [L *compositus*, pp of *componere*] (15c) **1** : made up of distinct parts as **a** *cap* : relating to or being a modification of the Corinthian order combining angular Ionic volutes with the acanthus-circled bell of the Corinthian **b** : of or relating to a very large family (Compositae) of dicotyledonous herbs, shrubs, and trees often considered to be the most highly evolved plants and characterized by florets arranged in dense heads that resemble single flowers **c** : factorable into two or more prime factors other than 1 and itself ⟨8 is a positive ~ integer⟩ **2** : combining the typical or essential characteristics of individuals making up a group ⟨the ~ man called the Poet—Richard Poirier⟩ **3** *of a statistical hypothesis* : specifying a range of values for one or more statistical parameters — compare SIMPLE 10 — **com·pos·ite·ly** *adv*

[2]**composite** *n* (15c) **1** : something composite : COMPOUND **2** : a composite plant **3** : COMPOSITE FUNCTION

[3]**composite** *vt* **-it·ed; -it·ing** (1923) : to make composite or into something composite ⟨*composited* four soil samples⟩

**composite function** *n* (1965) : a function whose values are found from two given functions by applying one function to an independent variable and then applying the second function to the result and whose domain consists of those values of the independent variable for which the result yielded by the first function lies in the domain of the second

**com·po·si·tion** \,käm-pə-'zish-ən\ *n* [ME *composicioun*, fr MF *composition*, fr L *composition-, compositio*, fr *compositus*] (14c) **1** **a** : the act or process of composing, *specif* : arrangement into proper proportion or relation and esp into artistic form **b** (1) : the arrangement of type for printing ⟨hand ~⟩ (2) : the production of type or typographic characters (as in photocomposition) arranged for printing **2** **a** : the manner in which something is composed **b** : general makeup ⟨the changing ethnic ~ of the city —Leonard Buder⟩ **c** : the qualitative and quantitative makeup of a chemical compound **3** : mutual settlement or agreement **4** : a product of mixing or combining various elements or ingredients **5** : an intellectual creation as **a** : a piece of writing, *esp* : a school exercise in the form of a brief essay **b** : a written piece of music esp of considerable size and complexity **6** : the quality or state of being compound **7** : the operation of forming a composite function, *also* : COMPOSITE FUNCTION — **com·po·si·tion·al** \-'zish-nəl, -ən-ᵊl\ *adj* — **com·po·si·tion·al·ly** \-ē\ *adv*

**com·pos·i·tor** \kəm-'päz-ət-ər\ *n* (1533) : one who sets type

**com·pos men·tis** \,käm-pə-'sment-əs\ *adj* [L, lit , having mastery of one's mind] (1616) : of sound mind, memory, and understanding

[1]**com·post** \'käm-,pōst, *esp Brit* -,päst\ *n* [MF, fr ML *compostum*, fr L, neut of *compositus, compostus*, pp of *componere*] (1587) **1** : a mixture that consists largely of decayed organic matter and is used for fertilizing and conditioning land **2** : MIXTURE COMPOUND

[2]**compost** *vt* (ca 1778) : to convert (as plant debris) to compost

**com·po·sure** \kəm-'pō-zhər\ *n* (1647) : a calmness or repose esp of mind, bearing, or appearance : SELF POSSESSION

**com·pote** \'käm-,pōt\ *n* [F, fr OF *composte*, fr L *composta* fem of *compostus* pp ] (1693) **1** . a dessert of fruit cooked in syrup **2** a bowl of glass, porcelain, or metal usu with a base and stem from which compotes fruits, nuts, or sweets are served

[1]**com·pound** \käm-'paund, kəm-', 'käm-,\ *vb* [ME *compounen* fr MF *compondre* fr L *componere* fr *com-* + *ponere* to put — more at POSITION] *vt* (14c) **1** · to put together (parts) so as to form a whole . COMBINE ⟨~ ingredients⟩ **2** : to form by combining parts ⟨~ a medicine⟩ **3** . to settle amicably · adjust by agreement ⟨~ a debt⟩ **4** **a** to pay (interest) on both the accrued interest and the principal **b** . to add to . AUGMENT ⟨we ~*ed* our error in later policy—Robert Lekachman⟩ **5** . to agree for a consideration not to prosecute (an offense) ⟨~ a felony⟩ ~ *vi* **1** : to become joined in a compound **2** · to come to terms of agreement — **com·pound·able** \-ə-bəl\ *adj* — **com·pound·er** *n*

[2]**com·pound** \'käm-,paund, käm-', kəm-'\ *adj* [ME *compouned* pp of *compounen*] (14c) **1** : composed of or resulting from union of separate elements, ingredients, or parts as **a** . composed of united similar elements esp of a kind usu independent ⟨a ~ plant ovary⟩ **b** having the blade divided to the midrib and forming two or more leaflets on a common axis ⟨a ~ leaf⟩ **2** : involving or used in a combination **3** **a** *of a word* : constituting a compound **b** *of a sentence* . having two or more main clauses

[3]**com·pound** \'käm ,paund\ *n* (1530) **1** **a** . a word consisting of components that are words (as *rowboat high school devil may-care*) **b** a word consisting of any of various combinations of words combining forms, or affixes (as *anthropology, kilocycle builder*) **2** · something formed by a union of elements or parts, *specif* : a distinct substance formed by chemical union of two or more ingredients in definite proportion by weight

[4]**com·pound** \'käm ,paund\ *n* [by folk etymology fr Malay *kampong* group of buildings, village] (1679) · a fenced or walled-in area containing a group of buildings and esp residences

**compound–complex** *adj of a sentence* (1923) : having two or more main clauses and one or more subordinate clauses

**compound eye** *n* (1836) . an eye (as of an insect) made up of many separate visual units

**compound fracture** *n* (1543) . a bone fracture produced in such a way as to form an open wound through which bone fragments usu protrude

**compound interest** *n* (1660) : interest computed on the sum of an original principal and accrued interest

**compound microscope** *n* (ca 1864) : a microscope consisting of an objective and an eyepiece mounted in a drawtube

**compound number** *n* (1557) : a number (as 2 ft 5 in ) involving different denominations or more than one unit

**com·pra·dor** \,käm-prə-'dō(ə)r\ *or* **com·pra·dore** \-'dō(ə)r, 'dȯ(ə)r\ *n* [Pg *comprador* lit buyer] (1840) **1** . a Chinese agent engaged by a foreign establishment in China to have charge of its Chinese employees and to act as an intermediary in business affairs **2** : INTERMEDIARY

**com·pre·hend** \,käm-pri-'hend\ *vt* [ME *comprehenden* fr L *comprehendere*, fr *com* + *prehendere* to grasp — more at PREHENSILE] (14c) **1** · to grasp the nature, significance, or meaning of **2** : to include as an integral part ⟨philosophy s scope ~*s* the truth of everything which man may understand —H O Taylor⟩ **3** : to include by construction or implication : COMPRISE *syn* see UNDERSTAND INCLUDE — **com·pre·hend·ible** \-'hen-də-bəl\ *adj*

**com·pre·hen·si·ble** \-'hen(t)-sə-bəl\ *adj* (1598) : capable of being comprehended : INTELLIGIBLE — **com·pre·hen·si·bil·i·ty** \-,hen(t)-sə-'bil ət e\ *n* — **com·pre·hen·si·ble·ness** \-'hen(t)-sə-bəl-nəs\ *n* — **com·pre·hen·si·bly** \-ble\ *adv*

**com·pre·hen·sion** \,käm-pri-'hen-chən\ *n* [MF & L, MF, fr L *comprehension-* *comprehensio*, fr *comprehensus*, pp of *comprehendere* to understand, comprise] (15c) **1** **a** : the act or action of grasping with the intellect : UNDERSTANDING **b** : knowledge gained by comprehending **c** : the capacity for understanding fully **2** **a** . the act or process of comprising **b** . the faculty or capability of including : COMPREHENSIVENESS **3** : CONNOTATION 3

**com·pre·hen·sive** \ 'hen(t)-siv\ *adj* (1614) **1** . covering completely or broadly : INCLUSIVE ⟨~ examinations⟩ ⟨~ insurance⟩ **2** · having or exhibiting wide mental grasp ⟨~ knowledge⟩ — **com·pre·hen·sive·ly** *adv* — **com·pre·hen·sive·ness** *n*

[1]**com·press** \kəm-'pres\ *vb* [ME *compressen*, fr LL *compressare* to press hard, fr L *compressus* pp of *comprimere* to compress, fr *com* + *premere* to press — more at PRESS] *vt* (14c) **1** : to press or squeeze together **2** . to reduce in size or volume as if by squeezing ~ *vi* to undergo compression *syn* see CONTRACT

[2]**com·press** \'käm-,pres\ *n* [MF *compresse* fr *compresser* to compress, fr LL *compressare*] (1599) **1** : a folded cloth or pad applied so as to press upon a body part **2** : a machine for compressing

**com·pressed** \kəm 'prest *also* 'käm-,\ *adj* (14c) **1** : pressed together . reduced in size or volume (as by pressure) **2** : flattened as though subjected to compression **a** : flattened laterally ⟨petioles ~⟩ **b** narrow from side to side and deep in a dorsoventral direction — **com·pressed·ly** \kəm-'prest-lē, -'pres-əd-le\ *adv*

**compressed air** *n* (1669) : air under pressure greater than that of the atmosphere

**com·press·ible** \kəm-'pres-ə-bəl\ *adj* (1691) . capable of being compressed — **com·press·ibil·i·ty** \-,pres-ə-'bil-ət-e\ *n*

**com·pres·sion** \kəm-'presh-ən\ *n* (15c) **1** **a** · the act, process or result of compressing **b** : the state of being compressed **2** : the process of compressing the fuel mixture in a cylinder of an internal-combustion engine (as in an automobile) **3** : a much compressed fossil plant — **com·pres·sion·al** \-'presh-nəl, -ən-ᵊl\ *adj*

**compressional wave** *n* (1887) : a longitudinal wave (as a sound wave) propagated by the elastic compression of the medium — called also *compression wave*

**com·pres·sive** \kəm-'pres-iv\ *adj* (1572) **1** : of or relating to compression **2** : tending to compress — **com·pres·sive·ly** *adv*

**com·pres·sor** \ 'pres-ər\ *n* (1839) : one that compresses as **a** . a muscle that compresses a part **b** : a machine that compresses gases

**com·prise** \kəm-'prīz\ *vt* **com·prised; com·pris·ing** [ME *comprisen* fr MF *compris* pp of *comprendre* fr L *comprehendere*] (15c) **1** to include esp within a particular scope ⟨civilization as Lenin used the term would then certainly have *comprised* the changes that are now

**compromise • concenter** 271

associated in our minds with developed rather than 'developing' states —*Times Lit. Supp.*⟩ **2** : to be made up of ⟨a committee *comprising* three faculty members and three public members⟩ **3** : COMPOSE, CONSTITUTE ⟨a misconception as to what ~s a literary generation — William Styron⟩ ⟨about 8 percent of our military forces are *comprised of women* —Jimmy Carter⟩

***usage*** Although it has been in use since the late 18th century, sense 3 is still attacked as wrong. Why it has been singled out is not clear, but until comparatively recent times it was found chiefly in scientific or technical writing rather than belles lettres. Our current evidence shows a slight shift in usage: sense 3 is somewhat more frequent in recent literary use than the earlier senses. You should be aware, however, that if you use sense 3 you may be subject to criticism for doing so, and you may want to choose a safer synonym such as *compose* or *make up*.

**¹com·pro·mise** \'käm-prə-,mīz\ *n* [ME, mutual promise to abide by an arbiter's decision, fr. MF *compromis*, fr. L *compromissum*, fr. neut. of *compromissus*, pp. of *compromittere* to promise mutually, fr. *com-* + *promittere* to promise — more at PROMISE] (15c) **1 a** : settlement of differences by arbitration or by consent reached by mutual concessions **b** : something blending qualities of two different things **2** : a concession to something derogatory or prejudicial ⟨a ~ of principles⟩

**²compromise** *vb* **-mised; -mis·ing** *vt* (1598) **1** *obs* : to bind by mutual agreement **2** : to adjust or settle by mutual concessions **3** : to expose to discredit or mischief ~ *vi* **1** : to come to agreement by mutual concession **2** : to make a shameful or disreputable concession — **com·pro·mis·er** *n*

**compt** \'kaunt, 'käm(p)t\ *archaic var of* COUNT

**comp·trol·ler** \kən-'trō-lər, 'käm(p)-,, käm(p)-'\ *n* [ME, alter. of *conterroller* controller] (15c) **1** : a royal-household official who examines and supervises expenditures **2** : a public official who audits government accounts and sometimes certifies expenditures **3** : CONTROLLER 1c — **comp·trol·ler·ship** \-,ship\ *n*

**com·pul·sion** \kəm-'pəl-shən\ *n* [ME, fr. MF or LL; MF, fr. LL *compulsion-, compulsio*, fr. L *compulsus*, pp. of *compellere* to compel] (15c) **1 a** : *an act of compelling* : *the state of being compelled* **b** : *a force that compels* **2** : an irresistible impulse to perform an irrational act

**com·pul·sive** \-'pəl-siv\ *adj* (1588) **1** : having power to compel **2** : of, relating to, caused by, or suggestive of psychological compulsion or obsession ⟨~ actions⟩ — **com·pul·sive·ly** *adv* — **com·pul·sive·ness** *n* — **com·pul·siv·i·ty** \kəm-,pəl-'siv-ət-ē, ,käm-\ *n*

**com·pul·so·ry** \kəm-'pəls-(ə-)rē\ *adj* (1581) **1** : MANDATORY, ENFORCED **2** : COERCIVE, COMPELLING — **com·pul·so·ri·ly** \-(ə-)rə-lē\ *adv*

**com·punc·tion** \kəm-'pəŋ(k)-shən\ *n* [ME *compunccioun*, fr. MF *componction*, fr. LL *compunction-, compunctio*, fr. L *compunctus*, pp. of *compungere* to prick hard, sting, fr. *com-* + *pungere* to prick — more at PUNGENT] (14c) **1 a** : anxiety arising from awareness of guilt ⟨~s of conscience⟩ **b** : distress of mind over an anticipated action or result ⟨he showed no ~ in planning devilish engines of destruction — Havelock Ellis⟩ **2** : a twinge of misgiving : SCRUPLE ⟨cheated without ~⟩ *syn* see PENITENCE, QUALM — **com·punc·tious** \-shəs\ *adj*

**com·pur·ga·tion** \,käm-(,)pər-'gā-shən\ *n* [LL *compurgation-, compurgatio*, fr. L *compurgatus*, pp. of *compurgare* to clear completely, fr. *com-* + *purgare* to purge] (1658) : the clearing of an accused person by oaths of persons who swear to his veracity or innocence

**com·pur·ga·tor** \'käm-(,)pər-,gāt-ər\ *n* (1533) : one that under oath vouches for the character or conduct of an accused person

**com·put·able** \kəm-'pyüt-ə-bəl\ *adj* (1646) : capable of being computed — **com·put·abil·i·ty** \-,pyüt-ə-'bil-ət-ē\ *n*

**com·pu·ta·tion** \,käm-pyü-'tā-shən\ *n* (15c) **1 a** : the act or action of computing : CALCULATION **b** : the use or operation of a computer **2** : a system of reckoning **3** : an amount computed — **com·pu·ta·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**¹com·pute** \kəm-'pyüt\ *n* (1588) : COMPUTATION

**²compute** *vb* **com·put·ed; com·put·ing** [L *computare* — more at COUNT] *vt* (1616) : to determine esp. by mathematical means ⟨~ your income tax⟩ *also* : to determine or calculate by means of a computer ~ *vi* **1** : to make calculation : RECKON **2** : to use a computer

**computed tomography** *n* (ca. 1977) : radiography in which a three-dimensional image of a body structure is constructed by computer from a series of plane cross-sectional images made along an axis — called also *computed axial tomography, computerized axial tomography, computerized tomography*

**com·put·er** \kəm-'pyüt-ər\ *n often attrib* (1646) : one that computes; *specif* : a programmable electronic device that can store, retrieve, and process data — **com·put·er·like** \-,līk\ *adj*

**com·put·er·ese** \-,pyüt-ə-'rēz, -'rēs\ *n* (ca. 1960) : jargon used by computer technologists

**com·put·er·ise** *chiefly Brit var of* COMPUTERIZE

**com·put·er·ist** \kəm-'pyüt-ə-rəst\ *n* (1973) : a person who uses or operates a computer

**com·put·er·ize** \kəm-'pyüt-ə-,rīz\ *vt* **-ized; -iz·ing** (1957) **1** : to carry out, control, or produce by means of a computer **2** : to equip with computers **3 a** : to store in a computer **b** : to put in a form that a computer can use — **com·put·er·iz·able** \-,rī-zə-bəl\ *adj* — **com·put·er·iza·tion** \-,pyüt-ə-rə-'zā-shən\ *n*

**com·put·er·nik** \kəm-'pyüt-ər-,nik\ *n* [*computer* + *-nik*] (1968) : COMPUTERIST

**com·rade** \'käm-,rad, -rəd, *esp Brit* -,rād\ *n* [MF *camarade* group sleeping in one room, roommate, companion, fr. OSp *camarada*, fr. *camara* room, fr. LL *camera, camara* — more at CHAMBER] (1544) **1 a** : an intimate friend or associate : COMPANION **b** : a fellow soldier **2** [fr. its use as a form of address by communists] : COMMUNIST — **com·rade·li·ness** \-lē-nəs\ *n* — **com·rade·ly** *adj* — **com·rade·ship** \-,ship\ *n*

**com·rad·ery** \'käm-,rad-(ə-)rē, -rəd-rē, -,rad-(ə-)rē\ *n* (1879) : CAMARADERIE

**Comsat** \'käm-,sat\ *service mark* — used for communications services involving an artificial satellite

**Com·stock·ery** \'käm-,stäk-ə-rē *also* 'kəm-\ *n* [Anthony *Comstock* + *E -ery*] (1905) **1** : strict censorship of materials considered obscene **2** : censorious opposition to alleged immorality (as in literature)

**Com·stock·ian** \käm-'stäk-ē-ən *also* ,kəm-\ *adj* (1921) : of or relating to Comstockery

**com·symp** \'käm-,simp\ *n* [*communist* + *sympathizer*] (ca. 1961) : a person sympathetic to communist causes — usu. used disparagingly

**Comt·ian** *or* **Comt·ean** \'käm(p)-tē-ən, 'kōⁿ(n)t-ē-\ *adj* (1846) : of or relating to Auguste Comte or his doctrines — **Comt·ism** \'käm(p)-,tiz-əm, 'kōⁿ(n)t-,iz-\ *n* — **Comt·ist** \'käm(p)-təst, 'kōⁿ(n)t-əst\ *adj or n*

**¹con** \'kän\ *vt* **conned; con·ning** [ME *connen* to know, learn, study, alter. of *cunnen* to know, infin. of *can* — more at CAN] (13c) **1** : to commit to memory **2** : to study or examine closely : PERUSE

**²con** *var of* CONN

**³con** *adv* [ME, short for *contra*] (15c) : on the negative side : in opposition ⟨so much has been written pro and ~⟩

**⁴con** *n* (1589) **1** : *an argument or evidence in opposition* **2** : the negative position or one holding it ⟨an appraisal of the pros and ~s⟩

**⁵con** *adj* [by shortening] (1889) : CONFIDENCE

**⁶con** *vt* **conned; con·ning** (1896) **1** : SWINDLE **2** : PERSUADE, CAJOLE

**⁷con** *n* [by shortening] (1893) : CONVICT

**⁸con** *n* [short for *consumption*] *slang* (1915) : a destructive disease of the lungs; *esp* : TUBERCULOSIS

**con-** — see COM-

**con amo·re** \,kän-ə-'mōr-ē, ,kō-nə-'mor-(,)ā, -'mor-\ *adv* [It] (1739) **1** : with love, devotion, or zest **2** : in a tender manner — used as a direction in music

**con ani·ma** \kä-'nan-ə-,mä, kō-'nan-i-\ *adv* [It, lit., with spirit] (1906) : in a spirited manner — used as a direction in music

**co·na·tion** \kō-'nā-shən\ *n* [L *conation-, conatio* act of attempting, fr. *conatus*, pp. of *conari* to attempt — more at DEACON] (1836) : an inclination (as an instinct, a drive, a wish, or a craving) to act purposefully : IMPULSE 3 — **co·na·tive** \'kō-nət-iv, -,nāt-, 'kän-ət-\ *adj*

**con brio** \kän-'brē-(,)ō, kōn-\ *adv* [It, lit., with vigor] (ca. 1891) : in a vigorous or brisk manner — used as a direction in music

**con·ca·nav·a·lin** \,kän-kə-'nav-ə-lən\ *n* [*com-* + *canavalin* (a noncrystalline globulin found in the jack bean), fr. NL *Canavalia*, genus name of the jack bean] (1919) : either of two crystalline globulins occurring in the jack bean; *esp* : one that is a potent hemagglutinin

**¹con·cat·e·nate** \kän-'kat-ə-nət, kən-\ *adj* [ME, fr. LL *concatenatus*, pp. of *concatenare* to link together, fr. L *com-* + *catena* chain — more at CHAIN] (15c) : linked together

**²concatenate** \-,nāt\ *vt* **-nat·ed; -nat·ing** (1598) : to link together in a series or chain — **con·cat·e·na·tion** \(,)kän-,kat-ə-'nā-shən, kən-\ *n*

**¹con·cave** \kän-'kāv, 'kän-,\ *adj* [MF, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] (15c) **1** : hollowed or rounded inward like the inside of a bowl **2** : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface

**²con·cave** \'kän-,kāv\ *n* (1552) : a concave line or surface

**con·cav·i·ty** \kän-'kav-ət-ē\ *n, pl* **-ties** (15c) **1** : a concave line, surface, or space : HOLLOW **2** : the quality or state of being concave

**con·ca·vo–convex** \kän-,kā-vō-\ *adj* (1676) **1** : concave on one side and convex on the other **2** : having the concave side curved more than the convex

**con·ceal** \kən-'sē(ə)l\ *vt* [ME *concelen*, fr. MF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] (14c) **1** : to prevent disclosure or recognition of **2** : to place out of sight *syn* see HIDE — **con·ceal·able** \-'sē-lə-bəl\ *adj* — **con·ceal·er** \-'sē-lər\ *n* — **con·ceal·ing·ly** \-'sē-liŋ-lē\ *adv* — **con·ceal·ment** \-'sē(ə)l-mənt\ *n*

**con·cede** \kən-'sēd\ *vb* **con·ced·ed; con·ced·ing** [F or L; F *concéder*, fr. L *concedere*, fr. *com-* + *cedere* to yield — more at CEDE] *vt* (1632) **1** : to grant as a right or privilege **2 a** : to accept as true, valid, or accurate ⟨the right of the state to tax is generally *conceded*⟩ **b** : to acknowledge grudgingly or hesitantly ~ *vi* : to make concession : YIELD *syn* see GRANT — **con·ced·ed·ly** \-'sēd-əd-lē\ *adv* — **con·ced·er** *n*

**¹con·ceit** \kən-'sēt\ *n* [ME, fr. *conceiven*] (14c) **1 a** (1) : a result of mental activity : THOUGHT (2) : individual opinion **b** : favorable opinion; *esp* : excessive appreciation of one's own worth or virtue **2** : a fancy article **3 a** : a fanciful idea **b** : an elaborate or strained metaphor **c** : use or presence of such conceits in poetry

**²conceit** *vt* (1557) **1** *obs* : CONCEIVE, UNDERSTAND **2** *dial* : IMAGINE **3** *dial Brit* : to take a fancy to

**con·ceit·ed** \-'sēt-əd\ *adj* [¹*conceit*] (1593) **1** : ingeniously contrived : FANCIFUL **2** : having an excessively high opinion of oneself — **con·ceit·ed·ly** *adv* — **con·ceit·ed·ness** *n*

**con·ceiv·able** \kən-'sē-və-bəl\ *adj* (15c) : capable of being conceived : IMAGINABLE — **con·ceiv·abil·i·ty** \kən-,sē-və-'bil-ət-ē\ *n* — **con·ceiv·able·ness** \-'sē-və-bəl-nəs\ *n* — **con·ceiv·ably** \-blē\ *adv*

**con·ceive** \kən-'sēv\ *vb* **con·ceived; con·ceiv·ing** [ME *conceiven*, fr. MF *conceivre*, fr. L *concipere* to take in, conceive, fr. *com-* + *capere* to take — more at HEAVE] *vt* (14c) **1 a** : to become pregnant with (young) **b** : to cause to begin : ORIGINATE **2 a** : to take into one's mind ⟨~ a prejudice⟩ **b** : to form a conception of : IMAGINE, IMAGE **3** : to apprehend by reason or imagination : UNDERSTAND **4** : to be of the opinion ~ *vi* **1** : to become pregnant **2** : to have a conception — usu. used with *of* ⟨~s of death as emptiness⟩ *syn* see THINK — **con·ceiv·er** *n*

**con·cel·e·brant** \kən-'sel-ə-brənt, kän-\ *n* (ca. 1931) : one that concelebrates a Eucharist or Mass

**con·cel·e·brate** \kən-'sel-ə-,brāt, kän-\ *vb* [L *concelebratus*, pp. of *concelebrare* to celebrate in great numbers, fr. *com-* + *celebrare* to celebrate] *vi* (1879) : to participate in (a Eucharist) as a joint celebrant who recites the canon in unison with other celebrants ~ *vi* : to participate as a celebrant in a concelebrated Eucharist — **con·cel·e·bra·tion** \(,)kän-,sel-ə-'brā-shən, kən-\ *n*

**con·cent** \kən-'sent\ *n* [L *concentus*, fr. *concentus*, pp. of *concinere* to sing together, fr. *com-* + *canere* to sing — more at CHANT] *archaic* (1585) : HARMONY

**con·cen·ter** \kən-'sent-ər, kän-\ *vb* [F *concentrer*, fr. *com-* + *centre* center] *vt* (1630) : to draw or direct to a common center : CONCENTRATE ~ *vi* : to come to a common center

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

**corral • corrupt** 293

[1]**cor·ral** \kə-'ral, -'rel\ *n* [Sp, fr (assumed) VL *currale* enclosure for vehicles fr L *currus* cart, fr *currere* to run — more at CURRENT] (1582) **1** a pen or enclosure for confining or capturing livestock **2** an enclosure made with wagons for defense of an encampment

[2]**corral** *vt* **cor·ralled; cor·ral·ling** (1847) **1** : to enclose in a corral **2** to arrange (wagons) so as to form a corral **3** : COLLECT GATHER ⟨*corralling* votes for the upcoming election⟩

[1]**cor·rect** \kə-'rekt\ *vt* [ME *correcten* fr L *correctus* pp of *corrigere* fr *com* + *regere* to lead straight — more at RIGHT] (14c) **1 a** : to make or set right AMEND **b** : COUNTERACT NEUTRALIZE **c** to alter or adjust so as to bring to some standard or required condition ⟨~ a lens for spherical aberration⟩ **2 a** : to punish (as a child) with a view to reforming or improving **b** : to point out usu for amendment the errors or faults of ⟨spent the day ~*ing* tests⟩ — **cor·rect·able** \-'rek tə bəl\ *adj* — **cor·rec·tor** \-'rek-tər\ *n*

*syn* CORRECT RECTIFY EMEND REMEDY REDRESS AMEND REFORM REVISE mean to make right what is wrong CORRECT implies taking action to remove errors, faults, deviations, defects RECTIFY implies a more essential changing to make something right, just or properly controlled or directed EMEND specif implies correction of a text or manuscript REMEDY implies removing or making harmless a cause of trouble harm, or evil, REDRESS implies making compensation or reparation for an unfairness injustice, or imbalance, AMEND REFORM REVISE imply an improving by making corrective changes, AMEND usu suggesting slight changes, REFORM implying drastic change, and REVISE suggesting a careful examination of something and the making of necessary changes *syn* see in addition PUNISH

[2]**correct** *adj* [ME corrected, fr L *correctus* fr pp of *corrigere*] (1676) **1** conforming to an approved or conventional standard ⟨relations were ~ but not very friendly —W L Shirer⟩ **2** : conforming to or agreeing with fact, logic, or known truth **3** : conforming to a set figure ⟨enclosed the ~ return postage⟩ — **cor·rect·ly** \kə-'rek (t)lē\ *adv* — **cor·rect·ness** \-'rek(t)-nəs\ *n*

*syn* CORRECT ACCURATE EXACT PRECISE NICE RIGHT mean conforming to fact, standard, or truth CORRECT usu implies freedom from fault or error ACCURATE implies fidelity to fact or truth attained by exercise of care EXACT stresses a very strict agreement with fact, standard, or truth, PRECISE adds to EXACT an emphasis on sharpness of definition or delimitation NICE stresses great precision and delicacy of adjustment or discrimination, RIGHT is close to CORRECT but has a stronger positive emphasis on conformity to fact or truth rather than mere absence of error or fault

**corrected time** *n* (1891) : a boat's elapsed time less her time allowance in yacht racing

**cor·rec·tion** \kə-'rek shən\ *n* (14c) **1** : the action or an instance of correcting as **a** : AMENDMENT RECTIFICATION **b** : REBUKE PUNISHMENT **c** : a bringing into conformity with a standard **d** : NEUTRALIZATION COUNTERACTION ⟨~ of acidity⟩ **2** : a decline in market price or business activity following and counteracting a rise **3 a** : something substituted in place of what is wrong ⟨marking ~*s* on the students papers⟩ **b** a quantity applied by way of correcting (as for adjustment or inaccuracy of an instrument) **4** the treatment and rehabilitation of offenders through a program involving penal custody, parole, and probation, *also* the administration of such treatment as a matter of public policy — usu used in pl — **cor·rec·tion·al** \ shnəl, -shən-ᵊl\ *adj*

**cor·rec·ti·tude** \kə-'rek-tə-,t(y)ud\ *n* [blend of *correct* and *rectitude*] (1893) : correctness or propriety of conduct

**cor·rec·tive** \kə 'rek tiv\ *adj* (1531) : tending to correct ⟨~ lenses⟩ ⟨~ punishment⟩ — **corrective** *n* — **cor·rec·tive·ly** *adv*

[1]**cor·re·late** \'kor-ə-lət, 'kar , -,lāt\ *n* [back-formation fr *correlation*] (1643) **1** : either of two things so related that one directly implies or is complementary to the other (as husband and wife) **2** : a phenomenon (as brain activity) that accompanies another phenomenon (as behavior) is usu parallel to it (as in form, type, development, or distribution) and is related in some way to it — **correlate** *adj*

[2]**cor·re·late** \-,lat\ *vb* **-lat·ed; -lat·ing** *vi* (1742) : to bear reciprocal or mutual relations , CORRESPOND ~ *vt* **1 a** : to establish a mutual or reciprocal relation between ⟨~ activities in the lab and the field⟩ **b** to show correlation or a causal relationship between **2** to present or set forth so as to show relationship ⟨he ~*s* the findings of the scientists the psychologists, and the mystics —Eugene Exman⟩ — **cor·re·lat·able** \ ,lat-ə-bəl\ *adj* — **cor·re·lat·or** \-,lat ər\ *n*

**cor·re·la·tion** \,kor-ə-'la-shən ,kar-\ *n* [ML *correlation*- *correlatio* fr L *com* + *relation*- *relatio* relation] (1561) **1** : the act of correlating **2** : the state or relation of being correlated, *specif* , a relation existing between phenomena or things or between mathematical or statistical variables which tend to vary, be associated, or occur together in a way not expected on the basis of chance alone ⟨the obviously high positive ~ between scholastic aptitude and college entrance —J B Conant⟩ — **cor·re·la·tion·al** \ shnəl, -shən-ᵊl\ *adj*

**correlation coefficient** *n* (ca 1909) : a number or function that indicates the degree of correlation between two sets of data or between two random variables and that is equal to their covariance divided by the product of their standard deviations

**cor·rel·a·tive** \kə-'rel-ət iv\ *adj* (1530) **1** : naturally related : CORRESPONDING **2** : reciprocally related **3** : regularly used together but typically not adjacent ⟨the ~ conjunctions *either* … *or*⟩ — **correlative** *n* — **cor·rel·a·tive·ly** *adv*

**cor·re·spond** \,kor-ə-'spand, ,kar-\ *vi* [MF or ML, MF *correspondre* fr ML *correspondere*, fr L *com*- + *respondere* to respond] (1529) **1 a** to be in conformity or agreement : SUIT ⟨fulfillment seldom ~*s* to anticipation⟩ **b** to compare closely : MATCH — usu used with *to* or *with* **c** to be equivalent or parallel **2** to communicate with a person by exchange of letters ⟨frequently ~*s* with his cousin⟩

**cor·re·spon·dence** \-'span-dən(t)s\ *n* (15c) **1 a** : the agreement of things with one another **b** a particular similarity **c** : a relation between sets in which each member of one set is associated with one or more members of the other — compare FUNCTION 5a **2 a** : communication by letters *also* : the letters exchanged **b** : the news, information, or opinion contributed by a correspondent to a newspaper or periodical

**correspondence course** *n* (1902) : a course offered by a correspondence school

**correspondence school** *n* (1889) : a school that teaches nonresident students by mailing them lessons and exercises which upon completion are returned to the school for grading

**cor·re·spon·den·cy** \,kor-ə-'span-dən-se, ,kar-\ *n, pl* **-cies** (1589) : CORRESPONDENCE

[1]**cor·re·spon·dent** \,kor-ə-'span-dənt, ,kar-\ *adj* [ME, fr MF or ML, MF, fr ML *correspondent*- *correspondens*, prp of *correspondere* ] (15c) **1** CORRESPONDING **2** : FITTING CONFORMING — used with *with* or *to* ⟨the outcome was entirely ~ with my wishes⟩

[2]**correspondent** *n* (1630) **1** : something that corresponds **2 a** : one who communicates with another by letter **b** : one who has regular commercial relations with another **c** : one who contributes news or commentary to a publication (as a newspaper) or a radio or television network often from a distant place ⟨a war ~⟩

**cor·re·spond·ing** *adj* (1579) **1 a** : having or participating in the same relationship (as kind, degree, position, correspondence, or function) esp with regard to the same or like wholes (as geometric figures or sets) ⟨~ parts of similar triangles⟩ **b** : RELATED ACCOMPANYING ⟨all rights carry with them ~ responsibilities —W P Paepcke⟩ **2 a** : charged with the duty of writing letters ⟨~ secretary⟩ **b** : participating or serving at a distance and by mail ⟨a ~ member of the society⟩ — **cor·re·spond·ing·ly** \-'span-diŋ-lē\ *adv*

**corresponding angles** *n pl* (1797) : any pair of angles each of which is on the same side of one of two lines cut by a transversal and on the same side of the transversal

**cor·re·spon·sive** \,kor-ə-'span(t)-siv, ,kar-\ *adj* (1606) : mutually responsive

**cor·ri·da** \ko-'re-t͟hə\ *n* [Sp, lit , act of running] (1896) : BULLFIGHT

**cor·ri·dor** \'kor-əd-ər, 'kar-, -ə-,do(ə)r\ *n* [MF, fr OIt *corridore*, fr *correre* to run, fr L *currere* — more at CURRENT] (1814) **1** : a passageway (as in a hotel) into which compartments or rooms open **2** : a usu narrow passageway or route as **a** : a narrow strip of land through foreign-held territory **b** (1) : a restricted lane for air traffic (2) : a restricted path a spacecraft must follow to accomplish its mission : WINDOW 9 **3** : a densely populated strip of land including two or more major cities ⟨the Northeast ~ stretching from Washington into New England —S D Browne⟩

**cor·rie** \'kor-e, 'kar-ē\ *n* [ScGael *coire*, lit , kettle] (1795) : CIRQUE 3

**Cor·rie·dale** \-,dal\ *n* [*Corriedale*, ranch in New Zealand] (1902) : any of a dual-purpose breed of rather large usu hornless sheep developed in New Zealand

**cor·ri·gen·dum** \,kor-ə-'jen-dəm, ,kar-\ *n, pl* **-da** \-də\ [L, neut of *corrigendus*, gerundive of *corrigere* to correct] (1850) : an error in a printed work discovered after printing and shown with its correction on a separate sheet

**cor·ri·gi·ble** \'kor-ə-jə-bəl, 'kar-\ *adj* [ME, fr MF, fr ML *corrigibilis*, fr L *corrigere*] (15c) : capable of being set right : REPARABLE ⟨a ~ defect⟩ — **cor·ri·gi·bil·i·ty** \,kor-ə-jə-'bil-ət-ē, ,kar-\ *n*

**cor·ri·val** \kə-'rī-vəl, ko-, kō-\ *n* [MF, fr L *corrivalis*, fr *com*- + *rivalis* rival] (1579) : RIVAL COMPETITOR — **corrival** *adj*

**cor·rob·o·rant** \kə-'rab-ə-rənt\ *adj, archaic* (1626) : having an invigorating effect — used of a medicine

**cor·rob·o·rate** \kə-'rab-ə-,rāt\ *vt* **-rat·ed; -rat·ing** [L *corroboratus*, pp of *corroborare*, fr *com*- + *robor*-, *robur* strength] (1543) : to support with evidence or authority : make more certain *syn* see CONFIRM — **cor·rob·o·ra·tion** \-,rab-ə-'rā-shən\ *n* — **cor·rob·o·ra·tive** \-'rab-ə-,rāt-iv, -'rab-(ə-)rət-\ *adj* — **cor·rob·o·ra·tor** \-'rab-ə-,rat-ər\ *n* — **cor·rob·o·ra·to·ry** \-'rab-(ə-)rə-,tōr-e, -,tor-\ *adj*

**cor·rob·o·ree** \kə-'rab-ə-rē\ *n* [native name in New South Wales, Australia] (1793) **1** : a nocturnal festivity with songs and symbolic dances by which the Australian aborigines celebrate events of importance **2** *Austral* **a** : a noisy festivity **b** : TUMULT

**cor·rode** \kə-'rōd\ *vb* **cor·rod·ed; cor·rod·ing** [ME *corroden*, fr L *corrodere* to gnaw to pieces, fr *com*- + *rodere* to gnaw — more at RAT] *vt* (15c) **1** : to eat away by degrees as if by gnawing, *esp* : to wear away gradually usu by chemical action ⟨the metal was *corroded* beyond repair⟩ **2** : to weaken or destroy gradually : UNDERMINE ⟨manners and miserliness that ~ the human spirit —Bernard DeVoto⟩ ~ *vi* : to undergo corrosion — **cor·rod·ible** \-'rōd-ə-bəl\ *adj*

**cor·ro·dy** *var of* CORODY

**cor·ro·sion** \kə-'rō-zhən\ *n* [ME, fr LL *corrosion*-, *corrosio* act of gnawing, fr L *corrosus*, pp of *corrodere*] (15c) **1** : the action, process, or effect of corroding **2** : a product of corroding

**cor·ro·sive** \-'rō-siv, -ziv\ *adj* (14c) **1** : tending or having the power to corrode ⟨~ acids⟩ ⟨~ action⟩ ⟨the ~ effects of alcoholism⟩ **2** : bitingly sarcastic ⟨~ satire⟩ — **corrosive** *n* — **cor·ro·sive·ly** *adv* — **cor·ro·sive·ness** *n*

**corrosive sublimate** *n* (1706) : MERCURIC CHLORIDE

**cor·ru·gate** \'kor-ə-,gāt, 'kar-ə-\ *vb* **-gat·ed; -gat·ing** [L *corrugatus*, pp of *corrugare*, fr *com*- + *ruga* wrinkle — more at ROUGH] *vt* (1620) : to form or shape into wrinkles or folds or into alternating ridges and grooves : FURROW ~ *vi* : to become corrugated

**cor·ru·gat·ed** *adj* (ca 1623) : having corrugations ⟨~ paper⟩, *also* : made of corrugated material (as paperboard) ⟨~ boxes⟩

**corrugated iron** *n* (1856) : usu galvanized sheet iron or sheet steel shaped into straight parallel regular and equally curved ridges and hollows

**cor·ru·ga·tion** \,kor-ə-'gā-shən, ,kar-\ *n* (1528) **1** : the act of corrugating **2** : a ridge or groove of a surface that has been corrugated

[1]**cor·rupt** \kə-'rəpt\ *vb* [ME *corrupten*, fr L *corruptus*, pp of *corrumpere*, fr *com*- + *rumpere* to break — more at REAVE] *vt* (14c) **1 a** : to change from good to bad in morals, manners, or actions, *also* : BRIBE **b** : to degrade with unsound principles or moral values **2** : ROT SPOIL **3** : to subject (a person) to corruption of blood **4** : to alter from the original or correct form or version ~ *vi* **1 a** : to become tainted or rotten **b** : to become morally debased **2** : to cause disintegration or

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

**dispatch case • disproportionation** 365

ness) (2) quick riddance d a sending off SHIPMENT 2 a a message sent with speed *esp* an important official message sent by a diplomatic military or naval officer ⟨sent a ~ to the war department⟩ b a news item filed by a correspondent 3 promptness and efficiency in performance or transmission *syn* see HASTE

**dispatch case** *n* (ca 1918) a case for carrying papers

**dis·pel** \dis 'pel\ *vt* **dis pelled, dis pel ling** [L *dispellere* fr *dis* + *pellere* to drive beat — more at FELT] (15c) to drive away by or as if by scattering DISSIPATE ⟨~ a misconception⟩ *syn* see SCATTER

**dis·pens·able** \dis 'pen(t) sə bəl\ *adj* (1649) capable of being dispensed with UNESSENTIAL **dis pens abil i ty** \ pen(t) sə bil ət e\ *n*

**dis·pen sa ry** \dis 'pen(t)s (ə )re\ *n pl* **ries** (1699) a place where medical or dental aid is dispensed

**dis·pen sa tion** \ dis pən 'sa shən ,pen \ *n* (14c) 1 a a general state or ordering of things *sp cif* a system of revealed commands and promises regulating human affairs b a particular arrangement or provision esp of providence or nature 2 a an exemption from a law or from an impediment vow or oath b a formal authorization 3 a the act of dispensing b something dispensed or distributed — **dis pen sa tion al** \ shnəl shən ᵊl\ *adj*

**dis·pen sa to ry** \dis pen(t) sə tor e ,tor\ *n pl* **ries** (1566) a medicinal formulary

**dis·pense** \dis pen(t)s\ *vb* **dis pensed dis pens ing** [ME *dispensen* fr ML & L ML *dispensare* to grant dispensation fr L to distribute fr *dispensus* pp of *dispendere* to weigh out fr *dis* + *pendere* to weigh — more at SPIN] *vt* (14c) 1 a to deal out in portions b ADMINISTER ⟨~ justice⟩ 2 to give dispensation to EXEMPT 3 to prepare and distribute (medication) ~ *vi archaic* to grant dispensation *syn* see DISTRIBUTE — **dispense with** 1 to suspend the operation of ⟨a people that has *dispensed with* its monarchy⟩ 2 to do without ⟨could *dispense with* his assistants⟩

**dis·pens er** \ 'pen(t) sər\ *n* (14c) one that dispenses as a a container that extrudes sprays or feeds out in convenient units b a usu mechanical device for vending merchandise

**dis·peo ple** \(')dis 'pe pəl\ *vt* (15c) DEPOPULATE

**dis·pers al** \dis 'pər səl\ *n* (1821) the act or result of dispersing *esp* the process or result of the spreading of organisms from one place to another

**dis·per sant** \dis 'pər sənt\ *n* (1941) a dispersing agent *esp* a substance for promoting the formation and stabilization of a dispersion of one substance in another — **dispersant** *adj*

**dis·perse** \dis pərs\ *vb* **dis persed, dis pers ing** [ME *dysparsen* fr MF *disperser* fr L *dispersus* pp of *dispergere* to scatter fr *dis* + *spargere* to scatter — more at SPARK] *vt* (14c) 1 a to cause to break up ⟨the meeting was *dispersed*⟩ b to cause to become spread widely c to cause to evaporate or vanish ⟨sunlight *dispersing* the vapor⟩ 2 to spread or distribute from a fixed or constant source as a *archaic* DISSEMINATE b to subject (as light) to dispersion c to distribute (as fine particles) more or less evenly throughout a medium ~ *vi* 1 to break up in random fashion ⟨the crowd *dispersed* at the police officer s request⟩ 2 a to become dispersed b DISSIPATE VANISH ⟨the fog *dispersed* toward morning⟩ *syn* see SCATTER — **dis persed ly** \ pər səd le 'pərst le\ *adv* — **dis pers er** *n* — **dis pers ible** \ pər sə bəl\ *adj*

**disperse system** *n* (ca 1915) DISPERSION 5b

**dis·per sion** \dis pər zhən shən\ *n* (14c) 1 *cap* DIASPORA 1a 2 the act or process of dispersing the state of being dispersed 3 the scattering of the values of a frequency distribution from an average 4 the separation of light into colors by refraction or diffraction with formation of a spectrum *also* the separation of nonhomogeneous radiation into components in accordance with some characteristic (as energy) 5 a a dispersed substance b a system consisting of a dispersed substance and the medium in which it is dispersed COLLOID 2b

**dis·per sive** \ 'pər siv ziv\ *adj* (1627) 1 of or relating to dispersion ⟨a ~ medium⟩ ⟨the ~ power of a lens⟩ 2 tending to disperse — **dis per sive ly** *adv* — **dis per sive ness** *n*

**dis·per soid** \ 'pər ,soid\ *n* (1911) finely divided particles of one substance dispersed in another

**dispir it** \(')dis 'pir ət\ *vt* [*dis* + *spirit*] (1647) to deprive of morale or enthusiasm — **dispir it·ed** *adj* **dispir it ed ly** *adv* — **dispir it ed ness** *n*

**dis·pit·eous** \dis 'pit e əs\ *adj* [alter of *despiteous*] *archaic* (1803) CRUEL

**dis·place** \(')dis 'plas\ *vt* [prob fr MF *desplacer* fr *des* dis + *place* place] (1553) 1 a to remove from the usual or proper place *specif* to expel or force to flee from home or homeland b to remove from an office status or job c *obs* to drive out BANISH 2 a to remove physically out of position ⟨water *displaced* by a floating object⟩ b to take the place of (as in a chemical reaction) SUPPLANT *syn* see REPLACE — **dis place able** \ 'pla sə bəl\ *adj*

**dis·place ment** \dis 'pla smənt\ *n* (1611) 1 the act or process of displacing the state of being displaced 2 a the volume or weight of a fluid (as water) displaced by a floating body (as a ship) of equal weight b the difference between the initial position of something (as a body or geometric figure) and any later position c the volume displaced by a piston (as in a pump or an engine) in a single stroke *also* the total volume so displaced by all the pistons in an internal combustion engine (as in an automobile) 3 a the redirection of an emotion or impulse from its original object (as an idea or person) to something that is more acceptable b the substitution of another form of behavior for what is usual or expected esp when the usual response is nonadaptive

**dis·plant** \dis 'plant\ *vt* [MF *desplanter* fr *des* + *planter* to plant fr LL *plantare*] (15c) 1 DISPLACE REMOVE 2 SUPPLANT

**dis·play** \dis 'pla\ *vb* [ME *displayen* fr AF *despleier* fr L *displicare* to scatter fr *dis* + *plicare* to fold — more at PLY] *vt* (14c) 1 a to put or spread before the view ⟨~ the flag⟩ b to make evident ⟨~*ed* great skill⟩ c to exhibit ostentatiously ⟨liked to ~ his erudition⟩ 2 *obs* DESCRY ~ *vi* 1 *obs* SHOW OFF 2 to make a breeding display ⟨penguins ~*ed* and copulated⟩ *syn* see SHOW — **dis play able** \ 'pla ə bəl\ *adj*

**²display** *n often attrib* (1665) 1 a (1) a setting or presentation of something in open view ⟨a fireworks ~⟩ (2) a clear sign or evidence EXHIBITION ⟨a ~ of courage⟩ b ostentatious show c type composition or printing designed to catch the eye d an eye catching arrangement by which something is exhibited e an electronic device (as a cathode ray tube in a computer or in a radar receiver or a liquid crystal watch) that presents information in visual form *also* the visual information 2 a pattern of behavior exhibited esp by male birds in the breeding season

**dis please** \(')dis 'plez\ *vb* [ME *displesen* fr MF *desplaisir* fr (assumed) VL *displacere* fr L *dis* + *placere* to please — more at PLEASE] *vt* (14c) 1 to incur the disapproval or dislike of esp by annoying ⟨could fire any employee who had ever *displeased* him⟩ 2 to be offensive to ⟨abstract art ~s him⟩ ~ *vi* to give displeasure ⟨signs of inattention calculated to ~⟩

**dis·plea sure** \(')dis 'plezh ər 'plazh \ *n* (15c) 1 the feeling of one that is displeased DISFAVOR 2 DISCOMFORT UNHAPPINESS 3 *archaic* OFFENSE INJURY

**dis·plode** \dis 'plod\ *vb* **dis plod ed, dis·plod ing** [L *displodere* fr *dis* + *plaudere* to clap applaud] *archaic* (1667) EXPLODE — **dis·plo sion** \ 'plo zhən\ *n*

**¹dis port** \dis 'po(ə)rt 'po(ə)rt\ *n archaic* (14c) SPORT PASTIME

**²disport** *vb* [ME *disporten* fr MF *desporter* fr *des* + *porter* to carry fr L *portare* — more at FARE] *vt* (14c) 1 DIVERT AMUSE 2 DISPLAY ~ *vi* to amuse oneself in light or lively fashion FROLIC — **dis port·ment** \ mənt\ *n*

**¹dis pos able** \dis 'po zə bəl\ *adj* (1643) 1 subject to or available for disposal *specif* remaining to an individual after deduction of taxes ⟨~ income⟩ 2 designed to be used once and then thrown away ⟨~ towels⟩ — **dis pos abil i ty** \ ,po-zə 'bil ət e\ *n*

**²disposable** *n* (1963) something (as a paper blanket) that is disposable

**dis pos al** \dis 'po zəl\ *n* (1630) 1 the power or authority to dispose of ⟨the car was at my ~⟩ 2 the act or process of disposing as a orderly placement or distribution b REGULATION ADMINISTRATION c the act or action of presenting or bestowing something ⟨~ of favors⟩ d systematic destruction *esp* destruction or transformation of garbage 3 [*garbage disposal unit*] a device used to reduce waste matter (as by grinding)

**¹dis·pose** \dis 'poz\ *vb* **dis·posed, dis·pos ing** [ME *disposen* fr MF *disposer* fr L *disponere* to arrange (perf indic *disposui*) fr *dis* + *ponere* to put — more at POSITION] *vt* (14c) 1 to give a tendency to INCLINE ⟨faulty diet ~s one to sickness⟩ 2 a to put in place set in readiness ARRANGE ⟨*disposing* troops for withdrawal⟩ b *obs* REGULATE c BESTOW ~ *vi* 1 to settle a matter finally 2 *obs* to come to terms *syn* see INCLINE — **dis pos·er** *n* — **dispose of** 1 to place distribute or arrange esp in an orderly way 2 a to transfer to the control of another ⟨*disposing of* personal property to a total stranger⟩ b (1) to get rid of ⟨waste that is hard to *dispose of*⟩ (2) to deal with conclusively ⟨*disposed of* the matter efficiently⟩

**²dispose** *n* (1590) 1 *obs* DISPOSAL 2 *obs* a DISPOSITION b DEMEANOR

**dis·po si·tion** \,dis pə 'zish ən\ *n* [ME fr MF fr L *disposition dispositio* fr *dispositus* pp of *disponere*] (14c) 1 the act or the power of disposing or the state of being disposed as a ADMINISTRATION CONTROL b final arrangement SETTLEMENT ⟨the ~ of the case⟩ c (1) transfer to the care or possession of another (2) the power of such transferal d orderly arrangement 2 a prevailing tendency mood or inclination b temperamental makeup c the tendency of something to act in a certain manner under given circumstances — **dis·po si·tion·al** \ 'zish nəl 'zish ən ᵊl\ *adj*

*syn* DISPOSITION TEMPERAMENT TEMPER CHARACTER PERSONALITY mean the dominant quality or qualities distinguishing a person or group DISPOSITION implies customary moods and attitude toward the life around one TEMPERAMENT implies a pattern of innate characteristics associated with one s specific physical and nervous organization TEMPER implies the qualities acquired through experience that determine how a person or group meets difficulties or handles situations CHARACTER applies to the aggregate of moral qualities by which a person is judged apart from his intelligence competence or special talents PERSONALITY applies to an aggregate of qualities that distinguish one as a person

**dis pos·i·tive** \dis 'paz ət iv\ *adj* (1613) directed toward or effecting disposition (as of a case) ⟨~ evidence⟩

**dis·pos·sess** \,dis pə 'zes *also* 'ses\ *vt* [MF *despossesser* fr *des* dis + *possesser* to possess] (1555) to put out of possession or occupancy ⟨~*ed* the nobles of their wealth⟩ — **dis·pos·ses·sion** \ 'zesh ən *also* 'sesh \ *n* — **dis·pos·ses·sor** \ 'zes ər *also* 'ses \ *n*

**dis pos·sessed** *adj* (15c) deprived of homes possessions and security

**dis po sure** \dis 'po zhər\ *n archaic* (1569) DISPOSAL DISPOSITION

**¹dis·praise** \(')dis 'praz\ *vt* [ME *dispraisen* fr MF *despreisier* fr OF fr *des* dis + *preisier* to praise] (14c) to comment on with disapproval or censure — **dis·prais·er** *n* — **dis·prais·ing·ly** \ 'pra ziŋ le\ *adv*

**²dispraise** *n* (15c) an expression of disapproval DISPARAGEMENT

**dispread** \dis 'pred\ *vt* (1590) to spread abroad or out

**dis·prize** \(')dis 'priz\ *vt* [MF *despriser* fr OF *despreisier*] *archaic* (15c) UNDERVALUE SCORN

**dis proof** \(')dis 'pruf\ *n* (15c) 1 the action of disproving 2 evidence that disproves

**¹dis·pro·por·tion** \,dis prə 'por shən 'por \ *n* (1555) lack of proportion symmetry or proper relation DISPARITY *also* an instance of such disparity — **dis·pro·por·tion·al** \ shnəl shən ᵊl\ *adj*

**²disproportion** *vt* (1593) to make out of proportion MISMATCH

**dis·pro·por·tion·ate** \ sh(ə )nət\ *adj* (1555) being out of proportion ⟨a ~ share⟩ — **dis·pro·por·tion·ate ly** *adv*

**dis·pro·por·tion ation** \ ,por shə 'na shən ,por \ *n* (ca 1929) the transformation of a substance into two or more dissimilar substances usu by simultaneous oxidation and reduction — **dis·pro·por·tion ate** \ 'por shə ,nat 'por \ *vi*

\ə\ abut \ᵊ\ kitten F table \ər\ further \a\ ash \a\ ace \a\ cot cart \au\ out \ch\ chin \e\ bet \e\ easy \g\ go \i\ hit \i\ ice \j\ job \ŋ\ sing \o\ go \o\ law \oi\ boy \th\ thin \th\ the \u\ loot \u\ foot \y\ yet \zh\ vision \a k ⁿ œ œ̄ ue ue̅ ʸ\ *see* Guide to Pronunciation

**electrician • electronics** 401

**elec·tri·cian** \i-,lek-'trish-ən\ *n* (1751) **1** : a specialist in electricity **2** : one who installs, maintains, operates, or repairs electrical equipment

**elec·tric·i·ty** \i-,lek-'tris-ət-ē, -'tris-tē\ *n, pl* **-ties** (1646) **1 a** : a fundamental entity of nature consisting of negative and positive kinds composed respectively of electrons and protons or possibly of electrons and positrons observable in the attractions and repulsions of bodies electrified by friction and in natural phenomena (as lightning or the aurora borealis) and usu. utilized in the form of electric currents **b** : electric current or power **2** : a science that deals with the phenomena and laws of electricity **3** : keen contagious excitement

**electric organ** *n* (1773) : a specialized tract of tissue (as in the electric eel) in which electricity is generated

**electric ray** *n* (1774) : any of various round-bodied short-tailed rays (family Torpedinidae) of warm seas with a pair of electric organs

**elec·tri·fi·ca·tion** \i-,lek-trə-fə-'kā-shən\ *n* (1748) **1** : an act or process of electrifying **2** : the state of being electrified

**elec·tri·fy** \i-'lek-trə-,fī\ *vt* **-fied; -fy·ing** (1745) **1 a** : to charge with electricity **b** (1) : to equip for use of electric power (2) : to supply with electric power (3) : to amplify (music) electronically **2** : to excite intensely or suddenly as if by electric shock

**elec·tro·acous·tics** \i-,lek-trō-ə-'kü-stiks\ *n pl but sing in constr* (1927) : a science that deals with the transformation of acoustic energy into electric energy or vice versa — **elec·tro·acous·tic** \-tik\ *adj* — **elec·tro·acous·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**elec·tro·anal·y·sis** \-ə-'nal-ə-səs\ *n* (1903) : chemical analysis by electrolytic methods — **elec·tro·an·a·lyt·ic** \-,an-ᵊl-'it-ik\ *or* **elec·tro·an·a·lyt·i·cal** \-'it-i kəl\ *adj*

**elec·tro·car·dio·gram** \-'kärd-ē ə-,gram\ *n* (ca. 1904) : the tracing made by an electrocardiograph

**elec·tro·car·dio·graph** \-,graf\ *n* (1913) : an instrument for recording the changes of electrical potential occurring during the heartbeat used esp. in diagnosing abnormalities of heart action — **elec·tro·car·dio·graph·ic** \-,kärd-ē ə-'graf-ik\ *adj* — **elec·tro·car·dio·graph·i·cal·ly** \-i-k(ə-)lē\ *adv* — **elec·tro·car·di·og·ra·phy** \-ē-'äg-rə-fē\ *n*

**elec·tro·chem·is·try** \-'kem-ə-strē\ *n* (1814) : a science that deals with the relation of electricity to chemical changes and with the interconversion of chemical and electrical energy — **elec·tro·chem·i·cal** \-'kem-i-kəl\ *adj* — **elec·tro·chem·i·cal·ly** \-i-k(ə-)lē\ *adv*

**elec·tro·con·vul·sive** \i-,lek-trō-kən-'vəl-siv\ *adj* (1947) : of, relating to, or involving convulsive response to electroshock ⟨impaired learning ability in rats due to ~ shocks⟩

**electroconvulsive therapy** *n* (1948) : ELECTROSHOCK THERAPY

**elec·tro·cor·ti·co·gram** \i-,lek-trō-'kort-i-kə-,gram\ *n* (1939) : an electroencephalogram made with the electrodes in direct contact with the brain

**elec·tro·cute** \i-'lek-trə-,kyüt\ *vt* **-cut·ed; -cut·ing** [*electr-* + *-cute* (as in *execute*)] (1889) **1** : to execute (a criminal) by electricity **2** : to kill by electric shock — **elec·tro·cu·tion** \-,lek-trə-'kyü-shən\ *n*

**elec·trode** \i-'lek-,trōd\ *n* (1834) **1** : a conductor used to establish electrical contact with a nonmetallic part of a circuit **2** : a semiconductor device element that emits or collects electrons or holes or that controls their movements

**¹elec·tro·de·pos·it** \i-,lek-trō-di-'päz-ət\ *n* (1864) : a deposit formed in or at an electrode by electrolysis

**²electrodeposit** *vt* (1882) : to deposit (as a metal or rubber) by electrolysis — **elec·tro·de·po·si·tion** \-,dep-ə-'zish-ən, -,dē-pə-\ *n*

**elec·tro·der·mal** \i-,lek-trō-'dər-məl\ *adj* (1946) : of or relating to electrical activity in or electrical properties of the skin

**elec·tro·di·al·y·sis** \i-,lek-trō-dī-'al-ə-səs\ *n* (1921) : dialysis accelerated by an electromotive force applied to electrodes adjacent to the membranes — **elec·tro·di·a·lyt·ic** \-,dī-ə-'lit-ik\ *adj*

**elec·tro·dy·nam·ics** \-dī-'nam-iks\ *n pl but sing in constr* (1827) : a branch of physics that deals with the effects arising from the interactions of electric currents with magnets, with other currents, or with themselves — **elec·tro·dy·nam·ic** \-ik\ *adj*

**elec·tro·dy·na·mom·e·ter** \-,dī-nə-'mäm-ət-ər\ *n* [ISV] (1876) : an instrument that measures current by indicating the strength of the forces between a current flowing in fixed coils and one flowing in movable coils

**elec·tro·en·ceph·a·lo·gram** \i-n-'sef-ə-lə-,gram\ *n* [ISV] (1934) : the tracing of brain waves made by an electroencephalograph

**elec·tro·en·ceph·a·lo·graph** \-,graf\ *n* [ISV] (1936) : an apparatus for detecting and recording brain waves — **elec·tro·en·ceph·a·log·ra·pher** \-,sef-ə-'läg-rə-fər\ *n* — **elec·tro·en·ceph·a·lo·graph·ic** \-,sef-ə-lə-'graf-ik\ *adj* — **elec·tro·en·ceph·a·lo·graph·i·cal·ly** \-i-k(ə-)lē\ *adv* — **elec·tro·en·ceph·a·log·ra·phy** \-'läg-rə-fē\ *n*

**elec·tro·fish·ing** \i-'lek-trō-,fish-iŋ\ *n* (1950) : the taking of fish by a system based on their tendency to respond positively to a source of direct electric current

**elec·tro·form** \i-'lek-trə-,form\ *vt* (1931) : to form (shaped articles) by electrodeposition on a mold — **electroform** *n*

**elec·tro·gen·e·sis** \i-,lek-trə-'jen-ə-səs\ *n* (ca. 1890) : the production of electrical activity esp. in living tissue

**elec·tro·gen·ic** \-'jen-ik\ *adj* (ca. 1891) : of or relating to the production of electrical activity in living tissue ⟨an ~ pump causing movement of sodium ions across a membrane⟩

**elec·tro·gram** \i-'lek-trə-,gram\ *n* (ca. 1935) : a tracing of the electrical potentials of a tissue (as the brain or heart) made by means of electrodes placed directly in the tissue instead of on the surface of the body

**elec·tro·hy·drau·lic** \i-,lek-trō-hī-'drō-lik\ *adj* (1922) **1** : of or relating to a combination of electric and hydraulic mechanisms **2** : involving or produced by the action of very brief but powerful pulse discharges of electricity under a liquid resulting in the generation of shock waves and highly reactive chemical species ⟨an ~ effect⟩ — **elec·tro·hy·drau·li·cal·ly** \-li-k(ə-)lē\ *adv*

**elec·tro·jet** \i-'lek-trə-,jet\ *n* (1955) : an overhead concentration of electric current found in the regions of strong auroral displays and along the aclinic line

**elec·tro·ki·net·ic** \i-,lek-trō-kə-'net-ik, -kī-\ *adj* (1881) : of or relating to the motion of particles or liquids that results from or produces a difference of electric potential

**elec·tro·ki·net·ics** \-iks\ *n pl but sing in constr* (ca. 1925) : a branch of physics that deals with the motion of electric currents or charged particles

**elec·tro·less** \i-'lek-,trō-ləs, -trə-\ *adj* (1947) : being or involving chemical deposition of metal instead of electrodeposition

**elec·trol·o·gist** \i-,lek-'träl-ə-jəst\ *n* [blend of *electrolysis* and *-logist* (fr. *-logy* + *-ist*)] (ca. 1902) : one that removes hair, warts, moles, and birthmarks by means of an electric current applied to the body with a needle-shaped electrode — **elec·trol·o·gy** \-ə-jē\ *n*

**elec·tro·lu·mi·nes·cence** \i-,lek-trō-,lü-mə-'nes-ᵊn(t)s\ *n* (ca. 1902) : luminescence resulting from a high-frequency discharge through a gas or from application of an alternating current to a layer of phosphor — **elec·tro·lu·mi·nes·cent** \-ᵊnt\ *adj*

**elec·trol·y·sis** \i-,lek-'träl-ə-səs\ *n* (1834) **1 a** : the producing of chemical changes by passage of an electric current through an electrolyte **b** : subjection to this action **2** : the destruction of hair roots with an electric current

**elec·tro·lyte** \i-'lek-trə-,līt\ *n* (1834) **1** : a nonmetallic electric conductor in which current is carried by the movement of ions **2** : a substance that when dissolved in a suitable solvent or when fused becomes an ionic conductor

**elec·tro·lyt·ic** \i-,lek-trə-'lit-ik\ *adj* (1842) : of or relating to electrolysis or an electrolyte; *also* : involving or produced by electrolysis — **elec·tro·lyt·i·cal·ly** \-i-k(ə-)lē\ *adv*

**elec·tro·lyze** \i-'lek-trə-,līz\ *vt* **-lyzed; -lyz·ing** (1834) : to subject to electrolysis

**elec·tro·mag·net** \i-,lek-trō-'mag-nət\ *n* (1831) : a core of magnetic material surrounded by a coil of wire through which an electric current is passed to magnetize the core

**elec·tro·mag·net·ic** \-mag-'net-ik\ *adj* (1821) : of, relating to, or produced by electromagnetism — **elec·tro·mag·net·i·cal·ly** \-i-k(ə-)lē\ *adv*

**electromagnetic pulse** *n* (1981) : high-intensity electromagnetic radiation generated by a nuclear blast high above the earth's surface and held to disrupt electronic and electrical systems

**electromagnetic radiation** *n* (1939) : a series of electromagnetic waves

**electromagnetic spectrum** *n* (ca. 1934) : the entire range of wavelengths or frequencies of electromagnetic radiation extending from gamma rays to the longest radio waves and including visible light

**electromagnetic unit** *n* (ca. 1911) : any of a system of electrical units based primarily on the magnetic properties of electrical currents

**electromagnetic wave** *n* (1905) : one of the waves that are propagated by simultaneous periodic variations of electric and magnetic field intensity and that include radio waves, infrared, visible light, ultraviolet, X rays, and gamma rays

**elec·tro·mag·ne·tism** \i-,lek-trō-'mag-nə-,tiz-əm\ *n* (1828) **1** : magnetism developed by a current of electricity **2** : a branch of physical science that deals with the physical relations between electricity and magnetism

**elec·tro·me·chan·i·cal** \-mə-'kan-i-kəl\ *adj* (1888) : of, relating to, or being a mechanical process or device actuated or controlled electrically; *specif* : being a transducer for converting mechanical energy to electrical energy or vice versa — **elec·tro·me·chan·i·cal·ly** \-k(ə-)lē\ *adv*

**elec·tro·met·al·lur·gy** \-'met-ᵊl-,ər-jē, *esp Brit* -mə-'tal-ər-\ *n* (1840) : a branch of metallurgy that deals with the application of electric current either for electrolytic deposition or as a source of heat

**elec·trom·e·ter** \i-,lek-'träm-ət-ər\ *n* (1749) : any of various instruments for detecting or measuring electric-potential differences or ionizing radiations by means of the forces of attraction or repulsion between charged bodies

**elec·tro·mo·tive force** \i-,lek-trō-,mōt-iv-, -trə-\ *n* (1827) : something that moves or tends to move electricity : the amount of energy derived from an electrical source per unit quantity of electricity passing through the source (as a cell or generator)

**elec·tro·myo·gram** \i-,lek-trō-'mī-ə-,gram\ *n* (1917) : a tracing made with an electromyograph

**elec·tro·myo·graph** \-,graf\ *n* [*electr-* + *my-* + *-graph*] (1948) : an instrument that converts the electrical activity associated with functioning skeletal muscle into a visual record or into sound and has been used to diagnose neuromuscular disorders and in biofeedback training — **elec·tro·myo·graph·ic** \-,mī-ə-'graf-ik\ *adj* — **elec·tro·myo·graph·i·cal·ly** \-i-k(ə-)lē\ *adv* — **elec·tro·my·og·ra·phy** \-mī-'äg-rə-fē\ *n*

**elec·tron** \i-'lek-,trän\ *n* [*electr-* + *²-on*] (1891) : an elementary particle consisting of a charge of negative electricity equal to about 1.602 × $10^{-19}$ coulomb and having a mass when at rest of about 9.109534 × $10^{-28}$ gram or about $^{1}/_{1836}$ that of a proton

**elec·tro·neg·a·tive** \i-,lek-trō-'neg-ət-iv\ *adj* (1810) **1** : charged with negative electricity **2** : capable of acting as the negative electrode of a voltaic cell **3** : having a tendency to attract electrons — **elec·tro·neg·a·tiv·i·ty** \-,neg-ə-'tiv-ət-ē\ *n*

**electron gas** *n* (ca. 1929) : a population of free electrons in a vacuum or in a metallic conductor

**electron gun** *n* (1930) : the electron-emitting cathode and its surrounding assembly in a cathode-ray tube for directing, controlling, and focusing the stream of electrons to a spot of desired size

**elec·tron·ic** \i-,lek-'trän-ik\ *adj* (1902) **1** : of or relating to electrons **2** : of, relating to, or utilizing devices constructed or working by the methods or principles of electronics **3 a** : generating musical tones by electronic means ⟨an ~ organ⟩ **b** : of, relating to, or being music that consists of sounds electronically generated or modified **4** : of or relating to a medium (as television) transmitted electronically ⟨~ journalism⟩ — **elec·tron·i·cal·ly** \-i-k(ə-)lē\ *adv*

**electronic mail** *n* (1979) : messages sent and received electronically (as between terminals linked by telephone lines or microwave relays)

**elec·tron·ics** \i-,lek-'trän-iks\ *n pl* (1910) **1** *sing in constr* : a branch of physics that deals with the emission, behavior, and effects of electrons (as in electron tubes and transistors) and with electronic devices **2** : electronic devices or equipment

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

**em·bez·zle** \im-'bez-əl\ *vt* **em·bez·zled; em·bez·zling** \-(ə-)liŋ\ [ME *embesilen*, fr AF *embeseiller*, fr MF *en-* + *besillier* to destroy] (15c) : to appropriate (as property entrusted to one's care) fraudulently to one's own use — **em·bez·zle·ment** \-əl-mənt\ *n* — **em·bez·zler** \-(ə-)lər\ *n*

**em·bit·ter** \im-'bit-ər\ *vt* (1603) **1** : to make bitter **2** : to excite bitter feelings in — **em·bit·ter·ment** \-mənt\ *n*

**¹em·blaze** \im-'blāz\ *vt* **em·blazed; em·blaz·ing** [*en-* + *blaze* (to blazon)] (1593) **1** *archaic* : EMBLAZON 1 **2** : to adorn sumptuously ⟨with gems and golden luster rich *emblazed* —John Milton⟩

**²emblaze** *vt* **em·blazed; em·blaz·ing** (1634) **1** : to illuminate esp by a blaze **2** : to set ablaze

**em·bla·zon** \im-'blāz-ᵊn\ *vt* **em·bla·zoned; em·bla·zon·ing** \-'blāz-niŋ, -ᵊn-iŋ\ (1592) **1** **a** : to inscribe or adorn with or as if with heraldic bearings or devices **b** : to inscribe (as heraldic bearings) on a surface **2** : CELEBRATE, EXTOL ⟨have his deeds ~*ed* by a poet —Thomas Nash⟩ — **em·bla·zon·er** \-'blāz-nər, -ᵊn-ər\ *n* — **em·bla·zon·ment** \-'blāz-ᵊn-mənt\ *n*

**em·bla·zon·ry** \-ᵊn-rē\ *n* (1667) **1** : the act or art of emblazoning **2** : emblazoned figures : brilliant decoration

**¹em·blem** \'em-bləm\ *n* [ME, fr L *emblema* inlaid work, fr Gk *emblēmat-, emblēma*, fr *emballein* to insert, fr *en-* + *ballein* to throw — more at DEVIL] (15c) **1** : a picture with a motto or set of verses intended as a moral lesson **2** : an object or the figure of an object symbolizing and suggesting another object or an idea **3** **a** : a symbolic object used as a heraldic device **b** : a device, symbol, or figure adopted and used as an identifying mark

**²emblem** *vt* (1584) : EMBLEMATIZE

**em·blem·at·ic** \,em-blə-'mat-ik\ *also* **em·blem·at·i·cal** \-i-kəl\ *adj* (1645) : of, relating to, or constituting an emblem : SYMBOLIC — **em·blem·at·i·cal·ly** \-i-k(ə-)lē\ *adv*

**em·blem·a·tize** \em-'blem-ə-,tīz\ *vt* **-tized; -tiz·ing** (1615) : to represent by or as if by an emblem : SYMBOLIZE

**em·ble·ments** \'em-blə-mən(t)s\ *n pl* [ME *emblayment*, fr MF *emblaement*, fr *emblaer* to sow with grain, fr *en-* + *blee* grain] (15c) : crops from annual cultivation legally belonging to the tenant

**em·bodi·ment** \im-'bäd-i-mənt\ *n* (1828) **1** : one that embodies something ⟨the ~ of all our hopes⟩ **2** : the act of embodying : the state of being embodied

**em·body** \im-'bäd-ē\ *vt* **em·bod·ied; em·body·ing** (1548) **1** : to give a body to (a spirit) : INCARNATE **2** **a** : to deprive of spirituality **b** : to make concrete and perceptible **3** : to cause to become a body or part of a body : INCORPORATE **4** : to represent in human or animal form : PERSONIFY ⟨men who greatly *embodied* the idealism of American life —A. M. Schlesinger b1917⟩ — **em·bodi·er** *n*

**embol-** *or* **emboli-** *or* **embolo-** *comb form* [NL, fr *embolus*] : embolus ⟨*embolectomy*⟩

**em·bold·en** \im-'bōl-dən\ *vt* (15c) : to instill with boldness or courage

**em·bo·lec·to·my** \,em-bə-'lek-tə-mē\ *n, pl* **-mies** (1923) : surgical removal of an embolus

**em·bol·ic** \em-'bäl-ik, im-\ *adj* (ca 1864) : of or relating to an embolus or embolism

**em·bo·lism** \'em-bə-,liz-əm\ *n* [ME *embolisme*, fr ML *embolismus*, fr Gk *embol-* (fr *emballein* to insert, intercalate) — more at EMBLEM] (14c) **1** : the insertion of one or more days in a calendar : INTERCALATION **2** **a** : the sudden obstruction of a blood vessel by an embolus **b** : EMBOLUS — **em·bo·lis·mic** \,em-bə-'liz-mik\ *adj*

**em·bo·li·za·tion** \,em-bə-lə-'zā-shən\ *n* (1942) : the process or state in which a blood vessel or organ is obstructed by the lodgment of a material mass (as an embolus)

**em·bo·lus** \'em-bə-ləs\ *n, pl* **-li** \-,lī\ [NL, fr Gk *embolos* wedge-shaped object, stopper, fr *emballein*] (1859) : an abnormal particle (as an air bubble) circulating in the blood — compare THROMBUS

**em·bon·point** \äⁿ-bōⁿ-pwaⁿ\ *n* [F, fr MF, fr *en bon point* in good condition] (1670) : plumpness of person : STOUTNESS

**em·bo·som** \im-'buz-əm *also* -'büz-\ *vt* (1590) **1** *archaic* : to take into or place in the bosom **2** : to shelter closely : ENCLOSE ⟨his house ~*ed* in the grove —Alexander Pope⟩

**¹em·boss** \im-'bäs, -'bòs\ *vt* [ME *embosen* fr MF *embocer*, fr *en-* + *boce* boss] (15c) **1** : to raise the surface of into bosses, *esp* : to ornament with raised work **2** : to raise in relief from a surface **3** : ADORN, EMBELLISH — **em·boss·able** \-ə-bəl\ *adj* — **em·boss·er** \-ər\ *n* — **em·boss·ment** \-mənt\ *n*

**²emboss** *vt* [ME *embosen* to become exhausted fr being hunted, deriv of MF *bois* woods] *obs* (1590) : to drive (as a hunted animal) to bay

**em·bou·chure** \,äm-bu-'shu(ə)r\ *n* [F, fr (*s'*)*emboucher* to flow into, fr *en-* + *bouche* mouth — more at DEBOUCH] (1760) **1** : the position and use of the lips, tongue, and teeth in playing a wind instrument **2** : the mouthpiece of a musical instrument

**em·bowed** \im-'bōd\ *adj* (15c) : bent like a bow as **a** : ARCHED, VAULTED ⟨an ~ ceiling⟩ **b** : curved outward to form a projecting recess

**em·bow·el** \im-'bau(-ə)l\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** (1521) **1** : DISEMBOWEL **2** *obs* : ENCLOSE

**em·bow·er** \im-'bau(-ə)r\ *vt* (1580) : to shelter or enclose in or as if in a bower ⟨like a rose ~*ed* in its own green leaves —P. B. Shelley⟩

**¹em·brace** \im-'brās\ *vb* **em·braced; em·brac·ing** [ME *embracen*, fr MF *embracer*, fr OF *embracier*, fr *en-* + *brace* two arms — more at BRACE] *vt* (14c) **1** **a** : to clasp in the arms : HUG **b** : CHERISH, LOVE **2** : ENCIRCLE, ENCLOSE **3** **a** : to take up esp. readily or gladly ⟨~ a cause⟩ **b** : to avail oneself of : WELCOME ⟨*embraced* the opportunity to study further⟩ **4** **a** : to take in or include as a part, item, or element of a more inclusive whole ⟨charity ~*s* all acts that contribute to human welfare⟩ **b** : to be equal or equivalent to ⟨his assets *embraced* $10⟩ ~ *vi* : to participate in an embrace **syn** see ADOPT, INCLUDE — **em·brace·able** \-'brā-sə-bəl\ *adj* — **em·brace·ment** \-'brā-smənt\ *n* — **em·brac·er** *n* — **em·brac·ing·ly** \-'brā-siŋ-lē\ *adv*

**²embrace** *n* (1592) **1** : a close encircling with the arms and pressure to the bosom esp. as a sign of affection : HUG **2** : GRIP, ENCIRCLEMENT ⟨in the ~ of terror⟩ **3** : ACCEPTANCE ⟨her ~ of new ideas⟩

**em·bra·ceor** \im-'brā-sər\ *n* [AF, fr MF *embraseor* instigator, fr *embraser* to set on fire, fr *en-* + *brase, brese* live coals] (15c) : one guilty of embracery

**em·brac·ery** \im-'brās-(ə-)rē\ *n, pl* **-er·ies** [ME, fr AF *embraceor*] (15c) : an attempt to influence a jury corruptly (as by bribes or threats)

**em·brac·ive** \-'brā-siv\ *adj* (1855) **1** : disposed to embrace **2** : INCLUSIVE, COMPREHENSIVE

**em·branch·ment** \im-'branch-mənt\ *n* [F *embranchement*, fr (*s'*)*embrancher* to branch out, fr *en-* + *branche* branch] (1830) **1** : a branching off or out (as of a valley) **2** : BRANCH

**em·bran·gle** \im-'braŋ-gəl\ *vt* **-gled; -gling** \-g(ə-)liŋ\ [*en-* + *brangle* (squabble)] (1664) : EMBROIL — **em·bran·gle·ment** \-gəl-mənt\ *n*

**em·bra·sure** \im-'brā-zhər\ *n* [F, fr obs *embraser* to widen an opening] (1702) **1** : a recess of a door or window **2** : an opening with sides flaring outward in a wall or parapet of a fortification usu. for allowing the firing of cannon

*E* embrasure 1

**em·brit·tle** \im-'brit-ᵊl\ *vb* **-brit·tled; -brit·tling** \-'brit-liŋ, -ᵊl-iŋ\ *vt* (1902) : to make brittle ~ *vi* : to become brittle — **em·brit·tle·ment** \-'brit-ᵊl-mənt\ *n*

**em·bro·ca·tion** \,em-brə-'kā-shən\ *n* [LL *embrocatus*, pp of *embrocare* to rub with lotion, fr Gk *embrochē* lotion, fr deriv of *en* + *brechein* to wet] (ca 1610) : LINIMENT

**embroglio** *var of* IMBROGLIO

**em·broi·der** \im-'brȯid-ər\ *vb* **em·broi·dered; em·broi·der·ing** \-(ə-)riŋ\ [ME *embroderen* fr MF *embroder*, fr *en* + *broder* to embroider of Gmc origin, akin to OE *brord* point — more at BRISTLE] *vt* (14c) **1** **a** : to ornament with needlework **b** : to form with needlework **2** : to elaborate on : EMBELLISH ~ *vi* **1** : to make embroidery **2** : to provide embellishments : ELABORATE — **em·broi·der·er** \-'brȯid-ər-ər\ *n*

**em·broi·dery** \im-'brȯid-(ə-)rē\ *n, pl* **-der·ies** (14c) **1** **a** : the art or process of forming decorative designs with hand or machine needlework **b** : a design or decoration so formed **c** : an object decorated with embroidery **2** : elaboration by use of decorative and often fictitious detail **3** : something pleasing or desirable but unimportant ⟨considered the humanities mere educational ~⟩

**em·broil** \im-'brȯi(ə)l\ *vt* [F *embrouiller* fr MF, fr *en-* + *brouiller* to broil] (1603) **1** : to throw into disorder or confusion **2** : to involve in conflict or difficulties — **em·broil·ment** \-mənt\ *n*

**em·brown** \im-'braun\ *vt* (1667) **1** : DARKEN **2** : to cause to turn brown

**embrue** *var of* IMBRUE

**embry-** *or* **embryo-** *comb form* [LL, fr Gk, fr *embryon*] : embryo ⟨*embryogeny*⟩

**em·bryo** \'em-brē-,ō\ *n, pl* **em·bry·os** [ML *embryon*, *embryo* fr Gk *embryon* fr *en-* + *bryein* to swell, akin to Gk *bryon* moss] (1548) **1** *archaic* : a vertebrate at any stage of development prior to birth or hatching **b** : an animal in the early stages of growth and differentiation that are characterized by cleavage, the laying down of fundamental tissues, and the formation of primitive organs and organ systems, *esp* : the developing human individual from the time of implantation to the end of the eighth week after conception **2** : the young sporophyte of a seed plant usu. comprising a rudimentary plant with plumule, radicle, and cotyledons **3** **a** : something as yet undeveloped **b** : a beginning or undeveloped state of something ⟨productions seen in ~ during their out-of-town tryout period —Henry Hewes⟩

**em·bryo·gen·e·sis** \,em-brē-ō-'jen-ə-səs\ *n* (1830) : the formation and development of the embryo — **em·bryo·ge·net·ic** \-jə-'net-ik\ *adj*

**em·bry·og·e·ny** \,em-brē-'äj-ə-nē\ *n, pl* **-nies** (1835) : EMBRYOGENESIS — **em·bryo·gen·ic** \-brē-ō-'jen-ik\ *adj*

**em·bry·oid** \'em-brē-,ȯid\ *n* (ca 1927) : a mass of plant or animal tissue that resembles an embryo — **embryoid** *adj*

**em·bry·ol·o·gy** \,em-brē-'äl-ə-jē\ *n* [F *embryologie*] (ca 1847) **1** : a branch of biology dealing with embryos and their development **2** : the features and phenomena exhibited in the formation and development of an embryo — **em·bry·o·log·i·cal** \-brē-ə-'läj-i-kəl\ *adj* — **em·bry·o·log·i·cal·ly** \-i-k(ə-)lē\ *adv* — **em·bry·ol·o·gist** \-brē-'äl-ə-jəst\ *n*

**embryon-** *or* **embryoni-** *comb form* [ML *embryon-*, *embryo*] : embryo ⟨*embryonic*⟩

**em·bry·o·nal** \em-'brī-ən-ᵊl\ *adj* (1652) : EMBRYONIC 1

**em·bry·o·nat·ed** \'em-brē-ə-,nāt-əd\ *adj* (1697) : having an embryo

**em·bry·on·ic** \,em-brē-'än-ik\ *adj* (ca 1847) **1** : of or relating to an embryo **2** : being in an early stage of development : INCIPIENT, RUDIMENTARY — **em·bry·on·i·cal·ly** \-i-k(ə-)lē\ *adv*

**embryonic disk** *n* (ca 1938) **1** **a** : BLASTODISC **b** : BLASTODERM **2** : the part of the inner cell mass of a blastocyst from which the embryo of a placental mammal develops — called also *embryonic shield*

**embryonic membrane** *n* (1947) : a structure (as the amnion) that derives from the fertilized ovum but does not form a part of the embryo

**em·bryo·phyte** \'em-brē-ə-,fīt\ *n* (ca 1909) : a plant (as a fern) producing an embryo and developing vascular tissues

**embryo sac** *n* (1872) : the female gametophyte of a seed plant consisting of a thin-walled sac within the nucellus that contains the egg nucleus and others which give rise to endosperm on fertilization

**em·bry·ot·ic** \,em brē-'ät-ik\ *adj* [*embryo* + *-tic* (as in *patriotic*)] (1761) : EMBRYONIC 2

**¹em·cee** \'em 'sē\ *n* [*M C*] (1933) : MASTER OF CEREMONIES

**²emcee** *vb* **em·ceed; em·cee·ing** *vt* (1937) : to act as master of ceremonies of ~ *vi* : to act as master of ceremonies

**Em·den** *var of* EMBDEN

**-eme** \,ēm\ *n suffix* [F *-ème* (fr *phonème* speech sound, phoneme)] : significantly distinctive unit of language structure ⟨*taxeme*⟩

**emend** \ē-'mend\ *vt* [ME *emenden* fr L *emendare* — more at AMEND] (15c) : to correct usu. by textual alterations **syn** see CORRECT — **emend·able** \-'men-də-bəl\ *adj* — **emend·er** *n*

**emen·da·tion** \,ē-,men-'dā-shən, ,em-ən-, -,en-\ *n* (1536) **1** : the act or practice of emending **2** : an alteration designed to correct or improve

**¹em·er·ald** \'em-(ə-)rəld\ *n* [ME *emeralde* fr MF *esmeralde*, fr (assumed) VL *smaralda* fr L *smaragdus* fr Gk *smaragdos*] (14c) **1** : a rich green variety of beryl prized as a gemstone **2** : any of various green gemstones (as synthetic corundum or demantoid)

**²emerald** *adj* (1572) : brightly or richly green

emerald green • empennage 407

**emerald green** *n* (1646) **1** a clear bright green resembling that of the emerald **2** any of various strong greens

**emerge** \i ˈmərj\ *vi* **emerged**; **emerg·ing** [L *emergere* fr *e-* + *mergere* to plunge — more at MERGE] (1563) **1** to become manifest **2** to rise from or as if from an enveloping fluid : come out into view **3** to rise from an obscure or inferior condition **4** to come into being through evolution

**emer·gence** \i ˈmər-jən(t)s\ *n* (1704) **1** the act or an instance of emerging **2** any of various superficial outgrowths of plant tissue usu. formed from both epidermis and immediately underlying tissues

**emer·gen·cy** \i ˈmər-jən-sē\ *n, pl* **-cies** *often attrib* (1631) **1** an unforeseen combination of circumstances or the resulting state that calls for immediate action **2** an urgent need for assistance or relief ‹the governor declared a state of ~ after the flood› *syn* see JUNCTURE

**¹emer·gent** \i ˈmər-jənt\ *adj* [ME, fr. L *emergent-, emergens*, prp. of *emergere*] (1593) **1 a** : arising unexpectedly **b** : calling for prompt action : URGENT **2** : rising out of or as if out of a fluid **3** : arising as a natural or logical consequence **4** : newly formed or prominent ‹the ~ nations of Africa›

**²emergent** *n* (1620) **1** : something emergent **2 a** : a tree that rises above the surrounding forest **b** : a plant rooted in shallow water and having most of the vegetative growth above water

**emergent evolution** *n* (1915) : evolution which according to some biological and philosophical theories involves the appearance of new characters and qualities (as life and consciousness) at more complex levels of organization (as the cell or organism) which cannot be predicted solely from the study of less complex levels (as the atom or molecule) — compare CREATIVE EVOLUTION

**emerg·ing** *adj* (1946) : EMERGENT 4

**emer·i·ta** \i ˈmer-ə-tə\ *adj* [L, fem. of *emeritus*] (1928) : EMERITUS — used of a woman ‹Professor *Emerita* Mary Smith›

**¹emer·i·tus** \i ˈmer-ə-təs\ *n, pl* **-i·ti** \-ə-ˌtī, -tē\ (1750) : one retired from professional life but permitted to hold the rank of his last office as an honorary title

**²emeritus** *adj* [L, pp. of *emereri* to serve out one's term, fr. *e-* + *mereri*, *merere* to earn, deserve, serve — more at MERIT] (1794) **1** : holding after retirement an honorary title corresponding to that held last during active service **2** : retired from an office or position ‹professor ~› — converted to *emeriti* after a plural substantive ‹professors *emeriti*›

**emersed** \(ˈ)ē-ˈmərst\ *adj* (1686) : standing out of or rising above a surface (as of a fluid) ‹~ aquatic weeds›

**emer·sion** \(ˈ)ē-ˈmər-zhən, -shən\ *n* [L *emersus*, pp. of *emergere*] (1633) : an act of emerging : EMERGENCE

**em·ery** \ˈem-(ə-)rē\ *n, pl* **em·er·ies** *often attrib* [ME, fr. MF *emeri*, fr. OIt *smeriglio*, fr. ML *smiriglum*, fr. Gk *smyrid-, smyris*] (15c) : a dark granular mineral that consists essentially of corundum and is used for grinding and polishing; *also* : a hard abrasive powder

**emery board** *n* (1725) : a nail file made of cardboard covered with powdered emery

**em·e·sis** \ˈem-ə-səs, i-ˈmē-\ *n, pl* **eme·ses** \-ˌsēz\ [NL, fr. Gk, fr. *emein*] (1847) : an act or instance of vomiting

**¹emet·ic** \i-ˈmet-ik\ *n* [L *emetica*, fr. Gk *emetikē*, fr. fem. of *emetikos* causing vomiting, fr. *emein* to vomit — more at VOMIT] (1657) : an agent that induces vomiting — **emetic** *adj* — **emet·i·cal·ly** \-i-k(ə-)lē\ *adv*

**em·e·tine** \ˈem-ə-ˌtēn\ *n* (1819) : an amorphous alkaloid $C_{29}H_{40}N_2O_4$ extracted from ipecac root and used as an emetic and expectorant

**émeute** \ā-mœ̄t\ *n, pl* **émeutes** *same*\ [F, fr. OF *esmeute* act of starting, fr. fem. of *esmeut*, pp. of *esmovoir* to start — more at EMOTION] (1782) : UPRISING

**-emia** *or* **-ae·mia** \ˈē-mē-ə\ *also* **-he·mia** *or* **-hae·mia** \ˈhē-\ *n comb form* [NL *-emia, -aemia*, fr. Gk *-aimia*, fr. *haima* blood — more at HEM-] **1** : condition of having (such) blood ‹leuk*emia*› **2** : condition of having (a specified thing) in the blood ‹ur*emia*›

**emic** \ˈē-mik\ *adj* [phonem*ic*] (1954) : of, relating to, or involving analysis of linguistic or behavioral phenomena in terms of the internal structural or functional elements of a particular system — compare ETIC

**¹em·i·grant** \ˈem-i-grənt\ *n* (1754) **1** : one who emigrates **2** : a migrant plant or animal

**²emigrant** *adj* (1794) : departing or having departed from a country to settle elsewhere

**em·i·grate** \ˈem-ə-ˌgrāt\ *vi* **-grat·ed**; **-grat·ing** [L *emigratus*, pp. of *emigrare*, fr. *e-* + *migrare* to migrate] (1778) : to leave one's place of residence or country to live elsewhere — **em·i·gra·tion** \ˌem-ə-ˈgrā-shən\ *n*

**émi·gré** *also* **emi·gre** \ˈem-i-ˌgrā, ˌem-i-ˈ\ *n* [F *émigré*, fr. pp. of *émigrer* to emigrate, fr. L *emigrare*] (1792) : EMIGRANT; *esp* : a person forced to emigrate for political reasons

**em·i·nence** \ˈem-ə-nən(t)s\ *n* (15c) **1** : a position of prominence or superiority **2** : something eminent, prominent, or lofty: as **a** : a person of high rank or attainments — used as a title for a cardinal **b** : a natural elevation

**émi·nence grise** \ā-me-näⁿs-grēz\ *n, pl* **éminences grises** *same*\ [F, lit., gray eminence, nickname of Père Joseph (François du Tremblay) †1638 Fr. monk and diplomat, confidant of Cardinal Richelieu who was known as *Éminence Rouge* red eminence, fr. the colors of their respective habits] (1838) : a confidential agent; *esp* : one exercising unsuspected or unofficial power

**em·i·nen·cy** \ˈem-ə-nən-sē\ *n, pl* **-cies** (1604) : EMINENCE

**em·i·nent** \ˈem-ə-nənt\ *adj* [ME, fr. MF or L; MF, fr. L *eminent-, eminens*, prp. of *eminere* to stand out, fr. *e-* + *-minere* (akin to L *mont-, mons* mountain) — more at MOUNT] (15c) **1** : standing out so as to be readily perceived or noted : CONSPICUOUS **2** : jutting out : PROJECTING **3** : exhibiting eminence esp. in standing above others in some quality or position : PROMINENT *syn* see FAMOUS — **em·i·nent·ly** *adv*

**eminent domain** *n* (1853) : a right of a government to take private property for public use by virtue of the superior dominion of the sovereign power over all lands within its jurisdiction

**emir** \i-ˈmi(ə)r, ā-\ *n* [Ar *amīr* commander] (1612) : a native ruler in parts of Asia and Africa

**emir·ate** \ˈem-ə-rət, -ˌrāt\ *n* (1863) : the state or jurisdiction of an emir

**em·is·sary** \ˈem-ə-ˌser-ē\ *n, pl* **-sar·ies** [L *emissarius*, fr. *emissus*, pp. of *emittere*] (1625) **1** : one sent on a mission as the agent of another **2** : a secret agent

**emis·sion** \ē-ˈmish-ən\ *n* (1607) **1 a** : an act or instance of emitting : EMANATION **b** *archaic* : PUBLICATION **c** : a putting into circulation **2 a** : something sent forth by emitting: as (1) : electrons discharged from a surface (2) : electromagnetic waves radiated by an antenna or a celestial body (3) : substances discharged into the air (as by a smokestack or an automobile gasoline engine) **b** : EFFLUVIUM — **emis·sive** \-ˈmis-iv\ *adj*

**emis·siv·i·ty** \ˌem-ə-ˈsiv-ət-ē, ē-ˌmis-ˈiv-\ *n, pl* **-ties** (1880) : the relative power of a surface to emit heat by radiation : the ratio of the radiant energy emitted by a surface to that emitted by a blackbody at the same temperature

**emit** \ē-ˈmit\ *vt* **emit·ted**; **emit·ting** [L *emittere* to send out, fr. *e-* + *mittere* to send — more at SMITE] (1626) **1 a** : to throw or give off or out (as light) **b** : to send out : EJECT **2 a** : to issue with authority; *esp* : to put (as money) into circulation **b** *obs* : PUBLISH **3** : to give utterance or voice to ‹*emitted* a groan› — **emit·ter** *n*

**emit·tance** \ē-ˈmit-ᵊn(t)s\ *n* (1940) **1** : the energy radiated by the surface of a body per second per unit area **2** : EMISSIVITY

**Emmanuel** *var of* IMMANUEL

**em·men·a·gogue** \ə-ˈmen-ə-ˌgäg, e-\ *n* [Gk *emmēna* menses (fr. neut. pl. of *emmēnos* monthly, fr. *en* + *mēn* month) + E *-agogue* — more at MOON] (ca. 1731) : an agent that promotes the menstrual discharge

**Em·men·ta·ler** *or* **Em·men·tha·ler** \ˈem-ən-ˌtäl-ər\ *or* **Em·men·thal** \-ˌtäl\ *n* [G, fr. *Emmenthal*, Switzerland] (1902) : SWISS CHEESE

**em·mer** \ˈem-ər\ *n* [G, fr. OHG *amari*] (ca. 1900) : a wheat (*Triticum dicoccum*) having spikelets with two hard red kernels that remain in the glumes after threshing; *broadly* : a tetraploid wheat — called also *emmer wheat*

**em·met** \ˈem-ət\ *n* [ME *emete*, fr. OE *ǣmette* ant — more at ANT] *chiefly dial* (bef. 12c) : ANT

**Em·my** \ˈem-ē\ *n, pl* **Emmys** [fr. alter. of *Immy*, nickname for *image orthicon* (a camera tube used in television)] (1949) : a statuette awarded annually by a professional organization for notable achievement in television

**em·o·din** \ˈem-ə-dən\ *n* [ISV *emodi* (fr. NL *Rheum emodi*, species of rhubarb) + *-in*] (1858) : an orange crystalline phenolic compound $C_{15}H_{10}O_5$ that is obtained from plants (as rhubarb and cascara buckthorn) and is used as a laxative

**¹emol·lient** \i-ˈmäl-yənt\ *adj* [L *emollient-, emolliens*, prp. of *emollire* to soften, fr. *e-* + *mollis* soft — more at MELT] (1643) **1** : making soft or supple; *also* : soothing esp. to the skin or mucous membrane **2** : making less intense or harsh : MOLLIFYING ‹soothe us in our agonies with ~ words —H. L. Mencken›

**²emollient** *n* (1656) : something that softens or soothes

**emol·u·ment** \i-ˈmäl-yə-mənt\ *n* [ME, fr. L *emolumentum*, lit., miller's fee, fr. *emolere* to grind up, fr. *e-* + *molere* to grind — more at MEAL] (15c) **1** : the returns arising from office or employment usu. in the form of compensation or perquisites **2** *archaic* : ADVANTAGE

**emote** \i-ˈmōt\ *vi* **emot·ed**; **emot·ing** [back-formation fr. *emotion*] (1917) : to give expression to emotion esp. in or as if in acting

**emo·tion** \i-ˈmō-shən\ *n* [F, fr. MF, fr. *emouvoir* to stir up, fr. OF *esmovoir*, fr. L *exmovere* to move away, disturb, fr. *ex-* + *movere* to move] (1660) **1 a** *obs* : DISTURBANCE **b** : EXCITEMENT **2 a** : the affective aspect of consciousness : FEELING **b** : a state of feeling **c** : a psychic and physical reaction (as anger or fear) subjectively experienced as strong feeling and physiologically involving changes that prepare the body for immediate vigorous action *syn* see FEELING

**emo·tion·al** \-shnəl, -shən-ᵊl\ *adj* (1834) **1** : of or relating to emotion ‹an ~ disorder› **2** : dominated by or prone to emotion ‹an ~ person› **3** : appealing to or arousing emotion ‹an ~ sermon› **4** : markedly aroused or agitated in feeling or sensibilities ‹gets ~ at weddings› — **emo·tion·al·i·ty** \-ˌmō-shə-ˈnal-ət-ē\ *n* — **emo·tion·al·ly** \-ˈmō-shnə-lē, -shən-ᵊl-ē\ *adv*

**emo·tion·al·ism** \i-ˈmō-shnə-ˌliz-əm, -shən-ᵊl-ˌiz-\ *n* (1865) **1** : undue indulgence in or display of emotion **2** : a tendency to regard things emotionally

**emo·tion·al·ist** \-shnə-ləst, -shən-ᵊl-əst\ *n* (1866) **1** : one who bases a theory or policy on an emotional conviction **2** : one prone to emotionalism — **emo·tion·al·is·tic** \-ˌmō-shnə-ˈlis-tik, -shən-ᵊl-ˈis-\ *adj*

**emo·tion·al·ize** \i-ˈmō-shnə-ˌlīz, -shən-ᵊl-ˌīz\ *vt* **-ized**; **-iz·ing** (1879) : to give an emotional quality to

**emo·tion·less** \i-ˈmō-shən-ləs\ *adj* (1862) : showing or expressing no emotion — **emo·tion·less·ness** *n*

**emo·tive** \i-ˈmōt-iv\ *adj* (1830) **1** : of or relating to the emotions **2** : appealing to or expressing emotion ‹the ~ use of language› — **emo·tive·ly** *adv* — **emo·tiv·i·ty** \ˌē-ˌmō-ˈtiv-ət-ē, ˌē-mō-\ *n*

**em·pa·na·da** \ˌem-pə-ˈnäd-ə\ *n* [AmSp, fr. Sp, fem. of *empanado*, pp. of *empanar* to bread, fr. *em-* (fr. L *en-*) + *pan* bread, fr. L *panis* — more at FOOD] (1922) : a turnover with a sweet or savory filling (as ground meat)

**empanel** *var of* IMPANEL

**em·pa·thet·ic** \ˌem-pə-ˈthet-ik\ *adj* (1932) : EMPATHIC — **em·pa·thet·i·cal·ly** \-i-k(ə-)lē\ *adv*

**em·path·ic** \em-ˈpath-ik, im-\ *adj* (1909) : involving, characterized by, or based on empathy

**em·pa·thize** \ˈem-pə-ˌthīz\ *vi* **-thized**; **-thiz·ing** (ca. 1921) : to experience empathy ‹adults unable to ~ with a child's frustrations›

**em·pa·thy** \ˈem-pə-thē\ *n* (1904) **1** : the imaginative projection of a subjective state into an object so that the object appears to be infused with it **2** : the action of understanding, being aware of, being sensitive to, and vicariously experiencing the feelings, thoughts, and experience of another of either the past or present without having the feelings, thoughts, and experience fully communicated in an objectively explicit manner; *also* : the capacity for this

**em·pen·nage** \ˌäm-pə-ˈnäzh, ˌem-\ *n* [F, feathers of an arrow, empennage, fr. *empenner* to feather an arrow, fr. *em-* ¹en- + *penne* feather, fr. MF — more at PEN] (1909) : the tail assembly of an airplane

\ə\ abut \ᵊ\ kitten F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

**ICBM** \,ī ,sē (,)bē 'em\ *n* *pl* **ICBM's** *or* **ICBMs** \ 'emz\ (1955) an intercontinental ballistic missile

**¹ice** \'īs\ *n* *often attrib* [ME *is* fr OE *īs*; akin to OHG *īs* ice, Av *isu* icy] (bef 12c) **1 a** : frozen water **b** : a sheet or stretch of ice **2** : a state of coldness (as from formality or reserve) **3** : a substance resembling ice; *esp* : a substance reduced to the solid state by cold ⟨ammonia ~ in the rings of Saturn⟩ **4 a** : a frozen dessert containing a flavoring (as fruit juice); *esp* : one containing no milk or cream **b** *Brit* : a serving of ice cream **5** *slang* : DIAMONDS; *broadly* : JEWELRY **6** : an undercover premium paid to a theater employee for choice theater tickets — **ice·less** \'ī sləs\ *adj* — **on ice 1** : with every likelihood of being won or accomplished **2** : in reserve or safekeeping

**²ice** *vb* **iced; ic·ing** *vt* (15c) **1 a** : to coat with or convert into ice **b** : to chill with ice **c** : to supply with ice **2** : to cover with or as if with icing **3** : to put on ice **4** : to shoot (an ice hockey puck) the length of the rink and beyond the opponents' goal line ~ *vi* **1** : to become ice cold **2 a** : to become covered with ice — often used with *up* **b** : to have ice form inside ⟨the carburetor *iced up*⟩

**ice age** *n* (1873) **1** : a time of widespread glaciation **2** *cap I&A* : the Pleistocene glacial epoch

**ice ax** *n* (1820) : a combination pick and adz with a spiked handle that is used in mountain climbing

**ice bag** *n* (1883) : a waterproof bag to hold ice for local application of cold to the body

**ice·berg** \'īs ,bərg\ *n* [prob. part trans. of Dan or Norw *isberg*, fr. *is* ice + *berg* mountain] (ca. 1820) **1** : a large floating mass of ice detached from a glacier **2** : an emotionally cold person **3** : ICEBERG LETTUCE

**iceberg lettuce** *n* (1893) : any of various crisp light green head lettuces

**ice·blink** \ ,bliŋk\ *n* (1817) : a glare in the sky over an ice field

**ice·boat** \ ,bōt\ *n* (ca. 1819) **1** : a skeleton boat or frame on runners propelled on ice usu. by sails **2** : ICEBREAKER 2

**ice·boat·ing** \ ,bōt-iŋ\ *n* (1885) : the sport of sailing in iceboats — **ice·boat·er** \-,bōt-ər\ *n*

**ice·bound** \ ,baund\ *adj* (1641) : surrounded or obstructed by ice

**ice·box** \-,bäks\ *n* (1846) : REFRIGERATOR

**ice·break·er** \-,brā kər\ *n* (1819) **1** : a structure that protects a bridge pier from floating ice **2** : a ship equipped to make and maintain a channel through ice **3** : something that breaks the ice on a project or occasion; *specif* : MIXER 1c

**ice cap** *n* (ca. 1859) **1** : an ice bag shaped to the head **2** : a cover of perennial ice and snow; *specif* : a glacier forming on an extensive area of relatively level land and flowing outward from its center

**ice–cold** \'ī 'skōld\ *adj* (bef. 12c) : extremely cold

**ice–cream** *adj* (1890) : of a color similar to that of vanilla ice cream

**ice cream** \(')ī 'skrēm, 'ī ,\ *n* (1688) : a sweet flavored frozen food containing cream or butterfat and usu. eggs

**ice–cream chair** *n* [fr. its use in ice cream parlors] (1949) : a small armless chair with a circular seat for use at a table (as at a sidewalk cafe)

**ice–cream cone** *n* (1909) : *a thin crisp edible cone for holding ice cream*; *also* : one filled with ice cream

**ice·fall** \'īs ,fȯl\ *n* (1817) **1** : a frozen waterfall **2** : the mass of usu. jagged blocks into which a glacier may break when it moves down a steep declivity

**ice field** *n* (1694) **1** : an extensive sheet of sea ice **2** : ICE CAP 2

**ice floe** *n* (1819) : a flat free mass of floating sea ice; *broadly* : a large floating fragment of sheet ice

**ice fog** *n* (1856) : a fog composed of ice particles

**ice hockey** *n* (1883) : a game played on an ice rink by two teams of six players on skates whose object is to drive a puck into the opponent's goal with a hockey stick

**ice·house** \'īs-,haus, 'ī-,saus\ *n* (1687) : a building in which ice is made or stored

**¹Ice·lan·dic** \ī 'slan-dik\ *adj* (1674) : of, relating to, or characteristic of Iceland, the Icelanders, or Icelandic

**²Icelandic** *n* (ca. 1824) : the North Germanic language of Iceland

**Ice·land moss** \,ī slən(d)-, ,ī-,slan(d)-\ *n* (1805) : a lichen (*Cetraria islandica*) of mountainous and arctic regions sometimes used in medicine or as food

**Iceland poppy** *n* (1884) : any of various perennial cultivated poppies prob. derived from two species (*Papaver nudicaule* and *P. alpinum*) and characterized by rather small single or double chiefly pastel flowers

**Iceland spar** *n* (1771) : a doubly refracting transparent calcite

**ice·man** \'ī-,sman\ *n* (1851) **1** : a man skilled in traveling on ice **2** : one who sells or delivers ice

**ice milk** *n* (1947) : a sweetened frozen food made of skim milk

**ice needle** *n* (ca. 1934) : one of numerous slender ice particles that float in the air in clear cold weather — called also *ice crystal*

**Ice·ni** \ī-'sē ,nī\ *n pl* [L] (ca. 1891) : an ancient British people that under their queen Boadicea revolted against the Romans in A.D. 61 — **Ice·ni·an** \ 'sē nē ən\ *or* **Ice·nic** \ 'sē nik, -'sen-ik\ *adj*

**ice pack** *n* (1853) : an expanse of pack ice

**ice pick** *n* (1879) : a hand tool ending in a spike for chipping ice

**ice plant** *n* (1753) : an Old World annual herb (*Mesembryanthemum crystallinum*) that is related to the carpetweed, has fleshy foliage covered with glistening papillate dots or vesicles, and is widely naturalized in warm regions; *broadly* : FIG MARIGOLD

**ice point** *n* (1903) : the temperature of 0° Celsius or 273.15 Kelvin at which ice is in equilibrium with liquid water under air saturated with water at standard atmospheric pressure

**ice sheet** *n* (1873) : ICE CAP

**ice show** *n* (1948) : an entertainment consisting of various exhibitions by ice skaters usu. with musical accompaniment

**ice–skate** \'ī(s)-,skāt\ *vi* (1948) : to skate on ice — **ice skater** *n*

**ice skate** *n* (1897) : a shoe with a metal runner attached for ice-skating

**ice storm** *n* (1876) : a storm in which falling rain freezes on contact

**ice water** *n* (1722) : chilled or iced water; *esp* : served as a beverage

**ichn-** *or* **ichno-** *comb form* [Gk, fr. *ichnos*] : footprint : track ⟨*ichnology*⟩

**ich·neu·mon** \ik-'n(y)ü-mən\ *n* [L, fr. Gk *ichneumon*, lit., tracker, fr. *ichneuein* to track, fr. *ichnos* footprint] (15c) **1** : MONGOOSE **2** : ICHNEUMON FLY

**ichneumon fly** *n* (1713) : any of a large superfamily (Ichneumonoidea) of hymenopterous insects whose larvae are usu. internal parasites of other insect larvae and esp. of caterpillars

**ichor** \'ī ,kȯ(ə)r, -kər\ *n* [Gk *ichōr*] (15c) **1** : a thin watery or blood-tinged discharge **2** : an ethereal fluid taking the place of blood in the veins of the ancient Greek gods — **ichor·ous** \ kə rəs\ *adj*

**ichthy-** *or* **ichthyo-** *comb form* [L, fr. Gk, fr. *ichthys*; akin to Arm *jukn* fish] : fish ⟨*ichthyic*⟩

**ich·thyo·fau·na** \,ik the ō-'fȯn-ə, 'fän-\ *n* [NL] (1883) : the fish life of a region — **ich·thyo·fau·nal** \ 'fȯn-ᵊl, 'fän-\ *adj*

**ich·thy·ol·o·gy** \,ik thē 'äl ə jē\ *n* (1646) **1** : a branch of zoology that deals with fishes **2** : a treatise on fishes — **ich·thy·o·log·i·cal** \,the ə 'läj i kəl\ *adj* — **ich·thy·o·log·i·cal·ly** \ k(ə-)lē\ *adv* — **ich·thy·ol·o·gist** \ thē 'äl-ə jəst\ *n*

**ich·thy·oph·a·gous** \,ik thē 'äf ə gəs\ *adj* [Gk *ichthyophagos*, fr. *ichthy-* + *-phagos* -phagous] (ca. 1828) : eating or subsisting on fish

**ich·thy·or·nis** \,ik thē 'ȯr nəs\ *n* [NL, fr. *ichthy-* + Gk *ornis* bird — more at ERNE] (1884) : any of a genus (*Ichthyornis*) of extinct toothed birds

**ich·thyo·saur** \'ik thē ə ,sȯ(ə)r\ *n* [deriv. of Gk *ichthy-* + *sauros* lizard — more at SAURIAN] (1830) : any of an order (Ichthyosauria) of extinct marine reptiles with fish shaped body and elongated snout — **ich·thyo·sau·ri·an** \,ik the ə 'sȯr ē ən\ *adj or n*

**-i·cian** \'ish ən\ *n suffix* [ME, fr. OF *-icien*, fr. L *-ica* (as in *rhetorica* rhetoric) + OF *-ien* -ian] : specialist : practitioner ⟨beautician⟩

**ici·cle** \'ī ,sik-əl\ *n* [ME *isikel*, fr. *is* ice + *ikel* icicle, fr. OE *gicel*; akin to OHG *ihilla* icicle, MIr *aig* ice] (14c) **1** : a pendent mass of ice formed by the freezing of dripping water **2** : an emotionally cold person **3** : a long narrow strip (as of foil) used to decorate a Christmas tree

**¹ic·ing** \'ī siŋ\ *n* (1769) : a sweet flavored usu. creamy mixture used to coat baked goods (as cupcakes) — called also *frosting*

**²icing** *n* (1948) : an act by an ice hockey player of shooting a puck from within his defensive zone or defensive half of the rink beyond the opponents' goal line but not into the goal

**ick·er** \'ik ər\ *n* [deriv. of OE *ear*, *eher* — more at EAR] *Scot* (1513) : a head of grain

**icky** \'ik ē\ *adj* **ick·i·er**; **-est** [perh. baby talk alter. of *sticky*] (1929) **1** : offensive to the senses or sensibilities : DISTASTEFUL ⟨put off by her ... triteness —Renata Adler⟩ **2** : lacking sophistication

**icon** \'ī ,kän\ *n* [L, fr. Gk *eikōn*, fr. *eikenai* to resemble] (1572) **1** : a usu. pictorial representation : IMAGE **2** [LGk *eikōn*, fr. Gk] : a conventional religious image typically painted on a small wooden panel and used in the devotions of Eastern Christians **3** : an object of uncritical devotion : IDOL **4** : EMBLEM, SYMBOL ⟨the house became an ~ of 1860's residential architecture —Paul Goldberger⟩ — **icon·ic** \ī 'kän-ik\ *adj* — **icon·i·cal·ly** \-i-k(ə-)lē\ *adv* — **ico·nic·i·ty** \,ī kə 'nis ət-ē\ *n*

**icon-** *or* **icono-** *comb form* [Gk *eikōn*, *eikono-*, fr. *eikōn*, *eikōn*] : image ⟨iconolater⟩

**icon·o·clasm** \ī-'kän ə-,klaz əm\ *n* (1797) : the doctrine, practice, or attitude of an iconoclast

**icon·o·clast** \ ,klast\ *n* [ML *iconoclastes*, fr. MGk *eikonoklastēs*, lit., image destroyer, fr. Gk *eikono-* + *klan* to break — more at HALT] (1641) **1** : one who destroys religious images or opposes their veneration **2** : one who attacks settled beliefs or institutions — **icon·o·clas·tic** \(,)ī-,kän ə-'klas-tik\ *adj* — **icon·o·clas·ti·cal·ly** \-ti k(ə-)lē\ *adv*

**ico·nog·ra·pher** \,ī-kə-'näg-rə-fər\ *n* (1888) **1** : a maker or designer of figures or drawings esp. of a conventional or mechanical type **2** : a student of iconography

**icon·o·graph·ic** \(,)ī-,kän-ə-'graf-ik\ *or* **icon·o·graph·i·cal** \ i kəl\ *adj* (ca. 1855) **1** : of or relating to iconography **2** : representing something by pictures or diagrams — **icon·o·graph·i·cal·ly** \ i k(ə-)lē\ *adv*

**ico·nog·ra·phy** \,ī-kə-'näg rə-fē\ *n pl* **-phies** [ML *iconographia*, fr. Gk *eikonographia* sketch, description, fr. *eikonographein* to describe, fr. *eikōn* + *graphein* to write — more at CARVE] (1678) **1** : pictorial material relating to or illustrating a subject • a pictorial record of a subject **2** : the traditional or conventional images or symbols associated with a subject and esp. a religious or legendary subject **3** : the imagery or symbolism of a work of art, an artist, or a body of art **4** : ICONOLOGY

**ico·nol·a·try** \ 'näl-ə-trē\ *n* (1624) : the worship of images or icons

**ico·nol·o·gy** \-'näl-ə-jē\ *n* [F *iconologie*, fr. *icono-* icon- + *-logie* -logy] (ca. 1730) : the study of icons or artistic symbolism — **icon·o·log·i·cal** \(,)ī-,kän-ᵊl-'äj i-kəl\ *adj*

**icon·o·scope** \ī-'kän-ə-,skōp\ *n* [fr. *Iconoscope*, a trademark] (1933) : a camera tube containing an electron gun and a photoemissive mosaic screen each cell of which produces a charge proportional to the varying light intensity of the image focused on the screen

**ico·nos·ta·sis** \,ī-kə-'näs-tə-səs\ *n* *pl* **-ta·ses** \-,sēz\ [MGk *eikonostasis*] (1833) : a screen or partition with doors and tiers of icons that separates the bema from the nave in Eastern churches

**ico·sa·he·dral** \(,)ī ,kō sə-'hē-drəl, ,kas-ə-\ *adj* (ca. 1828) : of or having the form of an icosahedron

**ico·sa·he·dron** \ drən\ *n* *pl* **-drons** *or* **-dra** \ drə\ [Gk *eikosaedron*, fr. *eikosi* twenty + *-edron* -hedron — more at VIGESIMAL] (1570) : a polyhedron having 20 faces

**-ics** \(,)iks\ *n pl suffix but sing or pl in constr* [-*ic* + -*s*; trans. of Gk *-ika*, fr. neut. pl. of *-ikos* -ic] **1** : study : knowledge : skill : practice ⟨linguistics⟩ ⟨electronics⟩ **2** : characteristic actions or activities ⟨acrobatics⟩ **3** : characteristic qualities, operations, or phenomena ⟨mechanics⟩

**ic·ter·ic** \ik-'ter-ik\ *adj* (1600) : of, relating to, or affected with jaundice

**ic·ter·us** \'ik tə rəs\ *n* [NL, fr. Gk *ikteros*; akin to Gk *iktis* yellow bird] (1706) : JAUNDICE

**ic·tus** \'ik-təs\ *n* [L, fr. *ictus*, pp. of *icere* to strike; akin to Gk ... lance] (1752) : the recurring stress or beat in a rhythmic or metrical series of sounds

**icy** \'ī sē\ *adj* **ic·i·er**; **-est** (bef. 12c) **1 a** : covered with, abounding in, or consisting of ice **b** : intensely cold **2** : characterized by coldness : FRIGID ⟨an ~ stare⟩ — **ic·i·ly** \-sə-lē\ *adv* — **ic·i·ness** \ sē nəs\ *n*

**¹id** \'id\ *n* [NL, fr. L, it] (1924) : the one of the three divisions of the psyche in psychoanalytic theory that is completely unconscious and is the source of psychic energy derived from instinctual needs and drives — compare EGO, SUPEREGO

**²id** *n* [*-id*, fr. F *-ide*, fr. L *-id-*, *-is*, fem. patronymic suffix] (1936) : a skin rash that is an allergic reaction to an agent causing an infection

**¹-id** \əd, (,)id\ *n suffix* [in sense 1, fr. L *-ides*, masc. patronymic suffix, fr. Gk *-idēs*; in sense 2, fr. It *-ide*, fr. L *-id-*, *-is*, fem. patronymic suffix, fr. Gk] **1** : one belonging to a (specified) dynastic line ⟨Fatimid⟩

: ELUCIDATE ⟨~s the theme of her poem⟩ **3** : to make illustrious or resplendent **4** : to decorate (as a manuscript) with gold or silver or brilliant colors or with often elaborate designs or miniature pictures — **il·lu·mi·nat·ing·ly** \-ˌnat-iŋ-le\ *adv* — **il·lu·mi·na·tor** \-ˌnāt-ər\ *n*

[3]**il·lu·mi·nate** \-nət\ *n archaic* (1600) : one having or claiming unusual enlightenment

**il·lu·mi·na·ti** \il-ˌu-mə-ˈnat-e\ *n pl* [It & NL, It, fr NL, fr L, pl of *illuminatus*] (1599) **1** *cap* : any of various groups claiming special religious enlightenment **2** : persons who are or who claim to be unusually enlightened

**il·lu·mi·na·tion** \il-ˌu-mə-ˈnā-shən\ *n* (14c) **1** : the action of illuminating or state of being illuminated as **a** : spiritual or intellectual enlightenment **b** (1) : a lighting up (2) : decorative lighting or lighting effects **c** : decoration by the art of illuminating **2** : the luminous flux per unit area on an intercepting surface at any given point **3** : one of the decorative features used in the art of illuminating or in decorative lighting

**il·lu·mi·na·tive** \il-ˈu-mə-ˌnat-iv\ *adj* (1644) : of, relating to, or producing illumination : ILLUMINATING

**il·lu·mine** \il-ˈu-mən\ *vt* **-mined; -min·ing** (14c) : ILLUMINATE — **il·lu·min·able** \-mə-nə-bəl\ *adj*

**il·lu·mi·nism** \-mə-ˌniz-əm\ *n* (1798) **1** : belief in or claim to a personal enlightenment not accessible to mankind in general **2** *cap* : beliefs or claims viewed as forming doctrine or principles of Illuminati — **il·lu·mi·nist** \-nəst\ *n*

**ill–us·age** \ˈil-ˈyu-sij, -zij\ *n* (1621) : harsh, unkind, or abusive treatment

**ill–use** \-ˈyuz\ *vt* (1841) : to use badly : MALTREAT ABUSE

**il·lu·sion** \il-ˈu-zhən\ *n* [ME, fr MF, fr LL *illusion-, illusio*, fr L, action of mocking, fr *illusus*, pp of *illudere* to mock at, fr *in-* + *ludere* to play, mock — more at LUDICROUS] (14c) **1** **a** *obs* : the action of deceiving **b** (1) : the state or fact of being intellectually deceived or misled : MISAPPREHENSION (2) : an instance of such deception **2** **a** (1) : a misleading image presented to the vision (2) : something that deceives or misleads intellectually **b** (1) : perception of something objectively existing in such a way as to cause misinterpretation of its actual nature (2) : HALLUCINATION 1 (3) : a pattern capable of reversible perspective **3** : a fine plain transparent bobbinet or tulle usu made of silk and used for veils, trimmings, and dresses — **il·lu·sion·al** \-ˈuzh-nəl, -ən-ᵊl\ *adj*

**il·lu·sion·ary** \il-ˈu-zhə-ˌner-e\ *adj* (1885) : ILLUSORY

**il·lu·sion·ism** \il-ˈu-zhə-ˌniz-əm\ *n* (1911) : the use of artistic techniques (as perspective or shading) to create the illusion of reality esp in a work of art

**il·lu·sion·ist** \il-ˈuzh-(ə-)nəst\ *n* (1850) : one that produces illusory effects as **a** : one (as an artist) whose work is marked by illusionism **b** : a sleight-of-hand performer or a magician — **il·lu·sion·is·tic** \-ˌu-zhə-ˈnis-tik\ *adj* — **il·lu·sion·is·ti·cal·ly** \-ti-k(ə-)le\ *adv*

**il·lu·sive** \il-ˈu-siv, -ˈu-ziv\ *adj* (1679) : ILLUSORY — **il·lu·sive·ly** *adv* — **il·lu·sive·ness** *n*

**il·lu·so·ry** \il-ˈus-(ə-)re, -ˈuz-\ *adj* (1631) : based on or producing illusion : DECEPTIVE ⟨~ hopes⟩ ***syn*** see APPARENT — **il·lu·so·ri·ly** \-(ə-)rə-lē\ *adv* — **il·lu·so·ri·ness** \-(ə-)rē-nəs\ *n*

**il·lus·trate** \ˈil-əs-ˌtrāt, il-ˈəs-\ *vb* **-trat·ed; -trat·ing** [L *illustratus*, pp of *illustrare*, fr *in-* + *lustrare* to purify, make bright — more at LUSTER] *vt* (1526) **1** *obs* **a** : ENLIGHTEN **b** : to light up **2** **a** *archaic* : to make illustrious **b** *obs* (1) : to make bright (2) : ADORN **3** **a** : to make clear : CLARIFY **b** : to make clear by giving or by serving as an example or instance **c** : to provide with visual features intended to explain or decorate ⟨~ a book⟩ **4** : to show clearly : DEMONSTRATE ~ *vi* : to give an example or instance — **il·lus·tra·tor** \ˈil-əs-ˌtrāt-ər, il-ˈəs-\ *n*

**il·lus·tra·tion** \ˌil-əs-ˈtrā-shən, il-ˌəs-\ *n* (14c) **1** **a** : the action of illustrating : the condition of being illustrated **b** *archaic* : the action of making illustrious or honored or distinguished **2** : something that serves to illustrate as **a** : an example or instance that helps make something clear **b** : a picture or diagram that helps make something clear or attractive ***syn*** see INSTANCE — **il·lus·tra·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**il·lus·tra·tive** \il-ˈəs-trət-iv\ *adj* (1643) : serving, tending, or designed to illustrate ⟨~ examples⟩ — **il·lus·tra·tive·ly** *adv*

**il·lus·tri·ous** \il-ˈəs-trē-əs\ *adj* [L *illustris*, prob back-formation fr *illustrare*] (15c) **1** : notably or brilliantly outstanding because of dignity or achievements or actions : EMINENT **2** *archaic* **a** : shining brightly with light **b** : clearly evident ***syn*** see FAMOUS — **il·lus·tri·ous·ly** *adv* — **il·lus·tri·ous·ness** *n*

**il·lu·vi·al** \(ˈ)il-ˈu-vē-əl\ *adj* (1924) : of, relating to, or marked by illuviation or illuviated materials or areas

**il·lu·vi·a·tion** \(ˌ)il-ˌu-ve-ˈā-shən\ *n* [*in-* + *-luviation* (as in *eluviation*)] (1928) : *accumulation of dissolved or suspended soil materials in one area or horizon as a result of eluviation from another* — **il·lu·vi·at·ed** \(ˈ)il-ˈu-vē-ˌat-əd\ *adj*

**ill will** *n* (14c) : unfriendly feeling ***syn*** see MALICE

**ill–wish·er** \ˈil-ˌwish-ər, -ˈwish-\ *n* (1607) : one that wishes ill to another

**il·ly** \ˈil-(l)e\ *adv* (15c) : not wisely or well : BADLY ILL ⟨his ~ concealed pride —Della Lutes⟩

**Il·lyr·i·an** \il-ˈir-e-ən\ *n* (1584) **1** : a native or inhabitant of ancient Illyria **2** : the poorly attested Indo-European languages of the Illyrians — see INDO-EUROPEAN LANGUAGES table — **Illyrian** *adj*

**il·men·ite** \ˈil-mə-ˌnit\ *n* [G *ilmenit*, fr *Ilmen* range, Ural Mts, U S S R] (1827) : a usu massive iron-black mineral $FeTiO_3$ composed of iron, titanium, and oxygen

**Ilo·ca·no** *or* **Ilo·ka·no** \ˌē-lə-ˈkan-(ˌ)o, ˌil-ə-\ *n, pl* **Ilocano** *or* **Ilocanos** *or* **Ilokano** *or* **Ilokanos** (1840) **1** **a** : a major people of northern Luzon in the Philippines **b** : a member of this people **2** : the Austronesian language of the Ilocano people

**im-** — see IN

**I'm** \(ˌ)im\ : I am

[1]**im·age** \ˈim ij\ *n* [ME, fr OF, short for *imagene*, fr L *imagin-, imago*, akin to L *imitari* to imitate] (13c) **1** : a reproduction or imitation of the form of a person or thing, *esp* : an imitation in solid form : STATUE **2** **a** : *the optical counterpart of an object produced by an optical* device (as a lens or mirror) or an electronic device **b** : a likeness of an object produced on a photographic material **3** **a** : exact likeness : SEMBLANCE ⟨God created man in his own ~ —Gen 1 27 (RSV)⟩ **b** : a person strikingly like another person ⟨he is the ~ of his father⟩ **4** **a** : a tangible or visible representation : INCARNATION ⟨the ~ of filial devotion⟩ **b** *archaic* : an illusory form : APPARITION **5** **a** (1) : a mental picture of something not actually present : IMPRESSION (2) : a mental conception held in common by members of a group and symbolic of a basic attitude and orientation ⟨a disorderly courtroom can seriously tarnish a community's ~ of justice —Herbert Brownell⟩ **b** : IDEA CONCEPT **6** : *a vivid or graphic representation* or description **7** : FIGURE OF SPEECH **8** : a popular conception (as of a person, institution, or nation) projected esp through the mass media ⟨promoting a corporate ~ of brotherly love and concern —R C Buck⟩ **9** : a set of values given by a mathematical function (as a homomorphism) that corresponds to a particular subset of the domain

[2]**image** *vb* **im·aged; im·ag·ing** *vt* (14c) **1** : to call up a mental picture of : IMAGINE **2** : to describe or portray in language esp in a vivid manner **3** **a** : to create a representation of, *also* : to form an image of **b** : to represent symbolically **4** **a** : REFLECT MIRROR **b** : to make appear : PROJECT ~ *vi* : to form an image — **im·ag·er** \-ər\ *n*

**image orthicon** *n* (1945) : a highly sensitive television image tube that uses secondary emission and electron multiplication to produce the output signal

**im·ag·ery** \ˈim-ij-(ə-)re\ *n pl* **-er·ies** (14c) **1** : the product of image makers : IMAGES *also* : the art of making images **2** : figurative language **3** : mental images *esp* : the products of imagination

**image tube** *n* (1936) : an electron tube in which incident electromagnetic radiation (as light or infrared) produces a visible image on its fluorescent screen duplicating the original pattern of radiation — called also *image converter*

**imag·in·able** \im-ˈaj-(ə-)nə-bəl\ *adj* (14c) : capable of being imagined : CONCEIVABLE — ***imag·in·able·ness*** *n* — ***imag·in·ably*** \-blē\ *adv*

[1]**imag·i·nal** \im-ˈaj-ən-ᵊl\ *adj* [*imagine* + *-al*] (1647) : of or relating to imagination images, or imagery

[2]**ima·gi·nal** \im-ˈā-gən-ᵊl, -ˈag-ən-\ *adj* [NL *imagin-, imago*] (1877) : of or relating to the insect imago

**imag·i·nary** \im-ˈaj-ə-ˌner-e\ *adj* (14c) **1** **a** : existing only in imagination : lacking factual reality **b** : formed or characterized imaginatively or arbitrarily ⟨his canvases, chiefly ~, somber landscapes —*Current Biog*⟩ **2** : containing or relating to the imaginary unit ⟨~ roots⟩ — **imag·i·nari·ly** \im-ˌaj-ə-ˈner-ə-le\ *adv* — **imag·i·nari·ness** \-ˈaj-ə-ˌner-e-nəs\ *n*

***syn*** IMAGINARY FANCIFUL VISIONARY FANTASTIC CHIMERICAL QUIXOTIC mean unreal or unbelievable IMAGINARY applies to something which is *fictitious and purely the product of one's imagination*, FANCIFUL suggests the free play of the imagination, VISIONARY stresses impracticality or incapability of realization, FANTASTIC implies incredibility or strangeness beyond belief, CHIMERICAL combines the implication of VISIONARY and FANTASTIC QUIXOTIC implies a devotion to romantic or chivalrous ideals unrestrained by ordinary prudence and common sense

**imaginary number** *n* (ca 1909) : a complex number (as $2 + 3i$) in which the coefficient of the imaginary unit is not zero — called also *imaginary*

**imaginary part** *n* (ca 1929) : *the part of a complex number* (as $3i$ in $2 + 3i$) that has the imaginary unit as a factor

**imaginary unit** *n* (ca 1909) : the positive square root of minus 1 denoted by $i$ : $+\sqrt{-1}$

**imag·i·na·tion** \im-ˌaj-ə-ˈna-shən\ *n* [ME, fr MF, fr L *imagination*, *imaginatio*, fr *imaginatus* pp of *imaginari*] (14c) **1** : the act or power of forming a mental image of something not present to the senses or never before wholly perceived in reality **2** **a** : creative ability **b** : ability to confront and deal with a problem : RESOURCEFULNESS **c** : the thinking or active mind : INTEREST ⟨stories that fired the ~⟩ **3** **a** : a creation of the mind, *esp* : an idealized or poetic creation **b** : fanciful or empty assumption

**imag·i·na·tive** \im-ˈaj-(ə-)nət-iv, -ˈaj-ə-ˌnāt-\ *adj* (14c) **1** **a** : of relating to, *or characterized by imagination* **b** : *devoid of truth* : FALSE **2** : given to imagining : having a lively imagination **3** : of or relating to images, *esp* : showing a command of imagery — **imag·i·na·tive·ly** *adv* — **imag·i·na·tive·ness** *n*

**imag·ine** \im-ˈaj-ən\ *vb* **imag·ined; imag·in·ing** \-ˈaj-(ə-)niŋ\ [ME *imaginen* fr MF *imaginer* fr L *imaginari*, fr *imagin-, imago* image] *vt* (14c) **1** : to form a mental image of (something not present) **2** *archaic* : PLAN SCHEME **3** : SUPPOSE GUESS ⟨I ~ it will rain⟩ **4** : to form a notion of without sufficient basis : FANCY ⟨~s himself to be the reformer of the world⟩ ~ *vi* **1** : to use the imagination **2** : BELIEVE ***syn*** see THINK

**im·ag·ism** \ˈim-ij-ˌiz-əm\ *n often cap* (1912) : a 20th century movement in poetry advocating free verse and the expression of ideas and emotions through clear precise images — **im·ag·ist** \-ij-əst\ *n* — **imagist** *or* **im·ag·is·tic** \ˌim-ij-ˈis-tik\ *adj* — **im·ag·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**ima·go** \im-ˈa-(ˌ)go, -ˈag-(ˌ)o\ *n pl* **imagoes** *or* **ima·gi·nes** \-ˈa-gə-ˌnez, -ˈag-ə-\ [NL, fr L, image] (ca 1797) **1** : an insect in its final, adult, sexually mature, and typically winged state **2** : an idealized mental image of another person or the self

**imam** \i-ˈmam, ˈmam\ *n* [Ar *imam*] (1613) **1** : the prayer leader of a mosque **2** *cap* : a Muslim leader of the line of Ali held by Shiites to be the divinely appointed, sinless, infallible successors of Muhammad **3** : *any of various rulers that claim descent from Muhammad and exercise* spiritual and temporal leadership over a Muslim region

**imam·ate** \-ˌat\ *n, often cap* (1727) **1** : the office of an imam **2** : the region or country ruled over by an imam

**ima·ret** \i-ˈmar-ət\ *n* [Turk] (ca 1613) : an inn or hospice in Turkey

**Ima·ri** \i-ˈmar-e\ *n* [*Imari* Japan] (1875) : a multicolored Japanese porcelain usu characterized by elaborate floral designs — **Imari** *adj*

**im·bal·ance** \(ˈ)im-ˈbal-ən(t)s\ *n* (ca 1890) : lack of balance : the state of being out of equilibrium or out of proportion ⟨a vitamin ~⟩ ⟨racial ~ in schools⟩ — **im·bal·anced** \-ən(t)st\ *adj*

**im·be·cile** \ˈim bə-səl, -ˌsil\ *n* [F *imbecile* n, fr adj, weak, weak-minded, fr L *imbecillus* prob fr *in* + *becillus* (akin to L *baculum* staff) — more at PEG] (1802) **1** : a mentally deficient person *esp* : *a feebleminded person having a mental age of three to seven years and* requiring supervision in the performance of routine daily tasks of caring for himself **2** : FOOL IDIOT — **imbecile** *or* **im·be·cil·ic** \ˌim-bə-ˈsil-ik\ *adj*

Case 3:04-cv-30121-MAP Document 11-6 Filed 03/02/2005 Page 17 of 27

**pic·ro·tox·in** \ˌpik-ro-ˈtak-sən\ *n* [ISV] (1815) : a poisonous bitter crystalline stimulant and convulsive drug $C_{30}H_{34}O_{13}$ used intravenously as an antidote for barbiturate poisoning

**Pict** \ˈpikt\ *n* [ME *Pictes*, pl , Picts, fr OE *Pihtas* fr LL *Picti*] (bef 12c) : a member of a possibly non-Celtic people who once occupied Great Britain, carried on continual border wars with the Romans, and about the ninth century became amalgamated with the Scots — **Pict·ish** \ˈpik-tish\ *adj or n*

**pic·to·gram** \ˈpik-tə-ˌgram\ *n* [ISV *picto-* (fr L *pictus*) + *-gram*] (1910) : PICTOGRAPH

**pic·to·graph** \-ˌgraf\ *n* [L *pictus* + E *-o-* + *-graph*] (1851) **1** : an ancient or prehistoric drawing or painting on a rock wall **2** : one of the symbols belonging to a pictorial graphic system **3** : a diagram representing statistical data by pictorial forms — **pic·to·graph·ic** \ˌpik-tə-ˈgraf-ik\ *adj*

**pic·tog·ra·phy** \pik-ˈtag-rə-fē\ *n* (1851) : use of pictographs : PICTURE WRITING 1

[1]**pic·to·ri·al** \pik-ˈtōr-ē-əl, -ˈtor-\ *adj* [LL *pictorius*, fr L *pictor* painter] (1646) **1** : of or relating to a painter, a painting, or the painting or drawing of pictures ⟨~ perspective⟩ **2 a** : consisting of pictures ⟨~ records⟩ **b** : illustrated by pictures ⟨~ weekly⟩ **c** : consisting of or displaying the characteristics of pictographs **d** : suggesting or conveying visual images ⟨~ poetry⟩ ***syn*** see GRAPHIC — **pic·to·ri·al·ly** \-ē-ə-lē\ *adv* — **pic·to·ri·al·ness** *n*

[2]**pictorial** *n* (1844) : a periodical having much pictorial matter

**pic·to·ri·al·ism** \-ē-ə-ˌliz-əm\ *n* (1869) : the use or creation of pictures or visual images — **pic·to·ri·al·ist** \-ē-ə-ləst\ *n*

**pic·to·ri·al·ize** \pik-ˈtōr ē-ə-ˌliz, -ˈtor-\ *vt* **-ized; -iz·ing** (1870) : to represent by a picture or illustrate with pictures — **pic·to·ri·al·iza·tion** \-ˌtōr-ē-ə-lə-ˈzā-shən, -ˌtor-\ *n*

[1]**pic·ture** \ˈpik-chər\ *n* [ME, fr L *pictura*, fr *pictus* pp of *pingere* to paint — more at PAINT] (15c) **1** : a design or representation made by various means (as painting, drawing, or photography) **2 a** : a description so vivid or graphic as to suggest a mental image or give an accurate idea of something ⟨the book gives a detailed ~ of what is happening⟩ **b** : a mental image **3** : IMAGE COPY ⟨he was the ~ of his father⟩ **4 a** : a transitory visible image or reproduction **b** : MOTION PICTURE **c** *pl, chiefly Brit* : MOVIES **5** : TABLEAU 1, 2 ⟨stage ~*s*⟩ **6** : SITUATION ⟨took a hard look at his financial ~⟩

[2]**picture** *vt* **pic·tured; pic·tur·ing** \ˈpik-chə-riŋ, ˈpik-shriŋ\ (15c) **1** : to paint or draw a representation, image, or visual conception of : DEPICT *also* : ILLUSTRATE **2** : to describe graphically in words **3** : to form a mental image of : IMAGINE

**picture–book** *adj* (1922) : suitable for or suggestive of a picture book : PICTURESQUE

**picture book** *n* (1847) : a book that consists wholly or chiefly of pictures

**picture hat** *n* (1887) : a woman's dressy hat with a broad brim

**Pic·ture·phone** \ˈpik-chər-ˌfōn\ *service mark* — used for a combined telephone and television apparatus

**picture puzzle** *n* (1898) : JIGSAW PUZZLE

**pic·tur·esque** \ˌpik-chə-ˈresk\ *adj* [F & It, F *pittoresque*, fr It *pittoresco*, fr *pittore* painter, fr L *pictor*, fr *pictus*, pp ] (1703) **1 a** : resembling a picture : suggesting a painted scene **b** : charming or quaint in appearance **2** : evoking mental images : VIVID ***syn*** see GRAPHIC — **pic·tur·esque·ly** *adv* — **pic·tur·esque·ness** *n*

**picture tube** *n* (1937) : a cathode-ray tube having at one end a screen of luminescent material on which are produced visible images

**picture window** *n* (1938) : an outsize usu single-paned window designed to frame an exterior view

**picture writing** *n* (1741) **1** : the recording of events or expression of messages by pictures representing actions or facts **2** : the record or message represented by picture writing

**pic·tur·ize** \ˈpik-chə-ˌriz\ *vt* **-ized; -iz·ing** (ca 1846) : to make a picture of : present in pictures, *esp* : to make into a motion picture — **pic·tur·iza·tion** \ˌpik-chə-rə-ˈzā-shən\ *n*

**pic·ul** \ˈpik-əl\ *n* [Malay *pikul* to carry a heavy load] (1588) : any of various units of weight used in China and southeast Asia, *esp* : a Chinese unit equal to 133 33 pounds (60 477 kilograms)

**pid·dle** \ˈpid-ᵊl\ *vi* **pid·dled; pid·dling** \ˈpid-liŋ, -ᵊl-iŋ\ [origin unknown] (1545) **1** : DAWDLE PUTTER **2** : URINATE

**pid·dling** \ˈpid-lən, -liŋ, -ᵊl-ən, -ᵊl-iŋ\ *adj* (1559) : TRIVIAL PALTRY

**pid·dock** \ˈpid-ək, -ik\ *n* [origin unknown] (1851) : a bivalve mollusk (genus *Pholas* or family Pholadidae) that bores holes in wood, clay, and rocks

**pid·gin** \ˈpij-ən\ *n* [*Pidgin English*] (1876) : a simplified speech used for communication between people with different languages — **pid·gin·iza·tion** \ˌpij-ə-nə-ˈzā-shən\ *n* — **pid·gin·ize** \-ə-ˌniz\ *vt*

**Pidgin English** *n* [Pidgin E, modif of E *business English*] (1859) : an English-based pidgin, *esp* : one orig used in parts of the Orient

[1]**pie** \ˈpī\ *n* [ME, fr OF, fr L *pica*, akin to L *picus* woodpecker, OHG *speh*] (13c) : MAGPIE

[2]**pie** *n* [ME] (14c) **1** : a meat dish baked with biscuit or pastry crust — compare POTPIE **2** : a dessert consisting of a filling (as of fruit or custard) in a pastry shell or topped with pastry or both **3 a** : AFFAIR BUSINESS ⟨she wanted her finger in every possible social ~ —Mary Deasy⟩ **b** : a whole regarded as divisible into shares ⟨giving the less fortunate a larger share of the economic ~ —R M Hutchins⟩

[3]**pie** *var of* PI

[1]**pie·bald** \ˈpī-ˌbold\ *adj* (1594) **1** : of different colors, *esp* : spotted or blotched with black and white **2** : composed of incongruous parts : HETEROGENEOUS

[2]**piebald** *n* (1765) : a piebald animal (as a horse)

[1]**piece** \ˈpēs\ *n* [ME, fr OF, fr (assumed) VL *pettia*, of Gaulish origin, akin to Bret *pez* piece] (13c) **1** : a part of a whole as **a** : FRAGMENT ⟨broke off a ~ of glass⟩ **b** : any of the individual members comprising a unit — often used in combination ⟨a five-*piece* band⟩ ⟨a three-*piece* suit⟩ **2** : an object or individual regarded as a unit of a kind or class : EXAMPLE ⟨a ~ of fruit⟩ **3** : a short distance ⟨down the road a ~⟩ **4** : a standard quantity (as of length, weight, or size) in which something is made or sold **5** : a literary, artistic, dramatic, or musical composition **6** : FIREARM **7** : COIN, *also* : TOKEN **8** : a man used in playing a board game, *specif* : a chessman of superior rank **9** : OPINION VIEW ⟨spoke his ~⟩ **10 a** : an act of copulation — usu considered vulgar **b** : the female partner in sexual intercourse — usu considered vulgar ***syn*** see PART — **of a piece** : ALIKE CONSISTENT — **piece of one's mind** : a severe scolding : TONGUE LASHING — **piece of the action** : a share in activity or profit — **to pieces 1** : without reserve or restraint COMPLETELY **2** into fragments *also* : into component parts **3** out of control ⟨went *to pieces* from shock⟩

[2]**piece** *vt* **pieced; piec·ing** (14c) **1** : to repair, renew, or complete by adding pieces : PATCH **2** : to join into a whole — often used with *together* ⟨his new book has been *pieced* together from talks —Merle Miller⟩ — **piec·er** *n*

**piece by piece** *adv* (1560) : by degrees : PIECEMEAL

**pièce de ré·sis·tance** \pē-ˌes-də-rə-ˌzē-ˈstäⁿ(t)s, -ra-, -ˈstäⁿs\ *n pl* **pièces de ré·sis·tance** *same*\ [F, lit , piece of resistance] (1839) **1** : the chief dish of a meal **2** : an outstanding item : SHOWPIECE

**piece–dye** \ˈpēs-ˌdī\ *vt* (1920) : to dye after weaving or knitting

**piece goods** *n pl* (1665) : cloth fabrics sold from the bolt at retail in lengths specified by the customer — called also *yard goods*

[1]**piece·meal** \ˈpē-ˌsmēl, -ˈsmē(ə)l\ *adv* (13c) **1** : one piece at a time : GRADUALLY **2** : in pieces or fragments : APART

[2]**piecemeal** *adj* (1600) : done, made, or accomplished piece by piece or in a fragmentary way ⟨~ reforms in the system⟩

**piece of cake** (1936) : something easily done : CINCH BREEZE

**piece of eight** (1610) : an old Spanish peso of eight reals

**piece·wise** \ˈpē-ˌswīz\ *adv* (1674) : with respect to a number of discrete intervals, sets or pieces ⟨~ continuous functions⟩

**piece·work** \ˈpē-ˌswərk\ *n* (1549) : work done by the piece and paid for at a set rate per unit — **piece·work·er** \-ˌswər-kər\ *n*

**pie chart** *n* (ca 1922) : CIRCLE GRAPH

**pie·crust** \ˈpī-ˌkrəst\ *n* (1582) : the pastry shell of a pie

[1]**pied** \ˈpīd\ *adj* (14c) : of two or more colors in blotches, *also* : wearing or having a parti-colored coat ⟨a ~ horse⟩

[2]**pied** *past and past part of* PI *or of* PIE

**pied–à–terre** \pē-ˌād-ə-ˈte(ə)r, -ˌad-a-, ˌpyā-\ *n, pl* **pieds–à–terre** *same*\ [F lit , foot to the ground] (1829) : a temporary or second lodging

**pied·mont** \ˈpēd-ˌmänt\ *adj* [*Piedmont*, region of Italy] (1855) : lying or formed at the base of mountains — **piedmont** *n*

**pied piper** *n often cap both Ps* [*The Pied Piper of Hamelin* title & hero of a poem (1842) by Robert Browning] (1925) **1** : one that offers strong but delusive enticement **2** : a leader who makes irresponsible promises

**pie–eyed** \ˈpī-ˈīd\ *adj* (1904) : INTOXICATED

**pie–faced** \-ˈfāst\ *adj* (ca 1912) : having a round, smooth, or blank face

**pie·fort** *or* **pied·fort** \pē-ˌā-ˈfo(ə)r\ *n, often attrib* [F *pied-fort*, lit , strong-footed one] (ca 1917) : a coin struck on an unusually thick flan

**pieing** *pres part of* PI *or of* PIE

**pie in the sky** (1911) : a prospect or promise of deferred happiness or prosperity — **pie-in-the-sky** *adj*

**pie·plant** \ˈpī-ˌplant\ *n* (ca 1847) : garden rhubarb

**pier** \ˈpi(ə)r\ *n* [ME *per* fr OE, fr ML *pera*] (bef 12c) **1** : an intermediate support for the adjacent ends of two bridge spans **2** : a structure (as a breakwater) extending into navigable water for use as a landing place or promenade or to protect or form a harbor **3** : a vertical structural support as **a** : the wall between two openings **b** : PILLAR PILASTER **c** : a vertical member that supports the end of an arch or lintel **d** : an auxiliary mass of masonry used to stiffen a wall **4** : a structural mount (as for a telescope) usu of stonework, concrete, or steel

**pierce** \ˈpi(ə)rs\ *vb* **pierced; pierc·ing** [ME *percen*, fr OF *percer*] *vt* (13c) **1 a** : to run into or through as a pointed weapon does : STAB **b** : to enter or thrust into sharply or painfully **2** : to make a hole through : PERFORATE **3** : to force or make a way into or through **4** : to penetrate with the eye or mind : DISCERN **5** : to penetrate so as to move or touch the emotions of ~ *vi* : to force a way into or through something ***syn*** see ENTER

**pierced** *adj* (15c) **1** : having holes, *esp* : decorated with perforations **2** : having the earlobe punctured for an earring ⟨~ ears⟩ **3** : designed for pierced ears ⟨~ earrings⟩

**pierc·ing** *adj* (15c) : PENETRATING as **a** : LOUD SHRILL ⟨~ cries⟩ **b** : PERCEPTIVE ⟨~ eyes⟩ **c** : penetratingly cold : BITING ⟨a ~ wind⟩ **d** : CUTTING INCISIVE ⟨~ sarcasm⟩ — **pierc·ing·ly** \ˈpir-siŋ-lē\ *adv*

**pier glass** *n* (1703) : a large high mirror, *esp* : one designed to occupy the wall space between windows — called also *pier mirror*

**Pi·eri·an** \pī-ˈir-ē-ən, -ˈer-\ *adj* (1591) **1** : of or relating to the region of Pieria in ancient Macedonia or to the Muses who were early worshiped there **2** : of or relating to learning or poetry

**pie·ro·gi** \pə-ˈrō-gē, pi(ə)r-ˈō-\ *n, pl* **-gi** *also* **-gies** [Pol, pl of *pierog* dumpling, pierogi] (1927) : PIROSHKI

**Pier·rot** \ˈpē-ə-ˌrō\ *n* [F, dim of *Pierre* Peter] (ca 1741) : a stock comic character of old French pantomime usu having a whitened face and wearing loose white clothes

**pier table** *n* (1803) : a table to be placed under a pier glass

**pies** *pl of* PI *or of* PIE

**pie safe** *n* (1951) : a cupboard whose doors have decoratively pierced tin panels for ventilation

**pie·tà** \ˌpē-(ˌ)ā-ˈtä, pyā-\ *n, often cap* [It, lit , pity, fr L *pietat-*, *pietas*] (1644) : a representation of the Virgin Mary mourning over the dead body of Christ

**pi·etism** \ˈpī-ə-ˌtiz-əm\ *n* (1697) **1** *cap* : a 17th century religious movement originating in Germany in reaction to formalism and intellectualism and stressing Bible study and personal religious experience **2 a** : emphasis on devotional experience and practices **b** : affectation of devotion — **pi·etist** \ˈpī-ət-əst\ *n, often cap*

**pi·etis·tic** \ˌpī-ə-ˈtis-tik\ *or* **pi·etis·ti·cal** \-ˈtis-ti-kəl\ *adj* (1830) **1** : of or relating to Pietism **2 a** : of or relating to religious devotion or devout persons **b** : marked by overly sentimental or emotional devotion to religion : RELIGIOSE — **pi·etis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**pi·ety** \ˈpī-ət-ē\ *n, pl* **pi·eties** [F *piété* piety, pity, fr L *pietat-*, *pietas* fr *pius* dutiful — more at PIOUS] (1579) **1** : the quality or state of being pious as **a** : fidelity to natural obligations (as to parents) **b** : dutifulness in religion : DEVOUTNESS **2** : an act inspired by piety **3** : a conventional belief or standard : ORTHODOXY ***syn*** see FIDELITY

**piezo-** *comb form* [Gk *piezein* to press, akin to Skt *pīdayati* he squeezes] : pressure ⟨*piezo*meter⟩

**plunk** \'pləŋk\ *vb* [imit] *vt* (1805) **1** : to pluck or hit so as to produce a quick hollow metallic or harsh sound **2** : to set down suddenly : PLUMP ~ *vi* **1** : to make a plunking sound **2** : to drop abruptly : DIVE **3** : to come out in favor of someone or something — used with *for* — **plunk** *n* — **plunk·er** *n*

**plunk down** *vi* (1891) : to drop abruptly : settle into position ~ *vt* **1 a** : to put down usu. firmly or abruptly ⟨*plunked* his money *down* on the counter⟩ **b** : to settle (oneself) into position ⟨*plunked* himself *down* on the bench⟩ **2** : to pay out

**plu·per·fect** \(')plü-'pər-fikt\ *adj* [modif. of LL *plusquamperfectus*, lit., more than perfect] (1530) : PAST PERFECT — **pluperfect** *n*

**plu·ral** \'plu̇r-əl\ *adj* [ME, fr. MF & L; MF *plurel*, fr. L *pluralis*, fr. *plur-, plus* more — more at PLUS] (14c) **1** : of, relating to, or constituting a class of grammatical forms usu. used to denote more than one or in some languages more than two ⟨*genetics* is ~ in form but takes a singular verb⟩ **2** : relating to or consisting of or containing more than one or more than one kind or class ⟨a ~ society⟩ — **plural** *n* — **plu·ral·ly** \-ə-lē\ *adv*

**plu·ral·ism** \'plu̇r-ə-,liz-əm\ *n* (1818) **1** : the holding of two or more offices or positions (as benefices) at the same time **2** : the quality or state of being plural **3 a** : a theory that there are more than one or more than two kinds of ultimate reality **b** : a theory that reality is composed of a plurality of entities **4 a** : a state of society in which members of diverse ethnic, racial, religious, or social groups maintain an autonomous participation in and development of their traditional culture or special interest within the confines of a common civilization **b** : a concept, doctrine, or policy advocating this state — **plu·ral·ist** \-list\ *adj or n* — **plu·ral·is·tic** \,plu̇r-ə-'lis-tik\ *adj* — **plu·ral·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**plu·ral·i·ty** \plu̇-'ral-ət-ē\ *n, pl* **-ties** (14c) **1 a** : the state of being plural **b** : the state of being numerous **c** : a large number or quantity **2** : PLURALISM 1 *also* : a benefice held by pluralism **3 a** : a number greater than another **b** : an excess of votes over those cast for an opposing candidate **c** : a number of votes cast for a candidate in a contest of more than two candidates that is greater than the number cast for any other candidate but not more than half the total votes cast

**plu·ral·ize** \'plu̇r-ə-,līz\ *vt* **-ized; -iz·ing** (1803) : to make plural or express in the plural form — **plu·ral·iza·tion** \,plu̇r-ə-lə-'zā-shən\ *n*

**pluri-** *comb form* [L, fr. *plur-, plus*] : having or being more than one : MULTI- ⟨*pluri*axial⟩

**plu·rip·o·tent** \plü-'rip-ət-ənt\ *adj* (1916) : not fixed as to developmental potentialities : having developmental plasticity

**¹plus** \'pləs\ *adj* [L, adv., more, fr. neut. of *plur-, plus*, adj., akin to Gk *pleiōn* more, L *plenus* full — more at FULL] (1579) **1** : algebraically positive **2** : having, receiving, or being in addition to what is anticipated **3 a** : falling high in a specified range ⟨a grade of C ~⟩ **b** : greater than that specified **c** : possessing a specified quality to a high degree **4** : electrically positive **5** : relating to or being a particular one of the two mating types that are required for successful fertilization in sexual reproduction in some lower plants (as a fungus)

**²plus** *n, pl* **plus·es** \'pləs-əz\ *also* **plus·ses** (1654) **1** : PLUS SIGN **2** : an added quantity **3** : a positive factor or quality **4** : SURPLUS

**³plus** *prep* (1668) **1** : increased by : with the addition of ⟨four ~ five⟩ ⟨the principal ~ interest⟩ **2** : BESIDES — chiefly in oral use ⟨~ which we were traveling in an area exposed to few blacks —Linda Harris⟩

**⁴plus** *adv* (1950) : in addition : BESIDES — chiefly in oral use ⟨I think he would like me to be there. *Plus* to totally heal I have to do these things —Diana Munson⟩

**⁵plus** *conj* (1968) : AND — chiefly in oral use ⟨if you want to make a super investment ~ you don't happen to be rich —*radio advt*⟩

*usage* The preposition *plus* has long been used with a meaning equivalent to *and* (as in "two *plus* two"). It is not, therefore, very surprising that in time people have begun to use it as a conjunction like *and*. It occurs mainly in spoken English and is likely to attract unfavorable notice in serious writing.

**plus fours** *n pl* (1920) : loose sports knickers made four inches longer than ordinary knickers

**¹plush** \'pləsh\ *n* [MF *peluche*] (1594) : a fabric with an even pile longer and less dense than velvet pile

**²plush** *adj* (ca. 1645) **1** : relating to, resembling, or made of plush **2** : notably luxurious — **plush·ly** *adv* — **plush·ness** *n*

**plushy** \'pləsh-ē\ *adj* **plush·i·er; -est** (1611) **1** : having the texture of or covered with plush **2** : LUXURIOUS, SHOWY — **plush·i·ness** *n*

**plus-sage** \'pləs-ij\ *n* (1924) : an amount over and above another amount

**plus sign** *n* (ca. 1907) : a sign + denoting addition or a positive quantity

**Plu·to** \'plüt-(,)ō\ *n* [L *Pluton-, Pluto*, fr. Gk *Ploutōn*] **1** : the Greek god of the underworld — compare DIS **2** [NL] : the planet farthest from the sun — see PLANET table

**plu·toc·ra·cy** \plü-'täk-rə-sē\ *n, pl* **-cies** [Gk *ploutokratia*, fr. *ploutos* wealth; akin to L *pluere* to rain] (1652) **1** : government by the wealthy **2** : a controlling class of the wealthy — **plu·to·crat** \'plüt-ə-,krat\ *n* — **plu·to·crat·ic** \,plüt-ə-'krat-ik\ *adj* — **plu·to·crat·i·cal·ly** \-i-k(ə-)lē\ *adv*

**plu·ton** \'plü-,tän\ *n* [prob. back formation fr. *plutonic*] (1936) : a typically large body of intrusive igneous rock

**plu·to·ni·an** \plü-'tō-nē-ən\ *adj, often cap* (1667) : of, relating to, or characteristic of Pluto or the lower world : INFERNAL

**plu·ton·ic** \plü-'tän-ik\ *adj* [L *Pluton-, Pluto*] (1833) **1** : formed by solidification of magma deep within the earth and crystalline throughout ⟨~ rock⟩ **2** *often cap* : PLUTONIAN

**plu·to·ni·um** \plü-'tō-nē-əm\ *n* [NL, fr. *Pluton-, Pluto* the planet Pluto] (1942) : a radioactive metallic element similar chemically to uranium that is formed as the isotope 239 by decay of neptunium and found in minute quantities in pitchblende, that undergoes slow disintegration with the emission of a helium nucleus to form uranium 235, and that is fissionable with slow neutrons to yield atomic energy — see ELEMENT table

**¹plu·vi·al** \'plü-vē-əl\ *adj* [L *pluvialis*, fr. *pluvia* rain, fr. fem. of *pluvius* rainy, fr. *pluere* to rain — more at FLOW] (ca. 1656) **1 a** : of or relating to rain **b** : characterized by abundant rain **2** *of a geologic change* : resulting from the action of rain

**pluvial** *n* (1929) : a prolonged period of wet climate ⟨the ~s of the early Pleistocene⟩

**¹ply** \'plī\ *vt* **plied; ply·ing** [ME *plien* to fold, fr. MF *plier*, fr. L *plicare*; akin to OHG *flehtan* to braid, L *plectere*, Gk *plekein*] (14c) : to twist together ⟨~ two single yarns⟩

**²ply** *n, pl* **plies** (1537) **1 a** : one of the strands in a yarn **b** : one of several layers (as of cloth) usu. sewn or laminated together **c** : one of the veneer sheets forming plywood **d** : a layer of a paper or paperboard **2** : INCLINATION, BIAS

**³ply** *vb* **plied; ply·ing** [ME *plien*, short for *applien* to apply] *vt* (14c) **1 a** : to use or wield diligently ⟨busily ~*ing* his pen⟩ **b** : to practice or perform diligently ⟨~*ing* his trade⟩ **2** : to keep furnishing or supplying something to ⟨*plied* us with liquor⟩ **3** : to make a practice of or ~ing or sailing over or on ⟨the boat *plies* the river⟩ ~ *vi* **1** : to apply oneself steadily **2** : to go or travel regularly ⟨a steamer ~*ing* between opposite shores of the lake⟩

**Plym·outh Rock** \,plim-əth-\ *n* [fr. *Plymouth Rock*, on which the Pilgrims are supposed to have landed in 1620] (1849) : any of an American breed of medium-sized single-combed dual-purpose domestic fowls

**ply·wood** \'plī-,wu̇d\ *n* (1907) : a structural material consisting of sheets of wood glued or cemented together with the grains of adjacent layers arranged at right angles or at a wide angle

**-pnea** *or* **-pnoea** \(p)-nē-ə\ *n comb form* [NL, fr. Gk *pnoia*, fr. *pnoē*, fr. *pnein* to breathe] : breath : breathing ⟨hyper*pnea*⟩ ⟨a*pnoea*⟩

**pneum-** *or* **pneumo-** *comb form* [NL, partly fr. Gk *pneum-*, fr. *pneuma*; partly fr. Gk *pneumōn* lung] **1** : air : gas ⟨*pneumo*thorax⟩ **2** : lung ⟨*pneum*ectomy⟩ : pulmonary and ⟨*pneumo*gastric⟩ **3** : respiration ⟨*pneumo*graph⟩ **4** : pneumonia ⟨*pneumo*coccus⟩

**pneu·ma** \'n(y)ü-mə\ *n* [Gk] (1884) : SOUL, SPIRIT

**pneumat-** *or* **pneumato-** *comb form* [Gk, fr. *pneumat-, pneuma*] **1** : air : vapor : gas ⟨*pneumat*ics⟩ **2** : respiration ⟨*pneumato*meter⟩

**pneu·mat·ic** \n(y)u̇-'mat-ik\ *adj* [L *pneumaticus*, fr. Gk *pneumatikos*, fr. *pneumat-, pneuma* air, breath, spirit, fr. *pnein* to breathe — more at SNEEZE] (1659) **1** : of, relating to, or using gas (as air or wind): **a** : moved or worked by air pressure **b** (1) : adapted for holding or inflated with compressed air (2) : having air-filled cavities **2** : of or relating to the pneuma : SPIRITUAL **3** : having a well-proportioned feminine figure; *esp* : having a full bust — **pneu·mat·i·cal·ly** \-i-k(ə-)lē\ *adv* — **pneu·ma·tic·i·ty** \,n(y)ü-mə-'tis-ət-ē\ *n*

**pneu·mat·ics** \n(y)u̇-'mat-iks\ *n pl but sing in constr* (1660) : a branch of mechanics that deals with the mechanical properties of gases

**pneu·ma·tol·o·gy** \,n(y)ü-mə-'täl-ə-jē\ *n* [NL *pneumatologia*, fr. Gk *pneumat-, pneuma* + NL *-logia* -logy] (1678) : the study of spiritual beings or phenomena

**pneu·ma·to·lyt·ic** \,n(y)ü-mət-ᵊl-'it-ik, (,)n(y)ü-,mat-ᵊl-\ *adj* [ISV] (1896) : formed or forming by hot vapors or superheated liquids under pressure — used esp. of minerals and ores

**pneu·mato·phore** \n(y)u̇-'mat-ə-,fō(ə)r, -,fo̊(ə)r\ *n* [ISV] (1859) **1** : a muscular gas-containing sac that serves as a float on a siphonophore colony **2** : a root often functioning as a respiratory organ in a marsh plant

**pneu·mo·coc·cus** \,n(y)ü-mə-'käk-əs\ *n, pl* **-coc·ci** \-'käk-,(s)ī, -'käk-(,)(s)ē\ [NL] (ca. 1890) : a bacterium (*Diplococcus pneumoniae*) that causes an acute pneumonia involving one or more lobes of the lung — **pneu·mo·coc·cal** \-'käk-əl\ *adj*

**pneu·mo·co·ni·o·sis** \,n(y)ü-mō-,kō-nē-'ō-səs\ *n, pl* **-o·ses** \-,sēz\ [NL, fr. *pneum-* + Gk *konis* dust — more at INCINERATE] (1881) : a disease of the lungs caused by the habitual inhalation of irritant mineral or metallic particles — compare BLACK LUNG, SILICOSIS

**pneu·mo·graph** \'n(y)ü-mə-,graf\ *n* [ISV] (1878) : an instrument for recording the thoracic movements or volume change during respiration

**pneu·mo·nec·to·my** \,n(y)ü-mə-'nek-tə-mē\ *n, pl* **-mies** [Gk *pneumōn* + ISV *-ectomy*] (ca. 1895) : excision of an entire lung or of one or more lobes of a lung

**pneu·mo·nia** \n(y)u̇-'mō-nyə\ *n* [NL, fr. Gk, fr. *pneumōn* lung, alter. of *pleumōn* — more at PULMONARY] (1603) : a disease of the lungs characterized by inflammation and consolidation followed by resolution and caused by infection or irritants

**pneu·mon·ic** \n(y)u̇-'män-ik\ *adj* [NL *pneumonicus*, fr. Gk *pneumonikos*, fr. *pneumōn*] (1675) **1** : of or relating to the lungs : PULMONIC, PULMONARY **2** : of, relating to, or affected with pneumonia

**pneu·mo·tho·rax** \,n(y)ü-mə-'thō(ə)r-,aks, -'thȯ(ə)r-\ *n* [NL] (1821) : a state in which air or other gas is present in the pleural cavity and which occurs spontaneously as a result of disease or injury of lung tissue or puncture of the chest wall or is induced as a therapeutic measure to collapse the lung

**pneu·mo·tro·pic** \,n(y)ü-mə-'trōp-ik, -'träp-\ *adj* (ca. 1929) : turning, directed toward, or having an affinity for lung tissues — used esp. of infective agents

**¹poach** \'pōch\ *vt* [ME *pochen*, fr. MF *pocher*, fr. OF *pochier*, lit., to put into a bag, fr. *poche* bag, pocket, of Gmc origin; akin to OE *pocca* bag] (14c) : to cook in simmering liquid

**²poach** *vb* [MF *pocher*, of Gmc origin; akin to ME *poken* to poke] *vi* (1677) **1** : to trespass on (a field) ~*ed* too frequently by the amateur —*Times Lit. Supp.*⟩ **2 a** : to take (game or fish) by illegal methods **b** : to appropriate (something) as one's own ~ *vi* **1** : to trespass for the purpose of stealing game; *also* : to take game or fish illegally **2** : to encroach; *esp* : for the purpose of taking something

**¹poach·er** \'pō-chər\ *n* [²*poach*] (1667) **1** : one that trespasses or steals **2** : one who kills or takes game or fish illegally

**²poacher** *n* [¹*poach*] (1861) **1** : a covered pan containing a plate with depressions or shallow cups in each of which an egg can be cooked over steam rising from boiling water in the bottom of the pan **2** : a shallow baking dish in which food (as fish) can be poached

**po'boy** \'pō-,bȯi\ *var of* POOR BOY

**po·chard** \'pō-chərd\ *n* [origin unknown] (1552) : any of numerous rather heavy-bodied diving ducks (esp. genus *Aythya*) with a large head and with feet and legs placed far back under the body

**¹pock** \'päk\ *n* [ME *pokke*, fr. OE *pocc*; akin to MLG & MD *pocke* pock, L *bucca* cheek, mouth] (bef. 12c) : a pustule in an eruptive disease (as smallpox); *also* : a spot suggesting such a pustule

**²pock** *vt* (1841) : to mark with or as if with pocks : PIT

**¹pock·et** \'päk-ət\ *n* [ME *poket*, fr. ONF *pokete*, dim. of *poke* bag, of Gmc origin; akin to OE *pocca* bag] (15c) **1 a** : a small bag carried by

mechanical or photomechanical duplicating process **3** of or involving illusory effects usu introduced during processing of the film

**⁴pro·cess** \prə 'ses\ *vi* [back formation fr ¹*procession*] *chiefly Brit* (1814) to move in a procession

**pro·cess cheese** \ˌpräs ˌes ˌprōs əs \ *n* (1926) a cheese made by blending several lots of cheese

**pro·cess·ible** *or* **pro·cess·able** \'präs ˌes ə bəl 'prōs \ *adj* (1954) suitable for processing capable of being processed — **pro·cess·ibil·i·ty** *or* **pro·cess·abil·i·ty** \ˌpräs ˌes ə-'bil ət ē ˌprōs \ *n*

**¹pro·ces·sion** \prə 'sesh ən\ *n* [ME *processioun* fr OF *procession* fr LL & L LL *procession processio* religious procession fr L act of proceeding fr *processus* pp] (12c) **1 a** a group of individuals moving along in an orderly often ceremonial way **b** SUCCESSION SEQUENCE **2 a** continuous forward movement PROGRESSION **b** EMANATION ⟨the Holy Ghost's ~ from the Father⟩

**²procession** *vi archaic* (1691) to go in procession

**¹pro·ces·sion·al** \prə-'sesh nəl ən ᵊl\ *n* (15c) **1** a book containing material for a procession **2** a musical composition (as a hymn) designed for a procession **3** a ceremonial procession

**²processional** *adj* (ca 1611) of relating to or moving in a procession — **pro·ces·sion·al·ly** \ ē\ *adv*

**pro·ces·sor** \'präs ˌes ər 'prōs \ *n* (1909) **1** one that processes ⟨scrap ~⟩ **2 a** (1) COMPUTER (2) the part of a computer system that operates on data — called also *central processing unit* **b** a computer program (as a compiler) that puts another program into a form acceptable to the computer

**process printing** *n* (1931) a method of printing from halftone plates in usu three or more colors so that nearly any hue may be reproduced

**pro·ces–ver·bal** \prō ˌsā vər 'bal (ˌ)ver \ *n pl* **pro·ces–ver·baux** \ 'bō\ [F lit verbal trial] (1635) an official written record

**pro–choice** \(')prō-'chȯis\ *adj* (1975) favoring legalized abortion — **pro–choic·er** \ 'chȯi sər\ *n*

**pro·claim** \prō-'klām prə \ *vt* [ME *proclamen* fr MF or L MF *proclamer* fr L *proclamare* fr *pro* before + *clamare* to cry out — more at PRO CLAIM] (15c) **1 a** to declare publicly typically insistently proudly or defiantly and in either speech or writing ANNOUNCE **b** to give outward indication of SHOW **2** to declare or declare to be solemnly officially or formally ⟨~ an amnesty⟩ ⟨~ the country a republic⟩ **3** to praise or glorify openly or publicly EXTOL **syn** see DECLARE — **pro·claim·er** *n*

**proc·la·ma·tion** \ˌpräk lə 'mā shən\ *n* [ME *proclamacion* fr MF *proclamation* fr L *proclamation proclamatio* fr *proclamatus* pp of *proclamare*] (15c) **1** the action of proclaiming the state of being proclaimed **2** something proclaimed *specif* an official formal public announcement

**pro·clit·ic** \prō 'klit ik\ *adj* [NL *procliticus* fr Gk *pro-* + LL *-cliticus* (as in *encliticus* enclitic)] (1846) of relating to or constituting a word or particle without sentence stress that is accentually dependent upon a following stressed word and is pronounced with it as a phonetic unit — **proclitic** *n*

**pro·cliv·i·ty** \prō 'kliv ət ē\ *n pl* **-ties** [L *proclivitas* fr *proclivis* sloping prone fr *pro* forward + *clivus* hill — more at PRO- DECLIVITY] (ca 1591) an inclination or predisposition toward something, *esp* a strong inherent inclination toward something objectionable **syn** see LEANING

**Proc·ne** \'präk nē\ *n* [L, fr Gk *Proknē*] the wife of Tereus who is changed into a swallow while fleeing from him

**pro·con·sul** \(')prō 'kän(t) səl\ *n* [ME fr L fr *pro consule* for a consul] (14c) **1** a governor or military commander of an ancient Roman province **2** an administrator in a modern colony dependency or occupied area usu with wide powers — **pro·con·su·lar** \ s(ə-)lər\ *adj* — **pro·con·su·late** \ s(ə )lət\ *n* — **pro·con·sul·ship** \ səl ˌship\ *n*

**pro·cras·ti·nate** \p(r)ə-'kras tə ˌnāt prō-\ *vb* **-nat·ed**; **-nat·ing** [L *procrastinatus*, pp of *procrastinare* fr *pro* forward + *crastinus* of tomorrow fr *cras* tomorrow] *vt* (1588) to put off intentionally and habitually ~ *vi* to put off intentionally the doing of something that should be done **syn** see DELAY — **pro·cras·ti·na·tion** \ ˌkras tə 'nā shən\ *n* — **pro·cras·ti·na·tor** \ 'kras tə ˌnāt ər\ *n*

**pro·cre·ant** \'prō krē ənt\ *adj* (1588) **1** producing offspring **2** *archaic* of or relating to procreation

**pro·cre·ate** \ ˌāt\ *vb* **-at·ed**; **-at·ing** [L *procreatus* pp of *procreare* fr *pro* forth + *creare* to create — more at PRO CREATE] *vt* (1536) to beget or bring forth (offspring) PROPAGATE ~ *vi* to beget or bring forth offspring REPRODUCE — **pro·cre·ation** \ˌprō krē 'ā shən\ *n* — **pro·cre·ative** \'prō krē ˌāt iv\ *adj* — **pro·cre·ator** \ ˌāt ər\ *n*

**pro·crus·te·an** \p(r)ə 'krəs tē ən prō \ *adj often cap* (ca 1846) **1** of relating to or typical of Procrustes **2** marked by arbitrary often ruthless disregard of individual differences or special circumstances

**procrustean bed** *n often cap P* (1848) a scheme or pattern into which someone or something is arbitrarily forced

**Pro·crus·tes** \p(r)ə 'krəs (ˌ)tēz prō \ *n* [L fr Gk *Prokroustēs*] a villainous son of Poseidon in Greek myth who forces travelers to fit into his bed by stretching their bodies or cutting off their legs

**pro·cryp·tic** \(')prō 'krip tik\ *adj* [*pro-* (as in *protect*) + *cryptic*] (1891) of relating to or being a concealing pattern or shade of coloring esp in insects

**proc·to·dae·um** \ˌpräk tə 'dē əm\ *n pl* **-daea** \ 'dē ə\ *or* **-dae·ums** [NL fr Gk *prōktos* anus + *hodos* way — more at CEDE] (1878) the posterior ectodermal part of the alimentary canal formed in the embryo by invagination of the outer body wall

**proc·tol·o·gy** \präk 'täl ə jē\ *n* [Gk *prōktos* + E *-logy*] (1899) a branch of medicine dealing with the structure and diseases of the anus rectum and sigmoid colon — **proc·to·log·ic** \ˌpräk tə 'läj ik\ *or* **proc·to·log·i·cal** \ i kəl\ *adj* — **proc·tol·o·gist** \präk 'täl ə jəst\ *n*

**proc·tor** \'präk tər\ *n* [ME *procutour* procurator proctor alter of *procuratour*] (14c) SUPERVISOR MONITOR *specif* one appointed to supervise students (as at an examination) — **proctor** *vb* — **proc·to·ri·al** \präk 'tōr ē əl 'tȯr \ *adj* — **proc·tor·ship** \'präk tər ˌship\ *n*

**pro·cum·bent** \prō-'kəm bənt\ *adj* [L *procumbent procumbens* prp of *procumbere* to fall or lean forward fr *pro* forward + *-cumbere* to lie down — more at HIP] (1668) **1** being or having stems that trail along the ground without rooting **2** lying face down

**proc·u·ra·tion** \ˌpräk yə 'rā shən\ *n* [ME *procuracioun* fr MF *procuration* fr L *procuration procuratio* fr *procuratus* pp of *procurare*] (15c) **1 a** the act of appointing another as one's agent or attorney **b** the authority vested in one so appointed **2** the action of obtaining something (as supplies) PROCUREMENT

**proc·u·ra·tor** \'präk yə ˌrāt ər\ *n* (13c) **1** one that manages another's affairs AGENT **2** an officer of the Roman empire entrusted with management of the financial affairs of a province and often having administrative powers as agent of the emperor — **proc·u·ra·to·ri·al** \ˌpräk yə rə 'tōr ē əl 'tȯr \ *adj*

**pro·cure** \prə 'kyu̇(ə)r prō \ *vb* **pro·cured**; **pro·cur·ing** [ME *procuren* fr LL *procurare* fr L to take care of fr *pro* for + *cura* care] *vt* (13c) **1 a** to get possession of obtain by particular care and effort **b** to get and make available for promiscuous sexual intercourse **2** to bring about ACHIEVE ~ *vi* to procure women — **pro·cur·able** \ 'kyu̇r ə bəl\ *adj* — **pro·cur·ance** \ ən(t)s\ *n* — **pro·cure·ment** \ 'kyu̇(ə)r mənt\ *n*

**pro·cur·er** \ 'kyu̇r ər\ *n* (1538) one that procures *esp* PANDER

**Pro·cy·on** \'prō sē ˌän 'präs ē ən\ *n* [L fr Gk *Prokyōn* lit fore dog fr its rising before Sirius] a star of magnitude 0.38 in Canis Minor

**¹prod** \'präd\ *vb* **prod·ded**; **prod·ding** [origin unknown] *vt* (1535) **1 a** to thrust a pointed instrument into PRICK **b** to incite to action STIR **2** to poke or stir as if with a prod ~ *vi* to urge someone on — **prod·der** *n*

**²prod** *n* (ca 1787) **1** a pointed instrument used to prod **2** an incitement to act

**¹prod·i·gal** \'präd i gəl\ *adj* [L *prodigus* fr *prodigere* to drive away squander fr *pro-*, *prod-* forth + *agere* to drive — more at PRO- AGENT] (1500) **1** recklessly extravagant **2** characterized by wasteful expenditure LAVISH **3** yielding abundantly LUXURIANT **syn** see PROFUSE — **prod·i·gal·i·ty** \ˌpräd ə 'gal ət ē\ *n* — **prod·i·gal·ly** \'präd i g(ə-)lē\ *adv*

**²prodigal** *n* (1596) one who spends or gives lavishly and foolishly

**pro·di·gious** \prə 'dij əs\ *adj* (15c) **1 a** *obs* being an omen PORTENTOUS **b** *archaic* resembling or befitting a prodigy STRANGE UNUSUAL **2** exciting amazement or wonder **3** extraordinary in bulk quantity or degree ENORMOUS **syn** see MONSTROUS — **pro·di·gious·ly** *adv* — **pro·di·gious·ness** *n*

**prod·i·gy** \'präd ə jē\ *n pl* **-gies** [L *prodigium* omen monster fr *pro-*, *prod-* + *-igium* (akin to *aio* I say) — more at ADAGE] (15c) **1 a** a portentous event OMEN **b** something extraordinary or inexplicable **2 a** an extraordinary marvelous or unusual accomplishment deed or event **b** a highly talented child

**pro·dro·mal** \(')prō 'drō məl\ *adj* (1716) PRECURSORY *esp* marked by prodromes

**pro·drome** \'prō ˌdrōm\ *n* [F lit precursor fr Gk *prodromos* fr *pro* before + *dromos* running — more at PRO- DROMEDARY] (1872) a premonitory symptom of disease

**¹pro·duce** \prə 'd(y)üs prō \ *vb* **pro·duced**; **pro·duc·ing** [ME (Sc) *producen* fr L *producere* fr *pro* forward + *ducere* to lead — more at TOW] *vt* (15c) **1** to offer to view or notice EXHIBIT **2** to give birth or rise to YIELD **3** to extend in length area or volume ⟨~ a side of a triangle⟩ **4** to present to the public on the stage or screen or over radio or television **5** to give being form or shape to MAKE *esp* MANUFACTURE **6** to accrue or cause to accrue ~ *vi* to bear make or yield something ⟨labored literally day and night to ~ —Vera M. Dean⟩ — **pro·duc·ible** \ 'd(y)ü sə bəl\ *adj*

**²pro·duce** \'präd (ˌ)üs 'prōd *also* (ˌ)yüs\ *n* (1695) **1 a** something produced **b** the amount produced YIELD **2** agricultural products and esp fresh fruits and vegetables as distinguished from grain and other staple crops **3** the progeny usu of a female animal

**pro·duced** \prə 'd(y)üst prō \ *adj* (1669) disproportionately elongated ⟨a ~ leaf⟩

**pro·duc·er** \prə 'd(y)ü sər prō \ *n* (1513) **1** one that produces *esp* one that grows agricultural products or manufactures crude materials into articles of use **2** a furnace or apparatus that produces combustible gas to be used for fuel by circulating air or a mixture of air and steam through a layer of incandescent fuel **3** a person who supervises or finances the production of a stage or screen production or radio or television program **4** any of various organisms (as a green plant) which produce their own organic compounds from simple precursors (as carbon dioxide and inorganic nitrogen) and many of which are food sources for other organisms — compare CONSUMER b

**producer gas** *n* (1895) gas made in a producer and consisting chiefly of carbon monoxide hydrogen and nitrogen

**producer goods** *n pl* (1948) goods (as tools and raw materials) that are used to produce other goods and satisfy human wants only indirectly

**prod·uct** \'präd (ˌ)əkt\ *n* [in sense 1 fr ME fr ML *productum* fr L something produced fr neut of *productus* pp of *producere*; in other senses fr L *productum*] (15c) **1** the number or expression resulting from the multiplication together of two or more numbers or expressions **2** something produced **3** the amount quantity or total produced **4** CONJUNCTION 5

**pro·duc·tion** \prə 'dək shən prō \ *n* (15c) **1 a** something produced PRODUCT **b** (1) a literary or artistic work (2) a work presented on the stage or screen or over the air **c** an exaggerated action **2 a** the act or process of producing **b** the creation of utility *esp* the making of goods available for use **3** total output esp of a commodity or an industry — **pro·duc·tion·al** \ shnəl shən ᵊl\ *adj*

**production control** *n* (ca 1944) systematic planning coordinating and directing of all manufacturing activities and influences to insure having goods made on time of adequate quality and at reasonable cost

**production line** *n* (1935) LINE 6j

**pro·duc·tive** \prə 'dək tiv prō \ *adj* (1612) **1** having the quality or power of producing esp in abundance ⟨~ fishing waters⟩ **2** effective in bringing about ORIGINATIVE ⟨investigating committees have been ~ of much good —R. K. Carr⟩ **3 a** yielding or furnishing results benefits or profits **b** yielding or devoted to the satisfaction of wants or the creation of utilities **4** continuing to be used in the formation of new words or constructions ⟨*un-* is a ~ prefix⟩ **5** raising mucus or sputum (as from the bronchi) ⟨a ~ cough⟩ — **pro·duc·tive·ly** *adv* — **pro·duc·tive·ness** *n*

**pro·duc·tiv·i·ty** \(ˌ)prō ˌdək 'tiv ət ē ˌpräd (ˌ)ək prə ˌdək \ *n* (1809) **1** the quality or state of being productive **2** rate of production esp of food by the utilization of solar energy by producer organisms

GUISH **b** : to put out the light or fire of ⟨~ glowing coals with water⟩ **c** : to cool (as heated metal) suddenly by immersion (as in oil or water) **d** : to cause to lose heat or warmth ⟨you have ~*ed* the warmth of France toward you —Alfred Tennyson⟩ **2 a** : to bring (something immaterial) to an end typically by satisfying, damping, cooling, or decreasing ⟨a rational understanding of the laws of nature can ~ impossible desires —Lucius Garvin⟩ ⟨the praise that ~*es* all desire to read the book —T. S. Eliot⟩ **b** : to terminate by or as if by destroying : ELIMINATE ⟨the Commonwealth party ~*ed* a whole generation of play-acting —Margery Bailey⟩ ⟨~ a rebellion⟩ **c** : to relieve or satisfy with liquid ⟨~*ed* his thirst at a wayside spring⟩ ~ *vi* **1** : to become extinguished : COOL **2** : to become calm : SUBSIDE — **quench·able** \'kwen-chə-bəl\ *adj* — **quench·er** *n* — **quench·less** \'kwench-ləs\ *adj*

**que·nelle** \kə-'nel\ *n* [Fr, fr G dial *knödel* dumpling, fr MHG, akin to OHG *knoto* knot — more at KNOT] (ca 1845) : a poached oval dumpling made from pureed forcemeat (as of pike) and often served in a cream sauce

**quer·ce·tin** \'kwər-sət-ən\ *n* [ISV, fr L *quercetum* oak forest, fr *quercus* oak — more at FIR] (ca 1833) : a yellow crystalline pigment $C_{15}H_{10}O_7$ occurring usu. in the form of glycosides in various plants

**quer·cit·ron** \'kwər-,si-trən, ,kwər-'\ *n* [blend of NL *Quercus* and ISV *citron*] (1794) **1** : a large timber black oak (*Quercus velutina*) of the eastern and central U.S. **2** : the bark of a quercitron that is rich in tannin and yellow coloring matter and is used in tanning and dyeing

**que·rist** \'kwi(ə)r-əst, 'kwe(ə)r-\ *n* [L *quaerere* to ask] (1633) : one who inquires

**quern** \'kwərn\ *n* [ME, fr OE *cweorn*, akin to OHG *quirn* mill, OSlav *žrŭny*] (bef. 12c) : a primitive hand mill for grinding grain

**quer·u·lous** \'kwer-(y)ə-ləs *also* 'kwir-\ *adj* [L *querulus*, fr *queri* to complain] (1500) **1** : habitually complaining **2** : FRETFUL, WHINING ⟨a ~ voice⟩ — **quer·u·lous·ly** *adv* — **quer·u·lous·ness** *n*

**¹que·ry** \'kwi(ə)r-ē, 'kwe(ə)r-\ *n, pl* **queries** [alter. of earlier *quere*, fr L *quaere*, imper. of *quaerere* to ask] (14c) **1** : QUESTION, INQUIRY **2** : a question in the mind : DOUBT **3** : QUESTION MARK

**²query** *vt* **que·ried; que·ry·ing** (1535) **1** : to ask questions about esp. in order to resolve a doubt **2** : to put as a question **3** : to ask questions of esp. with a desire for authoritative information **4** : to mark with a query *syn* see ASK — **que·ri·er** *n*

**que·sa·dil·la** \,kā-sə-'thē(l)-yə\ *n* [Sp, dim. of *quesada* cheese turnover, fr *queso* cheese, fr L *caseus* — more at CHEESE] (1944) : a wheat tortilla filled with a savory mixture, folded, fried in deep fat, and topped with cheese

**¹quest** \'kwest\ *n* [ME, search, pursuit, investigation, inquest, fr MF *queste* search, pursuit, fr (assumed) VL *quaesta*, fr L, fem. of *quaestus*] (14c) **1 a** : a jury of inquest **b** : INVESTIGATION **2** : an act or instance of seeking **a** : PURSUIT, SEARCH **b** : a chivalrous enterprise in medieval romance usu. involving an adventurous journey **3** *obs* : ones who search or make inquiry

**²quest** *vi* (14c) **1** *of a dog* **a** : to search a trail **b** : BAY **2** : to go on a quest ~ *vt* **1** : to search for **2** : to ask for — **quest·er** *n*

**¹ques·tion** \'kwes(h)-chən\ *n* [ME, fr MF, fr L *quaestion-, quaestio*, fr *quaesitus, quaestus*, pp. of *quaerere* to seek, ask] (14c) **1 a** (1) : an interrogative expression often used to test knowledge (2) : an interrogative sentence or clause **b** : a subject or aspect in dispute or open for discussion : ISSUE; *broadly* : PROBLEM, MATTER **c** (1) : a subject or point of debate or a proposition to be voted on in a meeting (2) : the bringing of such to a vote **d** : the specific point at issue **2 a** : an act or instance of asking : INQUIRY **b** : INTERROGATION; *also* : a judicial or official investigation **c** : torture as part of an examination **d** (1) : OBJECTION, DISPUTE ⟨true beyond ~⟩ (2) : room for doubt or objection ⟨little ~ of his skill⟩ (3) : CHANCE, POSSIBILITY ⟨no ~ of escape⟩

**²question** *vt* (15c) **1** : to ask a question of or about **2** : to interrogate intensively : CROSS-EXAMINE **3 a** : DOUBT, DISPUTE **b** : to subject to analysis : EXAMINE ~ *vi* : to ask questions : INQUIRE *syn* see ASK — **ques·tion·er** *n*

**ques·tion·able** \'kwes(h)-chə-nə-bəl, *in rapid speech* 'kwesh-nə-\ *adj* (1602) **1** *obs* : inviting inquiry **2** *obs* : liable to judicial inquiry or action **3** : affording reason for being doubted, questioned, or challenged : not certain or exact : PROBLEMATIC ⟨milk of ~ purity⟩ ⟨a ~ decision⟩ **4** : attended by well-grounded suspicions of being immoral, crude, false, or unsound : DUBIOUS ⟨~ motives⟩ *syn* see DOUBTFUL — **ques·tion·able·ness** *n* — **ques·tion·ably** \-blē\ *adv*

**ques·tion·ary** \'kwes(h)-chə-,ner-ē\ *n, pl* **-ar·ies** (ca 1901) : QUESTIONNAIRE

**ques·tion·less** \'kwes(h)-chən-ləs\ *adj* (1532) **1** : INDUBITABLE, UNQUESTIONABLE **2** : UNQUESTIONING

**question mark** *n* (1869) **1** : something unknown, unknowable, or uncertain **2** : a mark ? used in writing and printing at the conclusion of a sentence to indicate a direct question

**ques·tion·naire** \,kwes(h)-chə-'na(ə)r, -'ne(ə)r\ *n* [F, fr *questionner* to question, fr MF, fr *question*, n.] (1899) **1** : a set of questions for obtaining statistically useful or personal information from individuals **2** : a written or printed questionnaire often with spaces for answers **3** : a survey made by the use of a questionnaire

**question time** *n* (1885) : a period in a session of a British parliamentary body during which members may put to a minister questions on matters concerning his department

**ques·tor** \'kwes-tər\ *var of* QUAESTOR

**quet·zal** \ket-'sal, -'sal\ *n, pl* **quetzals** *or* **quet·za·les** \-'sal-(,)ās, -'sal-\ [AmerSp, fr Nahuatl *quetzaltototl*, fr *quetzalli* brilliant tail feather + *tototl* bird] (1827) **1** : a Central American trogon (*Pharomachrus mocinno*) that has brilliant plumage and in the male long upper tail coverts **2** *pl* *quetzales* — see MONEY table

**Quet·zal·co·atl** \ket-'sal-,kwat-ᵊl, -'sal-, -kə-,wat-\ *n* [Nahuatl] : a chief Toltec and Aztec god identified with the wind and air and represented by means of a feathered serpent

quetzal 1

**¹queue** \'kyü\ *n* [F, lit., tail, fr L *cauda, coda*] (1748) **1** : a braid of hair usu. worn hanging at the back of the head **2** : a waiting line esp. of persons or vehicles

**²queue** *vb* **queued, queu·ing** *or* **queue·ing** *vt* (1777) : to arrange or form in a queue ~ *vi* : to line up or wait in a queue — often used with *up* — **queu·er** *n*

**¹quib·ble** \'kwib-əl\ *vb* **quib·bled; quib·bling** \-(ə-)liŋ\ *vi* (1656) **1 a** : CAVIL, CARP **b** : BICKER **2** : to evade the point of an argument by caviling about words ~ *vt* : to subject to quibbles — **quib·bler** \-(ə-)lər\ *n*

**²quibble** *n* [prob. dim. of obs. *quib* (quibble)] (1670) **1** : an evasion of or shift from the point **2** : a minor objection or criticism

**quiche** \'kēsh\ *n* [F, fr G dial. (Lorraine) *küche*, dim. of *kuchen* cake, fr OHG *kuocho* — more at CAKE] (ca 1941) : an unsweetened custard pie usu. having a savory filling (as spinach, mushrooms, or ham)

**quiche lor·raine** \-lə-'ran, -lo-\ *n, often cap L* [F, fr *lorraine* fem. of *lorrain* of Lorraine] (ca 1941) : a quiche containing cheese and crisp bacon bits

**¹quick** \'kwik\ *adj* [ME *quik*, fr OE *cwic*; akin to ON *kvikr* living, L *vivus* living, *vivere* to live, Gk *bios, zōē* life] (bef. 12c) **1** *archaic* : not dead : LIVING, ALIVE **2** : acting or capable of acting with speed: as **a** (1) : fast in understanding, thinking, or learning : mentally agile ⟨a ~ mind⟩ ⟨~ thinking⟩ (2) : reacting to stimuli with speed and keen sensitivity (3) : aroused immediately and intensely ⟨~ tempers⟩ **b** (1) : fast in development or occurrence ⟨a ~ succession of events⟩ (2) : done or taking place with rapidity ⟨gave them a ~ look⟩ **c** : marked by speed, readiness, or promptness of physical movement ⟨walked with ~ steps⟩ **d** : inclined to hastiness (as in action or response) ⟨too ~ to criticize⟩ **e** : capable of being easily and speedily prepared ⟨a ~ and tasty dinner⟩ **3** *archaic* **a** : not stagnant : RUNNING, FLOWING **b** : MOVING, SHIFTING ⟨~ mud⟩ **4** *archaic* : FIERY, GLOWING **5** *obs* **a** : PUNGENT **b** : CAUSTIC **6** *archaic* : PREGNANT **7** : having a sharp angle ⟨a ~ turn in the road⟩ — **quick·ly** *adv* — **quick·ness** *n*

*syn* QUICK, PROMPT, READY, APT mean able to respond without delay or hesitation or indicative of such ability. QUICK stresses instancy of response and is likely to connote native rather than acquired power ⟨very *quick* in perception⟩ ⟨a keen *quick* mind⟩. PROMPT is more likely to connote training and discipline that fits one for instant response ⟨*prompt* insight into the workings of complex apparatus —F. H. Garrison⟩. READY suggests facility or fluency in response ⟨reading maketh a full man, conference a *ready* man —Francis Bacon⟩. APT stresses the possession of qualities (as intelligence, a particular talent, or a strong bent) that makes quick effective response possible ⟨an *apt* student⟩ ⟨her answer was *apt* and to the point⟩. *syn* see in addition FAST

**²quick** *n* (bef. 12c) **1 quick** *pl* : living beings **2** [prob. of Scand origin; akin to ON *kvika* sensitive flesh, fr *kvikr* living] **a** : a painfully sensitive spot or area of flesh (as that underlying a fingernail or toenail) **b** : the inmost sensibilities ⟨hurt to the ~ by the remark⟩ **c** : the very center of something : HEART **3** *archaic* : LIFE 1

**³quick** *adv* (13c) : in a quick manner

**quick assets** *n pl* (1891) : cash, accounts receivable, and other current assets excluding inventories

**quick bread** *n* (1918) : bread made with a leavening agent (as baking powder or baking soda) that permits immediate baking of the dough or batter mixture ⟨biscuits and muffins are *quick bread*⟩

**quick·en** \'kwik-ən\ *vb* **quick·ened; quick·en·ing** \-(ə-)niŋ\ *vt* (14c) **1 a** : to make alive : REVIVE **b** : to cause to be enlivened : STIMULATE **2** *archaic* **a** : KINDLE **b** : to cause to burn more intensely **3** : to make more rapid : HASTEN, ACCELERATE ⟨~*ed* her steps⟩ **4 a** : to make (a curve) sharper **b** : to make (a slope) steeper ~ *vi* **1** : to quicken something **2** : to come to life; *esp* : to enter into a phase of active growth and development ⟨seeds ~*ing* in the soil⟩ **3** : to reach the stage of gestation at which fetal motion is felt **4** : to shine more brightly ⟨watched the dawn ~*ing* in the east⟩ **5** : to become more rapid ⟨her pulse ~*ed* at the sight⟩ — **quick·en·er** \-(ə-)nər\ *n*

*syn* QUICKEN, ANIMATE, ENLIVEN, VIVIFY mean to make alive or lively. QUICKEN stresses a sudden renewal of life or activity esp. in something inert. ANIMATE emphasizes the imparting of motion or vitality to what is mechanical or artificial. ENLIVEN suggests a stimulus that arouses from dullness or torpidity. VIVIFY implies a freshening or energizing through renewal of vitality. *syn* see in addition PROVOKE

**quick fix** *n* (1970) : an expedient often inadequate solution to a problem

**quick–freeze** \'kwik-'frēz\ *vt* **-froze** \-'frōz\; **-fro·zen** \-'frōz-ᵊn\; **-freez·ing** (1930) : to freeze (food) for preservation so rapidly that ice crystals formed are too small to rupture the cells and the natural juices and flavor are preserved

**quick·ie** \'kwik-ē\ *n* (ca 1926) : something done or made in a hurry

**quick kick** *n* (ca 1940) : a punt in football on first, second, or third down made from a running or passing formation and designed to take the opposing team by surprise

**quick·lime** \'kwik-,līm\ *n* (15c) : the first solid product CaO that is obtained by calcining limestone and that develops great heat and becomes crumbly when treated with water

**quick–lunch** \-'lənch\ *n* (1903) : a luncheonette specializing in short-order food

**quick·sand** \'kwik-,sand\ *n* (15c) **1** : sand readily yielding to pressure; *esp* : a deep mass of loose sand mixed with water into which heavy objects readily sink **2** : something that entraps or frustrates

**quick·set** \-,set\ *n chiefly Brit* (15c) : plant cuttings set in the ground to grow esp. in a hedgerow; *also* : a hedge or thicket esp. of hawthorn grown from quickset

**¹quick·sil·ver** \-,sil-vər\ *n* (bef. 12c) : MERCURY 2a

**²quicksilver** *adj* (1655) : MERCURIAL 3

**quick·step** \-,step\ *n* (ca 1811) : a spirited march tune usu. accompanying a march in quick time

**quick–tem·pered** \-'tem-pərd\ *adj* (1830) : easily angered : IRASCIBLE

**quick time** *n* (ca 1802) : a rate of marching in which 120 steps each 30 inches in length are taken in one minute

**quick–wit·ted** \'kwik-'wit-əd\ *adj* (1530) : quick in perception and understanding : mentally alert *syn* see INTELLIGENT — **quick–wit·ted·ly** *adv* — **quick–wit·ted·ness** *n*

**¹quid** \'kwid\ *n, pl* **quid** *also* **quids** [origin unknown] *Brit* (1688) : a pound sterling

**²quid** *n* [E dial., cud, fr ME *qu*... a cut or wad of something c...

**quid·di·ty** \'kwid-ət-ē\ *n, pl* **-ti**... neut. of *quis* who — more ... QUIBBLE **b** : CROTCHET, ECC... to be of the type that it is : ES...

**quid·nunc** \'kwid-,nəŋk\ *n* [L ... seeks to know all the latest ne...

**quid pro quo** \,kwid-,prō-'kwō... something given or received...

**qui·es·cence** \kwī-'es-ᵊn(t)s, kw... being quiescent

**qui·es·cent** \-ᵊnt\ *adj* [L *quiesc*... quiet, rest, fr *quies*] (1605) ... quietly at rest **2** : causing no... see LATENT — **qui·es·cent·ly** *a*...

**¹qui·et** \'kwī-ət\ *n* [ME, fr L ... (14c) : the quality or state ... quiet : in a secretive manner

**²quiet** *adj* [ME, fr MF, fr L ... : marked by little or no mot... TLE, EASYGOING ⟨a ~ temper... ing⟩ **d** : enjoyed in peace ar... from noise or uproar : STI... clothes⟩ **3** : SECLUDED ⟨a ~...

**³quiet** *adv* (1573) : in a quiet m...

**⁴quiet** *vb* [LL *quietare* to set fr... cause to be quiet : CALM **2** : ... question ⟨~ title to a prope... with *down* — **qui·et·er** *n*

**qui·et·en** \'kwī-ət-ᵊn\ *vb* **qui·et**... *Brit* (ca 1828) : QUIET

**qui·et·ism** \'kwī-ət-,iz-əm\ *n* (... cism teaching that perfectio... hilation of the will and pas... and divine things **b** : a pa... the world or worldly affairs... **et·ist** \-ət-əst\ *adj or n* — **qui**...

**qui·etude** \'kwī-ə-,t(y)üd\ *n* [... : a quiet state : REPOSE

**qui·etus** \kwī-'ēt-əs\ *n* [ME... discharge from obligation] (... : removal from activity, es... represses

**quiff** \'kwif\ *n* [origin unknov...

**¹quill** \'kwil\ *n* [ME *quil* hol... feather] (15c) **1 a** (1) : a... yarn is wound (2) : a holl... and used in various mechani... mon ~*s*⟩ **2 a** (1) : th... FEATHER *esp* : one of the ... one of the hollow sharp ... something made from or r... for writing **4** : a float for a...

**²quill** *vt* (1783) **1** : to pleat... yarn) on a quill **b** : to mak...

**quill·back** \'kwil-,bak\ *n, pl* ... several suckers, *esp* : a sm... eastern No. America that h... gated

**¹quilt** \'kwilt\ *n* [ME *quilte* ... mattress] (13c) **1** : a bed... wool, cotton, or down and ... thing that is quilted or resen...

**²quilt** *vt* (1555) **1 a** : to fill... sew, or cover with lines or ... stitch (designs) through la... pieces of material **2** : to ... tween ~ *vi* **1** : to make qu...

**quilt·ing** *n* (1609) **1** : mater... **2** : the process of quilting

**quin-** *or* **quino-** *comb form* [S... : cinchona bark ⟨quinoline⟩

**quin·a·crine** \'kwin-ə-,krēn\ ... larial drug derived from ac... $C_{23}H_{30}ClN_3O \cdot 2HCl \cdot 2H_2O$

**quince** \'kwin(t)s\ *n* [ME *q*... MF *coin*, fr L *cydonium*, fr... tral Asian tree (*Cydonia ol*... hard-fleshed yellow apple... serves **2** : the tree that bea...

**quin·cunx** \'kwin-,kəŋ(k)s\ *n* ... fr *quinque* five + *uncia* t... : an arrangement of five th... middle of a square or rect... **quin·cunx·ial** \-'kəŋ(k)-se-əl...

**quin·de·cil·lion** \,kwin-di-'sil... *quinque* five + *decem* ten) ... (ca 1903) — see NUMBER ta...

**quin·i·dine** \'kwin-ə-,dēn\ ... $C_{20}H_{24}N_2O_2$ stereoisomeric ... treating cardiac rhythm irr...

**qui·nie·la** \ken-'yel-ə\ *or* **qi**... game of chance resembling... (as on dog races) in which... place finishers but need nc... win — compare PERFECTA

**qui·nine** \'kwī-,nīn *also* 'kwi... cinchona, short for *quinaq*... talline alkaloid $C_{20}H_{24}N_2C$... : a salt of quinine used esp... tonic

**quinine water** *n* (1953) : a ... amount of quinine, lemon,...

**rel·e·van·cy** \-vən-sē\ *n pl* **-cies** (1561) : RELEVANCE *also* : something relevant

**rel·e·vant** \'rel-ə-vənt\ *adj* [ML *relevant-, relevans,* fr. L, prp. of *relevare* to raise up — more at RELIEVE] (1560) **1 a** : having significant and demonstrable bearing on the matter at hand **b** : affording evidence tending to prove or disprove the matter at issue or under discussion ⟨~ testimony⟩ **c** : having social relevance **2** : PROPORTIONAL, RELATIVE — **rel·e·vant·ly** *adv*

***syn*** RELEVANT, GERMANE, MATERIAL, PERTINENT, APPOSITE, APPLICABLE, APROPOS mean relating to or bearing upon the matter in hand. RELEVANT implies a traceable, significant, logical connection. GERMANE may additionally imply a fitness for or appropriateness to the situation or occasion. MATERIAL implies so close a relationship that it cannot be dispensed with without serious alteration of the case. PERTINENT stresses a clear and decisive relevance. APPOSITE suggests a felicitous relevance. APPLICABLE suggests the fitness of bringing a general rule or principle to bear upon a particular case. APROPOS suggests being both relevant and opportune.

**re·li·abil·i·ty** \ri-,lī-ə-'bil-ət-ē\ *n* (1816) **1** : the quality or state of being reliable **2** : the extent to which an experiment, test, or measuring procedure yields the same results on repeated trials

**¹re·li·able** \ri-'lī-ə-bəl\ *adj* (1569) **1** : suitable or fit to be relied on : DEPENDABLE **2** : giving the same result on successive trials — **re·li·able·ness** *n* — **re·li·ably** \-blē\ *adv*

**²reliable** *n* (1890) : one that is reliable

**re·li·ance** \ri-'lī-ən(t)s\ *n* (1607) **1** : the act of relying : the state of being reliant **2** : something or someone relied on

**re·li·ant** \-ənt\ *adj* (1859) : having reliance on something or someone : DEPENDENT — **re·li·ant·ly** *adv*

**rel·ic** \'rel-ik\ *n* [ME *relik,* fr. OF *relique,* fr. ML *reliquia,* fr. LL *reliquiae,* pl., remains of a martyr, fr. L, remains, fr. *relinquere* to leave behind — more at RELINQUISH] (13c) **1 a** : an object esteemed and venerated because of association with a saint or martyr **b** : SOUVENIR, MEMENTO **2** *pl* : REMAINS, CORPSE **3** : a survivor or remnant left after decay, disintegration, or disappearance **4** : a trace of some past or outmoded practice, custom, or belief

**¹rel·ict** \'rel-ikt\ *n* [in sense 1, fr. LL *relicta,* fr. L, fem. of *relictus,* pp. of *relinquere;* in senses 2 & 3, fr. *relict* (residual), adj., fr. L *relictus*] (1545) **1** : WIDOW **2** : a persistent remnant of an otherwise extinct flora or fauna or kind of organism **3 a** : a relief feature or rock remaining after other parts have disappeared **b** : something left unchanged

**²relict** *adj* (1649) : of, relating to, or being a relict ⟨~ populations⟩

**re·lic·tion** \ri-'lik-shən\ *n* [L *reliction-, relictio* act of leaving behind, fr. *relictus*] (1676) **1** : the gradual recession of water leaving land permanently uncovered **2** : land uncovered by reliction

**¹re·lief** \ri-'lēf\ *n* [ME, fr. MF, fr. OF, fr. *relever* to relieve] (14c) **1** : a payment made by a feudal tenant to his lord on succeeding to an inherited estate **2 a** : removal or lightening of something oppressive, painful, or distressing **b** : aid in the form of money or necessities for the poor, aged, or handicapped **c** : military assistance to an endangered post or force **d** : means of breaking or avoiding monotony or boredom : DIVERSION **3** : release from a post or from the performance of duty **4** : one that takes the place of another on duty **5** : legal remedy or redress **6** [F] **a** : a mode of sculpture in which forms and figures are distinguished from a surrounding plane surface **b** : sculpture or a sculptural form executed in this mode **c** : projecting detail, ornament, or figures **7** : sharpness of outline due to contrast ⟨a roof in bold ~ against the sky⟩ **8** : the elevations or inequalities of a land surface

relief 6b

**²relief** *adj* (1838) **1** : providing relief **2** : characterized by surface inequalities **3** : of or used in letterpress

**relief map** *n* (1876) : a map representing topographic relief

**relief pitcher** *n* (ca. 1949) : a baseball pitcher who takes over for another during a game

**relief printing** *n* (1875) : LETTERPRESS 1

**re·lieve** \ri-'lēv\ *vb* **re·lieved; re·liev·ing** [ME *releven,* fr. MF *relever* to raise, relieve, fr. L *relevare* fr. *re-* + *levare* to raise — more at LEVER] *vt* (14c) **1 a** : to free from a burden : give aid or help to **b** : to set free from an obligation, condition, or restriction **c** : to ease of a burden, wrong, or oppression by judicial or legislative interposition **2 a** : to bring about the removal or alleviation of : MITIGATE **b** : ROB, DEPRIVE **3 a** : to release from a post, station, or duty **b** : to take the place of **4** : to remove or lessen the monotony of **5 a** : to set off by contrast **b** : to raise in relief **6** : to discharge the bladder or bowels of (oneself) ~ *vi* **1** : to bring or give relief **2** : to stand out in relief **3** : to serve as a relief pitcher — **re·liev·able** \-'lē-və-bəl\ *adj* — **re·liev·er** *n*

***syn*** RELIEVE, ALLEVIATE, LIGHTEN, ASSUAGE, MITIGATE, ALLAY mean to make something less grievous. RELIEVE implies a lifting of enough of a burden to make it tolerable. ALLEVIATE implies temporary or partial lessening of pain or distress; LIGHTEN implies reducing a burdensome or depressing weight. ASSUAGE implies softening or sweetening what is harsh or disagreeable. MITIGATE suggests a moderating or countering of the effect of something violent or painful. ALLAY implies an effective calming or soothing of fears or alarms.

**re·lieved** \ri-'lēvd\ *adj* (1869) : experiencing or showing relief esp. from anxiety or pent-up emotions — **re·liev·ed·ly** \-'lē-vəd-lē\ *adv*

**re·lie·vo** \ri-'lē-(,)vō, rel-'yā-\ *n, pl* **-vos** [It *rilievo,* fr. *rilevare* to raise, fr. L *relevare*] (1625) : RELIEF 6

**re·li·gio-** \ri-'lij-(ē-)ō\ *comb form* : religion ⟨*religio*centric⟩ : religion and ⟨*religio*philosophical⟩

**re·li·gion** \ri-'lij-ən\ *n* [ME *religioun,* fr. L *religion-, religio* reverence, religion] (13c) **1 a** (1) : the service and worship of God or the supernatural (2) : commitment or devotion to religious faith or observance **b** : the state of a religious ⟨a nun in her 20th year of ~⟩ **2** : a personal set or institutionalized system of religious attitudes, beliefs, and practices **3** *archaic* : scrupulous conformity : CONSCIENTIOUSNESS **4** : a cause, principle, or system of beliefs held to with ardor and faith — **re·li·gion·less** *adj*

**re·li·gion·ist** \-'lij-(ə-)nəst\ *n* (1653) : a person adhering to a religion

**re·li·gi·ose** \ri-'lij-ē-,ōs\ *adj* [*religion* + *-ose*] (1853) : RELIGIOUS; *esp* : excessively, obtrusively, or sentimentally religious — **re·li·gi·os·i·ty** \-,lij-ē-'äs-ət-ē\ *n*

**¹re·li·gious** \ri-'lij-əs\ *adj* [ME, fr. OF *religieus,* fr. L *religiosus,* fr. *religio*] (13c) **1** : relating to or manifesting faithful devotion to an acknowledged ultimate reality or deity ⟨a ~ person⟩ ⟨~ attitudes⟩ **2** : of, relating to, or devoted to religious beliefs or observances **3 a** : scrupulously and conscientiously faithful **b** : FERVENT, ZEALOUS — **re·li·gious·ly** *adv* — **re·li·gious·ness** *n*

**²religious** *n, pl* **religious** [ME, fr. OF *religieus,* fr. *religieus,* adj.] (14c) : a member of a religious order under monastic vows

**re·line** \(')rē-'līn\ *vt* (1851) : to put new lines on or a new lining in

**re·lin·quish** \ri-'liŋ-kwish, -'lin-\ *vt* [ME *relinquisshen,* fr. MF *relinquiss-,* stem of *relinquir,* fr. L *relinquere* to leave behind, fr. *re-* + *linquere* to leave — more at LOAN] (15c) **1** : to withdraw or retreat from : leave behind **2** : GIVE UP ⟨~ a title⟩ **3 a** : to stop holding physically : RELEASE ⟨slowly ~*ed* his grip on the bar⟩ **b** : to give over possession or control of : YIELD ⟨few leaders willingly ~ power⟩ — **re·lin·quish·ment** \-mənt\ *n*

***syn*** RELINQUISH, YIELD, RESIGN, SURRENDER, ABANDON, WAIVE mean to give up completely. RELINQUISH usu. does not imply strong feeling but may suggest some regret, reluctance, or weakness. YIELD implies concession or compliance or submission to force. RESIGN emphasizes voluntary relinquishment or sacrifice without struggle. SURRENDER implies a giving up after a struggle to retain or resist. ABANDON stresses finality and completeness in giving up. WAIVE implies conceding or forgoing with little or no compulsion.

**rel·i·quary** \'rel-ə-,kwer-ē\ *n, pl* **-quar·ies** [F *reliquaire,* fr. ML *reliquiarium,* fr. *reliquia* relic — more at RELIC] (ca. 1656) : a container or shrine in which sacred relics are kept

**re·lique** \ri-'lēk, 'rel-ik\ *archaic var of* RELIC

**re·liq·ui·ae** \ri-'lik-wē-,ī, -wē-,ē\ *n pl* [L — more at RELIC] (1654) : remains of the dead : RELICS

**¹rel·ish** \'rel-ish\ *n* [alter. of ME *reles* taste, fr. OF, something left behind, release, fr. *relessier* to release] (ca. 1530) **1** : characteristic flavor; *esp* : pleasing or zestful flavor **2** : a quantity just sufficient to flavor or characterize : TRACE **3 a** : enjoyment of or delight in something that satisfies one's tastes, inclinations, or desires ⟨eat with great ~⟩ **b** : a strong liking : INCLINATION ⟨has little ~ for sports⟩ **4 a** : something adding a zestful flavor; *esp* : a condiment (as of pickles or green tomatoes) eaten with other food to add flavor **b** : APPETIZER, HORS D'OEUVRE

**²relish** *vt* (1586) **1** : to add relish to **2** : to be pleased or gratified by : ENJOY **3** : to eat or drink with pleasure **4** : to appreciate with taste and discernment ~ *vi* : to have a characteristic or pleasing taste — **rel·ish·able** \-ə-bəl\ *adj*

**re·live** \(')rē-'liv\ *vi* (1548) : to live again ~ *vt* : to live over again; *esp* : to experience again in the imagination

**re·lo·cate** \(')rē-'lō-,kāt, ,rē-lō-'\ *vt* (1834) : to locate again : establish or lay out in a new place ~ *vi* : to move to a new location — **re·lo·ca·tion** \,rē-lō-'kā-shən\ *n*

**re·lo·cat·ee** \,rē-lə-,kāt-'ē, ,rē-,lō-kə-'tē\ *n* (1954) : one who moves to a new location : one that is relocated

**re·lu·cent** \ri-'lüs-'nt\ *adj* [L *relucent-, relucens,* pp. of *relucēre* to shine back, fr. *re-* + *lucēre* to shine — more at LIGHT] (1507) : reflecting light : SHINING

**re·luct** \ri-'ləkt\ *vi* [L *reluctari*] (1547) : to show reluctance

**re·luc·tance** \ri-'lək-tən(t)s\ *n* (1710) **1** : the quality or state of being reluctant **2** : the opposition offered in a magnetic circuit to magnetic flux; *specif* : the ratio of the magnetic potential difference to the corresponding flux

**re·luc·tan·cy** \-tən-sē\ *n* (1634) : RELUCTANCE

**re·luc·tant** \ri-'lək-tənt\ *adj* [L *reluctant-, reluctans,* prp. of *reluctari* to struggle against, fr. *re-* + *luctari* to struggle — more at LOCK] (1706) : holding back : AVERSE, UNWILLING ⟨~ to get involved⟩ ***syn*** see DISINCLINED — **re·luc·tant·ly** *adv*

**re·luc·tate** \ri-'lək-,tāt\ *vi* **-tat·ed; -tat·ing** (1643) : RELUCT — **re·luc·ta·tion** \ri-,lək-'tā-shən, ,re-\ *n*

**re·luc·tiv·i·ty** \ri-,lək-'tiv-ət-ē, ,rē-\ *n* [*reluctance* + *-ivity* (as in *conductivity*)] (ca. 1888) : the reciprocal of magnetic permeability

**re·lume** \(')rē-'lüm\ *vt* **re·lumed; re·lum·ing** [irreg. fr. LL *reluminare*] (1604) : to light or light up again : REKINDLE

**re·ly** \ri-'lī\ *vi* **re·lied; re·ly·ing** [ME *relien* to rally, fr. MF *relier* to connect, rally, fr. L *religare* to tie back, fr. *re-* + *ligare* to tie — more at LIGATURE] (1571) **1** : to have confidence based on experience ⟨someone you can ~ on⟩ **2** : to be dependent ⟨the system on which we ~ for water⟩ — **re·li·er** \-'lī(-ə)r\ *n*

**rem** *n* [roentgen equivalent man] (1947) : the dosage of an ionizing radiation that will cause the same biological effect as one roentgen of X-ray or gamma-ray dosage

**REM** \'rem\ *n* (1962) : RAPID EYE MOVEMENT

**¹re·main** \ri-'mān\ *vi* [ME *remainen,* fr. MF *remaindre,* fr. L *remanēre,* fr. *re-* + *manēre* to remain — more at MANSION] (14c) **1 a** : to be a part not destroyed, taken, or used up ⟨only a few ruins ~⟩ **b** : to be something yet to be shown, done, or treated ⟨it ~s to be seen⟩ **2** : to stay in the same place or with the same person or group; *esp* : to stay behind **3** : to continue unchanged ⟨the fact ~s that nothing can be done⟩

**²remain** *n* (15c) **1** *obs* : STAY **2** : a remaining part or trace — usu. used in pl. **3** *pl* : a dead body

**¹re·main·der** \ri-'mān-dər\ *n* [ME, fr. AF, fr. MF *remaindre*] (15c) **1** : an interest or estate in property that follows and is dependent on the termination of a prior intervening possessory estate created at the same time by the same instrument **2 a** : a remaining group, part, or trace

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

make, issue, or submit a report **3** : to act in the capacity of a reporter — **re·port·able** \-'pȯrt-ə-bəl, -'pȯrt-\ *adj*

**re·port·age** \ri-'pȯrt-ij, -'pȯrt-, *esp for 2* ˌrep-ər-'tàzh, ˌrep-ˌȯr-'\ *n* [F, fr *reporter* to report] (ca 1864) **1 a** : the act or process of reporting news **b** : something (as news) that is reported **2** : writing intended to give an account of observed or documented events

**report card** *n* (1920) **1** : a report on a student that is periodically submitted by a school to the student's parents or guardian **2** : an evaluation of performance

**re·port·ed·ly** \ri-'pȯrt-əd-lē, -'pȯrt-\ *adv* (1901) : according to report

**re·port·er** \ri-'pȯrt-ər, -'pȯrt-\ *n* (14c) : one that reports as **a** : one who makes authorized statements of law decisions or legislative proceedings **b** : one who makes a shorthand record of a speech or proceeding **c (1)** : one employed by a newspaper, magazine, or television company to gather and report news **(2)** : one who broadcasts news — **re·por·to·ri·al** \ˌrep-ə(r)-'tȯr-e-əl, ˌrep-, -'tȯr-\ *adj* — **re·por·to·ri·al·ly** \-ē-ə-lē\ *adv*

**report out** *vt* (1907) : to return after consideration and often with revisions to a legislative body for action ⟨after much debate the committee *reported* the bill *out*⟩

**report stage** *n* (ca 1906) : the stage in the British legislative process preceding the third reading and concerned esp with amendments and details

**re·pos·al** \ri-'pō-zəl\ *n, obs* (1605) : the act of reposing

**¹re·pose** \ri-'pōz\ *vb* **re·posed; re·pos·ing** [ME *reposen,* fr MF *reposer,* fr OF, fr LL *repausare* fr L *re-* + LL *pausare* to stop, fr L *pausa* pause] *vt* (15c) : to lay at rest ~ *vi* **1 a** : to lie at rest **b** : to lie dead ⟨*reposing* in state⟩ **c** : to remain still or concealed **2** : to take a rest **3** *archaic* : RELY **4** : to rest for support : LIE

**²repose** *n* (1509) **1 a** : a state of resting after exertion or strain, *esp* : rest in sleep **b** : eternal or heavenly rest ⟨pray for the ~ of a soul⟩ **2 a** : a place of rest **b** : PEACE, TRANQUILLITY ⟨the ~ of the bayous⟩ **c** : a harmony in the arrangement of parts and colors that is restful to the eye **3 a** : lack of activity : QUIESCENCE **b** : cessation or absence of activity, movement, or animation ⟨the appearance of his face in ~⟩ **4** : composure of manner : POISE

**³re·pose** *vt* **re·posed; re·pos·ing** [ME *reposen* to replace, fr L *reponere* (perf indic *reposui*)] (1548) **1** *archaic* : to put away or set down : DEPOSIT **2 a** : to place (as confidence or trust) in someone or something **b** : to place for control, management, or use

**re·pose·ful** \ri-'pōz-fəl\ *adj* (1852) : of a kind to induce ease and relaxation — **re·pose·ful·ly** \-fə-lē\ *adv* — **re·pose·ful·ness** *n*

**re·pos·it** *vt* **re·pos·it·ed** \-'päz-ət-əd, -'päz-təd\, **re·pos·it·ing** \-'päz-ət-iŋ, -'päz-tiŋ\ [L *repositus,* pp of *reponere* to replace, fr *re-* + *ponere* to place — more at POSITION] (1641) **1** \ri-'päz-ət\ : DEPOSIT STORE **2** \(ˈ)rē-\ : to put back in place : REPLACE

**¹re·po·si·tion** \ˌrē-pə-'zish-ən, ˌrep-ə-\ *n* (1588) : the act of repositing : the state of being reposited

**²re·po·si·tion** \ˌrē-pə-'zish-ən\ *vt* (1859) : to change the position of

**¹re·pos·i·to·ry** \ri-'päz-ə-ˌtōr-ē, -ˌtȯr-\ *n, pl* **-ries** (15c) **1** : a place, room, or container where something is deposited or stored : DEPOSITORY **2** : a side altar in a Roman Catholic church where the consecrated Host is reserved from Maundy Thursday until Good Friday **3** : one that contains or stores something nonmaterial ⟨considered the book a ~ of knowledge⟩ **4** : a place or region richly supplied with a natural resource **5** : a person to whom something is confided or entrusted

**²repository** *adj, of a drug* (1950) : designed to act over a prolonged period ⟨~ penicillin⟩

**re·pos·sess** \ˌrē-pə-'zes *also* -'ses\ *vt* (15c) **1 a** : to regain possession of **b** : to resume possession of in default of the payment of installments due **2** : to restore to possession — **re·pos·ses·sion** \-'zesh-ən *also* -'sesh-\ *n* — **re·pos·sess·or** \-'zes-ər *also* -'ses-\ *n*

**¹re·pous·sé** \rə-ˌpü-'sā, -'pü-ˌ\ *adj* [F, lit., pushed back] (1858) **1** : shaped or ornamented with patterns in relief made by hammering or pressing on the reverse side — used esp of metal **2** : formed in relief

**²repoussé** *n* (ca 1875) **1** : repoussé work **2** : repoussé decoration

**re·pow·er** \(ˈ)rē-'pau̇(-ə)r\ *vt* (1954) : to provide again or anew with power, *esp* : to provide (as a boat) with a new engine ~ *vi* : to repower something (as a boat)

**repp** *var of* REP

**rep·re·hend** \ˌrep-ri-'hend\ *vt* [ME *reprehenden,* fr L *reprehendere,* lit., to hold back, fr *re-* + *prehendere* to grasp — more at GET] (14c) : to voice disapproval of : CENSURE *syn* see CRITICIZE

**rep·re·hen·si·ble** \ˌrep-ri-'hen(t)-sə-bəl\ *adj* (14c) : worthy of or deserving reprehension : CULPABLE — **rep·re·hen·si·bil·i·ty** \-ˌhen(t)-sə-'bil-ət-ē\ *n* — **rep·re·hen·si·ble·ness** \-'hen(t)-sə-bəl-nəs\ *n* — **rep·re·hen·si·bly** \-blē\ *adv*

**rep·re·hen·sion** \-'hen-chən\ *n* [ME *reprehensioun,* fr MF or L, MF *reprehension,* fr L *reprehension-, reprehensio,* fr *reprehensus,* pp of *reprehendere*] (14c) : the act of reprehending : CENSURE

**rep·re·hen·sive** \-'hen(t)-siv\ *adj* (1589) : serving to reprehend : conveying reprehension or reproof

**rep·re·sent** \ˌrep-ri-'zent\ *vb* [ME *representen,* fr MF *representer,* fr L *repraesentare,* fr *re-* + *praesentare* to present] *vt* (14c) **1** : to bring clearly before the mind : PRESENT ⟨a book which ~s the character of early America⟩ **2** : to serve as a sign or symbol of ⟨the flag ~s our country⟩ **3** : to portray or exhibit in art : DEPICT **4** : to serve as the counterpart or image of : TYPIFY ⟨a movie hero who ~s the ideals of the culture⟩ **5 a** : to produce on the stage **b** : to act the part or role of **6 a (1)** : to take the place of in some respect **(2)** : to act in the place of or for usu by legal right **b** : to serve esp in a legislative body by delegated authority usu resulting from election **7** : to describe as having a specified character or quality ⟨~s himself as a friend⟩ **8 a** : to give one's impression and judgment of : state in a manner intended to affect action or judgment **b** : to point out in protest or remonstrance **9** : to serve as a specimen, example, or instance of **10 a** : to form an image or representation of in the mind **b (1)** : to apprehend (an object) by means of an idea **(2)** : to recall in memory **11** : to correspond to in essence : CONSTITUTE ~ *vi* : to make representations against something : PROTEST — **rep·re·sent·able** \-ə-bəl\ *adj* — **rep·re·sent·er** *n*

**re–pre·sent** \ˌrē-pri-'zent\ *vt* (1564) : to present again or anew — **re–pre·sen·ta·tion** \ˌrē-ˌprē-ˌzen-'tā-shən, -ˌprez-ᵊn-, -ˌprez-ᵊn-\ *n*

**rep·re·sen·ta·tion** \ˌrep-ri-ˌzen-'tā-shən, -zən-\ *n* (15c) **1** : one that represents as **a** : an artistic likeness or image **b (1)** : a statement or account made to influence opinion or action **(2)** : an incidental or collateral statement of fact on the faith of which a contract is entered into **c** : a dramatic production or performance **d (1)** : a usu formal statement made against something or to effect a change **(2)** : a usu formal protest **2** : the act or action of representing : the state of being represented as **a** : REPRESENTATIONALISM 2 **b (1)** : the action or fact of one person standing for another so as to have the rights and obligations of the person represented **(2)** : the substitution of an individual or class in place of a person (as a child for a deceased parent) **c** : the action of representing or the fact of being represented esp in a legislative body **3** : the body of persons representing a constituency — **rep·re·sen·ta·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **rep·re·sen·ta·tion·al·ly** \-ē\ *adv*

**rep·re·sen·ta·tion·al·ism** \-shnəl-ˌiz-əm, -shən-ᵊl-\ *n* (1899) **1** : the doctrine that the immediate object of knowledge is an idea in the mind distinct from the external object which is the occasion of perception **2** : the theory or practice of realistic representation in art — **rep·re·sen·ta·tion·al·ist** \-əst\ *n*

**¹rep·re·sen·ta·tive** \ˌrep-ri-'zent-ət-iv\ *adj* (14c) **1** : serving to represent **2 a** : standing or acting for another esp through delegated authority **b** : of, based on, or constituting a government in which the many are represented by persons chosen from among them usu by election **3** : serving as a typical or characteristic example ⟨a ~ moviegoer⟩ **4** : of or relating to representation or representationalism — **rep·re·sen·ta·tive·ly** *adv* — **rep·re·sen·ta·tive·ness** *n* — **rep·re·sen·ta·tiv·i·ty** \-ˌzent ə-'tiv-ət-ē\ *n*

**²representative** *n* (1647) **1** : a typical example of a group, class, or quality : SPECIMEN **2** : one that represents another or others as **a (1)** : one that represents a constituency as a member of a legislative body **(2)** : a member of the house of representatives of the U S Congress or a state legislature **b** : one that represents another as agent, deputy, substitute, or delegate usu being invested with the authority of the principal **c** : one that represents a business organization **d** : one that represents another as successor or heir

**re·press** \ri-'pres\ *vb* [ME *repressen,* fr L *repressus,* pp of *reprimere* to check, fr *re-* + *premere* to press — more at PRESS] *vt* (14c) **1 a** : to check by or as if by pressure : CURB ⟨injustice was ~*ed*⟩ **b** : to put down by force : SUBDUE ⟨~ a disturbance⟩ **2 a** : to hold in by self-control ⟨~*ed* a laugh⟩ **b** : to prevent the natural or normal expression, activity, or development of ⟨~*ed* his anger⟩ **3** : to exclude from consciousness **4** : to inactivate (a gene or formation of a gene product) by allosteric combination at a DNA binding site ~ *vi* : to take repressive action — **re·press·ibil·i·ty** \-ˌpres-ə-'bil-ət-ē\ *n* — **re·press·ible** \-'pres-ə-bəl\ *adj* — **re·pres·sive** \-'pres-iv\ *adj* — **re·pres·sive·ly** *adv* — **re·pres·sive·ness** *n*

**re–press** \(ˈ)rē-'pres\ *vt* (14c) : to press again ⟨~ a record⟩

**re·pressed** \ri-'prest\ *adj* (1665) **1** : subjected to or marked by repression **2** : characterized by restraint

**re·pres·sion** \ri-'presh-ən\ *n* (1533) **1 a** : the action or process of repressing : the state of being repressed ⟨~ of unpopular opinions⟩ **b** : an instance of repressing ⟨racial ~s⟩ **2 a** : a process by which unacceptable desires or impulses are excluded from consciousness and left to operate in the unconscious **b** : an item so excluded — **re·pres·sion·ist** \-(ə-)nəst\ *adj*

**re·pres·sor** \ri-'pres-ər\ *n* [NL] (15c) : one that represses, *esp* : a protein that is determined by a regulatory gene and that inhibits the function of a genetic operator

**re·priev·al** \ri-'prē-vəl\ *n, archaic* (1586) : REPRIEVE

**¹re·prieve** \ri-'prēv\ *vt* **re·prieved; re·priev·ing** [perh fr MF *repris,* pp of *reprendre* to take back] (1596) **1** : to delay the punishment of (as a condemned prisoner) **2** : to give relief or deliverance to for a time

**²reprieve** *n* (1598) **1 a** : the act of reprieving : the state of being reprieved **b** : a formal temporary suspension of the execution of a sentence esp of death **2** : an order or warrant for a reprieve **3** : a temporary respite (as from pain or trouble)

**¹rep·ri·mand** \'rep-rə-ˌmand\ *n* [F *reprimande,* fr L *reprimenda,* fem of *reprimendus* gerundive of *reprimere* to check — more at REPRESS] (1634) : a severe or formal reproof

**²reprimand** *vt* (1681) : to reprove sharply or censure formally usu from a position of authority *syn* see REPROVE

**¹re·print** \(ˈ)rē-'print\ *vt* (1551) : to print again : make a reprint of

**²re·print** \'rē-ˌprint, (ˈ)rē-'\ *n* (ca. 1611) : a reproduction of printed matter as **a** : a subsequent printing of a book already published that preserves the identical text of the previous printing **b** : OFFPRINT **c** : matter (as an article) that has appeared in print before

**re·print·er** \(ˈ)rē-'print-ər\ *n* (1689) : one that publishes a reprint

**re·pri·sal** \ri-'prī zəl\ *n* [ME *reprisail,* fr MF *reprisaille,* fr OIt *rappresaglia,* fr *ripreso,* pp of *riprendere* to take back, fr *ri-* re- (fr L *re-*) + *prendere* to take, fr L *prehendere* — more at GET] (15c) **1 a** : the act or practice in international law of resorting to force short of war in retaliation for damage or loss suffered **b** : an instance of such action **2** *obs* : PRIZE **3** : the regaining of something (as by recapture) **4** : something (as a sum of money) given or paid in restitution — usu used in pl **5** : a retaliatory act

**¹re·prise** \ri-'prēz, *1 is also* -'prīz\ *n* [ME, fr MF, lit., action of taking back, fr OF, fr *reprendre* to take back, fr *re-* + *prendre* to take, fr L *prehendere*] (15c) **1** : a deduction or charge made yearly out of a manor or estate — usu used in pl **2** : a recurrence, renewal, or resumption of an action **3 a** : a musical repetition **(1)** : the repetition of the exposition preceding the development **(2)** : RECAPITULATION **b** : a repeated performance : REPETITION

**²re·prise** \ri-'prīz, *3 is* -'prēz\ *vt* **re·prised; re·pris·ing** [MF *reprise* action of taking back] (15c) **1** *archaic* : TAKE BACK *esp* : to recover by force **2** *archaic* : COMPENSATE **3 a** : to repeat the performance of **b** : RECAPITULATE

**re·pris·ti·nate** \(ˈ)rē-'pris-tə-ˌnāt\ *vt* **-nat·ed; -nat·ing** [*re-* + *pristine* + *-ate*] (1659) : to restore to an original state or condition — **re·pris·ti·na·tion** \(ˌ)rē ˌpris-tə-'nā shən\ *n*

**re·pro** \'rē-(ˌ)prō\ *n, pl* **repros** [short for *reproduction*] (1946) : a clear sharp proof made esp from a letterpress printing surface to serve as photographic copy for a printing plate

**¹re·proach** \ri-'prōch\ *n* [ME *reproche,* fr MF, fr OF, fr *reprochier* to reproach, fr (assumed) VL *repropiare,* fr L *re* + *prope* near — more at

APPROACH] (15c) ... disgrace **b** : DISCR... or disapproving (w... proval **4** *obs* : one ... *adj* — **re·proach·ful**...

**²reproach** *vt* (15c) ... : to express disapp... duct that is blamev... discredit *syn* see R... **proach·er** *n* — **re·pr**...

**rep·ro·bance** \'rep-rə...

**¹rep·ro·bate** \'rep-rə... *reprobatus,* pp of *re*... strongly as unwort... the age⟩ **2** : to for... JECT *syn* see CRITI... **ba·to·ry** \-bə-ˌtor-e,...

**²reprobate** *adj* (1545... a test : CONDEMNE... abandoned : DEPRA... of relating to or ...

**³reprobate** *n* (1545) :...

**rep·ro·ba·tion** \ˌrep-r... state of being reprol...

**re·pro·cess** \(ˈ)rē-'prä... process or treatmen... and plutonium fron... again as fuel

**re·pro·duce** \ˌrē-prə-'... produce (new indivi... cess **b** : to cause t... imitate closely ⟨sou... present again **e** : ... ⟨~ a face on canva... (a recording) into s... produce offspring –... 'bil-ət-ē\ *n* — **re·pr**... **ibly** \-blē\ *adv*

**re·pro·duc·tion** \ˌrē-p... reproducing, *specif* :... to offspring and wh... portion of the paren... subsequent growth ... thing reproduced : ... *syn* REPRODUCTION ... made to closely re... close imitation of ... counterpart exactly... to one of a numb... suggests a close rep... scale, REPLICA impl... spects

**¹re·pro·duc·tive** \ˌrē-p... of reproduction — **r**...

**²reproductive** *n* (1934... functional social inse...

**re·pro·gram** \(ˈ)rē-'pr... : to write new progr... a program esp of a c...

**re·prog·ra·phy** \ri-'pr... simile reproduction ... **ra·pher** \-rə-fər\ *n* -... **pro·graph·ics** \-iks\ ...

**re·proof** \ri-'prüf\ *n* ... (14c) : criticism for ...

**re·prove** \ri-'prüv\ *vt* ... *prover,* fr LL *reprob*... test, approve — mo... gently or with kindl... ⟨it is not for me to ... REFUTE **4** *obs* : CON... — **re·prov·er** *n* — **re·**... *syn* REPROVE REBUK... criticize adversely ... fault REBUKE sugge... severe, formal, oft... earnest or friendly ... displeasure or disap...

**¹rep·tile** \'rep-tᵊl, -ˌtīl\... LL *reptile* (neut ), fr... to creep, akin to OH... moves on its belly (a... any of a class (Rep... alligators and croco... forms and are chara... single occipital cond... ulated with the skul... covered with scales ... despised person

**²reptile** *adj* (1607) : cl...

**¹rep·til·ian** \rep-'til-ē-... having the characteri... tiles

**²reptilian** *n* (ca 1847)

**re·pub·lic** \ri-'pəb-lik\... *lica* fr *res* thing, we... REAL PUBLIC] (1604) ... who is not a monarch... : a political unit (as... **(1)** : a government i... zens entitled to vote ... tives responsible to th... ical unit (as a nation... specified republican ...



L sensualis fr L sen
ting to or consisting in
f appetite : FLESHLY 3
appetites b : VOLUP
intellectual interests
ENSUOUS — sen·su·al·i·
(ə-)wə-le, 'sen-shə-le\

n (1813) : persistent
terests — sen·su·al·ist
sen-shə-'lis-\ adj
ed; -iz·ing (1687) : to
ə-lə-'za-shən, ,sen-shə-

neut of sensus pp of
TUM
E -ous] (1640) 1 a
: producing or char-
strong sensory appeal
ons or imagery aimed
influence through the
sen·su·ous·ly \'sench

mean relating to or
senses SENSUOUS im
esthetic pleasure, SEN
s or the indulgence of
IXURIOUS suggests the
inducing bodily ease
an abandonment esp

sententia, lit , feeling,
of sentire to feel —
nclusion given on re
MENT 2a, specif : one
minal proceeding and
the convict b : the
c : MAXIM, SAW 4 : a
ting of a word or a
an assertion, a ques-
in writing usu begins
ate end punctuation,
by various patterns
a meaningful logical

impose a sentence on
most primitive cul

ause that usu has in
grammatically self-
formal and esp writ-

esses are distributed
s — called also sen-

, lit , feeling, opinion
ed in pl
iting to a sentence ⟨a
ng to, or involving a

US
ontains one or more
n constants are sub-

ng, fr L sententiosus,
horistic, or moralis-
ven to or abounding
g in excessive moral-

t] (1966) — see shil-

39) 1 : a sentient
uished from percep-

nt-, sentiens, prp of
r conscious of sense
ception or feeling —

sentimentum, fr L
gment prompted by
ion : OPINION 2 a
esp as expressed in
mantic or nostalgic
colored by emotion
xpression as distin-
INION
narked or governed
sulting from feeling
ess of sentiment or

1 : the disposition
essively sentimental
\ n
pl -ties (1770) 1
excess or in affecta-

812) : to indulge in
ment — sen·ti·men-

centimo] (1968) —

t sentinella, fr sen-
ENTRY

²sentinel vt -neled or -nelled; -nel·ing or -nel·ling (1593) 1 : to watch over as a sentinel 2 : to furnish with a sentinel 3 : to post as sentinel

sen·try \'sen-trē\ n, pl sentries [perh fr obs sentry (sanctuary, watchtower)] (1632) : GUARD WATCH esp : a soldier standing guard at a point of passage (as a gate)

sentry box n (ca 1728) : a shelter for a sentry on his post

se·pal \'sē-pəl, 'sep-\ n [NL sepalum, fr sepa- (fr Gk skepē covering) + -lum (as in petalum petal), akin to Lith kepure head covering] (1821) : one of the modified leaves comprising a calyx — see FLOWER illustration

se·pal·oid \-ə-,lȯid\ adj (1830) : resembling or functioning as a sepal

-sep·al·ous \'sep-ə-ləs\ adj comb form [sepal] : having (such or so many) sepals ⟨gamosepalous⟩

sep·a·ra·ble \'sep-(ə-)rə-bəl\ adj [ME, fr L separabilis, fr separare] (14c) 1 : capable of being separated or dissociated 2 obs : causing separation — sep·a·ra·bil·i·ty \,sep-(ə-)rə-'bil-ət-ē\ n — sep·a·ra·ble·ness n — sep·a·ra·bly \-blē\ adv

¹sep·a·rate \'sep-(ə-),rāt\ vb -rat·ed; -rat·ing [ME separaten, fr L separatus, pp of separare, fr se- apart + parare to prepare, procure — more at SECEDE PARE] vt (15c) 1 a : to set or keep apart : DISCONNECT SEVER b : to make a distinction between : DISCRIMINATE DISTINGUISH ⟨~ religion from magic⟩ c : SORT ⟨~ mail⟩ d : to disperse in space or time : SCATTER ⟨widely separated homesteads⟩ 2 archaic : to set aside for a special purpose : CHOOSE DEDICATE 3 : to part by a legal separation a : to sever conjugal ties with b : to sever contractual relations with : DISCHARGE ⟨separated from the army⟩ 4 : to block off : SEGREGATE 5 a : to isolate from a mixture : EXTRACT ⟨~ cream from milk⟩ b : to divide into constituent parts ~ vi 1 : to become divided or detached 2 a : to sever an association : WITHDRAW b : to cease to live together as man and wife 3 : to go in different directions 4 : to become isolated from a mixture

syn SEPARATE PART DIVIDE SEVER SUNDER DIVORCE mean to become or cause to become disunited or disjointed SEPARATE may imply any of several causes such as dispersion, removal of one from others, or presence of an intervening thing, PART implies the separating of things or persons in close union or association, DIVIDE implies separating into pieces or sections by cutting or breaking, SEVER implies violence esp in the removal of a part or member, SUNDER suggests violent rending or wrenching apart, DIVORCE implies separating two things that commonly interact and belong together

²sep·a·rate \'sep-(ə-)rət\ adj (1600) 1 a archaic : SOLITARY SECLUDED b : IMMATERIAL DISEMBODIED c : set or kept apart : DETACHED 2 a : not shared with another : INDIVIDUAL ⟨~ rooms⟩ b often cap : estranged from a parent body ⟨~ churches⟩ 3 a : existing by itself : AUTONOMOUS b : dissimilar in nature or identity syn see DISTINCT — sep·a·rate·ly \-(ə-)rət-lē, 'sep-ərt-lē\ adv — sep·a·rate·ness \-(ə-)rət-nəs\ n

³sep·a·rate \'sep-(ə-)rət\ n (1892) 1 : OFFPRINT 2 : an article of dress designed to be worn interchangeably with others to form various costume combinations — usu used in pl.

sep·a·ra·tion \,sep-ə-'rā-shən\ n (15c) 1 : the act or process of separating : the state of being separated 2 a : a point, line, or means of division b : an intervening space : GAP 3 a : cessation of cohabitation between husband and wife by mutual agreement or judicial decree b : termination of a contractual relationship (as employment or military service)

sep·a·ra·tion·ist \-sh(ə-)nəst\ n (1882) : SEPARATIST

sep·a·rat·ism \'sep-(ə-)rət-,iz-əm\ n (1628) : a belief in, movement for, or state of separation (as schism, secession, or segregation)

sep·a·rat·ist \'sep-(ə-)rət-əst, 'sep-ə-,rāt-\ n (1608) : one that favors separatism as a cap : one of a group of 16th and 17th century English Protestants preferring to separate from rather than to reform the Church of England b : an advocate of independence or autonomy for a part of a political unit (as a nation) c : an advocate of racial or cultural separation — separatist adj — sep·a·ra·tis·tic \,sep-(ə-)rə-'tis-tik\ adj

sep·a·ra·tive \'sep-ə-,rāt-iv, 'sep-(ə-)rət-\ adj (1592) : tending toward, causing, or expressing separation

sep·a·ra·tor \'sep-(ə-),rāt-ər\ n (1607) : one that separates, esp : a device for separating liquids of different specific gravities (as cream from milk) or liquids from solids

Se·phar·di \sə-'färd-ē\ n, pl Se·phar·dim \-'färd-əm\ [LHeb sĕphāradhī, fr sĕphāradh Spain, fr Heb, region where Jews were once exiled (Obad 1 20)] (1851) : a member of the occidental branch of European Jews settling in Spain and Portugal and later in Greece, the Levant, England, the Netherlands, and the Americas, also : one of their descendants — Se·phar·dic \-'färd-ik\ adj

¹se·pia \'sē-pē-ə\ n [L, cuttlefish, ink, fr Gk sēpia, akin to Gk sēpein to make putrid, sapros rotten] (1821) 1 a : the inky secretion of a cuttlefish b : a brown melanin-containing pigment from the ink of cuttlefishes 2 : a print or photograph of a brown color resembling sepia 3 : a brownish gray to dark olive brown

²sepia adj (1827) 1 : made of or done in sepia 2 : of the color sepia

se·pi·o·lite \'sē-pē-ə-,līt\ n [G sepiolith, fr Gk sēpion cuttlebone (fr sēpia) + G -lith -lite] (1854) : MEERSCHAUM 1

se·poy \'sē-,pȯi\ n [Pg sipai, fr Hindi sipahi, fr Per, cavalryman] (1717) : a native of India employed as a soldier by a European power

sep·pu·ku \se-'pü-(,)kü, 'sep-ə-,kü\ n [Jp] (1904) : HARA-KIRI

sep·sis \'sep-səs\ n, pl sep·ses \'sep-,sēz\ [NL, fr Gk sēpsis decay, fr sēpein to make putrid] (1876) : a toxic condition resulting from the spread of bacteria or their products from a focus of infection, esp : SEPTICEMIA

sept \'sept\ n [prob alter of sect] (1517) : a branch of a family, esp : CLAN

sep·tal \'sep-tᵊl\ adj (1839) : of or relating to a septum

sep·tate \'sep-,tāt\ adj (1846) : divided by or having a septum

Sep·tem·ber \sep-'tem-bər, səp-\ n [ME Septembre, fr OF & OE, both fr L September (seventh month), fr septem seven — more at SEVEN] (bef 12c) : the 9th month of the Gregorian calendar

sep·te·nar·i·us \,sep-tə-'nar-ē-əs, -'ner-\ n, pl -nar·ii \-ē-,ī, -ē-,ē\ [L, fr septenarius of seven, fr septeni seven each, fr septem seven] (1819) : a verse consisting of seven feet esp in Latin prosody

sep·ten·de·cil·lion \(,)sep-,ten di-'sil-yən\ n, often attrib [L septendecim seventeen (fr septem seven + decem ten) + E -illion (as in million) — more at TEN] (ca 1938) — see NUMBER table

sep·ten·ni·al \sep-'ten-ē-əl\ adj [LL septennium period of seven years, fr L septem + -ennium (as in biennium)] (1640) 1 : occurring or being done every seven years 2 : consisting of or lasting for seven years — sep·ten·ni·al·ly \-ə-lē\ adv

sep·ten·tri·on \sep-'ten-trē-,än, -trē-ən\ n [ME, fr MF, fr L septentrio, sing of septentriones the seven stars of Ursa Major or Ursa Minor, lit , the seven plow oxen, fr septem seven + trio plow ox] obs (14c) : the northern regions : NORTH

sep·ten·tri·o·nal \-trē-ən-ᵊl\ adj (14c) : NORTHERN

sep·tet \sep-'tet\ n [G septet, fr L septem] (1837) 1 : a musical composition for seven instruments or voices 2 : a group or set of seven, esp : the performers of a septet

sep·tic \'sep-tik\ adj [L septicus, fr Gk sēptikos, fr sēpein to make putrid — more at SEPIA] (1605) 1 : PUTREFACTIVE 2 : relating to, involving, or characteristic of sepsis

sep·ti·ce·mia \,sep-tə-'sē-mē-ə\ n [NL, fr L septicus + NL -emia] (1866) : invasion of the bloodstream by virulent microorganisms from a local seat of infection accompanied esp by chills, fever, and prostration — called also blood poisoning, compare SEPSIS — sep·ti·ce·mic \-'sē-mik\ adj

sep·ti·ci·dal \,sep-tə-'sīd-ᵊl\ adj [NL septum + L -cidere to cut, fr caedere — more at CONCISE] (1819) : dehiscent longitudinally at or along a septum ⟨a ~ fruit⟩

septic sore throat n (1924) : an inflammatory sore throat caused by hemolytic streptococci and marked by fever, prostration, and toxemia

septic tank n (ca 1902) : a tank in which the solid matter of continuously flowing sewage is disintegrated by bacteria

sep·tif·ra·gal \sep-'tif-ri-gəl\ adj [NL septum + L frangere to break — more at BREAK] (1819) : dehiscing by breaking away from the dissepiments ⟨a ~ pod⟩

sep·til·lion \sep-'til-yən\ n, often attrib [F, fr L septem + F -illion (as in million) — more at SEVEN] (1690) — see NUMBER table

sep·tu·a·ge·nar·i·an \(,)sep-,t(y)ü-ə-jə-'ner-ē-ən, ,sep-tə-,waj-ə-\ n [LL septuagenarius seventy years old, fr L, of or containing seventy, fr septuageni seventy each, fr septuaginta] (1805) : a person whose age is in the seventies — septuagenarian adj

Sep·tu·a·ges·i·ma \,sep-tə-wə-'jes-ə-mə, -'jā-zə-\ n [ME, fr LL, fr L, fem of septuagesimus seventieth, fr septuaginta seventy, fr its being approximately seventy days before Easter] (14c) : the third Sunday before Lent

Sep·tu·a·gint \sep-'t(y)ü-ə-jənt, 'sep-tə-wə-,jint\ n [LL Septuaginta, fr L, seventy, irreg fr septem seven + -ginta (akin to L viginti twenty), fr the approximate number of its translators — more at SEVEN, VIGESIMAL] (1633) : a pre-Christian Greek version of the Jewish Scriptures redacted by Jewish scholars and adopted by Greek-speaking Christians — Sep·tu·a·gin·tal \(,)sep-,t(y)ü-ə-'jint-ᵊl, ,sep-tə-wə-\ adj

sep·tum \'sep-təm\ n, pl sep·ta \-tə\ [NL, fr L saeptum enclosure, fence, wall, fr saepire to fence in, fr saepes fence, hedge, akin to Gk haimasia stone wall] (1726) : a dividing wall or membrane esp between bodily spaces or masses of soft tissue — compare DISSEPIMENT

¹sep·ul·cher or sep·ul·chre \'sep-əl-kər\ n [ME sepulcre, fr OF, fr L sepulcrum, sepulchrum, fr sepelire to bury, akin to Gk hepein to care for, Skt sapati he serves] (13c) 1 : a place of burial : TOMB 2 : a receptacle for religious relics esp in an altar

²sepulcher or sepulchre vt -chered or -chred; -chering or -chring \-k(ə-)riŋ\ (1591) 1 archaic : to place in or as if in a sepulcher : BURY 2 archaic : to serve as a sepulcher for

se·pul·chral \sə-'pəl-krəl also -'pul-\ adj (1615) 1 : MORTUARY 2 : suited to or suggestive of a sepulcher : FUNEREAL — se·pul·chral·ly \-krə-lē\ adv

sep·ul·ture \'sep-əl-,chü(ə)r\ n [ME, fr OF, fr L sepultura, fr sepultus, pp of sepelire] (13c) 1 : BURIAL 2 : SEPULCHER

se·qua·cious \si-'kwā-shəs\ adj [L sequac-, sequax inclined to follow, fr sequi] (1643) 1 archaic : SUBSERVIENT, TRACTABLE 2 : intellectually servile — se·qua·cious·ly adv — se·quac·i·ty \-'kwas-ət-ē\ n

se·quel \'sē-kwəl also -,kwel\ n [ME, fr MF sequelle, fr L sequela, fr sequi to follow — more at SUE] (15c) 1 : CONSEQUENCE RESULT 2 a : subsequent development b : the next installment (as of a speech or story), esp : a literary or cinematic work continuing the course of a story begun in a preceding one

se·quela \si-'kwel-ə\ n, pl se·quel·ae \-'kwel-(,)ē\ [NL, fr L, sequel] (1793) 1 : an aftereffect of disease or injury 2 : a secondary result

¹se·quence \'sē-kwən(t)s, -,kwen(t)s\ n [ME, fr ML sequentia, fr LL, sequel, lit , act of following, fr L sequent-, sequens, prp of sequi] (14c) 1 : a hymn in irregular meter between the gradual and Gospel in masses for special occasions (as Easter) 2 : a continuous or connected series as a : an extended series of poems united by a single theme ⟨a sonnet ~⟩ b : three or more playing cards usu of the same suit in consecutive order of rank c : a succession of repetitions of a melodic phrase or harmonic pattern each in a new position d : a set of elements ordered as are the natural numbers e (1) : a succession of related shots or scenes developing a single subject or phase of a film story (2) : EPISODE 3 a : order of succession b : an arrangement of the tenses of successive verbs in a sentence designed to express a coherent relationship esp between main and subordinate parts 4 a : CONSEQUENCE, RESULT b : a subsequent development 5 : continuity of progression

²sequence vt se·quenced; se·quenc·ing (1941) 1 : to arrange in a sequence 2 : to determine the sequence of chemical constituents (as amino-acid residues) in ⟨sequenced biological marcromolecules⟩

se·quenc·er \'sē-kwən-sər, -,kwen(t)-sər\ n (1949) : any of various devices for arranging (as informational items or the events in the launching of a rocket) into or separating (as amino acids from protein) in a sequence

words or to represent a complex notion **3** : one of the 12 divisions of the zodiac **4 a** (1) : a character (as a flat or sharp) used in musical notation (2) : SEGNO **b** : a character (as −) indicating a mathematical operation, *also* : one of two characters + and − that form part of the symbol of a number and characterize it as positive or negative **5 a** : a lettered board or other display used to identify or advertise a place of business **b** : a posted command, warning, or direction **c** : SIGNBOARD **6 a** : something material or external that stands for or signifies something spiritual **b** : something indicating the presence or existence of something else ⟨~s of success⟩ ⟨a ~ of the times⟩ **c** : PRESAGE PORTENT ⟨~s of an early spring⟩ **d** : an objective evidence of plant or animal disease **7** *pl usu* **sign** : traces of a usu wild animal ⟨red fox ~⟩ — **signed** *adj*

*syn* SIGN MARK TOKEN NOTE SYMPTOM mean a discernible indication of what is not itself directly perceptible. SIGN applies to any indication to be perceived by the senses or the reason. MARK suggests something impressed on or inherently characteristic of a thing often in contrast to general outward appearance. TOKEN applies to something that serves as a proof of something intangible. NOTE suggests a distinguishing mark or characteristic. SYMPTOM suggests an outward indication of an internal change or condition

**²sign** *vb* [ME *signen*, fr MF *signer*, fr L *signare* to mark, sign, seal, fr *signum*] *vt* (14c) **1 a** : to place a sign on **b** : CROSS 2 **c** : to represent or indicate by a sign **2 a** : to affix a signature to : ratify or attest by hand or seal ⟨~ a bill into law⟩ ⟨the prisoner ~*ed* a confession⟩ **b** : to assign or convey formally ⟨~*ed* over his property to his brother⟩ **c** : to write down (one's name) **3** : to communicate by making a sign or by sign language **4** : to engage or hire by securing the signature of on a contract of employment — often used with *up* or *on* ~ *vi* **1** : to write one's name in token of assent, responsibility, or obligation **2 a** : to make a sign or signal **b** : to use sign language — **sign·ee** \ˌsī-ˈnē\ *n* — **sign·er** \ˈsī-nər\ *n*

**¹sig·nal** \ˈsig-nᵊl\ *n* [ME, fr MF, fr ML *signale*, fr LL, neut of *signalis* of a sign, fr L *signum*] (14c) **1** : SIGN INDICATION **2 a** : an act, event, or watchword that has been agreed on as the occasion of concerted action **b** : something that incites to action **3** : something (as a sound, gesture, or object) that conveys notice or warning **4** : an object (as a flag on a pole) centered over a point so as to be observed from other positions in surveying **5 a** : an object used to transmit or convey information beyond the range of human voice **b** : the sound or image conveyed in telegraphy, telephony, radio, radar, or television **c** : a detectable physical quantity or impulse (as a voltage, current, or magnetic field strength) by which messages or information can be transmitted

**²signal** *vb* **sig·naled** *or* **sig·nalled; sig·nal·ing** *or* **sig·nal·ling** \-nə-liŋ\ *vt* (1805) **1** : to notify by a signal ⟨~*ed* the fleet to turn back⟩ **2 a** : to communicate by signals **b** : to constitute a characteristic feature of (a meaningful linguistic form) ~ *vi* : to make or send a signal — **sig·nal·er** *or* **sig·nal·ler** *n*

**³signal** *adj* [modif of F *signalé*, pp of *signaler* to distinguish, fr OIt *segnalare* to signal, distinguish, fr *segnale* signal, fr ML *signale*] (1641) **1** : distinguished from the ordinary ⟨~ achievement⟩ **2** : used in signaling ⟨~ beacon⟩ *syn* see NOTICEABLE

**sig·nal·ize** \ˈsig-nə-ˌlīz\ *vt* **-ized; -iz·ing** [³*signal*] (1654) **1** : to make conspicuous : DISTINGUISH **2** : to point out carefully or distinctly **3** : to make signals to : SIGNAL *also* : INDICATE **4** : to place traffic signals at or on — **sig·nal·iza·tion** \ˌsig-nə-lə-ˈzā-shən\ *n*

**sig·nal·ly** \ˈsig-nə-lē\ *adv* (1641) : in a signal manner : NOTABLY

**sig·nal·man** \ˈsig-nᵊl-mən, -ˌman\ *n* (1737) : one who signals or works with signals

**sig·nal·ment** \-mənt\ *n* [F *signalement*, fr *signaler*] (1778) : description by peculiar, appropriate, or characteristic marks; *specif* : the systematic description of a person for purposes of identification

**sig·na·to·ry** \ˈsig-nə-ˌtōr-ē, -ˌtȯr-\ *n, pl* **-ries** [L *signatorius* of sealing, fr *signatus*, pp ] (1866) : a signer with another or others ⟨*signatories* to a petition⟩ *esp* : a government bound with others by a signed convention — **signatory** *adj*

**sig·na·ture** \ˈsig-nə-ˌchu̇(ə)r, -chər, -ˌt(y)u̇(ə)r\ *n* [MF or ML; MF, fr ML *signatura*, fr L *signatus* pp of *signare* to sign, seal] (1580) **1 a** : the name of a person written with his own hand **b** : the act of signing one's name **2** : a feature in the appearance or qualities of a natural object formerly held to indicate its utility in medicine **3 a** : a letter or figure placed usu at the bottom of the first page on each sheet of printed pages (as of a book) as a direction to the binder in arranging and gathering the sheets **b** : a folded sheet that is one unit of a book **4 a** : KEY SIGNATURE **b** : TIME SIGNATURE **5** : the part of a medical prescription that contains the directions to the patient **6** : something (as a tune, musical number, or logo) that serves to identify, *also* : a characteristic mark

**sign·board** \ˈsīn-ˌbō(ə)rd, -ˌbȯ(ə)rd\ *n* (1632) : a board bearing a notice or sign

**¹sig·net** \ˈsig-nət\ *n* [ME, fr MF, dim of *signe* sign, seal] (14c) **1** : a seal used officially to give personal authority to a document in lieu of signature **2** : the impression made by or as if by a signet **3** : a small intaglio seal (as in a finger ring)

**²signet** *vt* (15c) : to stamp or authenticate with a signet

**signet ring** *n* (1681) : a finger ring engraved with a signet, seal, or monogram : SEAL RING

**sig·nif·i·cance** \sig-ˈnif-i-kən(t)s\ *n* (15c) **1 a** : something that is conveyed as a meaning often obscurely or indirectly **b** : the quality of conveying or implying **2 a** : the quality of being important : MOMENT **b** : the quality of being statistically significant *syn* see IMPORTANCE

**significance level** *n* (1947) : LEVEL OF SIGNIFICANCE

**sig·nif·i·can·cy** \sig-ˈnif-i-kən-sē\ *n* (1595) : SIGNIFICANCE

**sig·nif·i·cant** \-kənt\ *adj* [L *significant-, significans*, prp of *significare* to signify] (1579) **1** : having meaning, *esp* : SUGGESTIVE ⟨a ~ glance⟩ **2 a** : having or likely to have influence or effect : IMPORTANT ⟨a ~ piece of legislation⟩, *also* : of a noticeably or measurably large amount ⟨a ~ number of layoffs⟩ ⟨producing ~ profits⟩ **b** : probably caused by something other than mere chance ⟨statistically ~ correlation between vitamin deficiency and disease⟩ — **sig·nif·i·cant·ly** *adv*

**significant digit** *n* (1923) : one of the digits of a number beginning with the digit farthest to the left that is not zero and ending with the last digit farthest to the right that is not zero or is a zero considered to be exact — called also *significant figure*

**sig·ni·fi·ca·tion** \ˌsig-nə-fə-ˈkā-shən\ *n* (14c) **1 a** : the act or process of signifying by signs or other symbolic means **b** : a formal notification **2** : PURPORT *esp* : the meaning that a term, symbol, or character regularly conveys or is intended to convey **3** *chiefly dial* : IMPORTANCE, CONSEQUENCE

**sig·nif·i·ca·tive** \sig-ˈnif-ə-ˌkāt-iv\ *adj* (15c) **1** : SIGNIFICANT, SUGGESTIVE **2** : INDICATIVE ⟨symptoms ~ of malaria⟩

**sig·nif·ics** \sig-ˈnif-iks\ *n pl but sing or pl in constr* [*signify*] (1896) : SEMIOTIC, SEMANTICS

**sig·ni·fy** \ˈsig-nə-ˌfī\ *vb* **-fied; -fy·ing** [ME *signifien*, fr OF *signifier*, fr L *significare* to indicate, signify, fr *signum* sign] *vt* (13c) **1 a** : MEAN, DENOTE **b** : IMPLY **2** : to show esp by a conventional token (as word, signal, or gesture) ~ *vi* : to have significance : MATTER — **sig·ni·fi·er** \ˈsig-nə-ˌfī(-ə)r\ *n*

**sign in** *vi* (1949) : to make a record of arrival by signing a register or punching a time clock ~ *vt* : to record arrival of (a person) or receipt of (an article) by signing

**sign language** *n* (1847) **1** : a system of hand gestures used for communication (as by the deaf) **2** : an unsystematic method of communicating chiefly by manual gestures used by people speaking different languages

**sign of aggregation** (1942) : any of various conventional devices (as braces, brackets, parentheses, or vinculums) used in mathematics to indicate that two or more terms are to be treated as one quantity

**sign off** \(ˈ)sī-ˈnȯf\ *vi* (1926) **1** : to announce the end of something (as a message or broadcast) **2** : to approve or acknowledge something by or as if by a signature ⟨*sign off* on a memo⟩ — **sign–off** \ˈsī-ˌnȯf\ *n*

**sign of the cross** (13c) : a gesture of the hand forming a cross esp on forehead, breast, and shoulders to profess Christian faith or invoke divine protection or blessing

**sign on** \(ˈ)sī-ˈnȯn, -ˈnän\ *vi* (1885) **1** : to engage oneself by or as if by a signature **2** : to announce the start of broadcasting for the day — **sign–on** \ˈsī-ˌnȯn, -ˌnän\ *n*

**si·gnor** *also* **si·gnior** \sēn-ˈyō(ə)r, -ˈyȯ(ə)r\ *n, pl* **signors** *or* **si·gno·ri** \sēn-ˈyōr-(ˌ)ē, -ˈyȯr-\ *also* **signiors** [It *signore, signor*, fr ML *senior* superior, lord — more at SENOR] (1582) : an Italian man usu of rank or gentility — used as a title equivalent to *Mister*

**si·gno·ra** \sēn-ˈyōr-ə, -ˈyȯr-\ *n, pl* **signoras** *or* **si·gno·re** \-ˈyōr-(ˌ)ā, -ˈyȯr-\ [It, fem of *signore, signor*] (1763) : a married Italian woman usu of rank or gentility — used as a title equivalent to *Mrs.*

**si·gno·re** \sēn-ˈyōr-(ˌ)a, -ˈyȯr-\ *n, pl* **si·gno·ri** \-ˈyōr-(ˌ)ē, -ˈyȯr-\ [It] (1594) : SIGNOR

**si·gno·ri·na** \ˌsē-nyə-ˈrē-nə\ *n, pl* **-nas** *or* **-ne** \-(ˌ)nā\ [It, fr dim of *signora*] (1820) : an unmarried Italian woman — used as a title equivalent to *Miss*

**si·gnory** *or* **si·gniory** \ˈsē-nyə-rē\ *n, pl* **si·gnor·ies** *or* **si·gnior·ies** [ME *signorie*, fr MF *seigneurie*] (14c) : SEIGNIORY

**sign out** \(ˈ)sī-ˈnau̇t\ *vi* (1948) : to indicate departure by signing a register ~ *vt* : to record or approve the release or departure of — **sign–out** \ˈsī-ˌnau̇t\ *n or adj*

**¹sign·post** \ˈsīn-ˌpōst\ *n* (1620) **1** : a post (as at the fork of a road) with signs on it to direct travelers **2** : GUIDE, BEACON

**²signpost** *vt* (1923) : to provide with signposts or guides

**sign up** \(ˈ)sī-ˈnəp\ *vi* (1903) : to sign one's name (as to a contract) in order to obtain or do something ⟨*sign up* for insurance⟩ ⟨*sign up* for classes⟩ — **sign–up** \ˈsī-ˌnəp\ *n or adj*

**Sig·urd** \ˈsig-u̇(ə)rd, ˈsig-ərd\ *n* [ON *Sigurthr*] : a hero in Norse mythology who slays the dragon Fafnir

**sike** \ˈsīk\ *n* [ME, fr OE *sīc*, akin to ON *sīk* sike, OE *sīcerian* to trickle] (bef 12c) **1** *dial chiefly Brit* : a small stream, *esp* : one that dries up in summer **2** *dial chiefly Brit* : DITCH

**¹Sikh** \ˈsēk\ *n* [Hindi, lit., disciple] (1756) : an adherent of a monotheistic religion of India founded about 1500 by a Hindu under Islamic influence and marked by rejection of idolatry and caste — **Sikh·ism** \-ˌiz-əm\ *n*

**²Sikh** *adj* (1845) : of or relating to Sikhs or Sikhism

**si·lage** \ˈsī-lij\ *n* [short for *ensilage*] (1884) : fodder converted into succulent feed for livestock through processes of anaerobic acid fermentation (as in a silo)

**si·lane** \ˈsi-ˌlān, ˈsī-ˌlān\ *n* [ISV *silicon* + meth*ane*] (1916) : any of various compounds of hydrogen and silicon that have the general formula $Si_nH_{2n+2}$ and are analogous to alkanes

**Si·las·tic** \sə-ˈlas-tik, sī-\ *trademark* — used for a soft pliable plastic

**sild** \ˈsil(d)\ *n, pl* **sild** *or* **silds** [Norw] (1928) : a young herring other than a brisling that is canned as a sardine in Norway

**¹si·lence** \ˈsī-lən(t)s\ *n* [ME, fr OF, fr L *silentium*, fr *silent-, silens*] (13c) **1** : forbearance from speech or noise : MUTENESS — often used interjectionally **2** : absence of sound or noise : STILLNESS **3** : absence of mention **a** : OBLIVION OBSCURITY **b** : SECRECY ⟨weapons research was conducted in ~⟩

**²silence** *vt* **si·lenced; si·lenc·ing** (1603) **1** : to compel or reduce to silence : STILL **2** : to restrain from expression : SUPPRESS **3** : to cause to cease hostile firing or criticism

**si·lenc·er** \ˈsī-lən-sər\ *n* (1635) : one that silences as **a** *chiefly Brit* : the muffler of an internal-combustion engine **b** : a silencing device for small arms

**si·lent** \ˈsī-lənt\ *adj* [L *silent-, silens*, fr prp of *silēre* to be silent, akin to Goth *anasilan* to subside, L *sinere* to let go, lay — more at SITE] (ca 1565) **1 a** : making no utterance : MUTE, SPEECHLESS **b** : indisposed to speak : not loquacious **2** : free from sound or noise : STILL **3** : performed or borne without utterance : UNSPOKEN ⟨~ prayer⟩ ⟨~ grief⟩ **4 a** : making no mention ⟨history is ~ about this person⟩ **b** : not widely or generally known or appreciated ⟨the ~ pressures on a person in public office⟩ **c** : making no protest or outcry ⟨the ~ majority⟩ **5** : UNPRONOUNCED ⟨~ *b* in *doubt*⟩ **6** : not exhibiting the usual signs or symptoms of presence ⟨a ~ infection⟩ **7** : made without spoken dialogue ⟨~ movies⟩ — **si·lent·ly** *adv* — **si·lent·ness** *n*

*syn* SILENT TACITURN RETICENT, RESERVED SECRETIVE mean showing restraint in speaking. SILENT implies a habit of saying no more than is needed ⟨a stern, *silent* man, long a widower —Willa Cather⟩ TACITURN implies a temperamental disinclination to speech and usu connotes unsociability ⟨the farmer was *taciturn* and drove them speechlessly to

**synaptosomal • synergically** 1197

**syn·ap·to·some** \sə-'nap-tə-,sōm\ *n* [*synaptic* + *o-* + ³*-some*] (1964) : a nerve ending that is isolated from homogenized nerve tissue — **syn·ap·to·som·al** \-,nap-tə-'sō-məl\ *adj*

**syn·ar·thro·di·al** \,sin-ar-'thrōd-ē-əl\ *adj* [NL *synarthrodia* synarthrosis] (1830) : of, relating to, or being a synarthrosis

**syn·ar·thro·sis** \-'thrō-səs\ *n, pl* **-thro·ses** \-,sēz\ [Gk *synarthrōsis*, fr *syn-* + *arthrōsis* arthrosis] (1578) : an immovable articulation in which the bones are united by intervening fibrous connective tissues

¹**sync** *also* **synch** \'siŋk\ *vt* **synced** *also* **synched** \'siŋ(k)t\ **sync·ing** *also* **synch·ing** \'siŋ-kiŋ\ (ca 1931) : SYNCHRONIZE

²**sync** *also* **synch** *n* (1937) : SYNCHRONIZATION SYNCHRONISM — **sync** *adj*

**syn·car·pous** \(')sin-'kär-pəs\ *adj* (ca 1830) : having the carpels of the gynoecium united in a compound ovary — **syn·car·py** \'sin-,kär-pē\ *n*

¹**syn·chro** \'siŋ-(,)krō, 'sin-\ *n, pl* **synchros** [*synchronous*] (1943) : SELSYN

²**synchro** *adj* [*synchro-*] (1947) : adapted to synchronization

**synchro-** *comb form* [*synchronized* & *synchronous*] : synchronized : synchronous ⟨*synchro*flash⟩ ⟨*synchro*mesh⟩

**syn·chro·cy·clo·tron** \,siŋ-(,)krō-'sī-klə-,trän, ,sin-\ *n* (1947) : a modified cyclotron that achieves greater energies for the charged particles by compensating for the variation in mass that the particles experience with increasing velocity

**syn·chro·flash** \'siŋ-krō-,flash, 'sin-\ *adj* (1939) : employing or produced with a mechanism for synchronizing the firing or peak brilliance of a flash lamp with the opening of a camera shutter

**syn·chro·mesh** \-,mesh\ *adj* (1928) : designed for effecting synchronized shifting of gears — **synchromesh** *n*

**syn·chro·nal** \'siŋ-krən-ᵊl, 'sin-\ *adj* (1660) : SYNCHRONOUS

**syn·chro·ne·ity** \,siŋ-krə-'nē-ət-ē, ,sin-, -'nā-\ *n* [*synchronous* + *-eity* (as in *spontaneity*)] (ca 1909) : the state of being synchronous

**syn·chron·ic** \sin-'krän-ik, siŋ-\ *adj* (1833) **1** : SYNCHRONOUS **2 a** : DESCRIPTIVE 4 ⟨~ linguistics⟩ **b** : concerned with the complex of events existing in a limited time period and ignoring historical antecedents — **syn·chron·i·cal** \-i-kəl\ *adj* — **syn·chron·i·cal·ly** \-i-k(ə-)lē\ *adv* — **syn·chro·nic·i·ty** \,siŋ-krə-'nis-ət-ē, ,sin-\ *n*

**syn·chro·nism** \'siŋ-krə-,niz-əm, 'sin-\ *n* (1588) **1** : the quality or state of being synchronous : SIMULTANEOUSNESS **2** : chronological arrangement of historical events and personages so as to indicate coincidence or coexistence, *also* : a table showing such concurrences — **syn·chro·nis·tic** \,siŋ-krə-'nis-tik, ,sin-\ *adj*

**syn·chro·ni·za·tion** \,siŋ-krə-nə-'zā-shən, ,sin-\ *n* (1828) **1** : the act or result of synchronizing **2** : the state of being synchronous

**syn·chro·nize** \'siŋ-krə-,nīz, 'sin-\ *vb* **-nized; -niz·ing** *vi* (1624) : to happen at the same time ~ *vt* **1** : to represent or arrange (events) to indicate coincidence or coexistence **2** : to make synchronous in operation **3** : to make (motion picture sound) exactly simultaneous with the action — **syn·chro·niz·er** *n*

**synchronized swimming** *n* (1950) : exhibition swimming in which the movements of one or more swimmers are synchronized with a musical accompaniment so as to form changing patterns

**syn·chro·nous** \'siŋ-krə-nəs, 'sin-\ *adj* [LL *synchronos*, fr Gk, fr *syn* + *chronos* time] (1669) **1** : happening, existing, or arising at precisely the same time **2** : recurring or operating at exactly the same periods **3** : involving or indicating synchronism **4 a** : having the same period, *also* : having the same period and phase **b** : GEOSTATIONARY *syn* see CONTEMPORARY — **syn·chro·nous·ly** *adv* — **syn·chro·nous·ness** *n*

**synchronous motor** *n* (ca 1897) : an electric motor having a speed strictly proportional to the frequency of the operating current

**syn·chro·ny** \'siŋ-krə-nē, 'sin-\ *n, pl* **-nies** [*synchronous* + *-y*] (1848) : synchronistic occurrence, arrangement, or treatment

**syn·chro·scope** \-,skōp\ *n* (ca 1907) : any of several devices for showing whether two associated machines or moving parts are operating in synchronism with each other

**syn·chro·tron** \'siŋ-k(r)ə-,trän, 'sin-\ *n* (1945) **1** : an apparatus for imparting very high speeds to charged particles by means of a combination of a high-frequency electric field and a low-frequency magnetic field **2** : SYNCHROTRON RADIATION

**synchrotron radiation** *n* [fr its having been first observed in a synchrotron] (1956) : radiation emitted by high-energy charged relativistic particles (as electrons) when they are accelerated by a magnetic field (as in a nebula)

**syn·cli·nal** \(')sin-'klīn-ᵊl\ *adj* [Gk *syn-* + *klinein* to lean — more at LEAN] (1833) **1** : inclined down from opposite directions so as to meet **2** : having or relating to a folded rock structure in which the sides dip toward a common line or plane

**syn·cline** \'sin-,klīn\ *n* [back-formation fr *synclinal*] (1873) : a trough of stratified rock in which the beds dip toward each other from either side — compare ANTICLINE

syncline

**syn·co·pate** \'siŋ-kə-,pāt, 'sin-\ *vt* **-pat·ed; -pat·ing** (1605) **1 a** : to shorten or produce by syncope ⟨~ *suppose* to *s'pose*⟩ **b** : to cut short : CLIP ABBREVIATE **2** : to modify or affect (musical rhythm) by syncopation — **syn·co·pa·tor** \-,pāt-ər\ *n*

**syn·co·pat·ed** *adj* (1665) **1** : cut short : ABBREVIATED **2** : marked by or exhibiting syncopation ⟨~ rhythm⟩

**syn·co·pa·tion** \,siŋ-kə-'pā-shən, ,sin-\ *n* [ML *syncopation-, syncopatio*, fr *syncopatus*, pp of *syncopare* to syncopate, fr LL *syncope*] (1597) **1** : a temporary displacement of the regular metrical accent in music caused typically by stressing the weak beat **2** : a syncopated rhythm, passage, or dance step — **syn·co·pa·tive** \'siŋ-kə-,pāt-iv, 'sin-\ *adj*

**syn·co·pe** \'siŋ-kə-(,)pē, 'sin-\ *n* [LL, fr Gk *synkopē*, lit , cutting short, fr *synkoptein* to cut short, fr *syn* + *koptein* to cut — more at CAPON] (15c) **1** : a partial or complete temporary suspension of respiration and circulation due to cerebral ischemia : FAINT **2** : the loss of one or more sounds or letters in the interior of a word (as in *fo'c'sle* for *forecastle*) — **syn·co·pal** \-kə-pəl\ *adj*

**syn·cret·ic** \sin-'kret-ik, siŋ-\ *adj* (1840) : characterized or brought about by syncretism : SYNCRETISTIC

**syn·cre·tism** \'siŋ-krə-,tiz-əm, 'sin-\ *n* [NL *syncretismus*, fr Gk *synkrētismos* federation of Cretan cities, fr *syn* + *Krēt-*, *Krēs* Cretan] (1618) **1** : the combination of different forms of belief or practice **2** : the fusion of two or more orig different inflectional forms — **syn·cre·tist** \-təst\ *n or adj* — **syn·cre·tis·tic** \,siŋ-krə-'tis-tik, ,sin-\ *adj*

**syn·cre·tize** \'siŋ-krə-,tīz, 'sin-\ *vt* **-tized; -tiz·ing** (ca 1891) : to attempt to unite and harmonize esp without critical examination or logical unity

**syn·cy·tium** \sin-'sish-(ē-)əm\ *n, pl* **-tia** \-(ē-)ə\ [NL, fr *syn-* + *cyt-* + *-ium*] (ca 1877) **1** : a multinucleate mass of protoplasm (as in the plasmodium of a slime mold) resulting from fusion of cells **2** : COENOCYTE 1 — **syn·cy·tial** \-'sish-(ē-)əl\ *adj*

**syn·dac·ty·lism** \(')sin-'dak-tə-,liz-əm\ *n* (1889) : SYNDACTYLY

**syn·dac·ty·ly** \-lē\ *n* [NL *syndactylia* fr *syn-* + Gk *daktylos* finger] (1864) : a union of two or more digits that is normal in many birds (as kingfishers) and in some lower mammals (as the kangaroos) and occurs in man as a familial anomaly marked by webbing of two or more fingers or toes

**syn·des·mo·sis** \,sin-,dez-'mō-səs, -,des-\ *n, pl* **-mo·ses** \-,sēz\ [NL, fr Gk *syndesmos* fastening, ligament, fr *syndein*] (1726) : an articulation in which the contiguous surfaces of the bones are rough and are bound together by a ligament

**syn·det·ic** \sin-'det-ik\ *adj* [Gk *syndetikos*, fr *syndein* to bind together — more at ASYNDETON] (1621) : CONNECTIVE CONNECTING ⟨~ pronoun⟩, *also* : marked by a conjunctive ⟨~ relative clause⟩ — **syn·det·i·cal·ly** \-i-k(ə-)lē\ *adv*

**syn·dic** \'sin-dik\ *n* [F, fr LL *syndicus* representative of a corporation, fr Gk *syndikos* assistant at law, advocate, representative of a state, fr *syn-* + *dikē* judgment, case at law — more at DICTION] (1621) **1** : a municipal magistrate in some countries **2** : an agent of a university or corporation

**syn·di·cal** \-di-kəl\ *adj* (1864) **1** : of or relating to a syndic or to a committee that assumes the powers of a syndic **2** : of or relating to syndicalism

**syn·di·cal·ism** \'sin-di-kə-,liz-əm\ *n* [F *syndicalisme*, fr *chambre syndicale* trade union] (1907) **1** : a revolutionary doctrine by which workers seize control of the economy and the government by direct means (as a general strike) **2** : a system of economic organization in which industries are owned and managed by the workers **3** : a theory of government based on functional rather than territorial representation — **syn·di·cal·ist** \-ləst\ *adj or n*

¹**syn·di·cate** \'sin-di-kət\ *n* [F *syndicat*, fr *syndic*] (ca 1624) **1 a** : a council or body of syndics **b** : the office or jurisdiction of a syndic **2** : an association of persons officially authorized to undertake a duty or negotiate business **3 a** : a group of persons or concerns who combine to carry out a particular transaction **b** : CARTEL 2 **c** : a loose association of racketeers in control of organized crime **4** : a business concern that sells materials for publication in a number of newspapers or periodicals simultaneously **5** : a group of newspapers under one management

²**syn·di·cate** \'sin-də-,kāt\ *vb* **-cat·ed; -cat·ing** *vt* (1882) **1** : to subject to or manage as a syndicate **2 a** : to sell (as a cartoon) to a syndicate or for publication in many newspapers or periodicals at once **b** : to sell (as a series of television programs) directly to local stations ~ *vi* : to unite to form a syndicate — **syn·di·ca·tion** \,sin-də-'kā-shən\ *n* — **syn·di·ca·tor** \'sin-də-,kāt-ər\ *n*

**syn·drome** \'sin-,drōm *also* -drəm\ *n* [NL, fr Gk *syndromē* combination, syndrome, fr *syn* + *dramein* to run — more at DROMEDARY] (1541) **1** : a group of signs and symptoms that occur together and characterize a particular abnormality **2** : a set of concurrent things (as emotions or actions) that usu form an identifiable pattern

¹**syne** \(')sīn\ *adv* [ME (northern), prob fr ON *sithan*, akin to OE *siththan* since — more at SINCE] *chiefly Scot* (15c) : since then : AGO

²**syne** *conj or prep, Scot* (15c) : SINCE

**syn·ec·do·che** \sə-'nek-də-(,)kē\ *n* [L, fr Gk *synekdochē*, fr *syn-* + *ekdochē* sense, interpretation, fr *ekdechesthai* to receive, understand, fr *ex* from + *dechesthai* to receive, akin to Gk *dokein* to seem good — more at EX DECENT] (14c) : a figure of speech by which a part is put for the whole (as *fifty sail* for *fifty ships*), the whole for a part (as *society* for *high society*), the species for the genus (as *cutthroat* for *assassin*), the genus for the species (as *a creature* for *a man*), or the name of the material for the thing made (as *boards* for *stage*) — **syn·ec·doch·ic** \,sin-,ek-'däk-ik\ *adj* — **syn·ec·doch·i·cal** \-'däk-i-kəl\ *adj* — **syn·ec·doch·i·cal·ly** \-i-k(ə-)lē\ *adv*

**syn·ecol·o·gy** \,sin-i-'käl-ə-jē, ,sin-e-'käl-\ *n* [G *synökologie* fr *syn-* syn- + *ökologie* ecology] (1910) : a branch of ecology that deals with the structure, development, and distribution of ecological communities — **syn·eco·log·i·cal** \,sin-,ē-kə-'läj-i-kəl, -,ek-ə-\ *adj*

**syn·ec·tics** \sə-'nek-tiks\ *n pl but usu sing in constr* [perh fr Gk *synektikein* to bring forth together (fr *syn-* + *ektiktein* to bring forth, fr *ex-* out + *tiktein* to beget) + E *-s* (as in *dialectics*) — more at EX THANE] (1961) : a theory or system of problem-stating and problem-solution based on creative thinking that involves free use of metaphor and analogy in informal interchange within a carefully selected small group of individuals of diverse personality and areas of specialization — **syn·ec·tic** \-tik\ *adj* — **syn·ec·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·er·e·sis** \sə-'ner-ə-səs, -'nir-, *esp for 2* ,sin-ə-'rē-\ *n* [LL *synaeresis*, fr Gk *synairesis*, fr *synairein* to contract, fr *syn-* + *hairein* to take] (ca 1577) **1** : SYNIZESIS **2** : the separation of liquid from a gel caused by contraction

**syn·er·get·ic** \,sin-ər-'jet-ik\ *adj* [Gk *synergētikos*, fr *synergein* to work with, cooperate, fr *synergos* working together, fr *syn-* + *ergon* work — more at WORK] (ca 1836) : SYNERGIC

**syn·er·gic** \sə-'nər-jik\ *adj* (ca 1859) : working together : COOPERATING — **syn·er·gi·cal·ly** \-ji-k(ə-)lē\ *adv*

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \a, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation

and are trapped 2 : an adjustable pothook for a fireplace crane 3 : a shackle used for making a horse amble 4 : something impeding activity, progress, or freedom : RESTRAINT — usu. used in pl 5 a : an instrument for drawing ellipses b : a compass for drawing large circles that consists of a beam with two sliding parts — usu. used in pl c : any of various gauges used for aligning or adjusting machine parts

**²trammel** *vt* **-meled** *or* **-melled; -mel·ing** *or* **-mel·ling** \-(ə-)liŋ\ (1605) 1 : to catch or hold in or as if in a net : ENMESH 2 : to prevent or impede the free play of : CONFINE *syn* see HAMPER

**¹tra·mon·tane** \trə-ˈman-ˌtan, ˌtram-ən-ˈ\ *n* (1593) : one dwelling in a tramontane region; *broadly* : FOREIGNER

**²tramontane** *adj* [It *tramontano* fr. L *transmontanus*, fr. *trans-* + *mont-, mons* mountain — more at MOUNT] (1596) 1 : TRANSALPINE 2 : lying on or coming from the other side of a mountain range

**¹tramp** \ˈtramp, *vi 1 & vt 1 are also* ˈtramp, ˈtrömp\ *vb* [ME *trampen*; akin to MLG *trampen* to stamp, OE *treppan* to tread — more at TRAP] *vi* (14c) 1 : to walk, tread, or step esp. heavily 2 a : to travel about on foot : HIKE b : to journey as a tramp ~ *vt* 1 : to tread on forcibly and repeatedly 2 : to travel or wander through on foot ⟨has ~*ed* all the woods on his property⟩ — **tramp·er** *n*

**²tramp** \ˈtramp, *3 4 are also* ˈtramp, ˈtrömp\ *n* (1664) 1 a : a foot traveler b : a begging or thieving vagrant c : a woman of loose morals; *specif* : PROSTITUTE 2 : a walking trip : HIKE 3 : the succession of sounds made by the beating of feet on a surface (as a road, pavement, or floor) 4 : an iron plate to protect the sole of a shoe 5 : a ship not making regular trips but taking cargo when and where it offers and to any port — called also *tramp steamer*

**³tramp** \ˈtramp\ *adj* (1873) : having no fixed abode, connection, or destination ⟨a ~ dog⟩

**tram·ple** \ˈtram-pəl\ *vb* **tram·pled; tram·pling** \-p(ə-)liŋ\ [ME *tramplen*, freq. of *trampen* to tramp] *vi* (14c) 1 : TRAMP *esp* : to tread heavily so as to bruise, crush, or injure 2 : to inflict injury or destruction esp. contemptuously or ruthlessly — usu. used with *on, over,* or *upon* ⟨*trampling* on the rights of others⟩ ~ *vt* : to crush, injure, or destroy by or as if by treading : STAMP — **trample** *n* — **tram·pler** \-p(ə-)lər\ *n*

**tram·po·line** \ˌtram-pə-ˈlēn, ˈtram-pə-ˌ\ *n* [Sp *trampolín* fr. It *trampolino*, of Gmc origin; akin to MLG *trampen* to stamp] (1928) : a resilient canvas sheet or web supported by springs in a metal frame and used as a springboard and landing area in tumbling — **tram·po·lin·er** \-ˈlē-nər, -ˌlē-\ *n* — **tram·po·lin·ist** \-nəst\ *n*

**tram·po·lin·ing** *n* (1949) : the sport of jumping and tumbling on a trampoline

**tram·road** \ˈtram-ˌrōd\ *n* (1800) : a roadway for trams consisting of parallel tracks made usu. of metal-faced wooden beams, stone blocks, metal plates, or rails; *esp* : a railway in a mine

**tram·way** \-ˌwā\ *n* (1825) : a way for trams as a : TRAMROAD b *Brit* : a streetcar line c : an overhead cable or rails for trams

**¹trance** \ˈtran(t)s\ *n* [ME, fr. MF *transe*, fr. *transir* to pass away, swoon, fr. L *transire* to pass, pass away — more at TRANSIENT] (14c) 1 : a state of partly suspended animation or inability to function 2 : a somnolent state (as of deep hypnosis) 3 : a state of profound abstraction or absorption — **trance·like** \-ˌlīk\ *adj*

**²trance** *vt* **tranced; tranc·ing** (1597) : ENTRANCE, ENRAPTURE

**tranche** \ˈträ"sh\ *n* [F, fr. OF, fr. *trenchier, trancher* to cut] (1930) : a bond series issued for sale in a foreign country

**tran·gam** \ˈtraŋ-gəm\ *n* [origin unknown] *archaic* (1658) : TRINKET, GIMCRACK

**tran·quil** \ˈtraŋ-kwəl, ˈtran-\ *adj* [L *tranquillus*, akin to L *quies* quiet, rest — more at WHILE] (1604) 1 a : free from agitation of mind or spirit ⟨~ faith⟩ b : free from disturbance or turmoil ⟨a ~ scene⟩ 2 : unvarying in aspect : STEADY, STABLE *syn* see CALM — **tran·quil·ly** \-kwə-lē\ *adv* — **tran·quil·ness** *n*

**tran·quil·ize** *also* **tran·quil·lize** \ˈtraŋ-kwə-ˌlīz, ˈtran-\ *vb* **-ized** *also* **-lized; -iz·ing** *also* **-liz·ing** *vt* (1623) : to make tranquil or calm : PACIFY *esp* : to relieve of mental tension and anxiety by means of drugs ~ *vi* 1 : to become tranquil : RELAX 1 2 : to make one tranquil

**tran·quil·iz·er** *also* **tran·quil·liz·er** \-ˌlī-zər\ *n* (1800) 1 : one that tranquilizes 2 : a drug used to reduce mental disturbance (as anxiety and tension) in people and animals

**tran·quil·li·ty** *or* **tran·quil·i·ty** \tran-ˈkwil-ət-ē, traŋ-\ *n* (14c) : the quality or state of being tranquil

**trans** \ˈtran(t)s, ˈtranz\ *adj* (1892) : having or characterized by certain atoms or groups on opposite sides of the molecule

**trans-** *prefix* [L *trans-, tra-* across, beyond, through, so as to change, fr. *trans* across, beyond — more at THROUGH] 1 : on or to the other side of : across : beyond ⟨*trans*atlantic⟩ 2 a : beyond (a specified chemical element) in the periodic table ⟨*trans*uranium⟩ b *usu ital* : characterized by having such atoms or groups on opposite sides of the molecule ⟨*trans*-dichloro-ethylene⟩ ⟨the isomer with *trans*-configuration⟩ — compare CIS- 2 3 : through ⟨*trans*cutaneous⟩ 4 : so or such as to change or transfer ⟨*trans*literate⟩ ⟨*trans*location⟩ ⟨*trans*amination⟩ ⟨*trans*ship⟩

**trans·act** \tran(t)s-ˈakt, tranz-\ *vb* [L *transactus*, pp. of *transigere* to drive through, complete, transact, fr. *trans-* + *agere* to drive, do — more at AGENT] *vi* (1584) : to carry on business ~ *vt* : CARRY OUT, PERFORM *esp* : CARRY ON — **trans·ac·tor** \-ˈak-tər\ *n*

**trans·ac·ti·nide** \-ˈak-tə-ˌnīd\ *adj* (1969) : of, relating to, or being actual or hypothetical elements with atomic weights higher than those of the actinide series ⟨~ chemistry⟩

**trans·ac·tion** \-ˈak-shən\ *n* (1647) 1 a : something transacted *esp* : a business deal b *pl* : the often published record of the meeting of a society or association 2 a : an act, process, or instance of transacting b : a communicative action or activity involving two parties or things that reciprocally affect or influence each other — **trans·ac·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**trans·al·pine** \tran(t)s-ˈal-ˌpīn, tranz-\ *adj* [L *transalpinus*, fr. *trans-* + *Alpes* the Alps] (1590) : situated on the north side of the Alps ⟨*Transalpine* Gaul⟩ — compare CISALPINE

**trans·am·i·nase** \tran(t)s-ˈam-ə-ˌnās, tranz-, -ˌnāz\ *n* (1940) : an enzyme promoting transamination — called also *aminotransferase*

**trans·am·i·na·tion** \ˌtran(t)s-ˌam-ə-ˈnā-shən, ˌtranz-\ *n* (1939) : a reversible oxidation-reduction reaction in which an amino group is transferred typically from an alpha amino acid to the carbonyl carbon atom of an alpha-keto acid

**trans·at·lan·tic** \ˌtran(t)s-ət-ˈlant-ik, ˌtranz-\ *adj* (1779) 1 a : crossing or extending across the Atlantic ocean ⟨a ~ cable⟩ b : relating to or involving crossing the Atlantic ocean ⟨~ air fares⟩ 2 : situated or coming from beyond the Atlantic ocean

**trans·ax·le** \tran(t)s-ˈak-səl, tranz-\ *n* [*trans*mission + *axle*] (1958) : a unit that consists of a combination of transmission and front axle used in front-wheel-drive automobiles

**trans·ceiv·er** \tran(t)s-ˈē-vər, tranz-\ *n* [*trans*mitter + re*ceiver*] (ca. 1937) : a radio transmitter-receiver that uses many of the same components for both transmission and reception

**tran·scend** \tran(t)s-ˈend\ *vb* [L *transcendere* to climb across, transcend, fr. *trans-* + *scandere* to climb — more at SCAN] *vt* (14c) 1 a : to rise above or go beyond the limits of b : to triumph over the negative or restrictive aspects of : OVERCOME c : to be prior to, beyond, and above (the universe or material existence) 2 : to outstrip or outdo in some attribute, quality, or power ~ *vi* : to rise above or extend notably beyond ordinary limits *syn* see EXCEED

**tran·scen·dence** \-ˈen-dən(t)s\ *n* (1601) : the quality or state of being transcendent

**tran·scen·den·cy** \-dən-sē\ *n* (1615) : TRANSCENDENCE

**tran·scen·dent** \-dənt\ *adj* [L *transcendent-, transcendens*, prp. of *transcendere*] (1598) 1 a : exceeding usual limits : SURPASSING b : extending or lying beyond the limits of ordinary experience c *Kantianism* : being beyond the limits of all possible experience and knowledge 2 : being beyond comprehension 3 : transcending the universe or material existence — **tran·scen·dent·ly** *adv*

**tran·scen·den·tal** \ˌtran(t)s-ˌen-ˈdent-ᵊl, -ən-\ *adj* (1624) 1 a : TRANSCENDENT 1b b : SUPERNATURAL c : ABSTRUSE, ABSTRACT d : of or relating to transcendentalism 2 a : incapable of being the root of an algebraic equation with rational coefficients ⟨π is a ~ number⟩ b : being, involving, or representing a function (as sin *x*, log *x*, $e^x$) that cannot be expressed by a finite number of algebraic operations ⟨~ curves⟩ 3 *Kantianism* a : of or relating to experience as determined by the mind's makeup b : transcending experience but not human knowledge 4 : TRANSCENDENT 1a — **tran·scen·den·tal·ly** \-ᵊl-ē\ *adv*

**tran·scen·den·tal·ism** \-ᵊl-ˌiz-əm\ *n* (1803) 1 : a philosophy that emphasizes the a priori conditions of knowledge and experience or the unknowable character of ultimate reality or that emphasizes the transcendent as the fundamental reality 2 : a philosophy that asserts the primacy of the spiritual and transcendental over the material and empirical 3 : the quality or state of being transcendental, *esp* : visionary idealism — **tran·scen·den·tal·ist** \-ᵊl-əst\ *adj or n*

**transcendental meditation** *n* (1966) : a technique of meditation in which a mantra is chanted in order to foster calm, creativity, and spiritual well-being

**trans·con·ti·nen·tal** \ˌtran(t)s-ˌkant-ᵊn-ˈent-ᵊl\ *adj* (1853) : extending or going across a continent ⟨a ~ railroad⟩

**tran·scribe** \tran(t)s-ˈkrīb\ *vt* **tran·scribed; tran·scrib·ing** [L *transcribere*, fr. *trans-* + *scribere* to write — more at SCRIBE] (1552) 1 a : to make a written copy of b : to make a copy of (dictated or recorded matter) in longhand or on a typewriter c : to paraphrase or summarize in writing d : WRITE DOWN, RECORD 2 a : to represent (speech sounds) by means of phonetic symbols b : TRANSLATE 2a c : to transfer (data) from one recording form to another d : to record (as on magnetic tape) for later broadcast 3 : to make a musical transcription of 4 : to broadcast by electrical transcription 5 : to cause (as DNA) to undergo genetic transcription — **tran·scrib·er** *n*

**tran·script** \ˈtran(t)s-ˌkript\ *n* [ME, fr. ML *transcriptum*, fr. L, neut. of *transcriptus*, pp. of *transcribere*] (13c) 1 a : a written, printed, or typed copy, *esp* : a usu. typewritten copy of dictated or recorded material b : an official or legal and often published copy ⟨a court reporter's ~⟩; *esp* : an official copy of a student's educational record 2 : a representation (as of experience) in an art form 3 : a sequence of RNA produced by transcription from a DNA template

**tran·scrip·tase** \tran-ˈskrip-ˌtās, -ˌtāz\ *n* [*transcription* + *-ase*] (1963) : REVERSE TRANSCRIPTASE

**tran·scrip·tion** \tran(t)s-ˈkrip-shən\ *n* (1598) 1 : an act, process, or instance of transcribing 2 : COPY, TRANSCRIPT: as a : an arrangement of a musical composition for some instrument or voice other than the original b : a phonograph record made esp. for use in radiobroadcasting 3 : the process of constructing a messenger RNA molecule using a DNA molecule as a template with resulting transfer of genetic information to the messenger RNA — compare TRANSLATION 2 — **tran·scrip·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **tran·scrip·tion·al·ly** \-ē\ *adv* — **tran·scrip·tion·ist** \-shə-nəst\ *n*

**trans·cu·ta·ne·ous** \ˌtran(t)s-kyu̇-ˈtā-nē-əs\ *adj* (ca. 1941) : passing, entering, or made by penetration through the skin ⟨~ infection⟩ ⟨~ inoculation⟩

**trans·duce** \tran(t)s-ˈd(y)üs, tranz-\ *vt* **trans·duced; trans·duc·ing** [L *transducere* to lead across, transfer, fr. *trans-* + *ducere* to lead — more at TOW] (1947) 1 : to convert (as energy or a message) into another form ⟨essentially sense organs ~ physical energy into a nervous signal⟩ 2 : to bring about the transfer of (as a gene) from one microorganism to another by means of a viral agent

**trans·duc·er** \-ˈd(y)ü-sər\ *n* (1924) : a device that is actuated by power from one system and supplies power usu. in another form to a second system (as a telephone receiver that is actuated by electric power and supplies acoustic power to the surrounding air)

**trans·duc·tion** \-ˈdək-shən\ *n* [L *transductus*, pp. of *transducere*] (1953) : the action or process of transducing; *esp* : the transfer of genetic determinants from one microorganism to another by a viral agent (as a bacteriophage) — **trans·duc·tant** \-tənt\ *n* — **trans·duc·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**¹tran·sect** \tran(t)s-ˈekt\ *vt* (1634) : to cut transversely — **tran·sec·tion** \-ˈek-shən\ *n*

**²tran·sect** \ˈtran(t)s-ˌekt\ *n* (ca. 1909) : a sample area (as of vegetation) usu. in the form of a long continuous strip

**tran·sept** \ˈtran(t)s-ˌept\ *n* [NL *transeptum*, fr. L *trans-* + *septum*, *saeptum* enclosure, wall — more at SEPTUM] (1538) : the part of a cruciform church that crosses at right angles to the greatest length between the nave and the apse or choir; *also* : either of the projecting ends of a transept — **tran·sep·tal** \tran(t)s-ˈep-tᵊl\ *adj*

**trans·fec·tion** \t
: infection of a
tion of the com
**¹trans·fer** \tran
*transferren*, fr
*vt* (14c) 1 a
other : TRANSF
MIT c TRANS
trol of : CONVE
another by co
situation, *esp* :
at another 2
another — tr
able *also* trans
— trans·fer·re
**²trans·fer** \ˈtran
interest in real
: removal or a
transfer title
: TRANSFERENC
sponses from o
is transferred,
surface to anot
ferries or as w
ticket entitling
journey on anc
**trans·fer·ase** \ˈt
motes transfer
**trans·fer·ee** \tr
conveyance is r
**trans·fer·ence** \t
*transferent-, tra*
or instance of t
of feelings and
childhood tow
apy) — trans·f
**transfer factor**
by a lymphocy
incorporation i
on it the same i
**trans·fer·or** \ˌtr
right, or prope
**transfer paymen**
pose (as unem
services — usu
received by inc
services curren
**trans·fer·rin** \tr
globulin in bl
transporting ir
**transfer RNA** \
transfers a par
ribosomal site
SENGER RNA
**trans·fig·u·ra·tio**
*transfiguration*
(14c) 1 a : a
exalting, glorif
Christian feast
mountaintop in
**trans·fig·ure** \tr
*transfiguren*, fr
fr *figura* figure
appearance to
TRANSFORM
**trans·fi·nite** \(ˌ)t
finite, fr L *fin*
number, group
ordinal numbe
**trans·fix** \tran(t
*figere* to fasten
with or as if wi
or as if by pierc
**¹trans·form** \tra
fr *trans-* + *for*
in compositio
pearance of c
subject to mat
potential (as fr
to direct) 4 :
: to become t
*adj* — trans·fo
*syn* TRANSFOR
TRANSFIGURE
FORM implies
PHOSE suggest
magic or a su
a higher elem
for a new or
tesque or pre
that exalts or
**²trans·form** \ˈtr
tained from an
linguistic struc
tion ("the duc
the duckling")
**trans·for·ma·tio**
cess, or instanc
operation of ch
expression into
change of vari
or coordinates
(2) : the form
: genetic modi

**¹vis-à-vis** \ˌvēz-ə-ˈvē, ˌvēs- *also* -a ˈvē\ *prep* [F lit. face-to-face] (1755) **1** : face to face with : OPPOSITE **2** : in relation to **3** : as compared with

**²vis-à-vis** *n, pl* **vis-à-vis** \-ə ˈvē(z), -a-\ (1757) **1** : one that is face-to-face with another **2 a** : ESCORT, DATE **b** : COUNTERPART **3** : TÊTE-À-TÊTE 1

**³vis-à-vis** *adv* (1946) : in company : TOGETHER

**Vi·sa·yan** \və-ˈsī-ən\ *var of* BISAYAN

**vis·ca·cha** \vis-ˈkach-ə\ *n* [Sp *vizcacha*, fr. Quechua *wiskacha*] (1604) : any of several So. American burrowing rodents (genera *Lagostomus* and *Lagidium*) closely related to the chinchilla

viscacha

**viscera** *pl of* VISCUS

**vis·cer·al** \ˈvis-ə-rəl\ *adj* (1575) **1** : felt in or as if in the viscera : DEEP ⟨~ conviction⟩ **2** : not intellectual : INSTINCTIVE, UNREASONING ⟨~ drives⟩ **3** : dealing with crude or elemental emotions : EARTHY ⟨a ~ novel⟩ **4** : of, relating to, or located on or among the viscera : SPLANCHNIC — **vis·cer·al·ly** \-rə-lē\ *adv*

**vis·cero·mo·tor** \ˌvis-ə-rə-ˈmōt-ər\ *adj* (1888) : causing or concerned in the functional activity of the viscera ⟨~ nerves⟩

**vis·cid** \ˈvis-əd\ *adj* [LL *viscidus*, fr. L *viscum* birdlime — more at VISCOUS] (1635) **1 a** : having an adhesive quality : STICKY **b** : having a glutinous consistency : VISCOUS **2** : covered with a sticky layer — **vis·cid·i·ty** \vis-ˈid-ət-ē\ *n* — **vis·cid·ly** \ˈvis-əd-lē\ *adv*

**vis·co·elas·tic** \ˌvis-kō-ə-ˈlas-tik\ *adj* [*viscous* + *elastic*] (1935) : having appreciable and conjoint viscous and elastic properties ⟨such ~ materials as asphalt⟩ *also* : constituting or relating to the state of viscoelastic materials ⟨~ data⟩ ⟨~ properties⟩ — **vis·co·elas·tic·i·ty** \-ˌlas-ˈtis-ət-ē, -ˈtis-tē\ *n*

**vis·com·e·ter** \vis-ˈkäm-ət-ər\ *n* [*viscosity* + *-meter*] (ca. 1883) : an instrument with which to measure viscosity — **vis·co·met·ric** \ˌvis-kə-ˈme-trik\ *adj* — **vis·com·e·try** \-ə-trē\ *n*

**¹vis·cose** \ˈvis-ˌkōs, -ˌkōz\ *n* [obs. *viscose* adj. (viscous)] (1896) **1** : a viscous golden-brown solution made by treating cellulose with caustic alkali solution and carbon disulfide and used in making rayon and films of regenerated cellulose **2** : viscose rayon

**²viscose** *adj* (1900) : of, relating to, or made from viscose

**vis·co·sim·e·ter** \ˌvis-kə-ˈsim-ət-ər\ *n* [ISV *viscosity* + *-meter*] (ca. 1868) : VISCOMETER — **vis·co·si·met·ric** \(ˌ)vis-ˌkäs-ə-ˈme-trik\ *adj*

**vis·cos·i·ty** \vis-ˈkäs-ət-ē\ *n, pl* **-ties** [ME *viscosite*, fr. MF *viscosité*, fr. ML *viscositat-, viscositas*, fr. LL *viscosus* viscous] (15c) **1** : the quality or state of being viscous **2** : the property of a fluid or semifluid that enables it to develop and maintain an amount of shearing stress dependent upon the velocity of flow and then to offer continued resistance to flow **3** : the ratio of the tangential frictional force per unit area to the velocity gradient perpendicular to the direction of flow of a liquid — called also *coefficient of viscosity*

**viscosity index** *n* (ca. 1937) : an arbitrary number assigned as a measure of the constancy of the viscosity of a lubricating oil with change of temperature with higher numbers indicating viscosities that change little with temperature

**vis·count** \ˈvī-ˌkaunt\ *n* [ME *viscounte*, fr. MF *viscomte*, fr. ML *vicecomit-, vicecomes*, fr. LL *vice-* vice- + *comit-, comes* count — more at COUNT] (15c) : a member of the peerage in Great Britain ranking below an earl and above a baron — **vis·count·cy** \-ˌkaun(t)-sē\ *n* — **vis·county** \-ˌkaunt-ē\ *n*

**vis·count·ess** \-ˌkaunt-əs\ *n* (15c) **1** : the wife or widow of a viscount **2** : a woman who holds the rank of viscount in her own right

**vis·cous** \ˈvis-kəs\ *adj* [ME *viscouse*, fr. LL *viscosus* full of birdlime, viscous, fr. L *viscum* mistletoe, birdlime; akin to OHG *wihsila* cherry, Gk *ixos* mistletoe] (15c) **1** : VISCID **2** : having or characterized by viscosity ⟨~ flow⟩ — **vis·cous·ly** *adv* — **vis·cous·ness** *n*

**vis·cus** \ˈvis-kəs\ *n, pl* **vis·cera** \ˈvis-ə-rə\ [L (pl. *viscera*)] (1728) **1** : an internal organ of the body; *esp* : one (as the heart, liver, or intestine) located in the great cavity of the trunk proper **2** *pl* : HEART 4

**¹vise** \ˈvīs\ *n* [ME *vis* something winding, fr. L *vitis* vine — more at WITHY] (1584) **1** : any of various tools with two jaws for holding work that close usu. by a screw, lever, or cam **2** : something likened to a vise ⟨economic ~ of slow growth and rampant price increases —David Milne⟩ — **vise·like** \ˈvī-ˌslīk\ *adj*

**²vise** *vt* **vised; vis·ing** (1602) : to hold, force, or squeeze with or as if with a vise

**¹vi·sé** \ˈvē-ˌzā, vē-ˈ\ *vt* **vi·sed** *or* **vi·séed; vi·se·ing** [F, pp. of *viser* to visa, fr. *visa*] (1810) : VISA

**²vise** *n* (ca. 1847) : VISA

**Vish·nu** \ˈvish-(ˌ)nü\ *n* [Skt *Viṣṇu*] : the preserver god of the Hindu sacred triad — compare BRAHMA, SIVA

**vis·i·bil·i·ty** \ˌviz-ə-ˈbil-ət-ē\ *n, pl* **-ties** (1581) **1** : the quality or state of being visible **2 a** : the degree of clearness of the atmosphere; *specif* : the greatest distance toward the horizon that prominent objects can be identified with the naked eye **b** : capability of being readily noticed **c** : capability of affording an unobstructed view **3** : a measure of the ability of radiant energy to evoke visual sensation

**vis·i·ble** \ˈviz-ə-bəl\ *adj* [ME, fr. MF or L; MF, fr. L *visibilis*, fr. *visus*, pp.] (14c) **1** : capable of being seen : perceptible to vision ⟨stars ~ to the naked eye⟩ ⟨~ light⟩ **2 a** : exposed to view ⟨the ~ horizon⟩ **b** : CONSPICUOUS **3** : capable of being discovered or perceived : RECOGNIZABLE ⟨no ~ means of support⟩ **4** : ACCESSIBLE 4 **5** : devised to keep a particular part or item always in full view or readily seen or referred to ⟨a ~ index⟩ — **vis·i·ble·ness** *n* — **vis·i·bly** \-blē\ *adv*

**visible speech** *n* (1865) **1** : a set of phonetic symbols based on symbols for articulatory position **2** : speech reproduced spectrographically

**Vis·i·goth** \ˈviz-ə-ˌgäth\ *n* [LL *Visigothi*, pl.] (1611) : a member of the western division of the Goths — **Vis·i·goth·ic** \ˌviz-ə-ˈgäth-ik\ *adj*

**¹vi·sion** \ˈvizh-ən\ *n* [ME, fr. OF, fr. L *vision-, visio*, fr. *visus*, pp. of *videre* to see — more at WIT] (13c) **1 a** : something seen in a dream, trance, or ecstasy; *specif* : a supernatural appearance that conveys a revelation **b** : an object of imagination **c** : a manifestation to the senses of something immaterial ⟨look, not at ~s, but at realities —Edith Wharton⟩ **2 a** : the act or power of imagination **b** (1) : mode of seeing or conceiving (2) : unusual discernment or foresight ⟨a man of ~⟩ **c** : direct mystical awareness of the supernatural usu. in visible form **3 a** : the act or power of seeing : SIGHT **b** : the special sense by which the qualities of an object (as color, luminosity, shape, and size) constituting its appearance are perceived and which is mediated by the eye **4 a** : something seen **b** : a lovely or charming sight — **vi·sion·al** \ˈvizh-nəl, -ən-ᵊl\ *adj* — **vi·sion·al·ly** \-ē\ *adv*

**²vision** *vt* **vi·sioned; vi·sion·ing** \ˈvizh-(ə-)niŋ\ (1795) : ENVISION

**¹vi·sion·ary** \ˈvizh-ə-ˌner-ē\ *adj* (1648) **1 a** : of the nature of a vision : ILLUSORY **b** : IMPRACTICABLE, UTOPIAN ⟨a ~ scheme⟩ **c** : existing only in imagination : UNREAL **2 a** : able or likely to see visions **b** : disposed to reverie or imagining : DREAMY **3** : of, relating to, or characterized by visions or the power of vision **syn** see IMAGINARY — **vi·sion·ari·ness** \-ē-nəs\ *n*

**²visionary** *n, pl* **-ar·ies** (1702) **1** : one whose ideas or projects are impractical : DREAMER **2** : one who sees visions : SEER

**vi·sioned** \ˈvizh-ənd\ *adj* (1510) **1** : seen in a vision ⟨a ~ face⟩ **2** : produced by or experienced in a vision ⟨~ agony⟩ **3** : endowed with vision : INSPIRED

**vi·sion·less** \ˈvizh-ən-ləs\ *adj* (1820) **1** : SIGHTLESS, BLIND ⟨~ eyes⟩ **2** : lacking vision or inspiration ⟨a ~ leader⟩

**¹vis·it** \ˈviz-ət\ *vb* **vis·it·ed** \ˈviz-ət-əd, ˈviz-təd\; **vis·it·ing** \ˈviz-ət-iŋ, ˈviz-tiŋ\ [ME *visiten*, fr. OF *visiter*, fr. L *visitare*, freq. of *visere* to go to see, fr. *vidēre* to see] *vt* (13c) **1 a** *archaic* : COMFORT — used of the Deity ⟨~ us with Thy salvation —Charles Wesley⟩ **b** (1) : AFFLICT ⟨~*ed* his people with distempers —Tobias Smollett⟩ (2) : INFLICT, IMPOSE ⟨~*ed* his wrath upon them⟩ **c** : AVENGE ⟨~*ed* the sins of the fathers upon the children⟩ **d** : to present itself to or come over momentarily ⟨was ~*ed* by a strange notion⟩ **2** : to go to see in order to comfort or help **3 a** : to pay a call on as an act of friendship or courtesy **b** : to reside with temporarily as a guest **c** : to go to see or stay at (a place) for a particular purpose (as business or sightseeing) **d** : to go or come officially to inspect or oversee ⟨a bishop ~*ing* his parish⟩ ~ *vi* **1** : to make a visit; *also* : to make frequent or regular visits **2** : CHAT, CONVERSE

**²visit** *n* (1621) **1 a** : a short stay : CALL **b** : a brief residence as a guest **c** : an extended stay : SOJOURN **2** : a journey to and stay or short sojourn at a place **3** : an official or professional call or tour : VISITATION **4** : the act of a naval officer in boarding a merchant ship on the high seas in exercise of the right of search

**vis·it·able** \ˈviz-ət-ə-bəl, ˈviz-tə-\ *adj* (1605) **1** : subject to or allowing visitation or inspection **2** : socially eligible to receive visits

**vis·i·tant** \ˈviz-ət-ənt, ˈviz-tənt\ *n* (1599) **1** : VISITOR; *esp* : one thought to come from a spirit world **2** : a migratory bird that appears at intervals for a limited period — **visitant** *adj*

**vis·i·ta·tion** \ˌviz-ə-ˈtā-shən\ *n* [ME *visitacioun*, fr. MF *visitation*, fr. L *visitation-, visitatio*, fr. *visitatus*, pp. of *visitare* to visit] (14c) **1** : an instance of visiting; *esp* : an official visit (as for inspection) **2 a** : a special dispensation of divine favor or wrath **b** : a severe trial : AFFLICTION **3** *cap* : the visit of the Virgin Mary to Elizabeth recounted in Luke and celebrated July 2 by a Christian feast — **vis·i·ta·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**vis·i·ta·to·ri·al** \ˌviz-ət-ə-ˈtōr-ē-əl, ˌviz-tə-, -ˈtȯr-\ *adj* (1688) : of or relating to visitation or to a judicial visitor or superintendent

**visiting card** *n* (1782) : a small card bearing the name and sometimes the address of a person or married couple that is presented when calling

**visiting fireman** *n* (1939) : a usu. important or influential visitor whom it is desirable or expedient to show about or entertain impressively

**visiting nurse** *n* (ca. 1924) : a nurse employed by a hospital or social-service agency to perform public health services and esp. to visit sick persons in a community

**visiting professor** *n* (1949) : a professor invited to join a college or university faculty for a limited time (as an academic year)

**visiting teacher** *n* (ca. 1925) : an educational officer employed by a public school system to visit the homes of pupils in order to bring about cooperation between school and family and to enforce attendance regulations or to instruct sick or handicapped pupils unable to attend school

**vis·i·tor** \ˈviz-ət-ər, ˈviz-tər\ *n* (14c) : one that visits; *esp* : one that makes formal visits of inspection

**vi·sive** \ˈviz-iv, ˈvī-siv\ *adj* [ML *visivus*, fr. L *visus*, pp. of *videre* to see — more at WIT] *archaic* (1543) : of, relating to, or serving for vision

**vi·sor** \ˈvī-zər\ *n* [ME *viser*, fr. AF, fr. OF *visiere*, fr. *vis* face — more at VISAGE] (14c) **1** : the front piece of a helmet; *esp* : a movable upper piece **2 a** : a face mask **b** : DISGUISE **3 a** : a projecting front on a cap for shading the eyes **b** : a usu. movable flat sunshade attached at the top of an automobile windshield — **vi·sored** \-zərd\ *adj* — **vi·sor·less** \-zər-ləs\ *adj*

*1* visor 1

**vis·ta** \ˈvis-tə\ *n* [It, sight, fr. *visto*, pp. of *vedere* to see, fr. L *videre* — more at WIT] (1644) **1** : a distant view through or along an avenue or opening : PROSPECT **2** : an extensive mental view (as over a stretch of time or a series of events)

**vis·taed** \ˈvis-təd\ *adj* (1835) **1** : affording or made to form a vista **2** : seen in or as if in a vista

**¹vi·su·al** \ˈvizh-(ə-)wəl, ˈvizh-əl\ *adj* [ME, fr. LL *visualis*, fr. L *visus* sight, fr. *visus*, pp.] (15c) **1** : of, relating to, or used in vision ⟨~ organs⟩ **2** : attained or maintained by sight ⟨~ impressions⟩ **3** : VISIBLE **4** : producing mental images : VIVID **5** : done or executed by sight only ⟨~ navigation⟩ **6** : of, relating to, or employing visual aids — **vi·su·al·ly** \ˈvizh-(ə-)wə-lē, ˈvizh-(ə-)lē\ *adv*

**²visual** *n* (1938) : something (as a picture, chart, or film) that appeals to the sight and is used for illustration, demonstration, or promotion — usu. used in pl.

**visual acuity** *n* (1889) : the relative ability of the visual organ to resolve detail that is usu. expressed as the reciprocal of the minimum angular separation in minutes of two lines just resolvable as separate and that forms in the average human eye an angle of one minute

**visual aid** *n* (1911 … that appeals chie… filmstrip

**visual field** *n* (188… stant without mo…

**vi·su·al·iza·tion** \… mation of mental … in visual terms o… ing a viscus visib… tion or by an en… ography

**vi·su·al·ize** \ˈvizh-… make visible as … to make (an o… to form a ment…

**vi·su·al·iz·er** \-ˌlī-… mental imagery…

**visual literacy** *n* (… conveyed throug…

**visual purple** *n* (1… retinal rods of va…

**vi·ta** \ˈvet-ə ˈvīt-ə… brief biographica…

**vi·tal** \ˈvīt-ᵊl\ *adj* … *vivere* to live — … tion of life **b** : … ⟨~ organs⟩ (bloo… MATED **3** chara… concerned with … renew or refresh … MORTAL **b** : of … lives **6** of, rel… **syn** see ESSENTIAL

**vital capacity** *n* (1… the number of cu… bly exhaled after…

**vi·tal·ism** \ˈvīt-ᵊl-… living organism … cal forces **2** : a… the laws of phy… self-determining … tik\ *adj*

**vi·tal·i·ty** \vī-ˈtal-… guishing the livi… velop; *also* : phy… : power of endu…

**vi·tal·ize** \ˈvīt-ᵊl-… : ANIMATE — **vi·**…

**vi·tals** \ˈvīt-ᵊlz\ *n* … and brain) **2** : …

**vital signs** *n pl* (… tory rate, body t…

**vital statistics** *n* … riages, health, a… ties) considered … waist, and hip m…

**vi·ta·min** \ˈvīt-ə-m… : any of various … ties to the nutrit… zymes and prec… cesses but do n… present in natur…

**vitamin A** *n* (19… found esp. in an … mixture of them … to become kera…

**vitamin B** *n* (192… : THIAMINE

**vitamin B comp…** found esp. in y… that have vari… growth factors … NICOTINIC ACID …

**vitamin $B_6$** \-ˈbe… pound found … vertebrate nutri…

**vitamin $B_{12}$** \-ˈb… pound $C_{63}H_{88}C$… blood formation … ing pernicious … factor *also* ar… chemistry

**vitamin $B_2$** \-ˈbe-…

**vitamin C** *n* (19… and esp. in fruit … the prevention … — called also *a*…

**vitamin D** *n* (19… cally related to … and found esp. … activation (as … $D_2$\-ˈdē ˈtü\ : … CIFEROL

**vitamin E** *n* (19… cally tocophero… which their abs… in muscle, or … seed germ oils

**vitamin G** *n* (19…

**vitamin H** *n* (ca…

**vitamin K** *n* [D… naturally occur… tial for the clot… prothrombin —