**Tab F**

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title

Webster's third new international dictionary of the English language, unabridged.

Includes index.
1 English language—Dictionaries. I. Gove, Philip Babcock 1902-1972 II Merriam-Webster Inc
PE1625.W36 1986 423 85-31018
ISBN 0-87779-201 1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

4041KP8887

Sitwell) ⟨a smile *animated* his face⟩ **3 :** to move to action : MOTIVATE, PROMPT INCITE : stir up ⟨all this apparatus of research *animated* the young historians —Van Wyck Brooks⟩ **4 :** to make, build, equip, or design in such a way that automatic, apparently spontaneous, and often lifelike movement is effected ⟨a miniature city of the future completely *animated* —*Ford Times*⟩ ⟨*animated* puppets⟩ **5 a :** to produce in the form of an animated cartoon or of an animation ⟨three of the scenes in the musical will be *animated* by a New York studio⟩ **b :** to contribute to (the production of an animated cartoon or of an animation) by drawings or photographic work ⟨West Coast artists will ~ the last part of the film⟩ **syn** see QUICKEN

**animated** *adj* **1 a :** vibrantly alive ⟨she became intensely, rigidly ~ —Willa Cather⟩ **b :** full of the bustle and activity of life ⟨an ~ city street⟩ **c :** full of vigor and spirit : VIVACIOUS, LIVELY ⟨plunged into an ~ discussion —Dorothy Sayers⟩ **2 :** having the appearance of something alive : LIFELIKE ⟨an unusually ~ piece of sculpture⟩ **3 :** made in the form of an animated cartoon or of an animation ⟨the ~ sequences of the film are hilarious⟩ ⟨~ cutaways to show how the motors work⟩ **syn** see LIVELY

**animated cartoon** *n* **1** *also* **animated drawing a :** a series of drawings each of which shows a successive position of a figure or other object, the drawings being photographed on film or made directly on film so that projection of the film produces a picture in which the objects drawn seem to move in a lifelike and realistic manner **b :** a series of drawings similar to those of a film or tape animated cartoon but made on or transferred to a sequence of pages so that rapid flipping of the pages produces an illusion of movement in the objects drawn **2 :** ANIMATION 2a

**an·i·mat·ed·ly** \ˌanəˈmādədlē -ātə- -lı\ *adv* **1 :** in a vivacious manner : with sparkling enthusiasm ⟨speaking ~ of vacation plans⟩ **2 :** with driving conviction often accompanied by a somewhat impatient vehemence : HEATEDLY ⟨the pros and cons were ~ argued⟩

**animated oat** *n* : an oat grass (*Avena sterilis*) marked by movements of the spikelets caused by twisting of the awns through changes in moisture

**an·i·ma·tion** \ˌanəˈmāshən\ *n* -s [L *animation-, animatio*, fr. *animatus* + *-ion-, -io* -ion] **1 a :** the act of animating or the state of being animate or animated ⟨cheerful words meant for the ~ of the discouraged⟩ **b :** the quality of being full of spirit and vigor : brightness of appearance or manner : VIVACIOUSNESS ⟨talking with great ~ —Dorothy Sayers⟩ **2 a :** a motion picture made by photographing successive positions or poses of puppets and other inanimate objects so that projection of the film produces a picture in which the puppets or other objects seem to move in a lifelike and realistic manner **b :** ANIMATED CARTOON 1 **c :** an inanimate object or group of objects designed for exhibit and illustration and usu. having movable and often automatically moving parts **3 :** production of an animated cartoon or animation

**an·i·mat·ism** \ˈanəmə,tizəm, -mədˌiz-\ *n* -s [¹*animate* + *-ism*] : attribution of consciousness and personality but not of individual spirit to such natural phenomena as thunderstorms and earthquakes and to such objects as plants and stones — compare ANIMISM — **an·i·ma·tis·tic** \ˌ==ˈtistik, -mad-|is-\ *adj*

**ani·ma·to** \ˌanəˈmä(ˌ)tō, ˌän-, -ld-(ˌ)ō\ *adj (or adv)* [It. fr. L *animatus*, past part. of *animare* to animate — more at ANIMATE] : with animation — used as a direction in music

**an·i·mat·o·graph** \ˌanəˈmad-ə,graf\ *n* -s [²*animate* + *-ograph* (as in *cinematograph*)] : an early form of motion picture projector

**an·i·ma·tor** *also* **an·i·ma·ter** \ˈanəˌmād-ə(r), -ātə-\ *n* -s : one that contributes to the production of an animated cartoon or of animation (as by making drawings)

**¹ani·mé** \ˈanəˈnēmē, ˈanəˌmā, ˈanəˈnēmē\ *or* **ani·mi** *or* **ani·mi** \ˈanəˈnēmē\ *n* -s [F *animé*, fr. Sp or Pg *anime*, fr. Tupi *anime*, *oanaanim oanani* resin] : any of various resins or oleoresins — is **a :** COPAL, esp : ZANZIBAR COPAL **b :** ELEMI

**²ani·mé** \ˌanəˈmā\ *adj* (or *adv*) [F, animated, past part. of *animer* to animate, fr. L *animare*] : ANIMATO — used as a direction in music

**ani·mi·ke·an** \ˌanəmaˈkēən\ *or* **anim·i·ki** \ˈaˈnimə(ˌ)kē\ *adj usu cap* [Chippewa *animiki*] : of or relating to the series of Proterozoic rocks that underlies the Keweenawan

**anim·i·kite** \ˈaˈnimə,kit\ *n* -s [Chippewa *animiki* thunder (intended as trans of *Thunder Bay* inlet in northwestern Lake Superior, Ontario Canada, near which it was discovered) + E *-ite*] : a mineral consisting of a silver antimonide occurring in white or gray granular masses

**an·i·mism** \ˈanəˌmizəm\ *n* -s [G *animismus*, fr. L *anima* soul + G *-ismus* -ism — more at ANIMATE] **1 :** a doctrine according to which the immaterial soul is the vital principle responsible for every organic development **2 :** attribution of conscious life and a discrete indwelling spirit to every material form of reality (as to such objects as plants and stones and to such natural phenomena as thunderstorms and earthquakes) often including belief in the continued existence of individual disembodied spirits capable of exercising a helpful or malignant influence — compare ANIMATISM

**an·i·mist** \-məst\ *n* -s *often attrib* : one who accepts the doctrine of animism — **an·i·mis·tic** \ˌ==ˈmistik\ *adj*

**an·i·mos·i·ty** \ˌanəˈmäsəd-ē, -ətē, -i\ *n* -es [ME *animosite*, fr. MF or LL; MF *enimosite*, fr. LL *animositat-, animositas*, fr. L *animosus* courageous, spirited (fr. *animo-*, s. L spirit + *-osus* -ose) + *-itat-, -itas* -ity — more at ANIMATE] : ill will or resentment tending toward hostile action : smoldering enmity : a feeling of antagonism ⟨growling, snarling ~ toward public officials —*New Republic*⟩ **syn** see ENMITY

**ani·mo·so** \ˌanəˈmō(ˌ)sō, ˌän-\ *adj (or adv)* [It, spirited, fr. L *animosus*] : ANIMATO — used as a direction in music

**an·i·mus** \ˈanəməs\ *n* -es [L, mind, soul — more at ANIMATE] **1 a :** INTENTION, OBJECTIVE ⟨his ~ is not to overlook the progress made⟩ ⟨the ~ that led to the expansion of the machine was narrowly utilitarian —Lewis Mumford⟩ **b :** effort or tendency as directed toward a definite, often inevitable, but not always clearly or consciously recognized end ⟨the ~ of war is to enforce uniformity —Lewis Mumford⟩ ⟨youthful ~ toward happiness⟩ **c :** pervading and characteristic approach or treatment : dominant tone : ideological attitude : governing spirit ⟨other novelists of the same political ~ —*Partisan Rev*⟩ ⟨the curious ~ of that philosophy⟩ **d :** breadth of vision esp. as a vitalizing and creative force : INSPIRATION ⟨too simple and too little charged with ~ —F R Leavis⟩ ⟨an important writer with a really interesting ~ —Donald Barr⟩ **2 :** life-giving spirit : animating principle of life, *specif* : the active or rational soul ⟨that spiritual ~ so universally needed —Mary B Eddy⟩ **3 :** ill will, antagonism, or hostility usu. controlled but deep-seated and sometimes virulent : ANIMOSITY ⟨a large school of thought cherishes a curious ~ against what it calls intellectualism —W R Inge⟩ ⟨calmly and without ~⟩ ⟨an ~ against the plaintiff⟩ ⟨the antimodernistic ~ (whatever is, is wrong) —R B Heilman⟩ **syn** see ENMITY

**an·ion** \ˈaˌnīən *also* -ī,än\ *n* -s [Gk, neut. of *aniōn*, pres. part. of *anienai* to go up, fr. *ana-* + *ienai* to go — more at ISSUE] **1 :** a negatively charged ion (as a hydroxide, chloride or acetate ion) — opposed to *cation* **2 a :** the ion in an electrolyzed solution that migrates to the anode and is there discharged and liberated or deposited **b :** a negative gaseous ion

**anion-active** *adj* : ANIONIC 2

**anion exchange** *n* : a chemical process in which anions are exchanged or removed **a :** ion exchange in which one anion (as chloride or hydroxide) is substituted for one or more other anions (as sulfate) **b :** a process in which anions in the form of acids are adsorbed by a basic substance

**anion exchanger** *n* : an anion-exchange agent that can exchange its anion with the anion or anions of a solution passed through it or that can adsorb anions in the form of acids; *esp* : an insoluble basic synthetic organic resin usu. containing amine groups or quaternary ammonium groups

**an·ion·ic** \ˌanīˈänik\ *adj* **1 :** relating to or consisting of anions **2 :** of *a chemical compound* : characterized by an active anion, esp. : surface-active anion (as a large hydrophobic organic acid group) ⟨~ emulsifying agent⟩ ⟨~ surface-active agent⟩

**anionic detergent** *n* : any of a class of synthetic detergents usu. consisting essentially of an alkali metal salt or an ammonium salt of a strong acid containing 12 to 24 carbon atoms together with an inorganic salt (as sodium sulfate) and, for heavy duty laundering, a builder (as sodium tripolyphosphate) as **a :** an alkyl aryl sulfonate (as sodium dodecylbenzene sulfonate $C_{12}H_{25}C_6H_4SO_3Na$) **b :** a salt (as sodium lauryl sulfate $C_{12}H_{25}OSO_3Na$) of a sulfated alcohol

**an·ion·oid** \(ˈ)aˈnīə,nȯid\ *adj* [*anion* + *-oid*] : NUCLEOPHILIC

**an·ion·o·trop·ic** \ˌ==ˌnīənəˈträpik\ *adj* : of, relating to, or marked by anionotropy

**an·ion·ot·ro·py** \ˌ==ˈnäˈträpē\ *n* -es [*anion* + *-o-* + *tropy*] : tautomerism involving migration of an anion (as chloride, hydroxyl, or acetate) the best-known type being allylic rearrangement — distinguished from *cationotropy* and *prototropy*

**an·irid·ia** \ˌaˌnīˈridēə\ *n* -s [NL fr. *an-* + Gk *irid-, iris* iris + NL *-ia* — more at IRIS] : congenital absence or defect of the iris

**anis** *pl of* ANI

**¹anis-** *or* **aniso-** *comb form* [NL, fr. Gk, fr. *anisos*, fr. *an-* + *isos* equal — more at IS-] : unequal ⟨*anisodont*⟩ ⟨*anisosthenic*⟩

**²anis-** *or* **a·ni·so-** *comb form* [L *anisum* anise] : anise ⟨*anisic*⟩ : anisic acid ⟨*anisoyl*⟩

**an·is·al·de·hyde** \ˌanəˈsaldəˌhīd\ *n* -s [ISV ²*anis-* + *aldehyde*] : a liquid aldehyde $CH_3OC_6H_4CHO$ obtained by mild oxidation of anethole having a characteristic hawthorn odor, and used in making perfumes — called also *aubepine*

**an·is·ate** \ˈanəˌsāt -sət\ *n* -s [ISV *anisic* + *-ate*] : a salt or ester of anisic acid

**an·ise** \ˈanəs\ *n*, *pl* **anises** *also* **anise** *often attrib* [ME *anis*, fr. OF, fr. L *anisum* *anesum* fr. Gk *anison anēson*] **1 :** an herb (*Pimpinella anisum*) growing naturally in Egypt and cultivated in many lands for its carminative and aromatic seeds **2 :** the fruit or seeds of anise : ANISEED

**anise alcohol** *or* **anisic alcohol** *n* : ANISYL ALCOHOL

**anise camphor** *n* : ANETHOLE

**an·i·seed** *also* **an·ise·seed** \ˈanə(s)ˌsēd\ *n* -s [ME *anis seed*, fr. *anis* anise + *seed*] : the seed of anise often used as a flavoring in cordials and in cooking

**aniseed star** *n* : the fruit of the star anise

**aniseed tree** *n* : STAR ANISE

**anise hyssop** *n* [prob. so called fr. the aromatic nature of its seeds] : a No. American herb (*Agastache foeniculum*) with an odor like fennel

**an·is·ei·ko·nia** \ˌanəˌsīˈkōnēə\ *n* -s [NL, fr. ¹*anis-* + Gk *eikon* image + NL *-ia* — more at ICON] : a defect of binocular vision in which the two retinal images of the same object are of unequal size — **an·is·ei·kon·ic** \-ˌ==ˈkänik\ *adj*

**anise oil** *or* **aniseed oil** *n* **1 :** a colorless or pale yellow essential oil obtained from the dried fruits of anise and used as a flavoring agent and as a carminative **2 :** STAR ANISE OIL

**anise plant** *n* : a herb (*Seseli harveyanum*) that has an aromalike taste and that is found chiefly in Australia

**aniseroot** \ˈ==,=\ *n* [so called from the taste and odor of its root] : SWEET CICELY

**an·is·ette** \ˌanəˈset, ˈ==,=\ *n* -s [F, fr. *anis* anise + *-ette* — more at ANISE] : a sweet usu. colorless liqueur with a flavor like licorice derived from aniseed and used as a cocktail ingredient and after-dinner drink

**anis·ic acid** \əˈnisik (ˈ)aˌn- *also* -nī- *sometimes* -nē-\ *n* [ISV *anise* + *-ic*; orig. formed as F *anisique*] : a crystalline acid $CH_3OC_6H_4COOH$ obtained by oxidizing anethole or anisaldehyde — called also *para anisic acid*

**anisic aldehyde** *n* : ANISALDEHYDE

**anis·i·dine** \əˈnisəˌdēn -,dən\ *n* -s [F, fr. *anis-* ²*anis-* + *-ide* + *-ine*] : any one of three isomeric bases $CH_3OC_6H_4NH_2$ that are amino derivatives of anisole and are used in the manufacture of guaiacol and of azo dyes

**aniso-** — see ANIS-

**an·iso·car·pic** \ˌanˌīsəˈkärpik, aˌn-\ *or* **an·iso·car·pous** \-pəs\ *adj* [¹*anis-* + *carpic, -carpous*] *of flowers* : having fewer members in the whorl of carpels than in any of the other floral whorls — compare ISOCARPIC

**an·iso·cer·cal** \-ˈsərkəl\ *adj* [¹*anis-* + *-cercal*] : not isocercal

**an·iso·che·la** \-ˈkēlə\ *n*, *pl* **anisochelas** \-ləz\ *or* **anisochelae** \-ˌlē\ [NL fr. ¹*anis-* + *chela*] : a chelate sponge spicule having the ends dissimilar

**an·iso·co·ria** \-ˈkōrēə\ *n* -s [NL, fr. ¹*anis-* + Gk *korē* pupil of the eye + NL *-ia*] : inequality in the size of the pupils of the eyes

**an·iso·cy·to·sis** \-ˌsīˈtōsəs\ *n*, *pl* **anisocyto·ses** \-ˌōˌsēz\ [NL fr. ¹*anis-* + *cyt-* + *-osis*] : variation in size of cells, esp. of the red blood cells (as in pernicious anemia) — **an·iso·cy·tot·ic** \-ˈtädik\ *adj*

**an·iso·dac·ty·lous** \-ˈdaktələs\ *adj* [¹*anis-* + *-dactylous*] : having unequal toes — used esp. of passerine and picarian birds having three toes turned forward and one backward

**an·iso·ga·mete** \-ˈgaˌmēt, -ˈgaˌmēt\ *n* -s [¹*anis-* + *gamete*] : HETEROGAMETE — **an·iso·ga·met·ic** \-ˌgaˈmed-ik\ *adj*

**an·isog·a·mous** \ˌanīˈsägəməs\ *adj* [¹*anis-* + *-gamous* or *gamic*] *also* **an·iso·gam·ic** \ˌaˌnīsəˈgamik\ **1** *of sexual reproduction* **a :** characterized by fusion of unlike gametes or individuals usu. differing chiefly in size — used esp. of processes in lower organisms; see HETEROGAMOUS compare OOGAMOUS **b :** HETEROGAMOUS **2 :** having anisogamous reproduction — **an·isog·a·my** \ˌa,nīˈsägəmē\ *n* -es

**an·iso·ge·nous** \ˌ==ˈsäjənəs\ *adj* : of, relating to, or marked by anisogeny

**an·isog·e·ny** \ˌanīˈsäjənē\ *n* -es [¹*anis-* + *-geny*] : the property of exhibiting different inheritance in reciprocal crosses because of consistent differences in the male and female gametes of the parents

**an·iso·gna·thism** \ˌ==ˈsägnəˌthizəm\ *n* -s [¹*anis-* + *gnath-* + *-ism*] : the property of having the teeth in the two jaws unlike — **an·isog·na·thous** \ˌa,nīˈsägnəthəs\ *adj*

**an·is·ole** \ˈanəˌsōl\ *n* -s [F *anisol*, fr. *anis-* ²*anis-* + *-ol* -ole] : a colorless liquid ether $C_6H_5OCH_3$ of pleasant odor obtained by distilling anisic acid or by the action of dimethyl sulfate and alkali on phenol and used chiefly in perfumery, methyl phenyl ether

**an·isom·e·les** \ˌa,nīˈsämə,lēz\ *n*, *cap* [NL, fr. ¹*anis-* + *-meles* (fr. Gk *melē* limbs, fr. the lack of uniformity in the anthers)] : a small genus of herbs (family Labiatae) of tropical Asia and Australia with purplish cymose flowers

**an·isom·er·ism** \ˌa,nīˈsäməˌrizəm\ *n* -s [*an-* + *isomere* + *-ism*] : the tendency of the primitive polyisomeres of an organism to become differentiated so that more highly evolved organisms do not consist of a linear series of similar and equivalent parts

**an·iso·met·ric** \ˌ==ˈmetrik, aˈn-\ *adj* [F *anisométrique*, fr. *an-* + *isométrique* isometric] **1 :** not isometric : having unsymmetrical parts — used of crystals with three unequal axes **2 :** of or relating to a rock of granular texture but with constituents of unequal size ⟨~ granite⟩ **3 :** not having equal or corresponding poetic meters

**an·iso·me·tro·pia** \ˌ==ˌmēˈtrōpēə\ *n* -s [NL, fr. Gk *anisometros* of unequal measure + NL *-opia*] : unequal refractive power in the two eyes — **an·iso·me·trop·ic** \-ˈträpik\ *adj*

**an·iso·my·ar·ia** \ˌmīˈa(a)rēə\ *n pl* *cap* [NL, fr. ¹*anis-* + *-myaria* (in some classifications)] : an order of Lamellibranchia comprising bivalve mollusks having the anterior adductor muscle highly developed and the posterior muscle only slightly developed — **an·iso·my·ar·i·an** \-(a)rēən\ *adj or n*

**an·iso·my·o·di·an** \-ˌmīˈōdēən\ *or* **an·iso·my·o·dous** \-ˈmīədəs\ *adj* [¹*anis-* + Gk *myōdēs* muscular + E *-ian* or *-ous* — more at MYODES] : having the syringeal muscles inserted unequally either in the middle of the bronchial half rings or only upon the dorsal or ventral ends of the bronchial half rings — used of certain passerine birds

**an·iso·mys** \aˈnīsəˌmis\ *n*, *cap* [NL, fr. ¹*anis-* + *-mys*] : a genus of giant rats of New Guinea and Papua

**an·iso·phyl·lous** \ˌa,nīsəˈfiləs, aˌn-\ *adj* [F *anisophylle*, fr. ¹*anis-* + *phylle* phyllous] **1 :** having leaves of two or more shapes and sizes (some conifers and many aquatic plants are ~) **2 :** having the leaves of a pair different in shape and size — compare ISOPHYLLOUS — **an·iso·phyl·ly** \(ˈ)aˈnīsəˌfilē\ *n* -es

**an·iso·ploid** \(ˈ)aˈnīsəˌplȯid\ *adj* [¹*anis-* + *-ploid*] : having a chromosome number (as triploid, pentaploid) that is an odd multiple of the basic number with consequent genetic incapability of sexual reproduction — **an·iso·ploi·dy** \(ˈ)aˈnīsəˌplȯidē\ *n* -es

**an·iso·poly·ploid** \ˌa,nīsəˈpälə,plȯid aˌn-\ *adj* [¹*anis-* + *polyploid*] : ANISOPLOID — **an·iso·pol·y·ploi·dy** \-ˈpälə-ˌplȯidē\ *n* -es

**an·isop·tera** \ˌa,nīˈsäptərə\ *n pl*, *cap* [NL, fr. ¹*anis-* + *-ptera*] : a suborder of Odonata comprising the dragonflies that are larger stouter members of the order, hold the wings horizontally in repose, and have rectal gills during the naiad stage — compare ZYGOPTERA

**an·iso·spore** \(ˈ)aˈnīsəˌspō(ə)r\ *n* -s [¹*anis-* + *spore*] : a sexual spore exhibiting sexual dimorphism esp. of size — opposed to *isospore*

**an·iso·tre·mus** \(ˌ)aˌnīsəˈtrēməs\ *n*, *cap* [NL, fr. ¹*anis-* + *-tremus* (fr. Gk *trēma* perforation aperture)] : a genus of tropical American grunts (family Pomadasidae) including a number of food and game species (as the porkfish, the pompon and the sargo)

**an·iso·trop·ic** \ˌa,nīsəˈträpik aˌn-\ *also* **an·isot·ro·pous** \ˌa,nīˈsätrəpəs\ *adj* [*an-* + *isotropic, isotropous*] **1** *physics* : exhibiting properties (as velocity of light transmission, conductivity of heat or electricity, compressibility) with different values when measured along axes in different directions : AEOLOTROPIC : not isotropic ⟨an ~ crystal⟩ **2** *bot* : assuming different positions in response to the action of external stimuli **3 :** having a predetermined axis or axes — used of the eggs of certain animals — **an·iso·trop·i·cal·ly** \(ˌ)a,nīsəˈträpək(ə)lē, aˌn-\ *adv*

**anisotropic liquid** *n* : LIQUID CRYSTAL

**an·isot·ro·py** \ˌa,nīˈsätrəpē\ *or* **an·isot·ro·pism** \-,pizəm\ *n*, *pl* **anisotropies** *or* **anisotropisms** [*anisotropic* + *-y* or *-ism*] : the quality or property of being anisotropic

**an·i·sum** \aˈnīsəm, -ēs-\ *n* -s [L *anisum*, *anesum* — more at ANISE] : ANISE

**an·i·syl alcohol** \ˈanəˌsil-\ *n* [ISV ²*anis-* + *-yl*] : a colorless liquid alcohol $CH_3OC_6H_4CH_2OH$ having an odor like hawthorn and used in perfumery, *para*-methoxy-benzyl alcohol — called also *anise alcohol*

**anith·er** \aˈniṯhər\ *Scot var of* ANOTHER

**an·i·to** \aˈnē(ˌ)tō\ *n* -s [Sp, fr. Tag] *Philippines* : a spirit esp. of an ancestor

**an·jan** \ˈanjən, -jən\ *n* -s [native name in India] **1 :** a timber tree (*Hardwickia binata*) of India **2 :** the very hard dark red or purplish wood of the anjan tree

**an·ka·ra** \ˈaŋkərə, ˈäŋ-, ˈäŋ-, ˈaŋ-\ *adj usu cap* [fr. *Ankara*, Turkey] : of or from Ankara, the capital of Turkey : of the kind or style prevalent in Ankara

**an·ka·ra·mite** \ˈaŋkəˈräˌmīt\ *n* -s [F, fr. *Ankaramy*, Madagascar + F *-ite*] : a melanocratic basaltic rock with a feldspar content greater than picrite and less than basalt and differing from picrite in containing more augite than olivine

**an·ka·ra·trite** \ˌaŋ-ˌtrīt\ *n* -s [F *ankaratrite*, fr. *Ankaratra* mts Madagascar, its locality + F *-ite*] : a melanocratic nephelite-basalt containing some feldspar, phenocrysts of olivine, microlites of titanaugite, and from 10 to 15 percent nephelite

**an·ker** \ˈäŋkər, ˈa-\ *n* -s [D, prob. fr. ML *ancheria*, *anceria*] **1 :** a unit of capacity **a :** an old Dutch and German liquid measure used in various countries of Europe esp. for spirits and equal to about 9 to 10.5 U.S. gallons (30 to 40 liters) **b :** a U.S. unit equal to 10 gallons (37.85 liters) **c :** a unit of So. Africa equal to 7½ imperial gallons (34.10 liters) **2 :** a cask or keg having a capacity of one anker

**an·ker·ite** \ˈaŋkəˌrīt\ *n* -s [G *ankerit*, fr. M. J. *Anker* †1843 Austrian mineralogist + G *-it* -ite] : a variety of dolomite $Ca(Fe,Mg,Mn)(CO_3)_2$ containing much iron (sp gr 2.95-3.1)

**ankh** \ˈaŋk, ˈä-\ *n* -s [Egypt *ʿnh*] : a figure like a cross having a loop instead of an upper vertical arm used esp. in ancient Egypt as an attribute or sacred emblem symbolizing life—called also *ansate cross, crux ansata, handled cross, key of life*

ankh

**an·king** \ˈänˌkiŋ\ *adj*, *usu cap* [fr. *Anking*, China] : of or from the city of Anking, China : of the kind or style prevalent in Anking

**¹an·kle** \ˈaŋkəl, ˈaiŋ-\ *n* -s [ME *ankel*, *anclowe*, fr. OE *ancleow* akin to OHG *anchlāo*, *anchal*, *enchil* ankle, ON *ǫkkla* L *angulus* angle, Gk *angos* pail, Skt *anga* limb — more at ANGLE] **1 a :** the joint between the foot and the leg corresponding to the wrist in the arm, the hock of a horse, and what is often called the knee of a bird and constituting in man a ginglymus joint between the tibia and fibula above and the talus below **b :** the joint between the cannon bone and pastern in certain hoofed quadrupeds (as horses) : FETLOCK JOINT **2 :** the region of this joint : TARSUS, *broadly* : this region together with the lower part of the leg below the calf

**²ankle** *vi* **ankled, ankled, ankling** \-k(ə)liŋ\ **ankles** *slang* : to move esp. by walking ⟨*ankling* down the street⟩

**anklebone** \ˈ==,=\ *n* [ME *anclebone*, fr. *ancle* ankle + *bone*] : TALUS

**ankle boot** *n* **1 :** a boot reaching only to the ankle **2 :** a protective covering for a horse's ankle

**ankle-deep** \ˈ==ˈ=\ *adj* : of depth sufficient to reach the ankles ⟨a street *ankle-deep* in mud⟩

**ankle jerk** *n* : a reflex downward movement of the foot due to a spasmodic contraction of the muscles of the calf caused by sudden extension of the leg or by striking the Achilles' tendon above the heel

**ankle strap** *n* : a single or multiple strap attached to a shoe to hold it on the foot or having a purely ornamental function and passing either above the instep near the arch or around the ankle

**an·klet** \ˈaŋklət, ˈaŋ-\ *n* -s [*ankle* + *-let*] **1 a :** a bracelet or similar ornament worn around the ankle **b :** a brace that supports the ankle **c :** a fetter attached to the ankle **d :** ANKLE STRAP **2 a :** a short sock usu. extending only slightly above the ankle **b :** a knitted or woven band designed for protection from cold (as one attached to the bottom of a trouser leg or pajama leg) **3 :** a woman's or child's low shoe having one or more ankle straps

anklet 3

**an·klong** \ˈaŋˌklōŋ\ *or* **an·klung** *or* **ang·klung** \-ˌklən\ *n* -s [Malay *anklun*] : a Malayan musical instrument made of suspended bamboo tubes

**an·ko·le** *also* **an·ko·li** \aŋˈkōlē\ *n*, *usu cap* [fr. *Ankole*, plateau region in Uganda, its native habitat] : an African breed of long-horned humpless cattle

**an·kus** \ˈaŋkəs, ˈəŋkash\ *also* **an·ku·sha** \ˈəŋkəshə\ *n*, *pl* **ankus** *also* **ankusha** *or* **ankuses** *also* **ankushas** [Hindi *ankus*, fr. Skt *ankusa*, akin to Skt *anka* bend, hook — more at ANGLE (hook)] : an elephant goad used in India having a sharp spike and hook and resembling a short-handled boat hook

**ankyl-** *or* **ankylo-** *also* **ancyl-** *or* **anchylo-** *or* **ancyl-** *or* **ancylo-** *comb form* [NL, fr. Gk *ankyl-*, *ankylo-*, fr. *ankylos*, akin to Gk *ankos* glen — more at ANGLE] **1 :** crooked : curved ⟨*Ancylostoma*⟩ **2** [NL, fr. Gk *ankyl-*, *ankylo-*, fr. *ankylōsis*] **a :** stiff, immobile, constricted, or closed because of adhesion ⟨*ankyloglossia*⟩ ⟨*ankylurethria*⟩ **b :** ankylosis ⟨*ankylophobia*⟩

**an·ky·lo·saur** \ˈaŋkəlōˌsȯ(ə)r\ *n* -s [NL *Ankylosauria*, fr. *ankyl-* + *-sauria*] : any of a suborder (Ankylosauria) of heavily armored more or less dorsoventrally flattened Cretaceous dinosaurs somewhat resembling immense horned toads in shape

**an·ky·lose** *also* **an·chy·lose** \ˈaŋkəˌlōs, ˈaŋ-, -kē-, -ōz\ *or* **an·cy·lose** \", ˈansə-, ˈaa-\ *vb* -ED/-ING/-S [irreg. fr. NL *ankylosis*, *anchylosis*, *ancylosis*] *vt* : to unite or consolidate so as to make a more or less rigid and inflexible joint : cause to grow together into one : produce ankylosis in ⟨*ankylosed* bones⟩ ⟨a joint *ankylosed* by surgery⟩ ~ *vi* : to form a more or less rigid and inflexible joint : grow together into one : undergo ankylosis

**an·ky·lo·sis** *also* **an·chy·lo·sis** *or* **an·cy·lo·sis** \ˌ==ˈlōsəs\ *n*, *pl* **ankylo·ses** *also* **anchylo·ses** *or* **ancylo·ses** \-ˌōˌsēz\ [NL, fr. Gk *ankylōsis* stiffening, tongue-tie, adhesion of the eyelids, fr. *ankyloun* to crook, stiffen (fr. *ankylos* crooked) + *-ōsis* -osis — more at ANGLE] **1 :** stiffness or fixation of a

joint by disease or surgery : fi[...] obliteration of the joint spa[...] **2 :** union of two or more sep[...] to form a single bone or part

**an·ky·los·to·ma** \ˌ==ˈlästə[...] \-məm\ [NL, fr. *ankyl-* + *-st*[...] TOMA

**ankylostome** *var of* ANCYLOS[...]

**ankylostomiasis** *var of* ANCY[...]

**an·ky·lot·ic** *also* **an·chy·lot·**[...] *adj* [fr. NL *ankylosis*, *anch*[...] E *narcosis narcotic*] : of rela[...] : STIFFENED

**an·ky·roid** \ˈaŋˈkīˌrȯid, ˈaŋ[...] ˈansə-\ *adj* [Gk *ankyroe*[...] anchor + *-oeidos* -oid — more [...] hook

**anl** *abbr* **1** animal **2** anneal[...]

**an·lace** \ˈanləs, -ˌläs\ *n* -s [[...] *alesnaz*, aug. of *alesne* awl, [...] to OHG *alasna*, *alansa* awl [...] AWL] : a tapering medieval d[...]

**an·la·ge** \ˈänˌläga, ˈänˌlä-,[...] [G, fr. MHG *anlāge* request [...] at (fr. OHG *ana*) + *lāge* ac[...] fr. OHG *lāga* laying, akin to [...] more at ON, LIE] : the foun[...] subsequent development : RU[...] first accumulation of cells i[...] nizable as the commencem[...] part or organ

**an·laut** \ˈänˌlaůt\ *n*, *pl* **anla**[...] *also* **anlauts** [G, fr. *an* on [...] *laut* sound, fr. OHG *lūt*, a[...] —more at ON, LOUD] *phone*[...] position of a word or [...] AUSLAUT, INLAUT

**ann** \ˈan\ *or* **an·nat** \ˈaˌna[...] ML *annata* annates — mo[...] *law* : a half-year's stipend [...] is owing for the incumben[...] minister's executors

**ann** *abbr* **1** annals **2** anne[...] **5** annuity

**an·na** *also* **ana** \ˈänə, ˈa-\ *n* [...] of value in Pakistan, Indi[...] **b :** one sixteenth (a 4-*anna* [...] anna unit

**an·na·berg·ite** \ˈanəˌbərˌg[...] many its locality + E *-ite*] [...] nickel cobalt arsenate (N[...] apple-green masses or ca[...] with erythrite

**annal** *n* -s [back-formati[...] *esp* : annals of a single yea[...]

**an·nal·ist** \ˈanᵊlˌəst\ *n* -s [...] annals (fr. L) + *-iste* -ist] [...] or an annalist, *esp* : pecul[...] with an ~ approach) — ar[...]

**an·nal·is·tic** \ˌanᵊlˈistik, [...]

**an·nals** \ˈanᵊlz\ *n pl* [L c[...] *annus* year + *-alis* -al — [...] events arranged in yearly [...] interpretation by the [...] *specif* : any of several hi[...] contemporary au[...] *sing in constr* : records o[...] usu. published [...] of

**¹an·nam·ese** [...]

[...]

**an·nam** [...] china] : TROPICAL [...]

**an·nap·o·lis** \əˈnap(ə)lə[...] : of or from Annapolis, [...] or style prevalent in Ann[...]

**an·na·pol·i·tan** \ˌanəˈpäl[...] + E *-itan* (as in *Nea*[...] resident of Annapolis, M[...]

**an·na's hummingbird** \ˈ[...] *usu cap A* [after *Anna* [...] large hummingbird (*Ca*[...] California, the male ger[...] rose-red forehead crow[...] tail, the female bronzy g[...]

**annat** *var of* ANN

**an·nates** \ˈaˌnāt ˈanāts [...] — more at ANNUAL] : the [...] fice paid to the one pre[...]

**an·nat·to** *also* **ana·to** [...] \d-ə, \(ˌ)tō, [...] *or* **anat** [...] to \ärˈnäˌtō\ *or* **ar·no** [...] iban origin, akin to Gal[...] yellowish red dyestuff [...] pulp surrounding the se[...] for coloring oils, but[...] **2 a :** a moderate yello[...] strong than coral pi[...] peach pink — called al[...]

**annatto tree** *n* : a tropi[...] ing cordate leaves and [...] yield annatto

**annc** *abbr* announcer

**¹an·neal** \əˈnēl, -ēəl\ [...] *onǣlan*, fr. *on* on + *ǣlan* [...] to ON *eldr* fire, OE *ǣa*[...] heat (as glass) in order [...] then cool usu. for softe[...] cooling being required [...] but not for others (as [...] **b :** to process (structur[...] subjection to heat in o[...] warping ⟨~*ed* paving [...] man rocklike in endur[...] a simple rigorous reli[...]

**²anneal** \"\ *n* -s : the [...]

**an·neal·er** *n* -s : one th[...]

**an·nec·tent** *also* **an·n**[...] *tent*-, *annectens*, pres [...] *nectere* to tie, fasten : [...] NECTING, LINKING — [...] characters intermediat[...] groups

**an·ne·la·ta** \ˌanᵊlˈād-[...] of invertebrates + NI[...]

**¹an·ne·lid** \ˈanᵊlˌəd\ [...] *ida*] : of or relating t[...]

**²annelid** \"\ *n* -s : a[...]

**an·nel·i·da** \əˈnelədə [...] division of invertebr[...] ringed ones (fr. pl. of [...] adorn with a ring or [...] *annel* ring, fr. L *anel*[...] *-ida* — more at ANUS [...] meric animals havin[...] vascular system usu [...] double ventral nervo[...]

dispersoid 654 disposition

separate different colors of light by refraction as measured by the difference in refractivity for two specified widely differing wavelengths divided by the refractivity at some specified intermediate wavelength

**dis·per·soid** \-|sȯid\ *n* -s [*disperse* + *-oid*] **:** matter in a form produced by dispersion **:** DISPERSE SYSTEM **:** COLLOID 1b **2** * DISPERSED PHASE

**dis·personify** \'dis+\ *vt* [*dis-* + *personify*] **:** to consider or call impersonal

**dis·petal** \dis (')dis+\ *vt* [*dis-* + *petal* (n)] **:** to remove petals from **:** deprive of petals

**dis·pharynx** \dəs+\ *n cap* [NL, fr *dis-* + *pharynx*] **:** a genus of spiruroid nematodes including destructive parasites of the proventriculus and gizzard of gallinaceous birds and usu. having intermediate stages in sow bugs

**di·sphenoid** \(')dī+\ *n* [*di-* + *sphenoid*] **1 :** a wedge-shaped crystal form of the tetragonal or orthorhombic system having four like triangular faces that correspond in position to alternate faces of the tetragonal or orthorhombic dipyramid and being symmetrical about each of three mutually perpendicular diad axes of symmetry in all classes except the tetragonal disphenoidal in which the form is generated by an inverse tetrad axis of symmetry **2 :** a form of crystal bounded by eight scalene triangles arranged in pairs **:** the tetragonal scalenohedron — **di·sphenoidal** \(')dī+\ *adj*

**dis·phol·i·dus** \dəs'fäladəs\ *n cap* [NL, fr *dis-* + *pholidus* (fr Gk *pholid-, pholis* scale of a reptile) — more at PHOLID] **:** a genus of boigid snakes that includes the boomslang

**di·spireme** *also* **di·spirem** \(')dī+\ *n* [*di-* + *spireme*] **:** a supposed late phase in mitotic division characterized by association of each set of daughter chromosomes into a spireme and now usu. considered an observational artifact

**di·spirit** \də (')di+\ *also* **dis spirit** \də (')dis(s)+\ *vt* [*dis-* + *spirit* (n)] **1** *obs* **:** to take away the vigor or force from **2 :** to deprive of cheerful or sanguine spirits **:** DEPRESS, DISCOURAGE ⟨~*ed* by their futile efforts —C.H.Grandgent⟩ ⟨a sparsely settled community laid out on ~*ing* flat lands —*Amer. Guide Series: N.Y. City*⟩ **syn** see DISCOURAGE

**dispirited** *adj* **1 :** marked by gloom of spirit by a sense of personal defeat, or by a pessimistic outlook **:** DISCOURAGED, DEPRESSED, DOWNCAST ⟨had never seen a more ~ man than he when he lost the election⟩ **2 a :** lacking independent vigor or forcefulness **:** flaccid in moral quality ⟨the weakness doesn't lie in the pessimism of the younger writers so much as it lies in their rather ~ correctness and conformity —Malcolm Cowley⟩ **b :** lacking an essential spirit **:** FLAT, LIFELESS ⟨the black gummy ~ air —R.P.Warren⟩ **syn** see DOWNCAST

**di·spir·it·ed·ly** *adv* **:** in a dispirited manner ⟨working ~ at a job he would never finish⟩

**di·spir·it·ed·ness** *n* **:** the quality or state of being dispirited **:** DEJECTION, DEPRESSION

**dispiriting** *adj* **:** acting to dispirit **:** DISCOURAGING, DISHEARTENING, CHEERLESS ⟨one person whose struggle for existence was more hopeless and ~ than his —Erskine Caldwell⟩ ⟨no ~ rows of tenements are to be seen —Lilery Sedgwick⟩ **syn** see DISMAL

**di·spir·it·ing·ly** *adv* **:** in a dispiriting manner

**di·spir·it·ment** \-mənt\ *n* **:** the state of being dispirited or disheartened **:** DISCOURAGEMENT

**dis·pit·e·ous** \dəs'pidēəs, (')dis\ *adj* [alter. of *despiteous*] *archaic* **:** CRUEL, SPITEFUL, PITILESS — **dis·pit·e·ous·ly** *adv*

**dis·place** \dəs, (')dis+\ *vt* [prob. fr MF *desplacer*, fr *des-* 'dis- + *place* — more at PLACE] **1 a :** to remove from the usual or proper place **:** put out of place; *specif* **:** to expel or force to flee from home or homeland ⟨the war has *displaced* thousands of people⟩ **b :** to remove from an office or position of dignity **:** DISCHARGE, DEPOSE **c** *obs* **:** to drive away **:** BANISH **d :** to shift or redirect from a previous or usual objective or form of outlet ⟨in every society there are hatreds and frustrations which the movement of events ~s on chosen victims —Max Lerner⟩ **2 :** to crowd out **:** take the place of esp. by force **:** move from place by occupying the space **:** SUPPLANT ⟨the Bishop's Bible that immediately *displaced* the Great Bible as the ecclesiastical version in use in the churches —I.M.Price⟩ ⟨today when barns have been *displaced* by garages —*Amer. Guide Series: Minn.*⟩; *specif* **:** to set free from chemical combination by taking the place of ⟨zinc ~s the hydrogen of dilute acids⟩ **3 :** to put (an object) in place of another **:** substitute (one thing) for another ⟨an effort . . . to ~ the American show with the English boot —*Encyc. Americana*⟩ **4 :** to subject to percolation **syn** see REPLACE

**dis·place·able** \-əbəl\ *adj* **:** that can be displaced

**displaced person** *n* **:** a person expelled, deported, or impelled to flee from his country of nationality or habitual residence by the forces or consequences of war or oppression — abbr. *DP*

**displaced speech** *n* **:** the use of a word to refer to something that is not present

**dis·place·ment** \-mənt\ *n* **1 a :** the act or process of displacing or the state of being displaced ⟨sideward ~ of the foundation of a house by earth pressure⟩ ⟨the final ~ of an ancient and unjust law⟩ ⟨the uneven ~ of population and consequent disorganization of tribal village life—Ralph Marcel⟩ **:** DEPOSITION ⟨the ultimate ~ of the autocratic ruler⟩ **:** DISLOCATION ⟨the ~ of a knee joint⟩ **b :** PERCOLATION 1d **2 . the** quantity in which or the degree to which something is displaced as **a :** the volume or weight of a fluid (as water) displaced by a floating body (as a ship) of equal weight **b :** the difference between the initial position of a geologic body and its later position along a geologic fault **c :** the distance from a neutral or equilibrium point to any specified point of a path in vibratory motion **d :** PISTON DISPLACEMENT **3 a :** the electric intensity in a dielectric medium under electric influence multiplied by the dielectric constant of the medium **b :** the product of this multiplication divided by $4\pi$ **4 :** a vector drawn from an initial position of a material particle to any subsequent position **5 a :** redirection of an emotion or impulse from its original object (as an idea or person) to something that is more acceptable **b :** SUBLIMATION 1b

**displacement angle** *n* **:** angular phase change in the terminal voltage of an alternator when the orig. open external circuit is closed upon a load

**displacement current** *n* **:** a limited shifting of electric components that occurs within a dielectric when a voltage is applied to or removed from it (as in charging or discharging a capacitor) and that corresponds to the current in the circuit supplying the voltage

**displacement law** *n* **:** any of three statements in physics or chemistry: (1) WIEN'S DISPLACEMENT LAW or (2) the emission of an alpha particle by an atom reduces the atomic number by two while the emission of a beta particle increases it by one or (3) ionization of an element causes both its spectrum and its chemical properties to resemble those of the element whose atomic number is less by one, two or more according as the ionization is single, double, or higher

**displacement pump** *n* **:** a pump (as an air lift or pulsometer) that raises or transfers a fluid by direct displacement with no transformation of the kinetic energy due to the fluid's motion into potential energy due to pressure

**displacement theory** *n* **:** WEGENER HYPOTHESIS

**dis·pla·cen·cy** \dəs'plās°nsē\ *n* -ES [ML *displacentia*, alter. of L *displicentia*, fr *displicent-, displicens* (pres. part. of *displicere* to displease) + *-ia* -y — more at DISPLEASE] *archaic* **:** DISLIKE, DISSATISFACTION, DISPLEASURE

**dis·placer** \də'splāsə(r), (')dis\ *n* **:** one that displaces; *specif* **:** PERCOLATOR b

**dis·pla·cive** \də'splāsiv, (')dis\ *adj, of a crystal* **:** affected by resulting from, or causing displacement

**displant** *vt* [MF *desplanter*, fr *des-* 'dis- + *planter* to plant, fr LL *plantare*] **1** *obs* **:** to take (a plant) out of the ground **2** *obs* **a :** to deprive (as a town or settlement) of inhabitants **:** destroy the essential character of (as a town or settlement) **b :** to remove from a place (as of habitation or a colony or a settlement) **:** root out **:** DISPLACE, *also* **:** SUPPLANT

**¹dis·play** \də'splā, *sometimes* 'di s\ *vb* -ED/-ING/-S [ME *displayen*, fr AF *despleier*, fr L *displicare* to scatter, fr *dis-* 'dis- + *plicare* to fold — more at PLY] *vt* **1** *obs* **a :** to spread or stretch out or wide **:** UNFOLD **b :** DEPLOY **1 2 a :** to spread before the view **:** exhibit to the sight or mind **:** give evidence of **:** SHOW, MANIFEST, DISCLOSE ⟨~*ed* the flag for all to see⟩ ⟨~ a map on the table⟩ ⟨~ one's appreciation⟩ ⟨~ criminal tendencies⟩; *specif* . . . to put on exhibition ⟨these reproductions have been ~*ed* throughout Canada —*Report (Canadian) Royal Commission on Nat'l Development*⟩ ⟨two model houses were ~*ed* for a week⟩ **b :** to exhibit conspicuously ⟨~ a gift for . . .⟩ **c :** to set forth (as in representation or narrative) . . . ⟨the canvasses ~*ed* shabby acrobats —*Time*⟩ **d :** to set in display in printing **3** *obs* **:** DISCOVER, DESCRY ~ *vi* **1 :** to make a display **:** act as one making a show or demonstration **2 :** to present or advertise something by means of a display **syn** see SHOW

**²display** \" \ *n* -s *often attrib* **1** *obs* **:** a presentation by representation or narrative **:** DESCRIPTION **2 a :** an exhibiting or showing of something . . . an unfolding or opening out to view **:** EXHIBITION, MANIFESTATION ⟨want no ~ of emotion —Henry Adams⟩; *specif* **:** the means by which radar echoes or other information is given to an operator in visual form in communications **b :** ostentatious show **:** exhibition for effect ⟨the Church of the Brethren or the Mennonite Church neither of which countenances worldly ~ —*Amer. Guide Series: Pa.*⟩ **c :** composition designed to catch the eye (as by the use of lines of uneven length or different type sizes or styles) and typically used in title pages, advertising brochures and magazine covers ⟨~ composition⟩ ⟨~ typefaces⟩ *also* **:** printed matter so composed ⟨the local press gave top ~ to the murder story⟩ **d :** an often artistic conspicuous eye-catching construction or assemblage by which something (as merchandise or collector's items) is exhibited or advertised ⟨his pictures are on ~ at the art gallery⟩ *also* **:** the use of such constructions or assemblages ⟨~ is the key to self-service sales —*Printers' Ink*⟩ **3 :** a stereotyped pattern of behavior exhibited esp. by male birds in the breeding season that serves to initiate specific responses in another individual (as a possible breeding partner or a potential territorial rival) ⟨the males congregate on a low knoll serving as a ~ ground —J.M.Fisher⟩

**syn** PARADE, ARRAY, POMP: DISPLAY may suggest a spectacular spreading out in or as if in exhibition to impress by extent, detail, beauty, number, or lavishness ⟨the *display* of political partisanship on the part of the Hamilton Jefferson faction —J.C.Fitzpatrick⟩ ⟨fine editions that make an impressive *display* in a gentleman's library —Green Peyton⟩ ⟨a fine *display* of camellias in bloom —*Amer. Guide Series: La.*⟩ ⟨an imitation of the jousts of the middle ages providing *displays* of horsemanship —*Amer. Guide Series: N.C.*⟩ PARADE may indicate ostentatious flaunting, usu. sustained, to impress, dazzle, or awe another ⟨he does not make the least *parade* of his wealth or his gentility —J.C.Smith⟩ ⟨in the ritornello, with its *parade* of themes one immediately recognizes the orchestral opulence and virtuosity of the incomparable Toscanini —Abram Chasins⟩ ARRAY may suggest order and brilliancy in display of or as of marshaled ranks of soldiers ⟨we look up at this incredible and see a magnificent *array* of saints all ordered in their appropriate niches, we recognize Homer, Dante, Shakespeare and several others —Herbert Read⟩ ⟨today's motorists come in all seasons to revel in such an *array* of splendors as few other roads of the state can offer —Maynard Leahey⟩ POMP, once often used of a ceremonial process or pageant, now suggests spectacular brilliance or splendid ostentation often accomplished with vain or lofty punctilious ness ⟨a *pomp* of flaming colors —F.D.Ommanney⟩ ⟨the *pomp* of nations that pretend to be sovereign —C.W.Ferguson⟩

**display advertising** *n* **:** advertising not under classified headings in a newspaper or magazine; *esp* **:** advertising that utilizes various kinds of display techniques or devices (as large print, colorful makeup, or a large spread)

**display artist** *n* **:** one who prepares advertising displays for windows or interiors of business concerns

**displayed** *adj* [ME, fr past part. of *displayen*] **:** having wings spread out — used of a heraldic representation of a bird of prey esp. an eagle

**display key** *n* [*display (room)*] **:** a key generally used in hotel rooms to prevent any unwarranted entrance and that when used to operate a given lock of a master keyed lock system prevents the lock from being opened by any other key except an emergency key

**display line** *n* **:** matter set in one line in nontext often ornamental type

**dis·play·man** \də'splāmən\ *n, pl* **displaymen :** DISPLAY ARTIST

**display pipe** *n* **:** a pipe forming part of an organ case, *sometimes* **:** a dummy pipe

**displays** *pres 3d sing of* DISPLAY, *pl of* DISPLAY

**display window** *n* **:** a large window usu. in the front of a store for the display of merchandise

**disple** *vt* -ED/-ING/-S [ML *disciplinare*, alter. of *disciplinen*] *obs* **:** DISCIPLINE

**displeasant** *adj* [ME *displesaunt*, fr MF *desplaisant*, pres. part. of *desplaire*, *desplaisir*] **1** *obs* **:** DISPLEASING **2** *obs* **:** DISPLEASED

**dis·please** \də'splēz, (')dis\ *vb* [ME *displesen*, fr MF *desplais-*, stem of *desplaire*, *desplaire* fr (assumed) VL *displacere*, alter. of L *displicere*, fr *dis-* 'dis- + *placere* (*placēre* to please)] — more at PLEASE] *vt* **1 :** to incur the disapproval of esp. as accompanied by annoyance, aversion, or dislike ⟨a rich man can discharge anyone in his employment who ~s him —G.B.Shaw⟩ ⟨the verdict *displeased* the judge⟩ **2 :** to arouse unpleasant feelings in **:** be offensive to ⟨the colors of the picture *displeased* her the most⟩ ~ *vi* **:** to give displeasure or offense ⟨it is best to avoid *displeasing* if it can be decently avoided⟩

**dis·pleased·ly** \-z(ə)dlē, -lē\ *adv* **:** in a manner that shows one's displeasure

**displeasing** *adj* [ME *displesing*, fr pres. part. of *displesen* to displease] **1 :** causing displeasure ⟨~ behavior⟩ **2 :** lacking in pleasing quality or effect ⟨~ voice⟩

**dis·pleas·ing·ly** *adv* **:** in a displeasing manner ⟨making ~ cutting remarks about one's friends⟩

**dis·pleas·ing·ness** *n* **:** the quality or state of being displeasing

**¹dis·plea·sure** \dis, (')dis+\ *n* [ME *desplesure*, alter. (influenced by *plesure* pleasure) of *displesire*, fr MF *desplaisir*, fr *des-* 'dis- + *plaisir* pleasure — more at PLEASURE] **1 :** the feeling of one that is displeased **:** DISAPPROVAL, DISLIKE, DISFAVOR, INDIGNATION ⟨not anxious to incur further government ~ —H.C.Alyeo⟩ **2 a :** DISCOMFORT, UNEASINESS **b :** PAIN, SORROW, UNHAPPINESS ⟨pleasure and ~ are intensive quantities —Lucius Garvin⟩ **3** *archaic* **:** something that displeases **:** a cause of irritation or annoyance **:** OFFENSE, INJURY

**²displeasure** \" \ *vt archaic* **:** DISPLEASE

**dis·plenish** \dəs (')dis+\ *vt* [*dis-* + *plenish*] *Scot* **:** to divest or strip (as a house or farm) of contents and equipment **:** DEPLENISH

**displenishing sale** *n Scot* **:** a disposal sale esp. of farm or household goods

**displicence** *n* -s [L *displicentia*] **:** DISPLICENCY

**dis·plic·en·cy** \dəs'plisənsē\ *n* -ES [L *displicentia* — more at DISPLACENCY] *archaic* **:** DISSATISFACTION, AVERSION, DISCONTENT

**dis·plode** \də'splōd\ *vb* -ED/-ING/-S [L *displodere*, fr *dis-* apart + *plodere* (fr *plaudere* to clap, beat, applaud) — more at DIS-] *archaic* **:** to discharge explosively **:** EXPLODE — **dis·plo·sion** \-ōzhən\ *n*

**dis·plume** \dəs (')dis+\ *vt* [*dis-* + *plume* (n)] **:** DEPLUME

**dis·pone** \də'spōn\ *vt* -ED/-ING/-S [ME *disponen* to set in order, arrange, dispose, fr L *disponere* — more at DISPOSE] *Scots law* **:** to dispose of grant or transfer (real or personal property) legally — **dis·pon·or** \-nə(r)\ *n* -s

**dis·pon·ee** \-|di(ˌ)spō'nē, dəs\ *n* -s [*dispone* + *-ee*] *Scots law* **:** one to whom property is disponed

**dis·pon·ible** \də'spōnəbəl\ *adj* **:** capable of being placed, arranged, or disposed of as one wishes **:** AVAILABLE

**dis·pope** \dəs (')dis+\ *vt* -ED/-ING/-S [*dis-* + *pope* (n)] **:** to depose from the office of pope

**di·sporous** \(')dī+\ *adj* [*di-* + *-sporous*] **:** having two spores

**¹dis·port** \də'spō(ə)rt, -ȯ(ə)rt\ *n* -s [ME *disport*, fr *disporten*] **1 a :** PLAY, SPORT, DIVERSION **b :** a pastime or game **2** *archaic* **:** MIRTH, AMUSEMENT, DELIGHT **syn** see ²PLAY

**²disport** \" \ *vb* -ED/-ING/-S [ME *disporten*, fr MF *desporter*, fr *des-* 'dis- + *porter* to carry — more at PORT (to carry)] *vt* **1 :** DIVERT, AMUSE, ENTERTAIN ⟨converted one of the stables into a billiard room and here the youths ~*ed* themselves to their hearts content —Thomas Wall⟩ ⟨sea lions bark and ~ themselves before a gallery of enthusiasts —*Amer. Guide Series: N.Y. City*⟩ **2 :** to make a fine display of ⟨the town ~*ed* three bright shiny new hacks with rumbling wheels —W.A.White⟩ ⟨gave the . . . critics an opportunity to ~ their innocence of Christian knowledge or culture —*Time*⟩ **3 :** to conduct or behave (oneself) **:** DEPORT ⟨~*ed* himself like the high bred virtuoso he is —*Musical Digest*⟩ ⟨equip a man to ~ himself gracefully in the domain of American speech —*Saturday Rev.*⟩ ~ *vi* **:** to amuse or divert oneself esp. in a light, frolicsome, lively, or wanton way ⟨do you dig in the garden, ride horses ~ at dude ranches or amble around the country side? —*Better Homes & Gardens*⟩ ⟨in this den he would ~ among books, radios, tape recorders —Murray Schumach⟩ **syn** see PLAY

**di·sportive** \də+\ *adj, archaic* **:** SPORTIVE

**di·spo·rum** \(')dī'spōrəm, 'dispər\ *n* [NL, fr *di-* + *-sporum* (fr Gk *sporos* seed) — more at SPORE] **1** *cap* **:** a small genus of herbs of the family Liliaceae with leafy branching stems, small terminal greenish, yellow, or purplish flowers and oval berries **2** *pl* **dispo·ra** \-rə\ *or* **disporums** \-rəmz\ **:** a plant of the genus *Disporum*

**dis·pos·abil·i·ty** \də,spōzə'bilədē, (,)dis-, -ətē, -i\ *n* -ES **:** the quality or state of being disposable ⟨the ~ of paper napkins is their great recommendation⟩

**dis·pos·able** \də'spōzəbəl\ *adj* [*dispose* + *-able*] **1 :** free to be used as occasion requires **:** not assigned to any special use ⟨needs all ~ air combat units for the Mediterranean front —*New Republic*⟩ **2 :** capable of being disposed of easily; *esp* **:** designed to be thrown away after use with only negligible loss ⟨fabrics from which are made ~ napkins, towels, and diapers —S.B.Hunt⟩ — **dis·pos·able·ness** *n* -ES

**disposable income** *n* **:** the personal income that is left after the deduction of personal taxes and that is available for consumption and savings

**disposable weight** *n* **:** all weights on an aircraft other than the fixed weight

**¹dispos·al** \də'spōzəl\ *n* -s [*dispose* + *-al*] **1 :** the act or process of disposing as **a :** orderly or systematic placement, distribution, or arrangement ⟨the ~ of troops along the ridge⟩ ⟨the pitching of the tent and the ~ of the gear under cover⟩ **b :** the regulation of the fate or condition of something **:** ADMINISTRATION, DISPENSATION **c :** the transference of something into new hands or to a new place **:** BESTOWAL ⟨the ~ of political offices by patronage⟩ ⟨worrying about the ultimate ~ of one's property⟩ **d :** a discarding or throwing away ⟨the ~ of the dirty paper napkins⟩ ⟨the ~ of all the rubbish on the desk⟩ **:** DESTRUCTION ⟨the ~ of all enemy aircraft by concentrated flak⟩, *esp* **:** the discarding or destroying of garbage or sewage or its transformation into something useful (as fertilizer) or innocuous (as by incineration) **2 :** the power or authority to dispose of or use at one's convenience . . . discretionary use, command, or control — used esp. in the phrase *at the disposal of* ⟨a plane was always at the ~ of the president⟩ ⟨Congress had at its ~ the means of alleviating the high cost of living —*Current Blog*⟩ ⟨the shortness of the period at our ~ —D.G.Buchanan⟩ ⟨the effectiveness of the central organization depended in the last resort on the amount of money it had at its ~ —H.J.Hanham⟩

**²disposal** \" \ *or* **disposal unit** *n* -s [garbage-*disposal* (*unit*)] **:** DISPOSER c

**disposal field** *n* **:** an area of ground under whose surface the overflow from a septic tank is distributed in drain tile to be absorbed in the soil

**¹dis·pose** \də'spōz\ *vb* -ED/-ING/-S [ME *disposen*, fr MF *disposer*, modif. (influenced by *poser* to put place) of L *disponere* to set in order, arrange (perfect stem *dispos-*), fr *dis-* 'dis- + *ponere* to put, place — more at POSITION, POSE] *vt* **1 a :** to give a tendency to ⟨night air was thought to ~ one to sickness⟩ **:** put in a frame of mind or feeling that is favorable (as to an act or a condition) ⟨the remark *disposed* him to like the man immediately⟩ **b :** to put into a condition (as for a particular action) **:** make ready **:** PREPARE ⟨troops *disposed* for immediate withdrawal⟩ **2 a :** to put in place or order **:** distribute and arrange esp. for greatest effectiveness, economy, ease, or conformity to a pattern ⟨she carried an armful of books, these she *disposed* within reach —Elinor Wylie⟩ ⟨branches and leaves were *disposed*, not as combinations of color in mass, but as designs in line —Laurence Binyon⟩ ⟨the general who *disposed* his forces so as to counteract a greater force —W.E.Channing⟩ **b** *obs* **:** REGULATE, DETERMINE, ORDER, MANAGE **c** *archaic* **:** deal out **:** assign to a use **:** bestow for a purpose **:** dispose of **d** *obs* **:** to assign to a particular place or position ~ *vi* **1 :** to arrange or settle a matter finally or definitively **:** make disposition, *esp* **:** to regulate the fate or condition finally or definitively ⟨man proposes but God ~s⟩ **2** *obs* **:** BARGAIN **syn** see SET — **dispose of 1 a :** to place, distribute, or arrange esp. in an orderly or systematic way (as according to a pattern) ⟨the men *disposed of* the weapons in convenient quickly accessible places⟩ **b :** to apportion or allot (as to particular purposes) freely or as one sees fit ⟨she has been allowed to *dispose of* her time in the most idle and frivolous manner —Jane Austen⟩ **2 a :** to transfer into new hands or to the control of someone else (as by selling or bargaining away) **:** RELINQUISH, BESTOW ⟨*dispose of* some property to a man all too anxious to buy⟩ ⟨*disposed of* public offices to all his political friends⟩ **b** (1) **:** to get rid of **:** throw away **:** DISCARD ⟨*dispose of* a lot of old clothes by burning them⟩ ⟨*dispose of* the trash in several barrels⟩ (2) **:** to treat or handle (something) with the result of finishing or finishing with ⟨the article *disposed of* the matter in two paragraphs⟩ ⟨the ability of supervisors and employees to *dispose of* differences —*Annual Report Pa. Railroad*⟩ **:** COMPLETE, DISPATCH ⟨they had quickly *disposed of* the meal⟩ **c :** DESTROY ⟨*disposed of* three enemy planes in an afternoon⟩

**²dispose** *n* -s **1** *obs* **:** the disposal or the power or right of disposal **2** *obs* **:** DISPOSITION, *also* **:** DEMEANOR

**dis·posed** \-zd\ *adj* [ME, fr past part. of *disposen*] **1 :** having a particular temperament, disposition, or tendency or being of a particular frame of mind or condition of bodily health ⟨a dog that is ~ to bite⟩ ⟨a man generally ~ to love his fellow men⟩ ⟨a man well ~ in all physical qualities⟩ ⟨a young boy already criminally ~⟩ ⟨those ~ to violate or evade the decrees of the sovereign —M.R.Cohen⟩ **2** *obs* **:** MERRY, JOLLY, MIRTHFUL, HAPPY

**dis·pos·ed·ly** \-zədlē, -lē\ *adv* **:** in a dignified manner ⟨a stout man moving ~ along the promenade⟩

**dis·pos·er** \-zə(r)\ *n* -s **:** one that disposes: as **a** *archaic* **:** MANAGER, DIRECTOR **b** *archaic* **:** DISPENSER **c :** an electrical device that forms part of a sink drain and disposes of garbage by grinding it up to be flushed through the house drainpipes

**dis·pos·ing·ly** *adv* **:** in a disposing manner

**dis·po·si·tio** \ˌdispə'zishē,ō, -zidē,ō\ *n* -s [L] **:** the rhetorical and logical arrangement of the matter or the discrete elements of a discourse esp. in classical and Renaissance rhetorical systems

**dis·po·si·tion** \ˌdispə'zishən\ *n* -s [ME *disposicioun*, fr MF *disposition*, fr L *disposition-, dispositio*, fr *dispositus* (past part. of *disponere* to set in order, arrange) + *-ion-, -io* -ion — more at DISPOSE] **1 :** the act or the power of disposing or disposing of or the state of being disposed or disposed of as **a :** ADMINISTRATION, CONTROL, MANAGEMENT *often* **:** divine dispensation ⟨received the law by the ~ of angels —Acts 7:53 (AV)⟩ **b :** a placing elsewhere, a giving over to the care or possession of another, or a relinquishing ⟨saw to the ~ of all surplus goods by shipment to needy countries⟩ ⟨the ~ of the garbage was always a problem⟩ **:** the power of so placing, giving, ridding oneself of, relinquishing, or doing with as one wishes **:** discretionary control — used esp. in the phrase *at the disposition of*; *specif* **:** the transfer of property from one to another (as by gift, barter, or sale or by will) or the scheme or arrangement by which such transfer is effected **c :** an ordering or arranging or a state of being ordered or arranged usu. systematically or in an orderly way and esp. of the parts of a whole **:** orderly preparation or placing **:** ARRANGEMENT ⟨the ~ of the parts of his argument made his speech forceful and tidy⟩ ⟨the ~ of the artillery was shown on the map⟩ **2 a :** the prevailing tendency, aspect, mood, or inclination of one's spirits ⟨with large blue eyes that . . . showed her thoughts and ~s —Hugh Walpole⟩ ⟨woke up in a nasty ~⟩ **:** the complex of attitudes, proclivities, and responses conditioning conduct **:** PROPENSITY ⟨his ~ was to make the worst of bad fortune⟩ ⟨conservatism with them is not so much a program . . . ~ or attitude or temper —Daniel Aaron⟩ **:** TEMPERAMENT ⟨a man of broad sympathies and a genial ~⟩ **b** ⟨ . . . makeup⟩ . . . physical condition **:** HEALTH **(2)** *archaic* **:** CONSTITUTION, NATURE **c :** the inclination, tendency or power of . . . to act in a certain manner under given circumstances ⟨of sugar to dissolve in water⟩ ⟨the ~ of economic . . . human societies seems to be a matter of . . . social and psychological structurings of the society —Weston La Barre⟩ **3 :** the number and types of stops . . . organ **:** the makeup of an organ **4 dispositions** *pl* . . . or tactical military plans ⟨the general perfected his . . . the campaign⟩ **5 :** the sentence given to . . . treatment prescribed for a juvenile offender ⟨boys 12 to 16 who were . . . his ward for routine observation pending ~ by the . . . —Charles Grutzner⟩

**syn** CONSTITUTION, TEMPERAMENT, PERSONALITY, INDIVIDUALITY . . . TEMPER, CHARACTER: DISPOSITION refers to one's recurrent attitudes and moods in reacting to life around one ⟨ . . . fierceness have overlaid what is naturally kindly in the . . . tions of ordinary men and women —Bertrand Russell . . . taint of his father's insanity perhaps appeared in . . . balanced *disposition* —E.S.Bates⟩ COMPLEXION ties . . . gether notions involving mood and attitude and idea . . . ways of thinking ⟨the rationalist mind radically . . . doctrinaire and authoritative *complexion*, the phrase . . . is ever on its lips —William James⟩ ⟨great thinkers of . . . *complexion* who differing in many fundamental . . . alike assert the relativity of truth —Havelock Ellis⟩ . . . MENT may suggest individual proclivities esp. as co . . . feeling and emotion and esp. in matters social or crea . . . electric intensities that pass between artistic *tempera* . . . different tensions still find free play —F.L.Lowes⟩ ⟨the . . . was the dominant note of his *temperament* . . . tempered by recurrences of faith and resignation at . . . joy —James Joyce⟩ PERSONALITY stresses those . . . composite of which tends to individualize one in hi . . . often those which attract, which give popularity, reac . . . or decisive or compelling interest ⟨the *personalit* . . . brilliant secretary of the treasury is not clearly . . . The inner man . . . is unfortunately neglected —J . . . ⟨by sheer *personality* he has so far propped up a . . . artificial arrangement with the smaller parties —E . . . INDIVIDUALITY stresses an individualizing and dist . . . composite of traits ⟨an *individuality*, a style of its o . . . Cather⟩ ⟨detected for the first time beneath the del . . . drudge the stirrings of a separate and perhaps . . . *individuality* —Arnold Bennett⟩ TEMPER may . . . frame of mind with which one makes choices and . . . faces difficulties or problems or controls and gove . . . ⟨a less dogmatic *temper* is becoming apparent . . . scientists themselves —Irving Babbitt⟩ ⟨after fo . . . fighting the *temper* of the victors was such that . . . quite incapable of making a just settlement —Aldo . . . CHARACTER may suggest the deep fundamental . . . lished complex of moral traits . . . person ⟨the . . . unalizing inner nature of a person . . . hun in souls that we prepare ourselves for sudd . . . the reiterated choice of good or evil that determin . . . —George Eliot⟩ ⟨*character* . . . cannot be expressed lyric . . . sistant in human nature . . . *Lit. Supp.*⟩

**dis·po·si·tion·al** \dispə'zishən°l, -shnəl\ *adj* **:** of . . . to or characterizing the disposition ⟨~ statem . . . statements to the effect that a mentioned thin . . . person has a certain capacity, tendency or pro . . . subject to a certain liability —Gilbert Ryle⟩

**dis·po·si·tioned** \ˌdispə'zishənd\ *adj* **:** having . . . disposition ⟨a friendly *dispositioned* person, anx . . .

**dispositions** *pl of* DISPOSITION

**dispositos** *pl of* DISPOSITO

**dis·pos·i·tive** \də'späzəd·iv . . . pōz\ *adj* [L . . . part of *disponere* to set in order, arrange) + . . .] **1** *archaic* **:** having the capacity . . . giving a tendency or inclination to something . . . or belonging to the disposition or direction of s . . . or belonging to disposal or control

**dispositively** *adv, obs* **:** as a possibility **:** in respec . . . or to a future eventuality

**dis·pos·i·tor** \də'späzəd·ə(r)\ *n* -s [L, arrange . . . + *-or*] **:** a planet which is in astrology lord of . . . another planet is . . .

**dis·possess** \ˌdis+\ *vt* [MF *despossesser*, fr . . . *possesser* to possess — more at POSSESS] **1 a** . . . possession esp. of property or land . . . usu. used . . . the thing taken away ⟨~ a man of his good . . . **b :** to strip of possessions ⟨a depression in whic . . . found themselves ~*ed*⟩ **2 a :** to put out . . . **:** EJECT, OUST **b :** to drive out **:** BANISH ⟨~*ing* t . . . the southern shores of the Mediterranean — . . . **3** *archaic* **:** to free from possession by an evil . . . DEFRIVE

**dispossessed** *adj* **:** deprived of physical or s . . . (as by the loss of property, rank, faith o . . . physically or spiritually homeless ⟨made . . . shepherding ~ people from one country o . . . Stern⟩ ⟨a ~ man in every sense abandoned b . . . deprived of spiritual zest by isolation —*Time*

**dis·possession** \ˌdis+\ *n* **:** the act of disp . . . state of being dispossessed ⟨Alexander pro . . . nothing short of complete ~ of Darius in fa . . . captain general of Hellas —*Encyc. Americana* . . . have marked American history — Indian d . . . neer, pioneer displaced by planter, plante . . . speculator —Paul Pickrel⟩ *specif* **:** legal ous . . .

**dispossess notice** *n* **:** an official notice from . . . house or store) to one in possession to evac . . . within a certain time

**dis·pos·ses·sor** \ˌ+\ *n* **:** one that dispos . . . something

**dispossessory warrant** \ˌdis+ . . .\ *n* [*disp* . . . warrant giving authority to dispossess (as . . .

**dis·post** \də'spōst (')dis\ *vt* [*dis-* + *po* . . . remove from a position

**dis·po·sure** \də'spōzhə(r)\ *n* s [*dispose* + . . . POSAL, DISPOSITION

**dis·prais·al** \də'sprāzəl (')dis\ *n* **:** DISI . . .

**¹dis·praise** \-āz\ *vt* [ME *dispraisen*, . . . *despreisier*, fr *des-* 'dis- + *preisier* prize . . . PRAISE], to notice or comment on with d . . . degree of censure **:** DISPARAGE, DEPRECIATE . . . few light easy sentences of condemnation . . .

— **dis·prais·er** \-zə(r)\ *n*

**²dispraise** \" \ *n* **:** the act of dispraising . . . DEPRECIATION ⟨her addiction to withering ~ . . . when dispensing appreciation —C.J.Rolo . . .

**dis·prais·ing·ly** *adv* **:** in a dispraising m . . . ⟨the usually spoke ~ of anyone who disa . . .

**dis·spread** *or* **dis·spread** \də+\ *vb* [*dis-* . . . abroad or out **:** spread in different direct . . . PAND ⟨the morning sun ~ his beams⟩ ⟨a . . .

**dis·privilege** \dəs (')dis+\ *vt* [*dis-* + *p* . . . of privilege a privilege, or normal privile . . . *privileged* ethnic minorities —Jerome Hir . . .

**dis·prize** \də'sprīz (')di,s\ *vt* [MF *d* . . . *preisier* *despreisier* — more at DISPRAISE] . . . UNDERESTIMATE **2 :** to hold in contemp . . . of *disprized* love —Shak.⟩

**¹dis·profit** \dəs (')dis+\ *vt* [*dis-* + *pr* . . . prove to be a loss or detriment to

**²disprofit** \" \ *n* [*dis-* + *profit* (n)] **:** arc . . . MENT, LOSS

**dis·proof** \dəs (')dis+\ *n* [*dis-* + *pro* . . . something is other than someone says or . . . TION, REFUTATION ⟨offering evidence in . . . dence that disproves or tends to disprov . . . even with the ~ before his eyes⟩

**¹dis·proportion** \ˌdis+\ *n* [*dis-* + *pro* . . . proportion **:** lack of symmetry or prop . . . a maternal pelvis and a fetal head⟩ **:** D . . .

reader to ~ something of what it ... at last on the summit of the world ... clause or with *so* (~ I'll go to ... as much as the next man) (thought ... answered that he ~*ed* so) (what ... unfaltering sense of the ridiculous ... to make a guess : form a random ... (if you don't know the answers ~) ... (~ I wrong) (~*d* at the ... discussions) **syn** see CONJECTURE ... an opinion formed ... evidence or grounds : CON ... he had made his scientific ... his ... what ought to happen if it were true ... Royce)

**god** ... by **guess and by gosh** *or* **golly** without employment of an ... accuracy or knowledge (as in ... some of these surveys ... guess and by god)

... fr D *gust* fr MD akin to LG *guste* ... barren OHG *geisini* barrenness — ... of a cow or ewe * BARREN, DRY ... being such as may be guessed ... [ME *gessare* fr *gessen* + *-are* ...]

... game in which the participants compete ... in the identification of something ... riddles or charades) *broadly* : a ... international relations) in which ... to gain advantages by each keeping ...

... part of *guess* + *-ly*] : by means of ...

... [alter (influenced by *guess*, *warp*) ...] ... GUEST ROPE

... slang ... to ... ment ... inadequate information ... estimate ... slang ... swork ...

... [ME *gest* ... known ... *wal* ...] ... a ship ... boat for small boats to make fast ... worked ... formed ...

... a person entertained in one's house or at ... (~ for supper) (~ towels) (in ... a person to whom hospitality ... is extended esp : one invited ... (an excursion) at the expense ... the country club as the ~ of one ... party of six the host and five ~s) ... clubs) **c** : a person who ... refreshment for pay (as at a ... restaurant), whether permanently or ... : a traveler who in return for ... takes ... hotelkeeper for an ... entertainment and for ... safeguarding of whose ... responsible under ... travels in an ... province ... the boundaries of his ... or work ... visits or travels or re... who accepts ... (as in a motor ... he makes no financial recompense **3** : an ... the dwelling of another usu : an insect in ... in a nest or gall of another insect ... much inconvenience to the original ... consuming the supply of food : INQUILINE ... **4** : a mineral introduced into ... a preexistent mineral or rock **5 a** *or* **guest star** a person usu of prominence ... world who appears temporarily on a ... or television show) or with an organiza... or theatrical stock company) (a ~ an ... his income by making ~ appearances) ... regular member of a cast or company ... studio audience) who participates in a ...

... [ME *gesten* fr *gest*, n] *vt* : to ... as a guest (local members ~*ed* most of ... *vi* **1** *archaic* : to be or act the part of a ... **2** : to appear as a guest (as on radio or television performance)

... *n* : GUEST ROOM

... *vt* : to lead or direct (a musical organi...)

**guest conductor** *n*

... *adj* [ME *geston* prob fr pl of *gest*] ...

... on that guests

... blue rectangular flag with a diagonal white ... to indicate that the craft is being used ... owner in the owner's absence

... [ME *gest house* fr *gest* guest + *house*] ... as a separate building in a monastic ... esp formerly for the reception of ... separate establishment on a private estate for ... superior boardinghouse ... of guests ... superior boardinghouse ... for its guests recreational and social amenities ... and lodging

... [ME *gesting* fr gerund of *gesten*] ... of lodging or entertaining a guest ... *adj* : having no guests, *sometimes* ...

... like a guest : suitable for guests

... *n* : one whose duty it is to receive and ... a religious house * HOSTELER

... **1** : one in whose honor a social function or ... **2** : an eminent person invited to a social ... ceremony

... DUDE RANCH

... a privilege (as entertainment or pro... guest is entitled usu for a brief period by ... the right esp among primitive peoples to ... on the basis of blood or other relationship ... a room for the use of guests **a** : a bedroom ... occupied by a member of the household ... for guests : spare room **b** : a room in a ... house for occupation by guests

... [prob alter of *guests* (as in *guess-* ...)] ... line that is supplementary to a towline and is ... keep the tow steady **2** : a line run along a ship's ... the end of a boom for small boats to hold to — ... at line *grab rope*

... *obs* : like a guest : in the manner proper to a ...

... *n pl* **guetapens** ... [F *guet-apens* fr *de guet apens* with premeditation alter of *de* ...] ... AMBUSH, SNARE, TRAP (a trick to lure him into ...)

... *pl* **guetar** *or* **guetars** ... *cap* fr *Guetar*, of Amerind origin] ... a member of ... people

... [NL, after Jacques Étienne *Guettard*] ... a genus of tropical American ... (family Rubiaceae) with ... trained yel... wood ...

**gu·fa** *or* **guf·fa** *also* **goo·fa** *or* **goo·fah** \'güfə\ *or* **ku·fa** *or* **koo·fah** \kü\ *n* -s [Ar *quffah* basket] : a round boat made of wickerwork used in Mesopotamia from ancient times

gufa

**guff** \'gəf\ *n* -s [prob of imit origin] : utterances that are foolish in tended to mislead or deceive and often truculent : HUMBUG BALDERDASH *broadly* : idle chitchat

**1guf·faw** \(,)gə'fȯ\ *n* -s [imit] : a loud or boisterous burst of laughter

**2guffaw** \ \ *vi* ED/-ING/-S : to laugh noisily or coarsely

**guf·fer** \'gəfər\ *n* -s [origin unknown] *Scot* : EELPOUT **1a**

**gu·gel·hupf** \'gügəl,hü(p)f\ *or* **gu·gel·hof** *also* **gou·gel·hof** \ *n* -s [G *gugelhupf* gugelhopf fr *gugel* cowl monk's hood (fr MHG *gugel* *gugele* fr OHG *cucula* cugelā fr LL *cuculla*) + *hupf* *hopf* var of dial (Bavaria) *hepfen* yeast (fr OHG *heffan* to raise heave) — more at COWL (hood), HEAVE] : a semisweet cake usu of yeast leavened dough containing raisins citron and nuts and baked in a fluted tube pan

**gug·gen·heim** \'gügən,hīm 'güg *sometimes* 'gag \ *n* -s *usu cap* [fr the name *Guggenheim*] : CATEGORY 3

**1gug·gle** \'gəgəl\ *vb* **guggled guggled guggling** \ g(ə)liŋ\ **guggles** [imit] *vi* **1** : to make a sound like that of liquid poured from a flask **2 a** : to flow with a guggling sound : GURGLE (water **guggling** over the stones) **b** : to drink (as from a jug) with such a sound ~ *vt* : to pour or drink (as liquor) with a guggling sound

**2guggle** \ \ *n* -s : a sound of guggling : GURGLE

**guglet** *var of* GOGLET

**gu·glia** \'gülyə\ *or* **gu·glio** \ l(,)yō\ *n* -s [It *guglia* alter (resulting from incorrect division) of *l'agulia* (l) of obs It *agulia* (also needle) fr OProv *agulha* fr LL *acucula* ornamental pin — more at AGLET] : OBELISK

**gu·gu** *or* **goo·goo** \'gü(,)gü\ *n* -s [origin unknown] : a native of the Philippine islands — used chiefly in Hawaii and often disparagingly

**guhr** \'gu(ə)r\ *n* -s [G *guhr*, *gur* akin to MHG *gern* to ferment OHG *jesan* — more at YEAST] **1** : a loose earthy deposit from water occurring in the cavities of rocks being mostly white but sometimes red or yellow and consisting of a varying mixture of clay ... ocher **2** [by shortening] : KIESELGUHR

**gui·ana** \gē'anə also 'ānə or ānə *chiefly in British Guiana* ... *adj usu cap* [fr *Guiana* region in northern So America] : of or from Guiana a region of northern So America : of the kind or style prevalent in Guiana : GUIANESE

**guiana chestnut** *n usu cap G* : the seed of the provision tree

**gui·an·an** \ nən\ *adj or n usu cap* [*Guiana* the region + E *-an*] : GUIANESE

**guiana plum** *n usu cap G* **1** : any of several tropical American shrubs or small trees of the genus *Drypetes* (family Euphorbiaceae) esp : a shrubby tree (*D. lateriflora*) whose range extends northward into southern Florida — called also *Florida plum* **2** : the usu reddish rather dry drupaceous fruit of a Guiana plum

**guiana tree** *n usu cap G* : a timber tree (*Helicostylis poeppigiana*) of the family Moraceae that has reddish brown hard heavy wood and is widely distributed in northern So America

**1gui·a·nese** \,gēə'nēz ,giə- -nēs\ *adj, usu cap* [*Guiana* the region + E *-ese*] **1** : of, relating to, or characteristic of the region of Guiana **2** : of, relating to, or characteristic of the people of Guiana

**2guianese** \ \ *n* s *usu cap* : a native or inhabitant of the region of Guiana

**gui·ano-brazilian** \gē'a(,)nō -'ä(-, -'ā(-, 'gēə,nō 'giə,nō +\ *adj usu cap G&B* [*Guiana* the region + E *-o* + *Brazilian*] : of or relating to Guiana and Brazil, *broadly* : BRAZILIAN 3

**guib** \'gib\ *n* -s [native name in Africa] : a small harnessed antelope (*Tragelaphus scriptus*) of western Africa

**gui·chet** \gē'shā\ *n* -s [F fr OF *guichet* of Gmc origin akin to MD *wiket* *winket* wicket — more at WICKET] : a grill opening (as a hatch or wicket) *esp* : a ticket window

**guid** \'gēd gid\ *Scot var of* GOOD

**gui·da** \'gwēdə\ *n* -s [It *guida* fr OIt *guidare* to guide direct fr OProv *guidar*] **1** : the subject of a fugue or the antecedent of a canon **2** : DIRECT **1** **3** : a sign indicating the points of entry in a round or canon

**guid·able** \'gīdəbəl\ *adj* [*2guide* + *-able*] : capable of being guided : TRACTABLE

**guid·ance** \'gīdᵊn(t)s\ *n* -s *often attrib* **1 a** : an act of guiding : the superintendence or assistance rendered by a guide : DIRECTION, LEADING (the blind boy depended on the ~ of his dog) (a manual for the ~ of home handymen) **b** : advice in choosing courses, preparing for a vocation or further education or coping with personal problems given to students by a teacher or a professional counselor (a ~ specialist) **2** : a program or service functioning to promote the adjustment of special groups (as disturbed or delinquent children or prisoners) chiefly through psychological counseling and appraisal **3** : the process of controlling the course of a projectile (as a missile or bomb) by a built in mechanism (~ system) — compare GUIDED MISSILE

**1guide** \'gīd\ *n* -s [ME *gide* fr MF *guide* fr OProv *guida* fr *guidar* to guide direct of Gmc origin akin to OE *witan* to look after depart *witan* to know — more at WIT] **1 a** : a person who leads or directs another in his way or course (as in a strange country or through difficult terrain) **b** : a person who exhibits and usu discusses or explains points of interest (as of a city a museum collection or a building) to sightseers **c** something (as a guidebook signpost or instruction manual) that provides a person with guiding information **d** : one (as a teacher) who directs a person in his conduct or course of life : DIRECTOR, SUPERVISOR (no boy ever had a better ~ than I in the fundamental decencies of life) **2 a** : a contrivance for directing the motion of something *esp* : such a contrivance (as in a tool) having a directing edge surface or channel **b** : a device (as a ring or loop) made usu of metal or agate and attached to a fishing rod to hold the line in position **c** : the groove in which the plow used in bookbinding moves **d** : a small device for guiding threads or strands of fiber on a spinning winding, quilling or other textile machine **e** : a device in a printing press or folding machine for holding and releasing a sheet **f** : a grooved director for a surgical probe or knife **g** : a sheet of metal or other material or a card with projecting edge or tab for labeling that is inserted in a card catalog, index or other file to facilitate reference **3 a** : a person or vehicle upon whom the movements or alignments of a military command are regulated — used esp in commands (~ right) (~ center) **b** : a warship on which others in a formation regulate their positions **4 a** : GIRL GUIDE **b** : an 11 year old to 16-year old girl guide — distinguished from *brownie*

**2guide** \ \ *vb* -ED/-ING/-S [ME *giden* *guiden* fr MF *guider* alter (influenced by *guide* n) of OF *guier*, of Gmc origin akin to OE *witan* to look after, depart *witan* to know — more at WIT] *vt* **1** : to act as a guide to : direct in a way : CONDUCT, PILOT (*guided* us through the city) **2 a** : to regulate and manage : direct or supervise *esp* toward some desirable end course way or development **b** : to superintend the training or education of : INSTRUCT, ADVISE, COUNSEL (his studies were *guided* by one of the great educators of the day) **3** *Scot* : to treat or handle *esp* another person or an animal (*guided* her ill) ~ *vi* : to act or work as a guide

**syn** LEAD, STEER, PILOT, ENGINEER: GUIDE may apply to the act of conducting or directing along a course as performed by one with certain specific or intimate knowledge or by some thing equally trustworthy (*guided* by a native on her expedition through the mountains) (*guide* patrons to their proper seats) (inspired and galvanized by the personality of great man who was *guiding* them in their art —Stephen Williams) (be *guided* by good judgment —C S Kirby) LEAD suggests preceding to show the way sometimes in addition it indicates keeping those following in order it may refer to ... initiative determining procedure or assuming a director's role (*led* his men to safety) (*led* the caravan west) (*lead* ... up porters of the amendment) (the man *leading* the research project) STEER suggests the action of one planning or adhering to a course with concomitant controlling governing or maneuvering (*steering* the ship past the sandbars into the harbor) (deftly *steered* the Council of the International Congress through its problems concerned with the place of the next session —A L Kroeber) (secure in the faith that his reasoned intelligence will *steer* him correctly at all times —H N Maclean) PILOT suggests leading or steering over a dangerous intricate or complicated course or route (*pilot* the ship through the channel) (*wagon trains piloted* by bearded scouts) (took his sister's arm and *piloted* her to ... the corner) (*piloting* important bills through the senate — *Current Hist.*) ENGINEER may refer to planning and supervising construction, it often indicates carrying through execution or effecting with contriving maneuvering manipulation and calculating (the influential Americans in Hawaii with the connivance of U S Minister Stevens and the moral support of American marines *engineered* a revolution deposed the Queen —J W Ellison b 1891) (spokesman for the party when graceful adjustments were to be made or delicate compromises *engineered* —S H Adams) (behind it all was the Soviet leviathan skillfully though at times crudely pulling strings *engineering* manipulating staging, and if need be intimidating and compelling —Alexander Dallin)

**guideboard** \ \ *n* : a board (as upon a guidepost) having upon it directions or information about the way

**guide·book** \'gīd,bu̇k\ *n* HANDBOOK **1** *esp* : a book for tourists containing information about routes accommodations and places of historical or cultural interest — **guide·book·ish** \ kish\ *adj* — **guide·booky** \ kē\ *adj*

**guide card** *n* : GUIDE 2g

**guided** *adj* [*2*past part of *2guide*] **1** ... accompanied or supervised by a guide (a ~ tour) (~ groups) **2** : controllable as to direction of motion in the same way as a guided missile (~ bomb) (~ plane)

**guided missile** *n* : a missile whose course toward a target may be altered during passage (as by means of a preset control, a control built in mechanism remotely controlled by radio, a target seeking radar device or a self correcting device)

**guide dog** *n* : a dog trained to lead the blind

**guide flag** *or* **guide pennant** *n* : a flag or pennant flown on the ship that is to act as guide during a fleet maneuver

**guide fossil** *n* : INDEX FOSSIL

**guide key** *n* : HOME KEY

**guide·less** \'gīdləs\ *adj* : having no guide : lacking leadership or control — **guide·less·ness** *n* -ES

**guideline** \ \ *n* **1** : a line by which one is guided as **a** : a cord or rope to aid a passer over ... difficult point (as on a trail) or to permit retracing a course (as in a cave) **b** (1) : an identifying number letter or word written on copy or set in a single line of type and placed above it for matter for the guidance of copy ... and printer ... a line drawn from a typographical change ... to a mark in the margin ... indication of outline of future policy or conduct ...

**guide meridian** *n* : a line that is marked by monuments that runs north and south between other more carefully established meridians and that is used for reference in surveying

**guide mill** *n* : a small roll train with guides on each side used in metalworking to prevent rolled bars from jumming

**guide pin** *n* : a pin or peg for aligning a tool or die properly with the work : PILOT — called also *leader pin*

**guidepost** \ \ *n* **1** : a post (as at the fork of a road) with guideboards on it to direct travelers **2** : GUIDE PIN **3** : INDICATION, SIGN

guidepost 1

**guid·er** \'gīdə(r)\ *n* -s [ME *gidour*, *gider*, fr MF *guideor* *guideur*, alter (influenced by *guide*) of OF *guieor* *guieur*, fr *guier* to guide + *-eor* *-eur* -or — more at GUIDE (v)] : one that guides as **a** : a device that functions as a guide (as in some production operation) **b** : an adult volunteer leader of a girl guide company in Britain Canada and various other countries

**guide rail** *n* : a track or rail that serves as a guide *specif* : one designed to guide a sliding door

**guide rope** *n* : a rope hung from a balloon or dirigible so as to trail along the ground for about half its length and used esp to preserve altitude by variation of the length dragging without loss of ballast or gas

**guides** *pl of* GUIDE *pres 3d sing of* GUIDE

**guide·ship** \'gīd,ship\ *n* -s [*guide* + *ship*] *Scot* TREATMENT

**guideway** \ \ *n* : a channel slot or track in which something is fitted so that its line of motion is controlled

**guide wheel** *n* : either wheel of a pair of small wheels used to stabilize the rear of a bicycle for learners and young children

**guide word** *n* : CATCHWORD 1b

**guiding** *pres part of* GUIDE

**guiding telescope** *n* : a visual telescope mounted rigidly parallel to a photographic telescope and used by an observer to supplement the clock motion in maintaining immovable the image of a heavenly body on the photographic plate

**guid man** \('')gēd man ()gid ()gü\ *Scot var of* GOODMAN

**gui·don** \'gīdən ,īd'n\ *n* -s [MF fr OProv *guidon* fr *guida* guide — more at GUIDE (n)] **1** : a flag rectangular but smaller than a standard cleft or rounded at the outward end bearing a badge arms or other distinctive emblem and borne as a personal cognizance of some person of rank orig for military use but later chiefly for display at his funeral **2 a** : a small flag or streamer carried by mounted troops to indicate the side toward the guide when marching and to mark the line on which to make a formation **b** : a usu swallow tailed flag borne by a military unit (as of the U S armed forces) usu as a unit marker **c** : a flag rounded and cleft at the outward end and borne as a unit marker (as by a British regiment of dragoons) **3** : one who carries a guidon

**gui·do·ni·an** \gwē'dōnēən\ *adj usu cap* [*Guido* d'Arezzo (also called Fra *Guittone*) fab1050 Benedictine monk and musical reformer + E *-ian*] : relating to the 11th century musician Guido d'Arezzo or his theory of movable hexachords

**guidonian hand** *n usu cap G* : a figure representing the tones of the gamut on the joints of the left hand to which a singing master could point in teaching solmization

**guidonian syllable** *n usu cap G* : one of the six syllables *ut* or *do re mi fa sol la* used for the tones of the hexachord — compare SOLMIZATION

**guid·sire** *var of* GOODSIRE

**guid·wife** \('')gēd'wīf ('')gē\ *var of* GOODWIFE

**guid·willie** \gē dwili gü gi\ *adj* [*guid* *will* (var of *goodwill*) + *-ie*] **1** *Scot* : LIBERAL, GENEROUS **2** *Scot* : CORDIAL, CHEERING (we'll take a right *guidwillie* waught for auld lang syne —Robert Burns)

**guige** \'gēj 'gēzh\ *n* -s [ME *gige* fr MF *guige* *guiche* fr OF] : an extra leather strap by which the shield of a knight was slung

**guig·nar·dia** \gēn'yärdēə g(w)ig n\ *n cap* [NL fr Léon *Guignard* †1928 Fr botanist + NL *-ia*] : a genus of fungi (family Sphaeriaceae) having single celled or unequally 2-celled spindle shaped hyaline ascospores — see BLACK ROT

**guigne** \'gēn ... \ *n* pl **guignes** \ ... [F fr MF *guigne guine*] : GEAN

**gui·gnet's green** \(')gēn'yāz\ *n usu cap 1st G* [after C E *Guignet* 19th cent Fr chemist who discovered the process] **1** : a bluish green pigment of good brilliance and permanence consisting of a hydrated chromic oxide made by fusion of sodium dichromate and boric acid and hydrolysis of the product **2** : a dark bluish green that is greener and stronger than average teal green and greener in hue and stronger than jay able green (sense 2) — called also *turkey green*

**gui·gnol** \gēn yōl yōl\ *n* -s *sometimes cap* [F prob after *Guignol* reputed name of a silkworker of Lyons and character of the puppet theater which Laurent Mourguet instituted there for the earliest performance (1795 ... of French puppet shows] **1** : PUPPET *esp* : HAND PUPPET — compare MARIONETTE **2** : PUPPET SHOW **3** : a theater ... featuring melodrama ... tension horror and shock

**gui·gno·let** \,gēnyə'lā\ *n* -s [F fr dim of *guigne*] : a French liqueur made from black sweet cherries

**gui·jo** \(')gē hō\ *n* -s [PhilSp fr Tag *gihò*] **1** : a large Philippine timber tree (*Shorea guiso*) of the family Dipterocarpaceae having strong heavy hard wood with a striking figure and moderately fine texture **2** : the wood of the guijo

**gui·lan·di·na** \,gwilən'dīnə ... dēnə\ *n cap* [NL after *Guilandini* (Melchior Wieland) †1589 Prussian botanist in Italy] *in some classifications* : a genus that comprises tropical American woody vines scrambling shrubs and trees having seeds enclosed in large prickly pods and that is usu included in the genus *Caesalpinia*

**guild** *also* **gild** \'gild\ *n* -s [ME *gilde*, fr ON *gildi* guild payment tribute akin to OE *gild* *gield* service tribute — more at GELD (tax)] **1** : an association of men belonging to the same class engaged in kindred pursuits or having common interests or aims as **a** : any of various medieval associations having both social and semireligious features **b** : a medieval association of merchants controlling local trade in some parts of Britain and sometimes constituting the local governing body **c** : a medieval association of members of a craft or trade established to promote the welfare of that craft and its members and sometimes replacing the merchants' guild as a governing body **d** : any of various modern associations, societies or brotherhoods resembling the medieval guilds in their aims (a ~ for charitable work) (the hospital ~ of our church) *broadly* : FELLOWSHIP, SOCIETY **2** *obs* : the headquarters or meeting place of a guild : GUILDHALL **3** : an ecological group of plants distinguished from ordinary herbs shrubs and trees by a special mode of life (as the saprophytic parasitic epiphytic or twining) usu involving some degree of dependence on other plants

**guild church** *n* : an English metropolitan church that has been freed from parish responsibilities in order to minister full time to nonresident city workers during their hours in the city

**1guil·der** \'gildə(r)\ *n* -s [modif (influenced by E *-er*) of D *gulden* — more at GULDEN] : GULDEN *esp* : a Dutch gulden — see MONEY table

**2guild·er** \ \ *n* -s [*guild* + *-er*] : a member of a modern guild

**guild hall** \'gild hȯl\ *n* [ME *gildehalle*, *gild halle* fr *gilde* guild + *hal* *halle* hall — more at HALL] : the hall where a guild or corporation usu assembles : TOWN HALL

**guild·ite** \ \ *n* -s [Frank N *Guild* †1939 Am mineralogist + E *-ite*] : a dark chestnut brown mineral (Cu Fe)$_3$(Fe Al)$_4$(SO$_4$)$_7$(OH)$_4$.15H$_2$O that is a basic hydrated sulfate of copper and iron

**guild merchant** *n* [*guild* + *merchant* (adj)] : GILD 1b

**guild ry** \'gildri\ *n* -s **1** *Scot* : guild membership **2** *often cap Scot* : the municipal corporation of a royal Scottish burgh (the ~ of Stirling)

**guild·ship** \'gil(d)ship\ ... **1** : a guild **2** : the status of a guild member

**guilds·man** \'gil(d)zmən\ *n* ... **guilds·wo·man** ... : a member of a guild ... : an adherent of guild socialism

**guild socialism** *n* : a socialistic theory advocating state ownership of all industries with monopolistic control and management in each by a guild composed of all its handworkers and brainworkers and restricted only by regulations safeguarding the consumers' interests *esp* : such a theory developed in England early in the 20th century

**guild tree** \'gil(d)\ *n* [obs Sc *guild* alter of *2gold*] : COMMON ...

**1guile** \'gīl *esp before pause or consonant* ... *n* -s [ME *gile* fr OF *guile* prob of Gmc origin akin to OE *wigle* divination — more at WILE] **1** : crafty or deceitful cunning : DUPLICITY, DECEIT, TREACHERY **2** *archaic* : STRATAGEM, DEVICE, TRICK **syn** see DECEIT

**2guile** \ \ *vt* -ED/-ING/-S [ME *gilen* *guilen* fr OF *guiler* fr *guile*] *archaic* : BEGUILE, DECEIVE

**guile·ful** \'gīlfəl\ *adj* [ME *gileful* fr *gile* guile + *-ful*] : full of guile : characterized by cunning deceit, or treachery **syn** see SLY

**guile·ful·ly** \-fəlē\ *adv* [ME *gilefully*, fr *gileful* + *-ly*] : in a guileful manner : with guile

**guile·ful·ness** *n* -ES [ME *gilefulnesse*, fr *gileful* guileful + *-nesse* -ness] : guileful quality or state

**guile·less** \'gī(ə)lləs\ *adj* : free from guile *broadly* : innocent, naive and unsophisticated (children raising their ~ eyes from play) — **guile·less·ly** *adv* — **guile·less·ness** *n* -ES

**guil·ery** \'gīləri\ *n* -ES [ME *gilerie*, *gilerie* fr MF *guilerie* fr *guiler* to guile + *-erie* -ery] *now dial Eng* : a trick or beguilement

**guil·lain-bar·re syndrome** \'gē,yaⁿbä'rā-\ *n usu cap G&B* [after Georges *Guillain* b1876 Fr physician and neurologist and Jean A *Barré* 20th cent Fr neurologist] : a neurologic disorder of unknown cause characterized by sensory disturbances in the extremities and slight to severe locomotor impairment

**guil·le·met** \'ge(y)ə,mā 'gilə'met\ *n* -s [F, irreg dim of *Guillaume* William reputed name of its inventor] : either of the marks («or») used as quotation marks in French writing

**guil·le·mot** \'gilə,māt\ *n* -s [F fr MF irreg dim of *Guillaume* William] : any of several narrow billed auks of northern seas constituting two genera (*Uria* and *Cepphus*) of the family Alcidae and having skins feathers and eggs that are highly valued by natives of regions where they breed — see BLACK GUILLEMOT, MURRE

**guil·loche** \gə'lōsh gē'(y)ō\ *n* -s [F *guillochis* fr MF, perh fr the name *Guilloche* fr *Guill* familiar form of *Guillaume* William] **1** : an architectural ornament in the form of two or more bands twisted over each other in a series leaving circular openings which are filled with round devices **2** : a pattern (as on metalwork) made by interlacing curved lines

guilloche 1

**1guil·lo·tine** \'gilə,tēn 'gē(y)ə,tēn\ *n* -s [F, after Joseph Ignace *Guillotin* †1814 Fr physician who in 1789 proposed its use] **1** : a machine for beheading by means of a heavy ax or blade that slides down in vertical guides **2** : a shearing machine or instrument (as a paper cutter or metal cutter) that in action resembles a guillotine **3** : a surgical instrument that consists of a ring bearing a sliding knife blade and is used for cutting out a tonsil or other protruding structure capable of being engaged by the ring **4** : closure by the imposition of a predetermined time limit on the consideration of specific sections of a bill or portions of other legislative business (announced that the Transport Bill was to pass ... under a ~ ... by 10 p m on Monday —*Punch*) (the New Zealand House has not had to adopt the ~ —Walter Nash) **5** : a window with a vertically sliding sash and without counterbalanced sash weights **6** : something likened to a guillotine esp in bringing about an abrupt termination (as of a former occupation) (the ~ of joys bedtime —Nadine Gordimer) — compare AXE **7** : a wrestling fall in which from a cross body ride the aggressor shifts his own arms and head under the opponent's locked arm and grasps the opponent's head in a reverse half nelson while retaining a scissors grip on his near leg

**2guillotine** \ \ *vb* -ED/-ING/-S [F *guillotiner* fr *guillotine*] *vt* **1 a** : to behead with a guillotine **b** : to trim with a guillotine **2** : to cut off or cut short as with a guillotine (*guillotining* needless waste) **3** : to subject (as a bill) to the guillotine (the power to ~ bills in standing committee —Herbert Morrison) ~ *vi* : to impose the guillotine (the power to ~)

**guillotine amputation** *n* : a surgical amputation (as of a leg) in which the skin is incised circumferentially and allowed to retract successive layers of muscle are then circularly divided, and finally the bone is divided and which is used esp as an emergency procedure

**guil·lo·tin·er** \-n(r)\ *n* -s : the operator of a guillotine

**guillotine shears** *n* : power shears in which the upper knife ... between vertical guides

**1guilt** \'gilt\ *n* -s [ME *gilt* *gult* fr OE *gylt*] **1** *obs* **a** : delinquency or failure in respect to one's duty : OFFENSE, TRESPASS **b** ... responsibility for an offense : FAULT **c** : state of ... punishment ... DESERTS **2** : the fact of having com-

d n hə'rüd°n\ n s [fr *Hirudin* a trademark] : the active principles of the buccal glands of the leech ... prevent the clotting of blood

... n pl cap [NL fr *Hirudo*, ...] of hermaphroditic aquatic terrestrial or ... worms distinguished by a coelom nearly ... connective tissue and reduced to a series of ... by modification of the hindmost segments ... and by the absence of parapodia and setae ... HIRUDINEA ... RHYNCHOB...

... n pl cap [NL fr *Hirudo* + *-idae*] : a family of aquatic leeches that ... 5 pairs of eyes, and usu. 3 toothed ... the common medicinal leech

... vt -ED/-ING/-S : to retard or prevent (clotting of blood) by the injection of hirudin

... n, cap [NL fr L, leech] : a genus (the ... Hirudinidae) of the order Gnathobdellida ... common medicinal leech

... adj [L *hirundo* ...] of relating to or resembling the swallow

... [NL *Hirundinidae*] : SWALLOW 1

... n pl cap [NL fr *Hirundo*, ... (fr L swallow) + *-idae*] : a family of ... consisting of the swallows and martins — hi...

... gen of *hē* he — more at HE] *obs possessive of* ...

... *adj* [ME fr OE *gen* of *hē*] 1 a : of or ... or himself as possessor ... due to him ... connected with him (a wise man ... rock —Mt 7:24 (RSV)) (the one of the very worst of ~ moods —C ... b : of or ... c ... d ... e ... f ... sustained by a subject or ... experienced by him ... a ... secret ... with the object of ~ hurt or ... d : that he has to do with or is supposed to have knowledge or a share of or some ... (the boy who knows ~ baseball —David ... enthusiastically supports ~ local symphony ... e : that is esp. significant for ... good fortune or prominence — used with ... es with other words indicating a division of ... day and the treat was on him —H A Chippen ... — used as late as the 17th century with ... (if the salt have lost ~ savor wherewith shall it be seasoned? —Mt 5:13 (AV)) 3 *archaic* : ... — used ... in place of the possessive ending (Christ ~ birth —Thomas Fuller) (in George ~ —W M Thackeray) (Billy Bones ~ ...

... sing or pl in constr [ME fr OE ...] ... — used without a following noun as a ... in meaning to the adjective *his* (my ... shape and I had ~ —Shak.) (my dog is large ... (your eyes are blue and ~ are brown) often ... single out one or more members of a class be... directed with a particular male person or ... (~ of ... books of ~) or merely to ... someone as belonging to or connected ... person or animal without any implica... in a more extensive class (that overbearing ... his feet of ~) 2 : so ... thing that belongs ... to him (all that is ~ is hers)

... *sing or pl cons r* : a jack that is turned up in cribbage and that scores two points for the ...

\hisin... n s [G *hisingerit* fr ... †1852 Swed. geologist + G *-it* -ite] : a ... $Fe_2Si_2O_5(OH)_4 \cdot 2H_2O$ consisting of a black ... that is a hydrous ferric silicate

... \'hisl\ n s [Stephen *Hislop* †1863 Eng ... and amateur geologist + E *-ite*] : a bright ...

... *pron* (ME *hysene* alter. (influenced by ... thine) of *his*] *dial* : HIS

... n [NL irreg fr L *hispidus* rough, hairy, ... a genus (often the type of the family Hispidae) ... World beetles with larvae that are leaf miners ... of *Hispa* or various closely related genera

... adj, usu cap [L *Hispanicus* fr ... Iberian peninsula + L *-icus* -ic] : relating to or ... the people, speech, or culture of Spain or of ... (often LATIN AMERICAN) (the folklore of ...s) — hispanic-american \...\ adj usu cap

... n s usu cap : a word, phrase ... in distinctive of Spanish esp. when it ... English context

... usu cap : HISPANIST

... n s often cap ... process of hispanicizing

... vt -ED/-ING/-S often cap : to make ... to acquire a quality, qualities, traits or ... of Spanish culture or Spaniards (to ~ the ...) b : to modify (language or a particular ...) to conform to language characteristics ... (a baseball ... is *hispanicized* baseball) ... control of Spain or Spaniards (the government ... *hispanicized*)

... n s often cap [Sp fr *hispánico* L *Hispanicus*) + *-dad* ty fr L *-tat-, -tas*] : ... as adapted to fascist purposes and used for ... of U.S. influence in Latin America

... \'hispanyə,liz ... vt -ED/-ING/-S ... (influenced by *Hispanic*) of Sp *españolizar* fr ... assumed — VL *Hispaniolus*, fr L ... + *-izar* -ize] : HISPANICIZE

hispanism ... n s often cap [Sp *hispanismo* fr ... Hispanic (fr L *Hispanus*) + *-ismo* -ism] ... and Latin American movement to reassert the cultural unity of Spain and the Latin American ... the return to classic Spanish culture and ... in Latin America — compare HISPANIDAD ... feature of Spanish origin or due to Spanish

... n s usu cap [Sp *hispanista* fr *hispano* + ...] scholar specially informed in the Spanish or ... languages or Spanish or Portuguese literature, civilization

... \'hispənə,zāshən ... n s often cap [Sp *hispanizar* + *-ación* -ation] : HISPANICIZA...

hispanize ... vt -ED/-ING/-S often cap [Sp *hispano* + *-izar* -ize] : HISPANICIZE

... n s cap [short ... *American*] : a native or resident of the south ... descended from Spaniards settled there before ...

... *form usu cap* [Sp *hispano* fr L *Hispanus*] ... (*Hispano*-German) ... Spanish (*Hispanophile*)

... adj usu cap ... 1 of ... produced in the era of Moorish ascendency in ... chiefly of art or cultural objects (as pottery, ... and jewelry ... found in Spain ...

... phil \ ... \ n s ...

*often cap* [*Hispano-* + *-phile, -phil*] : one partial to Spain or esp. fond of Spanish culture or civilization

¹his·per·ic \(')hi'sperik\ *adj usu cap* [fr *Hisperica famina* 6th cent. Latin work written in Ireland in the Hisperic style] : belonging to or constituting a style of Latin writing that probably originated in Ireland in the 6th century and that is characterized by extreme obscurity intentionally produced by periphrasis coinage of new words and very liberal use of loanwords to express quite ordinary meanings

²hisperic \ \ n s cap : Hisperic Latin

his·pid \'hispəd\ *adj* [L *hispidus* prob. akin to L *horrēre* to bristle — more at HORROR] : rough or covered with bristles stiff hairs or minute spines (a ~ leaf) — **his·pid·i·ty** \hi'spidəd·ē\ n -ES

his·pid·u·lous \(')hi'spijələs\ *also* **his·pid·u·late** \ -lət, -lāt\ *adj* [*hispid* + *-ulous* or *-ulate* (fr *-ulous* + *-ate*)] : minutely hispid

his·pine \'hi,spīn, -spən\ *adj* [NL *Hispa* + E *-ine*] : of or related to the genus *Hispa*

¹hiss \'his\ *vb* -ED/-ING/-ES [ME *hissen* of imit. origin] *vi* : to make a sharp sibilant sound **as a** : to make the sound by which an animal (as a goose or snake) indicates alarm, fear or irritation (the kitten ~*ed* at sight of the dog) **b** : to make such a sound as an expression of hatred, passion, or disapproval (the crowd booed and ~*ed*) **c** : to escape or move with a hissing sound (the wind ~*ed* about the caves) — used esp. of substances under pressure (steam ~*ing* from the kettle's spout) (air ~*ed* from the faulty valve) ~ *vt* **1** : to condemn or express contempt or dislike for by hissing (~*ed* the speaker from the stage) **2** : to utter with a hissing sound (~ dispraise) (sibilants should be clearly ~*ed*)

²hiss \"\ n -ES **1** : a prolonged sibilant sound like that of the speech sound \s\ or \z\ **as a** : any of various animal sounds usu. indicative of alarm, fear or irritation (startled by the sharp ~ of a snake) **b** : the sound made by steam or other gas escaping through a narrow opening **c** (1) : the friction that characterizes the utterance of a voiceless fricative consonant (2) : a voiceless fricative, *specif* : \s\ — compare BUZZ **2** : a hiss used as an expression of dislike, disapprobation or contempt (~*es* rose from all parts of the audience)

³hiss \ \ *or* **hissing** *adj* : being or involving the sibilant \s\ ... (~ sibilants of Georgian speech) — compare HUSH

hiss·able \'hisəbəl\ *adj* **1** : uttered with a hiss **2** : deserving to be hissed

his·sel \hi(h)(z)'sel, ... *also* **his·sel** \ 'sel\ *pron* [ME *his self* fr *his* + *self*] *substand* : HIMSELF (when he come to ~ they told him ~ was a Union hospital —Helen Eustis)

hiss·er \'his·ə(r)\ n s [ME, fr *hissen* + *-er*] : one that hisses

hissing n s [ME, fr gerund of *hissen* to hiss] **1** : an act or instance of emitting a hiss **2** : an occasion of contempt : an object of scorn (the priests because of their breaches of the restrictions ... made their calling a reproach and a ~ —A M Young)

hissing adder *or* **hissing snake** *also* **hissing viper** n : HOGNOSE SNAKE

hiss·ing·ly *adv* : in a hissing manner : with a sound of hissing

hissy \'hisē\ n -ES [origin unknown] *Southwest* : a fit of temper : TANTRUM

¹hist \ *is often prolonged and usu with p preceding and/or t or a glottal stop following often read as* 'hist\ *interj* [origin unknown] — used to demand attention or quietly to attract a person's attention

²hist \'hist\ *dial var of* HOIST

hist- *or* **histo-** *comb form* [F fr Gk *histos* mast, beam of a loom, loom, web (fr *histanai* to cause to stand — more at STAND)] : tissue (*histamine*) (*histophysiology*)

hist *abbr* **1** histology **2** historian, historic, historical, history

his·ta·mi·nase \hi'stamə,nās, 'histəm-, ... āz\ n s [ISV *histamine* + *-ase*] : a flavoprotein enzyme occurring widely in plant and animal tissues (as in the kidney and small intestine) and capable of oxidizing histamine and various diamines (as putrescine) — called also *diamine oxidase*

his·ta·mine \'histə,mēn, -mən\ *also* **his·ta·min** \-mən\ n s [ISV *hist*- + *amine*] : a crystalline base $C_3H_3N_2CH_2CH_2NH_2$ that is found in ergot and other plants and usu. combined in animal tissues that is formed from histidine by decarboxylation and that is held to be responsible for the dilation and increased permeability of blood vessels which play a major role in allergic reactions, 4(or 5) imidazole ethylamine — see ANTIHISTAMINE, GASTRIN — **his·ta·min·ic** \,..'minik\ *adj*

histamine flare n : an allergic tissue reaction to histamine manifested by local flushing of the skin

his·ta·min·er·gic \,..mə,nərjik\ *adj* [ISV *histamine* + *-ergy* + *-ic*] **1** *of autonomic nerve fibers* : liberating histamine **2** *of autonomic nerve fibers* : activated by histamine

his·tamino·lyt·ic \,..,mēnə'lid·ik, ..mən-, hi,stamənō'l\ *adj* [ISV *histamine* + *-o-* + *-lytic*] : breaking down or tending to break down histamine (~ action of blood plasma)

histe \'hist\ *dial var of* HOIST

his·ter \'histə(r)\ *also* **hister beetle** n -S [NL *Hister* genus of beetles fr L *hister* actor, fr Etruscan; fr the fact that these beetles play dead when disturbed] : a beetle of the family Histeridae

¹his·ter·id \-tərəd\ *adj* [NL *Histeridae*] : of or relating to the Histeridae

²histerid \"\ n s : HISTER

his·ter·i·dae \hi'sterə,dē\ n pl cap [NL fr *Hister* type genus + *-idae*] : a family of rather sluggish dark colored and often shining beetles that live chiefly in decaying organic matter and have larvae which prey on other insects and insect larvae

histi- *or* **histio-** *comb form* [Gk *histion* cloth, sail, dim. of *histos* mast, beam of a loom, loom, web — more at HIST] **1** : sail (*Histiophorus*) **2** : tissue (*histiocyte*)

his·ti·dase \'histə,dās, -āz\ n s [ISV *histidin* + *-ase*] : an enzyme occurring esp. in the liver of vertebrates that is capable of deaminating histidine to form urocanic acid

his·ti·dine \'histə,dēn, -dən\ *also* **his·ti·din** \-dən\ n s [ISV *hist*- + *-idine*, *-idin*, orig. formed as G *histidin*] : a crystalline basic amino acid $C_3H_3N_2CH_2CH(NH_2)COOH$ that is essential in the nutrition of the rat, is synthesized by microorganisms and by plants, and is formed by the decomposition of most proteins (as globin) 4(or 5) imidazole alanine

his·tie \'histē\ *var of* HIRSTIE

his·tio·cyte \'histēə,sīt\ n s [ISV *histi*- + *-cyte*] : a phagocytic tissue cell that may be fixed or freely motile, is derived from the reticuloendothelial system, and resembles the monocyte with which it is sometimes identified — called also *clasmatocyte, macrophage* — **his·tio·cyt·ic** \,..'sid·ik\ *adj*

his·tio·cy·to·ma \,..(,)sī'tōmə\ n, pl **histiocytomas** \-māz\ *also* **histiocyto·ma·ta** \-məd·ə\ [NL, fr ISV *histiocyte* + NL *-oma*] : a tumor consisting predominantly of histiocytes being usu. nonmalignant, and occurring esp. in young male dogs

his·tio·cy·to·sis \,..'tōsəs\ n, pl **histiocyto·ses** \-ō,sēz\ [NL fr ISV *histiocyte* + NL *-osis*] : abnormal multiplication of histiocytes *broadly* : a condition characterized by such multiplication

his·ti·oid \'histē,oid\ *adj* [ISV *histi*- + *-oid*] : HISTOID

his·ti·ol·o·gy \,histē'äləjē\ n -ES [by alter.] : HISTOLOGY

his·ti·oph·a·gous \,..'äfəgəs\ *adj* [*histi*- + *-phagous*] : feeding on tissues (~ protozoans)

his·ti·o·pho·ri·dae \,histēə'fōrə,dē\ [NL fr *Histiophorus* type genus (fr *histi*- + *phorus*) + *-idae*] *syn of* ISTIOPHORIDAE

his·ti·op·ter·i·dae \,..äp'terə,dē\ n pl cap [NL, fr *Histiopterus* type genus (fr *histi*- + *pterus*) + *-idae*] : a family of deep sea percoid fishes with compressed body, rough scales and strong fin spines — see BOARFISH

histo- — see HIST

his·to·blast \'histə,blast\ n [ISV *hist*- + *blast*] : a cell or cell group possessing broad histogenetic capacity **as a** : HISTOCYTE **b** : IMAGINAL DISK

his·to·chemical \,hi(,)stō+\ *adj* [*hist*- + *chemical*] : of relating to or by means of histochemistry — **his·to·chemical·ly** \ +\ *adv*

his·to·chemistry \ '+\ n [ISV *hist*- + *chemistry*] : a science that deals with the chemical constitution of living cells and tissues by combining the techniques of biochemistry and histology

his·to·chem·o·graph \'hi(,)stōkemə,graf\ n [*hist*- + *chem*- + *graph*] : a picture or pattern produced on a photographic plate by the chemical action of a histological specimen in contact with the emulsion — **his·to·che·mog·ra·phy** \..ke'mägrəfē\ n -ES

his·to·cyte \'histə,sīt\ n s [ISV *hist*- + *-cyte*] **1** : HISTIOCYTE **2** : a cell (as in various lower invertebrates) with highly developed capacity to form tissues

his·to·gen \'histəjən, -,jen\ n s [ISV *hist*- + *-gen*] : a zone or clearly delimited region of primary tissue in or from which the specific parts of a plant organ are believed to be produced — see DERMATOGEN, PERIBLEM, PLEROME, HISTOGEN THEORY; compare CALYPTROGEN, CORPUS, TUNICA

his·to·genesis \,histō+\ n [NL fr *hist*- + L *genesis*] : the formation and differentiation of tissues (the ~ of floral organs) (~ of a neoplasm)

his·to·ge·net·ic \,..jə'ned·ik\ *adj* [ISV *hist*- + *genetic*] **1** : of or relating to histogenesis **2** : of or relating to histogenetics — **his·to·ge·net·i·cal·ly** \..d·ək(ə)lē\ *adv*

his·to·ge·net·ics \ ...iks\ n pl but sing or pl in constr : a branch of genetics concerned with the genetic significance and basis of somatic variation (as in the production of bud sports and graft hybrids)

his·to·gen·ic \'..'jenik\ *adj* [ISV *hist*- + *-genic*] : producing tissue

histogen theory n : a theory in botany: a growing point (as of a stem or root) consists of three histogens each of which gives rise to a different tissue — see DERMATOGEN, PERIBLEM, PLEROME

his·tog·e·ny \hi'stäjənē\ n -ES [ISV *hist*- + *-geny*] : HISTOGENESIS

his·to·gram \'histə,gram\ n s [fr Gk *histos* mast, pole, web + E *-gram*] : a representation of a frequency distribution by means of rectangles whose widths represent class intervals and whose areas are proportional to the corresponding frequencies

his·tog·ra·phy \hi'stägrəfē\ n -ES [ISV *hist*- + *-graphy*] : description of bodily tissue

his·toid \'hi,stoid\ *adj* [ISV *hist*- + *-oid*] **1** : resembling the normal tissues (~ tumors) **2** : developed from or consisting of but one tissue

his·to·log·i·cal \,histə'läjəkəl, ..jek-\ *also* **his·to·log·ic** \..jik, -jēk\ *adj* : of or relating to histology or to the microscopic structure of the tissues of organisms (~ studies) (the ~ picture in Bright's disease) — **his·to·log·i·cal·ly** \..jək(ə)lē, ..jēk-\ *adv*

his·tol·o·gist \hi'stäləjəst\ n s : a specialist in histology

his·tol·o·gy \-jē\ n -ES [F *histologie*, fr *hist*- + *-logie* -logy] **1** : a branch of anatomy that deals with the minute structure of animal and vegetable tissues as discernible with the microscope : microscopic anatomy — compare CYTOLOGY **2** : a treatise on histology **3** : tissue structure or organization (as of an organism) (the ~ of a fetus) (the ~ of the pancreas)

his·tol·y·sis \..'läsəs\ n [NL fr *hist*- + *-lysis*] : the breakdown of bodily tissues **2** : the process by which in the pupa of a holometabolous insect many or most of the larval organs dissolve into a creamy mass ... and leave intact only various groups of cells out of which new organs for the imago are formed

his·to·lyt·ic \,histə'lid·ik\ *adj* [fr NL *histolysis*, after such pairs as E *analysis*, *analytic*] : of relating to or inducing histolysis

his·tol·y·zate \hi'stälə,zāt\ n s [irreg fr NL *histolysis* + E *-ate*] : a product of tissue lysis

his·to·metabasis \,his(,)tō+\ n [NL fr *hist*- + *metabasis*] : fossilization in which the minute details of texture of the organism are retained

his·tom·o·nad \hi'stämə,nad\ n [NL *Histomonad-*, *Histomonas*] : a protozoan of the genus *Histomonas*

his·tom·o·nal \(')hi'stämən°l\ *adj* : of relating to or caused by histomonads (~ diarrhea)

his·tom·o·nas \,..'ä..nəs\ n, cap [NL fr *hist*- + *monas*] : a genus of zooflagellates (family Mastigamoebidae) that exhibit both amoeboid and flagellate phases, are parasites in the liver and intestinal mucosa of chickens, turkeys and various other birds and are usu. considered to include a single species (*H. meleagridis*) that is the causative agent of blackhead

his·tomo·ni·a·sis \(,)his,tämə'nīəsəs\ n -ES [NL fr *Histomonas* + *-iasis*] : infection with or disease caused by protozoans of the genus *Histomonas* : BLACKHEAD 3

his·tone \'hi,stōn\ n s [ISV *hist*- + *-one*] : any of various simple proteins that are soluble in water but insoluble in dilute ammonia, that yield a high proportion of basic amino acids on hydrolysis but are less strongly basic than protamines and that are found esp. in some glandular tissues (as thymus) combined with deoxyribonucleic acid

his·to·pathologic *or* **his·to·pathological** \,hi(,)stō+\ *adj* : of or relating to histopathology (a ~ process) : involving the methods of histopathology (a ~ examination) — **his·to·path·o·log·i·cally** \ '+\ *adv*

his·to·pathologist \ '+\ n : a pathologist who specializes in the detection of the effects of disease on body tissues, *esp* : one who identifies neoplasms by their histological characteristics

his·to·pathology \ +\ n [ISV *hist*- + *pathology*] **1** : a branch of pathology concerned with the tissue changes characteristic of disease **2** : the tissue changes that affect a part or accompany a disease (~ of the eye) (~ of tuberculosis)

his·to·physiology \ +\ n [*hist*- + *physiology*] **1** : a branch of physiology concerned with the function and activities of tissues **2** : structural and functional tissue organization (as of a body part) (the ~ of the thyroid gland)

his·to·plas·ma \,histə'plazmə\ n [NL fr *hist*- + *plasma*] **1** *cap* : a genus of fungi (family Coccidioidaceae) usu. considered to consist of a single widespread species (*H. capsulatum*) of fungi that cause histoplasmosis, live parasitically as heavily encapsulated yeastlike cells in blood lymph or various tissues and grow saprophytically (as on nutritive media) as a mycelium that produces both conidia and chlamydospores **2** s : any fungus of the genus *Histoplasma*

his·to·plas·min \..'plazmən\ n s [ISV *histoplasm* (fr NL *Histoplasma*, genus name of *Histoplasma capsulatum*) + *-in*] : a sterile filtrate of a culture of a fungus (*Histoplasma capsulatum*) used in a cutaneous test for histoplasmosis

his·to·plas·mo·sis \,..plaz'mōsəs\ n, pl **histoplasmo·ses** \-ō,sēz\ [NL, fr *Histoplasma* (genus name of *Histoplasma capsulatum*) + *-osis*] : a disease that is endemic in the Mississippi and Ohio river valleys of the U.S., is caused by infection with a fungus (*Histoplasma capsulatum*) and is marked by benign involvement of lymph nodes of the trachea and bronchi usu. without symptoms or by severe progressive generalized involvement of the lymph nodes and the reticuloendothelial system with fever, anemia, leukopenia and often with local lesions (as of the skin, mouth, or throat)

his·to·ri·an \hi'stōrēən, 'tōr-, *sometimes* 'tär-\ n s [MF *historien* fr L *historia* narrative history + MF *-en* -an — more at HISTORY] **1** : usu *historical* a : of ... ing to or having the ... a writer of history *esp* : one that produces a work of scholarly synthesis as distinguished from a compiler (a ...) — and not a mere chronicler —*Times Lit Supp.*) **2** : CHRONICLER

his·to·ri·at·ed \..rē,ād·əd\ *adj* [ML *historiatus* (past part. of *historiare* to tell a story in pictures fr L *L historia* narrative, history) + E *-ed* — more at HISTORY] : adorned with figures (as flowers, animals) having significance rather than purely decorative elements (as scrolls, diapers) — used orig. of the elaborately decorated initials of books and manuscripts and now chiefly of a symbolic representational manner of presenting supplementary information on a map or chart

¹his·tor·ic \hi'stȯrik, -tär-, -rēk\ *or* **his·tor·ic** \..rik, -rēk\ *adj* [*historical* fr L *historicus* fr Gk *historikos* exact, precise, historical, fr *historia* inquiry, information, narrative, history + *-ikos* -ic) + E *-al*; *historic* fr L *historicus* — more at HISTORY] **1** usu *historical* a : of ... ing to or having the character of history esp. as distinguished from myth or legend (an ~ event) (the ~ middle ages were quite unlike those of fiction) **b** : based on or dealing with history (~ studies) true to history : accurate in respect to history (reproducing the manners of the period with ~ fidelity) **c** : used in the past and reproduced in historical presentations **d** : based on or resulting from or acknowledged to be true because of past events or experiences (the ~ necessity for space of growing populations) **2** *usu historic* a : important, famous or decisive in history (*historic* battlefields), (*historic* buildings) **b** : having considerable importance, significance or consequence (an *historic* occasion) **3 a** : SECONDARY 1e **b** *usu historical* : DIACHRONIC (~ grammar) (~ linguistics)

²historical \ \ n s : a novel play or motion picture based upon history

historical cost n **1** : a cost computed after production from records made concurrently with various steps of production — contrasted with *predetermined cost* and *standard cost* **2** : the value at which a capital asset is recorded on the books representing the outlay of money or its equivalent given in exchange at the time of acquisition (depreciation is based on *historical cost* rather than on replacement value) **3** : the original cost of a property in a public utility

historical criticism n : criticism in the light of historical evidence — compare HIGHER CRITICISM

historical geology n : a branch of geology that deals with the chronology of the events in the earth's history

historical infinitive n : the present infinitive used with a subject nominative as a finite verb in place of a past indicative

his·tor·i·cal·ly \..rək(ə)lē, -rēk-\ *adv* **1** : in accordance with or in respect to history (an ~ accurate account) : as a matter of history (popular leaders have ~ appeared when the needs and tensions were great enough) **2** : in the course of history : in past times or previous dealings (all employees whom an employer has ~ treated together —*U.S. Code*)

historical materialism n : the part of dialectical materialism dealing with the history of society and holding that ideas and institutions develop as the superstructure of a material economic base, that the course of history is dominated by the struggle of competing classes and that the final dialectical stages comprise the development of capitalism, the dictatorship of the proletariat, and after the withering away of the state the emergence of a classless society

historical method n : a technique of presenting information (as in teaching or criticism) in which a topic is considered in the light of its earliest phases and followed in an historical course through its subsequent evolution and development

his·tor·i·cal·ness \..kəlnəs\ n -ES : the quality or state of being historical

historical novel n : a novel having as its setting a period of history and usu. introducing some historical personages and events

historical perfect n : the perfect tense when used in Latin to express action completed in an indefinite past

historical present n : the present tense used in telling of past events

historical school n **1** : a school of economics developed in Germany in the middle of the 19th century that emphasizes institutional factors in society and pursues a systematic investigation of the development of economic institutions — compare CLASSICAL 3b(3) **2** : a school of legal philosophy that emphasizes the relation of the evolution of law to the historical milieu and minimizes the importance of arbitrary human action and of natural processes to its development **3** : a school of ethnology that emphasizes empirical study of the historical continuity of a specific culture or culture area as contrasted with comparative study of diverse or related cultures or culture areas

historical sociology n : a branch of sociology concerned with study of the origins, stages and laws of social life and social institutions

his·tor·i·cism \hi'stōrə,sizəm, -tär-\ n s **1 a** : a theory that all sociocultural phenomena are historically determined, that all truths are relative, that there are no absolute values, categories or standards and that the student of the past must enter into the mind and attitudes of past periods, accept their point of view and avoid all intrusion of his own standards or preconceptions **b** : the practice of writing or treating history in accordance with such a theory **c** : a theory of history holding that the development of human society is a process governed by inexorable laws of change operating independently of human wills or wishes **2 a** : a strong or exaggerated concern with or respect for the institutions and traditions of the past (as ... for ~ and empiricism in the tradition of Burke — ... *Lit. Supp.*) **b** : the use of or undue reliance upon historical forms or styles in art esp. in architectural design

¹his·tor·i·cist \..sast\ n s [fr *historicism*, after such pairs as E *baptism*, *baptist*] : an advocate of historicism

²historicist \ \ *adj* : of relating to, or based on historicism

his·to·ric·i·ty \,histə'risəd·ē, -ətē\ n -ES [prob. fr F *historicité* fr L *historicus* + F *-ité* -ity] **1** : the quality or state of being historic esp. as distinct from the mythological or legendary **2** : a condition of being placed in the stream of historical developments *also* : a result of such placement

his·tor·i·cize \hi'stōrə,sīz, -tär-\ *vb* -ED/-ING/-S *vt* **1** : to render historic : give an appearance of historical veracity or significance to (the traditional myth of the god's victory over the dragon ... is *historicized* as the triumph of Yahweh over the enemies of Israel —Philip Wheelwright) **2** : to make dependent on historicism esp. as a basis for action or an explanation of occurrences (various disciplines also have been rationalized and over *historicized* —Christian Gauss) ~ *vi* : to use historical material or depend on historicism (the nationalist and *historicizing* spirit of the 19th century —G M J Moser)

historico- *comb form* [NL fr L *historicus* — more at HISTORICAL] : historical : historical and (*historico*philosophical) (*historico*social)

his·tor·i·co-critical \hi,stȯrə(,)kō, -tär-, -rē( +\ *adj* : based on or involving the use of techniques of both historian and critic (an ~ examination of religion) — **his·tor·i·co-critical·ly** \ +\ *adv*

his·to·ried \'hist(ə)rēd, -rid\ *adj* : related in or as history : having a history : HISTORICAL

his·to·ri·ette \hi,stōrē'et, -tōr-\ n s [F fr L *historia* narrative history + F *-ette* (dim suffix) — more at HISTORY] : a short history or story

his·to·ri·fy \hi'stōrə,fī, -tär-\ *vt* -ED/-ING/-S [*history* + *-fy*] : to record in or as history

historio- *comb form* [MF fr LL fr Gk *historia* inquiry, information, narrative, history — more at HISTORY] : history (*historio*metric) (*historio*grapher)

his·to·ri·og·ra·pher \(,)hi,stōrē'ägrəf(ə)r, -tōr-, *sometimes* -tär\ n s [MF *historiographeur*, fr LL *historiographus* (fr Gk *historiographos* fr *historio*- + *graphos* writer, fr *graphein* to write) + MF *-eur* -or — more at CARVE] **1** : a writer of history : HISTORIAN **2** : a person appointed to write a history or to record the continuing history of a country, group or institution : an official historian (since 1924 has been ~ of the Protestant Episcopal Diocese of Virginia —*Christian Century*)

his·to·ri·og·ra·pher·ship \-,ship\ n : the office of historiographer

his·to·ri·o·graph·ic \hi,stȯrēə'grafik, -tōr-, *sometimes* -tär\ *also* **his·to·ri·o·graph·i·cal** \..fəkəl\ *adj* : of or relating to historiography — **his·to·ri·o·graph·i·cal·ly** \..fək(ə)lē\ *adv*

his·to·ri·og·ra·phy \(')hi,stōrē'ägrəfē, -tōr-, *sometimes* -tär\ n -ES [MF *historiographie* fr Gk *historiographia* fr *historio*- + *-graphia* -graphy] **1 a** : the writing of history *esp* : the writing of history based on the critical examination of sources, the selection of particulars from the authentic materials and the synthesis of particulars into a narrative that will stand the test of critical methods **b** : the principles, theory and history of historical writing (a course in ~) **2** : the product of historical writing : a body of historical literature (no single work in our ~ has moved more Englishmen —*Times Lit. Supp.*) (for most of the 9th century northern ~ shrinks to a few disconnected annals —F M Stenton)

his·to·ri·ol·o·gy \..äləjē\ n -ES [*historio*- + *-logy*] : the study or knowledge of history

his·to·rism \'histə,rizəm\ n s [G *historismus* fr *historie* history (fr L *historia*) + G *-ismus* -ism] : HISTORICISM 1

¹his·to·ry \'hist(ə)rē, -ri\ n -ES [L *historia* fr Gk *historia* inquiry, information, narrative, history, fr *historein* to inquire into, examine, relate (fr *histor*, *histōr* judge) + *-ia* -y; akin to Gk *idein* to see — more at WIT] **1** : a narrative of events connected with a real or imaginary object, person or career : TALE, STORY *esp* : such a narrative devoted to the exposition of the natural unfolding and interdependence of the events treated (carefully recording the ~ of our vacation ... father) (... of passion, greed and retribution) **2 a** : a systematic written account comprising a chronological record

**²powwow** \ ˌ•ˌ•\ *vb* -ED/-ING/-S *vi* **1** : to hold or take part in a ceremonial or conjuring session *esp* : to practice healing by incantation or magic **2** : to have a meeting or take part in a discussion ⟨invited them to stack their arms in the yard and come inside the shack and ~ —W A Fraser⟩ ~ *vt* : to subject to treatment by incantation or magic ⟨had one of his eyes ~*ed*⟩

**pox** \ˈpäks\ *n, pl* **pox** *or* **poxes** [alter. of *pocks*, pl. of *pock*] **1 a** : any of various virus diseases characterized by pustules or eruptions — usu. used in combination ⟨chicken *pox*⟩ ⟨cowpox⟩ ⟨fowl *pox*⟩ **b** *archaic* : SMALLPOX **c** : SYPHILIS — not often in formal use ⟨most of them had a dose of clap or ~ and some had a double dose —Bruce Siberts⟩ **2** : an afflictive rash : repellent cluster : PLAGUE ⟨a ~ of garish neon lights —Robert Cahn⟩ ⟨a ~ of jeering urchins —*New Yorker*⟩ ⟨the world is covered by a ~ of danger spots —*N.Y. Times*⟩ — often used interjectionally ⟨a ~ on the girl —Virginia Woolf⟩ **3** : a disease of sweet potatoes caused by actinomycetes of the genus *Streptomyces* and characterized by pitted lesions on the roots or tubers — called also SOIL ROT **b** : STOMATE SPOT

**²pox** \ ˈ \ *vt* -ED/-ING/-ES *archaic* : to infect with a pox and esp with syphilis

**poxy** \ˈpäksē\ *adj* -ER/-EST : afflicted with or as if with a pox

**poyn·ting's theorem** \ˈpȯintiŋz\ *n, usu cap P* [after John H. Poynting †1914 Eng. physicist, its originator] : a statement in electromagnetic theory: the transfer of energy by an electromagnetic wave is at right angles to both electric and magnetic components of the wave vibration and its rate is proportional to the vector product of their amplitudes

**poy·ou** \ˈpȯi(ˌ)(y)ü\ *n* -S [Guarani *tatu poyu*, lit., armadillo with a yellow hand, fr. *tatu* armadillo + *pó* hand + *yu* yellow] : PELUDO

**poz·nan** \ˈpozˌnan, ˈpōzˌnän, -nan, ˈpȯzˌnan, ˈpȯzˌnän\ *adj, usu cap* [fr. *Poznań*, city in west central Poland] : of or from the city of Poznan, Poland : of the kind or style prevalent in Poznan

**pozole** *var of* POSOL

**poz·zo·la·na** \ˌpätsəˈlänə\ *or* **poz·zo·lan** \ˈpätsələn\ *also* **poz·zu·o·la·na** \ˌpätsəwəˈlänə\ *or* **puz·zo·lan** \ˈpətsələn\ *or* **puz·zo·la·na** \ˌpətsəˈlänə\ *n* -S [It *pozzolana*, fr. ML *putheolana*, fr. L *puteolana*, fem. of *puteolanus* adj., of or belonging to Puteoli, fr. *Puteoli* (now *Pozzuoli*), seaport in southern Italy + L *-anus* -an] **1** : an aggregate material (as volcanic ash, tuff) used by the ancient Romans as an ingredient of mortar **2** : any pulverized siliceous or siliceous and aluminous substance that reacts chemically with slaked lime at ordinary temperature and in the presence of moisture to form a cementitious compound **3** : a mortar or hydraulic cement consisting essentially of pozzolana and slaked lime — compare PORTLAND-POZZOLAN CEMENT

**poz·zo·la·nic** \ˌpätsəˈlänik\ *also* **puz·zo·la·nic** \ˌpət-\ *or* **poz·zu·o·la·nic** \ˌpätsəwə-\ *adj* : of or relating to or having the properties of a pozzolana

**pp** *abbr* **1** pages **2** [L *papa*] pope **3** [L *patres*] fathers **4** pianissimo

**PP** *abbr* **1** parcel post **2** parish priest **3** part paid **4** parts per **5** past participle **6** peak to peak **7** pellagra preventive **8** *often not cap* [L *per procurationem*] by proxy or by the agency of **9** personal property **10** picked ports **11** [It *più piano*] more softly **12** postpaid **13** pounds pressure **14** power plant **15** prepaid **16** privately printed **17** [L *punctum proximum*] near point

**PPA** *abbr, often not cap* per power of attorney

**p paper** *n, usu cap 1st P* : perfect paper — compare M PAPER, N PAPER

**PPC** *abbr* **1** [Fr *pour prendre congé*] to take leave **2** *often not cap* picture postcard

**ppd** *abbr* **1** postpaid **2** prepaid

**PPD** *abbr* purified protein derivative

**pp factor** \ˈpēˈpē-\ *n, usu cap both Ps* [pellagra preventive factor] : PELLAGRA-PREVENTIVE FACTOR

**pph** *abbr* pamphlet

**PPI** \ˈpē(ˌ)pēˈī\ *n* -S [plan position indicator] : a radarscope on which spots of light representing reflections of radar waves indicate the range and bearing of objects such as airplanes, ships, buildings, cliffs, and mountains

**PPI** *abbr, often not cap* **1** parcel post insured **2** policy proof of interest

**ppl** *abbr* participle

**PPM** *abbr, often not cap* parts per million

**ppn** *abbr* precipitation

**ppp** *abbr* pianississimo double pianissimo

**PPS** *abbr* **1** parliamentary private secretary **2** [L *post postscriptum*] additional postscript **3** pulses per second

**ppt** *abbr* precipitate

**pptn** *abbr* precipitation

**PQ** *abbr* **1** personality quotient **2** previous question

**pr** *abbr* **1** pair **2** pounder **3** power **4** prayer **5** preferred **6** presbyopia **7** present **8** price **9** priest **10** primitive **11** prince **12** printed printer **13** prior **14** private **15** pronoun **16** pronounced **17** pronunciation **18** prose **19** proved

**PR** *abbr* **1** parliamentary report **2** payroll **3** pitch ratio **4** [L *populus Romanus*] Roman people **5** press release **6** prize ring **7** proportional representation **8** [L *pro rata*] in proportion **9** public relations **10** [L *punctum remotum*] far point

**Pr** *symbol* **1** praseodymium **2** propyl

**praam** *var of* PRAM

**prab·ble** \ˈprabəl\ *n* -S [alter. of ²*brabble*] *chiefly dial* : QUARREL, SQUABBLE — often used in the phrase *pribbles and prabbles*

**pra·bhu** \ˈprə(ˌ)bü\ *n* -S [Skt *prabhu*, lit., excelling, mighty, fr. *prabhavati* he surpasses, is powerful, fr. *pra* before + *bhavati* he becomes, is — more at FOR, BE] **1** *India* : LORD, CHIEF **2** *India* : a member of the writer caste in western India

**¹prac·tic** \ˈpraktik\ *adj* [ME *practik*, fr. MF *practique*, *pratique*, fr. LL *practicus* — more at PRACTICAL] **1** : PRACTICAL **2** *obs* : PRACTICED, EXPERIENCED, SKILLED *also* : CUNNING

**²practic** \ ˈ \ *n* -S [ME *practik*, fr. MF *practique*, *pratique*, fr. LL *practice*, fr. Gk *praktikē*, fr. fem. of *praktikos* practical — more at PRACTICAL] **1** : PRACTICE **2** *also* **prac·tick** \ ˈ \ *Scots law* : the ancient reported decision of the Court of Session used to show the customary practices and law — usu. used in pl

**prac·ti·ca·bil·i·ty** \ˌpraktikəˈbiləd·ē, -ətē, -i\ *n* **1** : the quality or state of being practicable **2** : something that is practicable

**prac·ti·ca·ble** \ˈpraktikəbəl, -tēk-\ *adj* [modif. (influenced by *practic*) of F *praticable*, fr. MF, fr. *pratiquer* to practice (fr. *pratique* practice) + *-able* — more at PRACTIC] **1** : possible to practice or perform : capable of being put into practice, done, or accomplished : FEASIBLE ⟨a ~ method⟩ ⟨a ~ aim⟩ **2 a** : capable of being used : USABLE ⟨a ~ weapon⟩ **b** *of a theatrical property* : that may be used as real ⟨a ~ door at the back of the stage⟩ **syn** see POSSIBLE

**prac·ti·ca·ble·ness** *n* -ES : PRACTICABILITY 1

**prac·ti·ca·bly** \-blē, -li\ *adv* : in a practicable manner : so as to be practicable

**¹prac·ti·cal** \ˈpraktəkəl, -tēk-\ *adj, sometimes* -ER/-EST [LL *practicus* practical (fr. Gk *praktikos*, fr. *praktos*, verbal of *prassein*, *prattein* to pass through or over, experience, transact, negotiate, practice + L *-alis* -al) akin to Gk *peran* to pass through — more at FARE] **1 a** : actually or actively engaged in some course of action or occupation ⟨a ~ man but no theorist⟩ **b** : pursuing an occupation as a means of livelihood rather than as an avocation or sideline ⟨the conflicting views of ~ farmers and country gentlemen⟩ **2 a** : of, relating to or consisting in or manifested in practice or action — compare IDEAL, SPECULATIVE, THEORETICAL ⟨a ~ matter⟩ ⟨~ questions⟩ **b** : being such in practice : conduct, effect, or essential character : VIRTUAL ⟨our ~ freedom is better than your nominal liberty⟩ **3** : available, usable, or valuable in practice or action : capable of being turned to use or account : USEFUL ⟨a ~ acquaintance with a language⟩ ⟨~ economy⟩ **4 a** : given or disposed to action as opposed to speculation or abstraction **b** : skillful or experienced from practice : evincing practice or skill : capable of applying knowledge to some useful end ⟨a ~ mind⟩ **c** (1) : qualified by practice or practical training but lacking the highest professional training ⟨the duties of ~ and graduate nurses⟩ (2) : designed to supplement the technical training by experience ⟨~ work in the field⟩ ⟨*Bachelor of Fine Arts* concerned with ~ or useful in connection with practical training ⟨a ~ room⟩ ⟨~ examinations⟩ **5** : inclined and willing to overlook or forget the niceties or irregularities : UNSCRUPULOUS ⟨~ he knew which side his bread was buttered on⟩ **6** : PRACTICING **7** : PRACTICING ⟨a ~ Catholic⟩

**²practical** \ ˈ \ *n* -S : an examination requiring demonstration of one's practical skill

**practical art** *n* : an art (as of handicraft) that serves ordinary or material needs — compare FINE ART, LIBERAL ARTS

**practical astronomy** *n* : a branch of astronomy dealing with the making of observations of the celestial bodies for navigation and other position finding purposes on the earth — compare NAUTICAL ASTRONOMY

**prac·ti·cal·ism** \-kəˌlizəm\ *n* -S : devotion to practical matters

**prac·ti·cal·ist** \-ləst\ *n* -S : an advocate or adherent of what is practical

**prac·ti·cal·i·ty** \ˌpraktəˈkaləd·ē, -ətē, -i\ *n* -ES **1** : the quality or state of being practical **2** : a practical matter or an instance of being practical

**prac·ti·cal·ize** \ˈpraktəkəˌlīz\ *vt* -ED/-ING/-S : to make practical

**practical joke** *n* : a joke whose humor stems from the tricking or abuse of an individual placed somehow at a disadvantage

**practical joker** *n* : a person addicted to the perpetration of practical jokes

**practical judgment** *n* : a judgment as to action or fitness : a judgment of the practical reason : an ethical judgment

**prac·ti·cal·ly** \ˈpraktək(ə)lē, -tēk-, -li; *dial & rapid speech* ˈprak(ə)lē\ *adv* **1** : not theoretically : REALLY ⟨~ worthless⟩ **2** : by means of practice : by experience or experiment ⟨~ acquainted with the subject⟩ **3 a** : in actual practice or use ⟨to all practical purposes though not entirely or absolutely : VIRTUALLY ⟨a ~ inert solution⟩ ⟨~ inexhaustible resources⟩ ⟨a ~ perfect fit⟩ **b** : NEARLY, ALMOST ⟨it rained ~ all night⟩ ⟨the bottle is ~ full⟩

**practical music** *n* : APPLIED MUSIC

**prac·ti·cal·ness** *n* -ES : PRACTICALITY 1

**practical nurse** *n* : a nurse that cares for the sick professionally without having the training or experience required of a registered nurse; *esp* : a person who has undergone training and obtained a license from a state or other legal authority qualifying her to provide routine care to the sick

**practical politics** *n pl but sing or pl in constr* **1** : matter for concrete action as distinguished from theoretical discussion **2** : political intrigue, scheming, or action involving dishonor able or dishonest dealings

**practical reason** *n* **1** : reason concerned with the practical accomplishment of chosen ends — contrasted with *theoretical reason* **2** *Kantianism* : the action or office of reason in matters of the will *specif* : the determination of the grounds or universal laws of voluntary action by reason

**practical theology** *n* : the branches of theological study that deal with the institutional activities of religion covering esp homiletics, pastoral theology, church polity, science of church administration, and liturgics

**practical unit** *n* : any of various electric and magnetic units selected for convenience as to size for use in actual practical measurements

**prac·ti·cant** \ˈpraktəkənt\ *n* -S [ML *practicant-*, *practicans*, pres. part. of *practicare* to practice medicine, fr. *practica* practice — more at PRACTIC] : PRACTITIONER

**¹prac·tice** *or* **prac·tise** \ˈpraktəs\ *vb* -ED/-ING/-S [ME *practisen*, fr. MF *practiser*, *pratiser*, fr. *practique*, *pratique* practice + *-iser* -ize — more at PRACTIC] *vt* **1** *obs* **a** : to make use of : USE, EMPLOY **b** : FREQUENT, HAUNT **2 a** : to exercise oneself in for instruction or improvement or for the acquisition of discipline, proficiency, or dexterity ⟨*practiced* the piano every day⟩ **b** : to exercise (another) in something for similar purposes : TRAIN, DRILL ⟨*practicing* the children in penmanship⟩ **3 a** *archaic* : to carry on or engage in (an activity or process) **b** *obs* (1) : to work out (as a sum) (2) : to act in (a play) **c** : to do or perform often, customarily, or habitually : make a practice of : engage regularly in ⟨~ politeness and grace⟩ **4 a** *obs* : to put (as a law) into effect **b** : to give practical expression to : act in a manner consonant with ⟨a man who ~ the religion that he preaches⟩ **c** : to follow (as an art, profession, or trade) as a way of life : be professionally engaged in ⟨*practiced* medicine for 40 years⟩ **5** *obs* **a** : to bring about : be responsible for : cause to take place **b** : to scheme to bring about : PLAN, PLOT **c** : to make an effort (as to do or cause something) : TRY **6** *archaic* : CONSTRUCT ~ *vi* **1** : ACT, OPERATE, PROCEED **2** : to perform an act often or customarily in order to acquire proficiency or skill ⟨~ with the broadsword⟩ ⟨~ on the piano⟩ **3** : to exercise or pursue an employment or profession (as medicine or law) actively **4** *archaic* **a** : to plan or scheme esp for a bad purpose : use or try artifices or stratagems : PLOT, INTRIGUE ⟨he will ~ against thee by poison —Shak.⟩ **b** : to deal or treat with someone esp. for the purpose of influencing or winning over : NEGOTIATE **5** : to do something habitually ⟨*practicing* is better than preaching⟩

**syn** PRACTICE, EXERCISE, and DRILL can mean in common to perform or cause to perform an act or series of acts repeatedly esp for the purpose of attaining dexterity. PRACTICE stresses doing esp habitually, regularly, or over and over, commonly for the attainment of skill ⟨*practice* good deeds⟩ ⟨*practicing* horrible customs —*Sociology & Social Research*⟩ ⟨*practice* scales on the piano⟩ ⟨*practice* golf strokes⟩ EXERCISE stresses a keeping in action or use and usu. presupposes a power which can be developed or strengthened by activity or manifest in practice ⟨*exercise* responsibility for the public safety while driving⟩ ⟨the reader is being asked to *exercise* taste —William Empson⟩ ⟨the power now contested was *exercised* by the first Congress —John Marshall⟩ It commonly also signifies practice of physical movement of some kind specifically for the attainment of health or physical vigor ⟨*exercise* each morning by walking to work⟩ DRILL connotes an intention of fixing physical or mental habits by repetition as of group movements in unison or grammatical rules ⟨*drill* a class in the fundamentals of table manners⟩ ⟨*drill* a group of army recruits in the manual of arms⟩ The distinctions between the nouns PRACTICE, EXERCISE, and DRILL may be derived from the distinctions between the corresponding verb uses ⟨the *practice* of witchcraft⟩ ⟨the *exercise* of reason⟩ ⟨an *exercise* for developing the shoulders⟩ ⟨*drill* in the manual of arms⟩ ⟨a *drill* in grammatical rules⟩

**²practice** *also* **practise** \ ˈ \ *n* -S **1 a** *obs* (1) : performance or operation of something : EXECUTION (2) : a mode of acting or proceeding **b** : actual performance or application of knowledge as distinguished from mere possession of knowledge : performance or application habitually engaged in : usu. repeated or customary action : USAGE ⟨the ~ of rising early or working hard⟩ **c** (1) : the usual mode or method of doing something ⟨the ~ is to use a local anesthetic⟩ (2) **practices** *pl* : habitual conduct that is socially, ethically, or otherwise unacceptable ⟨the unwholesome ~*s* of folk medicine⟩ ⟨departing these evil ~*s*⟩ **2 a** (1) *obs* : skillful or artful management : dexterity in contrivance or the use of means (2) : treacherous contriving *also* : SCHEME, PLOT **b** *archaic* (1) : NEGOTIATION (2) : INTRIGUE **c** *archaic* : the act of using artifice or influence upon : imposing or working upon **3 a** : systematic exercise for instruction or discipline ⟨troops called out for ~⟩ ⟨~ makes perfect⟩ ⟨daily piano ~⟩ **b** *archaic* (1) : a practical treatise (2) : practical proficiency or skill acquired by systematic action or exercise ⟨this disease is beyond my ~ —Shak.⟩ **4 a** : the exercise of a profession or occupation ⟨the ~ of law⟩ **b** : professional business or work esp. as an incorporeal property ⟨a lucrative ~⟩ ⟨sold his ~⟩ **5** : the form, manner, and order of conducting and carrying on suits and prosecutions through their various stages according to law **syn** see HABIT — **in practice** *adv* **1 a** : in actual or accepted usage : as a fact **b** *obs* : in custom or present use : in vogue **2** : in such a condition as a result of practice as to be able to perform in an effective or superior manner ⟨athletes must keep *in practice*⟩ — **out of practice** *adv* : in such a condition as a result of lack of practice as to be unable to perform in an effective or superior way ⟨*out of practice* on the piano⟩

**practice curve** *n* : a graphic representation of change in performance as a function of practice

**practiced** *or* **practised** *adj* **1** : EXPERIENCED, EXPERT, SKILLED ⟨a ~ marksman⟩ ⟨a ~ palate⟩ **2** : tried or done habitually in order to acquire proficiency : learned by practice ⟨a ~ skill⟩ ⟨sat with ~ poise⟩ **3** *archaic* : used or frequented habitually

**prac·ticed·ness** *n* -ES : the quality or state of being practiced

**prac·tic·er** *or* **prac·tis·er** \-sə(r)\ *n* -S [ME *practisour*, fr. *practisen* + *-our* -or] : one that practices: as **a** : one that exercises a profession : PRACTITIONER **b** : a habitual performer of a particular act ⟨man as a maker and ~ of culture —T D McCown⟩ *esp* : an adherent of a faith or code of behavior ⟨a ~ of yogi⟩ **c** : SCHEMER, PLOTTER

**practice school** *n* : a demonstration school

**practice teacher** *n* : one doing practice teaching : STUDENT TEACHER

**practice teaching** *n* : teaching by a student preparing for a teaching career for the purpose of practicing educational skills and methods under the supervision of an experienced teacher

**prac·ti·cian** \prakˈtishən\ *n* -S [alter. (influenced by *practic*) of ME (Sc dial.) *praticiane*, fr. MF *praticien*, fr. *pratique* practice + *-ien* -ian — more at PRACTIC] : one acquainted or skilled by practice : a practiced or practical person *also* : PRACTITIONER

**prac·tic·ing** *or* **prac·tis·ing** \ˈpraktəsiŋ, -sēŋ\ *adj* [ME *practesynge*, fr. pres. part. of *practisen* to practice — more at PRACTICE] : actively engaged in an indicated career or way of life ⟨a ~ physician⟩ ⟨~ Catholics⟩

**practick** *var of* PRACTIC

**practics** *pl of* PRACTIC

**prac·ti·cum** \ˈpraktəkəm, -tēk-\ *n* -S [G *praktikum*, fr. LL, neut. of *practicus* practical — more at PRACTICAL] : a unit of work done by an advanced university student that involves practical application of previously studied theory and the collection of data for future theoretical interpretation (as in practice teaching)

**practise** *var of* PRACTICE

**prac·ti·tion·er** \prakˈtish(ə)nə(r)\ *n* -S [*practition* (alter. of *practician*) + *-er*] **1** : one that exercises an art, science, or profession (as law, medicine, or engineering) — see GENERAL PRACTITIONER **2** : one that does something or follows some course or regimen habitually or customarily **3** *obs* : one that practices something (as an art or a profession) to acquire or maintain proficiency : a learner or novice **4** : one who engages in the public practice of Christian Science healing and applies it to human ills and problems

**prad** \ˈprad\ *n* -S [modif. of D *paard*, fr. MD *pert*, *paert*, *part*, fr. LL *paraveredus* post horse for secondary roads — more at PALFREY] *chiefly Austral* : HORSE

**prae·ci·pe** *or* **pre·ci·pe** \ˈpresəˌpē, ˈprēs-\ *n* -S [ME *precipe*, fr. ML, fr. L *praecipe*, imper. of *praecipere* to take beforehand, to give rules or precepts, admonish, enjoin — more at PRECEPT] **1** : any of various legal writs commanding a person to do something or to appear and show cause why he should not **2** : a written order addressed to the clerk or prothonotary of a court requesting the issuance of a specified writ and containing the pertinent information therefor

**praecipe in cap·i·te** \ inˈkapəˌtē\ *n* [NL] : a writ of right issuing from a Chancery Court in aid of a disseized tenant of land in chief holding immediately of the crown — compare PRAECIPE 1

**prae·cip·u·um** \prēˈsipyəwəm\ *n, pl* **praecip·ua** \-yəwə\ [L, fr. neut. of *praecipuus* taken beforehand, fr. *praecipere* to take beforehand — more at PRECEPT] **1** *Roman law* : a portion received from an inheritance before general distribution **2** *Scots law* : an additional share or bonus (as received by the eldest of several female heirs portioners)

**prae·co·ces** *or* **pre·co·ces** \ˈprekəˌsēz\ *n pl, often cap* [NL, fr. L *praecoces*, masc. & fem. pl. of L *praecoc-*, *praecox* ripe before its time, premature — more at PRECOCIOUS] : precocial birds

**prae·cog·ni·tum** \prēˈkägnəd·əm\ *n, pl* **praecogni·ta** \-d·ə\ [L, neut. of *praecognitus*, past part. of *praecognoscere* to foreknow — more at PRECOGNITION] : something known or that should be known in order to understand something else

**prae·di·al** *or* **pre·di·al** \ˈprēdēəl\ *adj* [ML *praedialis*, fr. L *praedium* + *-alis* -al] **1** : being or made up of land or immovable property or the profits therefrom : LANDED — used chiefly with reference to the Roman and civil law systems and practically equivalent to the *real* of English law **2** : of, relating to, or arising from land or landed property : attached to land ⟨~ slaves⟩ ⟨a ~ relationship⟩

**praedial larceny** *n* : theft of growing crops

**praedial servitude** *n, Roman & civil law* : a service, burden, or charge granted for the benefit of a tract of land affecting and exercised against another tract and resembling the easement at common law against a servient tenement in favor of a dominant tenement

**praedial tithe** *n* : a tithe payable out of farm produce or the products of the soil (as grain or firewood)

**prae·di·um** \ˈprēdēəm\ *n, pl* **prae·dia** \-dēə\ [L, fr. *praed-*, *praes* surety, bondsman — more at PREST] : landed property : a tenement of land — see PRAEDIUM RUSTICUM, PRAEDIUM URBANUM

**praedium dom·i·nans** \ˈdäməˌnanz\ *n* [L, dominant praedium] : a dominant tenement, estate, or tract of land having the benefit of an easement or servitude exercisable against and affecting another tenement or tract

**praedium rus·ti·ca·num** \-ˌrəstəˈkānəm\ *n* [L, country praedium] *Roman, civil, & Scots law* : land upon which no building stands whether in town or country

**praedium rus·ti·cum** \-ˈrəstəkəm\ *n* [L, rustic praedium] *Roman & civil law* : land adapted to and used for agricultural or pastoral purposes — compare PRAEDIUM URBANUM

**praedium ser·vi·ens** \-ˈsərvēˌenz\ *n* [L, servient praedium] : the servient tenement, estate, or tract of land against which another dominant tenement, estate, or tract enjoys or exercises an easement or servitude

**praedium ur·ba·num** \ˌərˈbānəm\ *n, pl* **praedia urba·na** \-nə\ [L, town praedium] *Roman, civil, & Scots law* : land, whether in town or country, upon which a house or other building stands and the land immediately adjacent thereto used for purposes incidental to the enjoyment of the buildings

**praefect** *var of* PREFECT

**praejudiciary** *var of* PREJUDICIARY

**praelect** *var of* PRELECT

**prae·lec·tor** *also* **pre·lec·tor** \prēˈlektə(r)\ *n* -S [NL, fr. LL *praelector* one that reads aloud and expounds upon an author, fr. L *praelectus* (past part. of *praelegere* to read aloud and expound) + *-or* — more at PRELECT] **1** : a reader, lecturer, or professor in a college or university **2** : a college officer (as in Cambridge University) in charge of presenting members of the college to the university for matriculation and graduation

**prae·lu·di·um** *or* **pre·lu·di·um** \prēˈlüdēəm\ *n, pl* **prae·lu·dia** *or* **pre·lu·dia** \-dēə\ [ML — more at PRELUDE] : PRELUDE

**praemium** *obs var of* PREMIUM

**¹prae·mu·ni·re** *or* **pre·mu·ni·re** \ˌprēmyəˈnīrē\ *n* -S [ME *praemunire (facias)*, fr. ML, that you cause to warn (prominent words in the writ), fr. *praemunire* to warn (influenced in meaning by L *praemonere* to forewarn) (fr. L, to fortify, fr. *prae-* pre- + *munire* to fortify) + *facias* that you cause — more at PREMONITION, MUNITION] : a legal writ charging an offense of procuring translations, processes, excommunications, bulls, or other actions or benefits from the pope against the king, his crown and realm

**²praemunire** \ ˈ \ *vt* -ED/-ING/-S *archaic* : to prosecute for or convict of praemunire

**¹prae·nes·tine** \prēˈnestən\ *adj, usu cap* [L *Praenestinus*, fr. *Praeneste*, ancient city in Latium, Italy + L *-inus* -ine] : of, relating to, or characteristic of the city of Praeneste ⟨the engraved cylindrical *Praenestine* cists⟩

**²praenestine** \ ˈ \ *n* -S *usu cap* : a language closely related to or a dialect of Latin known from a small body of inscriptions from as early as the 6th century B.C.

**prae·no·men** *or* **pre·no·men** \(ˈ)prēˈnōmən\ *n, pl* **prae·nomens** \-nz\ *or* **praenom·ina** \-ˈnämənə, -ˈnōm-\ *or* **prenomens** *or* **prenomina** [L, *praenomen*, fr. *prae-* pre- + *nomen* name — more at NAME] **1** : the first name of a person; *esp* : the first of the usual three names of by which he was distinguished from other (in the name Marcus Tullius Cicero M compare AGNOMEN, COGNOMEN, NOMEN per dent element of a name (as of a pl species) (in the binomial *Cynomys ludov* both generic name and ~)

**praepositor** *var of* PREPOSITOR

**prae·pos·i·tor** *or* **pre·pos·i·tor** \prēˈpäzətə(r) tor *or* **pre·pos·i·tor** \-dzət\ *n* -S [ML *prae* fr. L *praepositus*, *praepostus* (past part. o in front, put in charge of) + *-or* — mo : a monitor at an English public school

**praeses** *var of* PRESES

**praesidium** *var of* PRESIDIUM

**prae·tax·a·tion** *or* **pre·tax·a·tion** \ pre *praetaxatus* (past part. of *praetaxare* to fr. *prae* pre- + *taxare* to estimate, reckon at TAX] : the act or privilege of voting b exercised by a small powerful group in s

**praeter-** — see PRETER-

**prae·tex·ta** *also* **pre·tex·ta** \prēˈtekstə\ \-kˌstē\ [L (toga) *praetexta*, lit., bordere *praetexta*, fem. of *praetextus* bordered *praetexere* to weave in front, fringe L PRETEXT] : a white robe with a purple bo an ancient Roman magistrate or priest an boy before he assumed the toga virilis or of his 14th year and by a girl until marri

**prae·tor** *also* **pre·tor** \ˈprēd·ə(r), -ētə\ *n* *praetor* prob. fr. *praeitus* (past part. of *p* lead the way, fr. *prae* pre- + *ire* to go) ISSUE] : an ancient Roman magistrate rank

**prae·to·ri·al** *also* **pre·to·ri·al** \prēˈtōrēəl [L *praetorius* of a praetor + E *-al*] : PRAET

**¹prae·to·ri·an** *also* **pre·to·ri·an** \-rēən\ *torianus*, fr. L *praetorius* of a praetor (fr -an] **1 a** : of or relating to a Roman pra a praetor **b** : of, relating to, or created by table power **2** *usu cap* : of, relating to bodyguard of a Roman emperor **3** : res teristic of the Praetorian soldiers esp in re or political venality

**²praetorian** *also* **pretorian** \ ˈ \ *n* -S **1** ex praetor) of praetorian rank **2** *usu cap* Praetorian Guard **3** : a defender of an : CONSERVATIVE

**praetorian cohort** *n* **1** : a picked body of the guard of a praetor or of a general i army under the Roman republic **2** *usu ca* the Praetorian Guard

**praetorian guard** *n, usu cap P&G* : a membe of the emperor of ancient Rome instituted consisting at first of 9 and later of 10 coh have great power in the making and unm until suppressed by Constantine in A.D. 31

**prae·to·ri·an·ism** \-rēəˌnizəm\ *n* -S : despotism

**praetorian law** *n* [trans. of L *jus praetoriu* *system of equity* developed by the praetors tion about 149 B.C. of criminal jurisdict their right to allow an action not providec right to disallow an action that would stri civile and their right to allow an equitable defense was provided by law

**prae·to·ri·um** *also* **pre·to·ri·um** \prēˈtōrē *torium*, fr. neut. of *praetorius* of a praetor TORIAN] **1 a** : an ancient Roman genera **b** : a council of war held in such a tent residence of an ancient Roman governor countryseat or a palatial residence esp in a

**prae·tor·ship** *also* **pre·tor·ship** \ˈprēd·ə( office or period of office of a praetor

**¹prag·mat·ic** \pragˈmad·ik, praig-, -mat-\ 1, fr. LL *pragmatica (sanctio)*, fr. L *pr* *pragmaticus* adj.) + *sanctio* decree, in se *maticus*, fr. *pragmaticus* adj. in sense **1** : PRAGMATIC SANCTION **2** *obs* : one sk business **3** : an officious busy person : M

**²pragmatic** \(ˈ)=ˈ==\ *adj* [L *pragmaticus* business, fr. Gk *pragmatikos*, fr. *pragma* affair (fr. *prassein*, *prattein* to pass thr practice) + *-ikos* -ic — more at PRACTICAL] to the affairs of a community or state — co SANCTION **2** : active in affairs : BUSY, MEDDLING **3** : stiff in one's opinion : CO ATED, DOGMATIC **4** : PRACTICAL, MATTER OF with events in such a manner as to show the **6 a** *Kantianism* : prescribing the means attainment of happiness **b** : of or relati pragmatism *esp* : of or relating to the matism of Peirce, James, and Dewey

**prag·mat·i·ca** \pragˈmad·əkə\ *n, pl* **pragm** *or* **pragmaticas** [Sp *pragmática*, fr. LL *pra* : PRAGMATIC SANCTION

**prag·mat·i·cal** \(ˈ)pragˈmad·əkəl, -mat-\ *pragmaticus* + E *-al*] **1** *archaic* : TRA to, or concerned with the practice the anything : PRACTICAL, MATTER OF FACT **3** to, or experienced in business or affa ACT ENERGETIC, SKILLED **4** : objectionably OFFICIOUS, MEDDLESOME, *also* : CONCE **5** : PRAGMATIC 6 b

**prag·mat·i·cal·i·ty** \pragˌmad·əˈkaləd·ē\ *n* or state of being pragmatical

**prag·mat·i·cal·ly** \(ˈ)pragˈmad·ək(ə)lē, -ra *adv* : so as to be pragmatic or pragmatical or pragmatical manner

**prag·mat·i·cal·ness** *n* -ES : the quality pragmatic

**pragmatic anthropology** *n* *Kantianism* : p

**prag·mat·i·cism** \pragˈmad·əˌsizəm\ *n* NESS **2** : the philosophic doctrine of C. S. P

**prag·mat·i·cist** \-səst\ *n* -S : an advocate

**pragmatic maxim** *n* : a statement of prin maticism of Charles S. Peirce: in order to ing of an intellectual conception one shou practical consequences might conceivably from the truth of that conception and the sequences will constitute the entire meaning

**prag·mat·ics** \pragˈmad·iks\ *n pl but sing* : a branch of semiotic that deals with the signs or linguistic expressions and their user from *semantics* and *syntactics*

**pragmatic sanction** *n* [trans. of LL *pra* **1** : an imperial constitution or decree ans or petition of a college, municipality, or o of the Byzantine Empire concerning its pub solemn decree issued by the head of a st matter and having the force of a fundament

**prag·ma·tism** \ˈpragməˌtizəm, ˈpraig-\ *n* -ism] **1** : pedantic assertiveness : DOGMATI **2** : practical treatment of things : MATTER OF pragmatic or philosophical method in the tre or literature **4 a** : emphasis in philosophic application of ideas or the practical bearing and beliefs **b** : an American movemen founded by Peirce and James and marked that the meaning of conceptions is to be practical bearings, that the function of thou to action, and that the truth is preeminentl the practical consequences of belief

**¹prag·ma·tist** \-məd·əst, -mətəst\ *n* -S [p : one who is pragmatic as **a** : BUSYBODY **b** pragmatism

**²pragmatist** \ ˈ \ *adj* : PRAGMATISTIC

**prag·ma·tis·tic** \(ˌ)=ˌ=ˈtistik\ *adj* : of, relating to pragmatism

**prag·ma·tize** \ˈ=ˌ=ˌtīz\ *vt* -ED/-ING/-S [Gk *pragma* deed, affair + E *-ize*] : to consider, repre