UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ZOLL MEDICAL CORPORATION )<br>)<br>Defendant )<br>) | Civil Action: 04-30121-MAP |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNDER FED.R.CIV.P.56

**COMES NOW Plaintiff** Donald C. Hutchins, ("Plaintiff") and hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment in Plaintiff's favor on every claim brought against Defendant, Zoll Medical Corporation ("Zoll") on grounds that:

1. Plaintiff's claims of copyright infringement must succeed because the undisputed facts show that Zoll continues to infringe Hutchins' Copyright Registration No. TXu-213-859 and Hutchins' Copyright Registration No. TXu-210-208.

2. Plaintiff's claims of breach of contract must succeed because the undisputed facts show that at the time Zoll was contracting with Hutchins to license his properties, Zoll was actually preparing its own patent application that copied Hutchins' invention.

3. Plaintiff's claim of patent infringement by means of sales must succeed because the undisputed facts support the claim that Zoll is selling a product called *AED Plus* that infringes Hutchins Patent No. 5,913,685.

4. Plaintiff's claim of patent infringement by means of manufacture must succeed because the undisputed facts support the claim that Zoll is selling a product called *AED Plus* that infringes Hutchins Patent No. 5,913,685.

5. Plaintiff's claim of patent infringement by means of computer program must succeed because the undisputed facts support the claim that Zoll's *AED Plus* defibrillator uses a computer and computer program to produce cardiopulmonary ("CPR") voice and graphic prompting in violation of Hutchins Patent No. 5,913,685.

6. Plaintiff's claim of patent infringement by means of a computer network, output, transmission, record keeping and storage must succeed because the undisputed facts support the claim the Zoll's *Rescue Net* network computer programming infringes Hutchins Patent No. 5,913,685.

Plaintiff's motion is supported by the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, the documents attached thereto, and all the files, records and proceedings in this matter.

    Respectfully submitted

    The Plaintiff,
    Donald C. Hutchins, Pro Se

Dated: June 21, 2005

    _____
    1047 Longmeadow Street
    Longmeadow, Massachusetts 01106
    (413) 567-0606
    (413) 739-4060 (facsimile)

2

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 6/21/05

Richard J. Moriarty