UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD C. HUTCHINS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action: **04-30121-MAP** |
| v. | ) | |
| | ) | |
| ZOLL MEDICAL CORPORATION | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER FED.R.CIV.P.56

### INTRODUCTION

Plaintiff Donald C. Hutchins, ("Hutchins") moves this Court for Summary Judgment on every claim brought against Defendant, Zoll Medical Corporation and for Summary Judgment on every Declaratory Judgment claim brought by Hutchins against Defendant on grounds that:

1.  Plaintiff's claims of copyright infringement must succeed because the undisputed facts show that Zoll continues to infringe Hutchins' Copyright Registration No. TXu-213-859 and Hutchins' Copyright Registration No. TXu-210-208.

2.  Plaintiff's claims of breach of contract must succeed because the undisputed facts show that at the time Zoll was contracting with Hutchins to license his properties, Zoll was actually preparing its own patent application that copied Hutchins' invention.

3.  Plaintiff's claim of patent infringement by means of sales must succeed because the undisputed facts support the claim that Zoll is selling a product called *AED Plus* that infringes Hutchins Patent No. 5,913,685.

4.    Plaintiff's claim of patent infringement by means of manufacture must succeed because the undisputed facts support the claim that Zoll is selling a product called *AED Plus* that infringes Hutchins Patent No. 5,913,685.

5.    Plaintiff's claim of patent infringement by means of computer program must succeed because the undisputed facts support the claim that Zoll's *AED Plus* defibrillator uses a computer and computer program to produce cardiopulmonary ("CPR") voice and graphic prompting in violation of Hutchins Patent No. 5,913,685.

6.    Plaintiff's claim of patent infringement by means of a computer network, output, transmission, record keeping and storage must succeed because the undisputed facts support the claim that Zoll's *Rescue Net* network computer programming infringes Hutchins Patent No. 5,913,685.

## MATERIAL FACTS

Pursuant to Local Rule 56.1, the following is a concise statement of the material facts of record as to which there are no genuine issues to be tried:

Plaintiff is the named inventor of U.S. Patent No. RE34,800. Plaintiff is also the named inventor of U.S. Patent 5,913,685. Plaintiff is the named author of U.S. Copyright Registration Numbers: TXu-210-208, *Script & word list, CPR PROMPT* and TXu-213-859 Cross assembler program. ("The Copyrights"). Plaintiff asserts that Zoll Medical Corporation's *AED Plus* defibrillator infringes Hutchins' Copyrights and Patent No. 5,913,685.

When first alerted to these infringements, Richard Packer, the President of Zoll stated that Zoll's engineers had reviewed Hutchins Patent No. 5,913,685 that teaches a general-purpose computer to drive the cardiopulmonary ("CPR") prompting. Zoll's engineers concluded that because Zoll's *AED Plus* would be driven by a microprocessor that Zoll's *AED Plus* would not infringe Hutchins' patent. Not knowing that the modern microprocessor is a computer, Zoll elected to manufacture the *AED Plus* with no license from Hutchins. Or perhaps Zoll's management was aware that their microprocessor was a computer and decided to take the chance that Hutchins would not protect his intellectual properties. Hutchins pointed out to Parker that the microprocessor used in the *AED Plus*

was not a simple 4-bit processor but was understood in the industry as a general-purpose-micro-computer.

Zoll has maintained to belief that the engine of the *AED Plus* is not a general-purpose computer since this action was filed and throughout discovery and the claims construction phases. The description of the *AED Plus* engine as being a general-purpose computer remained a genuine issue to be tried until June 8, 2005 when Defendant's Attorney Jordan M. Singer sent non-confidential documents numbered ZOLL 0001-1509 to Hutchins in the production of documents.

ZOLL document #0318 shows the *AED Plus* to be driven by a Hitachi SuperH RISC engine SH08 Series Hardware and the SH-3/SH-3E/SH3-DSP program as shown in Exhibit A herein attached. The acronym RISC of the SuperH™ RISC engine is defined as "**R**educed **I**nstruction **S**et **C**omputer as defined in an Internet *Acronym Finder Search*, Exhibit B. Therefore the engine that drives the *AED Plus* is Hitachi SuperH™ **R**educed **I**nstruction **S**et **C**omputer.

A good description of the computer that drives the *AED Plus* can be found on page 14 of *Great Processors of the Past and Present* attached herein as Exhibit C. Proof that the SuperH™ is a general purpose computer that is programmed for use in a variety of applications is found in Exhibit D that shows the SuperH processor as being used as a general purpose computer in mobile phones, digital cameras, electronic vapor analyzer and a wearable computer.

Zoll Discovery 0221-0243 titled *Administrators Guide* attached herein as E, further describes the AED Plus defibrillator and the **R**educed **I**nstruction **S**et **C**omputer that drive it. Page 14, Zoll 0233 describes the AED Plus Pictograms that are graphic prompts identical to those contained in the drawings of Hutchins Patent No. 5,913,685. This *AED Plus administrators Guide* also lists voice prompting words and phrases on page 15 and 16 (Zoll's 0234-0235) that uses 27 phrases that Hutchins has copyrighted in his Copyright Registration Number TXu-210-208, *Script & word list, CPR PROMPT.* This Guide also indicates that much of the programming of the *AED Plus* follows the same CPR prompting sequence, timing and logic algorithms established by Hutchins in his Copyright Registration Number TXu-213-859 *Cross assembler program*, thereby infringing both of Hutchins' Copyrights.

Zoll Discovery 0225 in the *Administrators Guide* attached herein as Exhibit E also teaches that the *AED Plus* can upload data from the defibrillator to a PC to store events or print out reports of the rescues using Zoll's *Rescue Net* network software. Such actions infringe Claims 13, 36 and 43 of Hutchins' Patent No. 5,913,685 as has been asserted in Count VI of the Complaint. Zoll Discovery also produced "getting started guides" for Codenet™ (ZOLL 0070-0072) and Rescuenet™ (ZOLL 0027-0030) attached herein a Exhibit J. This Discovery offers indisputable evidence that Zoll's network software infringes Patent No. 5,913,685 by collecting rescue data from the *AED Plus* and holding it in memory to be placed in a network database.

Zoll Discovery 0255 attached herein as Exhibit F indicates that on August 11, 2003 Gary Freeman, the Vice President of Clinical Affairs at Zoll initiated discussions regarding the licensing of Hutchins CPR Prompt patents which led to a contract allowing patent Attorney Lee to consult. After August 11, 2003 as Hutchins continued to negotiate in good faith it is evident that Freeman was using these discussions to misappropriate Hutchins inventions and copyrights. Zoll Discovery 0296-0315 is a Patent Application Publication No. US 2004/017807 A1, entitled *Integrated Resuscitation.* This Application that describes, "voice and graphic instruction to perform CPR" and emulates Hutchins' copyrighted and patented phrases such as, "Shake victim gently and yell, are you OK" was filed March 18, 2004. This Patent Application herein attached as Exhibit G, is proof that Freeman was working with Attorney Lee to develop a CPR prompting patent for Zoll, after contracting to license Hutchins' patents.

## LEGAL STANDARD FOR SUMMARY JUDGMENT

Hutchins must establish, on a motion for summary judgment, that there is no genuine issue as to any material fact and that he is entitled to judgment as a matter of law. Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). Once the moving party has satisfied its burden, the burden shifts to the non-moving party to set forth specific facts showing that there is a genuine, triable issue. id. at 324. Summary judgment is appropriate when "the pleadings, depositions, answers to interrogatories and admissions on file, together with affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Petitti v. New England Tel. & Tel. Co., 909 F.2d 28, 30 (1st Cir. 1990) (citing Fed R. Civ. P.56( c )).

4

## **ARGUMENT**

I.       Hutchins is the author of U.S. Copyright Registration Numbers: TXu-210-208, that contains a script and word list for prompting to accomplish cardiopulmonary resuscitation (CPR) as standardized by the American Heart Association. Currently Zoll is using 27 of Hutchins' words and phrases as voice prompts in the *AED Plus* defibrillator. These phrases plus CPR rescue programming authored by Hutchins in his Copyright Registration No.TXu-213-859 Cross assembler program were added to Zoll's standard defibrillator to create what Zoll calls, "The First and Only Full-Rescue AED." Thus, with Hutchins' voice and graphic inventions added, the "Full-Rescue AED" was named the "*AED Plus*." See Zoll discovery #0021-0026 attached herein as Exhibit H that corroborates that this is a material fact and there is no genuine triable issue.

II.      Zoll contracted with Hutchins to use the services of Attorney Lee for the purposes of licensing Hutchins' intellectual properties. In a breach of contract it is apparent that Freeman was investigating Hutchins' inventions to gain information for a competitive patent that Zoll was pursuing. This conduct and the embezzlement of Hutchins' inventions by Zoll is truly a breach of trust and of contract as is demonstrated by the patent application attached as Exhibit G.

III.     Zoll does not dispute that Hutchins is the named inventor of U.S. Patent 5,913,685 that teaches CPR prompting. Discovery provided by Zoll is proof that The *AED Plus*, a product that is manufactured and sold by Zoll, uses a **R**educed **I**nstruction **S**et **C**omputer to provide the voice and graphic prompting programming for rescuers. Such use of Hutchins' Patent No. 5,913,685 infringes Hutchins' rights as the patent holder by means of sales, manufacture and the use of a computer program as specified in Counts III, IV, and V of the Complaint.

IV.      Discovery produced by Zoll as Exhibits E & J verifies that *Rescue Net* is a feature of the *AED Plus* and Zoll's network servers that automatically record data such as date, time, type and duration of each rescue procedure. This data is placed in memory to be downloaded through a standard IRDA personal computer port and stored in network computers to be archived as medical and insurance records. These functions are claimed in Claims 13,36 and 43 of Hutchins Patent #5,913,685 and infringe Hutchins' right as owner and inventor.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully submits that he is entitled to Summary Judgment on all claims at issue, as a matter of law, because the undisputed facts show that Zoll Medical Corporation is infringing on Hutchins' Copyrights and Claims of Hutchins' U.S. Patent No. 5,913,685.

While in the process of contracting to license Hutchins' intellectual properties Zoll breached this contract by writing its own patent application using Hutchins' inventions. Hutchins verifies these facts with an Affidavit attached as Exhibit I. Accordingly, Hutchins respectfully requests that this Court grant his motion for summary judgment.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: June 21, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0506
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 6/21/05

Richard J. Moriarty

# EXHIBIT A

Hitachi SuperH™ RISC engine

# SH7708 Series

## SH7708, SH7708S, SH7708R

Hardware Manual



ADE-602-105H
Rev.9.0
3/7/03
Hitachi, Ltd.

ZOLL 0318

Hitachi SuperH™ RISC engine

# SH-3/SH-3E/SH3-DSP

Programming Manual



ADE-602-096B
Rev.3.0
3/6/03
Hitachi, Ltd

ZOLL 0951

# EXHIBIT B

**Acronyms & Abbreviations (most common first)**

Monday, June 13, 2005

**Free Ad & Spyware Remover**
Remove Adware & Spyware, Free. Full
version only from Privacy Crusader.

**Free 24/7 Tech Support**
Free Virus & Spyware Removal Expert Help
For All PC Problems

Ads by Google

**Sponsors:** Marketing Plans | Online Dictionary
Diamonds | Online Encyclopedia | DVD-R

**AF Acronym Finder**
home/new search

Option
exact acronym ⇕

New acronym search
RISC    [Find]

# What does **RISC** stand for?
Your search returned 14 meanings (**Most Common** meaning(s) listed first)

Search again
sorting by...

| | Most Common | Information Technology | Military & Government | Science & Medicine | Organizations, Schools, etc. | Business & Finance | Slang & Chat | Alternative Searches |
|---|---|---|---|---|---|---|---|---|

| Acronym(s) | Definition(s) | Info |
|---|---|---|
| **RISC** | **Reduced Instruction Set Computer** | a. G |
| **RISC** | Radiology Information System Consortium | a. G |
| **RISC** | Reduced Instruction Set Class | a. G |
| **RISC** | Reduced Instruction Set Code | a. G |
| **RISC** | Reduced Instruction Set Computing | a. G |
| **RISC** | Regional Intelligence Support Center | a. G |
| **RISC** | Regional Interagency Steering Committee (FEMA/ Federal Response Plan) | a. G |
| **RISC** | Regulatory Information Service Center (OMB) | a. G |
| **RISC** | Research Group on Instability in Coronary Artery Disease | a. G |
| **RISC** | Research Institute for Symbolic Computation (Linz, Austria) | a. G |
| **RISC** | Responsible Internet Service Companies | a. G |
| **RISC** | Risk Information Support Center | a. G |
| **RISC** | Risk Institute for the Support of Communication | a. G |
| **RISC** | RNA Induced Silencing Complex (ribonucleoprotein complex involved in mRNA degradation) | a. G |

# EXHIBIT C

56000/1, where the '56' comes from.). The DSP96000 was one of the first to perform fully IEEE floating point compliant operations.

The processor is not pipelined, but designed for single cycle independent execution within each unit (actually this could be considered a three stage pipeline). With multiple units and the large number of registers, it can perform a floating point multiply, add and subtract while loading two registers, performing a DMA transfer, and four address calculations within a two clock tick processor cycle, at peak speeds.

It's very similar to the Analog Devices ADSP2100 series - the latter has two address units, but replaces the separate data unit with three execution units (ALU, a multiplier, and a barrel shifter).

The DSP56K and 680xx CPUs have been combined in one package (similar idea as the TMS320C8x) in the Motorola 68456.

The DSP56K was part of the ill-fated NeXT system, as well as the lesser known Atari Falcon (still made in low volumes for music buffs).

---

Motorola:
    http://www.mot.com/
Motorola Digital Signal Processors:
    http://www.mot.com/SPS/DSP/products/

---

## Part XII: Hitachi SuperH series, Embedded, small, economical (1992) . . . . . . .

Although the TRON project produced processors competitive in performance (Fujitsu's(?) Gmicro/500 memory-data CPU (1993) was faster and used less power than a Pentium), the idea of a single standard processor never caught on, and newer concepts (such as RISC features) overtook the TRON design. Hitachi itself has supplied a wide variety of microprocessors, from Motorola and Zilog compatible designs to IBM System/360/370/390 compatible mainframes, but has also designed several of its own series of processors.

The Hitachi SH series was meant to replace the 8-bit and 16-bit H8 microcontrollers, a series of PDP-11-like (or National Semiconductor 32032/32016-like) memory-data CPUs with sixteen 16-bit registers (eight in the H8/300), usable as sixteen 8-bit or combined as eight 32-bit registers (for addressing, except H8/300), with many memory-oriented addressing modes. The SH is also designed for the embedded marked, and is similar to the ARM architecture in many ways. It's a 32 bit processor, but with a 16 bit instruction format (different than Thumb, which is a 16 bit encoding of a subset of ARM 32 bit instructions, or the NEC V800 load-store series, which mixes 16 and 32 bit instruction formats), and has sixteen general purpose registers and a load/store architecture (again, like ARM). This results in a very high code density, program sizes similar to the 680x0 and 80x86 CPUs, and about half that of the PowerPC. Because of the small instruction size, there is no load immediate instruction, but a PC-relative addressing mode is supported to load 32 bit values (unlike ARM or PDP-11, the PC is not otherwise visible). The SH also has a Multiply ACcumulate (MAC) instruction, and MACH/L (high/low word) result registers - 42 bit results (32 low, 10 high) in the SH1, 64 bit results (both 32 bit) in the SH2 and later. The SH3 includes an MMU and 2K to 8K of unified cache.

The SH4 (mid-1998) is a underlined superscalar version with extensions for 3-D graphics support. It can issue two instructions at a time to any of four units: integer, floating point, load/store, branch (except for certain non-superscalar instructions, such as modifying control registers). Certain instructions, such as register-register move, can be executed by either the integer or load/store unit, two can be issued at the same time. Each unit has a separate pipeline, five stages for integer and load/store, five or six for floating point, and three for branch.

Hitachi designers chose to add 3-D support to the SH4 instead of parallel integer subword operations like HP MAX, SPARC VIS, or Intel MMX extensions, which mainly enhance rendering performance, because they felt rendering can be handled more efficiently by a graphics coprocessor. 3-D graphics support is added by supporting the vector and matrix operations used for manipulating 3-D points (see Appendix D. This involved adding an extra set of floating point registers, for a total of two sets of sixteen - one set as a 4X4 matrix, the other a set of four 4-element vectors. A mode bit selects which to use as the foreground (register/vector) and background (matrix) banks. Register pair operations can load/store/move two registers (64 bits) at once. An inner product operation computes the inner product multiplication of two vectors (four simultaneous multiplies and one 4-input add), while a transformation instruction computes a matrix-vector product (issued as four consecutive inner product instructions, but using four internal work registers so intermediate results don't need to use data registers).

The SH4 allows operations to complete out of order under compiler control. For example, while a transformation is being executed (4 cycles) another can be stored (2 cycles using double-store instructions), then a third loaded (2 cycles) in preparation for the next transformation, allowing execution to be sustained at 1.4 gigaflops for a 200MHz CPU.

The SH5 is expected to be a 64-bit version. Other enhancements also planned include support for MPEG operations, which are supported in the SPARC VIS instructions. The SH5 adds a set of eight branch registers (like the Intel/HP IA-64), and a status bit which enables pre-loading of the target instructions when an address is placed in a branch register.

The SH is used in many of Hitachi's own products, as well as being a pioneer of wide popularity for a Japanese CPU outside of Japan. It's most prominently featured in the Sega Saturn video game system (which uses two SH2 CPUs) and Dreamcast (SH4) and many Windows CE handheld/pocket computers (SH3 chip set).

---

Hitachi:
    http://www.hitachisemiconductor.com/

---

# Part XIII: Motorola MCore, RISC brother to ColdFire (Early 1998) .

To fill a gap in Motorola's product line, in the low cost/power consumption field which the PowerPC's complexity makes it impractical, the company designed a load/store CPU and core which contains features similar to the ARM, PowerPC, and Hitachi SH, beignning with the M200 (1997). Based on a four stage pipeline, The MCore contains sixteen 32-bit data registers, plus an alternate set for fast interupts (like the ARM, which only has seven in the second set), and a separate carry bit (like the TMS 1000). It also has an ARM-like (and 8x300-like before it) execution unit with a shifter for one operand, a shifter/multiply/divide unit, and an

# EXHIBIT D



About SuperH          Press room          Products          Partners          Support          Japan

# Handheld applications

The SuperH architecture has an impressive legacy of powering handheld devices from PDAs to digital cameras and SuperH are now developing a family of CPU cores specifically targeted at next generation devices in this market. The SH-5 multimedia CPU core delivers both general purpose and DSP performance replacing a RISC and DSP in many existing applications. At a target of 0.3mW/MHz the SH-5 will deliver the best power/performance on the market.

### Next Generation Mobile Phones
These products will have separate baseband and multimedia processors and the SH-5 CPU with its SIMD instruction set supports programmable audio and video codecs such as MPEG4, MP3, H26x and G7xx.





### Digital Cameras
Processing digital and moving images, adding audio and communications capabilities demand a multimedia CPU. SuperH CPUs have demonstrated success in this market and the SH-5 SIMD operations are ideally suited to offering a flexible programmable solution.

### Portable electronic vapor analyzer uses SH-4
The Cyranose 320 is a portable electronic sniffer developed by a Pasadena-based company called Cyrano Sciences, Inc. Its handheld product, based on sensor technology, recognizes certain chemical signatures and is targeting three initial markets: the chemical environmental market, the food processing industry, and the medical establishment.
It uses the SH-4 CPU which was selected for performance, high speed, and very low power. The chip incorporates a power management module, allowing designers to turn capabilities on and off at will. It is rated at 1.3 Gigaflops, enabling 1.3 billion operations per second. The SH-4 runs at up to 200 MHz, but power consumption is extremely low. It has sleep modes and deep-sleep modes of operation so it can conserve a maximum amount of energy.
The SH-4 also offers total clock management, allowing the design team to provide for a turbo-charged mode—reaching nearly the full 200 MHz that can handle implementation of complex algorithms in the future. On top of the power features of the device, the design team provided for a lot of memory on board. The handheld offers 1 MB of program flash, so that it can support very large programs. It also offers 512K of RAM so that the sniffer can compute matrix calculations, including i-convectors and matrix conversions.
The handheld also has 8 MB of storage, permitting datalogging and storage of vast amounts of information in nonvolatile memory. One scan-across sensor array (a single pattern) is about 100 bytes, thus the device can store a huge number of patterns for different signatures from vapors introduced into the sample chamber.
More information can be found at http://www.chipcenter.com/eexpert/lgoldberg2/tbreunig001.html
and www.cyranosciences.com





More information can be found at:
http://www.xybernaut.com/Solutions/product/poma_product.htm

**Wearable computer uses SH-4**

Xybernaut, Inc. have developed the POMA, wearable computer incorporating an SH-4. Poma gives access to e-mail, Internet sites and games and includes an integrated MP3 player. Poma's headmounted display is a one-inch, color, 640 x 480 SVGA viewing screen sitting below the eye and weighing approximately 3 ounces. It provides a viewing area similar to that of a desktop monitor from two feet away.

Poma is a powerful, highly functional computer manufactured by Renesas and is based on the Microsoft Windows CE operating system. It has a 128MHz RISC processor, 32 MB of RAM, 32 MB ROM, a Compact Flash™ slot and one USB port. Poma supports up to 1 GB micro drives, wireless modem cards, wireless LANs and the new CF technology (as it emerges) through its integrated Compact Flash slot. The on-board USB port connects to a customized, hand-held, touch optical mouse pointing device for easy Internet and Windows navigation. Poma is also compatible with wearable keyboards and other pointing and input devices

# EXHIBIT E



Automated External Defibrillator
Administrator's Guide

**ZOLL**

ZOLL Medical Corporation
32 Second Avenue
Butlington, MA 01803-4420
781-229-0200   800-348-9011
Fax: 781-229-0758

Part Number: 9650-0301-01 Rev. 1

ZOLL 0221

© Zoll Medical Corporation, 2001. All rights reserved.

## Warranty (U.S. Only)

(a) ZOLL Medical Corporation warrants to the original equipment purchaser that beginning on the date of installation, or thirty (30) days after the date of shipment from ZOLL Medical Corporation's facility, whichever first occurs, the equipment (other than accessories and CPR-D pads) will be free from defects in material and workmanship under normal use and service for the period of one (1) year for the Public Access unit and five (5) years for the Public Service unit. During such period ZOLL Medical Corporation will, at no charge to the customer, either repair or replace (at ZOLL Medical Corporation's sole option) any part of the equipment found by ZOLL Medical Corporation to be defective in material or workmanship. If ZOLL Medical Corporation's inspection detects no defects in material or workmanship, ZOLL Medical Corporation's regular service charges shall apply. (b) ZOLL Medical Corporation shall not be responsible for any equipment defect, the failure of the equipment to perform any function, or any other nonconformance of the equipment, caused by or attributable to: (i) any modification of the equipment by the customer, unless such modification is made with the prior written approval of ZOLL Medical Corporation; (ii) the use of the equipment with any associated or complementary equipment, (iii) installation or wiring of the equipment other than in accordance with ZOLL Medical Corporation's instructions. (c) This warranty does not cover items subject to normal wear and burnout during use, including but not limited to lamps, fuses, batteries, patient cables and accessories. (d) The foregoing warranty constitutes the exclusive remedy of the customer and the exclusive liability of ZOLL Medical Corporation for any breach of any warranty related to the equipment supplied hereunder. (e) Limitation of Liability: ZOLL shall not in any event be liable to Purchaser, nor shall Purchaser recover, for special, incidental or consequential damages resulting from any breach of warranty, failure of essential purpose, or under any other legal theory including but not limited to lost profits, lost savings, downtime, goodwill, damage to or replacement of equipment and property, even if ZOLL has been advised of the possibility of such damages.

THE WARRANTY SET FORTH HEREIN IS EXCLUSIVE AND ZOLL MEDICAL CORPORATION EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES WHETHER WRITTEN, ORAL, IMPLIED, OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

For additional information, please call ZOLL Medical Corporation at 1-800-348-9011 (in Massachusetts: 1-781-229-0020). International customers should call the nearest authorized ZOLL Medical Corporation service center.

## Service Policy Warranty

In North America: Consult your purchasing agreement for terms and conditions associated with your warranty. Outside of North America, consult the ZOLL authorized representative.

In order to maintain this warranty, the instructions and procedures contained in this guide must be strictly followed. For additional information, please call the ZOLL Technical Service Department 1-800-348-9011 in North America.

## Software License

Read this License agreement carefully before operating any of the AED products.

Software incorporated into the system is protected by copyright laws and international copyright treaties as well as other intellectual property laws and treaties. This software is licensed, not sold. By taking delivery of and using this system, the Purchaser signifies agreement to and acceptance of the following terms and conditions:

Grant of License: In consideration of payment of the software license fee which is part of the price paid for this product ZOLL Medical Corporation grants the Purchaser a non-exclusive license, without right to sublicense, to use the system software in object-code form only.

Ownership of Software/Firmware: Title to, ownership of and all rights and interests in the system software and all copies thereof remain at all times vested in the manufacturer, and Licensors to ZOLL Medical Corporation and they do not pass to Purchaser.

Assignment: Purchaser agrees not to assign, sub-license or otherwise transfer or share its rights under the license without the express written permission of ZOLL Medical Corporation.

Use Restrictions: As the Purchaser, you may physically transfer the products from one location to another provided that the software/firmware is not copied. You may not disclose, publish, translate, release or distribute copies of the software/firmware to others. You may not modify, adapt, translate, reverse engineer, decompile, crosscompile, disassemble or create derivative works based on the software/firmware.

No Implied License: Possession or purchase of this device does not convey any express or implied license to use the device with replacement parts which would, alone, or in combination with this device, fall within the scope of one or more of the patents relating to this device.

## ZOLL P SERIES AUTOMATED EXTERNAL DEFIBRILLATOR (AED)

INTRODUCTION.................................................................................................... 5
   How Do I Use this Guide?.............................................................................. 5
   How Does the AED Work? ............................................................................. 5
   How Does the CPR Function  Work?............................................................. 5
   What Can the AED Do? ................................................................................. 6
   Who Can Use the AED?................................................................................. 6
   Audience......................................................................................................... 6
   Safety Considerations ................................................................................... 6
   Indications for Use ........................................................................................ 7
   Contraindications for Use ............................................................................. 7
   PC System Requirements ............................................................................. 7
   Unpacking ..................................................................................................... 7
   Technical Service .......................................................................................... 8
   Technical Service for International Customers  ........................................... 8
   Tracking Requirements ................................................................................. 8
   Notification of Adverse Events ..................................................................... 8

SECTION 1. OPERATION ...................................................................................... 9
   Overview ........................................................................................................ 9
   Identifying Operating Controls and Indicators  .......................................... 9
   Using the Passive Airway Support System (PASS) ................................... 11
   Installing or Replacing the Batteries ......................................................... 11
   Identifying Battery Condition...................................................................... 13
   Using CPR-D Pads ...................................................................................... 13
   Describing the AED Pictograms.................................................................. 14
   Identifying Treatment Prompts................................................................... 15
   Other Prompts ............................................................................................. 15
   Using the Audio Recording Option  ............................................................ 16
   Section 2. Maintenance Mode  .................................................................... 16
   Overview ...................................................................................................... 16
   Installation Instructions  ............................................................................. 16
   Testing the Device  ...................................................................................... 16
   Setting Up Data Communications .............................................................. 17
   Ordering Field Replacement Parts ............................................................. 17
   Maintenance Checklist ................................................................................ 19
   Troubleshooting .......................................................................................... 20

APPENDIX A: SPECIFICATIONS ........................................................................ 21
   Rectilinear Biphasic Waveform Characteristics......................................... 22
   ECG Analysis Algorithm Accuracy ............................................................ 23