## Introduction

The ZOLL Automatic External Defibrillator (AED) Administrator's Guide is to be used by responsible medical authorities in conjunction with the Operator's Guide for the ZOLL Automatic External Defibrillator (AED) Operator's Guide.

The ZOLL AED is to be used by trained rescuers to provide emergency defibrillation. It incorporates a sequence of visual and voice prompts to help rescuers follow established protocols for use of AEDs. It also incorporates recording/memory capabilities to allow review of the use of the device by medical control authorities. Recording includes ECG rhythms, device operation, device identification, times, and optionally, CPR data, voice recording of rescuer and ambient sounds. This information is available via an upload capability to a personal computer for event review and archiving.

The American Heart Association and the European Resuscitation Council both publish extensive information regarding the use of automated external defibrillators and their relationship to cardiopulmonary resuscitation. See, for example, the following two publications: "Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiac Care, International Consensus on Science," *Circulation*. 2000;102, 8 and "International Guidelines 2000 for CPR and ECC – A Consensus on Science," *Resuscitation*; 2000; 46, 1-3. Both of these documents provide supplemental material to be used in conjunction with this Guide and the Operating Instructions for the ZOLL device.

**How Do I Use this Guide?**
This guide provides information for the operation and care of the ZOLL AED unit. The administrator, or "lead user" should read each section carefully. Make sure to read the Safety Considerations section. This guide is to be used in conjunction with the ZOLL AED Operator's Guide.

The guide is divided into three sections.

Introduction - General Information - Provides, warnings, cautions and general product overview of the ZOLL AED, system requirements and ZOLL Technical Service information.

Section 1 - Operation - Describes the functions of all controls and indicator lights of the ZOLL AED, including information on batteries.

Section 2 - Maintenance - Describes configuration of the unit, data communications, troubleshooting, maintenance, how to order batteries and CPR-D pads and specifications.

**How Does the AED Work?**
The device is a automated external defibrillator that uses voice prompts and visual icons to guide the rescuer through a resuscitation sequence that may include defibrillation and/or (cardiopulmonary resuscitation) CPR. It incorporates the ZOLL Rectilinear Biphasic Defibrillation waveform. The defibrillator monitors the electrocardiographic (ECG) rhythm of a victim's heart, analyzes that rhythm, and determines whether the rhythm is shockable or non-shockable.

The rescuer attaches the CPR-D pads to the victim's chest so that the unit can monitor the victim's heart rhythm. The CPR defibrillator (CPR-D) pads also deliver the defibrillation energy to the victim. If the unit detects a shockable rhythm, it charges the defibrillator and then issues the warning "Stand Clear of Patient, Press Treatment Button." The rescuer presses the treatment button to deliver the shock. If the patient remains in VF or VT, additional shocks can be administered after repeated analyses of the patient's heart rhythm. The rescuer may need to perform CPR if the initial or subsequent defibrillation attempts are unsuccessful.

The defibrillator cover or PASS (Passive Airway Support System) can be used as a shoulder lift for the victim to assist in maintaining the airway. The unit may also contain disposable accessories (razor, barrier mask, scissors, and a towel). The defibrillator uses ten commercially available consumer brand lithium-manganese dioxide batteries.

**How Does the CPR Function Work?**
The ZOLL AED incorporates a metronome function that provides an audible beep to encourage rescuers to do CPR compression at the AHA/ERC recommended rate of 100 compressions per minute (CPM) for a depth of 1½" to 2" in adult patients. The metronome is silent until chest compression starts. When the metronome is on, it increases the speed of its audible beep from the rescuer's initial rate to the recommended rate.

While the rescuer is conducting CPR, and if the optimal CPR-D pad is used, the defibrillator issues one of two periodic audible prompts: "PUSH HARDER" or "GOOD COMPRESSION". When the rescuer interrupts CPR to provide rescue breathing, initiate or wait for ECG analysis, or to deliver a shock, the metronome stops automatically, usually within one compression. If the user starts at a lower rate, the adaptive metronome will gradually increase. If CPR is performed

at 15 compressions and 2 breaths (15:2) and the metronome speed has not reached 100 CPM by the 15th compression, when CPR is resumed, the metronome will continue at the rate established prior to the breath sequence. For example, if the 15th compression was 80 CPM, the next sequence begins at 80 CPM.

The optional CPR-D Pad has a CPR sensor mounted on it. The labeling on the electrode package indicates to the rescuer where to place the electrode's CPR sensor on the patient's chest. The sensor monitors the depth of compression the rescuer uses. The unit then processes the rescuer's depth of compression and then issues a prompt to provide feedback to the user as to the appropriate or inappropriate depth. For example, the user hears "GOOD COMPRESSION" when he reaches the appropriate rate and depth of compression.

**What Can the AED Do?**

The ZOLL AED can do the following:

- Perform a periodic self test to ensure its continual readiness.
- Use an electrode assembly that is easy to apply to the patient.
- Analyze a heart rhythm and inform the rescuer if the rhythm is shockable or non-shockable.
- Provide voice prompts to tell the rescuer what to do and when to do it, such as calling for help or giving CPR to the victim.
- Provides an audible beep to encourage rescuers to provide CPR compression at 100 CPM.
- Monitors the depth of compression (1½" to 2" in adult patients) during CPR.
- Provide a unit cover that functions as a Passive Airway Support System (PASS) (Note that the PASS feature is standard for the Public Access unit and an optional feature for the Public Service unit.)
- Upload data from the defibrillator to a PC to store events or print out event reports.
- Use commercially available batteries and the CPR-D pads that have an extended shelf life.

**Who Can Use the AED?**

Use of the device must be authorized by a physician or other responsible authority depending on state and local regulations.

**Audience**

This guide is intended for administrators, or lead users, whose role is to maintain the unit for other rescuers. The operating instructions are specifically for use by rescuers.

## Safety Considerations

The following section describes general warnings and safety considerations for administrators, rescuers, and patients. Safety and effectiveness data submitted by ZOLL Medical Corporation to the Food and Drug Administration (FDA) under section 510(K) of the Medical Device Act to obtain approval to market are based upon the use of ZOLL accessories such as disposable the CPR-D pads. The use of external CPR-D pads from sources other than ZOLL is not recommended. ZOLL makes no representations or warranties regarding the performance or effectiveness of its products when used in conjunction with the CPR-D pads from other sources. If unit failure is attributable to the CPR-D padsthe CPR-D pads not manufactured by ZOLL, this may void ZOLL's warranty.

| WARNING | This unit can generate high voltages with sufficient current to cause lethal shocks. |
|---|---|



- All persons near the equipment must be warned to "STAND CLEAR" prior to discharging the defibrillator. Electrical energy delivered to the victim may be conducted through the patient's body and cause a lethal shock to those touching the victim.
- Do not use the unit near flammable agents, such as gasoline, oxygen-rich atmospheres or flammable anesthetics.
- Do not use the unit when patient, operator, or unit are wet or in water.
- Keep the patient as motionless as possible during ECG analysis.
- Do not touch the electrode surfaces, the patient, or any conductive material touching the patient during ECG analysis or defibrillation.
- Do not reuse the CPR-D pads past their expiration date, or the CPR-D pads from a damaged or opened package.

ZOLL 0225

- Do not use this unit on children less than 8 years of age.
- Avoid radio frequency interference from high-power sources that might cause the defibrillator to interpret cardiac rhythms incorrectly by turning off cell phones and/or 2 way-radios.
- Federal (U.S.A.) law restricts this device for sale by or on the order of a physician.

**CAUTION**



- Do not disassemble the unit. A shock hazard exits. Refer all servicing to qualified personnel.
- Disconnect non-defibrillation protected electronic devices or equipment from patient before defibrillation.
- Apply the CPR-D pads to clean and dry skin to minimize burning.
- Do not place the CPR-D pad directly over the patient's implanted pacemaker because pacemaker stimuli may degrade the accuracy of ECG rhythm analyses or the pacemaker may be damaged by defibrillator discharges.
- Use only commercially available type 123A lithium manganese dioxide batteries.
- Do not reuse batteries. Use only batteries from recommended manufacturers.
- This device should only be used by properly trained individuals.

## Indications for Use

Use the ZOLL AED when a sudden cardiac arrest victim has an apparent LACK OF CIRCULATION as indicated by:

- Unconscious; and
- Absence of normal breathing; and
- Absence of pulse or signs of circulation.

## Contraindications for Use

Do NOT use the ZOLL AED when the patient is:

- Conscious; or
- Breathing; or
- Has detectable pulse or signs of circulation.
- Less than 8 years of age.

**PC System Requirements**

The minimum requirements include:

Windows 95/98/Me/NT/2000

- IBM-compatible 486 (or higher) computer.
- 64MB RAM.
- VGA monitor or better.
- CD-ROM drive.
- IrDA™ port
- 2MB disk space.

**Unpacking**

- Carefully inspect each packing container for damage.
- Examine the unit package for any signs of damage that may have occurred during shipping.
- If the contents are incomplete or damaged or if the unit does not pass its self-test as indicated by the Red "X" in the display window after battery installation, then contact ZOLL Medical Corporation's Technical Service Department.
- Review the shipping list to insure that all items ordered were received.

## Technical Service

If a ZOLL product requires service, contact the ZOLL Technical Service Department:

Telephone: 1-781-229-0020; 1-800-348-9011

Fax 1-781-229-0758

Have the following information available for the Technical Service representative:

- Unit serial number.
- Description of the problem.
- Purchase Order or credit card number to allow tracking of loan equipment.
- Purchase Order or credit card number for a unit with an expired warranty.

If the unit needs to be sent to ZOLL Medical Corporation, obtain a service order request number from the Technical Service representative. Units are available on loan at an additional cost while your unit is being repaired.

Return the unit in its original container or equivalent appropriate packaging with the service order request number on it to the following address:

ZOLL Medical Corporation

32 Second Avenue

Burlington, Massachusetts 01803-4420

Attn: Technical Service Department

Fax: 781- 229-0758

781-229-0020; 1-800-348-9011

**Technical Service for International Customers**

Customers outside of the United States should return the unit in its original container or equivalent appropriate packaging to the nearest authorized ZOLL Medical Corporation Service Center. To locate an authorized service center, contact the International Sales Department at ZOLL Medical at the above address.

## Tracking Requirements

U.S Federal Law (21 CFR 821) requires the tracking of defibrillators. As an owner of this device, you have the responsibility under this law to notify ZOLL Medical Corporation if this product has been received, lost, stolen or destroyed or has been donated, resold or otherwise distributed to a different organization.

If any of the events described above occur, please contact ZOLL Medical Corporation in writing with the following information:

1. Originator's organization - Company, or Company Name, Address, Contact Name and Contact Phone Number.
2. Part Number/Model Number and Serial Number.
3. Disposition of Device (e.g. received, lost, stolen destroyed, distributed to another organization).
4. New Location and/or Organization (if different from #1 above) - Company Name, Address, Contact Name and Contact Phone number.
5. Date change took effect.

## Notification of Adverse Events

As a health care provider, you may have responsibilities under the SMDA for reporting to ZOLL and possibly to the FDA the occurrence of certain events. These events, described in 21 CFR Part 803, include device related death and serious injury or illness. In any event, as part of our Quality Assurance Program, ZOLL should be notified of any device failures or malfunction. This information is required to assure that ZOLL provides only the highest quality products.

# Section 1. Operation

This section describes the features of the AED.

## Overview

This section describes the following functions:

- Identifying Operating Controls and Indicators.
- Using the Passive Airway Support System (PASS).
- Installing and Replacing the Batteries.
- Identifying Battery Conditions.
- Using CPRD Pads.
- Describing the AED Pictograms.
- Using the Audio Recording Option.

## Identifying Operating Controls and Indicators

*Figure 1: Controls and Indicators*



Table 1: Description of Operating Controls and Indicators

| Control/Indicator | Description |
|---|---|
| ON/OFF button | Turns power ON or OFF. When held depressed for >5 seconds initiates self test or data communications. |
| Indicator Lights | Illuminates to indicate which step rescuer must take to treat a patient. |
| Treatment Button | 1. Light next to this button illuminates when the AED is charged and ready to deliver treatment to the patient. <br> 2. When pressed, causes the defibrillator to discharge its energy into the patient. <br> 3. When defibrillator is not charged the light next to the button is extinguished. Pressing this button indicates the number of defibrillator shocks delivered since the unit was powered on. |
| Status Indicator ✓ | Illuminated check indicates the unit passed its last self test and is ready for use. |
| X | Illuminated "X" indicates unit has failed its self test and is not ready for use. |
| IrDA™ Port | Uploads and downloads data between the defibrillator and a personal computer or another IrDA™ equipped device. |
| Cover Case (PASS) | May be used as shoulder support to aid patient airway management. (Note that the PASS is a standard feature of the Public Access unit. The PASS can be ordered separately for the Public Service unit. See Field Replaceable Parts section.) |
| Battery Compartment | Holds ten (10) 123A lithium manganese batteries used to power the unit. |
| Patient Connector | Connector for attaching CPRD pads to the AED. |
| Audible Beep | Encourages rescuers to do compressions at 100 CPM or indicates if service is required. |

## Using the Passive Airway Support System (PASS)

If there is no evidence of head or neck trauma, the head tilt chin lift method is the recommended maneuver for opening the airway. The device cover (PASS) may be placed under the victim's shoulders to help maintain head tilt.

| | |
|---|---|
| **WARNING** | The PASS is a standard feature for the Public Access unit and should be used to provide airway support to the patient. If you are using the Public Safety defibrillator model, then do not use the cover of the Public Safety model for airway support since it does not have the specially designed airway support cover, the PASS. |

For patients who require airway support after determining there is no evidence of head or neck trauma, the patient should be rolled on their side and then rolled back over so that the PASS is under the patient's shoulders causing the head to tilt backwards. Rescuers should also be familiar with the recovery position used in the management of victims who are unresponsive but are breathing and have signs of circulation.

**For Public Access models only:** The shape of the cover, or PASS, when placed under the shoulders of the patient, can be used to help maintain and open the airway, as shown below.



PASS Cover.



PASS Cover under patient's shoulders.

| | |
|---|---|
| **CAUTION** | If you are using a Public Safety model of the AED, do not use the cover for airway support. |

## Installing or Replacing the Batteries

To power the unit, you must use ten (10) type 123A Photo Flash lithium manganese dioxide Batteries. These batteries:

- Can be purchased locally. (Use Duracell, Sanyo or Varta batteries. **Do not use Panasonic batteries.**)
- Should be used before any expiration date provided.
- Should have a shelf life of approximately 2 years, inclusive of testing.

To install the batteries:

1. Open the battery compartment by removing the battery cover from the back of the unit.

This is accomplished by inserting a small slotted tool into the two slots on the bottom of the unit to depress the latch, and then inserting the tool into the groove to lift the cover.



- Groove to Lift Cover
- Slot to Open Compartment (on back)
- Battery Compartment

2. Remove the batteries and discard properly. Place batteries into the battery bank, observing battery markings and making sure that all batteries are securely seated and oriented properly. After placing the first 5-9 batteries into the battery well, an audio prompt, *INSTALL BATTERY*, reminds you to install the remaining batteries into the battery compartment.

3. If you are installing new batteries, press the battery reset button inside the battery holders when prompted. Pressing the button resets the battery usage indicator to full charge. **DO NOT** press the button if all the batteries are not new. The unit assumes that they are the same batteries that were just removed.



- Battery Reset Button

| | |
|---|---|
| **CAUTION** | Do not place other used batteries into the unit. You MUST replace all ten (10) batteries. |
| **NOTE** | If you do not press the battery reset button in the battery well within 15 seconds after installing all the batteries, the device will assume that the batteries are **not new** and **not fully charged**. |
| **CAUTION** | Do not replace individual batteries. The unit cannot detect whether all batteries or only a few batteries have been replaced. **Using less than fully charged batteries can affect the unit when performing a rescue.** Once the batteries are installed and the button is depressed, the unit resets its internal battery energy monitor to indicate that all batteries are fully charged. |

ZOLL 0231

## Identifying Battery Condition

Battery energy depletes during operation of the unit and after each defibrillation or gradually diminishes over a shelf life of approximately two years without use. The unit monitors energy remaining in the installed batteries. When battery energy is low or depleted, the unit will not function to specification.

When a low battery condition occurs:

- The unit emits an audible alarm or "beep" if the unit is off.
- You hear the audio prompt, *BATTERY LOW* if the unit is on.
- Red "X" displays on the status indicator, notifying you that the batteries are at 50% or less of capacity or if the unit has failed other self tests.

*Table 2: Battery Condition*

| Battery Condition | Indication | Corrective |
|---|---|---|
| Low Battery | Audible beep from unit. | Replace batteries. |
| Low Battery | *REPLACE BATTERY* prompt (when unit is powered on) | Replace batteries. |
| Low Battery or other self test failure. | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. If red "X" remains, return to ZOLL Technical Support for service. |
| Low Battery | Low Battery prompt (unit powered on). | Replace batteries as soon as possible. |
| Dead Battery | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. If red "X" remains, return to ZOLL Technical Support for service. |

## Using CPRD Pads

The ZOLL AED uses electrode packs that are connected to the unit by a cable. The package will contain an electrode that you attach to the patient. Do not reuse CPRD pads since they are designed for one-time use. Make sure to install a new package in the unit to be prepared for future emergencies and connect electrode cable to the unit.

If the electrode is not attached properly, you hear this voice prompt during operation: *"CHECK ELECTRODE"*. Make certain to attach the electrode's sensor properly.

---

**WARNING**   **DO NOT reuse CPRD pads.**

---

CPRD pads are pre-attached to the device. They are attached according to the directions on the electrode package. The electrode package may incorporate:

- Razor or scissors to remove excessive hair on a patient, if necessary.
- Small towel to make sure that the patient's skin is dry.
- Gloves.
- Barrier Mask.

## Describing the AED Pictograms

The pictograms shown in the graphical user interface described below appear on the top of the unit once the cover is removed. They are the reminders of the steps to follow when performing a rescue. Used with the voice prompts that you hear, the graphics serve as a reinforcement of voice prompts. Graphic User Interface



The graphics incorporated on the device are each combined with an indicator light (LED) and the listed voice prompts to draw attention to the graphics in a sequence defined by current protocols for use of an AED by the American Heart Association and the European Resuscitation Council.

A model of the device incorporates an LCD display that has the capability to display the acquired ECG rhythms as well as text messages consistent with the voice prompts.

When the device is turned on the sequence is automatically initiated and will continue until the device is turned off or the CPRD pad is not attached. Analysis of the ECG rhythm will occur after the CPRD pad is attached to the patient and impedance is verified. Thereafter reanalysis is automatic and shocks prompted or the rescuer will be reminded of other life supporting actions consistent with protocols as noted above. Loss of contact will interrupt operation until the CPRD pad is CPRD padreattached and will result in a check electrode prompt to the operator.

The CPRD pad is pre-attached to the device. They are attached to the patient according to the directions on the electrode packaging.

A three shock sequence will be administered with interruption for CPR before initiation of subsequent three shock sequences. No shock indicated messages result in a reminder to provide other recommended care including check airway, breathing and compressions.

Shocks are delivered by depressing the treatment button in the center of the graphic interface shown by the hand which incorporates an LED.

14

# Identifying Voice Prompts

Voice prompts guide the rescuers use of the device and resuscitation protocols.

*Table 3: Voice Prompts*

| | | | |
|---|---|---|---|
| Plug in Cable | No Pulse | Place Patient in Recovery Position. | In |
| Unit Failed | Start CPR | No Pulse/Start CPR | Out |
| Change Batteries | Continue CPR | Install Batteries | Later |
| Unit OK | Give two breaths. | If New Batteries, Press Button. | ZOLL |
| Stay Calm | Push Harder. | Press Harder. | Software |
| Call for Help | Non-Rescue Mode. | Press Faster. | Revision |
| Check Responsiveness | Sending | Press Slower. | Version |
| Check Patient | Done | Press Softer | Public Access Defibrillator. |
| Open Airway. Check Breathing. Give two breaths. | Sending Failed | You Can Help | Ready to Use. |
| Check Circulation | (X) Shockks where delivered) | Attach Electrodes. | Self Test in Progress. |
| Check Pulse | Data Stored | All Tests Passed. | Point |
| Attach Electrode Pads | Shock Advised | Good CPR. | Lighter. |
| Check Electrode Pads | You Can Do This | Good Compressions. | Pushing |
| Stop CPR | Check for Pulse | Data Stored in Memory. | Hard. |
| Don't Touch Patient. ANalyzing. | Check Patient | Communications Established. | Deeper. |
| ANalysis Halted. Keep Patient Still. | Administed 15 CHest Compressions Now. | Check Pulse Sensor Attachment to Patient. | Shallower. |
| No Shock Advised. | Reattach Electrode. | No Compressions Detected. | Compression. |
| Relese Button. | Check for Consciousness | Good Job. | Replace. |
| Don't Touch Patient. Press Treatment Button. | Check for Alertness. | Yes. | Check for Signs of Circulation. |
| Open AIrway. Check Breathing. Check Circulation. If No Pulse, Start CPR. | Poor Electrode Contact. | First. | Check Electrodes. |

*Table 3: Voice Prompts*

| | | | |
|---|---|---|---|
| Open Airway, Check Breathing, Check Circulation. If No Circulation, Start CPR. | Responsiveness. | Last... | No Treatment Advised. |
| Pulse Detected. Open Airway. If Breathing... | Electrode. | No Data Stored. | No Pulse d... |
| Don't Touch Patient. | Analyzing Rhythm. | | Invalid Configuration. |
| Release Chock Button. | Release Treatment Button. | No Pulse Detected. | Press to Shock. |
| Now. | Sending Data. | No CPR Detected. | Shock Delivered. |
| Shutting Down. | Press to Shock. | Attach Correct Electorde of Simulator. | |

# Using the Audio Recording Option

If installed and configured, the unit contains an audio recording option that will record and store 20 minutes of continuous audio while a rescue is occurring. The audio recording starts at the same time that *STAY CALM* prompt is heard. The recorded data are synchronized to the clinical event data. Therefore, when you playback the recorded audio, the ECG data are synchronized to it. Each time you use the device, the previously stored data (ECG, Audio and Event) are overwritten by the data recorded for the current rescue.

However, if the unit is started in any other mode, such as the mode to configure the unit, then the recorded audio data of the last rescue are retained and may be uploaded. Audio recording does not occur in Maintenance Mode.

# Section 2. Maintenance Mode

This section describes the administration functions of the AED for the device administrator or lead user.

# Overview

This section describes the following functions:
- PADLink Installation Instructions
- Conducting Unit Self Tests.
- Ordering Field Replacement Parts.
- Maintenance Checklist.
- Troubleshooting.
- Specifications.
- Rectilinear Biphasic Waveform Characteristics.
- ECG Analysis Algorithm Accuracy

# Installation Instructions

Before you begin the installation program, you must point the Irda communication device in the direction of the AED IrDa port.

*1.* Insert the ZOLL AED CD into your CD-ROM drive on your PC. The installation program will start automatically.

ZOLL 0235

2. Follow the instructions that appear on the screen to complete the installation.

   If the install program does not start automatically:

   *1.* Select RUN from the Start menu.

   *2.* In the Open text field, type X, substituting X for the correct letter of your CD-ROM drive

   *3.* Click OK.

## Testing the Device

*1.* As administrator, you can configure the unit to automatically conduct a self test at a 1-7 day intervals. For example, you can configure the unit to run a self test every 5 days.

2. When you activate the unit, the device performs a self test before beginning other functions.

3. You can test the unit manually by pushing and holding the ON/OFF button for 5 seconds or more.

4. You can conduct diagnostic tests via a personal computer through an IrDA™ port.

   All tests should result in the green check mark display after the test. If the red "X" displays repeat the test. If the red "X" remains, remove the device from service.

## Setting Up Data Communications

You can send and receive data between a unit and a personal computer without any cable connection by transferring data using two IrDA (infrared interface standard) ports. One IrDA™ port is located on the side of the unit. The second IrDA™ port may be on your personal computer. In some cases, you will be sending data from the IrDA port on your unit to an IrDA port on a modem which then transmits the data to a remote computer.

For best results for transmission, IrDCPRD padA ports must be facing each other and the path between the two devices must be clear of obstacles. Beaming distances between devices may vary but should be about one foot apart. Power up the PC and have the ZOLL AED Administrator PADLink and or the ZOLL Data Control software running. Press and hold the ON/OFF button on the unit for at least 5 seconds to establish contact with the computer or modem. Once connected properly, you hear the audio prompt of "COMMUNICATIONS ESTABLISHED" and see a message on your computer screen that the connection was successful.

**NOTE**   See the AED online Help to:

- Configure the unit
- Run diagnostics
- Calibrate the unit
- Display AED history
- Update the software version
- Select the language to use for the unit.
- Get clinical data
- Do other administrative tasks.

## Maintenance Checklist

- Inspect frequently, as necessary.
- After each use, clean unit with a soft, damp cloth using 90% isopropyl alcohol, or soap and water, or chlorine bleach and water mixture (30 ml/liter water).
- Check for the green check showing that the unit is ready to use.
- Do not immerse any part of the unit in water.
- Do not use ketones (MEK, acetone, etc.)
- Avoid using abrasives (e.g., paper towel) on the display window or IrDa port.
- Do not sterilize the device.
- Test periodically.

*Table 5: Maintenance Checklist*

| | | |
|---|---|---|
| Is the unit clean, undamaged, free of excessive wear? | ☐ | ☐ |
| Are there any cracks or loose parts in the housing? | ☐ | ☐ |
| Verify CPRD pad are connected and sealed in the package. Replace if expired. | ☐ | ☐ |
| Are all cables free of cracks, cuts and exposed or broken wires? | ☐ | ☐ |
| Periodically test the unit using a simulator. Do three discharges and verify: energy delivery, indicators and display illuminate, voice prompts are heard. | ☐ | ☐ |
| Turn the unit on and off and verify the green check ready to use. | ☐ | ☐ |

# Troubleshooting

Return the unit to ZOLL's Technical Service Department if the unit is not working properly

*Table 6: Troubleshooting*

| Indication | Suggested Action |
|---|---|
| Self test failed. | Manually test by pressing and holding the ON/OFF button for more than 5 seconds. If unit fails test again, remove unit from service and contact ZOLL Technical Service. |
| "Replace Batteries" prompt. | Replace all batteries at the same time. Press the battery button. |
| Red "X". | Run manual test. Check to see if cable is attached properly to unit. Replace batteries. Press the battery button. If unit still does not work, remove unit from service and contact ZOLL Technical Service. |
| Hear beeping noise. | Press the battery button. Remove unit from service and replace batteries. If beeping continues, contact ZOLL Technical Service. |

20

ZOLL 0239

# Appendix A: Specifications

| GENERAL SPECIFICATIONS | |
|---|---|
| Size (H x W x D) | 5.25 x 9.50 x 11.50 |
| Weight | 8.0 lbs. |
| Power | Internal Batteries. 10 - Type 123A Photo Flash lithium manganese dioxide batteries. |
| Device Classification | Class I and internally powered per EN60601-1 |
| Design Standards | Meets or exceeds UL 2601, AAMI DF-39, IEC 601-2-4, EN60601-1 |
| ENVIRONMENT | |
| Operating Temperature | PS Model: 0° to 50°C <br> PA Model: 10° to 40°C |
| Storage Temperature | PS Model: -30° to 70°C <br> PA Model: 0° to 50°C |
| Humidity: | 10 to 95% relative humidity, non-condensing |
| Vibration | PS Model: MIL Std. 810E, Min Helicopter Test <br> PA Model: IEC 68-2-34 (low) |
| Shock | PS Model: IEC 68-2-27; 100G <br> PA Model: Mil Std 810E 40G |
| Altitude | PS Model: -300 to 15,000 ft. <br> PA Model: -300 to 7,500 ft. |
| Electromagnetic Compatibility: | (EMC): CISPR 11 Class B - Radiated and Conducted Emissions |
| Electromagnetic Immunity: | IEC 1000-4-3 to 10 V/m |
| Electrostatic Discharge: | IEC 1000-4-2 |
| Conducted Susceptibility: | IEC 1000-4-4, 1000-4-5, 1000-4-6 |
| DEFIBRILLATOR | |
| Waveform | Rectilinear Biphasic |
| Energy Selection | Automatic pre-programmed selection (120J, 150J, 200J) |
| Patient Safety | All patient connections are electrically isolated. |
| Charge Time | Less than 10 seconds with new batteries. |
| Electrodes | ZOLL Stat Padz II or CPR-D |

| | |
|---|---|
| Built in Defibrillator Self Test | Included |
| CPR | Metronome: Variable up to 100 CPM<br><br>Rate: 50-120 CPM<br><br>Depth: 1/2" to 2" |
| Defibrillation Advisory | Evaluates electrode connection and patient ECG to determine if defibrillation is required.<br><br>Shockable Rhythms: Ventricular fibrillation with amplitude >100 microvolts and wide complex ventricular tachycardia with rates greater than 150 BPM. Refer to ECG Analysis Algorithm Accuracy Section for sensitivity and specificity performance. |
| Electrode Patient Impedance Measurement Accuracy | 0 to 300 ohms |
| Defibrillator Electrode ECG Circuitry | Protected |
| Bandwidth | 2-30Hz |
| **BATTERY PACKS** | |
| Type | 123A lithium manganese dioxide batteries |
| **DISPLAY** | |
| Display Format | Optional LCD with Moving Bar<br><br>Size: 65x32mm<br><br>Viewing Time: 2.6 seconds |
| Sweep Speed | 25 mm/sec |
| Operating Times with New Batteries | Monitoring Operation greater than 4 hours.<br><br>Standby Operation greater than 1 year.<br><br>Defibrillate (Full Energy) greater than 30 shocks. |

22

# Rectilinear Biphasic Waveform Characteristics

The following table shows the Rectilinear Biphasic waveform's characteristics when discharged into 25Ω, 50Ω, and 100Ω loads at a maximum energy setting of 200 Joules.

| | Discharged into 25Ω Load | Discharged into 50Ω Load | Discharged into 100Ω Load |
|---|---|---|---|
| $I_{max}\,01$ = First Phase Maximum Initial Current | 30 A | 26 A | 21 A |
| $I_{avg}\,01$ = First Phase Average Current | 27 A | 23 A | 16 A |
| TD 01 = First Phase Duration | 6 ms | 6 ms | 6 ms |
| $T_{INtd}$ = Interphase duration between first and second phases. | 100 µs | 100 µs | 100 µs |
| $I_{max}\,02$ = Second Phase Maximum Initial Current | 26 A | 21 A | 14 A |
| $I_{avg}\,02$ = Second Phase Average Current | 15 A | 15 A | 12 A |
| TD 02 = Second Phase Duration | 4 ms | 4 ms | 4 ms |

# ECG Analysis Algorithm Accuracy

Sensitivity, specificity, false positive rate and positive predictivity are expressions of an ECG analysis system when compared with clinicians or experts. The specifics of computations are detailed below. The accompanying data details the accuracy of the algorithm as tested by independent investigators.

The Algorithm:

- Divides the ECG rhythm into three-second segments.
- Filters and measures noise, artifact, and baseline wander.
- Measures baseline content ('waviness' at the correct frequencies - frequency domain analysis) of signal.
- Measures QRS rate, width, and variability.
- Measures amplitude and temporal regularity ('auto-correlation') of peaks and troughs.
- Determines if two-out-of-three, 3 second segments are shockable then displays "SHOCK ADVISED" message.
- The Algorithm sequence takes approximately 9 seconds.

*Table 7: Clinical Performance Results*

| Applications | # of Analyses | # of Patients |
|---|---|---|
|  | 316 | 194 |
| Shockable Rhythms | Overall Sensitivity  95.7% | |
|  | Positive Predictability  100.)% | |
| Non-Shockable Rhythm | Overall Sensitivity  100.)% | |
|  | Positive Predictability  0% | |
| Sensitivity = | # of correct shock decisions by algorithm | |
|  | Total # of rhythms for which a shock is clinically advised. | |
| Specificity = | # of correct no shock decisions by algorithm | |
|  | Total # of rhythms for which no shock is clinically advised. | |
| False Positive Rate = | # of incorrect shock decisions by algorithm | |
|  | Total # of rhythms for which no shock is clinically advised. | |
| Positive Predictivity = | # of correct shock decisions by algorithm | |
|  | Total # of rhythms for which a shock is advised by unit. | |

24

12

# EXHIBIT F

12