resuscitation control box can give prompts for assisting the patient's breathing (steps 118 and 119 of FIGS. 7A and 140-146 of FIG. 8). Light-emitting diodes adjacent the various buttons indicate which button has been pressed most recently (only one light remains on at a time). The resuscitation control box next prompts the rescuer to contact an emergency medical system (step 120) and to open the patient's shirt or blouse and attach the adhesive pads (steps 122f-122h).

[0062] If the resuscitation control box does include pulse oximetry or phonocardiogram capability (step and 116b), the resuscitation control box prompts the rescuer to open the patient's shirt or blouse and attach the adhesive pads (steps 121 and 122a). If the pulse oximetry or phonocardiogram system does not provide a valid pulsatile reading (step 122b), then the flow chart proceeds to step 117. If the pulse oximetry or phonocardiogram system does provide a valid pulsatile reading and detects a pulse (steps 122b and 122c), then the resuscitation control box begins the breathing help routine (steps 122d of FIG. 7B and step 140 of FIG. 8). If the pulse oximetry or phonocardiogram system does not detect a pulse, then the resuscitation control prompts the rescuer to contact an emergency medical system (step 122e), measures the impedance of the patient to determine whether it is within an acceptable range for application of shocks (step 123) and determines whether the patient's rhythm is shockable (steps 124). If the rhythm is shockable, the resuscitation control box causes a sequence of shocks to be applied to the patient, each shock requiring the rescuer first to press the "READY" button on the resuscitation control box (steps 124-131). After the last shock in the sequence, or if the rhythm is non-shockable, the resuscitation control box prompts the rescuer in CPR (steps 132-139). The flowchart then returns to step 117.

[0063] FIG. 8 shows the steps 140-146 for prompting the rescuer to assist the patient's breathing. After 12 breaths have been completed (step 144), the pulse oximetry or phonocardiogram system attempts to detect a pulse (step 145a), or, if the system does not include a pulse oximetry or phonocardiogram system, the resuscitation control box prompts the rescuer to check the patient's pulse. If no pulse is present, the resuscitation control box prompts the rescuer to press a Circulation Help button C (step 145b) that brings the rescuer back to the circulation portion of the flowchart. Otherwise, if a pulse is detected, then the flow chart of FIG. 8 returns to step 142.

[0064] The combined defibrillation and CPR resuscitation assembly provided by the invention can be less intimidating than conventional AEDs because the assembly is not devoted solely to defibrillation. Moreover, the resuscitation assembly is less intimidating because it accommodates common skill retention problems with respect to necessary techniques ancillary to defibrillation such as mouth-to-mouth resuscitation and CPR, including the appropriate rates of chest compression, the proper location for performing compressions, the proper manner of tilting the patient's head. In addition, because the rescuer knows that it may never even be necessary to apply a defibrillation shock during use of the resuscitation assembly, the rescuer may be more comfortable using the resuscitation assembly for mouth-to-mouth resuscitation and CPR. Unlike previous CPR prompting devices, the rescuer would be required to place the electrode assembly on top of the patient, but the rescuer would do this with the belief that the resuscitation assembly will be sensing the patient's condition and that the likelihood that the resuscitation assembly is actually going to apply a shock is low. If, during this resuscitation process, the resuscitation control box instructs the rescuer to press the "READY" button so that a defibrillation shock can be applied, the rescuer will likely feel comfortable allowing the shock to be applied to the patient. Basically, the resuscitation assembly simply tells the rescuer what to do, and by that point, given that the rescuer is already using the assembly, the rescuer is likely simply to do what the rescuer is told to do. Essentially, the rescuer will be likely to view the resuscitation assembly as simply being a sophisticated CPR prompting device with an additional feature incorporated into it, and since rescuers are less likely to be intimidated by CPR prompting devices than AEDs, they will be likely to use the resuscitation assembly according to the invention when it is needed.

[0065] Other embodiments are within the following claims. For example, in other embodiments the system can perform pacing in addition to defibrillation. Pulse detection methods other than pulse oximetry and phonocardiogram may be employed. Any method capable of detecting a victim's pulse can be used with the aspects of the invention calling for pulse detection.

What is claimed is:

1. A resuscitation system, comprising:

   at least one first high-voltage defibrillation electrode;

   at least one second high-voltage defibrillation electrode; and

   at least one manually operable control mechanically connected with and in the vicinity of at least one of the first and second electrodes; and

   a resuscitation control system electrically connected to the first and second electrodes and the at least one manually operable control and configured to provide resuscitation prompts to a rescuer based on use of the manually operable control by the rescuer.

2. The resuscitation system of claim 1 wherein there are a plurality of manually operable controls mechanically connected with at least one of the first and second electrodes.

3. The resuscitation system of claim 1 wherein the at least one manually operable control comprises a pause control for pausing a resuscitation procedure.

4. The resuscitation system of claim 1 wherein the at least one manually operable control comprises a help button for requesting prompts from the resuscitation control system with respect to a particular aspect of resuscitation.

5. The resuscitation system of claim 4 wherein the particular aspect of resuscitation comprises clearing a patient's airway.

6. The resuscitation system of claim 4 wherein the particular aspect of resuscitation comprises assisting a patient's breathing.

7. The resuscitation system of claim 4 wherein the particular aspect of resuscitation comprises assisting a patient's circulation.

8. The resuscitation system of claim 1 wherein the first electrode is a sternum electrode and the second electrode is an apex electrode.

9. The resuscitation system of claim 1 wherein the manually operable control is a button configured to be pushed by the user.

10. A CPR system, comprising

a CPR pad configured to be located over a region of a patient's body appropriate for CPR chest compressions;

a compression-sensing element interconnected with the CPR pad;

a resuscitation control system electrically connected to the compression-sensing element and configured to receive compression information from the compression-sensing element; and

at least one manually operable control mechanically connected with the CPR pad, wherein the resuscitation control system is electrically connected to the at least one manually operable control and is configured to provide resuscitation prompts to a rescuer based on use of the manually operable control by the rescuer.

11. The CPR system of claim 9 wherein the manually operable control is a button configured to be pushed by the user.

12. A resuscitation system comprising:

at least two defibrillation electrodes configured to be applied to the exterior of the chest of a patient for delivering a defibrillation shock;

a source of one or more ECG signals from the patient;

a defibrillation circuit for delivering a defibrillation shock to the defibrillation electrodes;

a control box that receives and processes the ECG signals to determine whether a defibrillation shock should be delivered or whether CPR should be performed, and that issues instructions to the user either to deliver a defibrillation shock or to perform CPR;

wherein the determination of whether CPR should be performed and the instructions to perform CPR can occur at substantially any point during a rescue.

13. The system of claim 12 wherein the control box includes a user operable control for initiating delivery of a defibrillation shock, and the instructions to deliver a defibrillation shock include instructions to activate the user operable control.

14. The system of claim 13 wherein the user operable control is a button configured to be pushed by the user.

15. The system of claim 12 wherein the determination of whether CPR should be performed and the instructions to perform CPR can occur before a determination to deliver any defibrillation shock.

16. The system of claim 12 wherein the source of the ECG signals is the defibrillation electrodes.

17. The system of claim 12 wherein the defibrillation circuit is contained in the control box.

* * * * *

ZOLL 0315

# EXHIBIT H

# AED PLUS™

## The First and Only Full-Rescue AED



**ZOLL**
*It's about time*

ZOLL 0021

# AED PLUS™

# More than a Defibrillator... A Full-Rescue AED

### The Chain of Survival

The best way to increase the chance of saving sudden cardiac arrest (SCA) victims is to remember and follow every link in the Chain: Early Access. Early CPR. Early Defibrillation. Early Advanced Care. Every step helps save lives. Any break in the Chain compromises survival.

Ordinary AEDs only defibrillate. Rapid defibrillation is a critical intervention to improve survival, but it is not enough. While roughly half of unresponsive, collapsed victims need defibrillation, every one of them needs cardiopulmonary resuscitation (CPR).



Early Access    Early CPR    Early Defibrillation    Early Advanced Care

Following the Chain of Survival requires more than just attaching electrodes and delivering a shock. From checking responsiveness, summoning help, and doing an "ABC" assessment (Airway, Breathing, Circulation) to CPR and defibrillation, the ZOLL® AED Plus™ with instantaneous CPR Feedback helps guide the rescuer through the entire effort to rescue SCA victims.

### The AED Plus Fully Supports the Rescuer

By focusing on the full Chain of Survival and supporting effective CPR, the ZOLL AED Plus is the first and only Full-Rescue AED.

"AEDs are easy to use, while CPR and the ABCs remain difficult to perform. Based on adherence to the Chain of Survival guidelines, however, those [study participants] who used the ZOLL device performed significantly better than those who used the other devices [in the study]."[1]



ZOLL 0022

# Help for Infrequent Rescuers When They Need Help the Most

**A Complete Road Map for Resuscitation**

A picture is worth a thousand words. The AED Plus' unique graphical interface—pictures combined with text displays and voice prompts—helps the rescuer every step of the way.

Lights on the pictures draw the rescuer's attention to actions in the proper sequence. Text and voice prompts correspond to the pictures and help the rescuer perform every important life-saving action. These pictures and prompts assure that everything is done in order and that shocks, if required, are delivered rapidly.





**One Electrode Pad Is Easier than Two**

Ordinary AEDs require that the rescuer use two confusing electrodes. ZOLL's Full-Rescue AED features **CPR-D•padz,**™ a one-piece, pre-connected electrode with CPR Feedback. By using CPR hand placement as the landmark, it is easy to place the **CPR-D•padz** on the victim quickly. The **CPR-D•padz** also lasts four years—the longest shelf life of any electrode sold today.

**Intelligent Pediatric Capability**

The ZOLL® AED Plus™ can defibrillate children up to eight years of age, using the **pedi•padz II**™ electrodes. When the **pedi•padz II** are connected, the AED Plus recognizes that a pediatric rescue is in progress. With ECG analysis designed specifically for a pediatric heart rate, coupled with appropriate defibrillation energy levels, the AED Plus can handle both adult and pediatric rescues.



ZOLL 0023

# Only One AED Supports the Entire Rescue

### Instantaneous CPR Feedback

Inadequate compression rate and depth are common during CPR.[2,3,4] Adult victims need compressions at a rate of 100 per minute and at a depth of 1½ to 2 inches. Compressions must be done well to effectively move blood and oxygen.



The ZOLL® AED Plus™ converts compression data instantaneously from the **CPR-D•padz**™ and provides an adaptive metronome to help the rescuer with the proper rate and depth, saying "Push harder" or "Good compressions," as needed. It also shows CPR compression depth on the display screen. ZOLL's AED Plus is the only AED that helps the rescuer achieve the correct rate and depth of chest compressions during CPR. No other AED has this capability.

### Consumer Batteries for Convenience and Savings

The ZOLL AED Plus is the only AED to use inexpensive, consumer batteries that are easy to replace and last at least five years in stand-by mode. These lithium camera batteries are available at most department and electronics stores.

### ZOLL's Rectilinear Biphasic™ Waveform

The ZOLL Rectilinear Biphasic waveform is the only biphasic waveform cleared by the FDA[5] to be labeled as clinically superior to monophasic waveforms for the conversion of ventricular fibrillation in high-impedance patients.[6] It allows the AED Plus to deliver more current than any other AED when it matters most.

**The ZOLL AED Plus supports the full Chain of Survival best.[7]**



**The ZOLL AED Plus improves CPR performance the most.[8]**





ZOLL 0024

# Evolution of the Full-Rescue AED



### First Generation:
### Manual Defibrillators
Responders are trained to interpret rhythms and deliver defibrillating shocks. Used by doctors and paramedics trained to interpret heart rhythms.

### Second Generation:
### Ordinary AEDs
One- or two-button shock boxes needing two electrodes. They do not fully support the Chain of Survival or help with effective CPR.

### Third Generation:
### Full-Rescue AED
ZOLL's AED Plus™ is the only Full-Rescue AED because it defibrillates, provides feedback to help with effective CPR, and supports the full Chain of Survival.

# ZOLL
*It's about time.*



ZOLL 0025



# The ZOLL AED Plus

The AED Plus has all the hallmarks of a ZOLL product: advanced technology, durability, quality, and value. With more than 20 years of experience in defibrillation—and 10 years manufacturing AEDs—ZOLL is a pioneer in resuscitation solutions. ZOLL is a standard used in leading hospital, EMS, and public safety facilities worldwide.

The ZOLL® AED Plus™ can be easily reconfigured to meet special needs such as modifying voice prompts, prompting CPR before a shock, and changing shock levels.

### Advanced Medical Control

All information recorded by the AED Plus in an emergency, including CPR compression data, ECG, and optional audio recording, can be evaluated and analyzed by a medical professional for retrospective analysis. The data can be downloaded via a standard infrared port, found on computers and Pocket PCs.

### Self-Testing Assures Constant Readiness

The ZOLL AED Plus conducts a self-test every one to seven days, depending on the configuration chosen. The status indicator shows either a green "√" or a red "X" to clearly indicate whether the unit is ready for use. When the unit requires new batteries, it sounds an alarm and displays a red "X."

### Everything You Need for the Rescue

The **CPR-D•padz**™ comes complete with a CPR barrier mask, scissors, disposable gloves, a prep razor, a towel, and a moist towelette.



References

1. Miller SG et al. "Lay rescuer adherence to the chain of survival: A comparison of four automated external defibrillators." Prehospital Emergency Care 2004; 8:91 (abstract).

2. Moser DK, Dracup K, Guzy PM, Taylor SE, Breu C. "Cardiopulmonary resuscitation skills retention in family members of cardiac patients." American Journal of Emergency Medicine 1990; 8:498-503.

[additional references illegible]

ZOLL Medical Corporation
Worldwide Headquarters
269 Mill Road
Chelmsford, MA 01824-4105
USA
800-348-9011
978-421-9655
978-421-0025 Telefax
www.zoll.com

ZOLL Medical European Operations
Dodewaard, The Netherlands

ZOLL Medical U.K.

ZOLL Medical Germany
Cologne, Germany

ZOLL Medical France

ZOLL Medical Australia Pty. Ltd.
New South Wales, Australia

ZOLL Medical Middle East
and Africa Regional Office
Athens, Greece

ZOLL Medical Japan

ZOLL Medical Latin America

ZOLL 0026

# EXHIBIT I

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>    Plaintiff<br><br>v.<br><br>ZOLL MEDICAL CORPORATION<br><br>    Defendant | **AFFIDAVIT OF**<br>**DONALD C. HUTCHINS** |

NOW COMES DONALD C. HUTCHINS and upon being duly sworn, states that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein.

2. On June 22, 1999 I was issued U.S. Patent No. 5,913,685-titled *"CPR Computer Aiding"*. The Patent ABSTRACT states in part, "a processing unit responsive to the information signals and for providing output signals representative of proper steps to be taken in resuscitating the victim . . ."

3. Patent Number 5,913,685 teaches the use of sophisticated general purpose microprocessors that are considered in the industry to be microcomputers or "computers on a chip". These general-purpose processors are customized by programmers to control an array of electronic devises such as cell phones, personal computers or network servers.

4. I registered CPR prompting software in the form of written instructions, program printouts and computer disk to the U.S. Copyright Office at the Library of Congress in 1985. Copyright Registration TXu-213-859, titled LC5800 series cross assemble applies to programs that produce cardiopulmonary resuscitation voice and graphic prompting instruction for rescuers. Copyright Registration

TXu-210-208, entitled Script & word list, CPR-PROMPT, is a list of rescue terms that I authored to be used to prompt rescuers through the proper procedures standardized by the American Heart Association.

5. On April 16, 2003 I wrote a letter to Richard Packer, the President of Zoll. This letter noted that the *AED Plus* infringed upon many Claims of my Patent and I asked for an exchange of views with the hope of licensing the Patent to Zoll. My feeling was that it would be far better to license Zoll than to challenge them with time wasting and costly litigation.

6. Richard Packer telephoned me on Monday, May 5, 2003 as noted in my appointment book. I explained that if I allowed Zoll to infringe that other defibrillator manufacturers would do the same and cause me great financial damage in loss of royalties. The conversation was very congenial and Mr. Packer indicated a desire to talk further about licensing my Patent. He was familiar with the CPR Prompt® a electronic speech device that I invented and licensed to a company called County Line Limited in 1994. He also said that Zoll had reviewed all of my patents dealing with CPR while in the process of developing *AED Plus*. He said that it was the opinion at Zoll that the *AED Plus* would not infringe on Patent Number 5,913,685 because the *AED Plus* used a processor rather than a computer to generate voice and graphic prompting. I reacted to this explanation by telling Mr. Packer that it was commonly known that a microprocessor is a computer on a chip. Mr. Packer ended the telephone conversation by saying that he would arrange further discussions.

7. Two weeks later I sent another letter to Richard Packer in which I acknowledged the telephone conversation of May 5th. This letter explained in detail that, "Since the 1970's when VLSI integrated circuits became programmable by combining I/O, memory and the CPU on one chip, the terms microprocessor and computer chip have been used interchangeably by designers and patent offices worldwide. When preparing the Patent Application we used phrases like 'personal computer,' 'computer system,' 'computer network,' and 'computer program' in our Claims to widen the scope of the Patent."

8. After not hearing anything from Zoll for a period of over 2 months, I received a telephone call from Gary Freeman who announced that he had recently been hired to manage the intellectual properties of Zoll. He followed this with an e-mail message asking that I visit the Zoll headquarters to discuss, "licensing of your CPR Prompt patents."

9. I replied with a letter to Gary Freeman to set the agenda for the meeting. In this letter I suggested that, "Pages 2, 7, 8, and 9 of Patent 5,913,685 teach the automatic recording of rescue data such as date, time, type and duration of each rescue procedure. This is the same information that Zoll's *Rescue Net*™ database captures. Claims 20, 36 and 43 of the Patent would furnish both hardware and software-code protection to ZOLL for automatic methods of capturing this database."

10. On August 20, 2003 I met with Gary Freeman at Zoll Headquarters at 269 Mill Road, Chemsford, Massachusetts. During this meeting Gary Freeman told me that Mr. Packer was not well versed in electronics. Mr. Freeman agreed with my contention to Packer that a computer chip controlled the *AED Plus*. This *AED Plus* microprocessor/computer executed the voice, graphic and written prompts. It also controls the data communications functions using software programmed by Zoll engineers.

11. My patent attorney Chuck Hieken and Zoll's patent attorney Roger Lee are both partners in the law firm of Fish & Richardson. During this meeting of August 20th Gary Freeman asked me to allow Zoll's Patent Attorney, Roger Lee to review Patent Number 5,913,685 as a consultant to Zoll. He suggested that Attorney Hieken join Attorney Lee to gain a mutual understanding of the Patent's Claims and value to Zoll. I said that I would discuss Freeman's request with Attorney Hieken.

12. When I told Attorney Hieken about Gary Freeman's request to consult with Attorney Lee, Attorney Hieken declined to participate because he felt that there would be a conflict in interest. He also cautioned me that Richard Packer, the President of Zoll, would probably use Attorney Lee to buttress claims that the *AED Plus* was not infringing on my Patent.

13. A series of e-mails from Gary Freeman to me produced an Agreement written by Zoll. The Agreement recognized that, "ZOLL and HUTCHINS were interested in exploring the possibility in which ZOLL would acquire rights under one or more patents.... HUTCHINS agrees that ZOLL may engage G. Roger Lee and others at Fish & Richardson to undertake an evaluation of the merits of Hutchins' patents."

14. On September 24, 2003, I received an e-mail from Gary Freeman. The e-mail said in part, "Roger will now be able to begin the analysis, which I would imagine may take as long as a month or so. At that point we can discuss in detail all the patent and business issues. I'll keep you up to date as things proceed with Roger's work. Best Regards, Gary"

15. I did not hear from Gary Freeman after the month passed. I have not had any communication from Zoll since Freeman's e-mail of September 24, 2003. I have not heard from Zoll's patent attorney Roger Lee.

16. A year has passed since April 16, 2003 when I wrote the letter to Richard Packer to inform Zoll that the *AED Plus* infringed most of the Claims contained in Patent Number 5,913,685.

17. Now I realize that for the past year Zoll officials had no intention to license my Patent. The drawn-out license discussions were calculated to sap my resolve to challenge the unauthorized use of my intellectual properties. There is no question that Zoll's actions have been very stressful and financially damaging to me.

18. The 2003 Zoll Annual Report contains a letter to shareholders from Richard A. Packer. This letter states, "ZOLL's performance during fiscal 2003 was outstanding. For the fifth consecutive year, we posted an increase in overall sales of 22.9% (to $184.6 million). Earnings grew to record levels (to 12.9 million). We ended the year with no debt and $60.8 million in cash and short term investments.... The strong year included two accomplishments with which we are particularly pleased. In November 2002, the US military awarded an $8.9 million sole source contract... The second accomplishment was the sales performance of our new *AED Plus*, which reached $18.8 million across the U.S. and international markets...As the only automated external defibrillator on the

4

market that gives rescuers instantaneous CPR feedback, the *AED Plus* stands out from the competition and continues to gain acceptance."

19. Packer's letter goes on to say, "ZOLL was successful due to strong inroads made with the *AED Plus* and accelerating acceptance of *RescueNet*™ – the only integrated EMS information management system on the market. EMS personnel use this system to archive data captured in the field as a database, allowing them to improve resuscitation efforts."

20. The 2003 Annual Report makes it clear that *AED Plus* and *RescueNet* are the most promising and lucrative products in the Zoll portfolio. *AED Plus* and *RescueNet* are two products produced by Zoll that infringe on Claims contained in Patent Number 5,913,685.

21. Zoll is infringing on my Patent #5,913,685 through the manufacture and sale of the *AED Plus*.

22. Zoll is infringing on my Patent #5,913,685 and my Copyrights filed with the Library of Congress by copying my software design for speech and graphic CPR prompting for use with *RescueNet*™.

23. On June 8, 2005 Attorney Jordan M. Singer who is representing Zoll in this action sent a large box of documents as part of Discovery. This box contained documents that indicate that Zoll is using the Hitachi SuperH RISC engine #Sh08 as the microprocessor that drives the *AED Plus*.

24. RISC stands for **Reduced Instruction Set Computer** which is proof that the Hitachi SuperH is a computer. The fact that this same microprocessor is used in mobile phones, digital cameras and wearable computers also prove that the SuperH is a general purpose computer that can be altered by programmers to perform many different tasks.

25. The box of Discovery documents also included documents related to Zoll's *RescueNet* network software. This software is used to collect, store and download data such as age of victim, time/date of rescue, duration of CPR , etc. These functions infringe Claims 13, 16, and 43 of my Patent No. 5,913,685.

26. After 35 years in business I realize that business functions well when dealings are based on mutual faith and trust. I have had very few bad experiences and

approach most dealings expecting that others businesspersons are dealing in good faith.

27. I was extremely surprised to find that the box of Discovery documents contained a Patent Application filed by Mr. Freeman of Zoll during the time when Zoll and I were trying to work out an agreement to license my intellectual properties. The Application included voice and graphic rescue prompting concepts identical to the Claims in my Patent No. 5,913,685. To disguise the fact that the unit required a computer, Freeman inserted the word "control box".

28. I view this attempt to misappropriate my inventions under the pretense of working out a license agreement and having me sign a contract with Zoll's patent attorney as part of the deal, as a breach of faith and contract.

FURTHER AFFIANT SAYETH NAUGHT

_____
DONALD C. HUTCHINS

Sworn to before me and subscribed in my presence the 21st day of June, 2005

_____
NOTARY PUBLIC
Karen M. Brisbois
My Commission Expires: May 5, 2011

6

# EXHIBIT J



ZOLL 0070

# CodeNet Getting Started Guide

## Software version 3.10, Manual 3.10

© 2003, 2004 by ZOLL Data Systems, a subsidiary of ZOLL Medical Corporation. All rights reserved. CodeNet, CodeCentral, and CodeWrite are trademarks of ZOLL Medical Corporation. Other product and company names may be the trademarks of their respective owners.

### CodeNet

CodeNet is a system designed to make in-hospital resuscitation information management more efficient and accurate.

The CodeNet system includes several products designed specifically for the hospital and EMS industries, including:

- **CodeCentral.** Uniform resuscitation data collection, analysis, reporting, and management.
- **CodeWrite.** Pocket PC software for logging code events and collecting defibrillator, code, and provider information.
- **ZOLL M Series.** Smallest, lightest, most advanced defibrillator monitor.
- **ZOLL AED Plus.** Guides users through the entire rescue process. Features ZOLL's hallmark durability, advanced technology, quality, and value.

For more information: www.ZOLL.com and www.zolldata.com.

ZOLL 0071

# Introduction

Welcome to CodeNet, a system that is designed to make in-hospital resuscitation information management more efficient and accurate.

Using CodeNet, you can manage data from the time the code is called through the code committee review. While you are focused on data logging and management, CodeNet consistently and accurately tracks time across the entire code event.

CodeNet uses two software applications: CodeWrite, Pocket PC software for electronic logging of code events, and CodeCentral, desktop PC software used to manage the code data after it is recorded.



M Series stores defib data and sends it to CodeWrite via wireless Bluetooth or serial cable.

CodeCentral manages in-hospital codes, generates case and aggregate reports

CodeWrite logs code events and collects defib, code, and provider information

AED Plus stores defib data and sends it to CodeWrite via wireless Infrared.

Case reports     Aggregate reports

ZOLL 0072