

RescueNet™ Code Review

Getting Started Guide

ZOLL Data Systems

ZOLL 0027

# ZOLL Data Getting Started Guide

Software version 3.10, Manual 3.10

© 2002, 2003, 2004 by ZOLL Data Systems, a subsidiary of ZOLL Medical Corporation. All rights reserved. RescueNet Code Review – Standard, Professional, and Enterprise Editions are trademarks of ZOLL Medical Corporation. Other product and company names may be the trademarks of their respective owners.

### RescueNet Ready!



RescueNet Code Review software is a component of RescueNet™—integrated, performance-driven software and medical devices for EMS organizations brought to you by ZOLL Data Systems and ZOLL Medical.

The RescueNet suite includes several products designed specifically for the EMS industry, including:

- **RescueNet Code Review – Standard, Professional, and Enterprise Editions.** Uniform resuscitation data collection, analysis, reporting, and management. Standard Edition is a free download available at www.zolldata.com/ZOLLData/. Standard Edition users can upgrade to Professional or Enterprise Editions by contacting a ZOLL Regional Sales Manager or visiting: www.zolldata.com/ZOLLData/Store/.
- **ZOLL M Series.** The smallest, lightest, most advanced defibrillator monitor.
- **ZOLL AED Plus.** Guides users through the entire rescue process. Features ZOLL's hallmark durability, advanced technology, quality, and value.
- **RescueNet Dispatch®** advanced computer-aided dispatch.
- **RescueNet Billing®** integrated billing.
- **RescueNet Field Data for PC™** field data collection for Windows.
- **RescueNet Filed Data for Pocket PC** field data collection for Pocket PCs.
- **RescueNet Mobile™** mobile data system.
- **RescueNet Dispatch Web Scheduler™** Web-based trip ordering.
- **RescueNet Dispatch Web Viewer™** online transport tracking.

For more information: www.ZOLL.com and www.zolldata.com.

# Getting started

Welcome to RescueNet Code Review – Standard, Professional, and Enterprise Editions, Windows-based software you can use to easily access, view, annotate, maintain, and print resuscitation incident data.

## Topics

Starting Code Review – page 2
Transferring AED Plus cases via Infrared (IR) – page 2
Transferring M Series cases via Bluetooth – page 3
Transferring cases via card reader – page 3
Transferring cases via serial cable – page 4
Reviewing cases – page 5
Viewing the entire ECG – page 6
Magnifying ECG and playing animation – page 7
Zooming – page 8
Saving added case data – page 9
Adding annotations – page 10
Opening existing cases (zol or crd files) – page 12
Searching for cases – page 13
Creating new blank cases – page 14
Linking cases – page 15
Sending cases to another folder – page 16

Exporting cases – page 17
Printing reports – page 18
Closing cases – page 21
Erasing cards – page 21
Tools › Options – page 22
Using Code Review for multiple users – page 22
Licenses for upgrades – page 24
Utstein data – page 25
Advanced parameters – page 26
12-lead details – page 27
Trend reports – page 28
ZOLL InterLink – page 29
ZOLL Director – page 37
ZOLL Grabber – page 39
Getting help – page 41
Latest information and updates – page 41
Upgrades – page 41

ZOLL 0029

## Starting Code Review



1. Click!



2. RescueNet Code Review opens.

## Transferring AED Plus cases via infrared (IR)



1. Position AED Plus near infrared reader of an infrared-enabled PC.

"Communications established."

2. Click!

3. Press and hold for about 5 seconds, until you hear "Non-rescue mode."

4. Incident data is transferred. See also *Infrared transfer settings* on page 22 and *ZOLL InterLink* on page 29.

ZOLL 0030