UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>    Defendant. | CASE NO. 04-30121-MAP |

**APPENDIX TO DEFENDANT'S CLAIM
<u>CONSTRUCTION OF U.S. PATENT NO. Re. 34,800</u>**

A.    U.S. Patent No. Re. 34,800

B.    Selected pages from Webster's New Collegiate Dictionary (1981)

C.    Selected pages from Webster's Third new International Dictionary (1986)

    Respectfully submitted,

    <u>/s/ Jordan M. Singer</u>
    John C. Englander (BBO # 542532)
    Jordan M. Singer (BBO #651068)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000
    Fax: (617) 523-1231

    Attorneys for Defendant
    Zoll Medical Corporation

Dated: June 29, 2005

LIBA/1562168.1