# Webster's New Collegiate Dictionary 150th Anniversary Edition



The G. & C. Merriam Company
1831-1981

*Presented to*

_____

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4   1981   423   80-25144
ISBN  0-87779-408-1
ISBN  0-87779-409-x (indexed)
ISBN  0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

4041424344RMcN80

**Ap·pa·loo·sa** \,ap-ə-'lü-sə\ *n* [prob. fr. *Palouse*, an Indian people of Wash. and Idaho] : a rugged saddle horse of a breed developed in western No. America that has a mottled skin, vertically striped hooves, and a blotched or dotted patch of white hair over the rump and loins

**ap·pa·nage** \'ap-ə-nij\ *n* [F *apanage*, fr. OF, fr. *apaner* to provide for a younger offspring, fr. OProv *apanar* to support, fr. *a-* (fr. L *ad-*) + *pan* bread, fr. L *panis* — more at FOOD] **1 a** : a grant (as of land or revenue) made by a sovereign or a legislative body to a dependent member of the royal family or a principal liege man **b** : a property or privilege appropriated to or by a person as his share **2** : a rightful endowment or adjunct

**ap·pa·rat** \'ap-ə-,rat, ,äp-ə-'rät\ *n* [Russ] : APPARATUS 2

**ap·pa·rat·chik** \,äp-ə-'räch-ik\ *n*, *pl* **-ratchiks** *or* **-ra·tchi·ki** \-'räch-ə-()kē\ [Russ, fr. *apparat*] : a member of a Communist apparat

**ap·pa·ra·tus** \,ap-ə-'rat-əs, -'rät-\ *n*, *pl* **-tus·es** *or* **-tus** [L, fr. *apparatus*, pp. of *apparare* to prepare, fr. *ad-* + *parare* to prepare — more at PARE] **1 a** : a set of materials or equipment designed for a particular use **b** : an instrument or appliance designed for a specific operation **c** : a group of organs having a common function **2** : the functional machinery by means of which a systematized activity is carried out; *esp* : the organization of a political party or an underground movement

¹**ap·par·el** \ə-'par-əl\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** [ME *apareillen*, fr. OF *apareillier* to prepare, fr. (assumed) VL *appariculare*, irreg. fr. L *apparare*] **1** : to put clothes on : DRESS **2** : ADORN, EMBELLISH

²**apparel** *n* **1** : the equipment (as sails and rigging) of a ship **2** : personal attire : CLOTHING **3** : something that clothes or adorns ⟨the bright ~ of spring⟩

**ap·par·ent** \ə-'par-ənt, -'per-\ *adj* [ME, fr. OF *aparent*, fr. L *apparent-, apparens*, prp. of *apparere* to appear] **1** : open to view : VISIBLE **2** : clear or manifest to the understanding **3** : appearing as actual to the eye or mind **4** : having an indefeasible right to succeed to a title or estate **5** : manifest to the senses or mind as real or true on the basis of evidence that may or may not be factually valid ⟨his ~ absorption was belied by his rigid pose⟩ — **ap·par·ent·ly** \-'par-(ə)nt-lē, -'per-(ə)nt-\ *adv* — **ap·par·ent·ness** \-'par-ənt-nəs, -'per-\ *n*
*syn* **1** APPARENT, ILLUSORY, ILLUSIONARY, SEEMING, OSTENSIBLE shared meaning element : not actually being what it appears to be *ant* real
**2** see EVIDENT *ant* unintelligible

**apparent time** *n* : the time of day indicated by the hour angle of the sun or by a sundial

**ap·pa·ri·tion** \,ap-ə-'rish-ən\ *n* [ME *apparicioun*, fr. LL *apparition-, apparitio* appearance, fr. L *apparitus*, pp. of *apparere*] **1 a** : an unusual or unexpected sight : PHENOMENON **b** : a ghostly figure **2** : the act of becoming visible : APPEARANCE — **ap·pa·ri·tion·al** \-'rish-nəl, -ən-ᵊl\ *adj*

**ap·par·i·tor** \ə-'par-ət-ər\ *n* [L, fr. *apparitus*] : an official formerly sent to carry out the orders of a magistrate, judge, or court

¹**ap·peal** \ə-'pē(ə)l\ *n* **1** : a legal proceeding by which a case is brought from a lower to a higher court for rehearing **2** : a criminal accusation **3 a** : an application (as to a recognized authority) for corroboration, vindication, or decision **b** : an earnest plea : ENTREATY **4** : the power of arousing a sympathetic response : ATTRACTION ⟨movies had a great ~ for him⟩

²**appeal** *vb* [ME *appelen* to accuse, appeal, fr. MF *apeler*, fr. L *appellare*, fr. *appellere* to drive to, fr. *ad-* + *pellere* to drive — more at FELT] *vt* **1** : to charge with a crime : ACCUSE **2** : to take proceedings to have (a case) reheard in a higher court ~ *vi* **1** : to take a case to a higher court for rehearing **2** : to call upon another for corroboration, vindication, or decision **3** : to make an earnest request **4** : to arouse a sympathetic response — **ap·peal·abil·i·ty** \-,pē-lə-'bil-ət-ē\ *n* — **ap·peal·able** \-'pē-lə-bəl\ *adj* — **ap·peal·er** *n*

**ap·peal·ing** \ə-'pē-liŋ\ *adj* **1** : having appeal : PLEASING **2** : marked by earnest entreaty : IMPLORING — **ap·peal·ing·ly** \-liŋ-lē\ *adv*

**ap·pear** \ə-'pi(ə)r\ *vi* [ME *apperen*, fr. OF *aparoir*, fr. L *apparēre*, fr. *ad-* + *parēre* to show oneself; akin to Gk *peparein* to display] **1 a** : to be or come in sight ⟨the sun ~s on the horizon⟩ **b** : to show up ⟨~s promptly at eight each day⟩ **2** : to come formally before an authoritative body ⟨must ~ in court today⟩ **3** : to have an outward aspect ⟨~s happy enough⟩ **4** : to become evident or manifest ⟨there ~s growing evidence to the contrary⟩ **5** : to come into public view ⟨first ~ed on a television variety show⟩ **6** : to come into existence ⟨man ~s late in the evolutionary chain⟩ *syn* see SEEM

**ap·pear·ance** \ə-'pir-ən(t)s\ *n* **1 a** : the act, action, or process of appearing **b** : the coming into court of a party in an action or his attorney **2 a** : outward aspect : LOOK ⟨had a fierce ~⟩ **b** : external show : SEMBLANCE ⟨although hostile, he tried to preserve an ~ of neutrality⟩ **c** *pl* : outward indication ⟨would do anything to keep up ~s⟩ **3 a** : a sense impression or aspect of a thing ⟨the blue of distant hills is only an ~⟩ **b** : the world of sensible phenomena **4 a** : something that appears : PHENOMENON **b** : an instance of appearing : OCCURRENCE

**ap·pease** \ə-'pēz\ *vt* **ap·peased; ap·peas·ing** [ME *appesen*, fr. OF *apaisier*, fr. *a-* (fr. L *ad-*) + *pais* peace — more at PEACE] **1** : to bring to a state of peace or quiet : CALM **2** : to cause to subside : ALLAY ⟨~ his hunger⟩ **3** : PACIFY, CONCILIATE; *esp* : to buy off (an aggressor) by concessions usu. at the sacrifice of principles — **ap·peas·able** \-'pē-zə-bəl\ *adj* — **ap·pease·ment** \ə-'pēz-mənt\ *n* — **ap·peas·er** *n*

¹**ap·pel·lant** \ə-'pel-ənt\ *adj* : of or relating to an appeal : APPELLATE

²**appellant** *n* : one that appeals; *specif* : one that appeals from a judicial decision or decree

**ap·pel·late** \ə-'pel-ət\ *adj* [L *appellatus*, pp. of *appellare*] : of, relating to, or recognizing appeals; *specif* : having the power to review the judgment of another tribunal ⟨an ~ court⟩

**ap·pel·la·tion** \,ap-ə-'lā-shən\ *n* **1** *archaic* : the act of calling by a name **2** : an identifying name or title : DESIGNATION

**ap·pel·la·tive** \ə-'pel-ət-iv\ *adj* **1** : of or relating to a common noun **2** : of, relating to, or inclined to the giving of names — **appellative** *n* — **ap·pel·la·tive·ly** *adv*

**ap·pel·lee** \,ap-ə-'lē\ *n* : one against whom an appeal is taken

**ap·pend** \ə-'pend\ *vt* [F *appendre*, fr. LL *appendere*, fr. L, to weigh, fr. *ad-* + *pendere* to weigh — more at PENDANT] **1** : ATTACH, AFFIX **2** : to add as a supplement or appendix (as in a book)

**ap·pend·age** \ə-'pen-dij\ *n* **1** : an adjunct to something larger or more important : APPURTENANCE **2** : a dependent or subordinate person **3** : a subordinate or derivative body part; *esp* : a limb or analogous part (as a seta)

**ap·pen·dant** \ə-'pen-dənt\ *adj* **1** : associated as an attendant circumstance **2** : belonging as a right — used of annexed land in English law **3** : attached as an appendage ⟨a seal ~ to a document⟩ — **appendant** *n*

**ap·pen·dec·to·my** \,ap-ən-'dek-tə-mē\ *n*, *pl* **-mies** [L *appendic-, appendix* + E *-ectomy*] : surgical removal of the vermiform appendix

**ap·pen·di·ci·tis** \ə-,pen-də-'sīt-əs\ *n* : inflammation of the vermiform appendix

**ap·pen·dic·u·lar** \,ap-ən-'dik-yə-lər\ *adj* : of or relating to an appendage and esp. a limb ⟨the ~ skeleton⟩

**ap·pen·dix** \ə-'pen-diks\ *n*, *pl* **-dix·es** *or* **-di·ces** \-də-,sēz\ [L *appendic-, appendix*, fr. *appendere*] **1 a** : APPENDAGE **b** : supplementary material usu. attached at the end of a piece of writing **2** : a bodily outgrowth or process; *specif* : VERMIFORM APPENDIX

**ap·per·ceive** \,ap-ər-'sēv\ *vt* **-ceived; -ceiv·ing** [ME *apperceiven*, fr. OF *aperceivre*, fr. *a-* (fr. L *ad-*) + *perceivre* to perceive] : to have apperception of

**ap·per·cep·tion** \-'sep-shən\ *n* [F *aperception*, fr. *apercevoir*] **1** : introspective self-consciousness **2** : mental perception; *esp* : the process of understanding something perceived in terms of previous experience *syn* see RECOGNITION — **ap·per·cep·tive** \-'sep-tiv\ *adj*

**ap·per·tain** \,ap-ər-'tān\ *vi* [ME *apperteinen*, fr. MF *apartenir*, fr. LL *appertinēre*, fr. L *ad-* + *pertinēre* to belong — more at PERTAIN] : to belong or be connected as a rightful part or attribute : PERTAIN

**ap·pe·tence** \'ap-ət-ən(t)s\ *n* : APPETENCY

**ap·pe·ten·cy** \'ap-ət-ən-sē\ *n*, *pl* **-cies** [L *appetentia*, fr. *appetent-, appetens*, prp. of *appetere*] **1** : a fixed and strong desire : APPETITE **2** : a natural affinity (as between chemicals) — **ap·pe·tent** \-ənt\ *adj*

**ap·pe·tite** \'ap-ə-,tīt\ *n* [ME *apetit*, fr. MF, fr. L *appetitus*, fr. *appetitus*, pp. of *appetere* to strive after, fr. *ad-* + *petere* to go to — more at FEATHER] **1** : one of the instinctive desires necessary to keep up organic life; *esp* : the desire to eat **2 a** : an inherent craving ⟨an insatiable ~ for work⟩ **b** : TASTE, PREFERENCE ⟨the cultural ~s of the time —J. D. Hart⟩ — **ap·pe·ti·tive** \-,tīt-iv\ *adj*

**ap·pe·tiz·er** \'ap-ə-,tī-zər\ *n* : a food or drink that stimulates the appetite and is usu. served before a meal

**ap·pe·tiz·ing** \-,tī-ziŋ\ *adj* : appealing to the appetite esp. in appearance or aroma *syn* see PALATABLE *ant* unappetizing — **ap·pe·tiz·ing·ly** \-ziŋ-lē\ *adv*

**Ap·pi·an Way** \,ap-ē-ən-\ *n* [*Appius* Claudius Caecus *fl* 300 B.C. Roman statesman] : an ancient paved highway extending from Rome to Brundisium

**appl** *abbr* applied

**ap·plaud** \ə-'plȯd\ *vb* [MF *or* L; MF *applaudir*, fr. L *applaudere*, fr. *ad-* + *plaudere* to applaud] *vi* : to express approval esp. by clapping the hands ~ *vt* **1** : to express approval of : PRAISE ⟨~ her efforts to lose weight⟩ **2** : to show approval of esp. by clapping the hands — **ap·plaud·able** \-ə-bəl\ *adj* — **ap·plaud·ably** \-blē\ *adv* — **ap·plaud·er** *n*

**ap·plause** \ə-'plȯz\ *n* [ML *applausus*, fr. L, clashing noise, fr. *applausus*, pp. of *applaudere*] **1** : approval publicly expressed (as by clapping the hands) **2** : marked commendation : ACCLAIM ⟨the kind of ~ every really creative writer wants —Robert Tallant⟩

**ap·ple** \'ap-əl\ *n, often attrib* [ME *appel*, fr. OE *æppel*; akin to OHG *apful* apple, OSlav *abluko*] **1** : the fleshy usu. rounded and red or yellow edible pome fruit of a tree (genus *Malus*) of the rose family; *also* : an apple tree **2** : a fruit or other vegetable production suggestive of an apple — **apple of one's eye** : one that is highly cherished ⟨his daughter is the *apple of his eye*⟩

**ap·ple·jack** \-,jak\ *n* : brandy distilled from cider; *also* : an alcoholic beverage traditionally made by freezing hard cider

**apple maggot** *n* : a two-winged fly (*Rhagoletis pomonella*) whose larva burrows in and feeds esp. on apples

**ap·ple-pie** \,ap-əl-,pī\ *adj* **1** : EXCELLENT, PERFECT ⟨~ order⟩ **2** : of, relating to, or characterized by traditionally American values (as honesty or simplicity) ⟨is the epitome of ~ wholesomeness⟩

**ap·ple-pol·ish** \'ap-əl-,päl-ish\ *vb* [fr. the traditional practice of schoolchildren bringing a shiny apple as a gift to their teacher] *vi* : to attempt to ingratiate oneself : TOADY ~ *vt* : to curry favor with (as by flattery) — **ap·ple-pol·ish·er** *n*

**Ap·ple·ton layer** \,ap-əl-tən-, -əlt-ᵊn-\ *n* [Sir Edward *Appleton* †1965 E physicist] : F LAYER

**ap·pli·ance** \ə-'plī-ən(t)s\ *n* **1** : an act of applying **2 a** : a piece of equipment for adapting a tool or machine to a special purpose : ATTACHMENT **b** : an instrument or device designed for a particular use; *specif* : a household or office device (as a stove, fan, or refrigerator) operated by gas or electric current **3** *obs* : COMPLIANCE

**ap·pli·ca·ble** \'ap-li-kə-bəl *also* ə-'plik-ə-\ *adj* : capable of or suitable for being applied : APPROPRIATE ⟨there are several statutes ~ to the case⟩ *syn* see RELEVANT *ant* inapplicable — **ap·pli·ca·bil·i·ty** \,ap-li-kə-'bil-ət-ē *also* ə-,plik-ə-\ *n*

**ap·pli·cant** \'ap-li-kənt\ *n* : one who applies ⟨a job ~⟩

**ap·pli·ca·tion** \,ap-lə-'kā-shən\ *n* [ME *applicacioun*, fr. L *application-, applicatio* inclination, fr. *applicatus*, pp. of *applicare*] **1** : an act of applying: **a** (1) : an act of putting to use ⟨~ of new techniques⟩ (2) : a use to which something is put ⟨new ~s for old remedies⟩ **b** : an act of administering or superposing ⟨~ of paint

Case 3:04-cv-30121-MAP   Document 17-3   Filed 06/29/2005   Page 4 of 12

**atwit·ter** \ə-'twit-ər\ *adj* : nervously concerned : EXCITED ⟨gossips ~ with speculation —*Time*⟩
**at wt** *abbr* atomic weight
**atyp·i·cal** \(')ā-'tip-i-kəl\ *adj* : not typical : IRREGULAR, UNUSUAL — **atyp·i·cal·i·ty** \ā-,tip-ə-'kal-ət-ē\ *n* — **atyp·i·cal·ly** \(')ā-'tip-i-k(ə-)lē\ *adv*
**Au** *symbol* [L *aurum*] gold
**AU** *abbr* angstrom unit
**au·bade** \ō-'bäd\ *n* [F, fr. (assumed) OProv *aubada*, fr. OProv *alba*, *auba* dawn, fr. (assumed) VL *alba*, fr. L, fem. of *albus* white] **1 a** : a song or poem greeting the dawn **2 a** : a morning love song **b** : a song or poem of lovers parting at dawn **3** : morning music — compare NOCTURNE
**¹au·burn** \'ȯ-bərn\ *adj* [ME *auborne* blond, fr. MF, fr. ML *alburnus* whitish, fr. L *albus*] **1** : of the color auburn **2** : of a reddish brown color
**²auburn** *n* : a moderate brown
**Au·bus·son** \ō-bə-'sōⁿ\ *n* [*Aubusson*, France] **1** : a figured scenic tapestry used for wall hangings and upholstery **2** : a rug woven to resemble Aubusson tapestry
**AUC** \ā-(,)yü-'sē\ *abbr* [L *ab urbe condita*] from the year of the founding of the city (of Rome)
**au cou·rant** \ō-kü-'räⁿ\ *adj* [F, lit., in the current] **1** : fully informed : UP-TO-DATE **2** : fully familiar : CONVERSANT
**¹auc·tion** \'ȯk-shən\ *n* [L *auction-*, *auctio*, lit., increase, fr. *auctus*, pp. of *augēre* to increase — more at EKE] **1** : a public sale of property to the highest bidder **2** : the act or process of bidding in some card games
**²auction** *vt* **auc·tioned**; **auc·tion·ing** \-sh(ə-)niŋ\ : to sell at auction ⟨~ *ed* off his library⟩
**auction bridge** *n* : a bridge game differing from contract bridge in that tricks made in excess of the contract are scored toward game
**auc·tion·eer** \,ȯk-shə-'ni(ə)r\ *n* : an agent who sells goods at auction — **auctioneer** *vt*
**auc·to·ri·al** \ȯk-'tōr-ē-əl, -'tȯr-\ *adj* [L *auctor* author — more at AUTHOR] : of or relating to an author
**aud** *abbr* audit; auditor
**au·da·cious** \ȯ-'dā-shəs\ *adj* [MF *audacieux*, fr. *audace* boldness, fr. L *audacia*, fr. *audac-*, *audax* bold, fr. *audēre* to dare, fr. *avidus* eager — more at AVID] **1 a** : intrepidly daring : ADVENTUROUS ⟨an ~ mountain climber⟩ **b** : recklessly bold : RASH **2** : contemptuous of law, religion, or decorum : INSOLENT **3** : marked by originality and verve ⟨a bright ~ comedy about love⟩ — **au·da·cious·ly** *adv* — **au·da·cious·ness** *n*
**au·dac·i·ty** \ȯ-'das-ət-ē\ *n*, *pl* **-ties** [ME *audacite*, fr. L *audac-*, *audax*] **1** : the quality or state of being audacious: **a** : intrepid boldness **b** : bold or arrogant disregard of normal restraints **2** : an audacious act — usu. used in pl. **syn** see TEMERITY **ant** circumspection
**¹au·di·ble** \'ȯd-ə-bəl\ *adj* [LL *audibilis*, fr. L *audire* to hear; akin to Gk *aisthanesthai* to perceive, Skt *āvis* evidently] : heard or capable of being heard — **au·di·bil·i·ty** \,ȯd-ə-'bil-ət-ē\ *n* — **au·di·bly** \'ȯd-ə-blē\ *adv*
**²audible** *n* : AUTOMATIC 2
**au·di·ence** \'ȯd-ē-ən(t)s, 'äd-\ *n* [ME, fr. MF, fr. L *audientia*, fr. *audient-*, *audiens*, prp. of *audire*] **1** : the act or state of hearing **2 a** : a formal hearing or interview ⟨an ~ with the pope⟩ **b** : an opportunity of being heard ⟨he would succeed if he were once given ~⟩ **3 a** : a group of listeners or spectators **b** : the reading public **4** : FOLLOWING
**au·di·ent** \-ənt\ *n* [L *audient-*, *audiens*, prp.] : one that hears
**au·dile** \'ȯ-,dīl\ *n* [L *audire* to hear] : a person whose mental imagery is auditory rather than visual or motor — **audile** *adj*
**aud·ing** \'ȯd-iŋ\ *n* [L *audire* + E *-ing*] : the process of hearing, recognizing, and interpreting a spoken language
**¹au·dio** \'ȯd-ē-,ō\ *adj* [*audio-*] **1** : of or relating to acoustic, mechanical, or electrical frequencies corresponding to normally audible sound waves which are of frequencies approximately from 15 to 20,000 cycles per second **2 a** : of or relating to sound or its reproduction and esp. high-fidelity reproduction **b** : relating to or used in the transmission or reception of sound — compare VIDEO
**²audio** *n* **1** : the transmission, reception, or reproduction of sound **2** : the section of television or motion picture equipment that deals with sound **3** : an audio signal; *broadly* : SOUND
**audio-** *comb form* [L *audire* to hear] **1** : hearing ⟨*audio*meter⟩ **2** : sound ⟨*audio*phile⟩ **3** : auditory and ⟨*audio*visual⟩
**au·dio·gen·ic** \,ȯd-ē-ō-'jen-ik\ *adj* : produced by frequencies corresponding to sound waves — used esp. of epileptoid responses ⟨~ seizures⟩
**au·dio·lin·gual** \,ȯd-ē-ō-'liŋ-g(yə-)wəl\ *adj* : involving a drill routine of listening and speaking in language learning
**au·di·ol·o·gy** \,ȯd-ē-'äl-ə-jē\ *n* : a branch of science dealing with hearing; *specif* : therapy of individuals having impaired hearing — **au·di·o·log·i·cal** \-ē-ə-'läj-i-kəl\ *adj* — **au·di·ol·o·gist** \-ē-'äl-ə-jəst\ *n*
**au·di·om·e·ter** \,ȯd-ē-'äm-ət-ər\ *n* : an instrument used in measuring the acuity of hearing — **au·di·o·met·ric** \-ē-ō-'me-trik\ *adj* — **au·di·om·e·try** \-ē-'äm-ə-trē\ *n*
**au·dio·phile** \'ȯd-ē-ō-,fīl\ *n* : one who is enthusiastic about sound reproduction and esp. music from high-fidelity broadcasts or recordings
**au·dio·tape** \,ȯd-ē-ō-'tāp\ *n* : a tape recording of sound
**au·dio·vi·su·al** \,ȯd-ē-(,)ō-'vizh-(ə-)wəl, -'vizh-əl\ *adj* **1** : of or relating to both hearing and sight **2** : designed to aid in learning or teaching by making use of both hearing and sight ⟨an extensive ~ department of films and recordings⟩
**au·dio·vi·su·als** \-wəlz, -əlz\ *n pl* : instructional materials (as filmstrips accompanied by recordings) that make use of both sight and sound
**¹au·dit** \'ȯd-ət\ *n* [ME, fr. L *auditus* act of hearing, fr. *auditus*, pp.] **1 a** : a formal or official examination and verification of an account book **b** : a methodical examination and review **2** : the final report of an examination of books of account by auditors — **au·dit·able** \-ə-bəl\ *adj*

**²audit** *vt* **1** : to examine with intent to verify ⟨~ the account books⟩ **2** : to attend (a course) without working for or expecting to receive formal credit
**¹au·di·tion** \ȯ-'dish-ən\ *n* [MF or L; MF, fr. L *audition-*, *auditio*, fr. *auditus*, pp. of *audire*] **1** : the power or sense of hearing **2** : the act of hearing; *esp* : a critical hearing ⟨an ~ of new recordings⟩ **3** : a trial performance to appraise an entertainer's merits
**²audition** *vb* **au·di·tioned**; **au·di·tion·ing** \-'dish-(ə-)niŋ\ *vt* : to test in an audition ~ *vi* : to give a trial performance
**au·di·tive** \'ȯd-ət-iv\ *adj* : AUDITORY
**au·di·tor** \'ȯd-ət-ər\ *n* **1** : one that hears or listens; *esp* : one that is a member of an audience **2** : one authorized to examine and verify accounts **3** : one that audits a course of study **4** : one that hears (as a court case) in the capacity of judge
**au·di·to·ri·um** \,ȯd-ə-'tōr-ē-əm, -'tȯr-\ *n* **1** : the part of a public building where an audience sits **2** : a room, hall, or building used for public gatherings
**¹au·di·to·ry** \'ȯd-ə-,tōr-ē, -,tȯr-\ *n* [ME *auditorie*, fr. L *auditorium* auditorium] **1** *archaic* : AUDIENCE **2** *archaic* : AUDITORIUM
**²au·di·to·ry** *adj* [LL *auditorius*] : of, relating to, or experienced through hearing
**auditory nerve** *n* : either of the 8th pair of cranial nerves connecting the inner ear with the brain and transmitting impulses concerned with hearing and balance — see EAR illustration
**au fait** \ō-'fā\ *adj* [F, lit., to the point] **1** : fully competent : CAPABLE **2** : fully informed : FAMILIAR **3** : socially correct
**Auf·klä·rung** \'auf-,klā-rəŋ, -,kler-əŋ\ *n* [G] : ENLIGHTENMENT 2
**au fond** \ō-'fōⁿ\ *adv* [F] : at bottom : FUNDAMENTALLY
**auf Wie·der·seh·en** \auf-'vēd-ər-,zā(-ə)n\ *interj* [G, lit., till seeing again] — used to express farewell
**aug** *abbr* augmentative
**Aug** *abbr* August
**Au·ge·an** \ȯ-'jē-ən\ *adj* [L *Augeas*, king of Elis, fr. Gk *Augeias*; fr. the legend that his stable, left neglected for 30 years, was finally cleaned by Hercules] : extremely formidable or difficult and occas. distasteful ⟨an ~ task⟩
**Augean stable** *n* : a condition or place marked by great accumulation of filth or corruption — usu. used in pl. ⟨every government should attend to cleaning its own *Augean stables*⟩
**au·gend** \'ȯ-,jend\ *n* [L *augendus*, gerundive of *augēre* to increase — more at EKE] : a quantity to which an addend is added
**au·ger** \'ȯ-gər\ *n* [ME, alter. (resulting from incorrect division of *a nauger*) of *nauger*, fr. OE *nafogār*; akin to OHG *nabugēr* auger; both fr. a prehistoric WGmc NGmc compound whose constituents are represented by OE *nafu*, nave and *gār* spear — more at GORE] **1** : a tool for boring holes in wood consisting of a shank with a crosswise handle for turning, a central tapered screw, and a pair of cutting lips **2** : any of various instruments or devices made like an auger and used for boring (as in soil), forcing (as through a meat grinder), or for moving material (as in a snow thrower)   augers 1: 1, 2 screw, 3 tapering pod
**¹aught** \'ȯt, 'ät\ *pron* [ME, fr. OE *āwiht*, fr. *ā* ever + *wiht* creature, thing — more at AYE, WIGHT] **1** *archaic* : ANYTHING **2** : ALL ⟨for ~ I care⟩
**²aught** *adv*, *archaic* : at all
**³aught** *n* [alter. (resulting from incorrect division of *a naught*) of *naught*] **1** : ZERO, CIPHER **2** *archaic* : NONENTITY, NOTHING
**au·gite** \'ȯ-,jīt\ *n* [L *augites*, a precious stone, fr. Gk *augitēs*] **1** : a mineral consisting of an aluminous usu. black or dark green pyroxene that is found in igneous rocks **2** : PYROXENE — **au·git·ic** \ȯ-'jit-ik\ *adj*
**¹aug·ment** \ȯg-'ment\ *vb* [ME *augmenten*, fr. MF *augmenter*, fr. LL *augmentare*, fr. *augmentum* increase, fr. *augēre* to increase — more at EKE] *vi* : to become augmented ~ *vt* **1** : to make (something well or adequately developed) greater, more numerous, larger, or more intense **2** : to add an augment to **syn** see INCREASE **ant** abate — **aug·ment·able** \-ə-bəl\ *adj* — **aug·ment·er** or **aug·men·tor** \-'ment-ər\ *n*
**²aug·ment** \'ȯg-,ment\ *n* : a vowel prefixed or a lengthening of the initial vowel to mark past time esp. in Greek and Sanskrit verbs
**aug·men·ta·tion** \,ȯg-mən-'tā-shən, -,men-\ *n* **1 a** : the act or process of augmenting **b** : the state of being augmented **2** : something that augments : ADDITION
**¹aug·men·ta·tive** \ȯg-'ment-ət-iv\ *adj* **1** : able to augment **2** : indicating large size and sometimes awkwardness or unattractiveness — used of words and affixes; compare DIMINUTIVE
**²augmentative** *n* : an augmentative word or affix
**aug·ment·ed** \ȯg-'ment-əd\ *adj*, *of a musical interval* : made one half step greater than major or perfect ⟨an ~ fifth⟩
**augmented matrix** *n* : a matrix whose elements are the coefficients of a set of simultaneous linear equations with the constant terms of the equations entered in an added column
**au gra·tin** \ō-'grat-ᵊn, ȯ-, -'grät-\ *adj* [F, lit., with the burnt scrapings from the pan] : covered with bread crumbs, butter, and cheese and then browned
**¹au·gur** \'ȯ-gər\ *n* [L; prob. akin to L *augēre*] **1** : an official diviner of ancient Rome **2** : one held to foretell events by omens
**²augur** *vt* **1** : to foretell esp. from omens **2** : to give promise of : PRESAGE ⟨higher pay ~*s* a better future⟩ ~ *vi* : to predict the future esp. from omens
**au·gu·ry** \'ȯ-gyə-rē, -gə-\ *n*, *pl* **-ries** **1** : divination from omens or portents or from chance events (as the fall of lots) **2** : OMEN, PORTENT

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
|---|---|---|---|---|---|
| au out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision | |

**em·blem·at·ic** \ˌem-blə-'mat-ik\ *also* **em·blem·at·i·cal** \-i-kəl\ *adj* : of, relating to, or constituting an emblem : SYMBOLIC — **em·blem·at·i·cal·ly** \-i-k(ə-)lē\ *adv*

**em·blem·a·tize** \em-'blem-ə-ˌtīz\ *vt* **-tized; -tiz·ing** : to represent by or as if by an emblem : SYMBOLIZE

**em·ble·ments** \'em-blə-mən(t)s\ *n pl* [ME *emblayment*, fr. MF *emblaement*, fr. *emblaer* to sow with grain, fr. *en-* + *blee* grain] : crops from annual cultivation legally belonging to the tenant

**em·bod·i·ment** \im-'bäd-i-mənt\ *n* 1 : the act of embodying : the state of being embodied 2 : one that embodies something ⟨the ∼ of all our hopes⟩

**em·body** \im-'bäd-ē\ *vt* **em·bod·ied; em·body·ing** 1 : to give a body to (a spirit) : INCARNATE 2 **a** : to deprive of spirituality **b** : to make concrete and perceptible 3 : to cause to become a body or part of a body : INCORPORATE 4 : to represent in human or animal form : PERSONIFY ⟨men who greatly *embodied* the idealism of American life —A. M. Schlesinger b1917⟩ — **em·bod·i·er** *n*

**embol-** *or* **emboli-** *or* **embolo-** *comb form* [NL, fr. *embolus*] : embolus ⟨*embolectomy*⟩

**em·bold·en** \im-'bōl-dən\ *vt* : to instill with boldness or courage

**em·bo·lec·to·my** \ˌem-bə-'lek-tə-mē\ *n, pl* **-mies** : surgical removal of an embolus

**em·bol·ic** \em-'bäl-ik, im-\ *adj* : of or relating to an embolus or embolism

**em·bo·lism** \'em-bə-ˌliz-əm\ *n* [ME *embolisme*, fr. ML *embolismus*, fr. Gk *embol-* (fr. *emballein* to insert, intercalate) — more at EMBLEM] 1 : the insertion of one or more days in a calendar : INTERCALATION 2 **a** : the sudden obstruction of a blood vessel by an embolus **b** : EMBOLUS — **em·bo·lis·mic** \ˌem-bə-'liz-mik\ *adj*

**em·bo·li·za·tion** \ˌem-bə-lə-'zā-shən\ *n* : the process or state in which a blood vessel or organ is obstructed by the lodgment of a material mass (as an embolus)

**em·bo·lus** \'em-bə-ləs\ *n, pl* **-li** \-ˌlī\ [NL, fr. Gk *embolos* wedge-shaped object, stopper, fr. *emballein*] : an abnormal particle (as an air bubble) circulating in the blood — compare THROMBUS

**em·bo·ly** \'em-bə-lē\ *n* [Gk *embolē* insertion, fr. *emballein*] : gastrula formation by simple invagination of the blastula wall

**em·bon·point** \äⁿ-bōⁿ-pwaⁿ\ *n* [F, fr. MF, fr. *en bon point* in good condition] : plumpness of person : STOUTNESS

**em·bo·som** \im-'búz-əm *also* -'büz-\ *vt* 1 *archaic* : to take into or place in the bosom 2 : to shelter closely : ENCLOSE ⟨his house ∼ed in the grove —Alexander Pope⟩

¹**em·boss** \im-'bäs, -'bȯs\ *vt* [ME *embosen* to become exhausted fr. being hunted] *obs* : to drive (as a hunted animal) to bay

²**emboss** *vt* [ME *embosen*, fr. MF *embocer*, fr. *en-* + *boce* boss] 1 : to raise the surface of into bosses; *esp* : to ornament with raised work 2 : to raise in relief from a surface 3 : ADORN, EMBELLISH — **em·boss·a·ble** \-ə-bəl\ *adj* — **em·boss·er** \-ər\ *n* — **em·boss·ment** \-mənt\ *n*

**em·bou·chure** \ˌäm-bù-'shù(ə)r\ *n* [F, fr. (s')*emboucher* to flow into, fr. *en-* + *bouche* mouth — more at DEBOUCH] 1 : the position and use of the lips in producing a musical tone on a wind instrument 2 : the mouthpiece of a musical instrument

**em·bowed** \im-'bōd\ *adj* : bent like a bow: as **a** : ARCHED, VAULTED ⟨an ∼ ceiling⟩ **b** : curved outward to form a projecting recess

**em·bow·el** \im-'bau̇(-ə)l\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** 1 : DISEMBOWEL 2 *obs* : ENCLOSE

**em·bow·er** \im-'bau̇(-ə)r\ *vt* : to shelter or enclose in a bower ⟨like a rose ∼ed in its own green leaves —P. B. Shelley⟩

¹**em·brace** \im-'brās\ *vb* **em·braced; em·brac·ing** [ME *embracen*, fr. MF *embracer*, fr. OF *embracier*, fr. *en-* + *brace* two arms — more at BRACE] *vt* 1 **a** : to clasp in the arms : HUG **b** : CHERISH, LOVE 2 : ENCIRCLE, ENCLOSE 3 **a** : to take up esp. readily or gladly ⟨∼ a cause⟩ **b** : to avail oneself of : WELCOME ⟨*embraced* the opportunity to study further⟩ 4 **a** : to take in or include as a part, item, or element of a more inclusive whole ⟨charity ∼s all acts that contribute to human welfare⟩ **b** : to be equal or equivalent to ⟨his assets *embraced* $10⟩ ∼ *vi* : to participate in an embrace **syn** 1 see ADOPT **ant** spurn 2 see INCLUDE — **em·brace·able** \-'brā-sə-bəl\ *adj* — **em·brace·ment** \-'brā-smənt\ *n* — **em·brac·er** *n* — **em·brac·ing·ly** \-'brā-siŋ-lē\ *adv*

²**embrace** *n* 1 : a close encircling with the arms and pressure to the bosom esp. as a sign of affection : HUG 2 : GRIP, ENCIRCLEMENT ⟨helpless in the ∼ of terror⟩ 3 : ACCEPTANCE ⟨his ready ∼ of new doctrines⟩

**em·bra·ceor** \im-'brā-sər\ *n* [AF, fr. MF *embraseor* instigator, fr. *embraser* to set on fire, fr. *en-* + *brase, brese* live coals] : one guilty of embracery

**em·brac·ery** \im-'brās-(ə-)rē\ *n, pl* **-er·ies** [ME, fr. AF *embraceor*] : an attempt to influence a jury corruptly (as by bribes or threats)

**em·brac·ive** \-'brā-siv\ *adj* 1 : disposed to embrace 2 : INCLUSIVE, COMPREHENSIVE

**em·branch·ment** \im-'branch-mənt\ *n* [F *embranchement*, fr. (s')*embrancher* to branch out, fr. *en-* + *branche* branch] 1 : a branching off or out (as of a valley) 2 : BRANCH

**em·bran·gle** \im-'braŋ-gəl\ *vt* **-gled; -gling** \-g(ə-)liŋ\ [*en-* + *brangle* (squabble)] : EMBROIL — **em·bran·gle·ment** \-gəl-mənt\ *n*

**em·bra·sure** \im-'brā-zhər\ *n* [F, fr. obs. *embraser* to widen an opening] 1 : a recess of a door or window 2 : an opening with sides flaring outward in a wall or parapet of a fortification usu. for allowing the firing of cannon

**em·brit·tle** \im-'brit-ᵊl\ *vb* **-tled; -tling** \-'brit-liŋ, -ᵊl-iŋ\ *vt* : to make brittle ∼ *vi* : to become brittle — **em·brit·tle·ment** \-'brit-ᵊl-mənt\ *n*

**em·bro·cate** \'em-brə-ˌkāt\ *vt* **-cat·ed; -cat·ing** [LL *embrocatus*, pp. of *embrocare*, fr. Gk *embrochē* lotion, fr. *embrechein* to embrocate, fr. *en-* + *brechein* to wet] : to moisten and rub (a part of the body) with a lotion

**em·bro·ca·tion** \ˌem-brə-'kā-shən\ *n* : LINIMENT

**embroglio** *var of* IMBROGLIO

**em·broi·der** \im-'brȯid-ər\ *vb* **em·broi·dered; em·broi·der·ing** \-(ə-)riŋ\ [ME *embroderen*, fr. MF *embroder*, fr. *en-* + *broder* to embroider, of Gmc origin; akin to OE *brord* point, *byrst* bristle] *vt* 1 **a** : to ornament with needlework **b** : to form with needlework 2 : to elaborate on : EMBELLISH ∼ *vi* 1 : to make embroidery 2 : to provide embellishments : ELABORATE — **em·broi·der·er** \-'brȯid-ər-ər\ *n*

**em·broi·dery** \im-'brȯid-(ə-)rē\ *n, pl* **-der·ies** 1 **a** : the art or process of forming decorative designs with hand or machine needlework **b** : a design or decoration so formed **c** : an object decorated with embroidery 2 : elaboration by use of decorative and often fictitious detail 3 : something pleasing or desirable but unimportant ⟨considered the humanities mere educational ∼⟩

**em·broil** \im-'brȯi(ə)l\ *vt* [F *embrouiller*, fr. MF, fr. *en-* + *brouiller* to broil] 1 : to throw into disorder or confusion 2 : to involve in conflict or difficulties — **em·broil·ment** \-mənt\ *n*

**em·brown** \im-'braun\ *vt* 1 : DARKEN 2 : to cause to turn brown

**embrue** *var of* IMBRUE

**embry-** *or* **embryo-** *comb form* [LL, fr. Gk, fr. *embryon*] : embryo ⟨*embryogeny*⟩

**em·bryo** \'em-brē-ˌō\ *n, pl* **em·bry·os** [ML *embryon-, embryo,* fr. Gk *embryon,* fr. *en-* + *bryein* to swell; akin to Gk *bryon* moss] 1 **a** *archaic* : a vertebrate at any stage of development prior to birth or hatching **b** : an animal in the early stages of growth and differentiation that are characterized by cleavage, the laying down of fundamental tissues, and the formation of primitive organs and organ systems; *esp* : the developing human individual from the time of implantation to the end of the eighth week after conception 2 : the young sporophyte of a seed plant usu. comprising a rudimentary plant with plumule, radicle, and cotyledons 3 **a** : something as yet undeveloped **b** : a beginning or undeveloped state of something ⟨productions seen in ∼ during their out-of-town tryout period —Henry Hewes⟩

**em·bryo·gen·e·sis** \ˌem-brē-ō-'jen-ə-səs\ *n* : the formation and development of the embryo — **em·bryo·ge·net·ic** \-jə-'net-ik\ *adj*

**em·bryo·g·e·ny** \ˌem-brē-'äj-ə-nē\ *n, pl* **-nies** : EMBRYOGENESIS — **em·bryo·gen·ic** \-brē-ō-'jen-ik\ *adj*

**embryol** *abbr* embryology

**em·bry·ol·o·gy** \ˌem-brē-'äl-ə-jē\ *n* [F *embryologie*] 1 : a branch of biology dealing with embryos and their development 2 : the features and phenomena exhibited in the formation and development of an embryo — **em·bry·o·log·ic** \-brē-ə-'läj-ik\ *or* **em·bry·o·log·i·cal** \-i-kəl\ *adj* **em·bry·o·log·i·cal·ly** \-i-k(ə-)lē\ *adv* — **em·bry·ol·o·gist** \-brē-'äl-ə-jəst\ *n*

**embryon-** *or* **embryoni-** *comb form* [ML *embryon-, embryo*] : embryo ⟨*embryonic*⟩

**em·bry·o·nal** \em-'brī-ən-ᵊl\ *adj* : EMBRYONIC 1 — **em·bry·o·nal·ly** \-'brī-ə-nə-lē\ *adv*

**em·bry·o·nat·ed** \'em-brē-ə-ˌnāt-əd\ *adj* : having an embryo

**em·bry·on·ic** \ˌem-brē-'än-ik\ *adj* 1 : of or relating to an embryo 2 : being in an early stage of development : INCIPIENT, RUDIMENTARY — **em·bry·on·i·cal·ly** \-i-k(ə-)lē\ *adv*

**embryonic disk** *n* **a** : BLASTODISC **b** : BLASTODERM 2 : the part of the inner cell mass of a blastocyst from which the embryo of a placental mammal develops — called also *embryonic shield*

**embryonic layer** *n* : GERM LAYER

**embryonic membrane** *n* : a structure (as the amnion) that derives from the fertilized ovum but does not form a part of the embryo

**em·bryo·phyte** \'em-brē-ə-ˌfīt\ *n* : a plant (as a fern) producing an embryo and developing vascular tissues

**embryo sac** *n* : the female gametophyte of a seed plant consisting of a thin-walled sac within the nucellus that contains the egg nucleus and others which give rise to endosperm on fertilization

**em·bry·ot·ic** \ˌem-brē-'ät-ik\ *adj* [*embryo* + *-tic* (as in *patriotic*)] : EMBRYONIC 2

¹**em·cee** \'em-'sē\ *n* [M. C.] : MASTER OF CEREMONIES

²**emcee** *vb* **em·ceed; em·cee·ing** *vt* : to act as master of ceremonies of ∼ *vi* : to act as master of ceremonies

**Em·den** *var of* EMBDEN

**-eme** \ˌēm\ *n suffix* [F *-ème* (fr. *phonème* speech sound, phoneme)] : significantly distinctive unit of language structure ⟨*taxeme*⟩

**emend** \ē-'mend\ *vt* [ME *emenden*, fr. L *emendare* — more at AMEND] 1 *archaic* : to free from defects 2 : to correct usu. by textual alterations **syn** see CORRECT **ant** corrupt (as a text) — **emend·able** \-'men-də-bəl\ *adj* — **emend·er** *n*

**emen·date** \'ē-ˌmen-ˌdāt; 'em-ən-, -ˌen-\ *vt* **-dat·ed; -dat·ing** : EMEND 2 — **emen·da·tor** \-ˌdāt-ər\ *n* — **emen·da·to·ry** \ē-'men-də-ˌtȯr-ē, -ˌtȯr-\ *adj*

**emen·da·tion** \ˌē-ˌmen-'dā-shən; ˌem-ən-, -ˌen-\ *n* 1 : the act of emending 2 : an alteration designed to correct or improve

**emer** *abbr* emeritus

¹**em·er·ald** \'em-(ə-)rəld\ *n* [ME *emeraude*, fr. MF *esmeralde*, fr. (assumed) VL *smaralda*, fr. L *smaragdus*, fr. Gk *smaragdos*] 1 : a rich green variety of beryl prized as a gemstone 2 : any of various green gemstones (as synthetic corundum or demantoid)

²**emerald** *adj* : brightly or richly green

**emerald green** *n* 1 : a clear bright green resembling that of the emerald 2 : any of various strong greens

**emerge** \i-'mərj\ *vi* **emerged; emerg·ing** [L *emergere*, fr. *e-* + *mergere* to plunge — more at MERGE] 1 : to rise from or as if from an enveloping fluid : come out into view 2 : to become manifest 3 : to rise from an obscure or inferior condition 4 : to come into being through evolution

**emer·gence** \i-'mər-jən(t)s\ *n* 1 : the act or an instance of emerging 2 : any of various superficial outgrowths of plant tissue usu. formed from both epidermis and immediately underlying tissues

**emer·gen·cy** \i-'mər-jən-sē\ *n, pl* **-cies** 1 : an unforeseen combination of circumstances or the resulting state that calls for immediate action 2 : a pressing need **syn** see JUNCTURE

¹**emer·gent** \i-'mər-jənt\ *adj* [ME, fr. L *emergent-, emergens,* prp. of *emergere*] 1 : rising out of or as if out of a fluid 2 **a** : arising unexpectedly **b** : calling for prompt action : URGENT 3 : arising as a natural or logical consequence 4 : newly formed ⟨the ∼ nations of Africa⟩

²**emergent** *n* 1 : something emergent 2 **a** : a tree that rises above the surrounding forest **b** : a plant rooted in shallow water and having most of the vegetative growth above water

**in·sure** \in-'shu̇(ə)r\ *vb* **in·sured; in·sur·ing** [ME *insuren*, prob. alter. of *assuren* to assure] *vt* **1** : to give, take, or procure insurance on or for  **2** : to make certain esp. by taking necessary measures and precautions  ~ *vi* : to contract to give or take insurance; *specif* : UNDERWRITE  *syn* see ENSURE
**in·sured** *n* : a person whose life or property is insured
**in·sur·er** \in-'shu̇r-ər\ *n* : one that insures; *specif* : an insurance underwriter
**in·sur·gence** \in-'sər-jən(t)s\ *n* : an act or the action of being insurgent : INSURRECTION
**in·sur·gen·cy** \-jən-sē\ *n, pl* **-cies**  **1** : the quality or state of being insurgent; *specif* : a condition of revolt against a government that is less than an organized revolution and that is not recognized as belligerency  **2** : INSURGENCE
¹**in·sur·gent** \-jənt\ *n* [L *insurgent-, insurgens*, prp. of *insurgere* to rise up, fr. *in-* + *surgere* to rise — more at SURGE]  **1** : a person who revolts against civil authority or an established government; *esp* : a rebel not recognized as a belligerent  **2** : one who acts contrary to the policies and decisions of his political party
²**insurgent** *adj* : rising in opposition to civil authority or established leadership — **in·sur·gent·ly** *adv*
**in·sur·mount·able** \ˌin(t)-sər-'maunt-ə-bəl\ *adj* : incapable of being surmounted : INSUPERABLE ⟨~ problems⟩ — **in·sur·mount·ably** \-blē\ *adv*
**in·sur·rec·tion** \ˌin(t)-sə-'rek-shən\ *n* [ME, fr. MF, fr. LL *insurrection-, insurrectio*, fr. *insurrectus*, pp. of *insurgere*] : an act or instance of revolting against civil authority or an established government  *syn* see REBELLION — **in·sur·rec·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **in·sur·rec·tion·ary** \-shə-ˌner-ē\ *adj or n* — **in·sur·rec·tion·ist** \-sh(ə-)nəst\ *n*
**in·sus·cep·ti·ble** \ˌin(t)-sə-'sep-tə-bəl\ *adj* : not susceptible ⟨~ to flattery⟩ — **in·sus·cep·ti·bil·i·ty** \-ˌsep-tə-'bil-ət-ē\ *n* — **in·sus·cep·ti·bly** \-ˌin(t)-sə-'sep-tə-blē\ *adv*
**int** *abbr*  **1** intelligence  **2** intercept  **3** interest  **4** interim  **5** interior  **6** interjection  **7** interleaved  **8** intermediate  **9** internal  **10** international  **11** interpreter  **12** intersection  **13** interval  **14** interview  **15** intransitive
**in·tact** \in-'takt\ *adj* [ME *intacte*, fr. L *intactus*, fr. *in-* + *tactus*, pp. of *tangere* to touch — more at TANGENT]  **1** : untouched esp. by anything that harms or diminishes : ENTIRE, UNINJURED  **2** *of a living body or its parts* : having no relevant component removed or destroyed:  **a** : physically virginal  **b** : not castrated — **in·tact·ness** \-'tak(t)-nəs\ *n*
**in·ta·glio** \in-'tal-(ˌ)yō, -'täl-; -'tag-lē-ˌō, -'täg-\ *n, pl* **-glios** [It, fr. *intagliare* to engrave, cut, fr. ML *intaliare*, fr. L *in-* + LL *taliare* to cut — more at TAILOR]  **1 a** : an engraving or incised figure in stone or other hard material depressed below the surface of the material so that an impression from the design yields an image in relief  **b** : the art or process of executing intaglios  **c** : printing (as in die stamping and gravure) done from a plate in which the image is sunk below the surface  **2** : something (as a gem) carved in intaglio
**in·take** \'in-ˌtāk\ *n*  **1** : an opening through which fluid enters an enclosure  **2 a** : a taking in  **b** (1) : the amount taken in  (2) : something (as energy) taken in : INPUT
¹**in·tan·gi·ble** \(ˈ)in-'tan-jə-bəl\ *adj* [F or ML; F, fr. ML *intangibilis*, fr. L *in-* + LL *tangibilis* tangible] : not tangible : IMPALPABLE — **in·tan·gi·bil·i·ty** \(ˌ)in-ˌtan-jə-'bil-ət-ē\ *n* — **in·tan·gi·ble·ness** \(ˈ)in-'tan-jə-bəl-nəs\ *n* — **in·tan·gi·bly** \-blē\ *adv*
²**intangible** *n* : something intangible; *specif* : an asset (as goodwill) that is not corporeal
**in·tar·sia** \in-'tär-sē-ə\ *n* [G, modif. of It *intarsio*] : a mosaic usu. of wood fitted into a support; *also* : the art or process of making such a mosaic
**in·te·ger** \'int-i-jər\ *n* [L, adj., whole, entire — more at ENTIRE]  **1** : any of the natural numbers, the negatives of these numbers, or zero  **2** : a complete entity
**in·te·gra·ble** \'int-i-grə-bəl\ *adj* : capable of being integrated — **in·te·gra·bil·i·ty** \ˌint-i-grə-'bil-ət-ē\ *n*
¹**in·te·gral** \'int-i-grəl (*usu so in mathematics*); in-'teg-rəl *also* -'tēg-\ *adj*  **1 a** : essential to completeness : CONSTITUENT  **b** (1) : being or relating to a mathematical integer  (2) : relating to or concerned with mathematical integrals or integration  **c** : formed as a unit with another part  **2** : composed of integral parts : INTEGRATED  **3** : lacking nothing essential : ENTIRE — **in·te·gral·i·ty** \ˌint-ə-'gral-ət-ē\ *n* — **in·te·gral·ly** \'int-i-grə-lē; in-'teg-rə- *also* -'tēg-\ *adv*
²**integral** *n* : the result of a mathematical integration — compare DEFINITE INTEGRAL, INDEFINITE INTEGRAL
**integral calculus** *n* : a branch of mathematics dealing with methods of finding indefinite integrals and with their applications (as to the determination of lengths, areas, and volumes and to the solution of differential equations)
**integral domain** *n* : a mathematical ring in which multiplication is commutative, which has a multiplicative identity element, and which contains no pair of nonzero elements whose product is zero (the integers under the operations of addition and multiplication form an *integral domain*)
**in·te·grand** \'int-ə-ˌgrand\ *n* [L *integrandus*, gerundive of *integrare*] : a mathematical expression to be integrated
**in·te·grate** \'int-ə-ˌgrāt\ *vb* **-grat·ed; -grat·ing** [L *integratus*, pp. of *integrare*, fr. *integr-, integer*] *vt*  **1** : to form or blend into a whole : UNITE  **2 a** : to unite with something else  **b** : to incorporate into a larger unit  **3** : to find the integral of (as a function or equation)  **4 a** : to end the segregation of and bring into common and equal membership in society or an organization  **b** : DESEGREGATE ⟨~ school districts⟩  ~ *vi* : to become integrated
**integrated circuit** *n* : a tiny complex of electronic components and their connections that is produced in or on a small slice of material (as silicon) — **integrated circuitry** *n*
**in·te·gra·tion** \ˌint-ə-'grā-shən\ *n*  **1** : the act or process or an instance of integrating: as  **a** : incorporation as equals into society or an organization of individuals of different groups (as races)  **b** : coordination of mental processes into a normal effective personality or with the individual's environment  **2 a** : the operation of finding a function whose differential is known  **b** : the operation of solving a differential equation
**in·te·gra·tion·ist** \-sh(ə-)nəst\ *n* : a person who believes in, advocates, or practices social integration — **integrationist** *adj*
**in·te·gra·tive** \'int-ə-ˌgrāt-iv\ *adj* : serving to integrate or favoring integration : directed toward integration ⟨~ forces in a fragmented society⟩
**in·te·gra·tor** \-ˌgrāt-ər\ *n* : one that integrates; *esp* : a device or computer unit that totalizes variable quantities in a manner comparable to the mathematical integrating or solution of differential equations
**in·teg·ri·ty** \in-'teg-rət-ē\ *n*  **1** : an unimpaired condition : SOUNDNESS  **2** : firm adherence to a code of esp. moral or artistic values : INCORRUPTIBILITY  **3** : the quality or state of being complete or undivided : COMPLETENESS  *syn*  **1** see HONESTY *ant* duplicity  **2** see UNITY
**in·teg·u·ment** \in-'teg-yə-mənt\ *n* [L *integumentum*, fr. *integere* to cover, fr. *in-* + *tegere* to cover — more at THATCH] : something that covers or encloses; *esp* : an enveloping layer (as a skin, membrane, or husk) of an organism or one of its parts — **in·teg·u·men·tal** \-ˌteg-yə-'ment-ᵊl\ *adj* — **in·teg·u·men·ta·ry** \-'ment-ə-rē, -'men-trē\ *adj*
**in·tel·lect** \'int-ᵊl-ˌekt\ *n* [ME, fr. MF or L; MF, fr. L *intellectus*, fr. *intellectus*, pp. of *intellegere* to understand — more at INTELLIGENT]  **1 a** : the power of knowing as distinguished from the power to feel and to will : the capacity for knowledge  **b** : the capacity for rational or intelligent thought esp. when highly developed  **2** : a person with great intellectual powers
**in·tel·lec·tion** \ˌint-ᵊl-'ek-shən\ *n*  **1** : exercise of the intellect : REASONING  **2** : an act of the intellect : THOUGHT
**in·tel·lec·tive** \-'ek-tiv\ *adj* : having, relating to, or belonging to the intellect : RATIONAL — **in·tel·lec·tive·ly** *adv*
¹**in·tel·lec·tu·al** \ˌint-ᵊl-'ek-chə(-wə)l, -'eksh-wəl\ *adj*  **1 a** : of or relating to the intellect or its use  **b** : developed or chiefly guided by the intellect rather than by emotion or experience : RATIONAL  **c** : requiring use of the intellect  **2 a** : given to study, reflection, and speculation  **b** : engaged in activity requiring the creative use of the intellect — **in·tel·lec·tu·al·i·ty** \-ˌek-chə-'wal-ət-ē\ *n* — **in·tel·lec·tu·al·ly** \-'ek-chə(-wə-)lē, -'eksh-wə-lē\ *adv* — **in·tel·lec·tu·al·ness** \-'ek-chə(-wə)l-nəs, -'eksh-wəl-\ *n*
²**intellectual** *n*  **1** *pl, archaic* : intellectual powers  **2** : an intellectual person
**in·tel·lec·tu·al·ism** \ˌint-ᵊl-'ek-chə(-wə)-ˌliz-əm, -'eksh-wə-\ *n* : devotion to the exercise of intellect or to intellectual pursuits — **in·tel·lec·tu·al·ist** \-ləst\ *n* — **in·tel·lec·tu·al·is·tic** \-ˌek-chə(-wə)-'lis-tik, -ˌeksh-wə-\ *adj*
**in·tel·lec·tu·al·ize** \ˌint-ᵊl-'ek-chə(-wə)-ˌlīz, -'eksh-wə-\ *vt* **-ized; -iz·ing** : to give rational form or content to — **in·tel·lec·tu·al·iza·tion** \-ˌek-chə(-wə)-lə-'zā-shən, -ˌeksh-wə-\ *n* — **in·tel·lec·tu·al·iz·er** \-'ek-chə(-wə)-ˌlī-zər, -'eksh-wə-\ *n*
**in·tel·li·gence** \in-'tel-ə-jən(t)s\ *n* [ME, fr. MF, fr. L *intelligentia*, fr. *intelligent-, intelligens* intelligent]  **1 a** (1) : the ability to learn or understand or to deal with new or trying situations : REASON; *also* : the skilled use of reason  (2) : the ability to apply knowledge to manipulate one's environment or to think abstractly as measured by objective criteria (as tests)  **b** *Christian Science* : the basic eternal quality of divine Mind  **c** : mental acuteness : SHREWDNESS  **2 a** : an intelligent entity; *esp* : ANGEL  **b** : intelligent minds or mind ⟨cosmic ~⟩  **3** : the act of understanding : COMPREHENSION  **4 a** : INFORMATION, NEWS  **b** : information concerning an enemy or possible enemy or an area; *also* : an agency engaged in obtaining such information
**intelligence quotient** *n* : a number used to express the apparent relative intelligence of a person determined by dividing his mental age as reported on a standardized test by his chronological age and multiplying by 100
**in·tel·li·genc·er** \in-'tel-ə-jən-sər; -'tel-ə-ˌjen(t)-, -ˌtel-ə-\ *n*  **1** : a secret agent : SPY  **2** : a bringer of news : REPORTER
**intelligence test** *n* : a test designed to determine the relative mental capacity of a person
**in·tel·li·gent** \in-'tel-ə-jənt\ *adj* [L *intelligent-, intelligens*, prp. of *intelligere, intellegere* to understand, fr. *inter-* + *legere* to gather, select — more at LEGEND]  **1 a** : possessing intelligence  **b** : guided or directed by intellect : RATIONAL  **2 a** : having or indicating a high or satisfactory degree of intelligence and mental capacity  **b** : revealing or reflecting good judgment or sound thought : SKILLFUL  **3** : able to perform some of the functions of a computer ⟨an ~ computer terminal⟩ — **in·tel·li·gen·tial** \-ˌtel-ə-'jen-chəl\ *adj* — **in·tel·li·gent·ly** \-'tel-ə-jənt-lē\ *adv*
*syn* INTELLIGENT, CLEVER, ALERT, QUICK-WITTED, KNOWING shared meaning element : mentally keen or quick *ant* unintelligent
**in·tel·li·gen·tsia** \in-ˌtel-ə-'jen(t)-sē-ə, -'gen(t)-\ *n* [Russ *intelligentsiya*, fr. L *intelligentia* intelligence] : intellectuals who form an artistic, social, or political vanguard or elite
**in·tel·li·gi·ble** \in-'tel-ə-jə-bəl\ *adj* [ME, fr. L *intelligibilis*; fr. *intelligere*]  **1** : capable of being understood or comprehended  **2** : apprehensible by the intellect only — **in·tel·li·gi·bil·i·ty** \-ˌtel-ə-jə-'bil-ət-ē\ *n* — **in·tel·li·gi·ble·ness** \-'tel-ə-jə-bəl-nəs\ *n* — **in·tel·li·gi·bly** \-blē\ *adv*
**in·tem·per·ance** \(ˈ)in-'tem-p(ə-)rən(t)s\ *n* : lack of moderation esp. in satisfying an appetite or passion; *esp* : habitual or excessive drinking of intoxicants
**in·tem·per·ate** \-p(ə-)rət\ *adj* [ME *intemperat*, fr. L *intemperatus*, fr. *in-* + *temperatus*, pp. of *temperare* to temper] : not temperate;

---

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| au̇ out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th̲ this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

³**kern** vt : to form or set with a kern ⟨~ed letters⟩ ~ vi : to become kerned
**ker·nel** \'kərn-ᵊl\ n [ME, fr. OE cyrnel, dim. of corn] 1 chiefly dial : a fruit seed 2 : the inner softer part of a seed, fruit stone, or nut 3 : a whole seed of a cereal 4 : a central or essential part ⟨like many stereotypes... this one too contains some ~s of truth —S. M. Lyman⟩ 5 : a subset of the elements of one set (as a group) that a function (as a homomorphism) maps onto an identity element of another set
**kern·ite** \'kər-ˌnīt\ n [Kern co., Calif.] : a mineral $Na_2B_4O_7 \cdot 4H_2O$ that consists of a hydrous sodium borate and is an important source of borax
**ker·o·gen** \'ker-ə-jən\ n [Gk kēros wax + E -gen — more at CERUMEN] : bituminous material occurring in shale and yielding oil when heated
**ker·o·sene** or **ker·o·sine** \'ker-ə-ˌsēn, ˌker-ə-'-, 'kar-, ˌkar-\ n [Gk kēros + E -ene (as in camphene)] : a flammable hydrocarbon oil usu. obtained by distillation of petroleum and used for a fuel and as a solvent and thinner
**ker·ria** \'ker-ē-ə\ n [NL, genus name, fr. William Kerr †1814 E gardener] : any of a genus (Kerria) of Chinese shrubs of the rose family with solitary yellow and often double flowers
**ker·ry** \'ker-ē\ n, pl **kerries** often cap [County Kerry, Ireland] : any of an Irish breed of small hardy long-lived black dairy cattle
**Kerry blue terrier** n : any of an Irish breed of medium-sized terriers with a long head, deep chest, and silky bluish coat
**ker·sey** \'kər-zē\ n, pl **kerseys** [ME, fr. Kersey, England] 1 a : a coarse ribbed woolen cloth for hose and work clothes b : a heavy wool or wool and cotton fabric used esp. for uniforms and coats 2 : a garment of kersey
**ker·sey·mere** \'kər-zē-ˌmi(ə)r\ n [alter. of cassimere] : a fine woolen fabric with a close nap made in fancy twill weaves
**ke·ryg·ma** \kə-'rig-mə\ n [Gk kērygma, fr. kēryssein to proclaim, fr. kēryx herald — more at CADUCEUS] : the apostolic proclamation of salvation through Jesus Christ — **ker·yg·mat·ic** \ˌker-ig-'mat-ik\ adj
**kes·trel** \'kes-trəl\ n [ME castrel, fr. MF crecerelle] : a small European falcon (Falco tinnunculus) that is noted for its habit of hovering in the air against a wind and that is about a foot long, bluish gray above in the male, and reddish brown in the female; broadly : any of various small Old World falcons
**ket-** or **keto-** comb form [ISV] : ketone ⟨ketosis⟩
**ketch** \'kech\ n [ME cache] : a fore-and-aft rigged ship similar to a yawl but with a larger mizzen and with the mizzenmast stepped farther forward
**ketch·up** var of CATSUP
**ke·tene** \'kē-ˌtēn\ n [ISV] : a colorless poisonous gas $C_2H_2O$ of penetrating odor used esp. as an acetylating agent
**ke·to** \'kēt-(ˌ)ō\ adj [ket-] : of or relating to a ketone; also : containing a ketone group
**ke·to·gen·e·sis** \ˌkēt-ō-'jen-ə-səs\ n [NL] : the production of ketone bodies (as in diabetes) — **ke·to·gen·ic** \-'jen-ik\ adj
**ke·to·glu·tar·ic acid** \-glü-ˌtar-ik-\ n : either of two crystalline keto derivatives $C_5H_6O_5$ of glutaric acid; esp : the alpha keto isomer formed in various metabolic processes (as the Krebs cycle)
**ke·tone** \'kē-ˌtōn\ n [G keton, alter. of aceton acetone] : an organic compound (as acetone) with a carbonyl group attached to two carbon atoms — **ke·ton·ic** \kē-'tän-ik\ adj
**ketone body** n : any of the three compounds acetoacetic acid, acetone, and beta-hydroxybutyric acid found in the blood and urine in abnormal amounts in conditions of impaired metabolism (as diabetes mellitus)
**ke·tose** \'kē-ˌtōs, -ˌtōz\ n [ISV] : a sugar (as fructose) containing one ketone group per molecule
**ke·to·sis** \kē-'tō-səs\ n [NL] : an abnormal increase of ketone bodies in the body — **ke·tot·ic** \-'tät-ik\ adj
**ke·to·ste·roid** \ˌkēt-ō-'sti(ə)r-ˌoid also -ˌste(ə)r-\ n [ISV] : a steroid (as cortisone or estrone) containing a ketone group
**ket·tle** \'ket-ᵊl\ n [ME ketel, fr. ON ketill; akin to OE cietel kettle; both fr. a prehistoric Gmc word borrowed fr. L catillus, dim. of catinus bowl] 1 : a metallic vessel for boiling liquids; esp : TEAKETTLE 2 : KETTLEDRUM 3 : POTHOLE b : a steep-sided hollow without surface drainage esp. in a deposit of glacial drift
**ket·tle·drum** \-ˌdrəm\ n : a percussion instrument that consists of a hollow brass or copper hemisphere with a parchment head whose tension can be changed to vary the pitch
**kettle of fish** 1 : a bad state of affairs : MESS 2 : something to be considered or reckoned with : MATTER ⟨books and discs... were two very different kettles of fish —Roland Gelatt⟩
**keV** abbr kilo-electron volt
**Kew·pie** \'kyü-pē\ trademark — used for a small chubby doll with a topknot of hair
¹**key** \'kē\ n [ME, fr. OE cǣg; akin to MLG keige spear] 1 a : a usu. metal instrument by which the bolt of a lock is turned 2 a : a means of gaining or preventing entrance, possession, or control b : an instrumental or deciding factor 3 a : something that gives an explanation or identification or provides a solution ⟨the ~ to a riddle⟩ b : a list of words or phrases giving an explanation of



kern



ketch

kettledrum

symbols or abbreviations  c : an aid to interpretation or identification : CLUE ⟨can spot a zone defense by the one ~ of the strongside safety who plays... more to the outside —John Unitas⟩  d : an arrangement of the salient characters of a group of plants or animals or of taxa designed to facilitate identification  e : a map legend  4 a (1) : COTTER PIN (2) : ²COTTER  b : a keystone in an arch  c : a small piece of wood or metal used as a wedge or for preventing motion between parts  5 a : one of the levers of a keyboard musical instrument that actuates the mechanism and produces the tones  b : a lever that controls a vent in the side of a woodwind instrument or a valve in a brass instrument  c : a digital that serves as one unit of a keyboard and that works usu. by lever action to set in motion a character or an escapement (as in some typesetting machines)  d : KEYBUTTON  6 : SAMARA  7 : a system of seven tones based on their relationship to a tonic; specif : the tonality of a scale  8 a : characteristic style or tone  b : the tone or pitch of a voice  c : the predominant tone of a photograph with respect to its lightness or darkness  9 : a decoration or charm resembling a key  10 : a small switch for opening or closing an electric circuit  11 : the set of instructions governing the encipherment and decipherment of messages  12 : KEYHOLE 2 — **keyed** \'kēd\ adj — **key·less** \'kē-ləs\ adj
²**key** vt 1 : to lock with or as if with a key : FASTEN: as a : to secure (as a pulley on a shaft) by a key  b : to finish off (an arch) by inserting a keystone  2 : to regulate the musical pitch of  3 : to bring into harmony or conformity : make appropriate : ATTUNE ⟨remarks ~ed to a situation⟩  4 : to identify (a biological specimen) by a key  5 : to provide with identifying or explanatory cross-references ⟨instructions ~ed to accompanying drawings —John Gartner⟩  6 : to make nervous, tense, or excited — usu. used with up ⟨was ~ed up over her impending operation⟩  7 : KEYBOARD ~ vi 1 : to use a key  2 : to observe the position or movement of an opposing player in football in order to anticipate the play — usu. used with on ⟨the middle linebacker was ~ing on the halfback⟩
³**key** adj : of basic importance : FUNDAMENTAL ⟨~ issues⟩
⁴**key** n [Sp cayo, fr. Lucayo] : a low island or reef; specif : one of the coral islets off the southern coast of Florida
⁵**key** n [by shortening and alter. fr. kilo] slang : a kilogram of marijuana
¹**key·board** \'kē-ˌbō(ə)rd, -ˌbȯ(ə)rd\ n 1 : a bank of keys on a musical instrument (as a piano) that consists of seven white and five raised black keys to the octave  2 : an assemblage of systematically arranged keys by which a machine is operated  3 : a board on which keys for locks are hung
²**keyboard** vi : to operate a machine (as for typesetting) by means of a keyboard ~ vt : to capture or set (as data or text) by means of a keyboard — **key·board·er** n
**key·but·ton** \'kē-ˌbət-ᵊn\ n : any of the small buttons or knobs depressed by the fingers in operating a keyboard machine
**key club** n [so called because each member is provided with a key to the premises] : an informal private club serving liquor and providing entertainment
¹**key·hole** \'kē-ˌhōl\ n 1 : a hole for receiving a key  2 : a free throw area in basketball
²**keyhole** adj 1 : revealingly intimate ⟨a ~ report⟩  2 : intent on revealing intimate details ⟨~ columnists⟩
**keyhole saw** n : a narrow pointed fine-toothed saw used for cutting curves of short radius
**keying sequence** n : a sequence of letters or numbers that enciphers or deciphers a polyalphabetic substitution cipher letter by letter
**key light** n : the main light illuminating a subject in photography
**Keynes·ian** \'kān-zē-ən\ adj : of, relating to, or characteristic of John M. Keynes or his economic theories and programs — **Keynes·ian** n
**Keynes·ian·ism** \-ə-ˌniz-əm\ n : the economic theories and programs ascribed to John M. Keynes and his followers; specif : the advocacy of monetary and fiscal programs by government to increase employment
¹**key·note** \'kē-ˌnōt\ n 1 : the first and harmonically fundamental tone of a scale  2 : the fundamental or central fact, idea, or mood ⟨sadness is the ~ of this little collection —Books Abroad⟩
²**keynote** vt 1 : to set the keynote of  2 : to deliver the keynote address at — **key·not·er** n
**keynote address** n : an address designed to present the issues of primary interest to an assembly (as a political convention) and often to arouse unity and enthusiasm — called also **keynote speech**
**keynote speaker** n : one who delivers a keynote address : KEYNOTER
¹**key·punch** \'kē-ˌpənch\ n : a machine with a keyboard used to cut holes or notches in punch cards
²**keypunch** vt : to cut holes or notches in (a punch card) with a keypunch — **key·punch·er** n
**key·set** \'kē-ˌset\ n : KEYBOARD 2
**key signature** n : the sharps or flats placed after a clef in music to indicate the key
**key·stone** \'kē-ˌstōn\ n 1 : the wedge-shaped piece at the crown of an arch that locks the other pieces in place  2 : something on which associated things depend for support ⟨collective bargaining — the ~ of industrial democracy —A. E. Stevenson †1965⟩

key signatures

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| au out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t̷h this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

**out·pull** \(ʹ)au̇t-ʹpu̇l\ vt : OUTDRAW 1
¹**out·put** \ʹau̇t-ˌpu̇t\ n 1 : something produced: as a : mineral, agricultural, or industrial production ⟨steel ~⟩ b : mental or artistic production ⟨literary ~⟩ c : the amount produced by a person in a given time d : power or energy produced or delivered by a machine or system (as for storage or for conversion in kind or in characteristics) ⟨solar x-ray ~⟩ e : the terminal for the output on an electrical device f : the information fed out by a computer or accounting machine 2 : the act, process, or an instance of producing
²**output** vt out·put·ted or output; out·put·ting : to produce as output
**out·race** \(ʹ)au̇t-ʹrās\ vt : OUTPACE
¹**out·rage** \ʹau̇t-ˌrāj\ n [ME, fr. OF, excess, outrage, fr. outre beyond, in excess, fr. L ultra — more at ULTRA-] 1 : an act of violence or brutality 2 a : INJURY, INSULT ⟨do no ~s on silly women or poor passengers —Shak.⟩ b : an act that violates accepted standards of behavior or taste ⟨an ~ alike against decency and dignity —John Buchan⟩ 3 : the anger and resentment aroused by injury or insult
²**outrage** vt out·raged; out·rag·ing 1 a : RAPE b : to violate the standards or principles of ⟨he has outraged respectability past endurance —John Braine⟩ 2 : to arouse anger or resentment in usu. by some grave offense syn see OFFEND
**out·ra·geous** \au̇t-ʹrā-jəs\ adj 1 : exceeding the limits of what is usual b : not conventional or matter-of-fact : FANTASTIC 2 : VIOLENT, UNRESTRAINED 3 a : going beyond all standards of what is right or decent ⟨an ~ disregard of human rights⟩ b : deficient in propriety or good taste ⟨~ language⟩ ⟨~ manners⟩ — **out·ra·geous·ly** adv — **out·ra·geous·ness** n
syn OUTRAGEOUS, MONSTROUS, HEINOUS, ATROCIOUS shared meaning element : exceedingly bad or horrible
**ou·trance** \ü-ʹträⁿs\ n [ME, fr. MF, fr. outrer to pass beyond, carry to excess, fr. outre] : the last extremity
**out·range** \(ʹ)au̇t-ʹrānj\ vt : to surpass in range
**out·rank** \-ʹraŋk\ vt 1 : to rank higher than 2 : to exceed in importance
**ou·tré** \ü-ʹtrā\ adj [F, fr. pp. of outrer to carry to excess] : violating convention or propriety : BIZARRE
¹**out·reach** \au̇t-ʹrēch\ vt 1 a : to surpass in reach b : EXCEED ⟨the demand ~es the supply⟩ 2 : to get the better of by trickery ~ vi 1 : to go too far 2 : to reach out
²**out·reach** \ʹau̇t-ˌrēch\ n 1 : the act of reaching out 2 : the extent or limit of reach ⟨the ~ of the Ohio floods —Clifton Johnson⟩ 3 : the extending of services or activities beyond current or usual limits; also : the extent of such services or activities
¹**out·ride** \(ʹ)au̇t-ʹrīd\ vt -rode \-ʹrōd\; -rid·den \-ʹrid-ᵊn\; -rid·ing \-ʹrīd-iŋ\ 1 : to ride better, faster, or farther than : OUTSTRIP 2 : to ride out (a storm)
²**out·ride** \ʹau̇t-ˌrīd\ n : an unstressed syllable or group of syllables added to a foot in sprung rhythm but not counted in the scansion
**out·rid·er** \-ˌrīd-ər\ n 1 : a mounted attendant 2 : FORERUNNER, HARBINGER
**out·rig·ger** \ʹau̇t-ˌrig-ər\ n 1 a : a projecting spar with a shaped log at the end attached to a canoe to prevent upsetting b : a spar or projecting beam run out from a ship's side to help secure the masts or from a mast to extend a rope or sail

outrigger 1a

c : a projecting support for an oarlock; also : a boat so equipped 2 : a projecting member run out from a main structure to provide additional stability or to support something; esp : a projecting frame to support the elevator or tail planes of an airplane or the rotor of a helicopter
¹**out·right** \(ʹ)au̇t-ʹrīt\ adv 1 archaic : straight ahead : DIRECTLY 2 : in entirety : COMPLETELY ⟨rejected the proposal ~⟩ 3 : on the spot : INSTANTANEOUSLY ⟨was killed ~⟩ 4 : without lien or encumbrance ⟨purchased the property ~ for cash⟩
²**out·right** \ʹau̇t-ˌrīt\ adj 1 a : being completely or exactly what is stated ⟨an ~ lie⟩ b : given without reservation ⟨~ grants for research⟩ c : made without encumbrance or lien ⟨~ purchases⟩ 2 archaic : proceeding directly onward 3 : COMPLETE, ENTIRE — **out·right·ly** adv
syn OUTRIGHT, OUT-AND-OUT, UNMITIGATED, ARRANT shared meaning element : being what is stated without limit or qualification
**out·ri·val** \(ʹ)au̇t-ʹrī-vəl\ vt : to outdo in a competition or rivalry
**out·run** \(ʹ)au̇t-ʹrən\ vt -ran \-ʹran\; -run; -run·ning 1 : to run faster than 2 : EXCEED, SURPASS ⟨his ambitions ~ his abilities⟩
**out·sell** \-ʹsel\ vt -sold \-ʹsōld\; -sell·ing 1 archaic : to exceed in value 2 : to exceed in number of items sold 3 : to surpass in selling or salesmanship
**out·sert** \ʹau̇t-ˌsərt\ n [³out + -sert (as in insert)] : a usu. 4-page section (as of a magazine) so imposed and printed that it can be placed outside another signature
**out·set** \ʹau̇t-ˌset\ n : BEGINNING, START
**out·shine** \(ʹ)au̇t-ʹshīn\ vb -shone \-ʹshōn, esp Brit -ʹshän\ or -shined; -shin·ing vt 1 : to shine brighter than b : to excel in splendor or showiness 2 : OUTDO, SURPASS ⟨outshone most of the other films in quality —Kathleen Karr⟩ ~ vi : to shine out
¹**out·shoot** \(ʹ)au̇t-ʹshüt\ vt -shot \-ʹshät\; -shoot·ing 1 : to surpass in shooting or making shots 2 : to shoot or go beyond
²**out·shoot** \ʹau̇t-ˌshüt\ n : something that shoots out
**out·shout** \-ʹshau̇t\ vt : to shout louder than
¹**out·side** \(ʹ)au̇t-ʹsīd, ʹau̇t-ˌ\ n 1 a : a place or region beyond an enclosure or boundary b : the area farthest from a specified point of reference: as (1) : the side of home plate farthest from the batter (2) : the section of a playing area toward the sidelines; also : CORNER 2 : an outer side or surface 3 : an outer manifestation : APPEARANCE 4 : the extreme limit of a guess : MAXIMUM ⟨the crowd numbered 10,000 at the ~⟩
²**outside** adj 1 a : of, relating to, or being on or toward the outer side or surface ⟨the ~ edge⟩ b : of, relating to, or being on or toward the outer side of a curve or turn c : of, relating to, or being on or near the outside ⟨an ~ pitch⟩ 2 a : situated or performed outside a particular place b : connected with or giving access to the outside ⟨~ telephone line⟩ 3 : MAXIMUM 4 a : not included in or originating in a particular group or organization ⟨blamed the riot on ~ agitators⟩ b : not belonging to one's regular occupation or duties ⟨~ interests⟩ 5 : barely possible : REMOTE ⟨an ~ chance⟩ 6 : made or done from the outside or from a distance ⟨borrowed a basketball and practiced his ~ shot⟩
³**outside** adv 1 : on or to the outside 2 : OUTDOORS
⁴**outside** prep 1 — used as a function word to indicate movement to or position on the outer side of 2 : beyond the limits of ⟨~ the law⟩ 3 : EXCEPT
**outside of** prep : OUTSIDE
**out·sid·er** \(ʹ)au̇t-ʹsīd-ər\ n 1 : a person who does not belong to a particular group 2 : a contender not expected to win — **out·sid·er·ness** n
**out·sight** \ʹau̇t-ˌsīt\ n : the power or act of perceiving external things ⟨the clear-eyed insight and ~ of the born writer —New Yorker⟩
**out·sit** \(ʹ)au̇t-ʹsit\ vt -sat \-ʹsat\; -sit·ting : to remain sitting or in session longer than or beyond the duration of ⟨caverns, wherein one or two might . . . ~ a shower —C. F. Saunders⟩
¹**out·size** \ʹau̇t-ˌsīz\ n : an unusual size; esp : a size larger than the standard
²**outsize** also **out·sized** \-ˌsīzd\ adj : unusually large or heavy
**out·skirt** \ʹau̇t-ˌskərt\ n : a part remote from the center : BORDER — usu. used in pl. ⟨on the ~s of town⟩
**out·smart** \(ʹ)au̇t-ʹsmärt\ vt : to get the better of; esp : OUTWIT
**out·soar** \-ʹsō(ə)r, -ʹsȯ(ə)r\ vt : to soar beyond or above
**out·sole** \ʹau̇t-ˌsōl\ n : the outside sole of a boot or shoe
**out·speak** \(ʹ)au̇t-ʹspēk\ vt -spoke \-ʹspōk\; -spo·ken \-ʹspō-kən\; -speak·ing 1 : to excel in speaking 2 : to declare openly or boldly
**out·spend** \-ʹspend\ vt 1 : to exceed the limits of in spending ⟨~s his income⟩ 2 : to outdo in spending ⟨he outspent the other candidates⟩
**out·spent** \-ʹspent\ adj : completely worn out : EXHAUSTED ⟨spurred him, like an ~ horse, to death —P. B. Shelley⟩
**out·spo·ken** \au̇t-ʹspō-kən\ adj 1 : direct and open in speech or expression : FRANK ⟨candidly ~ in his criticism —Current Biog.⟩ 2 : spoken or expressed without reserve ⟨his ~ advocacy of gun control⟩ — **out·spo·ken·ly** adv — **out·spo·ken·ness** \-kən-nəs\ n
**out·spread** \au̇t-ʹspred\ vt -spread; -spread·ing : to spread out : EXTEND
**out·stand** \(ʹ)au̇t-ʹstand\ vb -stood; -stand·ing vt : to endure beyond ⟨I have outstood my time —Shak.⟩ ~ vi : to stand out
**out·stand·ing** \au̇t-ʹstan-diŋ, ʹau̇t-ˌ\ adj 1 : standing out : PROJECTING 2 a : UNPAID ⟨left several bills ~⟩ b : CONTINUING, UNRESOLVED ⟨a long ~ problem⟩ c of stocks and bonds : publicly issued and sold 3 a : standing out from a group : CONSPICUOUS b : marked by eminence and distinction syn see NOTICEABLE ant commonplace — **out·stand·ing·ly** \-diŋ-lē\ adv
**out·stare** \(ʹ)au̇t-ʹsta(ə)r, -ʹste(ə)r\ vt : OUTFACE 1
**out·sta·tion** \ʹau̇t-ˌstā-shən\ n : a remote or outlying station
**out·stay** \(ʹ)au̇t-ʹstā\ vt 1 : OVERSTAY 1 ⟨~ed his welcome⟩ 2 : to surpass in staying power ⟨~ed his competitors⟩
**out·stretch** \au̇t-ʹstrech\ vt : to stretch out : EXTEND
**out·strip** \au̇t-ʹstrip\ vt [out- + obs. strip (to move fast)] 1 : to go faster or farther than 2 : to get ahead of : leave behind ⟨has civilization outstripped the ability of its users to use it? —Margaret Mead⟩ syn see EXCEED
**out·take** \ʹau̇t-ˌtāk\ n 1 : a passage outwards : FLUE, VENT 2 : an unused film take 3 : something that is taken out
**out·talk** \(ʹ)au̇t-ʹtȯk\ vt 1 : to surpass in talking 2 : to get the better of by talking
**out·think** \-ʹthiŋk\ vt -thought \-ʹthȯt\; -think·ing 1 : to surpass in thinking 2 : to get the better of by thinking
**out·turn** \ʹau̇t-ˌtərn\ n : a quantity produced : OUTPUT
**out·vote** \(ʹ)au̇t-ʹvōt\ vt : to cast more votes than : defeat by a majority of votes ⟨the conservatives can ~ the radicals⟩
¹**out·ward** \ʹau̇t-wərd\ adj 1 : moving, directed, or turned toward the outside or away from a center ⟨an ~ flow⟩ 2 : situated on the outside : EXTERIOR 3 : of or relating to the body or to appearances rather than to the mind or the inner life ⟨~ beauty⟩ 4 : EXTERNAL
²**outward** or **out·wards** \-wərdz\ adv 1 : toward the outside 2 obs : on the outside : EXTERNALLY
³**outward** n : external form, appearance, or reality
**out·ward–bound** \ˌau̇t-wərd-ʹbau̇nd\ adj : bound in an outward direction or to foreign parts ⟨an ~ ship⟩
**out·ward·ly** \ʹau̇t-wərd-lē\ adv 1 a : on the outside : EXTERNALLY b : toward the outside 2 : in outward state, behavior, or appearance ⟨was ~ friendly⟩
**out·ward·ness** \-nəs\ n 1 : the quality or state of being external 2 : concern with or responsiveness to outward things
**out·wear** \(ʹ)au̇t-ʹwa(ə)r, -ʹwe(ə)r\ vt -wore \-ʹwō(ə)r, -ʹwȯ(ə)r\; -worn \-ʹwō(ə)rn, -ʹwȯ(ə)rn\; -wear·ing 1 : to wear out : EXHAUST 2 : to last longer than ⟨a fabric that ~s others⟩
**out·weigh** \-ʹwā\ vt : to exceed in weight, value, or importance ⟨the advantages ~ the disadvantages⟩
**out·wit** \au̇t-ʹwit\ vt 1 : to get the better of by superior cleverness : OUTSMART 2 archaic : to surpass in wisdom syn see FRUSTRATE
¹**out·work** \-ʹwərk\ vt 1 : to work out : COMPLETE 2 \(ʹ)au̇t-ˌ\ : to work harder, faster, or better than
²**out·work** \ʹau̇t-ˌwərk\ n : a minor defensive position constructed outside a fortified area

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| au̇ out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t͟h this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

**pro·lix** \prō-'liks, 'prō-(,)\ *adj* [ME, fr. MF & L; MF *prolixe*, fr. L *prolixus* extended, fr. *pro-* forward + *liquēre* to be fluid — more at LIQUID] **1** : unduly prolonged or drawn out **2** : given to verbosity and diffuseness in speaking or writing : LONG-WINDED *syn* see WORDY — **pro·lix·ly** *adv*

**pro·lix·i·ty** \prō-'lik-sət-ē\ *n* : the quality or state of being prolix

**pro·loc·u·tor** \prō-'läk-yət-ər\ *n* [L, fr. *pro-* for + *locutor* speaker, fr. *locutus*, pp. of *loqui* to speak] **1** : one who speaks for another : SPOKESMAN **2** : presiding officer : CHAIRMAN

**pro·lo·gize** \'prō-lə-,gīz, -,jäg-; -lə-,jīz\ *or* **pro·lo·gu·ize** \-,lòg-,īz, -,jäg-\ *vi* **-lo·gized** *or* **-logu·ized**; **-lo·giz·ing** *or* **-logu·iz·ing** : to write or speak a prologue

**pro·logue** *also* **pro·log** \'prō-,lòg, -,jäg\ *n* [ME *prolog*, fr. OF *prologue*, fr. L *prologus* preface to a play, fr. Gk *prologos* part of a Greek play preceding the entry of the chorus, fr. *pro-* before + *legein* to speak — more at PRO-, LEGEND] **1** : the preface or introduction to a literary work **2 a** : a speech often in verse addressed to the audience by an actor at the beginning of a play **b** : the actor speaking such a prologue **3** : an introductory or preceding event or development

**pro·long** \prə-'lòŋ\ *vt* [ME *prolongen*, fr. MF *prolonguer*, fr. LL *prolongare*, fr. L *pro-* forward + *longus* long] **1** : to lengthen in time : CONTINUE **2** : to lengthen in extent, scope, or range *syn* see EXTEND *ant* curtail — **pro·long·er** \-'lòŋ-ər\ *n*

**pro·lon·gate** \prə-'lòŋ-,gāt, prō-\ *vt* **-gat·ed; -gat·ing** : PROLONG

**pro·lon·ga·tion** \(,)prō-,lòŋ-'gā-shən, prə-\ *n* **1** : an extension or lengthening in time or duration **2** : an expansion or continuation in extent, scope, or range

**pro·lo·ther·a·py** \,prō-lō-'ther-ə-pē\ *n* [*proliferation + -o- + therapy*] : the rehabilitation of an incompetent structure (as a ligament or tendon) by the induced proliferation of new cells

**pro·lu·sion** \prō-'lü-zhən\ *n* [L *prolusion-, prolusio*, fr. *prolusus*, pp. of *proludere* to play beforehand, fr. *pro-* before + *ludere* to play — more at LUDICROUS] **1** : a preliminary trial or exercise : PRELUDE **2** : an introductory and often tentative discourse — **pro·lu·so·ry** \-'lüs-(ə-)rē, -'lüz-\ *adj*

**¹prom** \'präm\ *n* [short for *promenade*] **1** : a formal dance given by a high school or college class **2** *Brit* : PROMENADE 2

**²prom** *abbr* promontory

**¹prom·e·nade** \,präm-ə-'nād, -'näd\ *n* [F, fr. *promener* to take for a walk, fr. L *prominare* to drive forward, fr. *pro-* forward + *minare* to drive — more at AMENABLE] **1** : a leisurely walk or ride esp. in a public place for pleasure or display **2** : a place for strolling **3 a** : a ceremonious opening of a formal ball consisting of a grand march of all the guests **b** : a figure in a square dance in which couples move counterclockwise in a circle

**²promenade** *vb* **-nad·ed; -nad·ing** *vi* **1** : to take or go on a promenade **2** : to perform a promenade in a dance ~ *vt* : to walk about in or on — **prom·e·nad·er** *n*

**promenade deck** *n* : an upper deck or an area on a deck of a passenger ship where passengers stroll

**Pro·me·the·an** \prə-'mē-thē-ən\ *adj* : of, relating to, or resembling Prometheus, his experiences, or his art; *esp* : daringly original or creative

**Pro·me·theus** \-,th(y)üs, -thē-əs\ *n* [L, fr. Gk *Promētheus*] : a Titan who according to Greek myth stole fire from heaven, gave it to man, and was consequently put to extreme torture by Zeus

**pro·me·thi·um** \-thē-əm\ *n* [NL, fr. L *Prometheus*] : a metallic element of the rare-earth group obtained as a fission product of uranium or from neutron-irradiated neodymium — see ELEMENT table

**prom·i·nence** \'präm(-ə)-nən(t)s\ *n* **1** : the quality, state, or fact of being prominent or conspicuous : SALIENCE **2** : something prominent : PROJECTION 〈a rocky ~〉 **3** : a mass of gas resembling a cloud that arises from the chromosphere of the sun

**prom·i·nent** \-nənt\ *adj* [L *prominent-, prominens*, fr. prp. of *prominēre* to jut forward, fr. *pro-* forward + *-minēre* (akin to *mont-, mons* mountain) — more at MOUNT] **1** : standing out or projecting beyond a surface or line : PROTUBERANT **2 a** : readily noticeable : CONSPICUOUS **b** : widely and popularly known : LEADING *syn* see NOTICEABLE — **prom·i·nent·ly** *adv*

**pro·mis·cu·i·ty** \,präm-əs-'kyü-ət-ē, prə-,mis-\ *n, pl* **-ities 1** : a miscellaneous mixture or mingling of persons or things **2** : promiscuous sexual behavior

**pro·mis·cu·ous** \prə-'mis-kyə-wəs\ *adj* [L *promiscuus*, fr. *pro-* forth + *miscēre* to mix — more at PRO-, MIX] **1** : composed of all sorts of persons or things **2** : not restricted to one class, sort, or person : INDISCRIMINATE 〈a ~ and unprincipled attack on radicalism —A. M. Schlesinger b1917〉; *specif* : not restricted to one sexual partner **3** : CASUAL, IRREGULAR 〈~ eating habits〉 — **pro·mis·cu·ous·ly** *adv* — **pro·mis·cu·ous·ness** *n*

**¹prom·ise** \'präm-əs\ *n* [ME *promis*, fr. L *promissum*, fr. neut. of *promissus*, pp. of *promittere* to send forth, promise, fr. *pro-* forth + *mittere* to send — more at PRO-, SMITE] **1 a** : a declaration that one will do or refrain from doing something specified **b** : a legally binding declaration that gives the person to whom it is made a right to expect or to claim the performance or forbearance of a specified act **2** : ground for expectation usu. of success, improvement, or excellence 〈show ~〉 **3** : something that is promised

**²promise** *vb* **prom·ised; prom·is·ing** *vt* **1** : to pledge oneself to do, bring about, or provide 〈~ aid〉 **2** *archaic* : WARRANT, ASSURE **3** *chiefly dial* : BETROTH **4** : to suggest beforehand : FORETOKEN 〈dark clouds ~ rain〉 ~ *vi* **1** : to make a promise **2** : to give ground for expectation : be imminent

**promised land** *n* : a place or condition believed to promise final satisfaction or realization of hopes

**prom·is·ee** \,präm-ə-'sē\ *n* : a person to whom a promise is made

**prom·is·ing** \'präm-ə-siŋ\ *adj* : full of promise : likely to succeed or to yield good results — **prom·is·ing·ly** \-siŋ-lē\ *adv*

**prom·i·sor** \,präm-ə-'sò(ə)r\ *also* **prom·is·er** \'präm-ə-sər\ *n* : one who makes a promise

**prom·is·so·ry** \'präm-ə-,sōr-ē, -,sòr-\ *adj* [ML *promissorius*, fr. L *promissus*, pp.] : containing or conveying a promise or assurance

**promissory note** *n* : a written promise to pay at a certain or determinable future time a sum of money to a specified individual or to bearer

**prom·on·to·ry** \'präm-ən-,tòr-ē, -,tōr-\ *n, pl* **-ries** [L *promunturium, promonturium*; prob. akin to *prominēre* to jut forth — more at PROMINENT] **1 a** : a high point of land or rock projecting into a body of water : HEADLAND **b** : a prominent mass of land (as a bluff) overlooking or projecting into a lowland **2** : a bodily prominence

**pro·mot·able** \prə-'mōt-ə-bəl\ *adj* **1** : capable of being advanced in rank, dignity, or position 〈~ managerial manpower〉 **2** : capable of being promoted for consumer acceptance esp. through advertising — **pro·mot·abil·i·ty** \-,mōt-ə-'bil-ət-ē\ *n*

**pro·mote** \prə-'mōt\ *vt* **pro·mot·ed; pro·mot·ing** [L *promotus*, pp. of *promovēre*, lit., to move forward, fr. *pro-* forward + *movēre* to move] **1 a** : to advance in station, rank, or honor : RAISE **b** : to change (a pawn) into a piece in chess by moving to the eighth rank **c** : to advance (a student) from one grade to the next higher grade **2 a** : to contribute to the growth or prosperity of : FURTHER 〈~ international understanding〉 **b** : to help bring (as an enterprise) into being : LAUNCH **c** : to present (merchandise) for public acceptance through advertising and publicity **3** *slang* : to get possession of by doubtful means or by ingenuity *syn* see ADVANCE *ant* impede

**pro·mot·er** \-'mōt-ər\ *n* **1** : one that promotes; *esp* : one who assumes the financial responsibilities of a sporting event (as a boxing match) including contracting with the principals, renting the site, and collecting gate receipts **2** *obs* : PROSECUTOR **3** : a substance that in very small amounts is able to increase the activity of a catalyst

**pro·mo·tion** \prə-'mō-shən\ *n* **1** : the act or fact of being raised in position or rank : PREFERMENT **2** : the act of furthering the growth or development of something; *esp* : the furtherance of the acceptance and sale of merchandise through advertising and publicity — **pro·mo·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**pro·mo·tive** \-'mōt-iv\ *adj* **1** : tending to further or encourage **2** : serving to promote : PROMOTIONAL — **pro·mo·tive·ness** *n*

**¹prompt** \'präm(p)t\ *vt* [ME *prompten*, fr. ML *promptare*, fr. L *promptus* prompt] **1** : to move to action : INCITE 〈curiosity ~ed him to ask the question〉 **2** : to assist (one acting or reciting) by suggesting or saying the next words of something forgotten or imperfectly learned : CUE **3** : to serve as the inciting cause of : URGE 〈~s the question: has the danger of a severe recession passed? —S. H. Slichter〉 — **prompt·er** *n*

**²prompt** *adj* : of or relating to prompting actors

**³prompt** *adj* [ME, fr. MF or L; MF, fr. L *promptus* ready, prompt, fr. pp. of *promere* to bring forth, fr. *pro-* forth + *emere* to take — more at REDEEM] **1** : being ready and quick to act as occasion demands **2** : performed readily or immediately 〈~ assistance〉 *syn* see QUICK — **prompt·ly** \'präm(p)-tlē, 'präm-plē\ *adv* — **prompt·ness** \'prämt-nəs, 'prämp-nəs\ *n*

**⁴prompt** *n, pl* **prompts** \'präm(t)s, 'prämps\ **1** [¹*prompt*] : the act or an instance of prompting : REMINDER **2** [³*prompt*] : a limit of time given for payment of an account for goods purchased; *also* : the contract by which this time is fixed

**prompt·book** \'prämt-,bùk, 'prämp-,bùk\ *n* : a copy of a play with directions for performance used by a theater prompter

**promp·ti·tude** \'präm(p)-tə-,t(y)üd\ *n* [ME, fr. MF or LL; MF, fr. LL *promptitudo*, fr. L *promptus*] : the quality or habit of being prompt : PROMPTNESS

**prompt side** *n* **1** : the side of the stage to the right of an actor facing the audience **2** : the side of the stage adjacent to the prompter's corner

**pro·mul·gate** \'präm-əl-,gāt; prō-'məl-, prə-', 'prō-(,)\ *vt* **-gat·ed; -gat·ing** [L *promulgatus*, pp. of *promulgare*] **1** : to make known by open declaration : PROCLAIM **2 a** : to make known or public the terms of (a proposed law) **b** : to put (a law) into action or force *syn* see DECLARE — **pro·mul·ga·tion** \,präm-əl-'gā-shən; ,prō-(,)məl-, (,)prō-, prə-,\ *n* — **pro·mul·ga·tor** \'präm-əl-,gāt-ər; prō-'məl-, prə-', 'prō-(,)\ *n*

**pron** *abbr* **1** pronoun **2** pronounced **3** pronunciation

**pro·nate** \'prō-,nāt\ *vt* **pro·nat·ed; pro·nat·ing** [LL *pronatus*, pp. of *pronare* to bend forward, fr. L *pronus*] : to rotate (as the hand or forearm) so as to bring the palm facing downward or backward; *broadly* : to rotate (a joint or part) forward and toward the midline — **pro·na·tion** \prō-'nā-shən\ *n*

**pro·na·tor** \'prō-,nāt-ər\ *n* : a muscle that produces pronation

**prone** \'prōn\ *adj* [ME, fr. L *pronus* bent forward, tending; akin to L *pro* forward — more at FOR] **1** : having a tendency or inclination : DISPOSED 〈man is ~ to error〉 〈is ~ to overlook such things〉 **2** : having the front or ventral surface downward — **prone** *adv* — **prone·ly** *adv* — **prone·ness** \'prōn-nəs\ *n*
*syn* PRONE, SUPINE, PROSTRATE, RECUMBENT shared meaning element : lying down

**pro·neph·ros** \(')prō-'nef-rəs, -,räs\ *n* [NL, fr. Gk *pro-* + *nephros* kidney — more at NEPHRITIS] : a member of the anterior pair of the three pairs of embryonic renal organs of higher vertebrates — **pro·neph·ric** \-rik\ *adj*

**¹prong** \'pròŋ, 'präŋ\ *n* [ME *pronge*] **1** : FORK **2** : a tine of a fork **3** : a slender pointed or projecting part: as **a** : a fang of a tooth **b** : a point of an antler — **pronged** \'pròŋd, 'präŋd\ *adj*

**²prong** *vt* : to stab, pierce, or break up with a pronged device

**prong·horn** \'pròŋ-,hò(ə)rn, 'präŋ-\ *n, pl* **pronghorn** *also* **pronghorns** : a ruminant mammal



pronghorn

the eye  **b**: the range of vision  **7**: presentation of a note or draft to the maker or draftee : DEMAND  **8 a**: a device for guiding the eye (as in aiming a firearm or bomb)  **b**: a device with a small aperture through which objects are to be seen and by which their direction is ascertained — **out of sight**  **1**: beyond comparison  **2**: beyond all expectation or reason — **sight for sore eyes**: one whose appearance or arrival is an occasion for joy or relief

²**sight** adj  **1**: based on recognition or comprehension without previous study ⟨a ~ translation⟩  **2**: payable on presentation

³**sight** vt  **1**: to get or catch sight of ⟨several whales were ~ed⟩  **2**: to look at through or as if through a sight; esp : to test for straightness  **3**: to aim by means of sights  **4 a**: to equip with sights  **b**: to adjust the sights of ~ vi  **1**: to take aim  **2**: to look carefully in a particular direction

**sight draft** n : a draft payable on presentation

**sight-ed** \'sīt-əd\ adj : having sight ⟨clear-sighted⟩

**sight gag** n : a comic bit or episode whose effect is produced by pantomime or camera shot rather than by words

**sight-less** \'sīt-ləs\ adj  **1**: lacking sight : BLIND  **2**: INVISIBLE — **sight-less-ness** n

**sight-ly** \-lē\ adj  **1**: pleasing to the sight : ATTRACTIVE  **2**: affording a fine view — **sight-li-ness** n — **sightly** adv

**sight–read** \-,rēd\ vb **read** \-,red\; **-read-ing** \-,rēd-iŋ\ [back-formation fr. sight reader] vt : to read (as a foreign language) or perform (music) without previous preparation or study ~ vi : to read at sight; esp : to perform music at sight — **sight reader** n

**sight rhyme** n : EYE RHYME

**sight–see** \'sīt-,sē\ vi [back-formation fr. ²sightseeing] : to go about seeing sights of interest — **sight-se-er** \-,sē-ər, -,si(ə)r\ n

¹**sight–see-ing** \'sīt-,sē-iŋ\ adj : devoted to or used for seeing sights

²**sight–seeing** n : the act or pastime of seeing sights

**sight unseen** adv : without inspection or appraisal

**sig-il** \'sij-əl, 'sig-,il\ n [L sigillum — more at SEAL]  **1**: SEAL, SIGNET  **2**: a sign, word, or device of supposed occult power in astrology or magic

**sigill** abbr [L sigillum] seal

**sig-ma** \'sig-mə\ n [Gk]  **1**: the 18th letter of the Greek alphabet — see ALPHABET table  **2**: an unstable elementary particle of the baryon family existing in positive, negative, and neutral charge states with masses respectively 2328, 2343, and 2333 times the mass of an electron — called also sigma particle

**sig-moid** \'sig-,mȯid\ also **sig-moi-dal** \sig-'mȯid-ᵊl\ adj [Gk sigmoeidēs, fr. sigma; fr. a common form of sigma shaped like the Roman letter C]  **1 a**: curved like the letter C  **b**: curved in two directions like the letter S  **2**: of, relating to, or being the sigmoid flexure of the intestine — **sig-moi-dal-ly** \sig-'mȯid-ᵊl-ē\ adv

**sigmoid flexure** n : the contracted and crooked part of the colon immediately above the rectum — called also sigmoid colon

¹**sign** \'sīn\ n [ME signe, fr. OF, fr. L signum mark, token, sign, image, seal; prob. akin to L secare to cut — more at SAW]  **1 a**: a motion or gesture by which a thought is expressed or a command or wish made known  **b**: SIGNAL 2a  **c**: a fundamental linguistic unit that designates an object or relation or has a purely syntactic function  **d**: one of a set of gestures used to represent language  **2**: a mark having a conventional meaning and used in place of words or to represent a complex notion  **3**: one of the 12 divisions of the zodiac  **4 (1)**: a character (as a flat or sharp) used in musical notation  **(2)**: SEGNO  **b**: a character (as ÷) indicating a mathematical operation; also : one of two characters + and − that form part of the symbol of a number and characterize it as positive or negative  **5 a**: a lettered board or other display used to identify or advertise a place of business  **b**: a posted command, warning, or direction  **c**: SIGNBOARD  **6 a**: something material or external that stands for or signifies something spiritual  **b**: something that serves to indicate the presence or existence of something : TOKEN ⟨removed their hats as a ~ of respect⟩  **c**: PRESAGE, PORTENT ⟨~s of an early spring⟩  **d**: an objective evidence of plant or animal disease  **7**: a remarkable event supposed to indicate the will of a deity : PRODIGY

²**sign** vb [ME signen, fr. MF signer, fr. L signare to mark, sign, seal, fr. signum] vt  **1 a**: to place a sign upon  **b**: CROSS 2  **c**: to represent or indicate by a sign  **2 a**: to affix a signature to : ratify or attest by hand or seal ⟨~ a bill into law⟩ ⟨the prisoner ~ed a confession⟩  **b**: to assign or convey formally ⟨~ed over his property to his brother⟩  **c**: to write down (one's name)  **3**: to communicate by making a sign  **4**: to engage or hire by securing the signature of on a contract of employment ~ vi  **1**: to write one's name in token of assent, responsibility, or obligation  **2**: to make a sign or signal — **sign-er** n

¹**sig-nal** \'sig-nᵊl\ n [ME, fr. MF, fr. ML signale, fr. LL, neut. of signalis of a sign, fr. L signum]  **1** archaic : TOKEN, INDICATION  **2 a**: an act, event, or watchword that has been agreed upon as the occasion of concerted action ⟨waited for the ~ to begin the attack⟩  **b**: something that incites to action  **3 a**: a sound or gesture made to give warning or command ⟨a ~ that warns of an air raid⟩  **b**: an object placed to convey notice or warning  **4**: an object (as a flag on a pole) centered over a point so as to be observed from other positions in surveying  **5 a**: an object used to transmit or convey information beyond the range of human voice  **b**: the sound or image conveyed in telegraphy, telephony, radio, radar, or television  **c**: a detectable physical quantity or impulse (as a voltage, current, or magnetic field strength) by which messages or information can be transmitted

²**signal** vb **sig-naled** or **sig-nalled**; **sig-nal-ing** or **sig-nal-ling** \-nə-liŋ\ vt  **1**: to notify by a signal ⟨~ed the fleet to turn back⟩  **2 a**: to communicate by signals  **b**: to constitute a characteristic feature of (a meaningful linguistic form) ~ vi : to make or send a signal — **sig-nal-er** or **sig-nal-ler** n

³**signal** adj [modif. of F signalé, pp. of signaler to distinguish, fr. OIt segnalare to signal, distinguish, fr. segnale signal, fr. ML signale]  **1**: distinguished from the ordinary ⟨~ achievement⟩  **2**: used in signaling ⟨~ beacon⟩  syn see NOTICEABLE

**sig-nal-ize** \'sig-nə-,līz\ vt **-ized**; **-iz-ing** [³signal]  **1**: to make conspicuous : DISTINGUISH  **2**: to point out carefully or distinctly  **3**: to make signals to : SIGNAL; also : INDICATE  **4**: to place traffic signals at or on — **sig-nal-i-za-tion** \,sig-nə-lə-'zā-shən\ n

**sig-nal-ly** \'sig-nə-lē\ adv : in a signal manner : NOTABLY

**sig-nal-man** \'sig-nᵊl-mən, -,man\ n : one who signals or works with signals

**sig-nal-ment** \-mənt\ n [F signalement, fr. signaler] : description by peculiar, appropriate, or characteristic marks; specif : the systematic description of a person for purposes of identification

**sig-na-to-ry** \'sig-nə-,tōr-ē, -,tȯr-\ n, pl **-ries** [L signatorius of sealing, fr. signatus, pp.] : a signer with another or others ⟨signatories to a petition⟩; esp : a government bound with others by a signed convention — **signatory** adj

**sig-na-ture** \'sig-nə-,chu̇(ə)r, -chər, -,t(y)u̇(ə)r\ n [MF or ML; MF, fr. ML signatura, fr. L signatus, pp. of signare to sign, seal]  **1 a**: the name of a person written with his own hand  **b**: the act of signing one's name  **2**: a feature in the appearance or qualities of a natural object formerly held to indicate its utility in medicine  **3 a**: a letter or figure placed usu. at the bottom of the first page on each sheet of printed pages (as of a book) as a direction to the binder in arranging and gathering the sheets  **b**: the sheet itself which when folded becomes one unit of the book  **4 a**: KEY SIGNATURE  **b**: TIME SIGNATURE  **5**: the part of a medical prescription which contains the directions to the patient  **6**: a tune, musical number, or sound effect or in television a characteristic title or picture used to identify a program, entertainer, or orchestra

**sign-board** \'sīn-,bō(ə)rd, -,bȯ(ə)rd\ n : a board bearing a notice or sign

¹**sig-net** \'sig-nət\ n [ME, fr. MF, dim. of signe sign, seal]  **1**: a seal used officially to give personal authority to a document in lieu of signature  **2**: the impression made by or as if by a signet  **3**: a small intaglio seal (as in a finger ring)

²**signet** vt : to stamp or authenticate with a signet

**signet ring** n : a finger ring engraved with a signet, seal, or monogram : SEAL RING

**sig-ni-fi-able** \'sig-nə-,fī-ə-bəl\ adj : capable of being represented by a sign or symbol

**sig-nif-i-cance** \sig-'nif-i-kən(t)s\ n  **1 a**: something that is conveyed as a meaning often obscurely or indirectly  **b**: the quality of conveying or implying  **2 a**: the quality of being important : MOMENT  **b**: the quality of being statistically significant  syn  **1** see MEANING  **2** see IMPORTANCE  ant insignificance

**significance level** n : LEVEL OF SIGNIFICANCE

**sig-nif-i-can-cy** \sig-'nif-i-kən-sē\ n : SIGNIFICANCE

**sig-nif-i-cant** \-kənt\ adj [L significant-, significans, prp. of significare to signify]  **1**: having meaning; esp : SUGGESTIVE, EXPRESSIVE ⟨the painter's task to pick out the ~ details —Herbert Read⟩  **2**: suggesting or containing a disguised or special meaning ⟨perhaps her glance was ~⟩  **3 a**: having or likely to have influence or effect : IMPORTANT, WEIGHTY  **b**: probably caused by something other than mere chance ⟨statistically ~ correlation between vitamin deficiency and disease⟩ — **sig-nif-i-cant-ly** adv

**significant figures** n pl : the figures of a number that begin with the first figure to the left that is not zero and end with the last figure to the right that is not zero or is a zero that is considered to be exact — called also significant digits

**sig-ni-fi-ca-tion** \,sig-nə-fə-'kā-shən\ n  **1 a**: the act or process of signifying by signs or other symbolic means  **b**: a formal notification  **2**: IMPORT; esp : the meaning that a term, symbol, or character regularly conveys or is intended to convey  **3** chiefly dial : IMPORTANCE, CONSEQUENCE  syn see MEANING

**sig-nif-i-ca-tive** \'sig-'nif-ə-,kāt-iv\ adj  **1**: INDICATIVE ⟨symptoms ~ of malaria⟩  **2**: SIGNIFICANT, SUGGESTIVE — **sig-nif-i-ca-tive-ly** adv — **sig-nif-i-ca-tive-ness** n

**sig-nif-ics** \sig-'nif-iks\ n pl but sing or pl in constr [signify] : SEMIOTIC, SEMANTICS

**sig-ni-fi-er** \'sig-nə-,fī(-ə)r\ n : one that signifies : SIGN

**sig-ni-fy** \'sig-nə-,fī\ vb **-fied**; **-fy-ing** [ME signifien, fr. OF signifier, fr. L significare to indicate, signify, fr. signum sign] vt  **1 a**: MEAN, DENOTE  **b**: IMPLY  **2**: to show esp. by a conventional token (as word, signal, or gesture) ~ vi : to have significance : MATTER

**sign in** vi : to make a record of arrival by signing a register or punching a time clock ~ vt : to record arrival of (a person) or receipt of (an article) by signing

**si-gnior** \sēn-'yō(ə)r, -'yȯ(ə)r\ n [It signor] : SIGNOR

**sign language** n  **1**: a system of hand gestures used for communication (as by the deaf)  **2**: an unsystematic method of communicating chiefly by manual gestures used by people speaking different languages

**sign manual** n, pl **signs manual** [¹sign + manual, adj.] : SIGNATURE; specif : the king's signature on a royal grant or charter placed at the top of the document

**sign of aggregation** : any of various conventional devices (as braces, brackets, parentheses, or vinculums) used in mathematics to indicate that two or more terms are to be treated as one quantity

**sign off** \(')sī-'nȯf\ vi : to announce the end of a message, program, or broadcast and discontinue transmitting — **sign–off** \'sī-,nȯf\ n

**sign of the cross** : a gesture of the hand forming a cross esp. on forehead, shoulders, and breast to profess Christian faith or invoke divine protection or blessing

**sign on** \(')sī-'nȯn, -'nän\ vi  **1**: to engage oneself for duty by signature or agreement : ENLIST ⟨signed on as a member of the crew⟩  **2**: to announce the start of broadcasting for the day ~ vt : to secure the signature of — **sign–on** \'sī-,nȯn, -,nän\ n

---

ə abut    ᵊ kitten    ər further    a back    ā bake    ä cot, cart
aȯ out    ch chin    e less    ē easy    g gift    i trip    ī life
j joke    ŋ sing    ō flow    ȯ flaw    ȯi coin    th thin    t̲h̲ this
ü loot    u̇ foot    y yet    yü few    yu̇ furious    zh vision

messenger RNA — compare TRANSLATION 2 — **tran·scrip·tion·al** \-shnəl, -shən-ᵊl\ adj — **tran·scrip·tion·al·ly** \-ē\ adv

**trans·cu·ta·ne·ous** \ˌtran(t)s-kyü-'tā-nē-əs\ adj : passing or entering through the skin ⟨~ infection⟩ ⟨~ inoculation⟩

**trans·duce** \tran(t)s-'d(y)üs, tranz-\ vt **trans·duced; trans·duc·ing** [L transducere to lead across, transfer, fr. trans- + ducere to lead — more at TOW] 1 : to convert (as energy or a message) into another form ⟨essentially sense organs ~ physical energy into a nervous signal⟩ 2 : to bring about the transfer of (as a gene) from one microorganism to another by means of a viral agent

**trans·duc·er** \-'d(y)ü-sər\ n [L transducere to lead across, fr. trans- + ducere to lead — more at TOW] : a device that is actuated by power from one system and supplies power usu. in another form to a second system (as a telephone receiver that is actuated by electric power and supplies acoustic power to the surrounding air)

**trans·duc·tion** \-'dək-shən\ n [L transductus, pp. of transducere] : the action or process of transducing; esp : the transfer of genetic determinants from one microorganism to another by a viral agent (as a bacteriophage) — **trans·duc·tion·al** \-shnəl, -shən-ᵊl\ adj

¹**tran·sect** \tran(t)s-'ekt\ vt [trans- + -sect] : to cut transversely — **tran·sec·tion** \-'ek-shən\ n

²**tran·sect** \'tran(t)s-ˌekt\ n : a sample area (as of vegetation) usu. in the form of a long continuous strip

**tran·sept** \'tran(t)s-ˌept\ n [NL transeptum, fr. L trans- + septum, saeptum enclosure, wall — more at SEPTUM] : the part of a cruciform church that crosses at right angles to the greatest length between the nave and the apse or choir; also : either of the projecting ends of a transept — see BASILICA illustration — **tran·sep·tal** \tran(t)s-'ep-tᵊl\ adj

**transf** abbr transfer; transferred

¹**trans·fer** \tran(t)s-'fər, 'tran(t)s-ˌ\ vb **trans·ferred; trans·fer·ring** [ME transferren, fr. L transferre, fr. trans- + ferre to carry — more at BEAR] vt 1 a : to convey from one person, place, or situation to another : TRANSPORT b : to cause to pass from one to another : TRANSMIT c : TRANSFORM, CHANGE 2 : to make over the possession or control of : CONVEY 3 : to print or otherwise copy from one surface to another by contact ~ vi 1 : to move to a different place, region, or situation; esp : to withdraw from one educational institution to enroll at another 2 : to change from one vehicle or transportation line to another — **trans·fer·abil·i·ty** \(ˌ)tran(t)s-ˌfər-ə-'bil-ət-ē\ n — **trans·fer·able** \-ə-bəl\ adj — **trans·fer·al** \-əl\ n — **trans·fer·rer** \-ər\ n

syn TRANSFER, CONVEY, ALIENATE, DEED shared meaning element : to make over (property) from one owner to another

²**trans·fer** \'tran(t)s-ˌfər\ n 1 a : conveyance of right, title, or interest in real or personal property from one person to another b : removal or acquisition of property by mere delivery with intent to transfer title 2 a : an act, process, or instance of transferring : TRANSFERENCE 2 b : the carry-over or generalization of learned responses from one type of situation to another 3 : one that transfers or is transferred; esp : a graphic image transferred by contact from one surface to another 4 : a place where a transfer is made (as of trains to ferries or as where one form of power is changed to another) 5 : a ticket entitling a passenger on a public conveyance to continue his journey on another route

**trans·fer·ase** \'tran(t)s-(ˌ)fər-ˌās, -ˌāz\ n : an enzyme that promotes transfer of a group from one molecule to another

**trans·fer·ee** \ˌtran(t)s-(ˌ)fər-'ē\ n 1 : a person to whom a conveyance is made 2 : one who is transferred

**trans·fer·ence** \tran(t)s-'fər-ən(t)s, 'tran(t)s-(ˌ)\ n 1 : an act, process, or instance of transferring : CONVEYANCE, TRANSFER 2 : the redirection of feelings and desires and esp. of those unconsciously retained from childhood toward a new object (as a psychoanalyst conducting therapy) — **trans·fer·en·tial** \ˌtran(t)s-fə-'ren-chəl\ adj

**trans·fer·or** \ˌtran(t)s-(ˌ)fər-'ȯ(ə)r\ n : one that conveys a title, right, or property

**transfer payment** n 1 : a public expenditure made for a purpose (as veterans' benefits or unemployment compensation) other than procuring goods or services — usu. used in pl. 2 pl : money (as welfare payments or pensions) that is received by individuals or families and that is neither compensation for goods or services currently supplied nor income from investments

**trans·fer·rin** \tran(t)s-'fer-ən\ n [trans- + L ferrum iron] : a beta globulin in blood plasma capable of combining with ferric ions and transporting iron in the body

**transfer RNA** \ˌtran(t)s-ˌfər-\ n : a relatively small RNA that transfers a particular amino acid to a growing polypeptide chain at the ribosomal site of protein synthesis during translation

**trans·fig·u·ra·tion** \(ˌ)tran(t)s-ˌfig-(y)ə-'rā-shən\ n 1 a : a change in form or appearance : METAMORPHOSIS b : an exalting, glorifying, or spiritual change 2 cap : August 6 observed as a Christian feast in commemoration of the transfiguration of Christ on a mountaintop with three disciples looking on

**trans·fig·ure** \tran(t)s-'fig-yər, esp Brit -'fig-ər\ vt **-ured; -uring** [ME transfiguren, fr. L transfigurare, fr. trans- + figurare to shape, fashion, fr. figura figure] : to give a new and typically exalted or spiritual appearance to : transform outwardly and usu. for the better syn see TRANSFORM

**trans·fi·nite** \(ˈ)tran(t)s-'fī-ˌnīt\ adj [G transfinit, fr. trans- (fr. L) + finit, fr. L finitus] 1 : going beyond or surpassing any finite number, group, or magnitude 2 : being or relating to cardinal and ordinal numbers of sets with an infinite number of elements

**trans·fix** \tran(t)s-'fiks\ vt [L transfixus, pp. of transfigere, fr. trans- + figere to fasten, pierce — more at DIKE] 1 : to pierce through with or as if with a pointed weapon : IMPALE 2 : to hold motionless by or as if by piercing — **trans·fix·ion** \-'fik-shən\ n

¹**trans·form** \tran(t)s-'fȯ(ə)rm\ vb [ME transformen, fr. L transformare, fr. trans- + formare to form, fr. forma form] vt 1 a : to change in composition or structure b : to change the outward form or appearance of c : to change in character or condition : CONVERT 2 : to subject to mathematical transformation 3 : to change (a current) in potential (as from high voltage to low) or in type (as from alternating to direct) 4 : to cause (a cell) to undergo genetic transformation ~ vi : to become transformed : CHANGE — **trans·form·able** \-'fȯr-mə-bəl\ adj — **trans·for·ma·tive** \-'fȯr-mət-iv\ adj

syn TRANSFORM, METAMORPHOSE, TRANSMUTE, CONVERT, TRANSMOGRIFY, TRANSFIGURE shared meaning element : to change a thing into another or from one form to another

²**trans·form** \'tran(t)s-ˌfȯrm\ n 1 : a mathematical element obtained from another by transformation 2 : TRANSFORMATION 2 3 : a linguistic structure (as a sentence) produced by means of a transformation ("the duckling is killed by the farmer" is a ~ of "the farmer kills the duckling")

**trans·for·ma·tion** \ˌtran(t)s-fər-'mā-shən, -fȯr-\ n 1 : an act, process, or instance of transforming or being transformed 2 a (1) : the operation of changing (as by rotation or mapping) one configuration or expression into another in accordance with a mathematical rule; esp : a change of variables or coordinates in which a function of new variables or coordinates is substituted for each original variable or coordinate (2) : the formula that effects a transformation b : FUNCTION 5a 3 : one of an ordered set of rules that converts the deep structures of a language into surface structures 4 : genetic modification of a cell and esp. of a bacterium by introduction of DNA from a genetically different source — **trans·for·ma·tion·al** \-shnəl, -shən-ᵊl\ adj : of, relating to, or characterized by linguistic transformation

**transformational grammar** n : a grammar that generates the deep structures of a language and converts these to the surface structures by means of transformations

**trans·for·ma·tion·al·ist** \ˌtran(t)s-fər-'mā-shnəl-əst, -shən-ᵊl-\ n : an exponent of transformational grammar

**trans·form·er** \tran(t)s-'fȯr-mər\ n : one that transforms; specif : a device employing the principle of mutual induction to convert variations of current in a primary circuit into variations of voltage and current in a secondary circuit

**trans·fuse** \tran(t)s-'fyüz\ vt **trans·fused; trans·fus·ing** [ME transfusen, fr. L transfusus, pp. of transfundere, fr. trans- + fundere to pour — more at FOUND] 1 a : to cause to pass from one to another : TRANSMIT b : to diffuse into or through : PERMEATE ⟨sunlight ~s the bay⟩ 2 a : to transfer (as blood) into a vein of a man or animal b : to subject (a patient) to transfusion — **trans·fus·ible** or **trans·fus·able** \-'fyü-zə-bəl\ adj

**trans·fu·sion** \tran(t)s-'fyü-zhən\ n : an act, process, or instance of transfusing; esp : the process of transfusing fluid into a vein or artery — **trans·fu·sion·al** \-'fyüzh-nəl, -ən-ᵊl\ adj

**trans·gress** \tran(t)s-'gres, tranz-\ vb [F transgresser, fr. L transgressus, pp. of transgredi to step beyond or across, fr. trans- + gradi to step — more at GRADE] vt 1 : to go beyond limits set or prescribed by : VIOLATE ⟨~ the divine law⟩ 2 : to pass beyond or go over (a limit or boundary) ~ vi 1 : to violate a command or law : SIN 2 : to go beyond a boundary or limit — **trans·gres·sive** \-'gres-iv\ adj — **trans·gres·sor** \-'gres-ər\ n

**trans·gres·sion** \-'gresh-ən\ n : an act, process, or instance of transgressing: as a : infringement or violation of a law, command, or duty b : the spread of the sea over land areas and the consequent unconformable deposit of sediments on older rocks

**tran·ship** var of TRANSSHIP

**trans·hu·mance** \tran(t)s-'(h)yü-mən(t)s, tranz-\ n [F, fr. transhumer to practice transhumance, fr. Sp trashumar, fr. tras- trans- (fr. L trans-) + L humus earth — more at HUMBLE] : seasonal movement of livestock and esp. sheep between mountain and lowland pastures either under the care of herders or in company with the owners — **trans·hu·mant** \-mənt\ adj or n

**tran·sience** \'tranch-ən(t)s; 'tranz-ē-ən(t)s, 'tran(t)s-ē-, 'tranch-ē-; 'tranzh-ən(t)s, 'tranj-\ n : the quality or state of being transient

**tran·sien·cy** \-ən-sē\ n : TRANSIENCE

¹**tran·sient** \-ənt\ adj [L transeunt-, transiens, prp. of transire to go across, pass, fr. trans- + ire to go] 1 a : passing esp. quickly into and out of existence : TRANSITORY b : passing through or by a place with only a brief stay or sojourn 2 : affecting something or producing results beyond itself — **tran·sient·ly** adv

syn TRANSIENT, TRANSITORY, EPHEMERAL, MOMENTARY, FLEETING, FUGITIVE, EVANESCENT, SHORT-LIVED shared meaning element : lasting or staying only a short time ant perpetual

²**transient** n 1 : one that is transient: as a : a transient guest b : a person traveling about usu. in search of work 2 a : a temporary oscillation that occurs in a circuit because of a sudden change of voltage or of load b : a transient current or voltage

**trans·il·lu·mi·nate** \ˌtran(t)s-ə-'lü-mə-ˌnāt, ˌtranz-\ vt : to cause light to pass through; esp : to pass light through (a body part) for medical examination — **trans·il·lu·mi·na·tion** \-ˌlü-mə-'nā-shən\ n — **trans·il·lu·mi·na·tor** \-'lü-mə-ˌnāt-ər\ n

**tran·sis·tor** \tranz-'is-tər, tran(t)s-\ n [¹transfer + resistor; fr. its transferring an electrical signal across a resistor] 1 : an electronic device that is similar to the electron tube in use (as amplification and rectification) and consists of a small block of a semiconductor (as germanium) with at least three electrodes 2 : a transistorized radio

**tran·sis·tor·ize** \-tə-ˌrīz\ vt **-ized; -iz·ing** : to equip (a device) with transistors — **tran·sis·tor·iza·tion** \-ˌis-tə-rə-'zā-shən\ n

¹**tran·sit** \'tran(t)s-ət, 'tranz-\ n [L transitus, fr. transitus, pp. of transire to go across, pass] 1 a : an act, process, or instance of passing through or over : PASSAGE b : CHANGE, TRANSITION c (1) : conveyance of persons or things from one place to another (2) : usu. local transportation esp. of people by public conveyance; also : vehicles or a system engaged in such transportation 2 a : passage of a celestial body over the meridian of a place or through the field of a telescope b : passage of a smaller body (as

---

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| aů out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | <u>th</u> this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

matter normally secreted by some animals (as snakes, scorpions, or bees) and transmitted to prey or an enemy chiefly by biting or stinging; *broadly* : material that is poisonous  2 : ILL WILL, MALEVOLENCE

²**venom** *vt* : ENVENOM

**ven·om·ous** \'ven-ə-məs\ *adj* 1 : full of venom: as  **a** : POISONOUS, ENVENOMED  **b** : NOXIOUS, PERNICIOUS ⟨expose a ~ dope ring — Don Porter⟩  **c** : SPITEFUL, MALEVOLENT ⟨~ criticism⟩  2 : having a venom-producing gland and able to inflict a poisoned wound ⟨~ snakes⟩ — **ven·om·ous·ly** *adv* — **ven·om·ous·ness** *n*

**ve·no·sta·sis** \ˌvē-nə-'stā-səs\ *n* [NL] : abnormal slowing or stoppage of the flow of blood in a vein

**ve·nous** \'vē-nəs\ *adj* [L *venosus*, fr. *vena* vein] 1 : of, relating to, or full of veins ⟨a ~ rock⟩ ⟨a ~ system⟩  2 *of blood* : having passed through the capillaries and given up oxygen for the tissues and become charged with carbon dioxide — **ve·nous·ly** *adv*

¹**vent** \'vent\ *vt* [ME *venten*, prob. fr. MF *esventer* to expose to the air, fr. *es*- ex- (fr. L *ex*-) + *vent* wind, fr. L *ventus* — more at WIND]  1 : to provide with a vent  2 **a** : to serve as a vent for ⟨chimneys ~ smoke⟩  **b** : DISCHARGE, EXPEL  **c** : to give often vigorous or emotional expression to  3 : to relieve by venting  *syn* see EXPRESS

²**vent** *n* 1 : an opportunity or means of escape, passage, or release : OUTLET ⟨finally gave ~ to his pent-up hostility⟩  2 : an opening for the escape of a gas or liquid or for the relief of pressure: as  **a** : the external opening of the rectum or cloaca : ANUS  **b** : PIPE 3c, FUMAROLE  **c** : an opening at the breech of a gun through which fire is touched to the powder  **d** *chiefly Scot* : CHIMNEY, FLUE — **vent·less** \-ləs\ *adj*

³**vent** *n* [ME *vente*, alter. of *fente*, fr. MF, slit, fissure, fr. *fendre* to split, fr. L *findere* — more at BITE] : a slit in a garment; *specif* : an opening in the lower part of a seam (as of a jacket or skirt)

**vent·age** \'vent-ij\ *n* : a small hole (as a flute stop)

**ven·tail** \'ven-ˌtāl\ *n* [ME, fr. MF *ventaille*, fr. *vent* wind] : the lower movable front of a medieval helmet

**ven·ter** \'vent-ər\ *n* [AF, fr. L, *adv*, belly, womb; akin to OHG *wanast* paunch, L *vesica* bladder] 1 : a wife or mother that is a source of offspring  2 : a protuberant and often hollow anatomical structure: as  **a** : the undersurface of the abdomen of an arthropod  **b** : the swollen basal portion of an archegonium in which the egg is a vascular cryptogam is developed

**ven·ti·fact** \'vent-ə-ˌfakt\ *n* [L *ventus* + E *-ifact* (as in *artifact*)] : a stone worn, polished, or faceted by windblown sand

**ven·ti·late** \'vent-ᵊl-ˌāt\ *vt* **-lat·ed; -lat·ing** [LL *ventilatus*, pp. of *ventilare*, fr. L, to fan, winnow, fr. *ventulus*, dim. of *ventus* wind — more at WIND] 1 **a** : to examine, discuss, or investigate freely and openly : EXPOSE ⟨*ventilating* family quarrels in public⟩  **b** : to make public : UTTER ⟨*ventilated* his objections at length⟩  2 *archaic* : to free from chaff by winnowing  3 : to expose to air and esp. to a current of fresh air for purifying, curing, or refreshing ⟨~ stored grain⟩; *also* : OXYGENATE, AERATE ⟨~ blood in the lungs⟩  4 **a** *of a current of air* : to pass or circulate through so as to freshen  **b** : to cause fresh air to circulate through (as a room or mine)  5 : to provide an opening in (a burning structure) to permit escape of smoke and heat — **ven·ti·la·tive** \'vent-ᵊl-ˌāt-iv\ *adj*

**ven·ti·la·tion** \ˌvent-ᵊl-'ā-shən\ *n* 1 : the act or process of ventilating  2 **a** : circulation of air ⟨a room with good ~⟩  **b** : the circulation and exchange of gases in the lungs that is basic to respiration  3 : a system or means of providing fresh air

**ven·ti·la·tor** \'vent-ᵊl-ˌāt-ər\ *n* : one that ventilates; *esp* : a contrivance for introducing fresh air or expelling foul or stagnant air

**ven·ti·la·to·ry** \'vent-ᵊl-ə-ˌtōr-ē, -ˌtȯr-\ *adj* : of, relating to, or provided with ventilation

**ventr-** or **ventro-** *comb form* [L *ventr-*, *venter* belly] : ventral and ⟨*ventrolateral*⟩

¹**ven·tral** \'ven-trəl\ *adj* [F, fr. L *ventralis*, fr. *ventr-*, *venter*] 1 **a** : of or relating to the belly : ABDOMINAL  **b** : being or located near or on the anterior or lower surface of an animal that is opposite the back  2 **a** : AXIAL  **b** : being or located on the lower surface of a dorsiventral plant structure — **ven·tral·ly** \-trə-lē\ *adv*

²**ventral** *n* : a ventral part (as a scale or fin)

**ventral root** *n* : the one of the two roots of a spinal nerve that passes ventrally from the spinal cord and consists of motor fibers — compare DORSAL ROOT

**ven·tri·cle** \'ven-tri-kəl\ *n* [ME, fr. L *ventriculus*, fr. dim. of *ventr-*, *venter* belly] : a cavity of a bodily part or organ: as  **a** : a chamber of the heart which receives blood from a corresponding atrium and from which blood is forced into the arteries — see HEART illustration  **b** : one of the system of communicating cavities in the brain that are continuous with the central canal of the spinal cord — see BRAIN illustration

**ven·tri·cose** \-ˌkōs\ *adj* [NL *ventricosus*, fr. L *ventr-*, *venter* + *-icosus* (as in *varicosus* varicose)] : markedly swollen, distended, or inflated esp. on one side ⟨~ corollas⟩

**ven·tric·u·lar** \ven-'trik-yə-lər, vən-\ *adj* : of, relating to, or being a ventricle or ventriculus

**ven·tric·u·lus** \ven-'trik-yə-ləs, vən-\ *n, pl* **-li** \-ˌlī, -ˌlē\ [NL, fr. L, dim. of *venter*] : a digestive cavity: as  **a** : STOMACH  **b** : GIZZARD 1a  **c** : the digestive part of an insect's stomach

**ven·tril·o·quism** \ven-'tril-ə-ˌkwiz-əm\ *n* [LL *ventriloquus* ventriloquist, fr. L *ventr-*, *venter* + *loqui* to speak; fr. the belief that the voice is produced from the ventriloquist's stomach] : the production of the voice in such a way that the sound seems to come from a source other than the vocal organs of the speaker — **ven·tril·o·qui·al** \ˌven-trə-'lō-kwē-əl\ *adj* — **ven·tril·o·qui·al·ly** \-ə-lē\ *adv*

**ven·tril·o·quist** \ven-'tril-ə-kwəst\ *n* : one who uses or is skilled in ventriloquism; *esp* : one who entertains by using a hand-manipulated dummy — **ven·tril·o·quis·tic** \(ˌ)ven-ˌtril-ə-'kwis-tik\ *adj*

**ven·tril·o·quize** \ven-'tril-ə-ˌkwīz\ *vb* **-quized; -quiz·ing** *vi* : to use ventriloquism  ~ *vt* : to utter in the manner of a ventriloquist

**ven·tril·o·quy** \-kwē\ *n* : VENTRILOQUISM

**ven·tro·lat·er·al** \ˌven-trō-'lat-ə-rəl, -'la-trəl\ *adj* : ventral and lateral

**ven·tro·me·di·al** \-'mēd-ē-əl\ *adj* : ventral and medial

¹**ven·ture** \'ven-chər\ *vb* **ven·tured; ven·tur·ing** \'vench-(ə-)riŋ\ [ME *venteren*, by shortening & alter. fr. *aventuren*, fr. *aventure* adventure] *vt* 1 : to expose to hazard : RISK, GAMBLE  2 : to undertake the risks and dangers of : BRAVE ⟨*ventured* the stormy sea⟩  3 : to offer at the risk of rebuff, rejection, or censure ⟨~ an opinion⟩  ~ *vi* : to proceed despite danger : DARE

²**venture** *n* 1 *obs* : FORTUNE, CHANCE  2 **a** : an undertaking involving chance, risk, or danger; *esp* : a speculative business enterprise  **b** : a venturesome act  3 : something (as money or property) at hazard in a speculative venture — **at a venture** : at random ⟨a certain man drew a bow *at a venture*, and smote the king — 1 Kings 22:34 (AV)⟩

**venture capital** *n* : capital (as retained corporate earnings or individual savings) invested or available for investment in the ownership element of new or fresh enterprise — called also *risk capital*

**ven·tur·er** \'vench-(ə-)rər\ *n* : one that ventures; *specif* : a person who engages in business ventures

**ven·ture·some** \'ven-chər-səm\ *adj* 1 : inclined to court or incur risk or danger : DARING ⟨a ~ hunter⟩  2 : involving risk : HAZARDOUS ⟨a ~ journey⟩ *syn* see ADVENTUROUS — **ven·ture·some·ly** *adv* — **ven·ture·some·ness** *n*

**ven·tu·ri** \ven-'tü(ə)r-ē\ *n* [G. B. *Venturi* †1822 It physicist] : a short tube that is inserted in a pipeline, that has flaring ends connected by a constricted middle, that depends for operation on the fact that as the velocity of flow of a fluid increases in the constricted part the pressure decreases, and that is used for measuring the quantity of a fluid flowing, in connection with other devices for measuring airspeed, and for producing suction esp. for driving aircraft instruments

**ven·tur·ous** \'vench-(ə-)rəs\ *adj* : VENTURESOME — **ven·tur·ous·ly** *adv* — **ven·tur·ous·ness** *n*

**ven·ue** \'ven-ˌyü\ *n* [ME *venyw* action of coming, fr. MF *venue*, fr. *venir*, to come, fr. L *venire* — more at COME] 1 **a** : the place or county in which alleged events from which a legal action arises take place  **b** : the place from which the jury is drawn and in which trial is held in such an action  **c** : a statement showing that a case is brought to the proper court or authority  2 : the locale of a gathering (as for a sports event or a political conference)

**ven·ule** \'ven-(ˌ)yü(ə)l, 'ven-\ *n* [L *venula*, dim. of *vena* vein] : a small vein; *esp* : one of the minute veins connecting the capillary bed with the larger systemic veins

**Ve·nus** \'vē-nəs\ *n* [ME, fr. L *Vener-*, *Venus*] 1 : the Roman goddess of natural productivity and in later times of love and beauty — compare APHRODITE  2 : the planet second in order from the sun — see PLANET table

**Ve·nus·berg** \-ˌbərg\ *n* : a mountain in central Germany containing a cavern where in medieval legend Venus held court

**Ve·nus-hair** \-ˌha(ə)r, -ˌhe(ə)r\ *n* : a delicate maidenhair fern (*Adiantum capillus-veneris*) with a slender black stipe and branches

**Ve·nu·sian** \vi-'n(y)ü-zhən\ *adj* : of or relating to the planet Venus

**Ve·nus's-fly·trap** \ˌvē-nəs(-əz)-'flī-ˌtrap\ *n* : an insectivorous plant (*Dionaea muscipula*) of the sundew family of the Carolina coast with the leaf apex modified into an insect trap

**ver** *abbr* verse

**ve·ra·cious** \və-'rā-shəs\ *adj* [L *verac-*, *verax* — more at VERY] 1 : TRUTHFUL, HONEST  2 : marked by truth : ACCURATE — **ve·ra·cious·ly** *adv* — **ve·ra·cious·ness** *n*

**ve·rac·i·ty** \və-'ras-ət-ē\ *n, pl* **-ties**  1 : devotion to the truth : TRUTHFULNESS  2 : power of conveying or perceiving truth  3 : conformity with truth or fact : ACCURACY  4 : something true ⟨he can make lies sound like *veracities*⟩ *syn* see TRUTH

**ve·ran·da** *or* **ve·ran·dah** \və-'ran-də\ *n* [Hindi *varaṇḍā*] : a usu. roofed open gallery or portico attached to the exterior of a building

Venus's-flytrap

**ve·ran·daed** *also* **ve·ran·dahed** \-dəd\ *adj* : having a veranda

**ve·rat·ri·dine** \və-ˈra-trə-ˌdēn\ *n* [*veratrine* + *-idine*] : a poisonous amorphous alkaloid $C_{36}H_{51}NO_{11}$ occurring esp. in sabadilla seed

**ve·ra·trine** \'ver-ə-ˌtrēn, və-'rā-trən\ *n* [NL *veratrina*, fr. *Veratrum*, genus of herbs] : a poisonous irritant mixture of alkaloids from sabadilla seed that has been used as a counterirritant, insecticide, and c-mitotic agent

**ve·ra·trum** \və-'rā-trəm\ *n* [NL, genus name, fr. L, hellebore] : HELLEBORE 2

**verb** \'vərb\ *n* [ME *verbe*, fr. MF, fr. L *verbum* word, verb — more at WORD] : a word that characteristically is the grammatical center of a predicate and expresses an act, occurrence, or mode of being, that in various languages is inflected for agreement with the subject, for tense, for voice, for mood, or for aspect, and that typically has rather full descriptive meaning and characterizing quality but is sometimes nearly devoid of these esp. when used as an auxiliary or copula

¹**ver·bal** \'vər-bəl\ *adj* [MF or LL; MF, fr. LL *verbalis*, fr. L *verbum* word] 1 **a** : of, relating to, or consisting of words ⟨~ instructions⟩  **b** : of, relating to, or involving words rather than meaning or substance ⟨a consistency that is merely ~ and scholastic —B. N. Cardozo⟩  **c** : consisting of or using words only and not involving action ⟨a ~ protest⟩  2 : of, relating to, or formed from a verb ⟨a ~ adjective⟩  3 : spoken rather than written ⟨a ~ contract⟩  4 : VERBATIM, WORD-FOR-WORD ⟨a ~ translation⟩  5 : of or

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| au̇ out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t͟h this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |