# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
   the English language, unabridged.

Includes index.
  1. English language—Dictionaries. I. Gove,
Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36    1986    423    85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

4041KP8887

gufa    1009    guilt



gufa

**gu·fa** or **guf·fa** also **goo·fa** or **goo·fah** \'güfə\ or **ku·fa** or **koo·fah** \'kü-\ n -s [Ar *quffah* basket] : a round boat made of wickerwork used in Mesopotamia from ancient times

**guff** \'gəf\ n -s [prob. of imit. origin] : utterances that are foolish, intended to mislead or deceive, and often truculent : HUMBUG, BALDERDASH; *broadly* : idle chitchat

**guf·faw** \(,)gə'fȯ, '•,•\ n -s [imit.] : a loud or boisterous burst of laughter

**²guffaw** \"\ vi -ED/-ING/-S : to laugh noisily or coarsely

**guf·fer** \'gəfər\ n -s Scot : EELPOUT 1a

**gu·gel·hupf** \'gügəl,hu̇(p)f\ n -s [G *gugelhupf, gugelhopf*, fr. *gugel* cowl, monk's hood (fr. MHG *gugel, gugele*, fr. OHG *cucula, cugela*, fr. LL *cuculla*) + *hupf, hopf*, var. of dial. (Bavaria) *hepfen* yeast (fr. OHG *heffan* to raise, heave) — more at COWL (hood), HEAVE] : a semisweet cake usu. of yeast-leavened dough containing raisins, citron, and nuts and baked in a fluted tube pan

**gug·gen·heim** \'gu̇gən,hīm, 'gu̇g-\ *sometimes* 'gəg-\ n -s *usu cap* [fr. the name *Guggenheim*] : CATEGORY 3

**¹gug·gle** \'gəgəl\ vb **guggled; guggling -g(ə)liŋ\ guggles** [imit.] vt 1 : to make a sound like that of liquid poured from a flask   2 a : to flow with a guggling sound : GURGLE (water *guggling* over the stones)   b : to drink (as from a jug) with such a sound ~ vt : to pour or drink (as liquor) with a guggling sound

**²guggle** \"\ n -s : a sound of guggling : GURGLE

**guglet** *var of* GOGLET

**gu·glia** \'gülyə\ or **gu·glio** \-l(,)yō\ n -s [It *guglia*, alter. (resulting from incorrect division of *l'aguglia*) of obs. It *aguglia* (also, needle), fr. OProv *agulha*, fr. LL *acucula* ornamental pin — more at AGLET] : OBELISK

**gu·go** or **goo·goo** \'gü(,)gü\ n -s [origin unknown] : a native of the Philippine islands — used chiefly in Hawaii and often disparagingly

**guhr** \'gu̇(ə)r\ n -s [G *guhr, gur*; akin to MHG *gern* to ferment, OHG *jesan* — more at YEAST] 1 : a loose earthy deposit from water occurring in the cavities of rocks, being mostly white but sometimes red or yellow, and consisting of a varying mixture of clay or ocher   2 [by shortening] : KIESELGUHR

**gui·ana** \gē'anə also -'änə or -'ǎnə, *chiefly in British Guiana* gī'ænə\ *adj, usu cap* [fr. *Guiana*, region in northern So. America] : of or from Guiana, a region of northern So. America : of the kind or style prevalent in Guiana : GUIANESE

**guiana chestnut** n, *usu cap* G : the seed of the provision tree

**gui·anan** \-nən\ *adj or n, usu cap* [*Guiana*, the region + E -*an*] : GUIANESE

**guiana plum** n, *usu cap* G 1 : any of several tropical American shrubs or small trees of the genus *Drypetes* (family Euphorbiaceae); *esp* : a shrubby tree (*D. lateriflora*) whose range extends northward into southern Florida — called also *Florida plum*   2 : the usu. reddish rather dry drupaceous fruit of a Guiana plum

**guiana tree** n, *usu cap* G : a timber tree (*Helicostylis poeplgiana*) of the family Moraceae that has reddish brown hard heavy wood and is widely distributed in northern So. America

**¹gui·a·nese** \gēə'nēz, 'gīə-, -nēs\ *adj, usu cap* [*Guiana*, the region + E -*ese*] 1 : of, relating to, or characteristic of the region of Guiana   2 : of, relating to, or characteristic of the people of Guiana

**²guianese** \"\ n -s *usu cap* : a native or inhabitant of the region of Guiana

**gui·ano-brazilian** \gē'a(,)nō, -'ä(-, -'ä(-, 'gēə,nō, 'gīə,nō +\ *adj, usu cap* G&B [*Guiana*, the region + E -*o*- + '*Brazilian*] : of or relating to Guiana and Brazil; *broadly* : BRAZILIAN 3

**guib** \'gib\ n -s [native name in Africa] : a small harnessed antelope (*Tragelaphus scriptus*) of western Africa

**gui·chet** \gē'shā\ n -s [F, fr. OF, of Gmc origin; akin to MD *wiket, winket* wicket — more at WICKET] : a grill opening (as a hatch or wicket); *esp* : a ticket window

**guid** \'gəd, 'gēd, 'gid\ Scot var of GOOD

**gui·da** \'gwēdə\ n -s [It, guide, fr. OIt *guidare* to guide, direct, fr. OProv *guidar*] 1 : the subject of a fugue or the antecedent of a canon   2 : DIRECT 1   3 : a sign indicating the points of entry in a round or canon

**guid·able** \'gīdəbəl\ *adj* [²*guide* + -*able*] : capable of being guided : TRACTABLE

**guid·ance** \'gīd'n(t)s\ n -s *often attrib* 1 a : an act of guiding : the superintendence or assistance rendered by a guide : DIRECTION, LEADING (the blind boy depended on the ~ of his dog) (a manual for the ~ of home handymen)   b : advice in choosing courses, preparing for a vocation or further education, or coping with personal problems given to students by a teacher or a professional counselor (a ~ specialist)   2 : a program or service functioning to promote the adjustment of special groups (as disturbed or delinquent children or prisoners) chiefly through psychological counseling and appraisal   3 : the process of controlling the course of a projectile (as a missile or bomb) by a built-in mechanism (~ system) — compare GUIDED MISSILE

**¹guide** \'gīd\ n -s [ME *gide*, fr. MF *guide*, fr. OProv *gulda*, fr. *guidar* to guide, direct, of Gmc origin; akin to OE *wītan* to look after, depart, *witan* to know — more at WIT] 1 a : a person who leads or directs another in his way or course (as in a strange country or through difficult terrain)   b : a person who exhibits and usu. discusses or explains points of interest (as of a city, a museum collection, or a building) to sightseers   c : something (as a guidebook, signpost, or instruction manual) that provides a person with guiding information   d : one (as a teacher) who directs a person in his conduct or course of life : DIRECTOR, SUPERVISOR (no boy ever had a better ~ than I in the fundamental decencies of life)   2 a : a contrivance for directing the motion of something; *esp* : such a contrivance (as in a tool) having a directing edge, surface, or channel   b : a device (as a ring or loop) made usu. of metal or agate and attached to a fishing rod to hold the line in position   c : the groove in which the plow used in bookbinding moves   d : a small device for guiding threads or strands of fiber on a spinning, winding, quilling, or other textile machine   e : a device in a printing press or folding machine for holding and releasing a sheet   f : a grooved director for a surgical probe or knife   g : a sheet of metal or other material or a card with projecting edge or tab for labeling that is inserted in a card catalog, index, or other file to facilitate reference   3 a : a person or vehicle upon whom the movements or alignments of a military command are regulated — used esp. in commands (~ right), (~ center)   b : a warship on which others in a formation regulate their positions   4 a : GIRL GUIDE   b : an 11-year-old to 16-year-old girl guide — distinguished from *brownie*

**²guide** \"\ vb -ED/-ING/-S [ME *giden, gyden*, fr. MF *guider, guier*, alter. (influenced by *guide*, n.) of OF *guier*, of Gmc origin; akin to OE *wītan* to look after, depart, *witan* to know — more at WIT] vt 1 : to act as a guide to : direct in a way : CONDUCT, PILOT (*guided* us through the city)   2 a : to regulate and manage : direct or supervise esp. toward some desirable end, course, way, or development   b : to superintend the training or education of : INSTRUCT, ADVISE, COUNSEL (his studies were *guided* by one of the great educators of the day)   3 Scot : to treat or handle esp. another person or an animal (*guided* her ill) ~ vi : to act or work as a guide

**syn** LEAD, STEER, PILOT, ENGINEER: GUIDE may apply to the act of conducting or directing along a course as performed by one with certain, specific, or intimate knowledge or by something equally trustworthy (*guided* by a native on their expedition through the mountains) (*guide* patrons to their proper seats) (inspired and galvanized by the personality of a great man who was *guiding* them in their art —Stephen Williams) (be *guided* by good judgment —C.S.Kilby). LEAD suggests preceding to show the way; sometimes, in addition, it indicates keeping those following in order; it may refer to taking initiative, determining procedure, or assuming a director's role (*led* his men to safety) (*led* the caravan west) (*leading* the supporters of the amendment) (the man *leading* the research project) STEER suggests the action of one planning or adhering to a course with concomitant controlling, governing, or maneuvering (*steering* the ship past the sandbars into the harbor) (deftly *steered* the Council of the International Congress through its problems concerned with the place of the next session —A.L.Kroeber) (serene in the faith that his reasoned intelligence will *stee.* him correctly at all times —H. N.Maclean). PILOT suggests leading or steering over a dangerous, intricate, or complicated course or route (*pilot* the ship through the channel) (wagon trains *piloted* by bearded scouts) (took his sister's arm and *piloted* her to a safe corner) (*piloting* important bills through the senate —*Current Biog.*) ENGINEER may refer to planning and supervising construction; it often indicates carrying through, executing, or effectuating with contriving, maneuvering, manipulating, and calculating (the influential Americans in Hawaii, with the connivance of U. S. Minister Stevens and the "moral" support of American marines, *engineered* a revolution, deposed the Queen —J.W. Ellison b.1891) (spokesman for the party when graceful adjustments were to be made or delicate compromises *engineered* —S.H.Adams) (behind it all was the Soviet leviathan skilfully, though at times crudely, pulling strings, *engineering*, manipulating, staging, and, if need be, intimidating and compelling —Alexander Dallin)

**guidoboard** \'•,•\ n : a board (as upon a guidepost) having upon it directions or information about the way

**guide·book** \'gīd,bu̇k\ n : HANDBOOK 1; *esp* : a book for tourists containing information about routes, accommodations, and places of historical or cultural interest — **guide·book·ish** \-kish\ *adj* — **guide·booky** \-kē\ *adj*

**guide card** n : GUIDE 2g

**guided** *adj* [fr. past part. of ²*guide*] 1 : accompanied or supervised by a guide (a ~ tour) (~ groups)   2 : controllable as to direction of motion in the same way as a guided missile (~ bomb) (~ plane)

**guided missile** n : a missile whose course toward a target may be altered during passage (as by means of a preset control, a built-in mechanism remotely controlled by radio, a target-seeking radar device, or a self-reacting device)

**guide dog** n : a dog trained to lead the blind

**guide flag** or **guide pennant** n : a flag or pennant flown on the ship that is to act as guide during a fleet maneuver

**guide fossil** n : INDEX FOSSIL

**guide key** n : HOME KEY

**guide·less** \'gīdləs\ *adj* : having no guide : lacking leadership or control — **guide·less·ness** n -ES

**guideline** \'•,•\ n : a line by which one is guided: as   a : a cord or rope to aid a passer over a difficult point (as on a trail) or to permit retracing a course (as in a cave)   b (1) : an identifying number, letter, or word written on copy or set in a single line of type and placed above type matter for the guidance of copyreader and printer   (2) : a line drawn from a typographical change to a mark in the margin   c : an indication or outline of future policy or conduct (as of a government)

**guide meridian** n : a line that is marked by monuments, that runs north and south between other more carefully established meridians, and that is used for reference in surveying

**guide mill** n : a small roll train with guides on each side used in metalworking to prevent rolled bars from jamming

**guide pin** n : a pin or peg for aligning a tool or die properly with the work : PILOT — called also *leader pin*

**guidepost** \'•,•\ n 1 : a post (as at the fork of a road) with guideboards on it to direct travelers   2 : GUIDE PIN   3 : INDICATION, SIGN

**guid·er** \'gīdə(r)\ n -s [ME *gidour, gider*, fr. MF *guideor, guideur*, alter. (influenced by *guide*) of OF *guieor, guieur*, fr. *guier* to guide + -*eor, -eur* -or — more at GUIDE (v.)] : one that guides: as   a : a device that functions as a guide (as in some production operation)   b : an adult volunteer leader of a girl guide company in Britain, Canada, and various other countries



guidepost 1

**guide rail** n : a track or rail that serves as a guide; *specif* : one designed to guide a sliding door

**guide rope** n : a rope hung from a balloon or dirigible so as to trail along the ground for about half its length and used esp. to preserve altitude by variation of the length dragging without loss of ballast or gas

**guides** *pl of* GUIDE, *pres 3d sing of* GUIDE

**guide·ship** \'gīd,ship\ n -s [¹*guide* + -*ship*] Scot : TREATMENT

**guideway** \'•,•\ n : a channel, slot, or track in which something is fitted so that its line of motion is controlled

**guide wheel** n : either wheel of a pair of small wheels used to stabilize the rear of a bicycle for learners and young children

**guide word** n : CATCHWORD 1b

**guiding** *pres part of* GUIDE

**guiding telescope** n : a visual telescope mounted rigidly parallel to a photographic telescope and used by an observer to supplement the clock motion in maintaining immovable the image of a heavenly body on the photographic plate

**guid·man** \(")gu̇d'man, (")gu̇d-, (')gid-\ Scot var of GOODMAN

**gui·don** \'gīdən, -īd'n\ n -s [MF, fr. OProv *guidoo*, fr. *guida* guide — more at GUIDE (n.)] 1 : a flag resembling but smaller than a standard, cleft or rounded at the outward end, bearing a badge, arms, or other distinctive emblem, and borne as a personal cognizance of some person of rank orig. for military use but later chiefly for display at his funeral   2 a : a small flag or streamer carried by mounted troops to indicate the side toward the guide when marching and to mark the line on which to make a formation   b : a mus. swallow-tailed flag borne by a military unit (as of the U. S. armed forces) usu. as a unit marker   c : a flag rounded and cleft at the outward end and borne as a unit marker (as by a British regiment of dragoons)   3 : one who carries a guidon

**gui·do·ni·an** \gwē'dōnēən\ *adj, usu cap* [*Guido* d'Arezzo (also called Fra *Guittone*) †ab1050 Benedictine monk and musical reformer + E -*ian*] : relating to the 11th century musician Guido d'Arezzo or his theory of movable hexachords

**guidonian hand** n, *usu cap* G : a figure representing the tones of the gamut on the joints of the left hand to which the singing master could point in teaching solmization

**guidonian syllable** n, *usu cap* G : one of the six syllables *ut* or *do, re, mi, fa, sol, la* used for the tones of the hexachord — compare SOLMIZATION

**guid·sire** *var of* GUDESIRE

**guid·wife** \(")gēd'wīf, (")gīd-, (")gid-\ *var of* GOODWIFE

**guid·wil·lie** \gēd'dwili, gīd-, gī'-\ *adj* [*guidwill* (var. of *goodwill*) + -*ie*] 1 Scot : LIBERAL, GENEROUS   2 Scot : CORDIAL, CHEERING (we'll tak a right *guidwillie* waught for auld lang syne —Robert Burns)

**guige** \'gēzh, 'gēzh\ n -s [ME *gige*, fr. MF *guige, guiche*, fr. OF] : an extra leather strap by which the shield of a knight was slung

**guig·nar·dia** \gēn'yärdēə, g(w)ig'nä-\ n, *cap* [NL, fr. Léon *Guignard* †1928 Fr. botanist + NL -*ia*] : a genus of fungi (family Sphaeriaceae) having single-celled or unequally 2-celled spindle-shaped hyaline ascospores — see BLACK ROT

**guigne** \'gēn', -nyə\ n, *pl* **guignes** \-n', -nyəz\ [F, fr. MF *guigne, guine*] : GEAN

**guig·net's green** \(")gēn'yāz-\ n, *usu cap 1st* G [after C.E. *Guignet*, 19th cent. Fr. chemist who discovered the process] 1 : a bluish green pigment of good brilliance and permanence consisting of a hydrated chromic oxide made by fusion of sodium dichromate and boric acid and hydrolysis of the product   2 : a dark bluish green that is greener and stronger than average teal green and greener, lighter, and stronger than invisible green (sense 2) — called also *Mittler's green*

**gui·gnol** \gēn'yȯl, -yōl\ n -s *sometimes cap* [F, prob. after *Guignol*, reputed name of a silkworker of Lyons and character of the puppet theater which Laurent Mourguet installed there for the earliest performance (in 1795) of French puppet shows] 1 : PUPPET; *esp* : HAND PUPPET — compare MARIONETTE   2 : PUPPET SHOW   3 : a theatrical production featuring melodramatic tension, horror, and shock

**guil·gno·let** \,gēnyə'lā\ n -s [F, fr. dim. of *guigne*] : a French liqueur made from black sweet cherries

**gui·jo** \(")gē'hō\ n -s [PhilSp, fr. Tag *gīhȯ*] 1 : a large Philippine timber tree (*Shorea guiso*) of the family Dipterocarpaceae having strong heavy hard wood with a striking figure and moderately fine texture   2 : the wood of the guijo

**guil·an·di·na** \,gwilən'dīnə, -dēnə\ n, *cap* [NL, after *Guilandini* (Melchior Wieland) †1589 Prussian botanist in Italy] *in some classifications* : a genus that comprises tropical American woody vines, scrambling shrubs, and trees having seeds enclosed in large prickly pods and that is usu. included in the genus *Caesalpinia*

**guild** also **gild** \'gild\ n -s [ME *gilde*, fr. ON *gildi* guild, payment, tribute; akin to OE *gild, gield* service, tribute — more at GELD (tax)] 1 : an association of men belonging to the same class, engaged in kindred pursuits, or having common interests or aims: as   a : any of various medieval religious associations having both social and semireligious features   b : a medieval association of merchants controlling local trade in some parts of Britain and sometimes constituting the local governing body   c : a medieval association of members of a craft or trade established to promote the welfare of that craft and its members and sometimes replacing the merchants' guild as a governing body   d : any of various modern associations, societies, or brotherhoods resembling the medieval guilds in their aims (a ~ for charitable work) (the hospital ~ of our church); *broadly* : FELLOWSHIP, SOCIETY   2 *obs* : the headquarters or meeting place of a guild : GUILDHALL   3 : an ecological group of plants distinguished from ordinary herbs, shrubs, and trees by a special mode of life (as the saprophytic, parasitic, epiphytic, or twining) usu. involving some degree of dependence on other plants

**guild church** n : an English metropolitan church that has been freed from parish responsibilities in order to minister full time to nonresident city workers during their hours in the city

**¹guil·der** \'gildə(r)\ n -s [modif. (influenced by E -*er*) of D *gulden* — more at GULDEN] : GULDEN, *esp* : a Dutch gulden — see MONEY table

**²guild·er** \"\ n -s [*guild* + -*er*] : a member of a modern guild

**guild·hall** \'gild,hȯl\ n [ME *gildhal, gildehalle*, fr. *gilde* guild + *hal, halle* hall — more at HALL] : the hall where a guild or corporation usu. assembles : TOWN HALL

**guild·ite** \'gil,dīt\ n -s [Frank N. *Guild* †1939 Am. mineralogist + E -*ite*] : a dark chestnut brown mineral $(Cu,Fe)_2(Fe,Al)_2(SO_4)_7(OH)_4·15H_2O$ that is a basic hydrated sulfate of copper and iron

**guild merchant** n [*guild* + *merchant* (adj.)] : GUILD 1b

**guild·ry** \'gildrī\ n -ES 1 Scot : guild membership   2 *often cap, Scot* : the municipal corporation of a royal Scottish burgh (the ~ of Stirling)

**guild·ship** \'gild,ship\ n [*guild* + -*ship*] 1 : GUILD 1a, 1b, 1c   2 : the status of a guild member

**guilds·man** \'gil(d)zmən\ n, *pl* **guildsmen** [*guild's* (gen. of *guild*) + *man*] 1 : a guild member   2 : an advocate of guild socialism

**guild socialism** n : a socialistic theory advocating state ownership of all industries with monopolistic control and management in each by a guild composed of all its handworkers and brainworkers and restricted only by regulations safeguarding the consumers' interests; *esp* : such a theory developed in England early in the 20th century

**guild tree** \'gil(d)-\ n [obs. Sc. *guild*, alter. of ²*gold*] : COMMON BARBERRY

**¹guile** \'gīl, *esp before pause or consonant* -īəl\ n -s [ME *gile*, fr. OF *guile*, prob. of Gmc origin; akin to OE *wigle* divination — more at WILE] 1 : crafty or deceitful cunning : DUPLICITY, DECEIT, TREACHERY   2 *archaic* : STRATAGEM, DEVICE, TRICK **syn** see DECEIT

**²guile** \"\ vt -ED/-ING/-S [ME *gilen, guilen*, fr. OF *guiler*, fr. *guile*, n.] *archaic* : BEGUILE, DECEIVE

**guile·ful** \-fəl\ *adj* [ME *gileful*, fr. *gile* guile + -*ful*] : full of guile : characterized by cunning, deceit, or treachery **syn** see SLY

**guile·ful·ly** \-fəlē, -lī\ *adv* [ME *gilefully*, fr. *gileful* + -*ly*] : in a guileful manner : with guile

**guile·ful·ness** n -ES [ME *gilefulnesse*, fr. *gileful* guileful + -*nesse* -ness] : guileful quality or state

**guile·less** \'gī(ə)lləs\ *adj* : free from guile; *broadly* : innocent, naive, and unsophisticated (children raising their ~ eyes from play) — **guile·less·ly** *adv* — **guile·less·ness** n -ES

**guil·ery** \'gīlərī\ n -ES [ME *gilerie, gilrie*, fr. MF *gilerie*, fr. *giler, guiler* to guile + -*erie* -ery] *now dial Eng* : a trick or beguilement

**guil·lain-bar·re syndrome** \'gē,yaⁿbȯ'rē-\ n, *usu cap* G&B [after Georges *Guillain* b1876 Fr. physician and neurologist and Jean A. *Barré* 20th cent. Fr. neurologist] : a neurologic disorder of unknown cause characterized by sensory disturbances in the extremities and allied to severe locomotor impairment

**guil·le·met** \'gē(y)ə,mē, ,gēlə'met\ n -s [F, irreg. dim. of *Guillaume* William, reputed name of its inventor] : either of the marks (or ») used as quotation marks in French writing

**guil·le·mot** \'gilə,mät\ n -s [F, fr. MF, irreg. dim. of *Guillaume* William] : any of several narrow-billed auks of northern seas constituting two genera (*Uria* and *Cepphus*) of the family Alcidae and having skins, feathers, and eggs that are highly valued by natives of regions where they breed — see BLACK GUILLEMOT, MURRE

**guil·loche** \gə'lōsh, gē'(y)ō-\ n -s [F *guillochis*, fr. MF, perh. fr. the name *Guilloche*, fr. *Guillot*, familiar form of *Guillaume* William] 1 : an architectural ornament in the form of two or more bands twisted over each other in a series leaving circular openings which are filled with round devices   2 : a pattern (as on metalwork) made by interlacing curved lines



guilloche 1

**¹guil·lo·tine** \'gilə,tēn, ,••'•\ n -s [F, after Joseph Ignace *Guillotin* †1814 Fr. physician who in 1789 proposed its use] 1 : a machine for beheading by means of a heavy ax or blade that slides down in vertical guides   2 : a shearing machine or instrument (as a paper cutter or metal cutter) that in action resembles a guillotine   3 : a surgical instrument that consists of a ring bearing a sliding knife blade and is used for cutting out a tonsil or other protruding structure capable of being engaged by the ring   4 : closure by the imposition of a predetermined time limit on the consideration of specific sections of a bill or portions of other legislative business (announced that the Transport Bill was to pass — under a ~ — by 10 p.m. on Monday —*Punch*) (the New Zealand House has not had to adopt the ~ —Walter Nash)   5 : a window with a vertically sliding sash and without counterbalanced sash weights   6 : something likened to a guillotine esp. in bringing about an abrupt termination (as of a former occupation) (that ~ of joys, bedtime —Nadine Gordimer) — compare AXE 3   7 : a wrestling fall in which from a cross-body ride the aggressor shifts his own arms and head under the opponent's locked arm and grasps the opponent's head in a reverse half nelson while retaining a scissors grip on his near leg

**²guillotine** \"\ vt -ED/-ING/-S [F *guillotiner*, fr. *guillotine*] 1 : to behead with a guillotine   b : to trim with a guillotine   2 : to cut off or cut short as if with a guillotine (*guillotining* needless waste)   3 : to subject (as a bill) to the guillotine (the power to ~ bills in standing committee —Herbert Morrison) ~ vi : to impose the guillotine (the power to ~)

**guillotine amputation** n : a surgical amputation (as of a leg) in which the skin is incised circumferentially and allowed to retract, successive layers of muscle are then circularly divided, and finally the bone is divided and which is used esp. as an emergency procedure

**guil·lo·tin·er** \-,tēnə(r)\ n -s : the operator of a guillotine

**guillotine shears** n : power shears in which the upper knife slides between vertical guides

**¹guilt** \'gilt\ n -s [ME *gilt, gult*, fr. OE *gylt*] 1 *obs* **a** : delinquency or failure in respect to one's duty : OFFENSE, TRESPASS   **b** : responsibility for an offense : FAULT   **c** : state of deserving punishment : DESERTS   2 : the fact of having com-