UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

    Plaintiff,

        v.

ZOLL MEDICAL CORPORATION,

    Defendant.

CASE NO. 04-30121-MAP

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

    Defendant Zoll Medical Corporation ("Zoll") hereby moves to extend the deadline for it to respond to plaintiff's Motion for Summary Judgment until July 20, 2005. As grounds for this motion, Zoll states:

    1.    Plaintiff served his Motion for Summary Judgment by registered mail on June 21, 2005. Under Local Rule 7.1(B)(2), Zoll's opposition would be due on July 5, 2005. Zoll seeks a brief extension of time to respond, to July 20, 2005.

    2.    Zoll intends to file its own Motion for Summary Judgment on or about July 20, 2005. Because plaintiff's Motion for Summary Judgment and Zoll's forthcoming Motion for Summary Judgment both address the same claims, Zoll believes it will be more efficient and beneficial to the Court to have all of Zoll's motion papers filed simultaneously.

    3.    The requested extension will not impact the schedule in this case. The next deadline contemplated by the Court's December 16, 2004 Scheduling Order is the close of discovery on August 15, 2005.

    4.    Plaintiff Donald Hutchins consents to the granting of this Motion.

WHEREFORE, Zoll asks this Court to extend the deadline for it to respond to plaintiff's Motion for Summary Judgment to July 20, 2005, as set out in the proposed Order accompanying this Motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jordan M. Singer, hereby certify that consent to this Motion was requested of and granted by plaintiff on June 29, 2005.

                    Respectfully submitted,

                    /s/ Jordan M. Singer
                    John C. Englander (BBO # 542532)
                    Jordan M. Singer (BBO #651068)
                    GOODWIN PROCTER LLP
                    Exchange Place
                    Boston, MA 02109
                    (617) 570-1000
                    Fax: (617) 523-1231

                    Attorneys for Defendant
                    Zoll Medical Corporation

Dated: June 29, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>    Plaintiff,<br><br>       v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>    Defendant. | CASE NO. 04-30121-MAP |

## **ORDER**

UPON CONSIDERATION of the Assented-To Motion for Extension of Time, it is this \_\_\_\_ day of _____, 2005,

ORDERED that the Motion is hereby GRANTED. Defendant shall have until July 20, 2005 to respond to Plaintiff's Motion for Summary Judgment.

                                                                                            _____
                                                                                            Michael A. Ponsor, U.S.D.J.