UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>　　Defendant. | CASE NO. 04-30121-MAP |

**DEFENDANT ZOLL MEDICAL CORPORATION'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

　　Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Zoll Medical Corporation ("Zoll") moves for summary judgment on all claims brought by plaintiff Donald Hutchins.  Specifically, Zoll requests that this Court enter an order finding that Zoll has not infringed and does not infringe U.S. Patent No. 5,913,685 or Re. 34,800; has not infringed and does not infringe U.S. Copyright No. TXu-213-859 or TXu-210-108; and has not breached any contract with plaintiff.

　　As grounds for this Motion, Zoll submits the accompanying Memorandum and Statement of Undisputed Facts.

**<u>REQUEST FOR ORAL ARGUMENT</u>**

　　Zoll believes that oral argument will assist the Court in deciding this Motion, and therefore requests oral argument pursuant to Local Rule 7.1(D).

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that defendant's counsel has conferred with plaintiff in an effort to narrow the issues raised by this Motion, and that no agreement was reached.

Respectfully submitted,

/s/ Jordan M. Singer
John C. Englander (BBO # 542532)
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

Attorneys for Defendant
Zoll Medical Corporation

Dated: July 18, 2005

LIBA/1560083.1