# EXHIBIT C



Automated External Defibrillator

Administrator's Guide

**ZOLL**
ZOLL Medical Corporation
32 Second Avenue
Butlington, MA 01803-4420
781-229-0200   800-348-9011
Fax: 781-229-0758

Part Number: 9650-0301-01 Rev. 1

ZOLL 0221

© Zoll Medical Corporation, 2001. All rights reserved.

## Warranty (U.S. Only)

(a) ZOLL Medical Corporation warrants to the original equipment purchaser that beginning on the date of installation, or thirty (30) days after the date of shipment from ZOLL Medical Corporation's facility, whichever first occurs, the equipment (other than accessories and CPR-D pads) will be free from defects in material and workmanship under normal use and service for the period of one (1) year for the Public Access unit and five (5) years for the Public Service unit. During such period ZOLL Medical Corporation will, at no charge to the customer, either repair or replace (at ZOLL Medical Corporation's sole option) any part of the equipment found by ZOLL Medical Corporation to be defective in material or workmanship. If ZOLL Medical Corporation's inspection detects no defects in material or workmanship, ZOLL Medical Corporation's regular service charges shall apply. (b) ZOLL Medical Corporation shall not be responsible for any equipment defect, the failure of the equipment to perform any function, or any other nonconformance of the equipment, caused by or attributable to: (i) any modification of the equipment by the customer, unless such modification is made with the prior written approval of ZOLL Medical Corporation; (ii) the use of the equipment with any associated or complementary equipment, (iii) installation or wiring of the equipment other than in accordance with ZOLL Medical Corporation's instructions. (c) This warranty does not cover items subject to normal wear and burnout during use, including but not limited to lamps, fuses, batteries, patient cables and accessories. (d) The foregoing warranty constitutes the exclusive remedy of the customer and the exclusive liability of ZOLL Medical Corporation for any breach of any warranty related to the equipment supplied hereunder. (e) Limitation of Liability: ZOLL shall not in any event be liable to Purchaser, nor shall Purchaser recover, for special, incidental or consequential damages resulting from any breach of warranty, failure of essential purpose, or under any other legal theory including but not limited to lost profits, lost savings, downtime, goodwill, damage to or replacement of equipment and property, even if ZOLL has been advised of the possibility of such damages.

THE WARRANTY SET FORTH HEREIN IS EXCLUSIVE AND ZOLL MEDICAL CORPORATION EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES WHETHER WRITTEN, ORAL, IMPLIED, OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

For additional information, please call ZOLL Medical Corporation at 1-800-348-9011 (in Massachusetts: 1-781-229-0020). International customers should call the nearest authorized ZOLL Medical Corporation service center.

## Service Policy Warranty

In North America: Consult your purchasing agreement for terms and conditions associated with your warranty. Outside of North America, consult the ZOLL authorized representative.

In order to maintain this warranty, the instructions and procedures contained in this guide must be strictly followed. For additional information, please call the ZOLL Technical Service Department 1-800-348-9011 in North America.

## Software License

Read this License agreement carefully before operating any of the AED products.

Software incorporated into the system is protected by copyright laws and international copyright treaties as well as other intellectual property laws and treaties. This software is licensed, not sold. By taking delivery of and using this system, the Purchaser signifies agreement to and acceptance of the following terms and conditions:

Grant of License: In consideration of payment of the software license fee which is part of the price paid for this product ZOLL Medical Corporation grants the Purchaser a non-exclusive license, without right to sublicense, to use the system software in object-code form only.

Ownership of Software/Firmware: Title to, ownership of and all rights and interests in the system software and all copies thereof remain at all times vested in the manufacturer, and Licensors to ZOLL Medical Corporation and they do not pass to Purchaser.

Assignment: Purchaser agrees not to assign, sub-license or otherwise transfer or share its rights under the license without the express written permission of ZOLL Medical Corporation.

Use Restrictions: As the Purchaser, you may physically transfer the products from one location to another provided that the software/firmware is not copied. You may not disclose, publish, translate, release or distribute copies of the software/firmware to others. You may not modify, adapt, translate, reverse engineer, decompile, crosscompile, disassemble or create derivative works based on the software/firmware.

No Implied License: Possession or purchase of this device does not convey any express or implied license to use the device with replacement parts which would, alone, or in combination with this device, fall within the scope of one or more of the patents relating to this device.

# ZOLL P SERIES AUTOMATED EXTERNAL DEFIBRILLATOR (AED)

INTRODUCTION .................................................................................................. 5
   How Do I Use this Guide? ................................................................................ 5
   How Does the AED Work? .............................................................................. 5
   How Does the CPR Function Work? ................................................................ 5
   What Can the AED Do? ................................................................................... 6
   Who Can Use the AED? ................................................................................... 6
   Audience ........................................................................................................... 6
   Safety Considerations ....................................................................................... 6
   Indications for Use ........................................................................................... 7
   Contraindications for Use ................................................................................. 7
   PC System Requirements ................................................................................. 7
   Unpacking ......................................................................................................... 7
   Technical Service ............................................................................................. 8
   Technical Service for International Customers ............................................... 8
   Tracking Requirements .................................................................................... 8
   Notification of Adverse Events ........................................................................ 8

SECTION 1. OPERATION ................................................................................... 9
   Overview .......................................................................................................... 9
   Identifying Operating Controls and Indicators ................................................ 9
   Using the Passive Airway Support System (PASS) ...................................... 11
   Installing or Replacing the Batteries .............................................................. 11
   Identifying Battery Condition ........................................................................ 13
   Using CPR-D Pads ......................................................................................... 13
   Describing the AED Pictograms .................................................................... 14
   Identifying Treatment Prompts ...................................................................... 15
   Other Prompts ................................................................................................ 15
   Using the Audio Recording Option ............................................................... 16
     Section 2. Maintenance Mode ..................................................................... 16
   Overview ........................................................................................................ 16
   Installation Instructions ................................................................................. 16
   Testing the Device ......................................................................................... 16
   Setting Up Data Communications ................................................................. 17
   Ordering Field Replacement Parts ................................................................. 17
   Maintenance Checklist ................................................................................... 19
   Troubleshooting ............................................................................................. 20

APPENDIX A: SPECIFICATIONS ..................................................................... 21
   Rectilinear Biphasic Waveform Characteristics ............................................ 22
   ECG Analysis Algorithm Accuracy .............................................................. 23

# Introduction

The ZOLL Automatic External Defibrillator (AED) Administrator's Guide is to be used by responsible medical authorities in conjunction with the Operator's Guide for the ZOLL Automatic External Defibrillator (AED) Operator's Guide.

The ZOLL AED is to be used by trained rescuers to provide emergency defibrillation. It incorporates a sequence of visual and voice prompts to help rescuers follow established protocols for use of AEDs. It also incorporates recording/memory capabilities to allow review of the use of the device by medical control authorities. Recording includes ECG rhythms, device operation, device identification, times, and optionally, CPR data, voice recording of rescuer and ambient sounds. This information is available via an upload capability to a personal computer for event review and archiving.

The American Heart Association and the European Resuscitation Council both publish extensive information regarding the use of automated external defibrillators and their relationship to cardiopulmonary resuscitation. See, for example, the following two publications: "Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiac Care, International Consensus on Science," *Circulation*. 2000;102, 8 and "International Guidelines 2000 for CPR and ECC – A Consensus on Science," *Resuscitation*; 2000; 46, 1-3. Both of these documents provide supplemental material to be used in conjunction with this Guide and the Operating Instructions for the ZOLL device.

**How Do I Use this Guide?**

This guide provides information for the operation and care of the ZOLL AED unit. The administrator, or "lead user" should read each section carefully. Make sure to read the Safety Considerations section. This guide is to be used in conjunction with the ZOLL AED Operator's Guide.

The guide is divided into three sections.

**Introduction** - General Information - Provides, warnings, cautions and general product overview of the ZOLL AED, system requirements and ZOLL Technical Service information.

**Section 1** - Operation - Describes the functions of all controls and indicator lights of the ZOLL AED, including information on batteries.

**Section 2** - Maintenance - Describes configuration of the unit, data communications, troubleshooting, maintenance, how to order batteries and CPR-D pads and specifications.

**How Does the AED Work?**

The device is a automated external defibrillator that uses voice prompts and visual icons to guide the rescuer through a resuscitation sequence that may include defibrillation and/or (cardiopulmonary resuscitation) CPR. It incorporates the ZOLL Rectilinear Biphasic Defibrillation waveform. The defibrillator monitors the electrocardiographic (ECG) rhythm of a victim's heart, analyzes that rhythm, and determines whether the rhythm is shockable or non-shockable.

The rescuer attaches the CPR-D pads to the victim's chest so that the unit can monitor the victim's heart rhythm. The CPR defibrillator (CPR-D) pads also deliver the defibrillation energy to the victim. If the unit detects a shockable rhythm, it charges the defibrillator and then issues the warning "Stand Clear of Patient, Press Treatment Button." The rescuer presses the treatment button to deliver the shock. If the patient remains in VF or VT, additional shocks can be administered after repeated analyses of the patient's heart rhythm. The rescuer may need to perform CPR if the initial or subsequent defibrillation attempts are unsucessful.

The defibrillator cover or PASS (Passive Airway Support System) can be used as a shoulder lift for the victim to assist in maintaining the airway. The unit may also contain disposable accessories (razor, barrier mask, scissors, and a towel). The defibrillator uses ten commercially available consumer brand lithium-maganese dioxide batteries.

**How Does the CPR Function Work?**

The ZOLL AED incorporates a metronome function that provides an audible beep to encourage rescuers to do CPR compression at the AHA/ERC recommended rate of 100 compressions per minute (CPM) for a depth of 1½" to 2" in adult patients. The metronome is silent until chest compression starts. When the metronome is on, it increases the speed of its audible beep from the rescuer's initial rate to the recommended rate.

While the rescuer is conducting CPR, and if the optimal CPR-D pad is used, the defibrillator issues one of two periodic audible prompts: "PUSH HARDER" or "GOOD COMPRESSION". When the rescuer interrupts CPR to provide rescue breathing, initiate or wait for ECG analysis, or to deliver a shock, the metronome stops automatically, usually within one compression .If the user starts at a lower rate, the adaptive metronome will gradually increase. If CPR is performed

at 15 compressions and 2 breaths (15:2) and the metronome speed has not reached 100 CPM by the 15th compression, when CPR is resumed, the metronome will continue at the rate established prior to the breath sequence. For example, if the 15th compression was 80 CPM, the next sequence begins at 80 CPM.

The optional CPR-D Pad has a CPR sensor mounted on it. The labeling on the electrode package indicates to the rescuer where to place the electrode's CPR sensor on the patient's chest. The sensor monitors the depth of compression the rescuer uses. The unit then processes the rescuer's depth of compression and then issues a prompt to provide feedback to the user as to the appropriate or inappropriate depth. For example, the user hears "GOOD COMPRESSION" when he reaches the appropriate rate and depth of compression.

| | |
|---|---|
| What Can the AED Do? | The ZOLL AED can do the following:<br>• Perform a periodic self test to ensure its continual readiness.<br>• Use an electrode assembly that is easy to apply to the patient.<br>• Analyze a heart rhythm and inform the rescuer if the rhythm is shockable or non-shockable.<br>• Provide voice prompts to tell the rescuer what to do and when to do it, such as calling for help or giving CPR to the victim.<br>• Provides an audible beep to encourage rescuers to provide CPR compression at 100 CPM.<br>• Monitors the depth of compression (1½" to 2" in adult patients) during CPR.<br>• Provide a unit cover that functions as a Passive Airway Support System (PASS) (Note that the PASS feature is standard for the Public Access unit and an optional feature for the Public Service unit.)<br>• Upload data from the defibrillator to a PC to store events or print out event reports.<br>• Use commercially available batteries and the CPR-D pads that have an extended shelf life. |
| Who Can Use the AED? | Use of the device must be authorized by a physician or other responsible authority depending on state and local regulations. |
| Audience | This guide is intended for administrators, or lead users, whose role is to maintain the unit for other rescuers. The operating instructions are specifically for use by rescuers. |

## Safety Considerations

The following section describes general warnings and safety considerations for administrators, rescuers, and patients.

Safety and effectiveness data submitted by ZOLL Medical Corporation to the Food and Drug Administration (FDA) under section 510(K) of the Medical Device Act to obtain approval to market are based upon the use of ZOLL accessories such as disposable the CPR-D pads. The use of external CPR-D pads from sources other than ZOLL is not recommended. ZOLL makes no representations or warranties regarding the performance or effectiveness of its products when used in conjunction with the CPR-D pads from other sources. If unit failure is attributable to the CPR-D padsthe CPR-D pads not manufactured by ZOLL, this may void ZOLL's warranty.

| | |
|---|---|
| **WARNING** | This unit can generate high voltages with sufficient current to cause lethal shocks. |



- All persons near the equipment must be warned to "STAND CLEAR" prior to discharging the defibrillator. Electrical energy delivered to the victim may be conducted through the patient's body and cause a lethal shock to those touching the victim.
- Do not use the unit near flammable agents, such as gasoline, oxygen-rich atmospheres or flammable anesthetics.
- Do not use the unit when patient, operator, or unit are wet or in water.
- Keep the patient as motionless as possible during ECG analysis.
- Do not touch the electrode surfaces, the patient, or any conductive material touching the patient during ECG analysis or defibrillation.
- Do not reuse the CPR-D pads past their expiration date, or the CPR-D pads from a damaged or opened package.

ZOLL 0225

- Do not use this unit on children less than 8 years of age.
- Avoid radio frequency interference from high-power sources that might cause the defibrillator to interpret cardiac rhythms incorrectly by turning off cell phones and/or 2 way-radios.
- Federal (U.S.A.) law restricts this device for sale by or on the order of a physician.

**CAUTION**



- Do not disassemble the unit. A shock hazard exits. Refer all servicing to qualified personnel.
- Disconnect non-defibrillation protected electronic devices or equipment from patient before defibrillation.
- Apply the CPR-D pads to clean and dry skin to minimize burning.
- Do not place the CPR-D pad directly over the patient's implanted pacemaker because pacemaker stimuli may degrade the accuracy of ECG rhythm analyses or the pacemaker may be damaged by defibrillator discharges.
- Use only commercially available type 123A lithium manganese dioxide batteries.
- Do not reuse batteries. Use only batteries from recommended manufacturers.
- This device should only be used by properly trained individuals.

## Indications for Use

Use the ZOLL AED when a sudden cardiac arrest victim has an apparent LACK OF CIRCULATION as indicated by:

- Unconscious; and
- Absence of normal breathing; and
- Absence of pulse or signs of circulation.

## Contraindications for Use

Do NOT use the ZOLL AED when the patient is:

- Conscious; or
- Breathing; or
- Has detectable pulse or signs of circulation.
- Less than 8 years of age.

**PC System Requirements**

The minimum requirements include:

Windows 95/98/Me/NT/2000

- IBM-compatible 486 (or higher) computer.
- 64MB RAM.
- VGA monitor or better.
- CD-ROM drive.
- IrDA™ port
- 2MB disk space.

**Unpacking**

- Carefully inspect each packing container for damage.
- Examine the unit package for any signs of damage that may have occurred during shipping.
- If the contents are incomplete or damaged or if the unit does not pass its self-test as indicated by the Red "X" in the display window after battery installation, then contact ZOLL Medical Corporation's Technical Service Department.
- Review the shipping list to insure that all items ordered were received.

## Technical Service

If a ZOLL product requires service, contact the ZOLL Technical Service Department:

Telephone: 1-781-229-0020; 1-800-348-9011

Fax 1-781-229-0758

Have the following information available for the Technical Service representative:

- Unit serial number.
- Description of the problem.
- Purchase Order or credit card number to allow tracking of loan equipment.
- Purchase Order or credit card number for a unit with an expired warranty.

If the unit needs to be sent to ZOLL Medical Corporation, obtain a service order request number from the Technical Service representative. Units are available on loan at an additional cost while your unit is being repaired.

Return the unit in its original container or equivalent appropriate packaging with the service order request number on it to the following address:

ZOLL Medical Corporation
32 Second Avenue
Burlington, Massachusetts 01803-4420
Attn: Technical Service Department
Fax: 781- 229-0758
781-229-0020; 1-800-348-9011

**Technical Service for International Customers**

Customers outside of the United States should return the unit in its original container or equivalent appropriate packaging to the nearest authorized ZOLL Medical Corporation Service Center. To locate an authorized service center, contact the International Sales Department at ZOLL Medical at the above address.

## Tracking Requirements

U.S Federal Law (21 CFR 821) requires the tracking of defibrillators. As an owner of this device, you have the responsibility under this law to notify ZOLL Medical Corporation if this product has been received, lost, stolen or destroyed or has been donated, resold or otherwise distributed to a different organization.

If any of the events described above occur, please contact ZOLL Medical Corporation in writing with the following information:

1. Originator's organization - Company, or Company Name, Address, Contact Name and Contact Phone Number.
2. Part Number/Model Number and Serial Number.
3. Disposition of Device (e.g. received, lost, stolen destroyed, distributed to another organization).
4. New Location and/or Organization (if different from #1 above) - Company Name, Address, Contact Name and Contact Phone number.
5. Date change took effect.

## Notification of Adverse Events

As a health care provider, you may have responsibilities under the SMDA for reporting to ZOLL and possibly to the FDA the occurrence of certain events. These events, described in 21 CFR Part 803, include device related death and serious injury or illness. In any event, as part of our Quality Assurance Program, ZOLL should be notified of any device failures or malfunction. This information is required to assure that ZOLL provides only the highest quality products.

ZOLL 0227

## Section 1. Operation

This section describes the features of the AED.

## Overview

This section describes the following functions:
- Identifying Operating Controls and Indicators.
- Using the Passive Airway Support System (PASS).
- Installing and Replacing the Batteries.
- Identifying Battery Conditions.
- Using CPRD Pads.
- Describing the AED Pictograms.
- Using the Audio Recording Option.

## Identifying Operating Controls and Indicators

*Figure 1: Controls and Indicators*



*Table 1: Description of Operating Controls and Indicators*

| Control/Indicator | What it does: |
|---|---|
| ON/OFF button | Turns power ON or OFF.<br>When held depressed for >5 seconds initiates self test or data communications. |
| Indicator Lights | Illuminates to indicate which step rescuer must take to treat a patient. |
| Treatment Button | 1. Light next to this button illuminates when the AED is charged and ready to deliver treatment to the patient.<br>2. When pressed, causes the defibrillator to discharge its energy into the patient.<br>3. When defibrillator is not charged the light next to the button is extinguished. Pressing this button indicates the number of defibrillator shocks delivered since the unit was powered on. |
| Status Indicator<br>✓<br><br>X | Illuminated check indicates the unit passed its last self test and is ready for use.<br><br>Illuminated "X" indicates unit has failed its self test and is not ready for use. |
| IrDA™ Port | Uploads and downloads data between the defibrillator and a personal computer or another IrDA™ equipped device. |
| Cover Case (PASS) | May be used as shoulder support to aid patient airway management. (Note that the PASS is a standard feature of the Public Access unit. The PASS can be ordered separately for the Public Service unit. See Field Replaceable Parts section.) |
| Battery Compartment | Holds ten (10) 123A lithium mangenese batteries used to power the unit. |
| Patient Connector | Connector for attaching CPRD pads to the AED. |
| Audible Beep | Encourages rescuers to do compressions at 100 CPM or indicates if service is required. |

ZOLL 0229

## Using the Passive Airway Support System (PASS)

If there is no evidence of head or neck trauma, the head tilt chin lift method is the recommended maneuver for opening the airway. The device cover (PASS) may be placed under the victim's shoulders to help maintain head tilt.

| | |
|---|---|
| **WARNING** | The PASS is a standard feature for the Public Access unit and should be used to provide airway support to the patient. If you are using the Public Safety defibrillator model, then do not use the cover of the Public Safety model for airway support since it does not have the specially designed airway support cover, the PASS. |

For patients who require airway support after determining there is no evidence of head or neck trauma, the patient should be rolled on their side and then rolled back over so that the PASS is under the patient's shoulders causing the head to tilt backwards. Rescuers should also be familiar with the recovery position used in the management of victims who are unresponsive but are breathing and have signs of circulation.

**For Public Access models only:** The shape of the cover, or PASS, when placed under the shoulders of the patient, can be used to help maintain and open the airway, as shown below.




PASS Cover.

PASS Cover under patient's shoulders.

| | |
|---|---|
| **CAUTION** | If you are using a Public Safety model of the AED, do not use the cover for airway support. |

## Installing or Replacing the Batteries

To power the unit, you must use ten (10) type 123A Photo Flash lithium manganese dioxide Batteries. These batteries:

- Can be purchased locally. (Use Duracell, Sanyo or Varta batteries. **Do not use Panasonic batteries.**)
- Should be used before any expiration date provided.
- Should have a shelf life of approximately 2 years, inclusive of testing.

To install the batteries:

1. Open the battery compartment by removing the battery cover from the back of the unit.

    This is accomplished by inserting a small slotted tool into the two slots on the bottom of the unit to depress the latch, and then inserting the tool into the groove to lift the cover.



- Groove to Lift Cover
- Slot to Open Compartment (on back)
- Battery Compartment

2. Remove the batteries and discard properly. Place batteries into the battery bank, observing battery markings and making sure that all batteries are securely seated and oriented properly. After placing the first 5-9 batteries into the battery well, an audio prompt, *INSTALL BATTERY*, reminds you to install the remaining batteries into the battery compartment.

3. If you are installing new batteries, press the battery reset button inside the battery holders when prompted. Pressing the button resets the battery usage indicator to full charge. **DO NOT** press the button if all the batteries are not new. The unit assumes that they are the same batteries that were just removed.



- Battery Reset Button

| | |
|---|---|
| **CAUTION** | Do not place other used batteries into the unit. You MUST replace all ten (10) batteries. |

| | |
|---|---|
| **NOTE** | If you do not press the battery reset button in the battery well within 15 seconds after installing all the batteries, the device will assume that the batteries are **not new** and **not fully** charged. |

| | |
|---|---|
| **CAUTION** | Do not replace individual batteries. The unit cannot detect whether all batteries or only a few batteries have been replaced. **Using less than fully charged batteries can affect the unit when performing a rescue.** Once the batteries are installed and the button is depressed, the unit resets its internal battery energy monitor to indicate that all batteries are fully charged. |

ZOLL 0231