## Identifying Battery Condition

Battery energy depletes during operation of the unit and after each defibrillation or gradually diminishes over a shelf life of approximately two years without use. The unit monitors energy remaining in the installed batteries. When battery energy is low or depleted, the unit will not function to specification.

When a low battery condition occurs:

- The unit emits an audible alarm or "beep" if the unit is off.
- You hear the audio prompt, *BATTERY LOW* if the unit is on.
- Red "X" displays on the status indicator, notifying you that the batteries are at 50% or less of capacity or if the unit has failed other self tests.

*Table 2: Battery Condition*

| Battery Condition | Indications | Correction |
|---|---|---|
| Low Battery | Audible beep from unit. | Replace batteries. |
| Low Battery | *REPLACE BATTERY* prompt (when unit is powered on) | Replace batteries. |
| Low Battery or other self test failure. | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. If red "X" remains, return to ZOLL Technical Support for service. |
| Low Battery | Low Battery prompt (unit powered on). | Replace batteries as soon as possible. |
| Dead Battery | Status Indicator has red "X" indicating failure to operate (when off). | Replace batteries. If red "X" remains, return to ZOLL Technical Support for service. |

## Using CPRD Pads

The ZOLL AED uses electrode packs that are connected to the unit by a cable. The package will contain an electrode that you attach to the patient. Do not reuse CPRD pads since they are designed for one-time use. Make sure to install a new package in the unit to be prepared for future emergencies and connect electrode cable to the unit.

If the electrode is not attached properly, you hear this voice prompt during operation: *"CHECK ELECTRODE"*. Make certain to attach the electrode's sensor properly.

**WARNING** **DO NOT reuse CPRD pads.**

CPRD pads are pre-attached to the device. They are attached according to the directions on the electrode package.

The electrode package may incorporate:

- Razor or scissors to remove excessive hair on a patient, if necessary.
- Small towel to make sure that the patient's skin is dry.
- Gloves.
- Barrier Mask.

## Describing the AED Pictograms

The pictograms shown in the graphical user interface described below appear on the top of the unit once the cover is removed. They are the reminders of the steps to follow when performing a rescue. Used with the voice prompts that you hear, the graphics serve as a reinforcement of voice prompts.Graphic User Interface




The graphics incorporated on the device are each combined with an indicator light (LED) and the listed voice prompts to draw attention to the graphics in a sequence defined by current protocols for use of an AED by the American Heart Association and the European Resuscitation Council.

A model of the device incorporates an LCD display that has the capability to display the acquired ECG rhythms as well as text messages consistent with the voice prompts.

When the device is turned on the sequence is automatically initiated and will continue until the device is turned off or the CPRD pad is not attached. Analysis of the ECG rhythm will occur after the CPRD pad is attached to the patient and impedance is verified. Thereafter reanalysis is automatic and shocks prompted or the rescuer will be reminded of other life supporting actions consistent with protocols as noted above. Loss of contact will interrupt operation until the CPRD pad is CPRD padreattached and will result in a check electrode prompt to the operator.

The CPRD pad is pre-attached to the device. They are attached to the patient according to the directions on the electrode packaging.

A three shock sequence will be administered with interruption for CPR before initiation of subsequent three shock sequences. No shock indicated messages result in a reminder to provide other recommended care including check airway, breathing and compressions.

Shocks are delivered by depressing the treatment button in the center of the graphic interface shown by the hand which incorporates an LED.

## Identifying Voice Prompts

Voice prompts guide the rescuers use of the device and resuscitation protocols.

*Table 3: Voice Prompts*

| | | | |
|---|---|---|---|
| Plug in Cable | No Pulse | Place Patient in Recovery Position. | In |
| Unit Failed | Start CPR | No Pulse/Start CPR. | Out |
| Change Batteries | Continue CPR. | Install Batteries | Later |
| Unit OK | Give two breaths. | If New Batteries, Press Button. | ZOLL |
| Stay Calm | Push Harder. | Press Harder. | Software. |
| Call for Help | Non-Rescue Mode. | Press Faster. | Revision. |
| Check Responsiveness | Sending | Press Slower. | Version. |
| Check Patient | Done | Press Softer | Public Access Defibrillator. |
| Open Airway. Check Breathin g. Give two breaths. | Sending Failed | You Can Help | Ready to Use. |
| Check Circulation | (X) Shockks where delivered) | Attach Electrodes. | Self Test in Progress. |
| Check Pulse | Data Stored | All Tests Passed. | Point. |
| Attach Electrode Pads | Shock Advised | Good CPR. | Lighter. |
| Check Electrode Pads | You Can Do This | Good Compressions. | Pusihing. |
| Stop CPR | Check for Pulse | Data Stored in Memory. | Hard. |
| Don 't Touch Patient. ANalyzing. | Check Patient | Communications Established. | Deeper. |
| ANalysis Halted. Keep Patient Still. | Administed 15 CHest Compressions Now. | Check Pulse Sensor Attachment to Patient. | Shallower. |
| No Shock Advised. | Reattach Electrode. | No Compressions Detected. | Compression. |
| Relese Button. | Check for Consciousness | Good Job. | Replace. |
| Don't Touch Patient. Press Treatment Button. | Check for Alertness. | Yes. | Check for Signs of Circulation. |
| Open AIrway. Check Breathing. Check Circulation. If No Pulse, Start CPR. | Poor Electrode Contact. | First. | Check Electrodes. |



ZOLL 0234

*Table 3: Voice Prompts*

| | | | |
|---|---|---|---|
| Open Airway. Check Breathing. Check Circulation. If No Circulation, Start CPR. | Responsiveness | Last. | No Treatement Advised. |
| Pulse Detected. Open Airway. If Breathing | Electrode | No Data Stored | No Pulse d. |
| Don't TOuch Patient. | Analyzing Rhythm. | | Invalid Configuration. |
| Release Chock Button. | Release Treatment Button. | No Pulse Detected. | Press to Shock. |
| Now. | Sending Data. | Co CPR Detected. | Shock Delivered. |
| Shutting Down. | Press to Shock. | Attach Correct Electorde of Simulator. | |

## Using the Audio Recording Option

If installed and configured, the unit contains an audio recording option that will record and store 20 minutes of continuous audio while a rescue is occurring. The audio recording starts at the same time that *STAY CALM* prompt is heard. The recorded data are synchronized to the clinical event data. Therefore, when you playback the recorded audio, the ECG data are synchronized to it. Each time you use the device, the previously stored data (ECG, Audio and Event) are overwritten by the data recorded for the current rescue.

However, if the unit is started in any other mode, such as the mode to configure the unit, then the recorded audio data of the last rescue are retained and may be uploaded. Audio recording does not occur in Maintenance Mode.

# Section 2. Maintenance Mode

This section describes the administration functions of the AED for the device administrator or lead user.

## Overview

This section describes the following functions:

- PADLink Installation Instructions
- Conducting Unit Self Tests.
- Ordering Field Replacement Parts.
- Maintenance Checklist.
- Troubleshooting.
- Specifications.
- Rectilinear Biphasic Waveform Characteristics.
- ECG Analysis Algorithm Accuracy

## Installation Instructions

Before you begin the installation program, you must point the Irda communication device in the direction of the AED IrDa port.

1. Insert the ZOLL AED CD into your CD-ROM drive on your PC. The installation program will start automatically.

2. Follow the instructions that appear on the screen to complete the installation.

   If the install program does not start automatically:

   1. Select RUN from the Start menu.
   2. In the Open text field, type X, substituting X for the correct letter of your CD-ROM drive
   3. Click OK.

## Testing the Device

1. As administrator, you can configure the unit to automatically conduct a self test at a 1-7 day intervals. For example, you can configure the unit to run a self test every 5 days.
2. When you activate the unit, the device performs a self test before beginning other functions.
3. You can test the unit manually by pushing and holding the ON/OFF button for 5 seconds or more.
4. You can conduct diagnostic tests via a personal computer through an IrDA™ port.

   All tests should result in the green check mark display after the test. If the red "X" displays repeat the test. If the red "X" remains, remove the device from service.

## Setting Up Data Communications

You can send and receive data between a unit and a personal computer without any cable connection by transferring data using two IrDA (infrared interface standard) ports. One IrDA™ port is located on the side of the unit. The second IrDA™ port may be on your personal computer. In some cases, you will be sending data from the IrDA port on your unit to an IrDA port on a modem which then transmits the data to a remote computer.

For best results for transmission, IrDCPRD padA ports must be facing each other and the path between the two devices must be clear of obstacles. Beaming distances between devices may vary but should be about one foot apart. Power up the PC and have the ZOLL AED Administrator PADLink and or the ZOLL Data Control software running. Press and hold the ON/OFF button on the unit for at least 5 seconds to establish contact with the computer or modem. Once connected properly, you hear the audio prompt of "COMMUNICATIONS ESTABLISHED" and see a message on your computer screen that the connection was successful.

**NOTE** See the AED online Help to:

- Configure the unit
- Run diagnostics
- Calibrate the unit
- Display AED history
- Update the software version
- Select the language to use for the unit.
- Get clinical data
- Do other administrative tasks.

## Ordering Accessories

You can order the following field replacement parts from the ZOLL Customer Service Department. Maintenance

*Table 4: Accessories*

| Item | Part Number |
|---|---|
| ZOLL CPRD pad including accessory kit | 8900-0800-01 |
| ZOLL electrode STAT PADZ2 | 8000-0801-XX |
| Set of 10 Batteries | 8000-0807-01 |
| Administrator's Guide | 9650-0301-01 |
| Operator's Guide | 9650-0300-01 |
| Simulator/Tester | 8000-0800-01 |
| PASS Cover | 8008-0808-01 |
| Public Safety Cover | 8008-0803-01 |
| Universal Simulator Cable | 8008-0804-01 |
| Administration Guide with PadLink CD | 9650-0302-01 |
| Mounting Bracket | 8008-0809-01 |

## Maintenance Checklist

- Inspect frequently, as necessary.
- After each use, clean unit with a soft, damp cloth using 90% isopropyl alcohol, or soap and water, or chlorine bleach and water mixture (30 ml/liter water).
- Check for the green check showing that the unit is ready to use.
- Do not immerse any part of the unit in water.
- Do not use ketones (MEK, acetone, etc.)
- Avoid using abrasives (e.g., paper towel) on the display window or IrDa port.
- Do not sterilize the device.
- Test periodically.

*Table 5: Maintenance Checklist*

| Check the following | Pass | Fail |
|---|---|---|
| Is the unit clean, undamaged, free of excessive wear? | ☐ | ☐ |
| Are there any cracks or loose parts in the housing? | ☐ | ☐ |
| Verify CPRD pad are connected and sealed in the package. Replace if expired. | ☐ | ☐ |
| Are all cables free of cracks, cuts and exposed or broken wires? | ☐ | ☐ |
| Periodically test the unit using a simulator. Do three discharges and verify: energy delivery, indicators and display illuminate, voice prompts are heard. | ☐ | ☐ |
| Turn the unit on and off and verify the green check ready to use. | ☐ | ☐ |

## Troubleshooting

Return the unit to ZOLL's Technical Service Department if the unit is not working properly

*Table 6: Troubleshooting*

| Technical Problem | Recommended Action |
|---|---|
| Self test failed | Manually test by pressing and holding the ON/OFF button for more than 5 seconds. If unit fails test again, remove unit from service and contact ZOLL Technical Service. |
| *"Replace Batteries"* prompt. | Replace all batteries at the same time. Press the battery button. |
| Red "X". | Run manual test. Check to see if cable is attached properly to unit. Replace batteries. Press the battery button.<br>If unit still does not work, remove unit from service and contact ZOLL Technical Service. |
| Hear beeping noise. | Press the battery button.<br>Remove unit from service and replace batteries. If beeping continues, contact ZOLL Technical Service. |

# Appendix A: Specifications

| GENERAL SPECIFICATIONS | |
|---|---|
| Size (H x W X D) | 5.25 x 9.50 x 11.50 |
| Weight | 8.0 lbs. |
| Power | Internal Batteries. 10 -Type 123A Photo Flash lithium manganese dioxide batteries. |
| Device Classification | Class 1 and internally powered per EN60601-1 |
| Design Standards | Meets or exceeds UL 2601, AAMI DF-39, IEC 601-2-4, EN60601-1 |
| ENVIRONMENT | |
| Operating Temperature | PS Model: 0° to 50°C<br>PA Model: 10° to 40°C |
| Storage Temperature | PS Model: -30° to 70°C<br>PA Model: 0° to 50°C |
| Humidity: | 10 to 95% relative humidity, non-condensing |
| Vibration | PS Model: MIL Std. 810E, Min Helicopter Test<br>PA Model: IEC 68-2-34 (low) |
| Shock | PS Model: IEC 68-2-27; 100G<br>PA Model: Mil Std 810E 40G |
| Altitude | PS Model: -300 to 15,000 ft.<br>PA Model: -300 to 7,500 ft. |
| Electromagnetic Compatibility: | (EMC): CISPR 11 Class B- Radiated and Conducted Emissions |
| Electromagnetic Immunity: | IEC 1000-4-3 to10 V/m |
| Electrostatic Discharge: | IEC 1000-4-2 |
| Conducted Susceptibility: | IEC 1000-4-4, 1000-4-5, 1000-4-6 |
| DEFIBRILLATOR | |
| Waveform | Rectilinear Biphasic |
| Energy Selection | Automatic pre-programmed selection (120J, 150J, 200J) |
| Patient Safety | All patient connections are electrically isolated. |
| Charge TIme | Less than 10 seconds with new batteries. |
| Electrodes | ZOLL Stat Padz II or CPR-D |

| Built in Defibrillator Self Test | Included |
|---|---|
| CPR | Metronome: Varaible up to 100 CPM<br>Rate: 50-120 CPM<br>Depth: 1/2" to 3" |
| Defibrillation Advisory | Evaluates electrode connection and patient ECG to determine if defibrillation is required.<br>Shockable Rhythms: Venticular fibrillation with amplitude>100 microvolts and wide complex ventricular tachycardia with rates greater than 150 BPM. Refer to ECG Analysis Algorithm Accuracy Section for sensitivity and specificity performance. |
| Electrode Paitent Impedance Measurement Accuracy | 0 to 300 ohms |
| Defibrillator Electrode ECG Circuitry | Protected |
| Bandwidth | 2-30Hz |
| **BATTERY PACKS** | |
| Type | 123A lithium manganese dioxide batteries |
| **DISPLAY** | |
| Display Format | Optional LCD with Moving Bar<br>Size: 65x32mm<br>Viewing Time: 2.6 seconds |
| Sweep Speed | 25 mm/sec |
| Operating TImes with New Batteries | Monitoring Operation greater than 4 hours.<br>Standby Operation greater than 1 year.<br>Defibrillate (Full Energy) greater than 30 shocks. |

## Rectilinear Biphasic Waveform Characteristics

The following table shows the Rectilinear Biphasic waveform's characteristics when discharged into 25Ω, 50Ω, and 100Ω loads at a maximum energy setting of 200 Joules.

| | Discharged into 25Ω Load | Discharged into 50Ω Load | Discharged into 100Ω Load |
|---|---|---|---|
| **$I_{max}$ 01 = First Phase Maximum Initial Current** | 30 A | 26 A | 21 A |
| **$I_{avg}$ 01 = First Phase Average Current** | 27 A | 23 A | 16 A |
| **TD 01 = First Phase Duration** | 6 ms | 6 ms | 6 ms |
| **$T_{INtd}$ = Interphase duration between first and second phases.** | 100 µs | 100 µs | 100 µs |
| **$I_{max}$ 02 = Second Phase Maximum Initial Current** | 26 A | 21 A | 14 A |
| **$I_{avg}$ 02 = Second Phase Average Current** | 15 A | 15 A | 12 A |
| **TD 02 = Second Phase Duration** | 4 ms | 4 ms | 4 ms |

## ECG Analysis Algorithm Accuracy

Sensitivity, specificity, false positive rate and positive predictivity are expressions of an ECG analysis system when compared with clinicians or experts. The specifics of computations are detailed below. The accompanying data details the accuracy of the algorithm as tested by independent investigators.

The Algorithm:

- Divides the ECG rhythm into three-second segments.
- Filters and measures noise, artifact, and baseline wander.
- Measures baseline content ('waviness' at the correct frequencies - frequency domain analysis) of signal.
- Measures QRS rate, width, and variability.
- Measures amplitude and temporal regularity ('auto-correlation') of peaks and troughs.
- Determines if two-out-of-three, 3 second segments are shockable then displays "SHOCK ADVISED" message.
- The Algorithm sequence takes approximately 9 seconds.

*Table 7: Clinical Performance Results*

| *Table 8: Clinical Performance Results* | |
|---|---|
| Applications | # of Analyses — 316; # of Patients — 194 |
| Shockable Rhythms | Overall Sensitivity 95.7%<br>Positive Predictability 100.)% |
| Non-Shockable Rhythm | Overall Sensitivity 100.)%<br>Positive Predictability 0% |
| Sensitivity = | # of "correct shock decisions by algorithm<br>Total # of rhythms for which a shock is clinically advised. |
| Specificity = | # of "correct no shock decisions by algorithm<br>Total # of rhythms for which no shock is clinically advised. |
| False Positive Rate = | # of "incorrect shock decisions by algorithm<br>Total # of rhythms for which no shock is clinically advised. |
| Positive Predictivity = | # of "correct shock decisions by algorithm<br>Total # of rhythms for which a shock is advised by unit. |