EXHIBIT D

REV 1/18/85

## MENU CPR-PROMPT

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                     *
*                                                     *
*    ON   x       OFF   x      PAUSE   x      TEST   x *
*                                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                     *
*                                                     *
*    x  A. ADULT        x  B. BABY        x  C. CHILD *
*                          (age 0-1 yr)     (age 1-8 yr)
*                                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                     *
*                                                     *
*    x  1. ONE RESCUER CPR                            *
*                                                     *
*    x  2. TWO RESCUER CPR                            *
*                                                     *
*    x  3. MOUTH TO MOUTH BREATHING                   *
*                                                     *
*    x  4. CHOKING - VICTIM CONSCIOUS                 *
*                                                     *
*    x  5. CHOKING - VICTIM NOT CONSCIOUS             *
*                                                     *
*                                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

```
ON    x

      [1]  "REMAIN CALM"
      [1]  "THESE PROMPTS ARE FOR PERSONS TRAINED IN CPR"
      [1]  "UNTRAINED RESCUERS MAY HARM VICTIM"

      [1]  "IF YOU ARE RUSHED, USE THE PAUSE KEY.  HIT THE
            PAUSE KEY AGAIN TO CONTINUE."

      [1]  "TO START, PRESS ONE OF THE BLUE AGE KEYS, EITHER
            A,B, OR C."

                  √[+15 SECONDS (REPEAT)]
                  √[+30 SECONDS (REPEAT)]
                  √[+15 SECONDS (OFF)]
```

```
ERROR MESSAGE x
```

—    [2]  "YOU HAVE PRESSED A WRONG KEY, TRY AGAIN"   ( *Back into Program* )

     [41]  "TEST COMPLETED"

     [39]  "YOU HAVE SELECTED TEST MODE"

—    [40] " *HIT THE PAUSE KEY AGAIN TO CONTINUE* "

          [+ *8 SECONDS (REPEAT)* ]

          [+ *24 SECONDS (REPEAT) - 7 LOOPS ( 2½ MIN ) - SHUT OFF* ]

x    A. ADULT

```
[57]  "YOU HAVE SELECTED"                    (.3 SECONDS)
[3]   "ADULT"


[36]  "IF YOU DO NOT KNOW THE CONDITION OF VICTIM"
[36]  "SHAKE VICTIM GENTLY AND SHOUT, 'ARE YOU OK?'"
[36]  "IF NO RESPONSE, CALL FOR HELP AND GENTLY POSITION
        VICTIM."

[36]  "TIP HEAD AND CHECK BREATHING"          (.3 SECONDS)
[6]   "LOOK, LISTEN, AND FEEL FOR 5 SECONDS"  (3 SECONDS)

[4]   "IF VICTIM IS NOT BREATHING"

[4]   "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"

[4]   "4 QUICK BREATHS"                       (.3 SECONDS)
[5]   "BLOW"                                  (1 SECOND)
["]   "BLOW"                                  (1 SECOND)
["]   "BLOW"                                  (1 SECOND)
["]   "BLOW"                                  (.5 SECOND)

[62]  "CHECK BREATHING AND PULSE"             (3 SECONDS)

[7]   "IF YOU CANNOT INFLATE LUNGS"
[7]   "RETIP HEAD AND TRY AGAIN TO GIVE BREATHS. THE
        AIRWAY MAY BE BLOCKED"
[7]   "IF THIS IS TRUE"
[7]   "PRESS"
[7]   "KEY 5"

[7]   "TO CONTINUE RECEIVING PROMPTS"
[7]   "PRESS ONE OF THE FIVE RED STATUS KEYS"
[7]   "IF YOU HAVE NOT MADE A SELECTION, DO IT NOW."

            / [+15 SECONDS (REPEAT [7])]
            ✓ [+30 SECONDS (REPEAT [7])]
            ✓ [+15 SECONDS (OFF)]
```

x   <u>A. ADULT</u>        x  1. <u>ONE</u> RESCUER CPR

---

     [8] "ONE RESCUER CPR"

     [8] "USE A CYCLE OF"
     [8] "15 COMPRESSIONS AND 2 BREATHS"
     [8] "AFTER 4 CYCLES"             (.3 SECONDS)
     [62] "CHECK BREATHING AND PULSE"

     [38] "START"
     [38] "COMPRESSIONS"

     )[9] "MEASURE UP FROM CHEST NOTCH"   (1.3  SECOND)
     )[10] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
4 CYCLES )["] "PRESS"                      (.52 SECONDS)
(LOOPS)  )["] "PRESS"                      (.52 SECONDS
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)
     )["] "PRESS"                      (.52 SECONDS)

     )[12] "TIP HEAD, CLEAR AIRWAY, PINCH NOSE" (.3 SECONDS)

     )[5] "BLOW"                      (1 SECOND)
     )["] "BLOW"                      (.3 SECONDS)

    ))[62] "CHECK BREATHING AND PULSE"     (1 SECOND)

1 CYCLE
(LOOP)  ))[13] "IF PULSE OK"
     ))[13] "PRESS"
     ))[13] "KEY 3"

     ))[13] "IF NO PULSE"
     ))[13] "CONTINUE"                 (.5 SECONDS)

     ))[11] "START"
     ))[11] "WITH TWO BREATHS"         (.5 SECONDS)
     ))[5] "BLOW"                    (1 SECOND)
     ))["] "BLOW"                    (.5 SECOND)

x  <u>A. ADULT</u>         x  2. <u>TWO</u> RESCUER CPR

---

[14]  "TWO RESCUER CPR"                        (.3 SECONDS)


[58]  "USE A CYCLE OF"
[58]  "5 COMPRESSIONS AND 1 BREATH"            (.3 SECONDS)
[60]  "AFTER 20 CYCLES CHANGE RESCUER POSITIONS"
[60]  "AND"
[62]  "CHECK BREATHING AND PULSE."

[38]  "START"
[38]  "COMPRESSIONS"                           (.3 SECONDS)

[9]   "MEASURE UP FROM CHEST NOTCH"            (.5 SECONDS)

9          ⌐)[10]  "PRESS"                .91 (.92 SECOND)
CYCLES     ⌐)["]   "PRESS"                .91 (.92 SECOND)
(LOOPS)    ⌐)["]   "PRESS"                .91 (.92 SECOND)
           ⌐)["]   "PRESS"                .91 (.92 SECOND)
           ⌐)[15]  "PRESS AND BLOW"       .91 (.92 SECOND)

           ⌐))[16]  "CHANGE"              .91 (.92 SECOND)
           ⌐))[10]  "PRESS"               .91 (.92 SECOND)
           ⌐))["]   "PRESS"               .91 (.92 SECOND)
CYCLE      ⌐))["]   "PRESS"               .91 (.92 SECOND)
(LOOP)     ⌐))[15]  "PRESS AND BLOW"      .91 (.92 SECOND)

      ))[17]  "CHANGE PLACES"                  (.7 SECOND)

      ))[62]  "CHECK BREATHING AND PULSE"      (.7 SECOND)

      ))[13]  "IF PULSE OK"
      ))[13]  "PRESS"
      ))[13]  "KEY 3"

      ))[13]  "IF NO PULSE"
      ))[13]  "CONTINUE"                       (.5 SECOND)

      ))[18]  "START"
      ))[18]  "WITH 1 BREATH"                  (.5 SECOND)

      ))[5]   "BLOW"                           (.5 SECOND)

CHANGE .92 TO SAVE
.91 TO 3 SECONDS

x   A. ADULT          x  3. MOUTH TO MOUTH BREATHING

---

      [63] "MOUTH TO MOUTH BREATHING"          (.3 SECONDS)

      [19] "USE A CYCLE OF"
      [19] "12 BREATHS AND ONE AIRWAY CHECK"     (.3 SECONDS)

      )[12] "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"  (.3 SECONDS)
      )[5] "BLOW" ✓                             (4.6 SECONDS)
      )["] "BLOW" ✓                             (4.6 SECONDS)
      )["] "BLOW" ✓                             (4.6 SECONDS)
CONTIN- )["] "BLOW" ✓                             (4.6 SECONDS)
UOUS    )["] "BLOW" ✓                             (4.6 SECONDS)
CYCLE   )["] "BLOW" ✓                             (4.6 SECONDS)
(LOOP)  )["] "BLOW" ✓                             (4.6 SECONDS)
      )["] "BLOW" ✓                             (4.6 SECONDS)
      )["] "BLOW" /                             (4.6 SECONDS)
      )["] "BLOW" /                             (4.6 SECONDS)

      )["] "BLOW" /                             (4.6 SECONDS)

      )["] "BLOW" /                             (1 SECOND)

      )[62] "CHECK BREATHING AND PULSE"         (1 SECOND)

      )[21] "IF NO PULSE"
      )[21] "PRESS"
      )[21] "KEY 1"

      )[21] "IF PULSE OK"
      )[21] "CONTINUE"                            (1 SECOND)

A. ADULT          x  4. CHOKING - VICTIM CONSCIOUS

```
            [22] "PROMPTS"
            [22] "FOR A CHOKING VICTIM WHO IS"
            [22] "CONSCIOUS"

            [22] "SOMEONE WHO IS COUGHING FORCEFULLY SHOULD BE LET
                  ALONE.

            [42] "IF THE VICTIM CAN SPEAK"
            [42] "DO NOT TRY TO REMOVE AN OBJECT FROM THE AIRWAY."

            [42] "USE A CYCLE OF
            [42] "4 BACK BLOWS
            [42] "AND"
            [42] "4 ABDOMINAL THRUSTS"

            [42] "TO GIVE BACK BLOWS"
            [42] "SUPPORT THE VICTIM WITH ONE HAND ON CHEST"
            [44] "THE VICTIM'S HEAD SHOULD BE LOWER THAN THE CHEST"

            [44] "TO START"
            [44] "GIVE 4 SHARP BLOWS OVER THE SPINE, BETWEEN THE
                  SHOULDER BLADES AS RAPIDLY AS POSSIBLE"   (.3 SECONDS)
            [52] "1,2,3,4"                                  (.5 SECONDS)

            [23] "IF AN OBSTRUCTION REMAINS"
            [28] "GIVE"
            [28] "4 ABDOMINAL THRUSTS"                      (.3 SECONDS)

            [52] "1,2,3,4"                                  (.5 SECONDS)

4 CYCLES  )[26] "GIVE"
          )[26] "4 BACK BLOWS"
          )[52] "1,2,3,4"                                   (.5 SECONDS)

          )[28] "GIVE"
          )[28] "4 ABDOMINAL THRUSTS"
          )[52] "1,2,3,4"                                   (.5 SECONDS)

1 CYCLE  ))[24] "FOR A CHOKING VICTIM WHO IS"
         ))[24] "NOT CONSCIOUS"
         ))[24] "PRESS"
         ))[24] "KEY 5"                                     (.5 SECONDS)
```

x   A. ADULT          x   5. CHOKING - VICTIM NOT CONSCIOUS
_____

[29] "PROMPTS FOR A CHOKING VICTIM WHO IS NOT
       CONSCIOUS.  IF THE HEART IS NOT BEATING,
       CPR IS ALSO NEEDED"
                                              (.5 SECOND)
[30] "ROLL VICTIM TOWARD RESCUER"
[26  "GIVE 4 BACK BLOWS"                       (.3 SECONDS)
[52] "1,2,3,4"                                 (1 SECOND)

[31] "ROLL VICTIM ON BACK"
[28] "GIVE 4 ABDOMINAL THRUSTS"                (.3 SECONDS)
[52] "1,2,3,4"                                 (1 SECOND)

[32] "FINGER SWEEP ONLY IF YOU SEE OBJECT"     (2 SECONDS)

[33] "TRY TO GIVE 4 QUICK BREATHS"
[12] "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"      (.3 SECONDS)
[5]  "BLOW"                                    (1 SECOND)
["]  "BLOW"                                    (1 SECOND)
["]  "BLOW"                                    (1 SECOND)
["]  "BLOW"                                    (.5 SECOND)

)[30] "ROLL VICTIM TOWARD RESCUER"
)[26] "GIVE 4 BACK BLOWS"
)[52] "1,2,3,4"                                (.5 SECONDS)

)[31] "ROLL VICTIM ON BACK"
)[28] "GIVE 4 ABDOMINAL THRUSTS"
)[52] "1,2,3,4"
)[32] "FINGER SWEEP ONLY IF YOU SEE
         OBJECT"                               (.7 SECOND)
CYCLES   )
)[33] "TRY TO GIVE 4 QUICK BREATHS"
)[27] "TIP HEAD, CLEAR AIRWAY"                 (.3 SECONDS)
)[5]  "BLOW"                                   (1 SECOND)
)[5]  "BLOW"                                   (1 SECOND)
)[5]  "BLOW"                                   (1 SECOND)
)[5]  "BLOW"                                   (.5 SECOND)

CYCLE) ))[62] "CHECK BREATHING AND PULSE"      (3 SECONDS)
P      ))[23] "IF AN OBSTRUCTION REMAINS"
       ))[34] "CONTINUE"                       (.3 SECOND)

REV H
12|6|8+

x    B. BABY ✓

───────────────────────────────────────────────

    [57]    "YOU HAVE SELECTED"
    [46]    "BABY"

    [36]    "IF YOU DO NOT KNOW THE CONDITION OF VICTIM"
    [36]    "SHAKE VICTIM GENTLY AND SHOUT,'ARE YOU OK?'"
    [36]    "IF NO RESPONSE, CALL FOR HELP AND GENTLY POSITION
            VICTIM."

    [36]    "TIP HEAD AND CHECK BREATHING"
    [20]    "DO NOT TIP HEAD AS FAR AS YOU WOULD FOR ADULT"
    [6]     "LOOK, LISTEN, AND FEEL FOR 5 SECONDS" (2 SECONDS)

    [47]    "IF VICTIM IS NOT BREATHING"

    [47]    "4 QUICK BREATHS"
    [47]    "BREATH SHOULD BE GENTLE PUFF"
    [47]    "PLACE YOUR MOUTH OVER BOTH NOSE AND MOUTH OF
            BABY"
    [48]    "GENTLE PUFF"                    (1 SECOND)
    ["]     "GENTLE PUFF"                    (1 SECOND)
    ["]     "GENTLE PUFF"                    (1 SECOND)
    ["]     "GENTLE PUFF"                    (.5 SECOND)

    [62]    "CHECK BREATHING AND PULSE"      (3 SECONDS)

    [7]     "IF YOU CANNOT INFLATE LUNGS"
    [7]     "RETIP HEAD AND TRY AGAIN TO GIVE BREATHS.  THE
            AIRWAY MAY BE BLOCKED"

    [7]     "IF THIS IS TRUE"
    [7]     "PRESS"
    [7]     "KEY 5"

    [7]     "TO CONTINUE RECEIVING PROMPTS"
    [7]     "PRESS ONE OF THE FIVE RED STATUS KEYS"
    [7]     "IF YOU HAVE NOT MADE A SELECTION, DO IT NOW."

BIC

x  B. BABY          x  1. ONE RESCUER CPR

---

3/ [49] "ONE RESCUER CPR"

3A [58] "USE A CYCLE OF"
   [58] "5 COMPRESSIONS AND 1 BREATH"
3B [59] "PLACE HEAD SLIGHTLY LOWER THAN HEART"

26 [38] "START"
   [38] "COMPRESSIONS"
3a [50] "USE 2 FINGERS BETWEEN NIPPLES"

| | | | |
|---|---|---|---|
| 19 CYCLES | )[10] | "PRESS" | (.45 SECONDS) |
| | )["] | "PRESS" | (.45 SECONDS) |
| | )["] | "PRESS" | (.45 SECONDS) |
| | )["] | "PRESS" | (.45 SECONDS) |
| | )[51] | "PRESS AND PUFF" | (.45 SECONDS) |
| 1 CYCLE | ))[10] | "PRESS" | (.45 SECONDS) |
| | ))["] | "PRESS" | (.45 SECONDS) |
| | ))["] | "PRESS" | (.45 SECONDS) |
| | ))["] | "PRESS" | (.45 SECONDS) |
| | ))[51] | "PRESS AND PUFF" | (.45 SECONDS) |
| | ))[62] | "CHECK BREATHING AND PULSE" | (1 SECOND) |
| | ))[13] | "IF PULSE OK" | |
| | ))[13] | "PRESS" | |
| | ))[13] | "KEY 3" | |
| | ))[13] | "IF NO PULSE" | |
| | ))[13] | "CONTINUE" | (.3 SECONDS) |
| | ))[18] | "START" | |
| | ))[18] | "WITH 1 BREATH" | (.3 SECOND) |
| | ))[48] | "GENTLE PUFF" | (.5 SECOND) |

B2C

x  B. BABY        x  2. <u>TWO</u> RESCUER CPR

---

0E [14] "TWO RESCUER CPR"

3A [58] "USE A CYCLE OF"
    [58] "5 COMPRESSIONS AND 1 BREATH"
3C [60] "AFTER 20 CYCLES CHANGE RESCUER POSITIONS"
    [60] "AND"
3E [62] "CHECK BREATHING AND PULSE."

3B [59] "PLACE HEAD SLIGHTLY LOWER THAN HEART"

26 [38] "START"
    [38] "COMPRESSIONS"
32 [50] "USE 2 FINGERS BETWEEN NIPPLES"

| | | | |
|---|---|---|---|
| | )[10] "PRESS" +∑ | (.45 SECONDS) |
| 19 | )["] "PRESS" | (.45 SECONDS) |
| CYCLES | )["] "PRESS" | (.45 SECONDS) |
| (LOOPS) | )["] "PRESS" | (.45 SECONDS) |
| | )[51] "PRESS AND PUFF" +⊣ | (.45 SECONDS) |
| | )) [16] "CHANGE" +∑ | (.45 SECONDS) |
| 1 | )) [10] "PRESS" +∑ | (.45 SECONDS) |
| CYCLE | )) ["] "PRESS" | (.45 SECONDS) |
| (LOOP) | )) ["] "PRESS" | (.45 SECONDS) |
| | )) [51] "PRESS AND PUFF" +∀ | (.45 SECONDS) |

)) [17] "CHANGE PLACES"        (.7 SECOND)

)) [62] "CHECK BREATHING AND PULSE"    (.7 SECOND)

)) [13] "IF PULSE OK"
)) [13] "PRESS"
)) [13] "KEY 3"

)) [13] "IF NO PULSE"
)) [13] "CONTINUE"        (.3 SECOND)

)) [18] "START"
)) [18] "WITH 1 BREATH"        (.5 SECOND)

)) [48] "GENTLE PUFF"        (.5 SECOND)

6mm

x   B. BABY                x  3. MOUTH TO MOUTH BREATHING

3F [63] "MOUTH TO MOUTH BREATHING"

35 [53] "USE A CYCLE OF"
   [53] "20 BREATHS AND ONE AIRWAY CHECK"

```
             )
             )[27] "TIP HEAD, CLEAR AIRWAY"              (.3 SECONDS)
             )
             )[48] "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
CONTIN-      )["]  "GENTLE PUFF"                    (2.65 SECONDS)
UOUS         )["]  "GENTLE PUFF"                    (2.65 SECONDS)
CYCLE        )["]  "GENTLE PUFF"                    (2.65 SECONDS)
LOOP)        )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)
             )["]  "GENTLE PUFF"                    (2.65 SECONDS)

             )["]  "GENTLE PUFF"                     (1 SECOND)

             )[62] "CHECK BREATHING AND PULSE"
             )
             )[21] "IF NO PULSE"
             )[21] "PRESS
             )[21] "KEY 1"

             )[21] "IF PULSE OK"
             )[21] "CONTINUE"
```

*cdv 2*

*To BCC*

X   B. BABY          X   4. CHOKING - VICTIM CONSCIOUS

---

*16* [22] "PROMPTS"
   [22] "FOR A CHOKING VICTIM WHO IS"
   [22] "CONSCIOUS"

   [22] "SOMEONE WHO IS COUGHING FORCEFULLY SHOULD BE LET
        ALONE."
*25* [37] "USE A CYCLE OF"
   [37] "4 BACK BLOWS"
   [37] "AND"
   [37] "4 CHEST THRUSTS"

   [37] "TO GIVE BACK BLOWS"
*36* [54] "THE VICTIM'S HEAD SHOULD BE LOWER THAN THE CHEST"
   [54] "TURN BABY FACE DOWN"
   [54] "USE HEAL OF HAND"

   [54] "GIVE 4 SHARP BLOWS OVER THE SPINE, BETWEEN THE
        SHOULDER BLADES AS RAPIDLY AS POSSIBLE."
*34* [52] "1,2,3,4"   [RAPID CIRCUIT + 25%]

*17* [23] "IF OBSTRUCTION REMAINS"
*37* [55] "TURN BABY FACE UP"
   [55] "GIVE"
   [55] "4 CHEST THRUSTS"
*32* [50] "USE 2 FINGERS BETWEEN NIPPLES"
*34* [52] "1,2,3,4"   [RAPID CIRCUIT + 25%]

       )[56] "TURN BABY FACE DOWN"
CON-   )[56] "GIVE"
       )[56] "4 BACK BLOWS"
       )[52] "1,2,3,4"   [RAPID CIRCUIT + 25%]
TIN- *4X* )
UOUS   )[55] "TURN BABY FACE UP"
       )[55] "GIVE"
       )[55] "4 CHEST THRUSTS"
LOOP   )[52] "1,2,3,4"   [RAPID CIRCUIT + 25%]


   [24] "FOR A CHOKING VICTIM WHO IS"
   [24] "NOT CONSCIOUS"
   [24] "PRESS"
   [24] "KEY 5"                           (.3 SECONDS)

CDWG

BCU

x  __B. BABY__          x  __5. CHOKING__ - VICTIM __NOT__ CONSCIOUS

_____

Id [29] "PROMPTS FOR A CHOKING VICTIM WHO
         IS NOT CONSCIOUS.  IF THE HEART
         IS NOT BEATING, CPR IS ALSO NEEDED"
                                              (.5 SECOND)

38 [56] "TURN BABY FACE DOWN.  GIVE 4
         BACK BLOWS"
34 [52] "1,2,3,4"  [RAPID CIRCUIT + 25%]

37 [55] "TURN BABY FACE UP.  GIVE 4
         CHEST THRUSTS"
32 [50] "USE 2 FINGERS BETWEEN NIPPLES"
34 [52] "1,2,3,4"  [RAPID CIRCUIT + 25%]

20 [32] "FINGER SWEEP ONLY IF YOU CAN SEE
         OBJECT"                              (2 SECONDS)
                missing
21 (33) "TRY TO GIVE 4 QUICK BREATHS"
18 [27] "TIP HEAD, CLEAR AIRWAY"
30 [48] "GENTLE PUFF"                         (.7 SECOND)
   ["] "GENTLE PUFF"                          (.7 SECOND)
   ["] "GENTLE PUFF"                          (.7 SECOND)
   ["] "GENTLE PUFF"                          (.5 SECOND)

   38 )[56] "TURN BABY FACE DOWN,  GIVE 4 BACK
      )      BLOWS"
   34 )[52] "1,2,3,4"  [RAPID CIRCUIT + 25%]      .5

      )
   37 )[55] "TURN BABY FACE UP.  GIVE 4 CHEST
(3) CYCLES )      THRUSTS"
   34 )[52] "1,2,3,4"  [RAPID CIRCUIT + 25%]      .5

      )
   20 )[32] "FINGER SWEEP ONLY IF YOU CAN
      )      SEE OBJECT"                       (.7 SECOND)
      )
   21 )[33] "TRY TO GIVE 4 QUICK BREATHS"
   18 )[27] "TIP HEAD, CLEAR AIRWAY"
   30 )[48] "GENTLE PUFF"                      (.7 SECOND)
      )["] "GENTLE PUFF"                       (.7 SECOND)
      )["] "GENTLE PUFF"                       (.7 SECOND)
      )["] "GENTLE PUFF"                       (.5 SECOND)

1 CYCLE ))[62] "CHECK BREATHING AND PULSE"     (3 SECONDS)
   17 ))[23] "IF AN OBSTRUCTION REMAINS"
   22 ))[34] "CONTINUE"                        (.3 SECOND)

REV M
12/6/84

x   C. CHILD ✓

────────────────────────────────────────────────

```
[57]    "YOU HAVE SELECTED"
[35]    "CHILD"


[36]    "IF YOU DO NOT KNOW THE CONDITION OF VICTIM"
[36]    "SHAKE VICTIM GENTLY AND SHOUT, 'ARE YOU OK?'"
[36]    "IF NO RESPONSE, CALL FOR HELP AND GENTLY
         POSITION VICTIM."

[36]    "TIP HEAD AND CHECK BREATHING"
[20]    "DO NOT TIP HEAD AS FAR AS YOU WOULD FOR ADULT"
[6]     "LOOK, LISTEN, AND FEEL FOR 5 SECONDS"
                                        (3 SECONDS)

[4]     "IF VICTIM IS NOT BREATHING"

[4]     "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"

[4]     "4 QUICK BREATHS"
[5]     "BLOW"                          (1 SECOND)
["]     "BLOW"                          (1 SECOND)
["]     "BLOW"                          (1 SECOND)
["]     "BLOW"                          (.5 SECOND)

[62]    "CHECK BREATHING AND PULSE"     (3 SECONDS)

[7]     "IF YOU CANNOT INFLATE LUNGS"
[7]     "RETIP HEAD AND TRY AGAIN TO GIVE BREATHS.
         THE AIRWAY MAY BE BLOCKED"

[7]     "IF THIS IS TRUE"
[7]     "PRESS"
[7]     "KEY 5"

[7]     "TO CONTINUE RECEIVING PROMPTS"
[7]     "PRESS ONE OF THE FIVE RED STATUS KEYS"
[7]     "IF YOU HAVE NOT MADE A SELECTION, DO IT NOW."
```

*CiC*

x   C. CHILD              x   1. ONE RESCUER CPR

---

31 [49]  "ONE RESCUER CPR"

34 [58]  "USE A CYCLE OF"
   [58]  "5 COMPRESSIONS AND 1 BREATH"

3d [61]  "COMPRESS WITH 3 FINGERS OR HEEL OF ONE HAND"

26 [38]  "START"
   [38]  "COMPRESSIONS"

9 [9]    "MEASURE UP FROM CHEST NOTCH"        (1  SECOND)

19        )[10]  "PRESS"                       (.60 SECONDS)
CYCLES    )["]   "PRESS"                       (.60 SECONDS)
          )["]   "PRESS"                       (.60 SECONDS)
          )["]   "PRESS"                       (.60 SECONDS)
          )[15]  "PRESS AND BLOW" [RAPID CIRCUIT + 25%]  (.60 SECONDS)

          ))[10]  "PRESS"                      (.60 SECONDS)
1 CYCLE   ))["]   "PRESS"                      (.60 SECONDS)
          ))["]   "PRESS"                      (.60 SECONDS)
          ))["]   "PRESS"                      (.60 SECONDS)
          ))[15]  "PRESS AND BLOW" [RAPID CIRCUIT + 25%]  (.60 SECONDS)

          ))[62]  "CHECK BREATHING AND PULSE"   (1 SECOND)

          ))[13]  "IF PULSE OK"
          ))[13]  "PRESS"
          ))[13]  "KEY 3"

          ))[13]  "IF NO PULSE"
          ))[13]  "CONTINUE"                    (.3 SECOND)

          ))[18]  "START WITH 1 BREATH"

          ))[5]   "BLOW"                         (.5 SECOND)

C2C

x   C. CHILD              x   2. TWO RESCUER CPR

---

0E [14] "TWO RESCUER CPR"

3A [58] "USE A CYCLE OF
   [58] "5 COMPRESSIONS AND 1 BREATH"
3C [60] "AFTER 20 CYCLES CHANGE RESCUER POSITIONS"
   [60] "AND"
3E [62] "CHECK BREATHING AND PULSE"

3D [61] "COMPRESS WITH 3 FINGERS OR HEEL OF ONE HAND"

26 [38] "START"
   [38] "COMPRESSIONS"

9 [9] "MEASURE UP FROM CHEST NOTCH"       (1  SECOND)

```
            )[10] "PRESS"                          (.60 SECONDS)
19          )["]  "PRESS"                          (.60 SECONDS)
CYCLES      )["]  "PRESS"                          (.60 SECONDS)
(LOOPS)     )["]  "PRESS"                          (.60 SECONDS)
            )[15] "PRESS AND BLOW" [RAPID CIRCUIT + 25%]
                                                   (.60 SECONDS)

            ))[16] "CHANGE"                         (.60 SECONDS)
            ))[10] "PRESS"                          (.60 SECONDS)
1           ))["]  "PRESS"                          (.60 SECONDS)
CYCLE       ))["]  "PRESS"                          (.60 SECONDS)
(LOOP)      ))[15] "PRESS AND BLOW" [RAPID CIRCUIT + 25%]
                                                   (.60 SECONDS)

            ))[17] "CHANGE PLACES"                  (.7 SECOND)

            ))[62] "CHECK BREATHING AND PULSE"      (1 SECOND)

            ))[13] "IF PULSE OK"
            ))[13] "PRESS"
            ))[13] "KEY 3"

            ))[13] "IF NO PULSE"
            ))[13] "CONTINUE"                       (.3 SECOND)

            ))[18] "START"
            ))[18] "WITH 1 BREATH"                  (.3 SECOND)
            ))[5]  "BLOW"                           (.5 SECOND)
```

cmm

x  <u>C. CHILD</u>          x  3. <u>MOUTH</u> TO MOUTH BREATHING

3F [63]  "MOUTH TO MOUTH BREATHING"

35 [53]  "USE A CYCLE OF"
   [53]  "20 BREATHS AND ONE AIRWAY CHECK"

CC )[12]  "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"   (.3 SECONDS)
05 )[5]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
CONTIN-   )["]  "BLOW"                            (4 SECONDS)
UOUS      )["]  "BLOW"                            (4 SECONDS)
CYCLE     )["]  "BLOW"                            (4 SECONDS)
(LOOP)    )["]  "BLOW"                            (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS)
   )["]   "BLOW"                                 (4 SECONDS).

   )["]   "BLOW"                                 (1 SECOND)

3E )[62]  "CHECK BREATHING AND PULSE"            (1 SECOND)

IS )[21]  "IF NO PULSE"
   )[21]  "PRESS"
   )[21]  "KEY 1"

   )[21]  "IF PULSE OK"
   )[21]  "CONTINUE"

CCC

x   C. CHILD          x   4. CHOKING - VICTIM CONSCIOUS

16 [22] "PROMPTS"
   [22] "FOR A CHOKING VICTIM WHO IS"
   [22] "CONSCIOUS"

   [22] "SOMEONE WHO IS COUGHING FORCEFULLY SHOULD BE LET
        ALONE."

2B [43] "IF THE VICTIM CAN SPEAK"
   [43] "DO NOT TRY TO REMOVE AN OBJECT FROM THE AIRWAY."

   [43] "USE A CYCLE OF"
   [43] "4 BACK BLOWS"
   [43] "AND"
   [43] "4 CHEST THRUSTS"

   [43] "TO GIVE BACK BLOWS"
2c [44] "THE VICTIM'S HEAD SHOULD BE LOWER THAN THE
        CHEST."

   [44] "TO START"
   [44] "GIVE 4 SHARP BLOWS OVER THE SPINE, BETWEEN
        THE SHOULDER BLADES AS RAPIDLY AS POSSIBLE"
3H [52] "1,2,3,4"

17 [23] "IF OBSTRUCTION REMAINS"
19 [25] "GIVE"
   [25] "4 CHEST THRUSTS"
2d [45] "USE 1 HAND FOR LIGHT THRUST ON CHILD"
3H [52] "1,2,3,4" LDS    L1,4

CONTIN- 1A )[26] "GIVE"
        )[26] "4 BACK BLOWS"
UOUS  3H )[52] "1,2,3,4"                     15 Sec

CYCLE  19 )[25] "GIVE"
        )[25] "4 CHEST THRUSTS"
(LOOP) 3H )[52] "1,2,3,4" LDS  T1,1           15 Sec
                          SUB  L1
                          STH  L1
                          BACK  L1

   [24] "FOR A CHOKING VICTIM WHO IS"
B  [24] "NOT CONSCIOUS"
   [24] "PRESS"
   [24] "KEY 5"                              (1 SECOND)

CCU

x  C. CHILD          x  5. CHOKING - VICTIM NOT CONSCIOUS
_____

```
id [29] "PROMPTS FOR A CHOKING VICTIM WHO
          IS NOT CONSCIOUS.  IF THE HEART
          IS NOT BEATING, CPR IS ALSO NEEDED"
                                            (.5 SECOND)
IE [30] "ROLL VICTIM TOWARD RESCUER"
IA [26] "GIVE 4 BACK BLOWS"
34 [52] "1,2,3,4"

IF [31] "ROLL VICTIM ON BACK"
19 [25] "GIVE 4 CHEST THRUSTS"
34 [52] "1,2,3,4"

2d [45] "USE 1 HAND FOR LIGHT THRUST ON CHILD"
34 [52] "1,2,3,4

20 [32] "FINGER SWEEP ONLY IF YOU CAN SEE OBJECT"(2 SEC.)
21 [33] "TRY TO GIVE 4 QUICK BREATHS"
0C [12] "TIP HEAD, CLEAR AIRWAY, PINCH NOSE"
05 [5] "BLOW"                               (1 SECOND)
   ["] "BLOW"                               (1 SECOND)
   ["] "BLOW"                               (1 SECOND)
   ["] "BLOW"                               (.5 SECOND)

IE )[30] "ROLL VICTIM TOWARD RESCUER" ) 2X
IA )[26] "GIVE 4 BACK BLOWS"
34 )[52] "1,2,3,4"
   )
IF )[31] "ROLL VICTIM ON BACK"
19 )[25] "GIVE 4 CHEST THRUSTS"
34 )[52] "1,2,3,4"
   )
20 )[32] "FINGER SWEEP ONLY IF YOU CAN SEE
              OBJECT"                       (.7 SECOND)
3 CYCLES )
21 )[33] "TRY TO GIVE 4 QUICK BREATHS"
IB )[27] "TIP HEAD, CLEAR AIRWAY"
5  )[5]  "BLOW"                             (1 SECOND)
   )[5]  "BLOW"                             (1 SECOND)
   )[5]  "BLOW"                             (1 SECOND)
   )[5]  "BLOW"                             (.5 SECOND)

3E ))[62] "CHECK BREATHING & PULSE"         (3 SECOND)
17 ))[23] "IF AN OBSTRUCTION REMAINS"
1 CYCLE ))[34] "CONTINUE"                   (.3 SECOND)
```

PHRASE:  1        FILE: P3W02E        HEX: 01        ADDRESS: 00000      PR 1

"REMAIN CALM.
THESE PROMPTS ARE FOR PERSONS TRAINED IN CPR.  UNTRAINED RESCUERS MAY
HARM VICTIM.
IF YOU ARE RUSHED, USE THE PAUSE KEY.  HIT THE PAUSE KEY AGAIN TO
CONTINUE.
     TO START, PRESS ONE OF THE BLUE AGE KEYS, EITHER A, B, OR C."


PHRASE:  2        FILE: PW10E        HEX: 02        ADDRESS: 00DFE      PR 2
                                                             00 CCA

"YOU HAVE PRESSED A WRONG KEY, TRY AGAIN."


PHRASE:  3        FILE: P2W20E        HEX: 03        ADDRESS: 01024      PR 3
                                                             00 EFC

"ADULT"


PHRASE:  4        FILE: PW30X        HEX: 04        ADDRESS: 010C2      PR 4
                                                             04000

"IF VICTIM IS NOT BREATHING, TIP HEAD, CLEAR AIRWAY, PINCH NOSE.
4 QUICK BREATHS."


PHRASE:  5        FILE: PW40X        HEX: 05        ADDRESS: 0167B      PR 5
                                                             045 B9

"BLOW"


PHRASE:  6        FILE: P3W51E        HEX: 06        ADDRESS: 016F4      PR 6
                                                             04638

"LOOK, LISTEN AND FEEL FOR 5 SECONDS."

PHRASE:  7       FILE: P2W62E      HEX: 07      ADDRESS: 019E5          *04867*          PR ?

"IF YOU CANNOT INFLATE LUNGS, RETIP HEAD AND TRY AGAIN TO GIVE BREATHS.
THE AIRWAY MAY BE BLOCKED.  IF THIS IS TRUE, PRESS KEY 5.
     TO CONTINUE RECEIVING PROMPTS, PRESS ONE OF THE FIVE RED STATUS
KEYS.  IF YOU HAVE NOT MADE A SELECTION, DO IT NOW."


PHRASE:  8       FILE: PW74E       HEX: 08      ADDRESS: 02C30          *05898*          PR 8

"ONE RESCUER CPR.
USE A CYCLE OF 15 COMPRESSIONS AND 2 BREATHS.
AFTER 4 CYCLES."


PHRASE:  9       FILE: PW80X       HEX: 09      ADDRESS: 03237          *05E9A*          PR 9

"MEASURE UP FROM CHEST NOTCH."


PHRASE: 10       FILE: PW90X       HEX: 0A      ADDRESS: 033FA          *0605E*          PR 10

"PRESS"


PHRASE: 11       FILE: PW100X      HEX: 0B      ADDRESS: 0348B          *060d7*          PR 11

"START WITH TWO BREATHS."


PHRASE: 12       FILE: PW112E      HEX: 0C      ADDRESS: 03636          *06272*          PR 12

"TIP HEAD, CLEAR AIRWAY, PINCH NOSE."


PHRASE: 13       FILE: PW120E      HEX: 0D      ADDRESS: 03840          *0647d*          PR 13

"IF PULSE OK, PRESS KEY 3.  IF NO PULSE, CONTINUE."


PHRASE: 14        FILE: PW130X        HEX: 0E        ADDRESS: 03BD2        *06804*        *PR 14*

"TWO RESCUER CPR"


PHRASE: 15        FILE: PW140X        HEX: 0F        ADDRESS: 03D83        *0696B*  *0698B*        *PR 15*

"PRESS AND BLOW"


PHRASE: 16        FILE: PW150E        HEX: 10        ADDRESS: 03E7A        *06AB8*        *PR 16*

"CHANGE"


PHRASE: 17        FILE: PW160X        HEX: 11        ADDRESS: 03F2A        *06B6E*        *PR 17*

"CHANGE PLACES"


PHRASE: 18        FILE: PW170E        HEX: 12        ADDRESS: 0405D        *06CA7*        *PR 18*

"START WITH 1 BREATH."


PHRASE: 19        FILE: P2W182E        HEX: 13        ADDRESS: 0416F        *06DBF*        *PR 19*

"USE A CYCLE OF 12 BREATHS AND ONE AIRWAY CHECK."

PHRASE: 20      FILE: PW700E      HEX: 14      ADDRESS: 04507      *070EB  PR 20*

"DO NOT TIP HEAD AS FAR AS YOU WOULD FOR ADULT."


PHRASE: 21      FILE: PW190E      HEX: 15      ADDRESS: 047E5      *073CF  PR 21*

"IF NO PULSE, PRESS KEY 1.  IF PULSE OK, CONTINUE."


PHRASE: 22      FILE: P2W211E      HEX: 16      ADDRESS: 04BE6      *0776E  PR 22*

"PROMPTS FOR A CHOKING VICTIM WHO IS CONSCIOUS.  SOMEONE WHO IS
COUGHING FORCEFULLY SHOULD BE LET ALONE."


PHRASE: 23      FILE: PW220E      HEX: 17      ADDRESS: 0522D      *07dB4  PR 23*

"IF OBSTRUCTION REMAINS"


PHRASE: 24      FILE: P2W232E      HEX: 18      ADDRESS: 053D8      *08000  PR 24*

"FOR A CHOKING VICTIM WHO IS NOT CONSCIOUS, PRESS KEY 5."


PHRASE: 25      FILE: PW240X      HEX: 19      ADDRESS: 057C7      *083A6  PR 25*

"GIVE 4 CHEST THRUSTS."


PHRASE: 26      FILE: PW250X      HEX: 1A      ADDRESS: 059D8      *085Bd  PR 26*

"GIVE 4 BACK BLOWS."

PHRASE: 27        FILE: PW269E        HEX: 1B        ADDRESS: 05BD7        *0 8 7 9 8*        *PR 27*

"TIP HEAD, CLEAR AIRWAY"


PHRASE: 28        FILE: PW271E        HEX: 1C        ADDRESS: 057F56        *0 8 8 Ed*        *PR 28*

"GIVE 4 ABDOMINAL THRUSTS."


PHRASE: 29        FILE: PW280E        HEX: 1D        ADDRESS: 06119        *08 AA6*        *PR 29*

"PROMPTS FOR A CHOKING VICTIM WHO IS NOT CONSCIOUS.
      IF THE HEART IS NOT BEATING, CPR IS ALSO NEEDED."


PHRASE: 30        FILE: PW290E        HEX: 1E        ADDRESS: 066BB        *0 9 0 5 8*        *PR 30*

"ROLL VICTIM TOWARD RESCUER."


PHRASE: 31        FILE: PW300X        HEX: 1F        ADDRESS: 0687E        *0 9 2 1 5*        *PR 31*

"ROLL VICTIM ON BACK."


PHRASE: 32        FILE: PW311E        HEX: 20        ADDRESS: 069FF        *0 9 3 7 A*        *PR 32*

"FINGER SWEEP ONLY IF YOU SEE OBJECT."


PHRASE: 33        FILE: PW320X        HEX: 21        ADDRESS: 06C41        *0 9 5 6 C*        *PR 33*

"TRY TO GIVE 4 QUICK BREATHS."


PHRASE: 34        FILE: PW330E        HEX: 22        ADDRESS: 06EB8    *C97d7*  *PR 34*

"CONTINUE"


PHRASE: 35        FILE: PW341E        HEX: 23        ADDRESS: 071E5    *O9874*  *PR 35*

"CHILD"


PHRASE: 36        FILE: P3W361E       HEX: 24        ADDRESS: 07294    *09924*  *PR 36*

"IF YOU DO NOT KNOW THE CONDITION OF VICTIM, SHAKE VICTIM GENTLY AND
SHOUT, 'ARE YOU OK?' IF NO RESPONSE, CALL FOR HELP AND GENTLY POSITION
VICTIM.
        TIP HEAD AND CHECK BREATHING."


PHRASE: 37        FILE: P2W411E       HEX: 25        ADDRESS: 094EE    *0B836*  *SEE (PR 45)*

"USE A CYCLE OF 4 BACK BLOWS AND 4 CHEST THRUSTS.
TO GIVE BACK BLOWS"


PHRASE: 38        FILE: PW360E        HEX: 26        ADDRESS: 07DB0    *0A1F2*  *PR 38*

"START COMPRESSIONS"


PHRASE: 39        FILE: PW640E        HEX: 27        ADDRESS: 08000    *0A30E*  *PR 39*

"YOU HAVE SELECTED TEST MODE"

PHRASE: 40       FILE: PW901E       HEX: 28       ADDRESS: 0819A    0A49C

"~~REMAIN CALM.~~  HIT THE PAUSE KEY AGAIN TO CONTINUE."    ↑ PR 90

PHRASE: 41       FILE: BJ999E       HEX: 29       ADDRESS: 08279    0A6A1    PR 91

"TEST COMPLETE."

PHRASE: 42       FILE: P2W402E       HEX: 2A       ADDRESS: 0836A    0A79B    PR 92

"IF THE VICTIM CAN SPEAK, DO NOT TRY TO REMOVE AN OBJECT FROM THE
AIRWAY.
     USE A CYCLE OF 4 BACK BLOWS AND 4 ABDOMINAL THRUSTS.
     TO GIVE BACK BLOWS, SUPPORT THE VICTIM WITH ONE HAND ON CHEST."

PHRASE: 43       FILE: P2W411E       HEX: 2B       ADDRESS: 0906C    0B42d    PR 93

"IF THE VICTIM CAN SPEAK, DO NOT TRY TO REMOVE AN OBJECT FROM THE
AIRWAY.
     USE A CYCLE OF 4 BACK BLOWS AND 4 CHEST THRUSTS.
TO GIVE BACK BLOWS"

PHRASE: 44       FILE: PW421E       HEX: 2C       ADDRESS: 09A58    0C0c0    PR 94

"THE VICTIM'S HEAD SHOULD BE LOWER THAN THE CHEST.
TO START, GIVE 4 SHARP BLOWS OVER THE SPINE, BETWEEN THE SHOULDER
BLADES AS RAPIDLY AS POSSIBLE."

PHRASE: 45       FILE: PW430E       HEX: 2D       ADDRESS: 0A2C1    0C7c8    PR 95

"USE 1 HAND FOR LIGHT THRUST ON CHILD."

PHRASE: 46        FILE: PW440E        HEX: 2E        ADDRESS: 0A58C        *OCA67*        *PR 46*

"BABY"

PHRASE: 47        FILE: PW450X        HEX: 2F        ADDRESS: 0A5FF        *OCAE0*        *PR 47*

"IF VICTIM IS NOT BREATHING, 4 QUICK BREATHS.
BREATH SHOULD BE GENTLE PUFF.  PLACE YOUR MOUTH OVER BOTH NOSE AND
MOUTH OF BABY."

PHRASE: 48        FILE: PW460X        HEX: 30        ADDRESS: 0ADF9        *Od288*        *PR 48*

"GENTLE PUFF"

PHRASE: 49        FILE: PW470E        HEX: 31        ADDRESS: 0AF20        *Od3c2*        *PR 49*

"ONE RESCUER CPR"

PHRASE: 50        FILE: P3W480X        HEX: 32        ADDRESS: 0B0E9        *Od57A*        *PR 50*

"USE 2 FINGERS BETWEEN NIPPLES."

PHRASE: 51        FILE: PW490X        HEX: 33        ADDRESS: 0B31E        *Od761*        *PR 51*

"PRESS AND PUFF"

PHRASE: 52         FILE: P2W813E      HEX: 34      ADDRESS: 0B433     *Od877*   *pr 52*

"1,2,3,4"


PHRASE: 53         FILE: P2W512E      HEX: 35      ADDRESS: 0B608     *Odp52*   *pr 53*

"USE A CYCLE OF 20 BREATHS AND ONE AIRWAY CHECK."


PHRASE: 54         FILE: PW522E      HEX: 36      ADDRESS: 0B9C5     *oJddl*   *pr 54*

"THE VICTIM'S HEAD SHOULD BE LOWER THAN THE CHEST.
TURN BABY FACE DOWN.   *To start*
     USE HEEL OF HAND.  GIVE 4 SHARP BLOWS OVER THE SPINE, BETWEEN THE
SHOULDER BLADES, AS RAPIDLY AS POSSIBLE."


PHRASE: 55         FILE: PW530E      HEX: 37      ADDRESS: 0C4CB     *0E80B*   *pr 55*

"TURN BABY FACE UP.  GIVE 4 CHEST THRUSTS."


PHRASE: 56         FILE: PW540E      HEX: 38      ADDRESS: 0C821     *OEAFE*   *pr 56*

"TURN BABY FACE DOWN.  GIVE 4 BACK BLOWS."


PHRASE: 57         FILE: PW550E      HEX: 39      ADDRESS: 0CB29     *OEdE5*  *ode*   *pr 57*

"YOU HAVE SELECTED"

PHRASE: 58        FILE: P2W561E        HEX: 3A      ADDRESS: 0CC20        *OEEE2*      PR 58

"USE A CYCLE OF 5 COMPRESSIONS AND 1 BREATH."


PHRASE: 59        FILE: PW570E        HEX: 3B      ADDRESS: 0CFCA        *OF280*      PR 59

"PLACE HEAD SLIGHTLY LOWER THAN HEART."


PHRASE: 60        FILE: PW581E        HEX: 3C      ADDRESS: 0D1B8        *OF46E*      PR 60

"AFTER 20 CYCLES CHANGE RESCUER POSITIONS AND"


PHRASE: 61        FILE: PW590E        HEX: 3D      ADDRESS: 0D514        *OF7BF*      PR 61

"COMPRESS WITH 3 FINGERS OR HEEL OF ONE HAND."


PHRASE: 62        FILE: PW602E        HEX: 3E      ADDRESS: 0D7F8        *OFA76*      PR 62

"CHECK BREATHING AND PULSE."


PHRASE: 63        FILE: PW611E        HEX: 3F      ADDRESS: 0D98D        *OBd8C*      PR 63

"MOUTH TO MOUTH BREATHING."