# EXHIBIT E

CPR - You CAN do it! Page 1 of 1

Case 3:04-cv-30121-MAP  Document 23-8  Filed 07/18/2005  Page 2 of 9



**Please print this guide, cut it out, pin it to your wall, Xerox it for a friend or place a copy in your purse or wallet as a reminder of the basic steps of CPR!**

Images reproduced with permission
*Basic Life Support for Healthcare Providers*
Pages 4-6, 4-7 & 4-10 2. Figures #6, 8, 14A & 14B.
copyright 1997, American Heart Association

## RETURN TO MAIN MENU



### CPR IN THREE SIMPLE STEPS
(Please try to attend a **CPR training course**)

## 1. CALL



**Check the victim for unresponsiveness. If there is no response, Call 911 and return to the victim. In most locations the emergency dispatcher can assist you with CPR instructions.**

## 2. BLOW



**Tilt the head back and listen for breathing.  If not breathing normally, pinch nose and cover the mouth with yours and blow until you see the chest rise. Give 2 breaths.  Each breath should take 2 seconds.**

## 3. PUMP



**If the victim is still not breathing normally, coughing or moving, begin chest compressions. Push down on the chest 1 1/2 to 2 inches 15 times right between the nipples.  Pump at the rate of 100/minute, faster than once per second.**



**CONTINUE WITH 2 BREATHS AND 15 PUMPS UNTIL HELP ARRIVES**
NOTE: This ratio is the same for one-person & two-person CPR.  In two-person CPR the person pumping the chest stops while the other gives mouth-to-mouth breathing.

*What complications can occur?*

*What about checking for a pulse?*

**DO YOU WANT TO TAKE THESE INSTRUCTIONS WITH YOU?**
**CLICK HERE FOR A PRINTABLE CPR POCKET GUIDE**

Case 3:04-cv-30121-MAP   Document 23-8   Filed 07/18/2005   Page 4 of 9

Images reproduced with permission
*Basic Life Support for Healthcare Providers*
Pages 4-6, 4-7 & 4-10 2. Figures #6, 8, 14A & 14B.
copyright 1997, American Heart Association

**RETURN TO MAIN MENU**

Case 3:04-cv-30121-MAP   Document 23-8   Filed 07/18/2005   Page 4 of 9



SECTION 1

EDITED BY ANTHONY F.T. BROWN

# RESUSCITATION

1.1   Basic life support   2
1.2   Advanced life support   6
1.3   Advanced airway management   15
1.4   Cerebral resuscitation after cardiac arrest   20
1.5   Shock   23
1.6   Ethics of resuscitation   33

# 1.1 BASIC LIFE SUPPORT

STEPHEN BERNARD

## ESSENTIALS

1. The patient with sudden cardiac arrest requires a bystander to institute the 'chain of survival', including immediate call to emergency medical services and the performance of bystander cardiopulmonary resuscitation.

2. Current survival rates for pre-hospital cardiac arrest are low, however, strategies for improvement are increasingly being implemented.

3. Early defibrillation is life-saving and is now regarded as a part of basic life support.

4. Co-responders with ambulance services, such as fire fighters, may provide early defibrillation.

5. Early defibrillation may be delivered by untrained bystanders or minimally trained security staff (public access defibrillation).

## INTRODUCTION

The patient with sudden cardiac arrest requires a bystander to initiate a number of actions in rapid sequence for there to be any hope of successful resuscitation. These steps are known as the 'chain of survival'.[1] After the first step, a call to ambulance, the bystander needs to institute basic life support (BLS) whilst awaiting the arrival of the emergency medical services (EMS). The BLS procedures may be undertaken by personnel with little or no medical training and are applicable in the patient who has become unconscious as a result of airway obstruction, respiratory arrest or cardiac arrest. In general, BLS includes interventions that involve minimal training in the use of equipment, but also now include the application of a semi-automatic external defibrillator (SAED), if one is available close to the site of the cardiac arrest.

## DEVELOPMENT OF PROTOCOLS

It is important that the guidelines for BLS be nationally consistent. To achieve this, many countries have established national expert committees to advise the community, ambulance services and medical profession on BLS guidelines. Table 1.1.1 shows the national associations that make up the International Liaison Committee on Resuscitation (ILCOR). This group meets every 6 years to review the BLS guidelines and to consider changes to these guidelines. The most recent revision of BLS guidelines occurred in 2000.[2] Subsequently, each national committee may determine regional variations to these guidelines to take into account local practices.

One of the major considerations of changes to protocols for these committees is the feasibility of these protocols to be implemented by personnel with minimal training. The major handicap to consideration of the protocols is the relative paucity of good scientific evidence for the strategies that have been taught over many years.

### Table 1.1.1

American Heart Association

Australian Resuscitation Council

European Resuscitation Council

Heart and Stroke Foundation of Canada

Inter-American Heart Foundation

New Zealand Resuscitation Council

Resuscitation Council of Southern Africa

## INITIAL EVALUATION

A flow chart for the initial evaluation of the collapsed patient is shown in Figure 1.1.1. This flow chart commences with the recognition that a patient has collapsed. The initial steps are as follows:

### Check for dangers

As the patient is approached, the bystander should immediately consider any dangers that may be associated with







**Fig. 1.1.1** Diagram of head tilt, jaw thrust (courtesy Australian Resuscitation Council).

Case 3:04-cv-30121-MAP   Document 23-8   Filed 07/18/2005   Page 7 of 9

the collapse of the patient. For example, the patient may have been electrocuted and there could be further casualties if the power source is not switched off prior to patient contact.

In the case of a motor-vehicle accident where a patient is unconscious, there is the risk of additional injury from further collisions involving passing vehicles and another bystander should be tasked to direct traffic at the scene. There may also be a risk of fire if fuel has leaked onto hot engine parts or there is an electrical fault. Therefore, the ignition should be switched off, and it is advised that unconscious patients should be immediately removed from vehicles prior to the arrival of emergency medical services, whist taking care to minimize movement of the neck. It is considered that the risk of injury from a sudden fire or explosion exceeds that of moving an unconscious patient prior to immobilization of the cervical spine with a hard collar.

In the case of a patient who has collapsed in a confined space, the possibility of poisoning with carbon monoxide or a similar toxic gas should be considered, and the scene not entered until it can be made safe by emergency services.

### Check for response

The patient who has collapsed must be quickly assessed to determine whether there is coma, indicating possible cardiac arrest or just a simple fall. This is assessed by a gentle 'shake and shout', followed by an examination of the motor and verbal response of the patient.

If the patient is unresponsive, cardiac arrest due to ventricular fibrillation should be suspected and emergency medical services telephoned immediately ('call first'). Alternatively, if the collapse is due to suspected airway obstruction (choking) or inadequate ventilations (drowning, hanging, etc.), then resuscitation should be commenced for approximately 1 minute prior to the calling of emergency medical services ('call fast').

### Airway

If the unconscious patient has collapsed in a prone position, then he/she should be placed on his/her side in the coma



**Fig. 1.1.2 BLS algorithm (courtesy of ILCOR).**

position (see Fig. 1.1.2) and an assessment of the airway should be made. Alternatively, if the patient has collapsed and is supine, the airway may be checked in that position.

One exception to this initial step is if the unconscious patient has been retrieved from near drowning. In this setting, the initial step of rolling onto the side to allow assessment of airway and facilitate airway clearance has been practised by surf life-savers for many years and is still recommended by some authorities as the initial position for patient assessment.

The airway is checked with visual inspection, careful forward movement of the jaw ('jaw thrust') and sweeping out any foreign material or vomitus with a finger. In general, 'noisy breathing is obstructed breathing', although an exception to this rule might include the patient with severe asthma who has such a low tidal volume that there are no sounds from the upper airway.

If the airway is obstructed with a foreign body, there are a number of manoeuvres that have been described as helpful in this setting. In North America, the Heimlich manoeuvre is endorsed as the technique of choice. However, this technique is associated with some significant complications, including intra-abdominal injuries. In Australia, the recommended technique for clearing an airway that is completely obstructed by a foreign body includes back blows and lateral chest thrusts.

In a study comparing standard chest compressions and Heimlich manoeuvre on cadavers with a simulated complete airway obstruction, the mean peak airway pressure was significantly lower with abdominal thrusts compared to chest compressions.[3] This study concluded that standard chest compressions have the potential of being more effective than the Heimlich manoeuvre for the management of complete airway obstruction by a foreign body in an unconscious patient.

### Breathing

Adequate respirations are assessed by visually inspecting movement of the chest wall. In cases of cardiac arrest, infrequent, deep (agonal) respirations may continue for some minutes.

If the patient is found to have inadequate or absent breathing on initial assessment, then expired air resuscitation, mouth-to-mask or assisted ventilation with a bag/valve/mask will be required. On the other hand, if the initial assessment of the unconscious patient reveals

## 1.1 BASIC LIFE SUPPORT

adequate respirations, the victim should be turned and maintained in a recovery position.

### Circulation

Previously, it was recommended that a bystander attempt to palpate a pulse in order to diagnose cardiac arrest and, if absent, commence external cardiac massage (ECM). However, it is now recognized that the pulse check is quite inaccurate in this setting.[4] Since cardiac arrest may be presumed if breathing is absent and is very unlikely if breathing is adequate, this step has now been deleted from BLS assessment.

## CARDIOPULMONARY RESUSCITATION

If cardiac arrest is diagnosed, and the EMS has been summoned, the bystander should now commence CPR, using both expired air resuscitation (EAR) and ECM until a defibrillator arrives.

### Expired air resuscitation

Since first described in 1958, EAR has become the standard in BLS for patients who have absent or inadequate respirations. However, there is often considerable reluctance for bystanders to perform EAR due to the perceived difficulty and contact with saliva resulting in the possibility of cross-infection.

It has been demonstrated in animal models that some ventilation occurs during chest compressions and it has been proposed that EAR may be withheld in patients who have cardiac arrest. In a study of 520 patients with pre-hospital cardiac arrest, bystanders were given instructions by ambulance dispatchers to perform EAR plus ECM or ECM alone.[5] There was a trend towards better survival to hospital discharge in the ECM only group compared with the EAR plus ECM (14.6% vs. 10.4%), however, this difference was not statistically significant ($P=0.18$). In this study, response times for EMS were very short (mean 5 minutes), consequently, the role of EAR in EMS areas where response times are longer remains uncertain.

There are a number of simple pieces of equipment that may be used as an alternative to EAR. These include mouth-to-mask and bag/valve/mask, with or without an oral-pharyngeal airway. This equipment has the advantage that there is no possible cross-infection risk, however, some training in the use of these devices is required. Within BLS, Guidelines 2000 recommends specific tidal volumes in bag/valve mask ventilation.[2] Whichever technique of assisted ventilation is used, adequate tidal volume is assessed by the rise of victim's chest, whether there is any distension of the stomach, and by listening and feeling for air being exhaled from the patient's mouth.

The use of supplemental oxygen has previously not been considered as part of BLS, however, some advisory committees within ILCOR are now incorporating oxygen use within BLS training. Although there are little data on the effect on outcome, it is intuitive that supplemental oxygen during CPR would increase the oxygen content of the blood and oxygen delivery to vital organs.

### External cardiac compressions

External cardiac massage was first described in 1960. Subsequently, ECM has been adopted as the standard of care for patients with cardiac arrest. However, there is debate as to whether ECM generated blood flow via a 'cardiac pump' mechanism or a 'thoracic pump'. The thoracic pump theory had been supported by early transthoracic echocardiographic studies during CPR showing that the cardiac valves remained open during the relaxation phase of ECM. There had also been observations that 'cough CPR' resulted in some blood flow. It was presumed that the changes in intra-thoracic pressure led to forward blood flow and that valves in the venous system prevented back flow.

However, more recent studies of trans-oesophageal echocardiography during CPR in humans[6] has found that during the compression phase, the left ventricle is compressed; the mitral valve remains closed and the aortic valve opens only at the end of compression. During the relaxation phase, the mitral valve opens and the left ventricle is filled. These findings suggest that blood flow during ECM is a result of cardiac compression, at least early in the course of ECM.

Whatever the predominant mechanism of blood flow, ECM results in only 15%-20% of cardiac output in the adult, mainly owing to the relative rigidity of the chest wall. Consequently, there is progressive metabolic acidosis during CPR and very few adults survive when ECM has been given for more than 30 minutes.

The current recommended rate for ECM is 100 per minute, to ensure the delivery of a minimum of 60 compressions per minute. The sternum should be depressed at least 4 cm in the adult with compression being approximately 50% of the cycle. Pauses in chest compressions result in a prolonged decrease in mean arterial blood pressure, therefore, it is recommended that two breaths for every 15 compressions be delivered without a pause in chest compressions if there are two rescuers.

## DEFIBRILLATION

Semi-automatic external defibrillation (SAED) is now considered part of BLS.[7] The SAED devices are extremely sensitive and specific for the correct diagnosis of ventricular fibrillation or ventricular tachycardia and are simple for bystanders to use with minimal training. Following the switching on of the device and the application of the pads, the SAED will request confirmation of coma and absent respirations, and advise the bystander to 'stand clear'. The bystander is then advised to press a button to deliver a shock.

There are four situations that have been proposed where non-medical personnel could use a SAED. First, the SAED may be used by first responders such as fire services who co-respond with ambulance services. For example, Ontario, Canada, has implemented an extensive programme to introduce rapid defibrillation across that state.[8] The use of fire department first responders resulted in 92.5% of cardiac arrest patients being de-

fibrillated in under 8 minutes compared with 76.7% under the previous system ($P<0.001$). Survival to hospital discharge improved from 3.9% (183/4690 patients) to 5.2% (85/1614 patients) ($P=0.03$). This study demonstrated that an inexpensive, multifaceted system optimization approach to rapid defibrillation can lead to significant improvements in survival after cardiac arrest in a large system. In Melbourne, Australia, a study of a fire-service first responder programme found that the mean time to defibrillation was reduced from a mean of 7.1 minutes for ambulance services to 6.0 minutes for the combined approach.[9] However, this study did not have the power to assess the impact on patient outcomes.

Second, the SAED may be placed in a public area for use by designated personnel such as security staff who undergo a short training programme. In places such as casinos[10] and a large football stadium,[11] this approach has been shown to be effective.

Third, the SAED may be placed in a public area for use by personnel with no previous training at all in the use of an SAED. For example, at Chicago airport, there were defibrillators placed in strategic locations with signs advising of the correct use of the SAED.[12] Over a 2-year period, there were 21 patients with cardiac arrests, of whom 18 had an initial rhythm of ventricular fibrillation. A defibrillator was applied by a 'good Samaritan' bystander in 14/18 patients with ventricular fibrillation and 11 were successfully resuscitated, with 10 patients alive and well at 1 year.

However, most cardiac arrests occur in the home and it is estimated that the widespread implementation of this approach to all public areas would be very costly and result in relatively few lives saved.[13]

An SAED may be placed in the home of a patient who is at increased risk of sudden cardiac death for use by a partner or relative who (hopefully) would witness the cardiac arrest. Clinical trials are required to assess the cost-effectiveness of this approach prior to widespread implementation.

## SUMMARY

Basic life support for the patient with sudden cardiac arrest has been described as a 'chain of survival' and includes recognition of cardiac arrest, a call to emergency medical services, the performance of EAR and ECM, and early defibrillation using a semi-automatic external defibrillator.

Current research explores the cost-effective means of delivering early defibrillation using public access defibrillation by personnel with no previous training, first responders with minimal training such as security personnel, co-responders with ambulance services (such as fire fighters) or even defibrillators in the homes of high-risk patients.

## CONTROVERSIES

❶ The cost-effectiveness of widespread training programmes to teach bystanders to perform cardiopulmonary resuscitation is uncertain.

❷ Expired air breathing may not be required early in cardiopulmonary resuscitation.

❸ The exact mechanism by which external chest compressions generate blood flow is uncertain. In any case, external chest compressions are minimally effective, and few patients survive prolonged chest compressions.

❹ Outcomes from public access defibrillation and first-responder programmes will need to demonstrate that these programmes are cost-effective.

## REFERENCES

1. Cummins RO, Ornato JP, Thies WH, Pepe PE 1991 Improving survival from sudden cardiac arrest: The 'chain of survival' concept. A statement for health professionals from the advanced cardiac life-support subcommittee and the emergency cardiac care committee, American Heart Association. Circulation 83: 1832–47
2. American Heart Association in Collaboration with the International Liaison Committee on Resuscitation (ILCOR) 2000 Guidelines 2000 for cardiopulmonary resuscitation and emergency cardiovascular care. Resuscitation 46(1–3): 1–448
3. Langhelle A, Sunde K, Wik L, Steen PA 2001 Airway pressure with chest compressions versus Heimlich manoeuvre in recently dead adults with complete airway obstruction. Resuscitation 48: 185–7
4. Eberle B, Dick WF, Schneider T, Wisser G, Doetsch S, Tzanova I 1996 Checking the carotid pulse check: accuracy of first responders in patients with and without a pulse. Resuscitation 33: 107–16
5. Hallstrom A, Cobb L, Johnson E, Copass M 2000 Cardiopulmonary resuscitation by chest compression alone or with mouth to mouth ventilation. New England Journal of Medicine 342: 1546–53
6. Mair P, Furtwaengler W, Baubin M 1993 Aortic valve function during cardiopulmonary resuscitation. New England Journal of Medicine 329: 1965–6
7. Marenco JP, Wang PJ, Link MS, Homoud MK, Estes NA 2001 Improving survival from sudden cardiac arrest: the role of the automated external defibrillator. Journal of the American Medical Association 285: 1193–200
8. Stiell IG, Wells GA, Field BJ, et al 1999 Improved out-of-hospital cardiac arrest survival through the inexpensive optimization of an existing defibrillation program. Journal of the American Medical Association 281: 1175–81.
9. Smith KL, McNeill JJ, Emergency Medical Response Steering Committee 2002 Cardiac arrests treated by ambulance paramedics and fire fighters. Medical Journal of Australia 177: 305–9
10. Valenzuela T, Roe TJ, Nichol G, et al 2000 Outcomes of rapid defibrillation by security officers after cardiac arrests in casinos. New England Journal of Medicine 343: 1206–9
11. Wassertheil J, Keane G, Fisher N, Leditschenke JF 2000 Cardiac arrest at the Melbourne Cricket Ground and Shrine of Remembrance using a tiered response strategy – a forerunner to public access defibrillation. Resuscitation 44: 97–104
12. Caffrey SL, Willoughby PJ, Pepe PE, Becker LB 2002 Public use of automated external defibrillators. New England Journal of Medicine 347: 1242–7
13. Pell JP, Sirel JM, Marsden AK, Ford I, Walker NL, Cobbe SM 2002 Potential impact of public access defibrillators on survival after out of hospital cardiopulmonary arrest: retrospective cohort study. British Medical Journal 325: 515–20