# EXHIBIT F

## AGREEMENT

Whereas ZOLL Medical Corporation, of Chelmsford, Massachusetts ("ZOLL"), and Donald C. Hutchins, of Longmeadow, Massachusetts, Hutchins Tool & Engineering Co., and CPR Prompt Corporation (hereinafter collectively, "HUTCHINS") are interested in exploring the possibility of an agreement in which ZOLL Medical Corporation would acquire rights or ownership of U.S. Patent Number 5,913,685 owned by Donald C. Hutchins and generally relating to devices for assisting rescuers in performing CPR ("the Hutchins Patents");

Whereas both ZOLL and HUTCHINS are presently represented in some intellectual property matters by Fish & Richardson P.C. ("F&R");

Whereas ZOLL is principally represented at F&R by G. Roger Lee, and HUTCHINS is principally represented by Charles Hieken (both Mr. Lee and Mr. Hieken are principals of F&R).

Whereas ZOLL is desirous of having F&R and G. Roger Lee evaluate the merits of the Hutchins Patents; and

Whereas ZOLL and HUTCHINS have learned that F&R needs to have the informed consent of HUTCHINS before it can undertake that evaluation.

The parties agree as follows:

HUTCHINS agrees that ZOLL may engage G. Roger Lee and others at F&R working under Mr. Lee's direction to undertake an evaluation of the merits of the Hutchins patents, and to give ZOLL advice related to the value of the Donald C. Hutchins' Patent' Number 5,913,685 ("the evaluation and advice"). It is understood that

ZOLL  0252

Mr. Lee through this process may also investigate Donald C. Hutchins' Patents Number 4,583,524 and Re 34,800 that are currently licensed to County Line, LLC of Ohio.

ZOLL agrees to communicate with F&R to obtain the evaluation and advice, and to ask F&R to keep the work it does confidential from Charles Hieken; ZOLL also agrees that any charges for stemming from this investigation shall be paid by ZOLL and no costs will be forwarded to HUTCHINS.

HUTCHINS acknowledges that the evaluation and advice provided to ZOLL may possibly be directly contrary to his interests, and that F&R and G. Roger Lee will not be representing the interests of HUTCHINS in providing the evaluation and advice, but will instead be representing the interests of ZOLL.

HUTCHINS acknowledges that he has had an opportunity to consult with counsel as to the advisability of giving F&R consent to provide the evaluation and advice. It is understood that any sale or license of Donald C. Hutchins' Patent Number 5,913,685 to ZOLL shall be from Donald C. Hutchins only because Donald C. Hutchins is the inventor of record and the sole owner of this Patent. It is also understood that because Patents Number 4,583,524 and Re 34,800 are currently licensed to County Line, LLC of Ohio, HUTCHINS can not grant any rights or relief to ZOLL for the use of or infringement of Patents Number 4,583,524 and Re 34,800.

ZOLL MEDICAL CORPORATION

Date : _10/11/03_

By: _____

Its: _VP Clinical Affairs_

ZOLL 0253

HUTCHINS TOOL & ENGINEERING CO.

Date: _____9/22/03_____                By: _____
                                              Donald C. Hutchins
                                        Its:   President

CPR PROMPT CORPORATION

Date: _____9/22/03_____                By: _____
                                              Donald C. Hutchins
                                        Its:   President

Date: _____9/22/03_____                    _____
                                              Donald C. Hutchins

ZOLL 0254