UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

    Plaintiff,

        v.                                      CASE NO. 04-30121-MAP

ZOLL MEDICAL CORPORATION,

    Defendant.

## DECLARATION OF JORDAN M. SINGER, ESQ.

I, Jordan M. Singer, hereby declare and state as follows:

1.    I am an associate in the law firm of Goodwin Procter LLP and counsel of record for Defendant Zoll Medical Corporation in the above-captioned case. I submit this declaration in connection with Zoll's Motion for Summary Judgment.

2.    Attached hereto as Exhibit A is a true and correct copy of United States Copyright No. TXu-213-859, entitled "LC5800 Series Cross Assembler," as provided to Zoll by plaintiff on November 29, 2004.

3.    Attached hereto as Exhibit B is a true and correct copy of a letter sent to Richard Packer by Donald Hutchins, dated April 16, 2003.

4.    Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Answers to Zoll's First Set of Interrogatories, dated June 9, 2005.

5.    Attached hereto as Exhibit D is a true and correct copy of the Affidavit of Donald C. Hutchins, dated March 25, 2005.

6.      Attached hereto as Exhibit E is a true and correct copy of a printout from the "Tiger Direct" website, www.tigerdirect.com/applications/Category/category_hdd.asp, which was last accessed June 29, 2005.

7.      Attached hereto as Exhibit F is a true and correct copy of plaintiff's Response to Office Action, dated May 28, 1998.

8.      Attached hereto as Exhibit G is a true and correct copy of an Office Action from the Patent and Trademark Office, dated January 16, 1998.

9.      Attached hereto as Exhibit H is a true and correct copy of United States Patent No. 5,088,037, which issued on February 11, 1992.

10.     Attached hereto as Exhibit I is a true and correct copy of an article entitled, "Adult Basic Life Support," 102 *Circulation* (Supp. I) I-22 – I-59 (2000).

11.     Attached hereto as Exhibit J is a true and correct copy of a web page from the American Heart Association entitled "History of CPR," *available at* www.americanheart.org/presenter/jhtml?identifier=3012990 (last visited July 15, 2005).

12.     Attached hereto as Exhibit K is a true and correct copy of the first two pages of a datasheet for the Sanyo LC5800 microcomputer, indicating that it is discontinued. The datasheet was last visited at www.datasheetarchive.com on July 1, 2005.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2005.

_____
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

Attorney for Defendant
Zoll Medical Corporation