EXHIBIT A

 **Search Records Results**

Registered Works Database (Author Search)
**Search For:** HUTCHINS, DONALD C
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TXu-213-859 |
| Title: | LC5800 series cross assembler. |
| Edition: | Rev. 1.0. |
| Description: | printout. |
| Claimant: | [Author and claimant] Donald C. Hutchins |
| Created: | 1985 |
| Registered: | 8Oct85 |
| Title on © Application: | LC 5800 series cross assembler. |
| Author on © Application: | text of computer program: Donald C. Hutchins, employer for hire of Robert W. Jeffway , |
| Special Codes: | 1/C |

**Home** | **Contact Us** | **Legal Notices** | **Freedom of Information Act (FOIA)** | **Library of Congress**

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

f 1                                                                                      11/2/2004 6:56 PM

```
    LCD5800 SERIES CROSS ASSEMBLER - REV. 1.0

        CPR                                                     PAGE 0001
  LOC  OBJ   ER   SEQ    LABEL   OP     OPERAND/COMMENT

                 0001   ;
                 0002   ;
                 0003   ;*******************************
                 0004   ; C P R   P R O M P T
                 0005   ; 12/5/84
                 0006   ; BOB JEFFWAY
                 0007   ;*******************************
                 0008   ;
                 0009   ;
                 0010   ;FUNCTION       5800    OADR    DATA B  PSTB    S100    KEY     LCD
                 0011   ;
                 0012   ;ON     KEY     43      02      A       C1 02   2
                 0013   ;OFF    KEY     44      03      C       C2 02   3
                 0014   ;A      KEY     45      02      B       C1 02   4
                 0015   ;B      KEY     46      02      C       C1 02   5
                 0016   ;C      KEY     47      02      D       C1 02   6
                 0017   ;1CPR   KEY     48      02      E       C1 02   7
                 0018   ;2CPR   KEY     49      02      F       C1 02   8
                 0019   ;MTM    KEY     50      02      G       C1 02   9
                 0020   ;CC     KEY     51      02      H       C1 02   10
                 0021   ;CU     KEY     52      03      A       C2 02   11
                 0022   ;P      KEY     53      03      B       C2 02   12
                 0023   ;CODE   KEY     26      K4                      1
                 0024   ;D1     LCD     22      10      A       C1 10                   S1
                 0025   ;A      LCD     21      11      A       C2 10                   S2
                 0026   ;B      LCD     20      11      B       C2 10                   S3
                 0027   ;C      LCD     19      11      C       C2 10                   S4
                 0028   ;1CPR   LCD     17      13      A       C2 12                   S5
                 0029   ;                              B       C2 12                   S6
                 0030   ;                                       C2 12                   S7
                 0031   ;                                       C2 12                   S8
                 0032   ;CU     LCD                             C2 14                   S9
                 0033   ;P      LCD                                                     S11
                 0034   ;LO BAT                                 C2 14                   S10
                 0035   ;
                 0036   ;                              A       C1 12           15
                 0037   ;                              B       C1 12           16
                 0038   ;              12              C       C1 12           17
                 0039   ;      7       12              D       C1 12           18
                 0040   ;C4    6       12              E       C1 12           19
                 0041   ;C5    5       12              F       C1 12           20
                 0042   ;SFRAM 3       12              G       C1 12           21
                 0043   ;FAST  4       12              H       C1 12           22
                 0044   ;START 66                                              23
                 0045   ;BUSY                                                  24
                 0046   ;RESET                                                 25
                 0047   ;                                       C1 14          27
                 0048   ;                                       C1 16

                 0052   ;
  0000           0053   PNUML:  EQU     00H     ;PHRASE NUMBER, LOW NIBBLE
  0001           0054   PNUMH:  EQU     01H     ;PHRASE NUMBER, HIGH NIBBLE
  0002           0055   SPIP:   EQU     02H     ;SPEECH IN PROGRESS FLAG
  0003           0056   TEMP:   EQU     03H
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
                CPR                                              PAGE 0002
   LOC   OBJ    ER   SEQ    LABEL   OP      OPERAND/COMMENT

         0004        0057   T1:     EQU     04H
         0005        0058   T2:     EQU     05H
         0006        0059   T3:     EQU     06H
         0007        0060   TEMP2:  EQU     07H
         0008        0061   TIME:   EQU     08H
         0010        0062   PWR:    EQU     10H            ;LCD POWER INDICATOR
         0011        0063   AGE:    EQU     11H            ;LCD AGE INDICATOR
         0012        0064   CDN:    EQU     12H            ;LCD CONDITION INDICATOR
         0013        0065   PWZ:    EQU     13H            ;LCD PAUSE INDICATOR
         0014        0066   BAT:    EQU     14H            ;LCD LOW BATTERY INDICATOR
         0015        0067   L1:     EQU     15H            ;GENERAL LOOP COUNTER
         0016        0068   L2:     EQU     16H            ;GENERAL LOOP COUNTER
         0017        0069   TI1:    EQU     17H            ;TEMP FOR INTERRUPT ROUTINE ONLY!
         0018        0070   TI2:    EQU     18H            ;SAME
         0019        0071   TI3:    EQU     19H            ;SAME
         001A        0072   DLIP2:  EQU     1AH            ;INDICATES 2 DEEP IN DELAY ROUTINE
         001B        0073   PRIF:   EQU     1BH            ;PAUSE RELEASE IN-PROGRESS FLAG
         001C        0074   DLIP:   EQU     1CH            ;DELAY IN PROGRESS
         001D        0075   IS1:    EQU     1DH            ;INTERRUPT SAVE
         001E        0076   IS2:    EQU     1EH            ;INTERRUPT SAVE
         001F        0077   L3:     EQU     1FH            ;GENERAL LOOP COUNTER
         0020        0078   DLIPT:  EQU     20H            ;TEMP STORAGE FOR DLIP
         0021        0079   DLIP2T: EQU     21H            ;TEMP STORAGE FOR DLIP2
         0022        0080   HTIME:  EQU     22H            ;17100'S OF SECS
         0023        0081   LI1:    EQU     23H            ;INTERRUPT LOOP COUNTER
         0024        0082   LI2:    EQU     24H            ;INTERRUPT LOOP COUNTER
         0025        0083   LI3:    EQU     25H            ;INTERRUPT LOOP COUNTER
         0026        0084   LI4:    EQU     26H            ;INTERRUPT LOOP COUNTER
         0027        0085   LI5:    EQU     27H            ;INTERRUPT LOOP COUNTER
         0028        0086   PNLT:   EQU     28H            ;TEMPORARY STORAGE FOR PNUML
         0029        0087   PNHT:   EQU     29H            ;TEMPORARY STORAGE FOR PNUMH
         002A        0088   SPIPT:  EQU     2AH            ;TEMPORARY STORAGE FOR SPIP
         002B        0089   WKIP:   EQU     2BH            ;YPWK PHRASE REPEAT IN-PROGRESS
                     0090   ;
         0000        0091           ORG     0000H
   0000  C025        0092           JMP     RESET
                     0093   ;
         0010        0094           ORG     0010H
   0010  C624        0095           JMP     INT0
                     0096   ;
                     0097   ;
         0020        0098           ORG     0020H
                     0099   ;
                     0100   ;
                     0101   ;
   0020  7B90        0102   ON:     LDS     PWR,7          ;TURN ON POWER DISPLAY
   0021  CDE1        0103           CALL    DSPL
   0022  7104        0104   ON1:    TPK     T1
   0023  9822        0105           BAB3    ON1
   0024  C026        0106           JMP     RSET3
                     0107   ;
   0025  7814        0108   RESET:  LDS     BAT,0          ;TURN OFF LOW BATTERY INDICATOR
   0026  F404        0109   RSET3:  RBAK                   ;RESET BACKUP MODE
   0027  EC80        0110           RDPF                   ;CLEAR DATA POINTER FLAG
   0028  F1E0        0111           SPDF    0FH            ;TURN ON ACTIVE PULL-DOWNS ON S,K,M,
   0029  781B        0112           LDS     PRIF,0         ;CLEAR PRIF
```

```
LOC   OBJ   ER   SEQ    LABEL    OP      OPERAND/COMMENT

002A  782B       0113            LDS     WKIP,0       ;CLEAR YPWK IN PROGRESS FLAG
002B  7802       0114            LDS     SPIP,0       ;CLEAR SPEECH IN PROGRESS FLAG
002C  781C       0115            LDS     DLIP,0       ;CLEAR DELAY IN PROGRESS FLAG
002D  781A       0116            LDS     DLIP2,0      ;CLEAR 'DOWN 2 LEVELS' FLAG
002E  7B90       0117            LDS     PWR,7        ;TURN ON POWER DISPLAY
002F  7811       0118            LDS     AGE,0        ;TURN OFF AGE DISPLAY
0030  7812       0119            LDS     CDN,0        ;TURN OFF CONDITION DISPLAY
0031  7813       0120            LDS     PWZ,0        ;TURN OFF PAUSE DISPLAY
0032  CDE1       0121            CALL    DSPL
0033  EC04       0122            RCT1
0034  F200       0123            SCT2                 ;ENABLE 8100 RESET
0035  7804       0124            LDS     T1,0         ;POWER UP 8100
0036  3B84       0125            WRP     17H,T1
0037  7884       0126            LDS     T1,0         ;POWER UP LOW-BATTERY CIRCUIT
0038  5A00       0127            CLA
0039  3B04       0128            WRP     16H,T1
003A  7083       0129   RSET1:   IPM     TEMP         ;WAIT FOR BUSY HIGH
003B  803D       0130            BAB0    RSET2
003C  C03A       0131            JMP     RSET1
003D  7A04       0132   RSET2:   LDS     T1,4         ;IF OFF IS DEPRESSED, GOTO TEST
003E  5A00       0133            CLA
003F  3184       0134            WRP     3,T1
0040  7804       0135            LDS     T1,0
0041  3104       0136            WRP     2,T1
0042  7104       0137            IPK     T1
0043  984D       0138            BAB3    TEST
0044  E020       0139            SSW     20H          ;SELECT INTERRUPT FROM K RISE
0045  FB08       0140            SIC     108H         ;SELECT J-K (EXT) INTERRUPT,ENABLE INTERUPT 0
                  0141           ;
                  0142           ;
0046  CDE7       0143   START:   CALL    AKON         ;ENABLE KEYS(ALL BUT ON KEY)
0047  7880       0144            LDS     PNUML,1      ;PHRASE 1
0048  7801       0145            LDS     PNUMH,0
0049  CD87       0146            CALL    SPK
004A  CE1B       0147            CALL    TMOUT
004B  CE1B       0148            CALL    TMOUT
004C  C0B1       0149            JMP     OFF
                  0150           ;
                  0151           ;
                  0152           ;TEST ROUTINE (HOLD OFF, PRESS RESET)
                  0153           ;
004D  7B80       0154   TEST:    LDS     PNUML,7      ;PHRASE 39
004E  7901       0155            LDS     PNUMH,2
004F  CD87       0156            CALL    SPK
0050  7980       0157            LDS     PNUML,3      ;PHRASE 3
0051  7801       0158            LDS     PNUMH,0
0052  CD87       0159            CALL    SPK
0053  7F00       0160            LDS     PNUML,0EH    ;PHRASE 46
0054  7901       0161            LDS     PNUMH,2
0055  CD87       0162            CALL    SPK
0056  7D00       0163            LDS     PNUML,0AH    ;PHRASE 10
0057  7801       0164            LDS     PNUMH,0
0058  CD87       0165            CALL    SPK
0059  7B80       0166            LDS     PNUML,7      ;PHRASE 39
005A  7D01       0167            LDS     PNUMH,2+8
005B  CD87       0168            CALL    SPK
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
      CPR                                              PAGE 0004
 LOC  OBJ   ER  SEQ   LABEL  OP    OPERAND/COMMENT

 005C 7980      0169         LDS   PNUML,3         ;PHRASE 3
 005D 7C01      0170         LDS   PNUMH,0+8
 005E CD87      0171         CALL  SPK
 005F 7F00      0172         LDS   PNUML,0EH       ;PHRASE 46
 0060 7D01      0173         LDS   PNUMH,2+8
 0061 CD87      0174         CALL  SPK
 0062 7D00      0175         LDS   PNUML,0AH       ;PHRASE 10
 0063 7C01      0176         LDS   PNUMH,0+8
 0064 CD87      0177         CALL  SPK
 0065 7B80      0178         LDS   PNUML,7         ;PHRASE 39
 0066 7B01      0179         LDS   PNUMH,2+4
 0067 CD87      0180         CALL  SPK
 0068 7980      0181         LDS   PNUML,3         ;PHRASE 3
 0069 7A01      0182         LDS   PNUMH,0+4
 006A CD87      0183         CALL  SPK
 006B 7F00      0184         LDS   PNUML,0EH       ;PHRASE 46
 006C 7B01      0185         LDS   PNUMH,2+4
 006D CD87      0186         CALL  SPK
 006E 7D00      0187         LDS   PNUML,0AH       ;PHRASE 10
 006F 7A01      0188         LDS   PNUMH,0+4
 0070 CD87      0189         CALL  SPK
 0071 7884      0190         LDS   T1,1            ;ON KEY
 0072 5A00      0191         CLA
 0073 3104      0192         WRP   2,T1
 0074 7804      0193         LDS   T1,0
 0075 3184      0194         WRP   3,T1
 0076 CE13      0195         CALL  TEST99
 0077 7904      0196         LDS   T1,2            ;ADULT
 0078 5A00      0197         CLA
 0079 3104      0198         WRP   2,T1
 007A 7810      0199         LDS   PWR,0
 007B 7B91      0200         LDS   AGE,7
 007C CE13      0201         CALL  TEST99
 007D 7A04      0202         LDS   T1,4            ;BABY
 007E 5A00      0203         CLA
 007F 3104      0204         WRP   2,T1
 0080 7891      0205         LDS   AGE,1
 0081 CE13      0206         CALL  TEST99
 0082 7C04      0207         LDS   T1,8            ;CHILD
 0083 5A00      0208         CLA
 0084 3104      0209         WRP   2,T1
 0085 7991      0210         LDS   AGE,3
 0086 CE13      0211         CALL  TEST99
 0087 7804      0212         LDS   T1,0            ;1CPR
 0088 7885      0213         LDS   T2,1
 0089 3104      0214         WRP   2,T1
 008A 7811      0215         LDS   AGE,0
 008B 7892      0216         LDS   CDN,7
 008C CE13      0217         CALL  TEST99
 008D 7804      0218         LDS   T1,0            ;2CPR
 008E 7905      0219         LDS   T2,2
 008F 3104      0220         WRP   2,T1
 0090 7892      0221         LDS   CDN,1
 0091 CE13      0222         CALL  TEST99
 0092 7804      0223         LDS   T1,0            ;MTM
 0093 7A05      0224         LDS   T2,4
```

```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

                                                        PAGE 0005
        CPR
 LOC   OBJ    ER   SEQ   LABEL   OP      OPERAND/COMMENT

 0094  3104        0225          WRP     2,T1
 0095  7992        0226          LDS     CDN,3
 0096  CE13        0227          CALL    TEST99
 0097  7804        0228          LDS     T1,0              ;CC
 0098  7C05        0229          LDS     T2,8
 0099  3104        0230          WRP     2,T1
 009A  7912        0231          LDS     CDN,2
 009B  CE13        0232          CALL    TEST99
 009C  7884        0233          LDS     T1,1              ;CU
 009D  5A00        0234          CLA
 009E  3184        0235          WRP     3,T1
 009F  7804        0236          LDS     T1,0
 00A0  3104        0237          WRP     2,T1
 00A1  7B12        0238          LDS     CDN,6
 00A2  CE13        0239          CALL    TEST99
 00A3  7904        0240          LDS     T1,2              ;PAUSE
 00A4  5A00        0241          CLA
 00A5  3184        0242          WRP     3,T1
 00A6  7812        0243          LDS     CDN,0
 00A7  7B93        0244          LDS     PWZ,7
 00A8  CE13        0245          CALL    TEST99
 00A9  7A04        0246          LDS     T1,4
 00AA  5A00        0247          CLA
 00AB  3184        0248          WRP     3,T1
 00AC  7813        0249          LDS     PWZ,0
 00AD  7C80        0250          LDS     PNUML,9           ;PHRASE 25
 00AE  7901        0251          LDS     PNUMH,2
 00AF  CD87        0252          CALL    SPK
 00B0  C0B1        0253          JMP     OFF
                   0254         ;
                   0255         ;
 00B1  F600        0256   OFF:   RCT2                      ;TURN OFF SPEECH
 00B2  EC04        0257          RCT1
 00B3  F200        0258          SCT2
 00B4  7884        0259          LDS     T1,1              ;POWER DOWN 8100
 00B5  5A00        0260          CLA
 00B6  3B84        0261          WRP     17H,T1
 00B7  7804        0262          LDS     T1,0    CLA       ;POWER DOWN BATTERY TEST CIRCUIT
 00B8  3B04        0263          WRP     16H,T1
 00B9  7810        0264          LDS     PWR,0
 00BA  7811        0265          LDS     AGE,0
 00BB  7812        0266          LDS     CDN,0
 00BC  7813        0267          LDS     PWZ,0
 00BD  CDE1        0268          CALL    DSPL
 00BE  7888        0269          LDS     TIME,1
 00BF  CDC5        0270          CALL    TSEC
 00C0  7104        0271   OFF1:  IPK     T1
 00C1  98C0        0272          BAB3    OFF1
 00C2  7884        0273          LDS     T1,1
 00C3  5A00        0274          CLA
 00C4  3104        0275          WRP     2,T1
 00C5  7804        0276          LDS     T1,0
 00C6  3184        0277          WRP     3,T1
 00C7  CDC5        0278          CALL    TSEC
 00C8  E020        0279          SSW     20H
 00C9  FB08        0280          SIC     108H
```

```
         CPR
 LOC  OBJ  ER  SEQ   LABEL   OP       OPERAND/COMMENT

 00CA FF00     0281          HALT
 00CB C0CB     0282  OFF2:   JMP      OFF2
               0283          ;
               0284          ;
 00CC 7B91     0285  ADULT:  LDS      AGE,7        ;SET LCD
 00CD CDE1     0286          CALL     DSPL
 00CE 7C80     0287          LDS      PNUML,9      ;PHRASE 57
 00CF 7981     0288          LDS      PNUMH,3
 00D0 CDA1     0289          CALL     SPKD
 00D1 7980     0290          LDS      PNUML,3      ;PHRASE 3
 00D2 7801     0291          LDS      PNUMH,0
 00D3 CD87     0292          CALL     SPK
 00D4 7A00     0293          LDS      PNUML,4      ;PRHASE 36
 00D5 7901     0294          LDS      PNUMH,2
 00D6 CDA1     0295          CALL     SPKD
 00D7 7B00     0296          LDS      PNUML,6      ;PHRASE 6
 00D8 7801     0297          LDS      PNUMH,0
 00D9 CD87     0298          CALL     SPK
 00DA 7988     0299          LDS      TIME,3       ;DELAY 3 SEC
 00DB CDB7     0300          CALL     WSEC
 00DC 7A00     0301          LDS      PNUML,4      ;PHRASE 4
 00DD CDA1     0302          CALL     SPKD
 00DE 7A80     0303          LDS      PNUML,5      ;PHRASE 5
 00DF 7D08     0304          LDS      TIME,10      ;DELAY 1 SEC
 00E0 CD9A     0305          CALL     TLK
 00E1 CDC5     0306          CALL     TSEC
 00E2 CD9A     0307          CALL     TLK
 00E3 CDC5     0308          CALL     TSEC
 00E4 CD9A     0309          CALL     TLK
 00E5 CDC5     0310          CALL     TSEC
 00E6 CD9A     0311          CALL     TLK
 00E7 7A88     0312          LDS      TIME,5       ;DELAY .5SEC
 00E8 CDC5     0313          CALL     TSEC
 00E9 7F00     0314          LDS      PNUML,0EH    ;PHRASE 62
 00EA 7981     0315          LDS      PNUMH,3
 00EB CD87     0316          CALL     SPK
 00EC 7988     0317          LDS      TIME,3       ;DELAY 3 SEC
 00ED CDB7     0318          CALL     WSEC
 00EE 7B80     0319          LDS      PNUML,7      ;PHRASE 7
 00EF 7801     0320          LDS      PNUMH,0
 00F0 CD87     0321          CALL     SPK
 00F1 CE1B     0322          CALL     TMOUT
 00F2 CE1B     0323          CALL     TMOUT
 00F3 C081     0324          JMP      OFF
               0325          ; E N D   O F   A D U L T   W A I T   F O R   K E Y
               0326          ;
 00F4 7891     0327  BABY:   LDS      AGE,1        ;SET LCD
 00F5 CDE1     0328          CALL     DSPL
 00F6 7C80     0329          LDS      PNUML,9      ;PHRASE 57
 00F7 7981     0330          LDS      PNUMH,3
 00F8 CDA1     0331          CALL     SPKD
 00F9 7F00     0332          LDS      PNUML,0EH    ;PHRASE 46
 00FA 7901     0333          LDS      PNUMH,2
 00FB CD87     0334          CALL     SPK
 00FC 7A00     0335          LDS      PNUML,4      ;PHRASE 36
 00FD CDA1     0336          CALL     SPKD
```

```
       CPR                                              PAGE 0007
  LOC  OBJ   ER  SEQ     LABEL    OP     OPERAND/COMMENT

  00FE 7881      0337             LDS    PNUMH,1        ;PHRASE 20
  00FF CD87      0338             CALL   SPK
  0100 7B00      0339             LDS    PNUML,6        ;PHRASE 6
  0101 7801      0340             LDS    PNUMH,0
  0102 CD87      0341             CALL   SPK
  0103 7908      0342             LDS    TIME,2         ;DELAY 2 SEC
  0104 CDB7      0343             CALL   WSEC
  0105 7F80      0344             LDS    PNUML,0FH      ;PHRASE 47
  0106 7901      0345             LDS    PNUMH,2
  0107 CDA1      0346             CALL   SPKD
  0108 7800      0347             LDS    PNUML,0        ;PHRASE 48
  0109 7981      0348             LDS    PNUMH,3
  010A 7D08      0349             LDS    TIME,10
  010B CD9A      0350             CALL   TLK
  010C CDC5      0351             CALL   TSEC
  010D CD9A      0352             CALL   TLK
  010E CDC5      0353             CALL   TSEC
  010F CD9A      0354             CALL   TLK
  0110 CDC5      0355             CALL   TSEC
  0111 CD9A      0356             CALL   TLK
  0112 7C08      0357             LDS    TIME,8
  0113 CDC5      0358             CALL   TSEC
  0114 7F00      0359             LDS    PNUML,0EH      ;PHRASE 62
  0115 7981      0360             LDS    PNUMH,3
  0116 CD87      0361             CALL   SPK
  0117 7988      0362             LDS    TIME,3         ;DELAY 3 SEC
  0118 CDB7      0363             CALL   WSEC
  0119 7B80      0364             LDS    PNUML,7        ;PHRASE 7
  011A 7801      0365             LDS    PNUMH,0
  011B CD87      0366             CALL   SPK
  011C CE1B      0367             CALL   TMOUT
  011D CE1B      0368             CALL   TMOUT
  011E C0B1      0369             JMP    OFF
                  0370     ; END OF BABY WAIT FOR KEY.
                  0371     ;
                  0372     ;
  011F 7991      0373   CHILD:    LDS    AGE,3          ;SET LCD
  0120 CDE1      0374             CALL   DSPL
  0121 7C80      0375             LDS    PNUML,9        ;PHRASE 57
  0122 7981      0376             LDS    PNUMH,3
  0123 CDA1      0377             CALL   SPKD
  0124 7980      0378             LDS    PNUML,3        ;PHRASE 35
  0125 7901      0379             LDS    PNUMH,2
  0126 CD87      0380             CALL   SPK
  0127 7A00      0381             LDS    PNUML,4        ;PHRASE 36
  0128 CDA1      0382             CALL   SPKD
  0129 7A00      0383             LDS    PNUML,4        ;PHRASE 20
  012A 7881      0384             LDS    PNUMH,1
  012B CD87      0385             CALL   SPK
  012C 7B00      0386             LDS    PNUML,6        ;PHRASE 6
  012D 7801      0387             LDS    PNUMH,0
  012E CD87      0388             CALL   SPK
  012F 7988      0389             LDS    TIME,3         ;DELAY 3 SEC
  0130 CDB7      0390             CALL   WSEC
  0131 7A00      0391             LDS    PNUML,4        ;PHRASE 4
  0132 CDA1      0392             CALL   SPKD
```

```
         CPR                                              PAGE 0008
LOC      OBJ    ER   SEQ    LABEL   OP       OPERAND/COMMENT

0133     7A80        0393           LDS      PNUML,5        ;PHRASE 5
0134     7D08        0394           LDS      TIME,10
0135     CD9A        0395           CALL     TLK
0136     CDC5        0396           CALL     TSEC
0137     CD9A        0397           CALL     TLK
0138     CDC5        0398           CALL     TSEC
0139     CD9A        0399           CALL     TLK
013A     CDC5        0400           CALL     TSEC
013B     7A88        0401           LDS      TIME,5
013C     CD9A        0402           CALL     TLK
013D     CDC5        0403           CALL     TSEC
013E     7F00        0404           LDS      PNUML,0EH      ;PHRASE 62
013F     7981        0405           LDS      PNUMH,3
0140     CD87        0406           CALL     SPK
0141     7988        0407           LDS      TIME,3         ;DELAY 3 SEC
0142     CDB7        0408           CALL     WSEC
0143     7B80        0409           LDS      PNUML,7        ;PHRASE 7
0144     7801        0410           LDS      PNUMH,0
0145     CD87        0411           CALL     SPK
0146     CE1B        0412           CALL     TMOUT
0147     CE1B        0413           CALL     TMOUT
0148     C0B1        0414           JMP      OFF
                     0415  ;
                     0416  ; END OF CHILD WAIT FOR KEY
                     0417  ;
                     0418  ;
                     0419  ;ADULT CPR 1 RESCUER
                     0420  ;
0149     7B92        0421  AC1:     LDS      CDN,7          ;SET LCD
014A     CDE1        0422           CALL     DSPL
014B     7C00        0423           LDS      PNUML,8        ;PHRASE 8
014C     7801        0424           LDS      PNUMH,0
014D     CDA1        0425           CALL     SPKD
014E     7F00        0426           LDS      PNUML,0EH      ;PHRASE 62
014F     7981        0427           LDS      PNUMH,3
0150     CD87        0428           CALL     SPK
0151     7B00        0429           LDS      PNUML,6        ;PHRASE 38
0152     7901        0430           LDS      PNUMH,2
0153     CD87        0431           CALL     SPK
0154     7A15        0432  AC13:    LDS      L1,4           ;SET LOOP 1 COUNTER TO 4
0155     7C80        0433  AC12:    LDS      PNUML,9        ;PHRASE 9
0156     7801        0434           LDS      PNUMH,0
0157     CD87        0435           CALL     SPK
0158     7E88        0436           LDS      TIME,13        ;DELAY 1.3 SEC.
0159     CDC5        0437           CALL     TSEC
015A     7D00        0438           LDS      PNUML,0AH      ;PHRASE 10
015B     7801        0439           LDS      PNUMH,0
015C     7A88        0440           LDS      TIME,5         ;SET TO .5 SECS
015D     7922        0441           LDS      HTIME,2
015E     7F96        0442           LDS      L2,15          ;SET LOOP2 COUNTER TO 15
015F     CD9A        0443  AC11:    CALL     TLK
0160     CDC5        0444           CALL     TSEC
0161     CDCF        0445           CALL     HSEC
0162     7884        0446           LDS      T1,1           ;DEC LOOP2 COUNTER
0163     4616        0447           SUB      L2
0164     7796        0448           STA      L2
```

```
                                                              PAGE 0009
        CPR
  LOC   OBJ    ER   SEQ     LABEL   OP      OPERAND/COMMENT

  0165  A15F        0449            BANZ    AC11            ;TEST LOOP2 COUNTER
  0166  7E00        0450            LDS     PNUML,0CH       ;PHRASE 12
  0167  7801        0451            LDS     PNUMH,0
  0168  CDA1        0452            CALL    SPKD
  0169  7A80        0453            LDS     PNUML,5         ;PHRASE 5
  016A  7801        0454            LDS     PNUMH,0
  016B  CD87        0455            CALL    SPK
  016C  7D08        0456            LDS     TIME,10         ;DELAY 1 SEC
  016D  CDC5        0457            CALL    TSEC
  016E  CDA1        0458            CALL    SPKD
  016F  7884        0459            LDS     T1,1            ;DEC LOOP1 COUNTER
  0170  4615        0460            SUB     L1
  0171  7795        0461            STA     L1
  0172  A155        0462            BANZ    AC12            ;TEST LOOP1 COUNTER
  0173  7F00        0463            LDS     PNUML,0EH       ;PHRASE 62
  0174  7981        0464            LDS     PNUMH,3
  0175  CD87        0465            CALL    SPK
  0176  7D08        0466            LDS     TIME,10         ;DELAY 1 SEC
  0177  CDC5        0467            CALL    TSEC
  0178  7E80        0468            LDS     PNUML,0DH       ;PHRASE 13
  0179  7801        0469            LDS     PNUMH,0
  017A  CD87        0470            CALL    SPK
  017B  7A88        0471            LDS     TIME,5          ;DELAY .5 SEC
  017C  CDC5        0472            CALL    TSEC
  017D  7D80        0473            LDS     PNUML,0BH       ;PHRASE 11
  017E  CD87        0474            CALL    SPK
  017F  7A88        0475            LDS     TIME,5          ;DELAY .5 SEC
  0180  CDC5        0476            CALL    TSEC
  0181  7A80        0477            LDS     PNUML,5         ;PHRASE 5
  0182  7D08        0478            LDS     TIME,10         ;DELAY 1 SEC
  0183  CD87        0479            CALL    SPK
  0184  CDC5        0480            CALL    TSEC
  0185  CD87        0481            CALL    SPK
  0186  7A88        0482            LDS     TIME,5          ; .5 SEC
  0187  CDC5        0483            CALL    TSEC
  0188  C154        0484            JMP     AC13
                    0485            ;
                    0486            ;
                    0487            ; ADULT 2 RES CPR
                    0488            ;
  0189  7892        0489    A2C:    LDS     CDN,1           ;SET LCD
  018A  CDE1        0490            CALL    DSPL
  018B  7F00        0491            LDS     PNUML,0EH       ;PHRASE 14
  018C  7801        0492            LDS     PNUMH,0
  018D  CDA1        0493            CALL    SPKD
  018E  7D00        0494            LDS     PNUML,0AH       ;PHRASE 58
  018F  7981        0495            LDS     PNUMH,3
  0190  CDA1        0496            CALL    SPKD
  0191  7E00        0497            LDS     PNUML,0CH       ;PHRASE 60
  0192  CD87        0498            CALL    SPK
  0193  7F00        0499            LDS     PNUML,0EH       ;PHRASE 62
  0194  CD87        0500            CALL    SPK
  0195  7B00        0501            LDS     PNUML,6         ;PHRASE 38
  0196  7901        0502            LDS     PNUMH,2
  0197  CDA1        0503            CALL    SPKD
  0198  7C80        0504            LDS     PNUML,9         ;PHRASE 9
```

```
0199  7801      0505           LDS   PNUMH,0
019A  CD87      0506           CALL  SPK
019B  7A88      0507           LDS   TIME,5        ;.5 SEC
019C  CDC5      0508           CALL  TSEC
019D  7D15      0509   A2C1:   LDS   L1,10
019E  7D16      0510           LDS   L2,10
019F  7C88      0511   A2C2:   LDS   TIME,9        ;.9 SEC
01A0  78A2      0512           LDS   HTIME,1       ;.01 SEC
01A1  7D00      0513           LDS   PNUML,0AH     ;PHRASE 10
01A2  7801      0514           LDS   PNUMH,0
01A3  7A1F      0515           LDS   L3,4
01A4  CD9A      0516   A2C3:   CALL  TLK
01A5  CDC5      0517           CALL  TSEC
01A6  CDCF      0518           CALL  HSEC
01A7  7884      0519           LDS   T1,1          ;DEC AND TEST L3
01A8  461F      0520           SUB   L3
01A9  779F      0521           STA   L3
01AA  A1A4      0522           BANZ  A2C3
01AB  7F80      0523           LDS   PNUML,0FH     ;PHRASE 15
01AC  7801      0524           LDS   PNUMH,0
01AD  CD9A      0525           CALL  TLK
01AE  CDC5      0526           CALL  TSEC
01AF  CDCF      0527           CALL  HSEC
01B0  6895      0528           LDA   L1            ;DEC AND TEST L1,L2
01B1  B1B6      0529           BAZ   A2C4
01B2  7884      0530           LDS   T1,1
01B3  4615      0531           SUB   L1
01B4  7795      0532           STA   L1
01B5  A19F      0533           BANZ  A2C2
01B6  7884      0534   A2C4:   LDS   T1,1
01B7  4616      0535           SUB   L2
01B8  7796      0536           STA   L2
01B9  A19F      0537           BANZ  A2C2
01BA  7800      0538           LDS   PNUML,0       ;PHRASE 16
01BB  7881      0539           LDS   PNUMH,1
01BC  CD9A      0540           CALL  TLK
01BD  CDC5      0541           CALL  TSEC
01BE  CDCF      0542           CALL  HSEC
01BF  7D00      0543           LDS   PNUML,0AH     ;PHRASE 10
01C0  7801      0544           LDS   PNUMH,0
01C1  CD9A      0545           CALL  TLK
01C2  CDC5      0546           CALL  TSEC
01C3  CDCF      0547           CALL  HSEC
01C4  CD9A      0548           CALL  TLK
01C5  CDC5      0549           CALL  TSEC
01C6  CDCF      0550           CALL  HSEC
01C7  CD9A      0551           CALL  TLK
01C8  CDC5      0552           CALL  TSEC
01C9  CDCF      0553           CALL  HSEC
01CA  7F80      0554           LDS   PNUML,0FH     ;PHRASE 15
01CB  CD9A      0555           CALL  TLK
01CC  CDC5      0556           CALL  TSEC
01CD  CDCF      0557           CALL  HSEC
01CE  7880      0558           LDS   PNUML,1       ;PHRASE 17
01CF  7881      0559           LDS   PNUMH,1
01D0  7B88      0560           LDS   TIME,7
```