```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0                                    11

       CPR                                                    PAGE 0011
LOC    OBJ    ER   SEQ    LABEL    OP      OPERAND/COMMENT

01D1   CD87        0561            CALL    SPK
01D2   CDC5        0562            CALL    TSEC
01D3   7F00        0563            LDS     PNUML,0EH        ;PHRASE 62
01D4   7981        0564            LDS     PNUMH,3
01D5   CD87        0565            CALL    SPK
01D6   CDC5        0566            CALL    TSEC
01D7   7E80        0567            LDS     PNUML,0DH        ;PHRASE 13
01D8   7801        0568            LDS     PNUMH,0
01D9   7A88        0569            LDS     TIME,5
01DA   CD87        0570            CALL    SPK
01DB   CDC5        0571            CALL    TSEC
01DC   7900        0572            LDS     PNUML,2          ;PHRASE 18
01DD   7881        0573            LDS     PNUMH,1
01DE   CD87        0574            CALL    SPK
01DF   CDC5        0575            CALL    TSEC
01E0   7A80        0576            LDS     PNUML,5          ;PHRASE 5
01E1   7801        0577            LDS     PNUMH,0
01E2   CD87        0578            CALL    SPK
01E3   CDC5        0579            CALL    TSEC
01E4   C19D        0580            JMP     A2C1
                   0581            ;
                   0582            ;
                   0583            ;ADULT MOUTH TO MOUTH
                   0584            ;
01E5   7992        0585    AMM:    LDS     CDN,3            ;SET LCD
01E6   CDE1        0586            CALL    DSPL
01E7   7F80        0587            LDS     PNUML,0FH        ;PHRASE 63
01E8   7981        0588            LDS     PNUMH,3
01E9   CDA1        0589            CALL    SPKD
01EA   7980        0590            LDS     PNUML,3          ;PHRASE 19
01EB   7881        0591            LDS     PNUMH,1
01EC   CDA1        0592            CALL    SPKD
01ED   7E00        0593    AMM1:   LDS     PNUML,0CH        ;PHRASE 12
01EE   7801        0594            LDS     PNUMH,0
01EF   CD87        0595            CALL    SPK
01F0   7988        0596            LDS     TIME,3           ;DELAY 3 TENTHS
01F1   CDC5        0597            CALL    TSEC
01F2   7D95        0598            LDS     L1,11            ;LOAD LOOP1 COUNTER WITH 11
01F3   7A80        0599            LDS     PNUML,5          ;PHRASE 5
01F4   CD9A        0600    AMM2:   CALL    TLK
01F5   7A08        0601            LDS     TIME,4
01F6   CDB7        0602            CALL    WSEC
01F7   7B08        0603            LDS     TIME,6
01F8   CDC5        0604            CALL    TSEC
01F9   7884        0605            LDS     T1,1             ;DEC LOOP 1 COUNTER AND TEST
01FA   4615        0606            SUB     L1
01FB   7795        0607            STA     L1
01FC   A1F4        0608            BANZ    AMM2
01FD   CD9A        0609            CALL    TLK
01FE   7D08        0610            LDS     TIME,10          ;DELAY 1 SEC
01FF   CDC5        0611            CALL    TSEC
0200   7F00        0612            LDS     PNUML,0EH        ;PHRASE 62
0201   7981        0613            LDS     PNUMH,3
0202   CD87        0614            CALL    SPK
0203   7D08        0615            LDS     TIME,10          ;DELAY 1 SEC
0204   CDC5        0616            CALL    TSEC
```

LC5800 SERIES CROSS ASSE    ER - REV. 1.0

PAGE 0012

| LOC | OBJ | ER | SEQ | LABEL | OP | OPERAND/COMMENT | |
|---|---|---|---|---|---|---|---|
| 0205 | 7A80 | | 0617 | | LDS | PNUML,5 | ;PHRASE 21 |
| 0206 | 7881 | | 0618 | | LDS | PNUMH,1 | |
| 0207 | CD87 | | 0619 | | CALL | SPK | |
| 0208 | 7D08 | | 0620 | | LDS | TIME,10 | ;DELAY 1 SEC |
| 0209 | CDC5 | | 0621 | | CALL | TSEC | |
| 020A | C1ED | | 0622 | | JMP | AMM1 | |
| | | | 0623 | ; | | | |
| | | | 0624 | ; | | | |
| | | | 0625 | ;ADULT CHOCKING CONSCIOUS | | | |
| | | | 0626 | ; | | | |
| 020B | 7912 | | 0627 | ACC; | LDS | CDN,2 | ;SET LCD |
| 020C | CDE1 | | 0628 | | CALL | DSPL | |
| 020D | 7E00 | | 0629 | | LDS | PNUML,6 | ;PHRASE 22 |
| 020E | 7881 | | 0630 | | LDS | PNUMH,1 | |
| 020F | CD87 | | 0631 | | CALL | SPK | |
| 0210 | 7D00 | | 0632 | | LDS | PNUML,0AH | |
| 0211 | 7901 | | 0633 | | LDS | PNUMH,2 | ;PHRASE 42 |
| 0212 | CD87 | | 0634 | | CALL | SPK | |
| 0213 | 7E00 | | 0635 | | LDS | PNUML,0CH | ;PHRASE 44 |
| 0214 | CDA1 | | 0636 | | CALL | SPKD | |
| 0215 | 7A00 | | 0637 | | LDS | PNUML,4 | ;PHRASE 52 |
| 0216 | 7981 | | 0638 | | LDS | PNUMH,3 | |
| 0217 | CD87 | | 0639 | | CALL | SPK | |
| 0218 | 7A88 | | 0640 | | LDS | TIME,5 | ;.5 SEC |
| 0219 | CDC5 | | 0641 | | CALL | TSEC | |
| 021A | 7880 | | 0642 | | LDS | PNUML,7 | ;PHRASE 23 |
| 021B | 7881 | | 0643 | | LDS | PNUMH,1 | |
| 021C | CD87 | | 0644 | | CALL | SPK | |
| 021D | 7E00 | | 0645 | | LDS | PNUML,0CH | ;PHRASE 28 |
| 021E | CDA1 | | 0646 | | CALL | SPKD | |
| 021F | 7A00 | | 0647 | | LDS | PNUML,4 | ;PHRASE 52 |
| 0220 | 7981 | | 0648 | | LDS | PNUMH,3 | |
| 0221 | CD87 | | 0649 | | CALL | SPK | |
| 0222 | CDC5 | | 0650 | | CALL | TSEC | |
| 0223 | 7A15 | | 0651 | ACC1; | LDS | L1,4 | ;LOAD LOOP COUNTER WITH 4 |
| 0224 | 7A88 | | 0652 | | LDS | TIME,5 | |
| 0225 | 7D00 | | 0653 | ACC2; | LDS | PNUML,0AH | ;PHRASE 26 |
| 0226 | 7881 | | 0654 | | LDS | PNUMH,1 | |
| 0227 | CD87 | | 0655 | | CALL | SPK | |
| 0228 | 7A00 | | 0656 | | LDS | PNUML,4 | |
| 0229 | 7981 | | 0657 | | LDS | PNUMH,3 | ;PHRASE 52 |
| 022A | CD87 | | 0658 | | CALL | SPK | |
| 022B | CDC5 | | 0659 | | CALL | TSEC | |
| 022C | 7E00 | | 0660 | | LDS | PNUML,0CH | ;PHRASE 28 |
| 022D | 7881 | | 0661 | | LDS | PNUMH,1 | |
| 022E | CD87 | | 0662 | | CALL | SPK | |
| 022F | 7A00 | | 0663 | | LDS | PNUML,4 | ;PHRASE 52 |
| 0230 | 7981 | | 0664 | | LDS | PNUMH,3 | |
| 0231 | CD87 | | 0665 | | CALL | SPK | |
| 0232 | CDC5 | | 0666 | | CALL | TSEC | |
| 0233 | 7884 | | 0667 | | LDS | T1,1 | |
| 0234 | 4615 | | 0668 | | SUB | L1 | |
| 0235 | 7795 | | 0669 | | STA | L1 | |
| 0236 | A225 | | 0670 | | BNZ | ACC2 | |
| 0237 | 7C00 | | 0671 | | LDS | PNUML,8 | ;PHRASE 24 |
| 0238 | 7881 | | 0672 | | LDS | PNUMH,1 | |

FORM 811-3

PRINTED IN U.S.A.

```
         CPR
LOC    OBJ    ER    SEQ    LABEL    OP      OPERAND/COMMENT

0239   CD87         0673            CALL    SPK
023A   CDC5         0674            CALL    TSEC
023B   C223         0675            JMP     ACC1
                    0676    ;
                    0677    ;
                    0678    ;ADULT CHOKING NOT CONSCIOUS
                    0679    ;
023C   7B12         0680    ACU:     LDS     CDN,6                ;SET LCD
023D   CDE1         0681            CALL    DSPL
023E   7E80         0682            LDS     PNUML,0DH            ;PHRASE 29
023F   7881         0683            LDS     PNUMH,1
0240   CD87         0684            CALL    SPK
0241   7A88         0685            LDS     TIME,5               ;.5 SEC
0242   CDC5         0686            CALL    TSEC
0243   7F00         0687            LDS     PNUML,0EH            ;PHRASE 30
0244   CD87         0688            CALL    SPK
0245   7D00         0689            LDS     PNUML,0AH            ;PHRASE 26
0246   CDA1         0690            CALL    SPKD
0247   7A00         0691            LDS     PNUML,4              ;PHRASE 52
0248   7981         0692            LDS     PNUMH,3
0249   CD87         0693            CALL    SPK
024A   7D08         0694            LDS     TIME,10              ;1 SEC
024B   CDC5         0695            CALL    TSEC
024C   7FB0         0696            LDS     PNUML,0FH            ;PHRASE 31
024D   7881         0697            LDS     PNUMH,1
024E   CD87         0698            CALL    SPK
024F   7E00         0699            LDS     PNUML,0CH            ;PHRASE 28
0250   CDA1         0700            CALL    SPKD
0251   7A00         0701            LDS     PNUML,4              ;PHRASE 52
0252   7981         0702            LDS     PNUMH,3
0253   CD87         0703            CALL    SPK
0254   CDC5         0704            CALL    TSEC
0255   7800         0705            LDS     PNUML,0              ;PHRASE 32
0256   7901         0706            LDS     PNUMH,2
0257   CD87         0707            CALL    SPK
0258   7908         0708            LDS     TIME,2               ;2 SEC
0259   CDB7         0709            CALL    WSEC
025A   7880         0710            LDS     PNUML,1              ;PHRASE 33
025B   CD87         0711            CALL    SPK
025C   7E00         0712            LDS     PNUML,0CH            ;PHRASE 12
025D   7801         0713            LDS     PNUMH,0
025E   CDA1         0714            CALL    SPKD
025F   7D08         0715            LDS     TIME,10              ;SET UP 1 SEC DELAY
0260   7A80         0716            LDS     PNUML,5              ;PHRASE 5
0261   CD9A         0717            CALL    TLK
0262   CDC5         0718            CALL    TSEC
0263   CD9A         0719            CALL    TLK
0264   CDC5         0720            CALL    TSEC
0265   CD9A         0721            CALL    TLK
0266   CDC5         0722            CALL    TSEC
0267   7A88         0723            LDS     TIME,5               ;SET .5 SEC
0268   CD9A         0724            CALL    TLK
0269   CDC5         0725            CALL    TSEC
026A   7995         0726    ACU1:    LDS     L1,3                ;SET LOOP COUNTER TO 3
026B   7F00         0727    ACU2:    LDS     PNUML,0EH            ;PHRASE 30
026C   7881         0728            LDS     PNUMH,1
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

PAGE 0014

| LOC | OBJ | ER | SEQ | LABEL | OP | OPERAND/COMMENT | |
|---|---|---|---|---|---|---|---|
| 026D | CD87 | | 0729 | | CALL | SPK | |
| 026E | 7D00 | | 0730 | | LDS | PNUML,0AH | ;PHRASE 26 |
| 026F | CD87 | | 0731 | | CALL | SPK | |
| 0270 | 7A00 | | 0732 | | LDS | PNUML,4 | ;PHRASE 52 |
| 0271 | 7981 | | 0733 | | LDS | PNUMH,3 | |
| 0272 | 7A88 | | 0734 | | LDS | TIME,5 | ;.5 SEC |
| 0273 | CD87 | | 0735 | | CALL | SPK | |
| 0274 | CDC5 | | 0736 | | CALL | TSEC | |
| 0275 | 7F80 | | 0737 | | LDS | PNUML,0FH | ;PHRASE 31 |
| 0276 | 7881 | | 0738 | | LDS | PNUMH,1 | |
| 0277 | CD87 | | 0739 | | CALL | SPK | |
| 0278 | 7E00 | | 0740 | | LDS | PNUML,0CH | ;PHRASE 28 |
| 0279 | CD87 | | 0741 | | CALL | SPK | |
| 027A | 7A00 | | 0742 | | LDS | PNUML,4 | ;PHRASE 52 |
| 027B | 7981 | | 0743 | | LDS | PNUMH,3 | |
| 027C | CD87 | | 0744 | | CALL | SPK | |
| 027D | CDC5 | | 0745 | | CALL | TSEC | |
| 027E | 7E00 | | 0746 | | LDS | PNUML,0 | ;PHRASE 32 |
| 027F | 7901 | | 0747 | | LDS | PNUMH,2 | |
| 0280 | 7A88 | | 0748 | | LDS | TIME,7 | ;.7 SEC |
| 0281 | CD87 | | 0749 | | CALL | SPK | |
| 0282 | CDC5 | | 0750 | | CALL | TSEC | |
| 0283 | 7890 | | 0751 | | LDS | PNUML,1 | ;PHRASE 33 |
| 0284 | CD87 | | 0752 | | CALL | SPK | |
| 0285 | 7D80 | | 0753 | | LDS | PNUML,0BH | ;PHRASE 27 |
| 0286 | 7881 | | 0754 | | LDS | PNUMH,1 | |
| 0287 | CDA1 | | 0755 | | CALL | SPKD | |
| 0288 | 7A80 | | 0756 | | LDS | PNUML,5 | ;PHRASE 5 |
| 0289 | 7801 | | 0757 | | LDS | PNUMH,0 | |
| 028A | 7D08 | | 0758 | | LDS | TIME,10 | ;1 SEC |
| 028B | CD9A | | 0759 | | CALL | TLK | |
| 028C | CDC5 | | 0760 | | CALL | TSEC | |
| 028D | CD9A | | 0761 | | CALL | TLK | |
| 028E | CDC5 | | 0762 | | CALL | TSEC | |
| 028F | CD9A | | 0763 | | CALL | TLK | |
| 0290 | CDC5 | | 0764 | | CALL | TSEC | |
| 0291 | 7A88 | | 0765 | | LDS | TIME,5 | ;.5 SEC |
| 0292 | CD9A | | 0766 | | CALL | TLK | |
| 0293 | CDC5 | | 0767 | | CALL | TSEC | |
| 0294 | 7884 | | 0768 | | LDS | L1,1 | ;DEC AND TEST LOOP COUNTER |
| 0295 | 4615 | | 0769 | | SUB | L1 | |
| 0296 | 7795 | | 0770 | | STA | L1 | |
| 0297 | A26B | | 0771 | | BNZ | ACU2 | |
| 0298 | 7F00 | | 0772 | | LDS | PNUML,0EH | ;PHRASE 62 |
| 0299 | 7981 | | 0773 | | LDS | PNUMH,3 | |
| 029A | 7A88 | | 0774 | | LDS | TIME,3 | ;.3 SECS |
| 029B | CD87 | | 0775 | | CALL | SPK | |
| 029C | CD87 | | 0776 | | CALL | MSEC | |
| 029D | 7B90 | | 0777 | | LDS | PNUML,7 | ;PHRASE 23 |
| 029E | 7881 | | 0778 | | LDS | PNUMH,1 | |
| 029F | CD87 | | 0779 | | CALL | SPK | |
| 02A0 | 7900 | | 0780 | | LDS | PNUML,2 | ;PHRASE 24 |
| 02A1 | 7901 | | 0781 | | LDS | PNUMH,2 | |
| 02A2 | 7A88 | | 0782 | | LDS | TIME,3 | ;.3 SEC |
| 02A3 | CD87 | | | | CALL | SPK | |

```
KC5800 SERIES CROSS ASSEMBLER - REV. 1.0
                                                              PAGE 0015
       CFR
  LOC  OBJ   ER   SEQ    LABEL    OP       OPERAND/COMMENT

  02A5 C26A       0785            JMP      ACU1
                  0786   ;
                  0787   ;
                  0788   ;BABY ONE RES CPR
                  0789   ;
  02A6 7B92       0790   B1C:     LDS      CDN,7             ;SET LCD
  02A7 CDE1       0791            CALL     DSPL
  02A8 7880       0792            LDS      PNUML,1           ;PHRASE 49
  02A9 7981       0793            LDS      PNUMH,3
  02AA CDA1       0794            CALL     SPKD
  02AB 7D00       0795            LDS      PNUML,0AH         ;PHRASE 58
  02AC CDA1       0796            CALL     SPKD
  02AD 7D80       0797            LDS      PNUML,0BH         ;PHRASE 59
  02AE CD87       0798            CALL     SPK
  02AF 7B00       0799            LDS      PNUML,6           ;PHRASE 38
  02B0 7901       0800            LDS      PNUMH,2
  02B1 CD87       0801            CALL     SPK
  02B2 7900       0802            LDS      PNUML,2           ;PHRASE 50
  02B3 7981       0803            LDS      PNUMH,3
  02B4 CD87       0804            CALL     SPK
  02B5 7A88       0805            LDS      TIME,5            ;.5 SEC
  02B6 CDC5       0806            CALL     TSEC
  02B7 7D15       0807   B1C1:    LDS      L1,10
  02B8 7D96       0808            LDS      L2,11
  02B9 7A88       0809   B1C2:    LDS      TIME,5            ; .5 SEC
  02BA 78A2       0810            LDS      HTIME,1
  02BB 7D00       0811            LDS      PNUML,0AH         ;PHRASE 10+25%
  02BC 7C01       0812            LDS      PNUMH,0+8
  02BD 7A1F       0813            LDS      L3,4
  02BE CD9A       0814   B1C3:    CALL     TLK
  02BF CDC5       0815            CALL     TSEC
  02C0 CDCF       0816            CALL     HSEC
  02C1 7884       0817            LDS      T1,1              ;DEC AND TEST L3
  02C2 461F       0818            SUB      L3
  02C3 779F       0819            STA      L3
  02C4 A2BE       0820            BANZ     B1C3
  02C5 7980       0821            LDS      PNUML,3           ;PHRASE 51+100%
  02C6 7B81       0822            LDS      PNUMH,3+4
  02C7 CD9A       0823            CALL     TLK
  02C8 CDC5       0824            CALL     TSEC
  02C9 CDCF       0825            CALL     HSEC
  02CA 6895       0826            LDA      L1                ;DEC AND TEST L1,L2
  02CB B2D0       0827            BAZ      B1C4
  02CC 7884       0828            LDS      T1,1
  02CD 4615       0829            SUB      L1
  02CE 7795       0830            STA      L1
  02CF A2B9       0831            BANZ     B1C2
  02D0 7884       0832   B1C4:    LDS      T1,1
  02D1 4616       0833            SUB      L2
  02D2 7796       0834            STA      L2
  02D3 A2B9       0835            BANZ     B1C2
  02D4 7F00       0836            LDS      PNUML,0EH         ;PHRASE 62
  02D5 7981       0837            LDS      PNUMH,3
  02D6 CD87       0838            CALL     SPK
  02D7 7F08       0839            LDS      TIME,14           ; 1.4 SEC
  02D8 CDC5       0840            CALL     TSEC
```

```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

                                                    PAGE 0016                16
        CPR
 LOC    OBJ    ER   SEQ    LABEL    OP      OPERAND/COMMENT

 02D9   7E80        0841            LDS     PNUML,0DH       ;PHRASE 13
 02DA   7801        0842            LDS     PNUMH,0
 02DB   7A88        0843            LDS     TIME,5
 02DC   CD87        0844            CALL    SPK
 02DD   CDC5        0845            CALL    TSEC
 02DE   7900        0846            LDS     PNUML,2         ;PHRASE 18
 02DF   7881        0847            LDS     PNUMH,1
 02E0   7988        0848            LDS     TIME,3
 02E1   CD87        0849            CALL    SPK
 02E2   CDC5        0850            CALL    TSEC
 02E3   7800        0851            LDS     PNUML,0         ;PHRASE 48
 02E4   7981        0852            LDS     PNUMH,3
 02E5   7A88        0853            LDS     TIME,5
 02E6   CD87        0854            CALL    SPK
 02E7   CDC5        0855            CALL    TSEC
 02E8   C2B7        0856            JMP     BIC1
                    0857    ;
                    0858    ;
                    0859    ;BABY 2 RES CPR
                    0860    ;
 02E9   7892        0861    B2C:    LDS     CDN,1           ;SET LCD
 02EA   CDE1        0862            CALL    DSPL
 02EB   7F00        0863            LDS     PNUML,0EH       ;PHRASE 14
 02EC   7801        0864            LDS     PNUMH,0
 02ED   CDA1        0865            CALL    SPKD
 02EE   7D00        0866            LDS     PNUML,0AH       ;PHRASE 58
 02EF   7981        0867            LDS     PNUMH,3
 02F0   CDA1        0868            CALL    SPKD
 02F1   7E00        0869            LDS     PNUML,0CH       ;PHRASE 60
 02F2   7981        0870            LDS     PNUMH,3
 02F3   CD87        0871            CALL    SPK
 02F4   7F00        0872            LDS     PNUML,0EH       ;PHRASE 62
 02F5   7981        0873            LDS     PNUMH,3
 02F6   CD87        0874            CALL    SPK
 02F7   7D80        0875            LDS     PNUML,0BH       ;PHRASE 59
 02F8   7981        0876            LDS     PNUMH,3
 02F9   CD87        0877            CALL    SPK
 02FA   7B00        0878            LDS     PNUML,6         ;PHRASE 38
 02FB   7901        0879            LDS     PNUMH,2
 02FC   CDA1        0880            CALL    SPKD
 02FD   7900        0881            LDS     PNUML,2         ;PHRASE 50
 02FE   7981        0882            LDS     PNUMH,3
 02FF   CD87        0883            CALL    SPK
 0300   7A88        0884            LDS     TIME,5          ;.5 SEC.
 0301   CDC5        0885            CALL    TSEC
 0302   7D15        0886    B2C1:   LDS     L1,10
 0303   7D16        0887            LDS     L2,10
 0304   7A08        0888    B2C2:   LDS     TIME,4          ;.4 SEC
 0305   7CA2        0889            LDS     HTIME,9         ;.09 SEC
 0306   7D00        0890            LDS     PNUML,0AH       ;PHRASE 10+25%
 0307   7C01        0891            LDS     PNUMH,0+8
 0308   7A1F        0892            LDS     L3,4
 0309   CD9A        0893    B2C3:   CALL    TLK
 030A   CDC5        0894            CALL    TSEC
 030B   CDCF        0895            CALL    HSEC
 030C   7884        0896            LDS     T1,1            ;DEC AND TEST L3
```

```
        CPR                                              PAGE 0017
  LOC   OBJ   ER   SEQ    LABEL   OP    OPERAND/COMMENT

  030D  461F       0897           SUB   L3
  030E  779F       0898           STA   L3
  030F  A309       0899           BANZ  B2C3
  0310  7980       0900           LDS   PNUML,3          ;PHRASE 51+100%
  0311  7B81       0901           LDS   PNUMH,3+4
  0312  CD9A       0902           CALL  TLK
  0313  CDC5       0903           CALL  TSEC
  0314  CDCF       0904           CALL  HSEC
  0315  6895       0905           LDA   L1               ;DEC AND TEST L1,L2
  0316  B31B       0906           BAZ   B2C4
  0317  7884       0907           LDS   T1,1
  0318  4615       0908           SUB   L1
  0319  7795       0909           STA   L1
  031A  A304       0910           BANZ  B2C2
  031B  7884       0911   B2C4:   LDS   T1,1
  031C  4616       0912           SUB   L2
  031D  7796       0913           STA   L2
  031E  A304       0914           BANZ  B2C2
  031F  7800       0915           LDS   PNUML,0          ;PHRASE 16+25%
  0320  7C81       0916           LDS   PNUMH,1+8
  0321  CD9A       0917           CALL  TLK
  0322  CDC5       0918           CALL  TSEC
  0323  CDCF       0919           CALL  HSEC
  0324  7D00       0920           LDS   PNUML,0AH        ;PHRASE 10+25%
  0325  7C01       0921           LDS   PNUMH,0+8
  0326  CD9A       0922           CALL  TLK
  0327  CDC5       0923           CALL  TSEC
  0328  CDCF       0924           CALL  HSEC
  0329  CD9A       0925           CALL  TLK
  032A  CDC5       0926           CALL  TSEC
  032B  CDCF       0927           CALL  HSEC
  032C  CD9A       0928           CALL  TLK
  032D  CDC5       0929           CALL  TSEC
  032E  7980       0930           LDS   PNUML,3          ;PHRASE 51+100%
  032F  7B81       0931           LDS   PNUMH,3+4
  0330  CD9A       0932           CALL  TLK
  0331  CDC5       0933           CALL  TSEC
  0332  CDCF       0934           CALL  HSEC
  0333  7880       0935           LDS   PNUML,1          ;PHRASE 17
  0334  7881       0936           LDS   PNUMH,1
  0335  7D08       0937           LDS   TIME,10
  0336  CD87       0938           CALL  SPK
  0337  7B88       0939           LDS   TIME,7
  0338  CDC5       0940           CALL  TSEC
  0339  7F00       0941           LDS   PNUML,0EH        ;PHRASE 62
  033A  7981       0942           LDS   PNUMH,3
  033B  CD87       0943           CALL  SPK
  033C  7D98       0944           LDS   TIME,11          ; 1.1 SEC
  033D  CDC5       0945           CALL  TSEC
  033E  7E80       0946           LDS   PNUML,0DH        ;PHRASE 13
  033F  7801       0947           LDS   PNUMH,0
  0340  7A88       0948           LDS   TIME,5
  0341  CD87       0949           CALL  SPK
  0342  CDC5       0950           CALL  TSEC
  0343  7900       0951           LDS   PNUML,2          ;PHRASE 18
  0344  7881       0952           LDS   PNUMH,1
```

```
              CPR                                       PAGE 0018
   LOC   OBJ   ER   SEQ    LABEL    OP    OPERAND/COMMENT

   0345  CD87       0953             CALL  SPK
   0346  CDC5       0954             CALL  TSEC
   0347  7800       0955             LDS   PNUML,0        ;PHRASE 48
   0348  7981       0956             LDS   PNUMH,3
   0349  CD87       0957             CALL  SPK
   034A  CDC5       0958             CALL  TSEC
   034B  C302       0959             JMP   B2C1
                    0960             ;
                    0961             ;
                    0962             ;BABY MOUTH TO MOUTH
                    0963             ;
   034C  7992       0964    BMM:     LDS   CDN,3          ;SET LCD
   034D  CDE1       0965             CALL  DSPL
   034E  7F80       0966             LDS   PNUML,0FH      ;PHRASE 63
   034F  7981       0967             LDS   PNUMH,3
   0350  CDA1       0968             CALL  SPKD
   0351  7A80       0969             LDS   PNUML,5        ;PHRASE 53
   0352  CDA1       0970             CALL  SPKD
   0353  7D80       0971    BMM1:    LDS   PNUML,0BH      ;PHRASE 27
   0354  7881       0972             LDS   PNUMH,1
   0355  CD87       0973             CALL  SPK
   0356  7988       0974             LDS   TIME,3         ;DELAY 3 TENTHS
   0357  CDC5       0975             CALL  TSEC
   0358  7F95       0976             LDS   L1,15          ;LOAD LOOP1 WITH 15
   0359  7A96       0977             LDS   L2,5           ;LOAD LOOP2 WITH 5
   035A  7800       0978             LDS   PNUML,0        ;PHRASE 48
   035B  7981       0979             LDS   PNUMH,3
   035C  CD9A       0980    BMM2:    CALL  TLK
   035D  7908       0981             LDS   TIME,2         ;2.  SEC
   035E  CDB7       0982             CALL  WSEC
   035F  7B88       0983             LDS   TIME,7         ;0.7 SEC
   0360  CDC5       0984             CALL  TSEC
   0361  6895       0985             LDA   L1
   0362  B367       0986             BAZ   BMM3
   0363  7884       0987             LDS   T1,1           ;DEC LOOP 1 COUNTER AND TEST
   0364  4615       0988             SUB   L1
   0365  7795       0989             STA   L1
   0366  A35C       0990             BANZ  BMM2
   0367  7884       0991    BMM3:    LDS   T1,1           ;DEC LOOP 2
   0368  4616       0992             SUB   L2
   0369  7796       0993             STA   L2
   036A  A35C       0994             BANZ  BMM2
   036B  CD9A       0995             CALL  TLK
   036C  7D08       0996             LDS   TIME,10        ;DELAY 1 SEC
   036D  CDC5       0997             CALL  TSEC
   036E  7F00       0998             LDS   PNUML,0EH      ;PHRASE 62
   036F  7981       0999             LDS   PNUMH,3
   0370  CD87       1000             CALL  SPK
   0371  CDC5       1001             CALL  TSEC
   0372  7A80       1002             LDS   PNUML,5        ;PHRASE 21
   0373  7881       1003             LDS   PNUMH,1
   0374  CD87       1004             CALL  SPK
   0375  7D08       1005             LDS   TIME,10        ;DELAY 1 SEC
   0376  CDC5       1006             CALL  TSEC
   0377  C353       1007             JMP   BMM1
                    1008             ;
```

```
       CPR
LOC    OBJ    ER    SEQ    LABEL    OP     OPERAND/COMMENT

                    1009          ;
                    1010          ; BABY CHOKING CONSCIOUS
                    1011          ;
0378   7912         1012   BCC:    LDS    CDN,2           ; SET LCD
0379   CDE1         1013          CALL   DSPL
037A   7B00         1014          LDS    PNUML,6          ; PHRASE 22
037B   7881         1015          LDS    PNUMH,1
037C   CD87         1016          CALL   SPK
037D   7A80         1017          LDS    PNUML,5          ; PHRASE 37
037E   7901         1018          LDS    PNUMH,2
037F   CD87         1019          CALL   SPK
0380   7B00         1020          LDS    PNUML,6          ; PHRASE 54
0381   7981         1021          LDS    PNUMH,3
0382   CDA1         1022          CALL   SPKD
0383   7A00         1023          LDS    PNUML,4          ; PHRASE 52+25%
0384   7D81         1024          LDS    PNUMH,3+8
0385   CD87         1025          CALL   SPK
0386   7A89         1026          LDS    TIME,5           ; .5 SEC.
0387   CDC5         1027          CALL   TSEC
0388   7B80         1028          LDS    PNUML,7          ; PHRASE 23
0389   7881         1029          LDS    PNUMH,1
038A   CD87         1030          CALL   SPK
038B   7B80         1031          LDS    PNUML,7          ; PHRASE 55
038C   7981         1032          LDS    PNUMH,3
038D   CD87         1033          CALL   SPK
038E   7900         1034          LDS    PNUML,2          ; PHRASE 50
038F   CDA1         1035          CALL   SPKD
0390   7A00         1036          LDS    PNUML,4          ; PHRASE 52+25%
0391   7D81         1037          LDS    PNUMH,3+8
0392   CDA1         1038          CALL   SPKD
0393   7A15         1039   BCC1:   LDS    L1,4             ; LOAD LOOP COUNTER WITH 4
0394   7A88         1040          LDS    TIME,5
0395   7C00         1041   BCC2:   LDS    PNUML,8          ; PHRASE 56
0396   7981         1042          LDS    PNUMH,3
0397   CD87         1043          CALL   SPK
0398   7A00         1044          LDS    PNUML,4          ; PHRASE 52+25%
0399   7D81         1045          LDS    PNUMH,3+8
039A   CD87         1046          CALL   SPK
039B   CDC5         1047          CALL   TSEC
039C   7B80         1048          LDS    PNUML,7          ; PHRASE 55
039D   7981         1049          LDS    PNUMH,3
039E   CD87         1050          CALL   SPK
039F   7A00         1051          LDS    PNUML,4          ; PHRASE 52+25%
03A0   7D81         1052          LDS    PNUMH,3+8
03A1   CD87         1053          CALL   SPK
03A2   CDC5         1054          CALL   TSEC
03A3   7884         1055          LDS    T1,1
03A4   4615         1056          SUB    L1
03A5   7795         1057          STA    L1
03A6   A395         1058          BANZ   BCC2
03A7   7C00         1059          LDS    PNUML,8          ; PHRASE 24
03A8   7881         1060          LDS    PNUMH,1
03A9   CD87         1061          CALL   SPK
03AA   CDC5         1062          CALL   TSEC
03AB   C393         1063          JMP    BCC1
                    1064          ;
```

```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0                          20
                                                   PAGE 0020
      CPR
LOC   OBJ    ER   SEQ   LABEL   OP      OPERAND/COMMENT

                  1065          ;
                  1066          ;BABY CHOKING NOT CONSCIOUS
                  1067          ;
03AC  7B12        1068  BCU:    LDS     CDN,6           ;SET LCD
03AD  CDE1        1069          CALL    DSPL
03AE  7E80        1070          LDS     PNUML,0DH       ;PHRASE 29
03AF  7881        1071          LDS     PNUMH,1
03B0  CD87        1072          CALL    SPK
03B1  7A88        1073          LDS     TIME,5          ;.5 SEC
03B2  CDC5        1074          CALL    TSEC
03B3  7C00        1075          LDS     PNUML,8         ;PHRASE 56
03B4  7981        1076          LDS     PNUMH,3
03B5  CDA1        1077          CALL    SPKD
03B6  7A00        1078          LDS     PNUML,4         ;PHRASE 52+25%
03B7  7D81        1079          LDS     PNUMH,3+8
03B8  CD87        1080          CALL    SPK
03B9  7D08        1081          LDS     TIME,10         ; 1 SEC
03BA  CDC5        1082          CALL    TSEC
03BB  7B80        1083          LDS     PNUML,7         ;PHRASE 55
03BC  7981        1084          LDS     PNUMH,3
03BD  CD87        1085          CALL    SPK
03BE  7900        1086          LDS     PNUML,2         ;PHRASE 50
03BF  CD87        1087          CALL    SPK
03C0  7A00        1088          LDS     PNUML,4         ;PHRASE 52+25%
03C1  7D81        1089          LDS     PNUMH,3+8
03C2  CD87        1090          CALL    SPK
03C3  CDC5        1091          CALL    TSEC
03C4  7800        1092          LDS     PNUML,0         ;PHRASE 32
03C5  7901        1093          LDS     PNUMH,2
03C6  CD87        1094          CALL    SPK
03C7  7908        1095          LDS     TIME,2
03C8  CDB7        1096          CALL    WSEC
03C9  7880        1097          LDS     PNUML,1         ;PHRASE 33
03CA  CD87        1098          CALL    SPK
03CB  7D80        1099          LDS     PNUML,0BH       ;PHRASE 27
03CC  7881        1100          LDS     PNUMH,1
03CD  CD87        1101          CALL    SPK
03CE  7800        1102          LDS     PNUML,0         ;PHRASE 48
03CF  7981        1103          LDS     PNUMH,3
03D0  7D08        1104          LDS     TIME,10         ;1 SEC
03D1  CD9A        1105          CALL    TLK
03D2  CDC5        1106          CALL    TSEC
03D3  CD9A        1107          CALL    TLK
03D4  CDC5        1108          CALL    TSEC
03D5  CD9A        1109          CALL    TLK
03D6  CDC5        1110          CALL    TSEC
03D7  7C08        1111          LDS     TIME,8
03D8  CD9A        1112          CALL    TLK
03D9  CDC5        1113          CALL    TSEC
03DA  7995        1114  BCU1:   LDS     L1,3            ;SET LOOP COUNTER TO 3
03DB  7C00        1115  BCU2:   LDS     PNUML,8         ;PHRASE 56
03DC  7981        1116          LDS     PNUMH,3
03DD  CD87        1117          CALL    SPK
03DE  7A00        1118          LDS     PNUML,4         ;PHRASE 52+25%
03DF  7D81        1119          LDS     PNUMH,3+8
03E0  7A88        1120          LDS     TIME,5          ;.5 SEC
```

```
                    CPR
 LOC   OBJ   ER   SEQ    LABEL   OP       OPERAND/COMMENT

 03E1  CD87       1121            CALL    SPK
 03E2  CDC5       1122            CALL    TSEC
                  1123            LDS     PNUML,7         ;PHRASE 55
 03E3  7B80       1124            LDS     PNUMH,3
 03E4  7981       1125            CALL    SPK
 03E5  CD87       1126            LDS     PNUML,4         ;PHRASE 52+25%
 03E6  7A00       1127            LDS     PNUMH,3+8
 03E7  7D81       1128            CALL    SPK
 03E8  CD87       1129            CALL    TSEC
 03E9  CDC5       1130            LDS     PNUML,0         ;PHRASE 32
 03EA  7800       1131            LDS     PNUMH,2
 03EB  7901       1132            LDS     TIME,7          ;.7 SEC
 03EC  7B88       1133            CALL    SPK
 03ED  CD87       1134            CALL    TSEC
 03EE  CDC5       1135            LDS     PNUML,1         ;PHRASE 33
 03EF  7880       1136            LDS     PNUMH,2
 03F0  7901       1137            CALL    SPK
 03F1  CD87       1138            LDS     PNUML,0BH       ;PHRASE 27
 03F2  7D80       1139            LDS     PNUMH,1
 03F3  7881       1140            CALL    SPKD
 03F4  CDA1       1141            LDS     PNUML,0         ;PHRASE 48
 03F5  7800       1142            LDS     PNUMH,3
 03F6  7981       1143            LDS     TIME,10         ;1 SEC
 03F7  7D08       1144            CALL    TLK
 03F8  CD9A       1145            CALL    TSEC
 03F9  CDC5       1146            CALL    TLK
 03FA  CD9A       1147            CALL    TSEC
 03FB  CDC5       1148            CALL    TLK
 03FC  CD9A       1149            CALL    TSEC
 03FD  CDC5       1150            LDS     TIME,8          ;.8 SEC
 03FE  7C08       1151            CALL    TLK
 03FF  CD9A       1152            CALL    TSEC
 0400  CDC5       1153            LDS     T1,1            ;DEC AND TEST LOOP COUNTER
 0401  7884       1154            SUB     L1
 0402  4615       1155            STA     L1
 0403  7795       1156            BANZ    BCU2
 0404  A3DB       1157            LDS     PNUML,0EH       ;PHRASE 62
 0405  7F00       1158            LDS     PNUMH,3
 0406  7981       1159            LDS     TIME,3          ;3 SECS
 0407  7988       1160            CALL    SPK
 0408  CD87       1161            CALL    WSEC
 0409  CDB7       1162            LDS     PNUML,7         ;PHRASE 23
 040A  7B80       1163            LDS     PNUMH,1
 040B  7881       1164            CALL    SPK
 040C  CD87       1165            LDS     PNUML,2         ;PHRASE 34
 040D  7900       1166            LDS     PNUMH,2
 040E  7901       1167            LDS     TIME,5          ;.5 SEC
 040F  7A88       1168            CALL    SPK
 0410  CD87       1169            CALL    TSEC
 0411  CDC5       1170            JMP     BCU1
 0412  C3DA       1171   ;
                  1172   ;
                  1173   ;CHILD 1 CPR
                  1174   ;
 0413  7B92       1175   C1C:     LDS     CDN,7           ;SET LCD
 0414  CDE1       1176            CALL    DSPL
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
     CPR                                                PAGE 0022
LOC  OBJ  ER  SEQ   LABEL  OP    OPERAND/COMMENT                      22

0415 7880     1177         LDS   PNUML,1          ;PHRASE 49
0416 7981     1178         LDS   PNUMH,3
0417 CDA1     1179         CALL  SPKD
0418 7D00     1180         LDS   PNUML,0AH        ;PHRASE 58
0419 CDA1     1181         CALL  SPKD
041A 7E80     1182         LDS   PNUML,0DH        ;PHRASE 61
041B CD87     1183         CALL  SPK
041C 7B00     1184         LDS   PNUML,6          ;PHRASE 38
041D 7901     1185         LDS   PNUMH,2
041E CD87     1186         CALL  SPK
041F 7E88     1187         LDS   TIME,13          ;FIRST TIME 1.3 SEC.
0420 7C80     1188  C1C1:  LDS   PNUML,9          ;PHRASE 9
0421 7801     1189         LDS   PNUMH,0
0422 CD87     1190         CALL  SPK
0423 CDC5     1191         CALL  TSEC
0424 7D15     1192         LDS   L1,10
0425 7D96     1193         LDS   L2,11
0426 7B08     1194  C1C2:  LDS   TIME,6           ; .6 SEC
0427 7AA2     1195         LDS   HTIME,5          ; .05 SEC
0428 7D00     1196         LDS   PNUML,0AH        ;PHRASE 10
0429 7801     1197         LDS   PNUMH,0
042A 7A1F     1198         LDS   L3,4
042B CD9A     1199  C1C3:  CALL  TLK
042C CDC5     1200         CALL  TSEC
042D CDCF     1201         CALL  HSEC
042E 7884     1202         LDS   T1,1             ;DEC AND TEST L3
042F 461F     1203         SUB   L3
0430 779F     1204         STA   L3
0431 A42B     1205         BANZ  C1C3
0432 7F80     1206         LDS   PNUML,0FH        ;PHRASE 15 +25%
0433 7C01     1207         LDS   PNUMH,0+8
0434 CD9A     1208         CALL  TLK
0435 CDC5     1209         CALL  TSEC
0436 CDCF     1210         CALL  HSEC
0437 6895     1211         LDA   L1               ;DEC AND TEST L1,L2
0438 B43D     1212         BAZ   C1C4
0439 7884     1213         LDS   T1,1
043A 4615     1214         SUB   L1
043B 7795     1215         STA   L1
043C A426     1216         BANZ  C1C2
043D 7884     1217  C1C4:  LDS   T1,1
043E 4616     1218         SUB   L2
043F 7796     1219         STA   L2
0440 A426     1220         BANZ  C1C2
0441 7D08     1221         LDS   TIME,10          ;1. SEC
0442 7F00     1222         LDS   PNUML,0EH        ;PHRASE 52
0443 7981     1223         LDS   PNUMH,3
0444 CD87     1224         CALL  SPK
0445 CDC5     1225         CALL  TSEC
0446 7E80     1226         LDS   PNUML,0DH        ;PHRASE 13
0447 7801     1227         LDS   PNUMH,0
0448 7A89     1228         LDS   TIME,5
0449 CD87     1229         CALL  SPK
044A CDC5     1230         CALL  TSEC
044B 7900     1231         LDS   PNUML,2          ;PHRASE 18
044C 7881     1232         LDS   PNUMH,1
```