```
         CPR
  LOC   OBJ    ER   SEQ     LABEL    OP      OPERAND/COMMENT

  044D  CD87        1233             CALL    SPK
  044E  CDC5        1234             CALL    TSEC
  044F  7A80        1235             LDS     PNUML,5        ;PHRASE 5
  0450  7801        1236             LDS     PNUMH,0
  0451  CD87        1237             CALL    SPK
  0452  CDC5        1238             CALL    TSEC
  0453  C420        1239             JMP     C1C1
                    1240             ;
                    1241             ;
                    1242             ;CHILD 2 RES CPR
                    1243             ;
  0454  7892        1244    C2C:     LDS     CDN,1          ;SET LCD
  0455  CDE1        1245             CALL    DSPL
  0456  7F00        1246             LDS     PNUML,OEH      ;PHRASE 14
  0457  7801        1247             LDS     PNUMH,0
  0458  CDA1        1248             CALL    SPKD
  0459  7D00        1249             LDS     PNUML,OAH      ;PHRASE 58
  045A  7981        1250             LDS     PNUMH,3
  045B  CDA1        1251             CALL    SPKD
  045C  7E00        1252             LDS     PNUML,OCH      ;PHRASE 60
  045D  CD87        1253             CALL    SPK
  045E  7F00        1254             LDS     PNUML,OEH      ;PHRASE 62
  045F  CD87        1255             CALL    SPK
  0460  7E80        1256             LDS     PNUML,ODH      ;PHRASE 61
  0461  CD87        1257             CALL    SPK
  0462  7B00        1258             LDS     PNUML,6        ;PHRASE 38
  0463  7901        1259             LDS     PNUMH,2
  0464  CD87        1260             CALL    SPK
  0465  7C80        1261             LDS     PNUML,9        ;PHRASE 9
  0466  7801        1262             LDS     PNUMH,0
  0467  CD87        1263             CALL    SPK
  0468  7E88        1264             LDS     TIME,13        ;1.3 SEC
  0469  CDC5        1265             CALL    TSEC
  046A  7D15        1266    C2C1:    LDS     L1,10
  046B  7D16        1267             LDS     L2,10
  046C  7B08        1268    C2C2:    LDS     TIME,6         ; .6 SEC
  046D  7AA2        1269             LDS     HTIME,5        ; .05 SEC
  046E  7D00        1270             LDS     PNUML,OAH      ;PHRASE 10
  046F  7801        1271             LDS     PNUMH,0
  0470  7A1F        1272             LDS     L3,4
  0471  CD9A        1273    C2C3:    CALL    TLK
  0472  CDC5        1274             CALL    TSEC
  0473  CDCF        1275             CALL    HSEC
  0474  7884        1276             LDS     T1,1           ;DEC AND TEST L3
  0475  461F        1277             SUB     L3
  0476  779F        1278             STA     L3
  0477  A471        1279             BANZ    C2C3
  0478  7F80        1280             LDS     PNUML,OFH      ;PHRASE 15 +25%
  0479  7C01        1281             LDS     PNUMH,0+8
  047A  CD9A        1282             CALL    TLK
  047B  CDC5        1283             CALL    TSEC
  047C  CDCF        1284             CALL    HSEC
  047D  6895        1285             LDA     L1             ;DEC AND TEST L1,L2
  047E  B483        1286             BAZ     C2C4
  047F  7884        1287             LDS     T1,1
  0480  4615        1288             SUB     L1
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

24

PAGE 0024

| LOC | OBJ | CPR ER | SEQ | LABEL | OP | OPERAND/COMMENT |
|---|---|---|---|---|---|---|
| 0481 | 7795 | | 1289 | | STA | L1 |
| 0482 | A46C | | 1290 | | BANZ | C2C2 |
| 0483 | 7884 | | 1291 | C2C4: | LDS | T1,1 |
| 0484 | 4616 | | 1292 | | SUB | L2 |
| 0485 | 7796 | | 1293 | | STA | L2 |
| 0486 | A46C | | 1294 | | BANZ | C2C2 |
| 0487 | 7800 | | 1295 | | LDS | PNUML,0    ;PHRASE 16 |
| 0488 | 7881 | | 1296 | | LDS | PNUMH,1 |
| 0489 | CD9A | | 1297 | | CALL | TLK |
| 048A | CDC5 | | 1298 | | CALL | TSEC |
| 048B | CDCF | | 1299 | | CALL | HSEC |
| 048C | 7D00 | | 1300 | | LDS | PNUML,0AH  ;PHRASE 10 |
| 048D | 7801 | | 1301 | | LDS | PNUMH,0 |
| 048E | CD9A | | 1302 | | CALL | TLK |
| 048F | CDC5 | | 1303 | | CALL | TSEC |
| 0490 | CDCF | | 1304 | | CALL | HSEC |
| 0491 | CD9A | | 1305 | | CALL | TLK |
| 0492 | CDC5 | | 1306 | | CALL | TSEC |
| 0493 | CDCF | | 1307 | | CALL | HSEC |
| 0494 | CD9A | | 1308 | | CALL | TLK |
| 0495 | CDC5 | | 1309 | | CALL | TSEC |
| 0496 | CDCF | | 1310 | | CALL | HSEC |
| 0497 | 7F80 | | 1311 | | LDS | PNUML,0FH  ;PHRASE 15+25% |
| 0498 | 7C01 | | 1312 | | LDS | PNUMH,0+8 |
| 0499 | CD9A | | 1313 | | CALL | TLK |
| 049A | CDC5 | | 1314 | | CALL | TSEC |
| 049B | 7880 | | 1315 | | LDS | PNUML,1    ;PHRASE 17 |
| 049C | 7881 | | 1316 | | LDS | PNUMH,1 |
| 049D | 7B88 | | 1317 | | LDS | TIME,7 |
| 049E | CD87 | | 1318 | | CALL | SPK |
| 049F | CDC5 | | 1319 | | CALL | TSEC |
| 04A0 | 7F00 | | 1320 | | LDS | PNUML,0EH  ;PHRASE 62 |
| 04A1 | 7981 | | 1321 | | LDS | PNUMH,3 |
| 04A2 | CD87 | | 1322 | | CALL | SPK |
| 04A3 | CDC5 | | 1323 | | CALL | TSEC |
| 04A4 | 7E80 | | 1324 | | LDS | PNUML,0DH  ;PHRASE 13 |
| 04A5 | 7801 | | 1325 | | LDS | PNUMH,0 |
| 04A6 | 7A88 | | 1326 | | LDS | TIME,5 |
| 04A7 | CD87 | | 1327 | | CALL | SPK |
| 04A8 | CDC5 | | 1328 | | CALL | TSEC |
| 04A9 | 7900 | | 1329 | | LDS | PNUML,2    ;PHRASE 18 |
| 04AA | 7881 | | 1330 | | LDS | PNUMH,1 |
| 04AB | 7988 | | 1331 | | LDS | TIME,3 |
| 04AC | CD87 | | 1332 | | CALL | SPK |
| 04AD | CDC5 | | 1333 | | CALL | TSEC |
| 04AE | 7A80 | | 1334 | | LDS | PNUML,5    ;PHRASE 5 |
| 04AF | 7801 | | 1335 | | LDS | PNUMH,0 |
| 04B0 | 7A88 | | 1336 | | LDS | TIME,5 |
| 04B1 | CD87 | | 1337 | | CALL | SPK |
| 04B2 | CDC5 | | 1338 | | CALL | TSEC |
| 04B3 | C46A | | 1339 | | JMP | C2C1 |
| | | | 1340 | ; | | |
| | | | 1341 | ; | | |
| | | | 1342 | ;CHILD MOUTH TO MOUTH BREATHING | | |
| | | | 1343 | ; | | |
| 04B4 | 7992 | | 1344 | CMM: | LDS | CDN,3   ;SET LCD |

Handwritten annotation: LDS TIME,1.2 ; 1.2 sec

```
       CPR
 LOC   OBJ   ER   SEQ   LABEL   OP     OPERAND/COMMENT

 04B5  CDE1       1345          CALL   DSPL
 04B6  7F80       1346          LDS    PNUML,0FH        ;PHRASE 63
 04B7  7981       1347          LDS    PNUMH,3
 04B8  CDA1       1348          CALL   SPKD
 04B9  7A80       1349          LDS    PNUML,5          ;PHRASE 53
 04BA  7981       1350          LDS    PNUMH,3
 04BB  CDA1       1351          CALL   SPKD
 04BC  7E00       1352  CMM1:   LDS    PNUML,0CH        ;PHRASE 12
 04BD  7801       1353          LDS    PNUMH,0
 04BE  CD87       1354          CALL   SPK
 04BF  7A09       1355          LDS    TIME,4           ;DELAY 4 TENTHS
 04C0  CDC5       1356          CALL   TSEC
 04C1  7F95       1357          LDS    L1,15            ;LOAD LOOP1 WITH 15
 04C2  7A96       1358          LDS    L2,5             ;LOAD LOOP2 WITH 5
 04C3  7A80       1359          LDS    PNUML,5          ;PHRASE 5
 04C4  7801       1360          LDS    PNUMH,0
 04C5  CD9A       1361  CMM2:   CALL   TLK
 04C6  7988       1362          LDS    TIME,3           ; 3. SEC
 04C7  CDB7       1363          CALL   WSEC
 04C8  7B88       1364          LDS    TIME,7           ; 0.7 SEC
 04C9  CDC5       1365          CALL   TSEC
 04CA  6895       1366          LDA    L1
 04CB  B4D0       1367          BAZ    CMM3
 04CC  7884       1368          LDS    T1,1             ;DEC LOOP 1 COUNTER AND TEST
 04CD  4615       1369          SUB    L1
 04CE  7795       1370          STA    L1
 04CF  A4C5       1371          BANZ   CMM2
 04D0  7884       1372  CMM3:   LDS    T1,1             ;DEC LOOP 2
 04D1  4616       1373          SUB    L2
 04D2  7796       1374          STA    L2
 04D3  A4C5       1375          BANZ   CMM2
 04D4  CD9A       1376          CALL   TLK
 04D5  7D08       1377          LDS    TIME,10          ;DELAY 1 SEC
 04D6  CDC5       1378          CALL   TSEC
 04D7  7F00       1379          LDS    PNUML,0EH        ;PHRASE 62
 04D8  7981       1380          LDS    PNUMH,3
 04D9  CD87       1381          CALL   SPK
 04DA  CDC5       1382          CALL   TSEC
 04DB  7A80       1383          LDS    PNUML,5          ;PHRASE 21
 04DC  7881       1384          LDS    PNUMH,1
 04DD  CD87       1385          CALL   SPK
 04DE  CDC5       1386          CALL   TSEC
 04DF  C4BC       1387          JMP    CMM1
                   1388   ;
                   1389
                   1390   ;CHILD CHOKING CONSCIOUS
                   1391   ;
 04E0  7912       1392  CCC:    LDS    CDN,2            ;SET LCD
 04E1  CDE1       1393          CALL   DSPL
 04E2  7B00       1394          LDS    PNUML,6          ;PHRASE 22
 04E3  7881       1395          LDS    PNUMH,1
 04E4  CD87       1396          CALL   SPK
 04E5  7D80       1397          LDS    PNUML,0BH        ;PHRASE 43
 04E6  7901       1398          LDS    PNUMH,2
 04E7  CD87       1399          CALL   SPK
 04E8  7E00       1400          LDS    PNUML,0CH        ;PHRASE 44
```

Handwritten annotations:
- At line 1381 (CALL SPK): "LDS TIME, 12    ; 1.2 sec"
- At line 1385 (CALL SPK): "LDS TIME, 10    ; 1 sec"

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

26

```
                CPR                                           PAGE 0026
  LOC    OBJ    ER    SEQ    LABEL    OP      OPERAND/COMMENT

  04E9   CDA1         1401            CALL    SPKD
  04EA   7A00         1402            LDS     PNUML,4           ;PHRASE 52
  04EB   7981         1403            LDS     PNUMH,3
  04EC   CD87         1404            CALL    SPK
  04ED   7A88         1405            LDS     TIME,5            ; .5 SEC.
  04EE   CDC5         1406            CALL    TSEC
  04EF   7B80         1407            LDS     PNUML,7           ;PHRASE 23
  04F0   7881         1408            LDS     PNUMH,1
  04F1   CD87         1409            CALL    SPK
  04F2   7C80         1410            LDS     PNUML,9           ;PHRASE 25
  04F3   CD87         1411            CALL    SPK
  04F4   7E80         1412            LDS     PNUML,0AH         ;PHRASE 45
  04F5   7901         1413            LDS     PNUMH,2
  04F6   CDA1         1414            CALL    SPKD
  04F7   7A00         1415            LDS     PNUML,4           ;PHRASE 52
  04F8   7981         1416            LDS     PNUMH,3
  04F9   CD87         1417            CALL    SPK
  04FA   7A88         1418            LDS     TIME,5
  04FB   CDC5         1419            CALL    TSEC
  04FC   7A15         1420    CCC1:   LDS     L1,4              ;LOAD LOOP COUNTER WITH 4
  04FD   7A89         1421            LDS     TIME,5
  04FE   7D00         1422    CCC2:   LDS     PNUML,0AH         ;PHRASE 26
  04FF   7881         1423            LDS     PNUMH,1
  0500   CD87         1424            CALL    SPK
  0501   7A00         1425            LDS     PNUML,4           ;PHRASE 52
  0502   7981         1426            LDS     PNUMH,3
  0503   CD87         1427            CALL    SPK
  0504   CDC5         1428            CALL    TSEC
  0505   7C80         1429            LDS     PNUML,9           ;PHRASE 25
  0506   7881         1430            LDS     PNUMH,1
  0507   CD87         1431            CALL    SPK
  0508   7A00         1432            LDS     PNUML,4           ;PHRASE 52
  0509   7981         1433            LDS     PNUMH,3
  050A   CD87         1434            CALL    SPK
  050B   CDC5         1435            CALL    TSEC
  050C   7884         1436            LDS     T1,1
  050D   4615         1437            SUB     L1
  050E   7795         1438            STA     L1
  050F   A4FE         1439            BANZ    CCC2
  0510   7C00         1440            LDS     PNUML,8           ;PHRASE 24
  0511   7881         1441            LDS     PNUMH,1
  0512   CD87         1442            CALL    SPK
  0513   CDC5         1443            CALL    TSEC
  0514   C4FC         1444            JMP     CCC1
                      1445    ;
                      1446    ;
                      1447    ;CHILD CHOKING NOT CONSCIOUS
                      1448    ;
  0515   7B12         1449    CCU:    LDS     CDN,6             ;SET LCD
  0516   CDE1         1450            CALL    DSPL
  0517   7E80         1451            LDS     PNUML,0DH         ;PHRASE 29
  0518   7881         1452            LDS     PNUMH,1
  0519   CD87         1453            CALL    SPK
  051A   7A88         1454            LDS     TIME,5            ;.5 SEC
  051B   CDC5         1455            CALL    TSEC
  051C   7F00         1456            LDS     PNUML,0EH         ;PHRASE 30
```

```
                CPR                                           PAGE 0027
    LOC    OBJ  ER   SEQ   LABEL    OP      OPERAND/COMMENT

    051D   CD87      1457           CALL    SPK
    051E   7D00      1458           LDS     PNUML,0AH        ;PHRASE 26
    051F   CDA1      1459           CALL    SPKD
    0520   7A00      1460           LDS     PNUML,4          ;PHRASE 52
    0521   7981      1461           LDS     PNUMH,3
    0522   CD87      1462           CALL    SPK
    0523   7D08      1463           LDS     TIME,10
    0524   CDC5      1464           CALL    TSEC
    0525   7F80      1465           LDS     PNUML,0FH        ;PHRASE 31
    0526   7881      1466           LDS     PNUMH,1
    0527   CD87      1467           CALL    SPK
    0528   7C80      1468           LDS     PNUML,9          ;PHRASE 25
    0529   7881      1469           LDS     PNUMH,1
    052A   CD87      1470           CALL    SPK
    052B   7E80      1471           LDS     PNUML,0DH        ;PHRASE 45
    052C   7901      1472           LDS     PNUMH,2
    052D   CD87      1473           CALL    SPK
    052E   7A00      1474           LDS     PNUML,4          ;PHRASE 52
    052F   7981      1475           LDS     PNUMH,3
    0530   CD87      1476           CALL    SPK
    0531   CDC5      1477           CALL    TSEC
    0532   7800      1478           LDS     PNUML,0          ;PHRASE 32
    0533   7901      1479           LDS     PNUMH,2
    0534   CD87      1480           CALL    SPK
    0535   7908      1481           LDS     TIME,2           ;2 SEC.
    0536   CDB7      1482           CALL    WSEC
    0537   7880      1483           LDS     PNUML,1          ;PHRASE 33
    0538   7901      1484           LDS     PNUMH,2
    0539   CD87      1485           CALL    SPK
    053A   7E00      1486           LDS     PNUML,0CH        ;PHRASE 12
    053B   7801      1487           LDS     PNUMH,0
    053C   CD87      1488           CALL    SPK
    053D   7A80      1489           LDS     PNUML,5          ;PHRASE 5
    053E   7801      1490           LDS     PNUMH,0
    053F   7D08      1491           LDS     TIME,10          ;1 SEC
    0540   CD9A      1492           CALL    TLK
    0541   CDC5      1493           CALL    TSEC
    0542   CD9A      1494           CALL    TLK
    0543   CDC5      1495           CALL    TSEC
    0544   CD9A      1496           CALL    TLK
    0545   CDC5      1497           CALL    TSEC
    0546   CD9A      1498           CALL    TLK
    0547   7A88      1499           LDS     TIME,5
    0548   CDC5      1500           CALL    TSEC
    0549   7995      1501  CCU1:    LDS     L1,3             ;SET LOOP COUNTER TO 3
    054A   7F00      1502  CCU2:    LDS     PNUML,0EH        ;PHRASE 30
    054B   7881      1503           LDS     PNUMH,1
    054C   CD87      1504           CALL    SPK
    054D   7D00      1505           LDS     PNUML,0AH        ;PHRASE 26
    054E   7881      1506           LDS     PNUMH,1
    054F   CD87      1507           CALL    SPK
    0550   7A00      1508           LDS     PNUML,4          ;PHRASE 52
    0551   7981      1509           LDS     PNUMH,3
    0552   7A89      1510           LDS     TIME,5           ;.5 SEC
    0553   CD87      1511           CALL    SPK
    0554   CDC5      1512           CALL    TSEC
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
           CPR                                                PAGE 0028
  LOC     OBJ     ER    SEQ    LABEL    OP     OPERAND/COMMENT

  0555   7F80           1513            LDS    PNUML,0FH        ;PHRASE 31
  0556   7881           1514            LDS    PNUMH,1
  0557   CD87           1515            CALL   SPK
  0558   7C80           1516            LDS    PNUML,9          ;PHRASE 25
  0559   7881           1517            LDS    PNUMH,1
  055A   CD87           1518            CALL   SPK
  055B   7A00           1519            LDS    PNUML,4          ;PHRASE 52
  055C   7981           1520            LDS    PNUMH,3
  055D   CD87           1521            CALL   SPK
  055E   CDC5           1522            CALL   TSEC
  055F   7800           1523            LDS    PNUML,0          ;PHRASE 32
  0560   7901           1524            LDS    PNUMH,2
  0561   7B88           1525            LDS    TIME,7           ;.7 SEC
  0562   CD87           1526            CALL   SPK
  0563   CDC5           1527            CALL   TSEC
  0564   7880           1528            LDS    PNUML,1          ;PHRASE 33
  0565   CD87           1529            CALL   SPK
  0566   7D80           1530            LDS    PNUML,0BH        ;PHRASE 27
  0567   7881           1531            LDS    PNUMH,1
  0568   CDA1           1532            CALL   SPKD
  0569   7A80           1533            LDS    PNUML,5          ;PHRASE 5
  056A   7801           1534            LDS    PNUMH,0
  056B   7D08           1535            LDS    TIME,10          ;1 SEC
  056C   CD9A           1536            CALL   TLK
  056D   CDC5           1537            CALL   TSEC
  056E   CD9A           1538            CALL   TLK
  056F   CDC5           1539            CALL   TSEC
  0570   CD9A           1540            CALL   TLK
  0571   CDC5           1541            CALL   TSEC
  0572   7A88           1542            LDS    TIME,5           ;.5 SEC
  0573   CD9A           1543            CALL   TLK
  0574   CDC5           1544            CALL   TSEC
  0575   7884           1545            LDS    T1,1             ;DEC AND TEST LOOP COUNTER
  0576   4615           1546            SUB    L1
  0577   7795           1547            STA    L1
  0578   A54A           1548            BANZ   CCU2
  0579   7F00           1549            LDS    PNUML,0EH        ;PHRASE 62
  057A   7981           1550            LDS    PNUMH,3
  057B   7988           1551            LDS    TIME,3           ;3 SECS
  057C   CD87           1552            CALL   SPK
  057D   CDB7           1553            CALL   WSEC
  057E   7B80           1554            LDS    PNUML,7          ;PHRASE 23
  057F   7881           1555            LDS    PNUMH,1
  0580   CD87           1556            CALL   SPK
  0581   7900           1557            LDS    PNUML,2          ;PHRASE 34
  0582   7901           1558            LDS    PNUMH,2
  0583   7A88           1559            LDS    TIME,5           ;.5 SEC
  0584   CD87           1560            CALL   SPK
  0585   CDC5           1561            CALL   TSEC
  0586   C549           1562            JMP    CCU1
                        1563            ;
                        1564            ;***** S U B R O U T I N E S ********************
                        1565            ;
                        1566            ;
                        1567            ;OUTPUTS ONE PHRAZE TO 8100,WAITS FOR DONE
                        1568            ;PHRAZE NUMBER IN PNUML,PNUMH
```

```
        CPR
LOC     OBJ     ER      SEQ     LABEL   OP      OPERAND/COMMENT

                        1569    ;
0587    7B92            1570    SPK:    LDS     SPIP,7          ;SET SPIP FLAG
0588    EC04            1571            RCT1                    ;LOWER START LINE
0589    6881            1572            LDA     PNUMH           ;LOAD LOWER NIB INTO A
058A    3900            1573            WRP     12H,PNUML       ;SEND A AND PNUML TO PORT 12
058B    E804            1574            SCT1                    ;TOGGLE START LINE
058C    EC04            1575            RCT1
058D    7083            1576    SPK1:   IPM     TEMP            ;WAIT FOR BUSY LOW
058E    858D            1577            BAB0    SPK1            ;STILL HIGH
058F    7083            1578    SPK2:   IPM     TEMP            ;WAIT FOR BUSY HIGH (M1)
0590    8598            1579            BAB0    SPK3
0591    6894            1580            LDA     BAT             ;TEST BATTERY
0592    A58F            1581            BANZ    SPK2            ;ALREADY LOW SO SKIP
0593    7083            1582            IPM     TEMP
0594    8D8F            1583            BAB1    SPK2            ;BATTERY OK
0595    7B94            1584            LDS     BAT,7           ;BATTERY LOW
0596    CDE1            1585            CALL    DSPL
0597    C58F            1586            JMP     SPK2
0598    7802            1587    SPK3:   LDS     SPIP,0          ;CLEAR SPIP FLAG
0599    D000            1588            RTS
                        1589    ;
                        1590    ;
                        1591    ;OUTPUTS ONE PHRASE TO 8100,DOES NOT WAIT FOR DONE
                        1592    ;
059A    EC04            1593    TLK:    RCT1                    ;LOWER START LINE
059B    6881            1594            LDA     PNUMH           ;LOAD LOWER NIB INTO A
059C    3900            1595            WRP     12H,PNUML       ;SEND A AND PNUML TO PORT 12
059D    EC04            1596            RCT1                    ;CLEAR START LINE
059E    E804            1597            SCT1                    ;TOGGLE START LINE
059F    EC04            1598            RCT1
05A0    D000            1599            RTS
                        1600    ;
                        1601    ;
                        1602    ;OUTPUT PHRASE, WAIT .3 SEC
                        1603    ;
05A1    CD97            1604    SPKD:   CALL    SPK
05A2    6888            1605            LDA     TIME
05A3    7787            1606            STA     TEMP2
05A4    7988            1607            LDS     TIME,3
05A5    CDC5            1608            CALL    TSEC
05A6    6887            1609            LDA     TEMP2
05A7    7789            1610            STA     TIME
05A8    D000            1611            RTS
                        1612    ;
                        1613    ;
                        1614    ;
                        1615    ; DELAY ROUTINE
                        1616    ;
05A9    7B9A            1617    DELAY:  LDS     DLIP2,7
05AA    7C7D            1618            LDS     T2+78H,8
05AB    787E            1619            LDS     T3+78H,0
05AC    541E            1620    D2:     ADDI    T3+8,1          ;INC AND TEST T3
05AD    77FE            1621            STA     T3+78H
05AE    0000            1622            NOP
05AF    0000            1623            NOP
05B0    0000            1624            NOP
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
        CFR                                              PAGE 0030
LOC   OBJ    ER   SEQ    LABEL   OP     OPERAND/COMMENT              30.

05B1  A5AC        1625           BANZ   D2
05B2  541D        1626           ADDI   T2+8,1          ;INC AND TEST T2
05B3  77FD        1627           STA    T2+78H
05B4  A5AC        1628           BANZ   D2
05B5  781A        1629           LDS    DLIP2,0
05B6  D000        1630           RTS
                  1631    ;
                  1632    ;
                  1633    ;
                  1634    ;DELAYS (TIME) SECONDS
                  1635    ;
05B7  7B9C        1636   WSEC:   LDS    DLIP,7          ;SET DLIP
05B8  6888        1637           LDA    TIME
05B9  7783        1638           STA    TEMP
05BA  7D7C        1639   WSEC1:  LDS    T1+78H,10
05BB  CDA9        1640   WSEC2:  CALL   DELAY
05BC  561C        1641           SUBI   T1+8,1
05BD  77FC        1642           STA    T1+78H
05BE  A5BB        1643           BANZ   WSEC2
05BF  788C        1644           LDS    T1+8,1
05C0  4603        1645           SUB    TEMP
05C1  7783        1646           STA    TEMP
05C2  A5BA        1647           BANZ   WSEC1
05C3  781C        1648           LDS    DLIP,0          ;CLEAR DLIP
05C4  D000        1649           RTS
                  1650    ;
                  1651    ;
                  1652    ;DELAYS (TIME) TENTHS
                  1653    ;
05C5  7B9C        1654   TSEC:   LDS    DLIP,7          ;SET DLIP
05C6  6888        1655           LDA    TIME
05C7  7783        1656           STA    TEMP
05C8  CDA9        1657   TSEC1:  CALL   DELAY
05C9  788C        1658           LDS    T1,1
05CA  4603        1659           SUB    TEMP
05CB  7783        1660           STA    TEMP
05CC  A5C8        1661           BANZ   TSEC1
05CD  781C        1662           LDS    DLIP,0          ;CLEAR DLIP
05CE  D000        1663           RTS
                  1664    ;
                  1665    ;
                  1666    ;DELAYS 1/100 SEC
                  1667    ;
05CF  68A2        1668   HSEC:   LDA    HTIME           ;SAVE HTIME
05D0  7783        1669           STA    TEMP
05D1  7C7D        1670   HSEC1:  LDS    T2+78H,8        ;DELAY 1/100 SEC
05D2  541D        1671   HSEC2:  ADDI   T2+8,1
05D3  77FD        1672           STA    T2+78H
05D4  0000        1673           NOP
05D5  0000        1674           NOP
05D6  0000        1675           NOP
05D7  0000        1676           NOP
05D8  0000        1677           NOP
05D9  0000        1678           NOP
05DA  0000        1679           NOP
05DB  A5D2        1680           BANZ   HSEC2
```

```
LC5800 SERIES CROSS ASS   LER - REV. 1.0                                    31

     CPR                                                   PAGE 0031
LOC  OBJ   ER  SEQ    LABEL   OP      OPERAND/COMMENT

05DC 7884      1681           LDS     T1,1             ;TEST FOR MAIN LOOP DONE
05DD 4603      1682           SUB     TEMP
05DE 7783      1683           STA     TEMP
05DF A5D1      1684           BANZ    HSEC1
05E0 D000      1685           RTS
               1686   ;
               1687   ;
               1688   ;OUTPUTS INFO TO DISPLAY
               1689   ;
05E1 2810      1690   DSPL:   WRC     10H,PWR
05E2 2891      1691           WRC     11H,AGE
05E3 2992      1692           WRC     13H,CDN
05E4 2A13      1693           WRC     14H,PWZ
05E5 2A94      1694           WRC     15H,BAT
05E6 D000      1695           RTS
               1696   ;
               1697   ;
               1698   ;TURN ON ALL KEYBOARD LINES(EXCEPT ON KEY)
               1699   ;
05E7 7F03      1700   AKON:   LDS     TEMP,0EH
05E8 7F84      1701           LDS     T1,0FH
05E9 3103      1702           WRP     2,TEMP
05EA 7B83      1703           LDS     TEMP,7
05EB 5A00      1704           CLA
05EC 3183      1705           WRP     3,TEMP
05ED D000      1706           RTS                      LDS WKIP,0   ; clear WKIP Because
               1707   ;                                                we have press the
               1708   ;                                                   wrong key
               1709   ;ROUTINE TO SERVICE A WRONG KEY ENTRY
               1710   ;
05EE 68AB      1711   YPWK:   LDA     WKIP
05EF A60C      1712           BANZ    YPWK7
05F0 6880      1713           LDA     PNUML            ;SAVE PNUML,PNUMH
05F1 77A8      1714           STA     PNLT
05F2 6881      1715           LDA     PNUMH
05F3 77A9      1716           STA     PNHT
05F4 7900      1717   YPWK6:  LDS     PNUML,2          ;PHRASE 2
05F5 7801      1718           LDS     PNUMH,0
05F6 CD87      1719           CALL    SPK
05F7 68A8      1720           LDA     PNLT             ;RESTORE PNUML,PNUMH
05F8 7780      1721           STA     PNUML
05F9 68A9      1722           LDA     PNHT
05FA 7781      1723           STA     PNUMH
05FB 68AA      1724           LDA     SPIPT
05FC A600      1725           BANZ    YPWK9
05FD 68A0      1726           LDA     DLIPT
05FE A607      1727           BANZ    YPWK8
05FF C60B      1728           JMP     YPWK1
0600 7FAB      1729   YPWK9:  LDS     WKIP,0FH         ;SET WKIP
0601 CDE7      1730           CALL    AKON      ON
0602 E020      1731           SSW     20H              ;ENABLE INTO
0603 FB08      1732           SIC     108H
0604 CD87      1733           CALL    SPK
0605 782B      1734           LDS     WKIP,0
0606 FB00      1735           SIC     100H      OFF
0607 D800      1736   YPWK8:  POP
```

LC5900 SERIES CROSS ASSEMBLER - REV. 1.0

32

```
        CPR                                              PAGE 0032
 LOC    OBJ   ER    SEQ    LABEL    OP     OPERAND/COMMENT

 0608   68A1        1737            LDA    DLIP2T
 0609   B50B        1738            BAZ    YPWK1
 060A   D800        1739            POP
 060B   C7F9        1740   YPWK1:   JMP    INTOA
 060C   D800        1741   YPWK7:   POP
 060D   D800        1742            POP
 060E   C5F4        1743            JMP    YPWK6
                    1744   ;
                    1745   ;
                    1746   ;ROUTINE TO STOP SPEECH
                    1747   ;
 060F   EC04        1748   SSPK:    RCT1
 0610   F600        1749            RCT2
 0611   F200        1750            SCT2
 0612   D000        1751            RTS
                    1752   ;
                    1753   ;
                    1754   ;ROUTINE USED IN TEST
                    1755   ;
 0613   7104        1756   TEST99:  IPK    T1
 0614   9E16        1757            BAB3   TEST98
 0615   C613        1758            JMP    TEST99
 0616   CDE1        1759   TEST98:  CALL   DSPL
 0617   7D00        1760            LDS    PNUML,0AH       ;PHRASE 10
 0618   7801        1761            LDS    PNUMH,0
 0619   CD87        1762            CALL   SPK
 061A   D000        1763            RTS
                    1764   ;
                    1765   ;
                    1766   ;WAITS 30 SEC, REPEATS LAST PHRASE, RETURNS
                    1767   ;
 061B   7F88        1768   TMOUT:   LDS    TIME,15
 061C   CDB7        1769            CALL   WSEC
 061D   7988        1770            LDS    TIME,3
 061E   CDC5        1771            CALL   TSEC
 061F   CD87        1772            CALL   SPK
 0620   CDC5        1773            CALL   TSEC
 0621   7F89        1774            LDS    TIME,15
 0622   CDB7        1775            CALL   WSEC
 0623   D000        1776            RTS
                    1777   ;
                    1778   ;
                    1779   ;
                    1780   ;
                    1781   ;
                    1782   ;INTERRUPT 0 SERVICE ROUTINE
                    1783   ;
 0624   779D        1784   INT0:    STA    IS1             ;SAVE A
 0625   6888        1785            LDA    TIME            ;SAVE TIME
 0626   779E        1786            STA    IS2
 0627   689C        1787            LDA    DLIP            ;SAVE DLIP AND DLIP2 BEFORE USING TSEC
 0628   77A0        1788            STA    DLIPT
 0629   689A        1789            LDA    DLIP2
 062A   77A1        1790            STA    DLIP2T
 062B   6882        1791            LDA    SPIP
 062C   77AA        1792            STA    SPIPT
```

```
         CPR
LOC   OBJ    ER   SEQ    LABEL   OP     OPERAND/COMMENT

062D  7897        1793            LDS    TI1,1        ;TEST FOR ON
062E  5A00        1794            CLA
062F  3117        1795            WRP    2,TI1
0630  7817        1796            LDS    TI1,0
0631  3197        1797            WRP    3,TI1
0632  7117        1798            IPK    TI1
0633  9820        1799            BAB3   ON
0634  7A17        1800            LDS    TI1,4        ;TEST FOR OFF
0635  5A00        1801            CLA
0636  3197        1802            WRP    3,TI1
0637  7817        1803            LDS    TI1,0
0638  3117        1804            WRP    2,TI1
0639  7117        1805            IPK    TI1
063A  98B1        1806            BAB3   OFF
063B  7888        1807            LDS    TIME,1       ;DEBOUNCE
063C  CDC5        1808            CALL   TSEC
063D  7917        1809            LDS    TI1,2        ;TEST FOR PAUSE KEY
063E  5A00        1810            CLA
063F  3197        1811            WRP    3,TI1
0640  7817        1812            LDS    TI1,0
0641  3117        1813            WRP    2,TI1
0642  7117        1814            IPK    TI1
0643  9F9B        1815            BAB3   PPZ          ;PAUSE KEY WAS PRESSED
0644  7817        1816            LDS    TI1,0        ;TEST FOR AND ACT ON ABC12345
0645  3197        1817            WRP    3,TI1
0646  6891        1818            LDA    AGE          ;ARE WE IN INTRO?
0647  A67E        1819            BANZ   LW           ;12345 ONLY ALLOWED
0648  7917        1820    LZ1:    LDS    TI1,2        ;IN INTRO SO ABC ONLY ALLOWED
0649  5A00        1821            CLA
064A  3117        1822            WRP    2,TI1
064B  7117        1823            IPK    TI1
064C  9E4E        1824            BAB3   LZ7
064D  C659        1825            JMP    LZ2          ;CHECK FOR BABY PRESSED
064E  7B91        1826    LZ7:    LDS    AGE,7        ;ADULT PRESSED,DEBOUNCE
064F  CDE1        1827            CALL   DSPL
0650  CE0F        1828            CALL   SSPK         ;STOP SPEECH IN CASE KEY IS HELD DOWN
0651  CDC5        1829            CALL   TSEC
0652  7117        1830    LZ3:    IPK    TI1          ;WAIT FOR RELEASED
0653  9E52        1831            BAB3   LZ3
0654  CDC5        1832            CALL   TSEC
0655  CDE7        1833            CALL   AKON
0656  E020        1834            SSW    20H
0657  FB08        1835            SIC    108H         ;RENABLE INTO
0658  C0CC        1836            JMP    ADULT
0659  7A17        1837    LZ2:    LDS    TI1,4
065A  5A00        1838            CLA
065B  3117        1839            WRP    2,TI1
065C  7117        1840            IPK    TI1
065D  9E5F        1841            BAB3   LZ8
065E  C66A        1842            JMP    LZ4          ;CHECK CHILD KEY
065F  7891        1843    LZ8:    LDS    AGE,1        ;BABY PRESSED,DEBOUNCE
0660  CDE1        1844            CALL   DSPL
0661  CE0F        1845            CALL   SSPK         ;STOP SPEECH IN CASE KEY IS HELD DOWN
0662  CDC5        1846            CALL   TSEC
0663  7117        1847    LZ5:    IPK    TI1
0664  9E63        1848            BAB3   LZ5          ;WAIT FOR RELEASED
```