```
       CPR                                              PAGE 0034
 LOC   OBJ   ER   SEQ   LABEL   OP     OPERAND/COMMENT              34

 0665  CDC5       1849          CALL   TSEC        ;DEBOUNCE
 0666  CDE7       1850          CALL   AKON
 0667  E020       1851          SSW    20H
 0668  FB08       1852          SIC    108H        ;RENABLE INTO
 0669  C0F4       1853          JMP    BABY
 066A  7C17       1854  LZ4:    LDS    TI1,8       ;TEST FOR CHILD PRESSED
 066B  5A00       1855          CLA
 066C  3117       1856          WRP    2,TI1
 066D  7117       1857          IPK    TI1
 066E  9E73       1858          BAB3   LZ9
 066F  CDE7       1859          CALL   AKON        ;ABC NOT PRESSED,ANYTHING PRESSED?
 0670  7117       1860          IPK    TI1
 0671  9DEE       1861          BAB3   YPWK        ;YOU PRESSED WRONG KEY
 0672  C7F9       1862          JMP    INTOA       ;CANT FIND ANY KEY SO RETURN
 0673  7991       1863  LZ9:    LDS    AGE,3       ;CHILD PRESSED,DEBOUNCE
 0674  CDE1       1864          CALL   DSPL
 0675  CE0F       1865          CALL   SSPK        ;STOP SPEECH IN CASE KEY IS HELD DOW
 0676  CDC5       1866          CALL   TSEC
 0677  7117       1867  LZ6:    IPK    TI1         ;WAIT FOR RELEASE
 0678  9E77       1868          BAB3   LZ6
 0679  CDC5       1869          CALL   TSEC
 067A  CDE7       1870          CALL   AKON
 067B  E020       1871          SSW    20H
 067C  FB08       1872          SIC    108H        ;RENABLE INTO
 067D  C11F       1873          JMP    CHILD
                    1874   ;
 067E  7888       1875  LW:     LDS    TIME,1      ;LEVEL ONE 12345 ONLY ALLOWED
 067F  5211       1876          MRW    TI1,AGE     ;TEST FOR ADULT
 0680  567C       1877          SUBI   TI1+8,7
 0681  B73E       1878          BAZ    LWA         ;ADULT
 0682  561C       1879          SUBI   TI1+8,1
 0683  B6E1       1880          BAZ    LWB         ;BABY
                    1881   ;
 0684  7817       1882  LWC:    LDS    TI1,0       ;TEST FOR 1
 0685  7898       1883          LDS    TI2,1
 0686  3117       1884          WRP    2,TI1
 0687  7817       1885          LDS    TI1,0
 0688  3197       1886          WRP    3,TI1
 0689  7117       1887          IPK    TI1
 068A  9E8C       1888          BAB3   LWC1
 068B  C697       1889          JMP    LWC2        ;CHECK 2
 068C  7B92       1890  LWC1:   LDS    CDN,7       ;1 PRESSED
 068D  CDE1       1891          CALL   DSPL
 068E  CE0F       1892          CALL   SSPK        ;STOP SPEECH IN CASE KEY IS HELD DOW
 068F  CDC5       1893          CALL   TSEC
 0690  7117       1894  LWC3:   IPK    TI1         ;WAIT FOR RELEASED
 0691  9E90       1895          BAB3   LWC3
 0692  CDC5       1896          CALL   TSEC
 0693  CDE7       1897          CALL   AKON
 0694  E020       1898          SSW    20H
 0695  FB08       1899          SIC    108H        ;RENABLE INTO
 0696  C413       1900          JMP    CIC
                    1901   ;
 0697  7817       1902  LWC2:   LDS    TI1,0       ;TEST FOR 2
 0698  7918       1903          LDS    TI2,2
 0699  3117       1904          WRP    2,TI1
```

| LOC | CPR OBJ | FR | SEQ | LABEL | OP | OPERAND/COMMENT | |
|---|---|---|---|---|---|---|---|
| 069A | 7117 | | 1905 | | IPK | TI1 | |
| 069B | 9E9D | | 1906 | | BAB3 | LWC4 | |
| 069C | C6A8 | | 1907 | | JMP | LWC5 | ;CHECK3 |
| 069D | 7892 | | 1908 | LWC4: | LDS | CDN,1 | ;2 PRESSED |
| 069E | CDE1 | | 1909 | | CALL | DSPL | |
| 069F | CE0F | | 1910 | | CALL | SSPK | ;STOP SPEECH IN CASE KEY IS HELD DOWN |
| 06A0 | CDC5 | | 1911 | | CALL | TSEC | |
| 06A1 | 7117 | | 1912 | LWC6: | IPK | TI1 | |
| 06A2 | 9EA1 | | 1913 | | BAB3 | LWC6 | |
| 06A3 | CDC5 | | 1914 | | CALL | TSEC | |
| 06A4 | CDE7 | | 1915 | | CALL | AKON | |
| 06A5 | E020 | | 1916 | | SSW | 20H | |
| 06A6 | FB08 | | 1917 | | SIC | 108H | |
| 06A7 | C454 | | 1918 | | JMP | C2C | |
| 06A8 | 7817 | | 1919 | LWC5: | LDS | TI1,0 | ;TEST FOR 3 |
| 06A9 | 7A18 | | 1920 | | LDS | TI2,4 | |
| 06AA | 3117 | | 1921 | | WRP | 2,TI1 | |
| 06AB | 7117 | | 1922 | | IPK | TI1 | |
| 06AC | 9EAE | | 1923 | | BAB3 | LWC7 | |
| 06AD | C6B9 | | 1924 | | JMP | LWC8 | ;CHECK 4 |
| 06AE | 7992 | | 1925 | LWC7: | LDS | CDN,3 | ;3 PRESSED |
| 06AF | CDE1 | | 1926 | | CALL | DSPL | |
| 06B0 | CE0F | | 1927 | | CALL | SSPK | ;STOP SPEECH IN CASE KEY IS HELD DOWN |
| 06B1 | CDC5 | | 1928 | | CALL | TSEC | |
| 06B2 | 7117 | | 1929 | LWC9: | IPK | TI1 | |
| 06B3 | 9EB2 | | 1930 | | BAB3 | LWC9 | |
| 06B4 | CDC5 | | 1931 | | CALL | TSEC | |
| 06B5 | CDE7 | | 1932 | | CALL | AKON | |
| 06B6 | E020 | | 1933 | | SSW | 20H | |
| 06B7 | FB08 | | 1934 | | SIC | 108H | |
| 06B8 | C4B4 | | 1935 | | JMP | CMM | |
| 06B9 | 7817 | | 1936 | LWC8: | LDS | TI1,0 | ;TEST FOR 4 |
| 06BA | 7C18 | | 1937 | | LDS | TI2,8 | |
| 06BB | 3117 | | 1938 | | WRP | 2,TI1 | |
| 06BC | 7117 | | 1939 | | IPK | TI1 | |
| 06BD | 9EBF | | 1940 | | BAB3 | LWC10 | |
| 06BE | C6CA | | 1941 | | JMP | LWC11 | ;CHECK 5 |
| 06BF | 7912 | | 1942 | LWC10: | LDS | CDN,2 | ;4 PRESSED |
| 06C0 | CDE1 | | 1943 | | CALL | DSPL | |
| 06C1 | CE0F | | 1944 | | CALL | SSPK | ;STOP SPEECH IN CASE KEY IS HELD DOWN |
| 06C2 | CDC5 | | 1945 | | CALL | TSEC | |
| 06C3 | 7117 | | 1946 | LWC12: | IPK | TI1 | |
| 06C4 | 9EC3 | | 1947 | | BAB3 | LWC12 | |
| 06C5 | CDC5 | | 1948 | | CALL | TSEC | |
| 06C6 | CDE7 | | 1949 | | CALL | AKON | |
| 06C7 | E020 | | 1950 | | SSW | 20H | |
| 06C8 | FB08 | | 1951 | | SIC | 108H | |
| 06C9 | C4E0 | | 1952 | | JMP | CCC | |
| 06CA | 7897 | | 1953 | LWC11: | LDS | TI1,1 | ;TEST FOR 5 |
| 06CB | 5A00 | | 1954 | | CLA | | |
| 06CC | 3197 | | 1955 | | WRP | 3,TI1 | |
| 06CD | 7817 | | 1956 | | LDS | TI1,0 | |
| 06CE | 3117 | | 1957 | | WRP | 2,TI1 | |
| 06CF | 7117 | | 1958 | | IPK | TI1 | |
| 06D0 | 9ED2 | | 1959 | | BAB3 | LWC13 | |
| 06D1 | C6DD | | 1960 | | JMP | LWC14 | |

```
            CPR                                          PAGE 0036
 LOC   OBJ  ER  SEQ    LABEL   OP      OPERAND/COMMENT                                36

 06D2  7B12     1961   LWC13:  LDS     CDN,6           ;5 PRESSED
 06D3  CDE1     1962           CALL    DSPL
 06D4  CEOF     1963           CALL    SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 06D5  CDC5     1964           CALL    TSEC
 06D6  7117     1965   LWC15:  IPK     TI1
 06D7  9ED6     1966           BAB3    LWC15
 06D8  CDC5     1967           CALL    TSEC
 06D9  CDE7     1968           CALL    AKON
 06DA  E020     1969           SSW     20H
 06DB  FB08     1970           SIC     108H
 06DC  C515     1971           JMP     CCU
 06DD  CDE7     1972   LWC14:  CALL    AKON            ;ANYTHING PRESSED?
 06DE  7117     1973           IPK     TI1
 06DF  9DEE     1974           BAB3    YPWK            ;YOU PRESSED WRONG KEY
 06E0  C7F9     1975           JMP     INTOA           ;CANT FIND ANY KEY SO RETURN
                1976           ;
 06E1  7817     1977   LWB:    LDS     TI1,0           ;TEST FOR 1
 06E2  7898     1978           LDS     TI2,1
 06E3  3117     1979           WRP     2,TI1
 06E4  7817     1980           LDS     TI1,0
 06E5  3197     1981           WRP     3,TI1
 06E6  7117     1982           IPK     TI1
 06E7  9EE9     1983           BAB3    LWB1
 06E8  C6F4     1984           JMP     LWB2            ;CHECK 2
 06E9  7B92     1985   LWB1:   LDS     CDN,7           ;1 PRESSED
 06EA  CDE1     1986           CALL    DSPL
 06EB  CEOF     1987           CALL    SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 06EC  CDC5     1988           CALL    TSEC
 06ED  7117     1989   LWB3:   IPK     TI1             ;WAIT FOR RELEASED
 06EE  9EED     1990           BAB3    LWB3
 06EF  CDC5     1991           CALL    TSEC
 06F0  CDE7     1992           CALL    AKON
 06F1  E020     1993           SSW     20H
 06F2  FB08     1994           SIC     108H            ;RENABLE INTO
 06F3  C2A6     1995           JMP     B1C
                1996           ;
 06F4  7817     1997   LWB2:   LDS     TI1,0           ;TEST FOR 2
 06F5  7918     1998           LDS     TI2,2
 06F6  3117     1999           WRP     2,TI1
 06F7  7117     2000           IPK     TI1
 06F8  9EFA     2001           BAB3    LWB4
 06F9  C705     2002           JMP     LWB5            ;CHECK3
 06FA  7892     2003   LWB4:   LDS     CDN,1           ;2 PRESSED
 06FB  CDE1     2004           CALL    DSPL
 06FC  CEOF     2005           CALL    SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 06FD  CDC5     2006           CALL    TSEC
 06FE  7117     2007   LWB6:   IPK     TI1
 06FF  9EFE     2008           BAB3    LWB6
 0700  CDC5     2009           CALL    TSEC
 0701  CDE7     2010           CALL    AKON
 0702  E020     2011           SSW     20H
 0703  FB08     2012           SIC     108H
 0704  C2E9     2013           JMP     B2C
 0705  7817     2014   LWB5:   LDS     TI1,0           ;TEST FOR 3
 0706  7A18     2015           LDS     TI2,4
 0707  3117     2016           WRP     2,TI1
```

```
                                                                  PAGE 0037
      CPR
 LOC  OBJ   ER  SEQ    LABEL   OP     OPERAND/COMMENT

 0708 7117      2017           IPK    TI1
 0709 9F0B      2018           BAB3   LWB7
 070A C716      2019           JMP    LWB8            ;CHECK 4
 070B 7992      2020   LWB7:   LDS    CDN,3           ;3 PRESSED
 070C CDE1      2021           CALL   DSPL
 070D CE0F      2022           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 070E CDC5      2023           CALL   TSEC
 070F 7117      2024   LWB9:   IPK    TI1
 0710 9F0F      2025           BAB3   LWB9
 0711 CDC5      2026           CALL   TSEC
 0712 CDE7      2027           CALL   AKON
 0713 E020      2028           SSW    20H
 0714 FB08      2029           SIC    108H
 0715 C34C      2030           JMP    BMM
 0716 7817      2031   LWB8:   LDS    TI1,0           ;TEST FOR 4
 0717 7C18      2032           LDS    TI2,8
 0718 3117      2033           WRP    2,TI1
 0719 7117      2034           IPK    TI1
 071A 9F1C      2035           BAB3   LWB10
 071B C727      2036           JMP    LWB11           ;CHECK 5
 071C 7912      2037   LWB10:  LDS    CDN,2           ;4 PRESSED
 071D CDE1      2038           CALL   DSPL
 071E CE0F      2039           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 071F CDC5      2040           CALL   TSEC
 0720 7117      2041   LWB12:  IPK    TI1
 0721 9F20      2042           BAB3   LWB12
 0722 CDC5      2043           CALL   TSEC
 0723 CDE7      2044           CALL   AKON
 0724 E020      2045           SSW    20H
 0725 FB08      2046           SIC    108H
 0726 C378      2047           JMP    BCC
 0727 7897      2048   LWB11:  LDS    TI1,1           ;TEST FOR 5
 0728 5A00      2049           CLA
 0729 3197      2050           WRP    3,TI1
 072A 7817      2051           LDS    TI1,0
 072B 3117      2052           WRP    2,TI1
 072C 7117      2053           IPK    TI1
 072D 9F2F      2054           BAB3   LWB13
 072E C73A      2055           JMP    LWB14
 072F 7B12      2056   LWB13:  LDS    CDN,6           ;5 PRESSED
 0730 CDE1      2057           CALL   DSPL
 0731 CE0F      2058           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
 0732 CDC5      2059           CALL   TSEC
 0733 7117      2060   LWB15:  IPK    TI1
 0734 9F33      2061           BAB3   LWB15
 0735 CDC5      2062           CALL   TSEC
 0736 CDE7      2063           CALL   AKON
 0737 E020      2064           SSW    20H
 0738 FB08      2065           SIC    108H
 0739 C3AC      2066           JMP    BCU
 073A CDE7      2067   LWB14:  CALL   AKON            ;ANYTHING PRESSED?
 073B 7117      2068           IPK    TI1
 073C 9DEE      2069           BAB3   YPWK            ;YOU PRESSED WRONG KEY
 073D C7F9      2070           JMP    INTOA           ;CANT FIND ANY KEY SO RETURN
              2071           ;
 073E 7817      2072   LWA:    LDS    TI1,0           ;TEST FOR 1
```

```
    LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

    CPR                                              PAGE 0038              36
LOC  OBJ  ER  SEQ    LABEL   OP      OPERAND/COMMENT

073F 7898     2073           LDS    TI2,1
0740 3117     2074           WRP    2,TI1
0741 7817     2075           LDS    TI1,0
0742 3197     2076           WRP    3,TI1
0743 7117     2077           IPK    TI1
0744 9F46     2078           BAB3   LWA1
0745 C751     2079           JMP    LWA2            ;CHECK 2
0746 7B92     2080   LWA1:   LDS    CDN,7           ;1 PRESSED
0747 CDE1     2081           CALL   DSPL
0748 CE0F     2082           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
0749 CDC5     2083           CALL   TSEC
074A 7117     2084   LWA3:   IPK    TI1             ;WAIT FOR RELEASED
074B 9F4A     2085           BAB3   LWA3
074C CDC5     2086           CALL   TSEC
074D CDE7     2087           CALL   AKON
074E E020     2088           SSW    20H
074F FB08     2089           SIC    108H            ;RENABLE INTO
0750 C149     2090           JMP    AC1
              2091   ;
0751 7817     2092   LWA2:   LDS    TI1,0           ;TEST FOR 2
0752 7918     2093           LDS    TI2,2
0753 3117     2094           WRP    2,TI1
0754 7117     2095           IPK    TI1
0755 9F57     2096           BAB3   LWA4
0756 C762     2097           JMP    LWA5            ;CHECK3
0757 7892     2098   LWA4:   LDS    CDN,1           ;2 PRESSED
0758 CDE1     2099           CALL   DSPL
0759 CE0F     2100           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
075A CDC5     2101           CALL   TSEC
075B 7117     2102   LWA6:   IPK    TI1
075C 9F5B     2103           BAB3   LWA6
075D CDC5     2104           CALL   TSEC
075E CDE7     2105           CALL   AKON
075F E020     2106           SSW    20H
0760 FB08     2107           SIC    108H
0761 C189     2108           JMP    A2C
0762 7817     2109   LWA5:   LDS    TI1,0           ;TEST FOR 3
0763 7A18     2110           LDS    TI2,4
0764 3117     2111           WRP    2,TI1
0765 7117     2112           IPK    TI1
0766 9F68     2113           BAB3   LWA7
0767 C773     2114           JMP    LWA8            ;CHECK 4
0768 7992     2115   LWA7:   LDS    CDN,3           ;3 PRESSED
0769 CDE1     2116           CALL   DSPL
076A CE0F     2117           CALL   SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
076B CDC5     2118           CALL   TSEC
076C 7117     2119   LWA9:   IPK    TI1
076D 9F6C     2120           BAB3   LWA9
076E CDC5     2121           CALL   TSEC
076F CDE7     2122           CALL   AKON
0770 E020     2123           SSW    20H
0771 FB08     2124           SIC    108H
0772 C1E5     2125           JMP    A3M
0773 7817     2126   LWA8:   LDS    TI1,0           ;TEST FOR 4
0774 7C18     2127           LDS    TI2,8
0775 3117     2128           WRP    2,TI1
```

```
        CPR
LOC    OBJ    ER    SEQ     LABEL    OP      OPERAND/COMMENT

0776   7117         2129             IPK     TI1
0777   9F79         2130             BAB3    LWA10
0778   C784         2131             JMP     LWA11           ;CHECK 5
0779   7912         2132    LWA10:   LDS     CDN,2           ;4 PRESSED
077A   CDE1         2133             CALL    DSPL
077B   CE0F         2134             CALL    SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
077C   CDC5         2135             CALL    TSEC
077D   7117         2136    LWA12:   IPK     TI1
077E   9F7D         2137             BAB3    LWA12
077F   CDC5         2138             CALL    TSEC
0780   CDE7         2139             CALL    AKON
0781   E020         2140             SSW     20H
0782   FB08         2141             SIC     108H
0783   C20B         2142             JMP     ACC
0784   7897         2143    LWA11:   LDS     TI1,1           ;TEST FOR 5
0785   5A00         2144             CLA
0786   3197         2145             WRP     3,TI1
0787   7817         2146             LDS     TI1,0
0788   3117         2147             WRP     2,TI1
0789   7117         2148             IPK     TI1
078A   9F8C         2149             BAB3    LWA13
078B   C797         2150             JMP     LWA14
078C   7B12         2151    LWA13:   LDS     CDN,6           ;5 PRESSED
078D   CDE1         2152             CALL    DSPL
078E   CE0F         2153             CALL    SSPK            ;STOP SPEECH IN CASE KEY IS HELD DOWN
078F   CDC5         2154             CALL    TSEC
0790   7117         2155    LWA15:   IPK     TI1
0791   9F90         2156             BAB3    LWA15
0792   CDC5         2157             CALL    TSEC
0793   CDE7         2158             CALL    AKON
0794   E020         2159             SSW     20H
0795   FB08         2160             SIC     108H
0796   C23C         2161             JMP     ACU
0797   CDE7         2162    LWA14:   CALL    AKON            ;ANYTHING PRESSED?
0798   7117         2163             IPK     TI1
0799   9DEE         2164             BAB3    YFWK            ;YOU PRESSED WRONG KEY
079A   C7F9         2165             JMP     INTOA           ;CANT FIND ANY KEY SO RETURN
                    2166             ;
079B   7B93         2167    PPZ:     LDS     PWZ,7           ;TURN ON PAUSE DISPLAY
079C   CDE1         2168             CALL    DSPL
079D   689B         2169             LDA     PRIF            ;IF PRIF SET,THEN WE CAME FROM INSIDE
TO ROUTINE, NEED TO POP
079E   87F3         2170             BAB0    PPZ6
079F   6882         2171             LDA     SPIP            ;IF WE WERE IN THE SPEECH OR DELAY R
NE,DONT RETURN THERE
07A0   A7A4         2172             BANZ    PPZ8            ;SPEECH IN PROGRESS
07A1   68A0         2173             LDA     DLIPT           ;TEST FOR DELAY IN PROGRESS
07A2   A7A7         2174             BANZ    PPZ9            ;IN DELAY ROUTINE
07A3   C7AB         2175             JMP     PPZ1            ;NOT IN DELAY OR SPK
07A4   EC04         2176    PPZ8:    RCT1
07A5   F600         2177             RCT2
07A6   F200         2178             SCT2
07A7   D800         2179    PPZ9:    POP
07A8   68A1         2180             LDA     DLIP2T
07A9   B7AB         2181             BAZ     PPZ1
07AA   D800         2182             POP
07AB   EC04         2183    PPZ1:    RCT1                    ;PHRASE 40
07AC   7C19         2184             LDS     TI3,8
```

```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

         CPR                                              PAGE 0040          4p
  LOC    OBJ    ER    SEQ    LABEL    OP    OPERAND/COMMENT


  07AD   7918         2185            LDS   TI2,2
  07AE   3919         2186            WRP   12H,TI3
  07AF   E804         2187            SCT1
  07B0   EC04         2188            RCT1
  07B1   7888         2189            LDS   TIME,1
  07B2   CDC5         2190            CALL  TSEC
  07B3   7118         2191   PPZ2:    IPK   TI2          ;WAIT FOR PAUSE KEY RELEASED
  07B4   9FB3         2192            BAB3  PPZ2
  07B5   CDC5         2193            CALL  TSEC         ;DEBOUNCE
  07B6   7BA7         2194            LDS   LI5,7        ;AFTER 7 TIMEOUTS, GOTO OFF
  07B7   7926         2195            LDS   LI4,2        ;15 SEC FIRST TIME THRU
  07B8   7FA3         2196   PPZ35:   LDS   LI1,15
  07B9   7FA4         2197            LDS   LI2,15
  07BA   7AA5         2198            LDS   LI3,5
  07BB   7918         2199   PPZ3:    LDS   TI2,2        ;TEST FOR UNPAUSE
  07BC   5A00         2200            CLA
  07BD   3198         2201            WRP   3,TI2
  07BE   7118         2202            IPK   TI2
  07BF   9FE1         2203            BAB3  PPZ4         ;UNPAUSED
  07C0   7A18         2204            LDS   TI2,4        ;TEST FOR OFF
  07C1   5A00         2205            CLA
  07C2   3198         2206            WRP   3,TI2
  07C3   7118         2207            IPK   TI2
  07C4   98B1         2208            BAB3  OFF          ;OFF
  07C5   7899         2209            LDS   TI3,1        ;DEC AND TEST TIMOUT COUNTERS
  07C6   4623         2210            SUB   LI1
  07C7   77A3         2211            STA   LI1
  07C8   A7BB         2212            BANZ  PPZ3
  07C9   7899         2213            LDS   TI3,1
  07CA   4624         2214            SUB   LI2
  07CB   77A4         2215            STA   LI2
  07CC   A7BB         2216            BANZ  PPZ3
  07CD   7899         2217            LDS   TI3,1
  07CE   4625         2218            SUB   LI3
  07CF   77A5         2219            STA   LI3
  07D0   A7BB         2220            BANZ  PPZ3
  07D1   7899         2221            LDS   TI3,1
  07D2   4626         2222            SUB   LI4
  07D3   77A6         2223            STA   LI4
  07D4   A7BB         2224            BANZ  PPZ3
  07D5   EC04         2225            RCT1               ;TIME OUT
  07D6   7C19         2226            LDS   TI3,8
  07D7   7918         2227            LDS   TI2,2
  07D8   3919         2228            WRP   12H,TI3
  07D9   E804         2229            SCT1
  07DA   EC04         2230            RCT1
  07DB   7899         2231            LDS   TI3,1
  07DC   4627         2232            SUB   LI5
  07DD   77A7         2233            STA   LI5
  07DE   B0B1         2234            BAZ   OFF          ;7 TIMEOUTS
  07DF   7A26         2235            LDS   LI4,4
  07E0   C7B8         2236            JMP   PPZ35
  07E1   CDC5         2237   PPZ4:    CALL  TSEC         ;DEBOUNCE
  07E2   7118         2238   PPZ5:    IPK   TI2          ;WAIT FOR RELEASED
  07E3   9FE2         2239            BAB3  PPZ5
```

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

```
                CPR                                    PAGE 0041
 LOC    OBJ     ER   SEQ    LABEL    OP     OPERAND/COMMENT

 07E5   7F9B         2241            LDS    PRIF,OFH     ;SET PRIF
 07E6   7813         2242            LDS    PWZ,0        ;TURN OFF PAUSE DISPLAY
 07E7   CDE1         2243            CALL   DSPL
 07E8   CDE7         2244            CALL   AKON         ;RENABLE ENTIRE KEYBOARD(NOT ON)
 07E9   E020         2245            SSW    20H
 07EA   FB08         2246            SIC    108H         ;RENABLE INTERRUPT 0
 07EB   6882         2247            LDA    SPIP
 07EC   B7EE         2248            BAZ    PPZ7
 07ED   CD87         2249            CALL   SPK          ;SAY LAST PHRASE AGAIN
 07EE   781B         2250    PPZ7:   LDS    PRIF,0       ;CLEAR PRIF
 07EF   689E         2251            LDA    IS2          ;RESTORE TIME
 07F0   7788         2252            STA    TIME
 07F1   689D         2253            LDA    IS1          ;RESTORE A
 07F2   D000         2254            RTS
                     2255     ;
 07F3   D800         2256    PPZ6:   POP
 07F4   D800         2257            POP
 07F5   EC04         2258            RCT1                ;STOP SPEECH
 07F6   F600         2259            RCT2
 07F7   F200         2260            SCT2
 07F8   C7AB         2261            JMP    PPZ1
                     2262     ;
                     2263     ;
 07F9   CDE7         2264    INT0A:  CALL   AKON
 07FA   E020         2265            SSW    20H
 07FB   FB08         2266            SIC    108H
 07FC   689E         2267            LDA    IS2          ;RESTORE TIME
 07FD   7788         2268            STA    TIME
 07FE   689D         2269            LDA    IS1          ;RESTORE A
 07FF   D000         2270            RTS
                     2271     ;
                     2272            END
  END OF ASSEMBLY 0000 ERROR(S)
```

```
LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

     CPR                                                              PAGE 0042
 LABEL   ADDR     LABEL   ADDR     LABEL   ADDR     LABEL   ADDR     LABEL   ADDR

 A2C     0189     A2C1    019D     A2C2    019F     A2C3    01A4     A2C4    01B6
 AC1     0149     AC11    015F     AC12    0155     AC13    0154     ACC     020B
 ACC1    0223     ACC2    0225     ACU     023C     ACU1    026A     ACU2    026B
 ADULT   00CC     AGE     0011     AKON    05E7     AMM     01E5     AMM1    01ED
 AMM2    01F4     B1C     02A6     B1C1    02B7     B1C2    02B9     B1C3    02BE
 B1C4    02D0     B2C     02E9     B2C1    0302     B2C2    0304     B2C3    0309
 B2C4    031B     BABY    00F4     BAT     0014     BCC     0378     BCC1    0393
 BCC2    0395     BCU     03AC     BCU1    03DA     BCU2    03DB     BMM     034C
 BMM1    0353     BMM2    035C     BMM3    0367     C1C     0413     C1C1    0420
 C1C2    0426     C1C3    042B     C1C4    043D     C2C     0454     C2C1    046A
 C2C2    046C     C2C3    0471     C2C4    0483     CCC     04E0     CCC1    04FC
 CCC2    04FE     CCU     0515     CCU1    0549     CCU2    054A     CDN     0012
 CHILD   011F     CMM     04B4     CMM1    04BC     CMM2    04C5     CMM3    04D0
 D2      05AC     DELAY   05A9     DLIP    001C     DLIP2   001A     DLIP2T  0021
 DLIPT   0020     DSPL    05E1     HSEC    05CF     HSEC1   05D1     HSEC2   05D2
 HTIME   0022     INTO    0624     INTOA   07F9     IS1     001D     IS2     001E
 L1      0015     L2      0016     L3      001F     LI1     0023     LI2     0024
 LI3     0025     LI4     0026     LI5     0027     LW      067E     LWA     073E
 LWA1    0746     LWA10   0779     LWA11   0784     LWA12   077D     LWA13   078C
 LWA14   0797     LWA15   0790     LWA2    0751     LWA3    074A     LWA4    0757
 LWA5    0762     LWA6    075B     LWA7    0768     LWA8    0773     LWA9    076C
 LWB     06E1     LWB1    06E9     LWB10   071C     LWB11   0727     LWB12   0720
 LWB13   072F     LWB14   073A     LWB15   0733     LWB2    06F4     LWB3    06ED
 LWB4    06FA     LWB5    0705     LWB6    06FE     LWB7    070B     LWB8    0716
 LWB9    070F     LWC     0684     LWC1    068C     LWC10   06BF     LWC11   06CA
 LWC12   05C3     LWC13   06D2     LWC14   06DD     LWC15   06D6     LWC2    0697
 LWC3    0690     LWC4    069D     LWC5    06A8     LWC6    06A1     LWC7    06AE
 LWC8    06B9     LWC9    06B2     LZ1     0648     LZ2     0659     LZ3     0652
 LZ4     066A     LZ5     0663     LZ6     0677     LZ7     064E     LZ8     065F
 LZ9     0673     OFF     00B1     OFF1    00C0     OFF2    00CB     ON      0020
 ON1     0022     PNHT    0029     PNLT    0028     PNUMH   0001     PNUML   0000
 PPZ     079B     PPZ1    07AB     PPZ2    07B3     PPZ3    07BB     PPZ35   07B8
 PPZ4    07E1     PPZ5    07E2     PPZ6    07F3     PPZ7    07EE     PPZ8    07A4
 PPZ9    07A7     PRIF    001B     PWR     0010     PWZ     0013     RESET   0025
 RSET1   003A     RSET2   003D     RSET3   0026     SPIP    0002     SPIPT   002A
 SPK     0587     SPK1    058D     SPK2    058F     SPK3    0598     SPKD    05A1
 SSPK    060F     START   0046     T1      0004     T2      0005     T3      0006
 TEMP    0003     TEMP2   0007     TEST    004D     TEST98  0616     TEST99  0613
 TI1     0017     TI2     0018     TI3     0019     TIME    0008     TLK     059A
 TMOUT   061B     TSEC    05C5     TSEC1   05C8     WKIP    002B     WSEC    05B7
 WSEC1   05BA     WSEC2   05BB     YPWK    05EE     YPWK1   060B     YPWK6   05F4
 YPWK7   060C     YPWK8   0607     YPWK9   0600
```

42

LC5800 SERIES CROSS ASSEMBLER - REV. 1.0

PAGE 0042

47

CPR

| LABEL | ADDR | LABEL | ADDR | LABEL | ADDR | LABEL | ADDR | LABEL | ADDR |
|---|---|---|---|---|---|---|---|---|---|
| A2C | 0189 | A2C1 | 019D | A2C2 | 019F | A2C3 | 01A4 | A2C4 | 01B6 |
| AC1 | 0149 | AC11 | 015F | AC12 | 0155 | AC13 | 0154 | ACC | 020B |
| ACC1 | 0223 | ACC2 | 0225 | ACU | 023C | ACU1 | 026A | ACU2 | 026B |
| ADULT | 00CC | AGE | 0011 | AKON | 05E7 | AMM | 01E5 | AMM1 | 01ED |
| AMM2 | 01F4 | B1C | 02A6 | B1C1 | 02B7 | B1C2 | 02B9 | B1C3 | 02BE |
| B1C4 | 02D0 | B2C | 02E9 | B2C1 | 0302 | B2C2 | 0304 | B2C3 | 0309 |
| B2C4 | 031B | BABY | 00F4 | BAT | 0014 | BCC | 0378 | BCC1 | 0393 |
| BCC2 | 0395 | BCU | 03AC | BCU1 | 03DA | BCU2 | 03DB | BMM | 034C |
| BMM1 | 0353 | BMM2 | 035C | BMM3 | 0367 | C1C | 0413 | C1C1 | 0420 |
| C1C2 | 0426 | C1C3 | 042B | C1C4 | 043D | C2C | 0454 | C2C1 | 046A |
| C2C2 | 046C | C2C3 | 0471 | C2C4 | 0483 | CCC | 04E0 | CCC1 | 04FC |
| CCC2 | 04FE | CCU | 0515 | CCU1 | 0549 | CCU2 | 054A | CDN | 0012 |
| CHILD | 011F | CMM | 04B4 | CMM1 | 04BC | CMM2 | 04C5 | CMM3 | 04D0 |
| D2 | 05AC | DELAY | 05A9 | DLIP | 001C | DLIP2 | 001A | DLIP2T | 0021 |
| DLIPT | 0020 | DSPL | 05E1 | HSEC | 05CF | HSEC1 | 05D1 | HSEC2 | 05D2 |
| HTIME | 0022 | INT0 | 0624 | INT0A | 07F9 | IS1 | 001D | IS2 | 001E |
| L1 | 0015 | L2 | 0016 | L3 | 001F | LW | 067E | LWA | 073E |
| LI3 | 0025 | LI4 | 0026 | LI5 | 0027 | | | LWA13 | 078C |
| LWA1 | 0746 | LWA10 | 0779 | LWA11 | 0784 | LWA12 | 077D | LWA13 | 078C |
| LWA14 | 0797 | LWA15 | 0790 | LWA2 | 0751 | LWA3 | 074A | LWA4 | 0757 |
| LWA5 | 0762 | LWA6 | 075B | LWA7 | 0768 | LWA8 | 0773 | LWA9 | 076C |
| LWB | 06E1 | LWB1 | 06E9 | LWB10 | 071C | LWB11 | 0727 | LWB12 | 0720 |
| LWB13 | 072F | LWB14 | 073A | LWB15 | 0733 | LWB2 | 06F4 | LWB3 | 06ED |
| LWB4 | 06FA | LWB5 | 0705 | LWB6 | 06FE | LWB7 | 070B | LWB8 | 0716 |
| LWB9 | 070F | LWC | 0684 | LWC1 | 068C | LWC10 | 06BF | LWC11 | 06CA |
| LWC12 | 05C3 | LWC13 | 06D2 | LWC14 | 06DD | LWC15 | 06D6 | LWC2 | 0697 |
| LWC3 | 0690 | LWC4 | 069D | LWC5 | 06A8 | LWC6 | 06A1 | LWC7 | 06AE |
| LWC8 | 06B9 | LWC9 | 06B2 | LZ1 | 0648 | LZ2 | 0659 | LZ3 | 0652 |
| LZ4 | 066A | LZ5 | 0663 | LZ6 | 0677 | LZ7 | 064E | LZ8 | 065F |
| LZ9 | 0673 | OFF | 0051 | OFF1 | 00C0 | OFF2 | 00CB | ON | 0020 |
| ON1 | 0022 | PNHT | 0029 | PNLT | 0028 | PNUMH | 0001 | PNUML | 0000 |
| PPZ | 079B | PPZ1 | 07AB | PPZ2 | 07B3 | PPZ3 | 07BB | PPZ35 | 07B8 |
| PPZ4 | 07E1 | PPZ5 | 07E2 | PPZ6 | 07F3 | PPZ7 | 07EE | PPZ8 | 07A4 |
| PPZ9 | 07A7 | PRIF | 001B | PWR | 0010 | PWZ | 0013 | RESET | 0025 |
| RSET1 | 003A | RSET2 | 003D | RSET3 | 0026 | SPIP | 0002 | SPIPT | 002A |
| SPK | 0587 | SPK1 | 058D | SPK2 | 058F | SPK3 | 0598 | SPKD | 05A1 |
| SSPK | 060F | START | 0046 | T1 | 0004 | T2 | 0005 | T3 | 0006 |
| TEMP | 0003 | TEMP2 | 0007 | TEST | 004D | TEST98 | 0616 | TEST99 | 0513 |
| TI1 | 0017 | TI2 | 0018 | TI3 | 0019 | TIME | 0008 | TLK | 059A |
| TMOUT | 061B | TSEC | 05C5 | TSEC1 | 05C8 | WKIF | 002B | WSEC | 05B7 |
| WSEC1 | 05BA | WSEC2 | 05BB | YPWK | 05EE | YPWK1 | 060B | YPWK6 | 05F4 |
| YPWK7 | 060C | YPWK8 | 0607 | YPWK9 | 0600 | | | | |

FORM 811-3

PRINTED IN U.S.A.