# EXHIBIT B

**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

April 16, 2003

Mr. Richard A. Parker, President
Zoll Medical
32 Second Ave.
Burlington, MA 01803-4420

Dear Mr. Parker,

    I am impressed with Zoll's *AED Plus* defibrillator that was advertised by Zoll in the April issue of *Occupational Hazards*. For many years I have advocated that, "AEDs should incorporate audio and visual prompts that cover the entire rescue process, including the proper CPR technique," just as you have advertised.

    It appears that Zoll's *AED Plus* carries many of the features found in the Claims of Patent #5,913,685 that was issued to me in 1999 (copy enclosed). Please look over my Patent so that we might discuss the possibilities of Zoll licensing this Patent for use with AED's. I am sure that this could be accomplished at very little cost to Zoll.

    If I do not contest Zoll's use of my invention, other defibrillator manufacturers will assume that they too can use this technology. If Zoll obtains a license, it will eliminate costly litigation and would furnish you with years of patent protection and a competitive edge over others in the field.

    I believe that you and I can work this out with no need for legal intervention. However if you do need a reference, please contact Attorney Chuck Hieken at Fish & Richardson P.C. at 617-542-5070. I would like to visit in Burlington at your convenience and exchange views. Please call me at 413-781-6280 to set up an appointment.

Sincerely,

Donald C. Hutchins