# EXHIBIT E



## HARD DRIVES

### SUBCATEGORIES

2.5" Mobile Hard Drives
External USB/Firewire
Hard Drive Duplication
Hard Drive Enclosures
Internal IDE
Internal SCSI
Network Attached Storage
Serial ATA

### ALL CATEGORIES

Accessories
Barebone Kits
Broadband *NEW!*
Cables
Cases
CD / CD-RW / DVD
Cellular Phones *NEW!*
Communications
Components
Cooling Products
CPUs (Processors)
Desktop PCs
Digital Cameras
Electronics
Flash Memory
Furniture
Gaming Hardware
Hard Drives
Ink & Toner
Keyboard / Mice / Input
Laptops / Notebooks
Media (CD/DVD/Tape)
Memory
Modems
Monitors & LCDs
 *HOT:* 18"/19" LCDs
Motherboards
Motherboard & CPUs
MP3 Audio / Apple iPod
Networking
PDAs / GPS

## FEATURED HARD DRIVES



**Maxtor 160GB HD**
DiamondMax 10 drives feature native command queuing along with the company's exclusive dual-processor technology to deliver unparalleled speeds.
**Just $49.99***   ADD TO CART



**Seagate 250GB HD**
The Barracuda 250GB hard disc drive delivers 7,200 RPM access speed and an Ultra ATA-100 interface for high-performance desktop applications.
**Just $79.97***   ADD TO CART

### TOP SELLERS

1. Western Digital / Caviar SE
2. Western Digital / 250GB / 72
3. Seagate / 250GB / 7200 / 8MI
4. Western Digital / Caviar SE
5. Maxtor / 30GB / 7200 / 2MB /
6. Western Digital / 120GB / 72
7. Western Digital / 80GB / 720
8. Maxtor / DiamondMax 10 / 20
9. Samsung / 80GB / 7200 / 2MI
10. Maxtor / 80GB / 7200 / 8MB /

**Also Available:**
**Overstock - Hard Drives**

Click on any column title belc

## BEST SELLING HARD DRIVES

| BRAND | INTERFACE | CAPACITY(GB) | RPM | BUFFER | AVG SEEK | P |
|---|---|---|---|---|---|---|
| Seagate | Ultra ATA-100 | 20 | 5400 | 2MB | <12 | |
| Western Digital | Ultra ATA-100 | 20 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 30 | 7200 | 2MB | <10 | |
| Maxtor | Ultra ATA-133 | 40 | 7200 | 2MB | <10 | |
| Samsung | Ultra ATA-133 | 40 | 7200 | 2MB | <8.9 | |
| Western Digital | Ultra ATA-100 | 40 | 7200 | 2MB | <9.5 | |
| Seagate | Ultra ATA-100 | 40 | 7200 | 2MB | <9.5 | |
| Western Digital | Ultra ATA-100 | 40 | 7200 | 8MB | 8.9 | |
| Seagate | Ultra ATA-100 | 40 | 7200 | 2MB | <9.5 | |
| Samsung | Ultra ATA-133 | 80 | 7200 | 2MB | <8.9 | |
| Western Digital | Ultra ATA-100 | 80 | 7200 | 2MB | <9.5 | |
| Seagate | Ultra ATA-100 | 80 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 80 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 80 | 7200 | 8MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 80 | 7200 | 8MB | <9.5 | |
| Western Digital | Ultra ATA-100 | 80 | 7200 | 8MB | <9.5 | |
| Seagate | Ultra ATA-100 | 80 | 7200 | 8MB | <9.5 | |
| Samsung | Ultra ATA-133 | 120 | 7200 | 2MB | <8.9 | |
| Western Digital | Ultra ATA-100 | 120 | 7200 | 8MB | <9.5 | |
| Western Digital | Ultra ATA-100 | 120 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 120 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 120 | 7200 | 8MB | <9.5 | |
| Seagate | Ultra ATA-100 | 120 | 7200 | 2MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 120 | 7200 | 8MB | <9.5 | |
| Seagate | Ultra ATA-100 | 120 | 7200 | 8MB | <9.5 | |
| Maxtor | Ultra ATA-133 | 160 | 7200 | 8MB | <9.5 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plasma / LCD / DLP TV | Western Digital | Ultra ATA-100 | 160 | 7200 | 2MB | <9.5 |
| Power Protection | Samsung | Ultra ATA-133 | 160 | 7200 | 2MB | <8.9 |
| Power Supplies | Maxtor | Ultra ATA-133 | 160 | 7200 | 8MB | <9.0 |
| Printers | Seagate | Ultra ATA-100 | 160 | 7200 | 8MB | <9.5 |
| Processors (CPUs) | Hitachi GST | Ultra ATA-100 | 160 | 7200 | 8MB | <9.5 |
| Projectors | Western Digital | Ultra ATA-100 | 160 | 7200 | 8MB | <9.5 |
|   NEW! Home Theater | Seagate | Ultra ATA-100 | 160 | 7200 | 8MB | <9.5 |
| Removable Storage | Maxtor | Ultra ATA-133 | 200 | 7200 | 8MB | <9.0 |
| Scanners | Western Digital | Ultra ATA-100 | 200 | 7200 | 2MB | <9.5 |
| Servers | Maxtor | Ultra ATA-133 | 200 | 7200 | 8MB | <9.0 |
| Software | Western Digital | Ultra ATA-100 | 200 | 7200 | 8MB | 9.5 |
| Sound Cards | Seagate | Ultra ATA-100 | 200 | 7200 | 8MB | <9.5 |
| Speakers | Seagate | Ultra ATA-100 | 200 | 7200 | 8MB | <9.5 |
| USB Flash Memory | Seagate | Ultra ATA-100 | 250 | 7200 | 8MB | <9.5 |
| Video Capture | Western Digital | Ultra ATA-100 | 250 | 7200 | 8MB | 8.9 |
| Video Cards | Hitachi GST | Ultra ATA-100 | 250 | 7200 | 8MB | <9.5 |
| Wireless Networking | Hitachi GST | Ultra ATA-100 | 250 | 7200 | 8MB | <9.5 |
| | Western Digital | Ultra ATA-100 | 250 | 7200 | 2MB | <9.5 |
| Gift Cards & Gift Ideas | Seagate | Ultra ATA-100 | 300 | 7200 | 8MB | <8.5 |
| | Western Digital | Ultra ATA-100 | 300 | 7200 | 8MB | <8.9 |
| Business Sales | Seagate | Ultra ATA-100 | 300 | 7200 | 8MB | <9.5 |
| Education Sales | Western Digital | Ultra ATA-100 | 320 | 7200 | 8MB | |
| Government Sales | Hitachi GST | Ultra ATA-100 | 400 | 7200 | 8MB | 8.5 |
| | Seagate | Ultra ATA-100 | 400 | 7200 | 8MB | <9.5 |

View All Manufacturers
And Categories
Testimonials NEW!

**Hard Drive Subcategories**

▸ 2.5" Mobile Hard Drives     ▸ Hard Drive Enclosures     ▸ Network Attached Stora[ge]

▸ External USB/Firewire     ▸ Internal IDE     ▸ Serial ATA

▸ Hard Drive Duplication     ▸ Internal SCSI





### View Our Full-Line Of Hard Drives

 View by Manufacturer

#### QUICK LINKS

 Hard Drive Interface Cards     Removeable Drive Trays

 Hard Drive Coolers     External Hard Drives

 EIDE/IDE Cables      Network Attached Storage

 Serial Cables      Removable Flash Storage

Hard Drive Enclosures



HARD DISK DRIVE GLOSSARY

SERIAL ATA TECHNOLOGY

SCSI HARD DRIVE TECHNOLOGY

ATA HARD DRIVE STANDARDS

**Featured Deals Of The Day** *Save now on these limited time offers! While supplies last!*





**128MB USB JumpDrive**



14.99   MORE INFO

**GeForce FX 5500 Video**



59.99*   MORE INFO

**1GB Secure Digital Card**



$73.99   MORE INFO

**Wireless Cable/DS**



$19.99†   MORE

## Search Our Site

Use our search engine to help you find the right products.

[Enter a Sku or Keyword(s)] 

## Customer Care & Additional Services

- About Us
- Affiliate Program
- Get Your Own Domain
- Contact Us
- Hard To Find Parts
- Email This Page
- Employment
- Privacy Policy
- Rebate Center
- Sweepstakes
- Visit Our Outlet Stores
- Click For Help Or Call 1-800-800-8300

## Register For Money Saving E-mail D

Save Money! Enter your e-mail address to receive e-mail offers! Your email is secure. We never rent, share your email address. View our privacy policy.

[Enter Your Email Address]

## Verisign Secure Site! Protecting Your Inf

Shop with confidence! Our website employs the la encryption to protect your sensitive data and trans



Copyright © 2005, TigerDirect, Inc.
7795 West Flagler St., Suite 35
Miami, FL. 33144
**YOUR PRIORITY CODE IS: WEB506**


A Fortune 1000 Company

    







 UK Customers Click Here!


 Canad Custor Click H
 German Customers Click Here!    French Custom Click H

*Price after manufacturer mail-in rebate.  Restrictions apply. Click **INFO** for details.   †This product is factory recertified.

Home  |  Legal Notices  |  Site Map

WEB51

*Price after manufacturer mail-in rebate.