# EXHIBIT F

E Chen
6-10-98

fee
O.K.

PATENT
ATTORNEY DOCKET NO. 02064/008001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Donald C. Hutchins          Art Unit: 3302
Serial No.: 08/667,946                  Examiner: Rovnak, John
Filed     : June 24, 1996
Title     : CPR COMPUTER AIDING

Assistant Commissioner for Patents
Washington, DC 20231

RESPONSE

In response to the Examiner's action mailed January 28, 1998, please amend the application, as follows:

In the claims:

1 (Amended). A <u>general purpose computer system adapted for</u> cardiopulmonary resuscitation (CPR) aiding [computer system for providing] <u>to provide</u> guidance to rescue personnel trained in CPR for resuscitating a victim under an emergency condition, comprising:

<u>a computer terminal, including:</u>

<u>an output comprising a display and an electroacoustical transducer; and</u>

an input <u>comprising an interactive display input, wherein the interactive display input is adapted</u> for [entering information signals] <u>selecting from image or text viewed on the display that is</u> representative at least of characteristics of said victim relevant to proper performance of CPR techniques<u>, and producing information signals corresponding to the</u>

Date of Deposit May 28, 1998
I hereby certify under 37 CFR 1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Megan O'Meara

characteristics of said victim represented by said image or text selected with said interactive display input;

a processing unit responsive to the information signals and for providing output signals representative of proper steps to be taken in resuscitating said victim; and

wherein the [an] output, [including a display, responsive] in response to said output signals, [and for providing] provides guidance signals, which include [visible signals on the display] audible speech signals produced by the electroacoustical transducer, of the proper steps to be taken by said rescue personnel in resuscitating said victim.

2(Amended). The [CPR aiding] computer system of claim 1, wherein the guidance signals further include visible signals on the display. [include a pictorial representation of a rescue personnel practicing said proper steps upon a victim.]

3(Amended). The [CPR aiding] computer system of claim 2, wherein said [output further includes an electroacoustical transducer responsive to said output signals for providing audible [intelligible] sound] speech signals representative of the proper steps to be taken by said rescue personnel in resuscitating said victim.] visible signals include a pictorial representation of a rescue personnel practicing said proper steps upon a victim.

4 (Amended). The [CPR aiding] computer system of claim 3, wherein the pictorial representation includes an animated sequence of images.

5 (Amended). The [CPR aiding] computer system of claim 3, wherein said information signals are further representative of the number of said rescue personnel relevant to proper performance of CPR techniques.

6 (Amended). The [CPR aiding] computer system of claim 5, wherein the visible display further provides text signals representative of at least one of said relevant characteristics of said victim and said number of said rescue personnel.

7 (Amended). The [CPR aiding] computer system of claim 5, wherein said visible display further provides icon representations of at least one of said relevant characteristics of said victim and said number of rescue personnel.

8 (Amended). The [CPR aiding] computer system of claim 3, wherein said output signals are further representative of queries regarding at least one of said relevant characteristics of said victim and the number of said rescue personnel relevant to proper performance of CPR techniques.

9 (Amended). The [CPR aiding] computer system of claim 3, wherein said input further includes at least one of an

alphanumeric keypad for keying the information signals, and a voice recognizer for converting speech information signals into corresponding electrical signals[, and an interactive display input for selecting one of the information signals from image or text viewed on the display].

10(Amended). The [CPR aiding] computer system of claim wherein said input, said processor unit and said output comprise components of a personal computer.

11(Amended). The [CPR aiding] computer system of claim 10, and further comprising a network of personal computers linked to each other and to said first mentioned personal computer.

12(Amended). The [CPR aiding] computer system of claim and further comprising a recorder for providing a record of a sequence of the information signals and the output signals.

13(Amended). A [cardiopulmonary resuscitation (CPR) aiding] general purpose computer network system [for providing] adapted to provide guidance to rescue personnel trained in cardiopulmonary resuscitation [CPR] for resuscitating [a] victims under emergency conditions, comprising:
    a plurality of peripheral units, each including an input for entering information signals representative at least of characteristics of [said] a victim relevant to proper performance of CPR techniques, and an output including a display and an

4

<u>electroacoustical transducer, wherein the input comprises an interactive display input adapted for selecting displayed image or text representative at least of characteristics of said victim relevant to proper performance of CPR techniques, and producing information signals corresponding to the characteristics of said victim represented by said image or text selected with said interactive display input</u>;

      a network server<u>, including a router,</u> responsive to said information signals for providing output signals representative of proper steps to be taken in resuscitating said victim; and

      a communication link for communicating the information signals from the peripheral units to the network server and the output signals from the network server to the peripheral units, wherein said output provides guidance signals in response to said output signals, said guidance signals including [visible guidance on the display] <u>audible speech signals</u> representative of the proper steps to be taken by said rescue personnel in resuscitating said victim.

      14(Amended). The [CPR aiding] computer <u>network</u> system of claim 13, wherein [one of said peripheral units includes an electroacoustical transducer responsive to said output signals for providing audible intelligible sound signals] <u>said guidance signals further include visible guidance signals on the display</u> representative of the proper steps to be taken by said rescue

personnel in resuscitating said victim and synchronized with said [visible guidance] <u>audible speech signals</u>.

15(Amended). The [CPR aiding] computer <u>network</u> system of claim [13] <u>14</u>, wherein the visible guidance <u>signals</u> include a pictorial representation of rescue personnel practicing said proper steps upon a victim.

16(Amended). The [CPR aiding] computer <u>network</u> system of claim 15, wherein the pictorial representation includes an animated sequence of images.

17(Amended). The [CPR aiding] computer <u>network</u> system of claim [13] <u>14</u>, wherein said communication link includes at least one of a wireless communication system and a hard-wired communication system.



18(Amended). The [CPR aiding] computer <u>network</u> system of claim 17, wherein said hard-wired communication system includes a member of the group consisting of a local area network, a PBX network, an interactive CATV network, a telephone network, and the internet.

19(Amended). The [CPR aiding] computer <u>network</u> system of claim 17, wherein said wireless communication system includes a transmitter and a receiver.

20(Amended). The [CPR aiding] computer <u>network</u> system of claim [13] <u>14</u>, and further including a recorder for providing a record of a sequence of the information signals and the output signals.

21(Amended). An article of manufacture, comprising:

a computer usable medium <u>adapted for use in a general purpose computer having a processor, a display, an interactive display input, and an electroacoustical transducer, the computer usable medium</u> having computer readable program code embodied therein for providing guidance signals to rescue personnel trained in CPR for resuscitation <u>of</u> a victim under an emergency condition, including:



<u>computer readable program code for causing the general purpose computer to display image or text on the display corresponding at least to characteristics of said victim relevant to proper performance of CPR techniques;</u>

<u>computer readable program code for causing the general purpose computer to produce information signals based upon image or text selected by rescue personnel with said interactive display input, wherein said information signals are representative of said characteristics corresponding to said selected image or text;</u>

<u>computer readable program code for causing the general purpose computer to provide output signals representative of proper steps to be taken in resuscitating said victim in response to said information signals; and</u>

7

computer readable program code for causing [a] <u>the general purpose</u> computer to [display visible] <u>produce audible speech</u> signals representative of proper steps to be taken by said rescue personnel in resuscitating said victim in response to [an information signal furnished by said rescue personnel , wherein said information signal is representative at least of characteristics of said victim relevant to proper performance of CPR techniques.] <u>said output signals.</u>

22(Amended). The article of manufacture of claim 21, wherein the computer readable program code in the article of manufacture further includes:

computer readable program code for causing the computer<u>, in response to said output signals,</u> to [produce audible intelligible sound] <u>display visible</u> signals <u>on the display synchronized with the audible speech signals</u>, the visible signals representative of proper steps to be taken by said rescue personnel in resuscitating said victim [in response to the information signal furnished by said rescue personnel].

25(Amended). The article of manufacture of claim 24, wherein the computer readable program code in the article of manufacture further includes:

computer readable program code for causing the computer to synchronize the audible [intelligible sound] <u>speech</u> signals with the animated sequence of pictorial representations.

30 (Amended). The article of manufacture of claim 24, wherein said information signal includes a language selection signal and the computer readable program code in the article of manufacture further includes computer readable program code for causing the computer to produce the audible [intelligible sound] <u>speech</u> signals in a spoken language selected from a group of spoken languages in response to said language selection signal.

31 (Amended). A computer program for providing guidance signals to rescue personnel trained in CPR for resuscitating a victim under an emergency condition, the computer program being stored on a media readable by a general purpose computer, for configuring the computer upon being read and executed by the computer to perform functions comprising:

<u>displaying image or text on the display corresponding at least to characteristics of said victim relevant to proper performance of CPR techniques;</u>

<u>producing information signals based upon image or text selected by rescue personnel with said interactive display input, wherein said information signals are representative of said characteristics corresponding to said selected image or text;</u>

<u>providing output signals representative of proper steps to be taken in resuscitating said victim in response to said information signals;</u>

9

[accepting an information signal representative at least of characteristics of said victim relevant to proper performance of CPR techniques from said rescue personnel;] and

providing guidance signals [displaying visible signals] representative of proper steps to be taken by said rescue personnel in resuscitating said victim in response to said information signal, said guidance signals comprising audible speech signals.



32(Amended). The computer program of claim 31, wherein said [functions] guidance signals further comprise [producing intelligible audible signals] visible signals on a display representative of said proper steps to be taken by said rescue personnel in resuscitating said victim in response to said information signal.

33(Amended). The computer program of claim 32, wherein said functions further comprise synchronizing the [intelligible] audible speech signals with the visible signals.



38(Amended). The computer program of claim 32, wherein said functions further comprise:
receiving a language selection signal indicative of a spoken language selected from a plurality of spoken languages; and

causing the computer to produce the [intelligible] audible <u>speech</u> signals in the selected spoken language in response to the language selection signal.

39(Amended). A method for use in cardiopulmonary resuscitation with a [cardiopulmonary resuscitation (CPR) aiding] <u>general purpose</u> computer system <u>configured</u> for providing guidance to rescue personnel trained in <u>cardiopulmonary resuscitation (CPR)</u> for resuscitating a victim under an emergency condition, the computer system comprising <u>a computer terminal having</u> an input <u>and an output</u>, a processing unit responsive to the input, [and an] <u>the</u> output <u>being</u> responsive to the processor[,] <u>and</u> including a display <u>and an electroacoustical transducer</u>, <u>the input including an interactive display input,</u> the method including:

[entering into the input information signals representative at least of characteristics of said victim relevant to proper performance of CPR techniques;]

<u>displaying image or text on the display corresponding at least to characteristics of said victim relevant to proper performance of CPR techniques;</u>

<u>producing information signals based upon image or text selected by rescue personnel with said interactive display input, wherein said information signals are representative of said characteristics corresponding to said selected image or text;</u>

11

processing said information signals, including providing output signals representative of proper steps to be taken in resuscitating said victim;

converting said output signals into signals corresponding to [visible] <u>speech</u> signals representative of the proper steps to be taken by said rescue personnel in resuscitating said victim; and

applying said signals corresponding to [visible] <u>speech</u> signals to the [display] <u>electroacoustical transducer</u> to provide [visible] <u>audible speech</u> guidance signals [on the display] representative of the proper steps to be taken by said rescue personnel in resuscitating said victim.

40 (Amended). The method of claim 39, wherein said [CPR aiding] computer system <u>terminal</u> further comprises an electroacoustical transducer responsive to said output signals, said] method further [comprising] <u>comprises</u> converting said output signals to signals corresponding to [audible intelligible] <u>visible</u> signals representative of the proper steps to be taken by said rescue personnel in resuscitating said victim, and applying said signals corresponding to [audible intelligible] <u>visible</u> signals to [said electroacoustical transducer] <u>display</u> to provide [audible intelligible] <u>visible</u> guidance signals representative of the proper steps to be taken by said rescue personnel in resuscitating said victim synchronized with said [visible] <u>audible speech</u> guidance signals.

42(Amended). The method of claim ~~30~~ 40, wherein said input, processor and output of said [CPR aiding] computer system comprise a personal computer[, and wherein said method further comprises] in a network of computers, including a router, linked to each other [and to said personal computer].

## REMARKS

The above amendment and these Remarks are responsive to the Office Action mailed January 28, 1998. Applicant is pleased to acknowledge the examiner's withdrawal of the restriction requirement.

Applicant has amended the claims. Claims 1 through 12 are amended to recite, in part, a general purpose computer system that is adapted for cardiopulmonary resuscitation (CPR) aiding to provide guidance to rescue personnel trained in CPR for resuscitating a victim under an emergency condition. The computer system includes a computer terminal having an output comprising a display and an electroacoustical transducer, and an input comprising an interactive display input. The input is adapted for selecting from image or text viewed on the display that is representative at least of characteristics of the victim relevant to proper performance of CPR techniques, and producing information signals corresponding to the characteristics of the victim represented by the image or text selected with the interactive display input. As described in the specification, the interactive display input may include a display cursor controllable with a mouse or a computer keyboard, a touch screen,

a pointer, or the like. The computer system also includes a processing unit responsive to the information signals and providing output signals representative of proper steps to be taken in resuscitating the victim. The output, in response to the output signals, provides guidance signals, which include audible speech signals produced by the electroacoustical transducer, of the proper steps to be taken by the rescue personnel in resuscitating said victim.

These same basic components are essentially recited in all the claims. Claims 13 through 20 recite these features in the context of a general purpose computer network, which also includes a network server having a router. Claims 21 through 30 recite these features in the context of an article of manufacture having a computer usable medium adapted for use in a general purpose computer, the computer usable medium having program code that causes the computer to perform specified functions. Claims 31 through 38 recite these features in the context of a computer program for use with a general purpose computer. Claims 39 through 43 recite these features in the context of a method for use with a general purpose computer.

The examiner rejected claims 1, 21, 22, 31, 32, 36, 37, 39, 40, and 43 as being anticipated by Battaglia. The examiner also rejected claims 2-7, 9, 10, 12, 23-29, 33-35, and 41 under 35 U.S.C. §103(a) as being unpatentable over Battaglia in view of Hon. The examiner further rejected claims 8, 11 and 42 under 35 U.S.C. §103(a) as being unpatentable over Battaglia in view of Hon and further in view of Lamb. Applicant submits that the

references applied by the examiner, whether considered individually or in any reasonable combination, neither disclose nor suggest applicant's invention.

Battaglia discloses a portable unit that may be worn on a user's wrist. The fundamental difference between the Battaglia device and the present invention is that the Battaglia device is a dedicated device, rather than a general purpose computer. The examiner characterizes Figure 2 of Battaglia as showing a personal computer, but the illustrated device is clearly not in any way a personal computer as that term is generally understood. All of the inputs are special purpose buttons, which could not be used as inputs for a general purpose computer without major modification to the device. Battaglia neither discloses nor suggests an input that includes an interactive display input functioning as recited in the claims. Battaglia also does not disclose or suggest producing audible speech, as recited in the claims. Battaglia merely produces four tones. The display in the Battaglia device is minuscule in comparison to a display in a general purpose computer or terminal. The device is not adapted for use in a network of computers. The device is adapted to only export data using the serial port 77. This applicant fails to see how transferring data to a peripheral device would suggest a network of computers. Battaglia only describes one way communication, and two way communication capability would be required for computer networks.

Neither Hon nor Lamb provide the structure or function of the present invention that Battaglia lacks, nor do any of the

references provide any motivation to combine their features in the manner suggested by the examiner.

Hon also discloses a dedicated device, which is adapted to only provide instructional videos played back from a video disc. Applicant submits that the Battaglia display, being so small, would not be appropriate in an emergency situation for displaying the animated pictorial representations disclosed by Hon, because the images would not be distinct enough to be useful to rescue personnel. Moreover, even if it were possible to combine their respective teachings, there is no disclosure or suggestion in either reference that would lead one of ordinary skill in the art to combine the video disc on Hon with the wrist-mounted device of Battaglia.

Lamb also fails to disclose or suggest a general purpose computer system having an interactive display input as claimed, or a network of such general purpose computers. The Lamb device, like the devices disclosed by Battaglia and Hon, is a special purpose device. The only disclosed input in Lamb is shown in Figure 3a. This input has a limited set of dedicated function push-buttons useful only with the disclosed application. This would not be appropriate for use with a general purpose computer, which can run any number of different applications.

Applicant submits that all of the claims are now in condition for allowance, which action is requested. Filed herewith is a Petition for Automatic Extension.

Please charge any fees, or make any credits, to Deposit Account No. 06-1050.

Respectfully submitted,

Date: May 28, 1998

Jonathan J. Walner
Reg. No. 36,712

Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Telephone: 617/542-5070
Facsimile: 617/542-8906
306146.B11