# EXHIBIT I

# Part 3: Adult Basic Life Support

## Major Guidelines Changes

Following are the major guidelines changes related to adult basic life support, with the rationale for the change.

### BLS Role in Stroke and ACS Management

1. Rescuers should "phone first" for unresponsive adults. Exceptions: "phone fast" (provide CPR first) for adult victims of submersion, trauma, and drug intoxication (Class Indeterminate).
2. Prehospital BLS providers should identify possible stroke victims (through use of stroke scales or screens) and provide rapid transport and prearrival notification to the receiving hospital to increase the likelihood of their eligibility for intravenous fibrinolytic therapy (Class I).
3. Patients with suspected stroke merit the same priorities for dispatch as patients with acute myocardial infarction (AMI) or major trauma (Class IIb).
4. Victims of suspected ischemic stroke (with prearrival notification) should be transported to a facility capable of initiating fibrinolytic therapy within 1 hour of arrival unless that facility is >30 minutes away by ground ambulance (Class IIb).

### BLS Sequence

*Rescue Breathing and Bag-Mask Ventilation*

5. Change ventilation volumes and inspiratory times for mouth-to-mask or bag-mask ventilation as follows:
   a. Without oxygen supplement: tidal volume approximately 10 mL/kg (700 to 1000 mL) over 2 seconds (Class IIa).
   b. With oxygen supplement ($\geq$40%): a smaller tidal volume of 6 to 7 mL/kg (approximately 400 to 600 mL) may be delivered over 1 to 2 seconds (Class IIb).
6. Alternative airway devices (ie, laryngeal mask airway and the esophageal-tracheal Combitube) may be acceptable when rescuers are trained in their use (Class IIb).

*Pulse Check*

7. Lay rescuers will no longer be taught or expected to perform a pulse check. The signal for lay rescuers to begin chest compressions (and attach an AED) is the absence of signs of circulation (normal breathing, coughing, or movement). *Healthcare providers* should continue to perform a pulse check with assessment of signs of circulation (breathing, coughing, or movement).

*Chest Compressions*

8. The compression rate for adult CPR is approximately 100 per minute (Class IIb).
9. The compression-ventilation ratio for 1- and 2-rescuer CPR is 15 compressions to 2 ventilations when the victim's airway is unprotected (not intubated) (Class IIb).
10. Chest compression–only CPR is recommended for use in dispatch-assisted CPR or when the rescuer is unwilling or unable to perform mouth-to-mouth rescue breathing (Class IIa).
11. Audio prompts that guide action sequences and the timing of chest compressions and ventilations increase learning and retention of CPR skills and improve CPR performance (Class IIb).

*Relief of Foreign-Body Airway Obstruction*

12. *Lay rescuers* will no longer be taught the sequence for management of foreign-body airway obstruction (FBAO) for unresponsive adults (Class IIb). If FBAO is suspected in the victim who has become unresponsive or who is found unresponsive, lay rescuers should perform the sequence of CPR. When rescue breathing is performed, the lay rescuer should look for a foreign body in the mouth and if one is seen, remove it. Healthcare providers should still perform the sequence for relief of FBAO in the unresponsive victim.

## Introduction

The actions taken during the first few minutes of an emergency are critical to victim survival. BLS defines this sequence of actions and saves lives. BLS includes

- Prompt recognition and action for myocardial infarction and stroke to prevent respiratory and cardiac arrest
- Rescue breathing for victims of respiratory arrest
- Chest compressions and rescue breathing for victims of cardiopulmonary arrest
- Attempted defibrillation of patients with ventricular fibrillation (VF) or ventricular tachycardia (VT) with an automated external defibrillator (AED)
- Recognition and relief of FBAO

With the inclusion of AED use in BLS skills, BLS is now defined by the first 3 links in the Chain of Survival: early access, early CPR, and early defibrillation (Figure 1).[1] Each link must be strong throughout the community; this approach is consistent with the concept that the community is the "ultimate coronary care unit."[2]

Early access requires prompt recognition of emergencies that require time-critical BLS interventions, such as heart attack, stroke, FBAO, and respiratory and cardiac arrest. Early access of the EMS system quickly alerts EMS providers, who can respond with a defibrillator.[3-5] Emergency Medical Dispatchers (EMDs) can lead callers through the steps of CPR until EMS personnel arrive.[6-11]

*Circulation.* 2000;102(suppl I):I-22–I-59.
© 2000 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

Case 3:04-cv-30121-MAP   Document 24-13   Filed 07/18/2005   Page 3 of 10
From (613) 998-3280   Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005   Page 3 of 39

Part 3: Adult Basic Life Support   I-23



**Figure 1.** The Chain of Survival. The Chain of Survival consists of 4 links or actions: early access, early CPR, early defibrillation, and early advanced care.

Early CPR is the best treatment for cardiac arrest until the arrival of an AED and advanced cardiovascular life support (ACLS) care.[12,13] Early CPR prevents VF from deteriorating to asystole, may increase the chance of defibrillation, contributes to preservation of heart and brain function, and significantly improves survival.[13,15] Early defibrillation is the single greatest determinant of survival for adult victims of cardiac arrest.[1,12,16–23] Public access defibrillation (PAD) is a healthcare initiative to make AEDs available throughout the community for use by trained laypersons. PAD holds promise to be the single greatest advance in the treatment of VF arrest since the development of CPR.[1,12,16–23] PAD programs, including trained flight attendants and police officers, have achieved resuscitation success rates as high as 49%.[21,24,28] This nearly doubles the resuscitation rates previously achieved by the most successful EMS programs.[29,30]

Three BLS actions—early access, early CPR, and early defibrillation—serve as the foundation for emergency cardiovascular care throughout the community.[2] Each community should identify weaknesses in its Chain of Survival and strengthen the Chain through CPR training programs, effective PAD initiatives, and an optimized EMS.[31–37]

## BLS Response to Cardiopulmonary Emergencies

### Epidemiology of Adult Cardiopulmonary Arrest: "Phone First" (Adult)/"Phone Fast" (Infants and Children)

When the initial ECG is obtained, most adults with sudden (witnessed), nontraumatic cardiac arrest are found to be in VF.[38] For these victims, *the time from collapse to defibrillation is the single greatest determinant of survival.*[1,3,27,38–46] The window of opportunity is small. Survival from cardiac arrest caused by VF declines by approximately 7% to 10% for each minute without defibrillation.[47] More than 12 minutes after collapse, the cardiac arrest survival rate is only 2% to 5%.[1,3,27,28,38,47] Structured EMS systems that can be quickly accessed by telephoning an emergency telephone number (such as 911 in the United States, 112 in Europe, or 119 in Japan) have been shown to improve survival from sudden cardiac death by providing early defibrillation (see "Part 12: From Science to Survival: Strengthening the Chain of Survival in Every Community," for international emergency EMS contact numbers).[1,3,28,39,43,47] Because of this compelling data in adult victims, both trained and untrained bystanders should be instructed to activate the EMS system as soon as they have determined that an adult victim requires emergency care.

In sharp contrast to cardiac arrest in adults, most causes of cardiopulmonary arrest in infants (aged <1 year) or children (aged 1 to 8 years) are related to airway or ventilation problems rather than sudden cardiac arrest.[48] In these victims, rescue support (especially rescue breathing) is essential and should be attempted first—before activation of the EMS system—if the rescuer is trained.[49] This respiratory etiology of cardiopulmonary arrest in children provides the rationale for the "phone fast" approach to resuscitation in children: the rescuer provides approximately 1 minute of CPR and then activates the EMS system.

There are exceptions to the "phone first/phone fast" recommendation for unresponsive adults and children. Some studies suggest that VT/VF may be more common in pediatric and adolescent victims of cardiac arrest (up to 15% of cases) than previously believed, and in some pediatric studies, VF represents the most treatable terminal arrhythmia.[50–52] Conversely, noncardiac causes of cardiac arrest can occur in adults and can have favorable outcomes.[53] Ideally the lay rescuer should learn a rescue sequence that is tailored to the cause of the victim's arrest. However, a rescuer may become confused attempting to learn and remember a variety of rescue sequences, and this confusion could create barriers to action during a real emergency. Consequently, these guidelines continue to recommend a "phone first" approach for adult victims and children ≥8 years old and a "phone fast" approach for unresponsive victims <8 years old. However, training materials for BLS laypersons will identify exceptions to the "phone first/phone fast" recommendation (Class Indeterminate). Healthcare providers should be familiar with these exceptions. Exceptions to the "phone first/phone fast" rule include

1. Submersion/near-drowning ("phone fast," all ages)
2. Arrest associated with trauma ("phone fast," all ages)
3. Drug overdoses ("phone fast," all ages)
4. Cardiac arrest in children known to be at high risk for arrhythmias ("phone first," all ages)

If an FBAO is present in a *responsive* adult victim, the trained rescuer should attempt to clear the airway (the Heimlich maneuver is recommended by most resuscitation

*I-24*  *Circulation*  **August 22, 2000**

councils) before activating the EMS system.[49] The *untrained* rescuer should activate the EMS system immediately in an emergency; trained dispatchers can then instruct the rescuer to perform CPR or provide other assistance until EMS personnel arrive.

If a second rescuer is available when a victim of cardiac or respiratory arrest *of any age* is discovered, the first rescuer should begin CPR (open airway, rescue breathing, chest compressions as needed) while the second rescuer activates the EMS system and retrieves the AED if appropriate.

Throughout "Part 3: Adult Basic Life Support," an "adult" is defined as anyone ≥8 years of age.

### Out-of-Hospital EMS Care, Including Emergency Medical Dispatch

Emergency medical dispatch has evolved over the past 25 years to become a sophisticated and integral component of a comprehensive EMS response.[6,9,54,55] EMDs provide the first link between the victim and bystanders and EMS personnel.[6-9,54,55] Trained medical dispatchers may provide prearrival instructions to bystanders using standard, medically approved telephone instructions.[56] Dispatchers should receive formal training in emergency medical dispatch,[10,57] and they should use medical dispatch protocols, including prearrival telephone instructions for airway control, CPR, relief of FBAO, and use of an AED.[6-9,11,54,55,58]

Dispatchers play an important role in early triage and dispatch for patients with AMI.[59] Dispatchers are able to accurately identify victims of cardiac arrest.[55] However, they may need specialized training to improve their ability to correctly identify and prioritize victims of stroke.[54,60] In one recent study, only 41% of ambulances responding to calls for victims of stroke were dispatched with a high priority.[60] If emergency facilities are available for administration of fibrinolytic therapy, EMS policies should set the same high dispatch, treatment, and transport priorities for patients with signs and symptoms of an acute ischemic stroke as those for patients with signs and symptoms of an AMI or major trauma. Patients with suspected stroke with airway compromise or altered level of consciousness should be given the same high priority for dispatch, treatment, and transport as similar patients without stroke symptoms (Class IIb).

Using a script based on written protocols for cardiac arrest, dispatchers can question callers, rapidly assess the condition of the victim, and activate the necessary emergency service.[8-11,55] To dispatch appropriate rescue personnel to the scene of a cardiac arrest, the dispatcher needs to know whether the victim is unresponsive, whether CPR is in progress, or whether an AED is in use. If a bystander does not know how to perform CPR or does not remember what steps to take, an EMD can instruct the rescuer in appropriate emergency interventions.[8-11,55]

Dispatch protocols are evolving as new resuscitation science emerges.[61] For example, when providing dispatcher-assisted CPR, some centers have simplified the technique for untrained bystanders to reduce time to bystander intervention.[62,63] Dispatchers instruct rescuers to locate the lower half of the victim's sternum by placing their hands in the center of the chest at the nipple line.[62,63] In a single study of dispatcher-assisted CPR, chest compression–only bystander CPR was associated with survival equivalent to chest compressions plus ventilations for victims of witnessed arrest.[63] Several studies have demonstrated that chest compression–only CPR is better than *no* CPR for adult cardiac arrest.[61-68] For these reasons of simplicity and elimination of barriers to action, we recommend chest compression–only CPR for use in dispatcher-assisted CPR instructions to untrained bystanders (Class IIa). Continued evaluation of simplified protocols and methods to encourage bystander CPR is needed.

Dispatcher-assisted CPR is practical and effective and can increase the percentage of cardiac arrests in which bystander CPR is performed.[10,11,55,58] Because dispatch instructions can be lifesaving, EMD assistance has rapidly become the standard of care in EMS systems.[6-11,54,55,57-60,62,69]

Some evidence suggests that priority dispatch triage systems that tier the EMS response to send BLS ambulance responders to less urgent calls and reserve paramedics (ACLS responders) for more critical incidents may significantly improve use of paramedic skills.[11,70] Although studies of patient outcome are only inferential, traditional systems with high survival rates have used such an approach.[6,11,70,71] Research into this concept should continue.

No scientific studies have documented improved survival with use of computerized systems that automatically provide the EMD with the caller's location and telephone number (called "enhanced 911" in the United States). Such systems, however, expedite the EMD process, and their use should be strongly encouraged.[6]

### Recognition and Actions for Acute Coronary Syndromes

Each year millions of patients around the world are evaluated for chest pain in Emergency Departments (EDs).[72] Of these, approximately half will be diagnosed as having an acute coronary syndrome (ACS), including unstable angina, non–Q-wave myocardial infarction (MI), and ST-elevation MI.[72,73] Of all patients with ACS, approximately half will die before reaching the hospital. Of patients who reach the hospital, an additional 25% will die within the first year.[74] In 17% of patients, ischemic pain is the first, last, and only symptom.[75]

Current management of ACS contrasts dramatically with the approach used 2 decades ago. Fibrinolytic agents and percutaneous coronary interventions (including angioplasty/stent) may reopen the blocked coronary vessels that cause myocardial ischemia. These treatments save lives and improve quality of life.[76-83] Early diagnosis and treatment of AMI significantly reduces mortality,[76] decreases infarct size,[77] improves regional[78] and global[79-81] left ventricular function, and decreases the incidence of resultant heart failure.[82,83] To be most effective, these interventions must be administered within the first few hours of symptom onset.[76-83]

The time-limited treatments now available for ACS have highlighted the important role of lay rescuers, first responders, and EMS personnel. Early recognition, early intervention, and early transport of victims with suspected ACS from the scene to the hospital can substantially reduce morbidity and mortality.

### Presentation of ACS

Early access to the EMS system is often delayed because both victim and bystanders fail to recognize the signs and symptoms of ACS.[81–88] Public education is needed to increase recognition of the signs and symptoms of ACS and encourage the public to access the EMS system quickly.

The classic symptom associated with ACS is a dull, substernal discomfort variably described as a pressure or tightness, often radiating to the left arm, neck, or jaw. It may be associated with shortness of breath, palpitations, nausea, vomiting, or sweating. Symptoms of angina pectoris typically last <15 minutes. In contrast, the symptoms of AMI are characteristically more intense and last >15 minutes.

Some victims of ACS have atypical or vague chest discomfort. The victim may feel light-headed, short of breath, nauseous, or faint, or have a cold sweat. The discomfort may be more diffuse than classic chest pain and may radiate to the back or may be concentrated between the shoulder blades. The elderly,[89] women,[90–92] and persons with diabetes and ACS are more likely to present with vague complaints rather than classic descriptions of chest pain.

The patient with new onset of chest discomfort should rest quietly. Both angina pectoris and AMI are caused by a lack of adequate blood supply to the heart, so activity should be kept to a minimum. If chest discomfort lasts more than a few minutes, initiate emergency action. The action steps for lay rescuers include (1) recognize the signs and symptoms of ACS, (2) have the victim sit or lie down, and (3) if discomfort persists for ≥5 minutes, activate the EMS system.

After activating the EMS system, give the victim supportive care, including rest, reassurance, and use of a recovery position. If the victim becomes unresponsive, be prepared to provide rescue breathing, chest compressions, and (when possible and appropriate) attempted defibrillation with an AED.

Denial is a common reaction to emergencies such as AMI. The victim's first tendency may be to deny the possibility of a heart attack. This response is not limited to the victim; the lay rescuer may also deny such a possibility. In an emergency, those involved, whether victims or bystanders, are inclined to deny or downplay the seriousness of the problem. This response, while natural, must be overcome to give victims the greatest chance of survival. Denial of the serious nature of symptoms delays treatment and increases risk of death.[93,94]

The elderly, women, and persons with diabetes, hypertension, or known coronary artery disease are most likely to delay calling the EMS system.[82] Because the victim may deny the possibility of a heart attack, lay rescuers must be prepared to activate the EMS system themselves and provide additional BLS as needed. Public education campaigns have been effective in increasing public awareness of this important issue.[95,96]

### Out-of-Hospital Care for ACS

There are many benefits to early access of the EMS system as soon as you recognize the signs and symptoms of ACS. EMDs can send the appropriate emergency team and provide instructions for patient care before EMS personnel arrive.[8] BLS ambulance providers can provide CPR; use an AED; support airway, oxygenation, and ventilation; and administer nitroglycerin and aspirin out of the hospital.[97,98] The EMS provider should also obtain a significant medical history and inquire about risk factors for ACS.

Nitroglycerin is effective for relief of symptoms, and it dilates coronary arteries and reduces ventricular preload and oxygen requirements.[99] If the patient with chest pain has nitroglycerin and his systolic blood pressure is >90 mm Hg, the BLS ambulance provider can help the patient take the nitroglycerin. The patient can take up to 3 nitroglycerin tablets at intervals of 3 to 5 minutes. After administration of each nitroglycerin tablet, monitor blood pressure closely for signs of hypotension.

If local protocol permits, the BLS ambulance provider should administer aspirin (160 to 325 mg) en route. Aspirin inhibits coronary reocclusion and recurrent events after fibrinolytic therapy and reduces mortality in ACS.[100] Routine out-of-hospital administration of nitroglycerin and aspirin by BLS ambulance providers is expected to reduce morbidity and mortality from AMI.[101]

Some ACLS ambulance providers are authorized to administer morphine to reduce pain and decrease myocardial oxygen requirements and left ventricular preload and afterload. ACLS providers also monitor the heart rhythm and can immediately detect potentially lethal cardiac arrhythmias. ACLS ambulance providers may administer medications to manage arrhythmias, shock, and pulmonary congestion; they may initiate transcutaneous pacing as well. The mnemonic "MONA" (morphine, oxygen, nitroglycerin, and aspirin) is a reminder of the core out-of-hospital therapies for ACS.

In many systems, ACLS ambulance providers can attach a 12-lead ECG to the victim and transmit the findings to the receiving facility. This allows diagnosis of a heart attack in progress and significantly reduces time to treatment, which may include fibrinolytic therapy, in the hospital.[102–110] This prearrival ECG and notification has been shown to improve outcome.[111] In the event of a complication (either at the scene or en route to the hospital), ACLS ambulance providers can administer lifesaving therapies, including CPR, rapid defibrillation, airway management, and intravenous medications.

The BLS algorithm for EMS out-of-hospital management of patients with ACS is shown in Figure 2. (For further information about the management of ACS, see "Part 7, Section 1: Acute Coronary Syndromes.")

### Recognition of Stroke and Actions for Patients With Suspected Stroke

Stroke is a leading cause of death and brain injury in adults. Each year millions of adults suffer a new or recurrent stroke, and nearly a quarter of them die.[112] Until recently, care of the stroke patient was largely supportive, with therapy focused on treatment of complications.[113] Because no treatment was directed toward altering the course of the stroke itself, little emphasis was placed on rapid identification, transport, or intervention.[113]

Now fibrinolytic therapy offers the opportunity to limit neurological insult and improve outcome in ischemic stroke patients.[114–121] Fibrinolytic therapy reduces disability and

I-26   *Circulation*   August 22, 2000



**Figure 2.** The algorithm reviews the out-of-hospital management of patients with acute coronary syndromes for BLS ambulance providers.

death from stroke in eligible patients.[114-121] Furthermore, patients treated with fibrinolytics are more likely to be discharged home and less likely to be discharged to a rehabilitative or chronic care facility. Fibrinolytic therapy is cost-effective and results in sustained improvement in quality of life.[118,122] For these reasons, intravenous fibrinolytic therapy should be considered for all patients presenting to the hospital within 3 hours of the onset of signs and symptoms consistent with acute ischemic stroke (Class I).[114,117,118,121] Use of intra-arterial fibrinolytic agents within 3 to 6 hours of symptom onset may also be beneficial for patients with stroke caused by middle cerebral artery occlusion (Class IIb).[115,119,120]

The window of opportunity to provide this beneficial therapy is small. For most stroke victims, definitive hospital-based intervention must occur *within 3 hours of symptom onset*. The time-limited treatments now available for stroke have emphasized the important role of lay rescuers, first responders, and emergency rescue service personnel. Early recognition, early intervention, and early transport of victims with suspected stroke from the scene to the hospital can substantially reduce morbidity and mortality from stroke.

### Presentation of Stroke

A transient ischemic attack (TIA) is a reversible episode of focal neurological dysfunction that typically lasts a few minutes to a few hours. It is impossible to distinguish between a TIA and a stroke at the time of onset. If the neurological symptoms completely resolve within 24 hours, the event is classified as a TIA. Most TIAs, however, last

<15 minutes.[123,124] TIAs are a significant indicator of stroke risk. Approximately one fourth of patients presenting with stroke have had a previous TIA.[125] In addition, approximately 5% of patients with a TIA will develop a stroke within 1 month if untreated.[113,126]

A stroke is a neurological impairment caused by disruption of blood supply to the brain. Approximately 75% of strokes are ischemic, the result of complete occlusion of a cerebral artery caused by cerebral thrombosis or embolism. Hemorrhagic strokes are caused by cerebral artery rupture with bleeding into the surface of the brain (subarachnoid hemorrhage) or bleeding into the tissue of the brain (intracerebral hemorrhage). The most common cause of a subarachnoid hemorrhage is an aneurysm.[127,128] Hypertension is the most common cause of intracerebral hemorrhage.[129,130]

Although both ischemic and hemorrhagic stroke can be life-threatening, ischemic stroke rarely leads to death within the first hour. In comparison, hemorrhagic stroke can be fatal at onset. Patients with ischemic strokes can often be treated with fibrinolytic therapy if they are able to receive the drug within 3 hours of symptom onset. Fibrinolytic therapy cannot be given to patients with hemorrhagic stroke because it would worsen intracerebral bleeding. Some patients with hemorrhagic stroke can benefit from surgical intervention.[131,132]

In both stroke and heart attack, blood supply is inadequate, often the result of an obstructing blood clot. Rapid intervention with fibrinolytic therapy can improve outcome after an ischemic stroke just as it can after an AMI.[114]

Recognition of the signs and symptoms of stroke is critical to early intervention and treatment. The presentation of stroke may be subtle. Signs and symptoms of stroke may include only mild facial paralysis or difficulty speaking that may go unnoticed or be denied by the patient or family members.[133] Other signs and symptoms of stroke include alteration in consciousness (confusion, stupor, or coma); sudden weakness or numbness of the face, arm, or leg on one side of the body; slurred or incoherent speech; unexplained dizziness; unsteadiness; sudden falls; and dimness or loss of vision, particularly in one eye. The lay rescuer should immediately activate the EMS system as soon as signs or symptoms of stroke are suspected.

Stroke victims may either be unable to understand that they are having a stroke or, like AMI victims, deny their symptoms by rationalization.[134] Most stroke victims delay access to care for hours after symptom onset.[123,133–142] Tragically, this delay often eliminates the possibility of fibrinolytic therapy. Because the victim may deny having symptoms of a stroke or be unable to understand, lay rescuers must take the initiative and rapidly activate the EMS system, providing additional BLS as necessary.

### The 7 "D's" of Stroke Management
Management of the stroke patient can be remembered by use of the mnemonic of the 7 "D's": Detection, Dispatch, Delivery, Door, Data, Decision, and Drug.[143] Delay may occur at any of these points of management, so response to and management of the stroke victim must be skilled and efficient at each point. The first 3 D's (detection, dispatch, and delivery) are the responsibility of BLS providers in the community, including the lay public and EMS responders. A patient, family member, or bystander recognizes (detects) the signs and symptoms of a stroke or TIA and activates the EMS system. EMDs then prioritize the call for a patient with suspected stroke just as they would for a victim of AMI or serious trauma, and they dispatch the appropriate EMS team with high transport priority. EMS providers must respond rapidly, confirm signs and symptoms of a suspected stroke, and provide transport (delivery) of the patient to a stroke center (a hospital that can provide fibrinolytic therapy within 1 hour after arrival at the ED door). The remaining 4 D's are initiated in the hospital, including rapid triage at the door (in the ED), neurological examination, and performance and interpretation of a CT scan to diagnose type of stroke (data), identifying candidates eligible for fibrinolytic therapy (decision), and treating with fibrinolytic therapy (drug).

### *Layperson BLS Care for Stroke*
Rapid access of the EMS system is essential as soon as signs and symptoms of a stroke appear. When the EMS is used for transport, stroke patients arrive at the hospital faster than those who do not use the EMS (a major advantage for time-critical treatment).[133,135,144–149] Furthermore, EMDs can send the appropriate emergency team with a priority dispatch response and provide instructions for patient care before EMS personnel arrive.[150–152] The EMS system can then rapidly transport the victim to a stroke center and notify the facility before arrival to ensure rapid hospital-based evaluation and treatment. Delays in transport and initial hospital evaluation occur if the victim or family contacts the family physician or transports the stroke victim by private car to the hospital. Such delays may make the victim ineligible for fibrinolytic treatment.[133,146,148]

Currently, in the United States only half of stroke victims use the EMS system for transport to the hospital.[133,136] If a stroke occurs while the victim is alone or sleeping, this further delays prompt recognition of symptoms and initiation of therapy.[153] Eighty-five percent of strokes occur at home.[136] As a result, public education programs have focused on persons at risk for stroke and their friends and family members.[136] Public education has been successful in reducing time to arrival at the ED.[136,137]

After accessing the EMS system, provide supportive care, including reassurance. Place the victim in a recovery position. If the victim becomes unresponsive, provide rescue breathing and other steps of CPR if needed.

### *Out-of-Hospital Care for Stroke*
BLS ambulance providers now play a critical role in recognition, stabilization, and rapid transport of the stroke victim as well as selection of a receiving hospital capable of administering fibrinolytic therapy. In the past, these providers received minimal training in stroke assessment and care.[7,150–152,154] Programs are now needed to train EMS personnel to accurately recognize and prioritize stroke victims.[54,60,155–164]

If emergency facilities are available for administration of fibrinolytic therapy, emergency ambulance service policies should require the same high dispatch, treatment, and transport priorities for patients with signs and symptoms of an

I-28   Circulation   August 22, 2000

**TABLE 1. Cincinnati Prehospital Stroke Scale**

Facial droop (have patient show teeth or smile)
  Normal—both sides of face move equally
  Abnormal—one side of face does not move as well as the other side

Arm drift (patient closes eyes and holds both arms straight out for 10 seconds)
  Normal—both arms move the same or both arms do not move at all (other findings, such as pronator grip, may be helpful)
  Abnormal—one arm does not move or one arm drifts down compared with the other

Abnormal speech (have the patient say "you can't teach an old dog new tricks")
  Normal—patient uses correct words with no slurring
  Abnormal—patient slurs words, uses the wrong words, or is unable to speak

Interpretation: If any of these 3 signs is abnormal, the probability of a stroke is 72%.

From Reference 158.



Figure 3. Right-sided facial droop. Left, patient in repose. Right, patient after the command "Look up and smile and show your teeth."

acute ischemic stroke as those for patients with signs and symptoms of an AMI or major trauma. Patients with suspected stroke with airway compromise or altered level of consciousness should be given the same high dispatch, treatment, and transport priorities as other nonstroke patients with similar problems (Class IIb). Airway compromise after stroke is relatively common. Cardiac arrest is relatively uncommon, although many stroke victims demonstrate arrhythmias, including ventricular tachyarrhythmias and atrial fibrillation, in the first hours and days after a stroke.[165–167]

The goals of out-of-hospital management by BLS ambulance providers of patients with suspected stroke include (1) priority dispatch and response; (2) initial assessment and management, including support of airway, oxygenation, ventilation, and circulation; (3) rapid identification of stroke (by use of a standardized stroke scale); (4) rapid transport of the victim to a stroke center capable of delivering fibrinolytics within 1 hour of arrival; and (5) prearrival notification of the hospital.

The clinical presentations of ischemic and hemorrhagic stroke often overlap, making a diagnosis on the basis of symptoms alone impossible. In general, headaches (often described by the victim as the sudden onset of "the worst headache of my life"), disturbances in consciousness, nausea, and vomiting are more severe in association with intracranial hemorrhages. Loss of consciousness may be transient, with resolution by the time the patient receives medical attention. Patients with subarachnoid hemorrhage may have an intense headache without focal neurological signs.

The patient with an *ischemic* stroke may be eligible for in-hospital treatment with fibrinolytic therapy. The diagnosis

**TABLE 2. Los Angeles Prehospital Stroke Screen (LAPSS)**

*For evaluation of acute, noncomatose, nontraumatic neurological complaint:* If items 1 through 6 are ALL checked "yes" (or "unknown"), notify the receiving hospital before arrival of the potential stroke patient. If any are checked "no," follow appropriate treatment protocol.

*Interpretation:* Ninety-three percent of patients with stroke will have positive findings (all items checked "yes" or "unknown") on the LAPSS (sensitivity=93%), and 97% of those with positive findings will have a stroke (specificity=97%). The patient may still be having a stroke if LAPSS criteria are not met.

| Criteria | Yes | Unknown | No |
|---|---|---|---|
| 1. Age >45 years | [ ] | [ ] | [ ] |
| 2. History of seizures or epilepsy absent | [ ] | [ ] | [ ] |
| 3. Symptom duration <24 hours | [ ] | [ ] | [ ] |
| 4. At baseline, patient is not wheelchair bound or bedridden | [ ] | [ ] | [ ] |
| 5. Blood glucose between 60 and 400 | [ ] | [ ] | [ ] |
| 6. *Obvious asymmetry* (right vs left) in *any* of the following 3 categories (*must be unilateral*) | [ ] | [ ] | [ ] |

|  | Equal | R Weak | L Weak |
|---|---|---|---|
| Facial smile/grimace | [ ] | [ ] Droop | [ ] Droop |
| Grip | [ ] | [ ] Weak grip | [ ] Weak grip |
|  | [ ] | [ ] No grip | [ ] No grip |
| Arm strength | [ ] | [ ] Drifts down | [ ] Drifts down |
|  | [ ] | [ ] Falls rapidly | [ ] Falls rapidly |

From References 149 and 159.

Case 3:04-cv-30121-MAP    Document 24-13    Filed 07/18/2005    Page 9 of 10
From (613) 998-3280         Order # 05575857DP04611013         Wed Jun 29 12:26:06 2005         Page 9 of 39



**Figure 4.** Arm drift. The patient is instructed to extend arms with eyes closed. Note the right-sided drift related to motor weakness.

of ischemic stroke and determination of eligibility, however, require several time-consuming steps once the victim arrives at the hospital: a treatment team is mobilized, the patient is assessed and eligibility determined, a CT scan is obtained and interpreted to rule out intracranial hemorrhage, and therapy is administered. All of these steps must be completed to allow drug delivery *within 3 hours after onset of patient symptoms*. BLS ambulance providers can maximize the likelihood of patient eligibility for fibrinolytic therapy by rapidly identifying a possible stroke victim, rapidly transporting the victim to a stroke center, and providing prearrival notification to the receiving hospital. Emphasis on the time-critical nature of this management should be included in out-of-hospital assessment and management protocols.

*BLS ambulance providers should establish the time of onset of signs and symptoms of stroke: this timing has important implications for potential therapy.* The onset of symptoms is viewed as the beginning (onset) of the stroke, and eligibility for fibrinolytic therapy ends 3 hours from that time. If the victim is unable to estimate the time of onset of signs and symptoms, question family members or friends at the scene. It may be possible to determine when the victim was last observed, what the victim was doing when symptoms developed (eg, preparing lunch), and any other information that will give the receiving hospital an estimate of the time of symptom onset.

*Brief Neurological Evaluation: Stroke Scale and Stroke Screen*
It is impractical to perform an extensive neurological examination out of hospital because it delays the patient's transport to the ED. The abbreviated out-of-hospital neurological examination should include a validated tool such as the Cincinnati Prehospital Stroke Scale[158] (Table 1) or the Los Angeles Prehospital Stroke Screen (LAPSS) (Table 2).[149,159] Providers using the Cincinnati Prehospital Stroke Scale attempt to elicit any of 3 major physical findings suggestive of stroke: facial droop (Figure 3), arm drift (Figure 4), and abnormal speech.[158] The LAPSS includes several items designed to rule out other causes of altered level of consciousness (history of seizures, severe hyperglycemia or hypoglycemia). The provider using the LAPSS attempts to identify asymmetry in facial weakness/grimace, hand grip, or arm strength; asymmetry (right versus left) in any category indicates that the victim has had a possible stroke (Table 2).[149,159] These scales are both sensitive and specific in identifying stroke patients[149,158,159] and can be quickly applied.

Assess the patient's level of consciousness. The Glasgow Coma Scale (GCS) can be used to score the patient's responsiveness when the level of consciousness is depressed. This scale evaluates eye opening, best motor response, and best verbal response to simple stimuli, such as voice and pain. The highest possible score is 15; a score of 13 to 14 indicates mild neurological impairment; 11 to 13, moderate impairment; and <11, severe impairment. The GCS is well known, reproducible, and reliable when applied to patients with stroke.[160]

EMS personnel can identify stroke patients with reasonable sensitivity and specificity.[130,156,158,159,161–164] *Once the diagnosis of stroke is suspected, time in the field should be minimized and the patient prepared for immediate transport to a stroke center.* (For further information, please see "Part 7, Section 2: Acute Stroke.")

EMS physicians should work with neurologists and local hospitals to establish clear destination protocols for patients suspected of having an acute stroke.[144,146,154–156] EMS ambulance services should transport a patient with stroke symptoms to an emergency receiving facility with proven capability to initiate fibrinolytic therapy for eligible stroke patients within 1 hour of arrival unless the emergency facility is >30 minutes away by ground ambulance (Class IIb). A Canadian study revealed that the vast majority of residents live within a 30-minute drive of a hospital with 24-hour CT scanning capability.[164]

Prearrival notification to the receiving facility shortens the time to definitive hospital-based evaluation and intervention for patients with stroke.* In addition to standard information, *EMS systems should communicate the results of the stroke scale or stroke screen, the GCS, and the estimated time of symptom onset to the receiving hospital before arrival.* The receiving facility should have a written plan to initiate therapy as quickly as possible (see Figure 5). Figure 5 summarizes BLS ambulance provider out-of-hospital assessment and management of patients with possible stroke.

## Indications for BLS

### Respiratory Arrest
Respiratory arrest can result from a number of causes, including submersion/near-drowning, stroke, FBAO, smoke inhalation, epiglottitis, drug overdose, electrocution, suffocation, injuries, myocardial infarction, lightning strike, and coma from any cause. When primary respiratory arrest occurs, the heart and lungs can continue to oxygenate the blood for several minutes, and oxygen will continue to circulate to the brain and other vital organs.[168] Such patients initially demonstrate signs of circulation. When respiratory

---
*References 7, 114, 134, 136–142, 144–146, 149–155, 164.

Case 3:04-cv-30121-MAP   Document 24-13   Filed 07/18/2005   Page 10 of 10
From (613) 998-3280     Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005        Page 10 of 39

I-30   Circulation   August 22, 2000



Figure 5. The algorithm reviews the out-of-hospital management of patients with stroke for BLS ambulance providers.

arrest occurs or spontaneous respirations are inadequate, establishment of a patent airway and rescue breathing can be lifesaving because it can maintain oxygenation and may prevent cardiac arrest.

**Cardiac Arrest**
In cardiac arrest, circulation ceases and vital organs are deprived of oxygen. Ineffective "gasping" breathing efforts ("agonal" respirations) may occur early in cardiac arrest and should not be confused with effective respirations.[66,169,170] Because lay rescuers rely on evaluation of breathing to determine cardiac arrest, they should be carefully trained to differentiate between adequate versus inadequate ventilation.

Cardiac arrest can be accompanied by the following cardiac rhythms: VF, VT, asystole, or pulseless electrical activity.

**AED Use**
The cardiac arrest rhythms of VT and VF are treated most effectively with early defibrillation. AED use is now considered an important and lifesaving addition to BLS and provides the trained lay rescuer or healthcare provider with the opportunity to implement the first 3 links in the Chain of Survival (early access, early CPR, and early defibrillation).[33,34] The sequence of action for a rescuer with training and access to an AED is identical to that of CPR except for the added step of attaching and using the AED. AEDs are