



**Figure 6.** Check for unresponsiveness and EMS activation. The rescuer should tap the victim's shoulder and shout "Are you all right?" If the victim does not respond, the rescuer directs someone to activate the emergency medical response system (telephone 911 or appropriate emergency telephone number).

effective and easy to use.[171] (See "Part 4: The Automated External Defibrillator" later in the guidelines.)

## The Sequence of BLS: Assessment, EMS Activation, the ABCs of CPR, and the "D" of Defibrillation

The BLS sequence described in this section applies to victims ≥8 years old. This sequence will be applied to older children, adolescents, and adults. For simplicity, the victim is consistently referred to as an "adult" to differentiate the victim from a "pediatric" victim who is <8 years old.

### Resuscitation Sequence

BLS consists of a series of skills performed sequentially. These skills include assessment skills and support/intervention skills. The assessment phases of BLS are crucial. No victim should undergo the more intrusive procedures of CPR (positioning, opening the airway, rescue breathing, or chest compressions) until need has been established by the appropriate assessment. Assessment also involves a more subtle, constant process of observing the victim and the victim's response to rescue support. The importance of the assessment phases should be stressed in teaching CPR.

Each of the ABCs of CPR—airway, breathing, and circulation—begins with an assessment phase: assess responsiveness, breathing, and signs of circulation. In the United States, the EMS system should be activated if any adult is found to be suddenly unresponsive. Outside the United States, EMS activation may be recommended if the victim is found to be unresponsive and not breathing, or activation may be delayed until after delivery of rescue breaths and determination that the victim has no signs of circulation. In all countries the EMS system should be activated as soon as it has been established that emergency care is needed. Whenever ≥2 rescuers are present, 1 rescuer remains with the victim to provide CPR while the second rescuer activates the EMS.

Hospitals and medical facilities and some businesses or building complexes will have an established emergency medical response system that provides a first response or early response on site. Such a response system notifies rescuers of the location of an emergency and the type of response needed. If the cardiopulmonary emergency occurs in a facility with an established medical response system, that system should be notified of the emergency, because it will provide more rapid response than EMS personnel arriving from outside the facility. For rescuers in these facilities, the emergency medical response system should replace the EMS system in the sequences below.

### Assess Responsiveness

After determining that the scene is safe, the rescuer arriving at the side of the collapsed victim must quickly assess any injury and determine whether the person is responsive. Tap or gently shake the victim and shout, "Are you all right?" (Figure 6). If the victim has sustained trauma to the head and neck or if neck trauma is suspected, move the victim only if absolutely necessary. Improper movement may cause paralysis in the victim with injury to the spine or spinal cord.

### Activate the EMS System

Activate the EMS system by calling the appropriate local emergency response system telephone number. This number should be widely publicized in each community. The person who calls the EMS system should be prepared to give the following information as calmly as possible[172]:

1. Location of the emergency (with names of office or room number or cross streets or roads, if possible)
2. Telephone number from which the call is being made
3. What happened: heart attack, auto crash, etc
4. Number of persons who need help
5. Condition of the victim(s)
6. What aid is being given to the victim(s) (eg, "CPR is being performed" or "we're using an AED")
7. Any other information requested. To ensure that EMS personnel have no more questions, the caller should hang up only when instructed to do so by the EMD.

The stage in the rescue process at which EMS activation is appropriate is determined by each country's resuscitation council and is based on the facilities available, the remoteness

Case 3:04-cv-30121-MAP   Document 24-14   Filed 07/18/2005   Page 2 of 10
From (613) 998-3280   Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005   Page 12 of 39

I-32   Circulation   August 22, 2000



**Figure 7.** Obstruction by the tongue and epiglottis. When a victim is unconscious, the tongue and epiglottis can block the upper airway. The head tilt–chin lift opens the airway by lifting the tongue and epiglottis.



**Figure 8.** Head tilt–chin lift. This maneuver lifts the tongue to relieve airway obstruction.

from those facilities of the scene of collapse, and national and local practice. In the United States, for example, the EMS should be activated as soon as the adult victim is found to be unresponsive. In many countries in Europe, the EMS system is activated after the airway is opened, breathing is assessed, and the unresponsive victim is found to be not breathing. In Australia, the EMS system is activated after the rescuer delivers rescue breaths.

### Airway
If the victim is unresponsive, the rescuer will need to determine whether the victim is breathing adequately. To assess breathing, the victim should be supine (lying on his or her back) with an open airway.

### Position the Victim
For resuscitative efforts and evaluation to be effective, the victim must be supine and on a firm, flat surface. If the victim is lying face down, roll the victim as a unit so that the head, shoulders, and torso move simultaneously without twisting. The head and neck should remain in the same plane as the torso, and the body should be moved as a unit. The non-breathing victim should be supine with the arms alongside the body. The victim is now appropriately positioned for CPR.

### Rescuer Position
The trained rescuer should be at the victim's side, positioned to perform both rescue breathing and chest compression. The rescuer should anticipate the arrival of an AED, if appropriate, and should be prepared to operate it when it arrives.

### Open the Airway
When the victim is unresponsive/unconscious, muscle tone is decreased and the tongue and epiglottis may obstruct the pharynx (Figure 7).[172–175] The tongue is the most common cause of airway obstruction in the unresponsive victim. Because the tongue is attached to the lower jaw, when you move the lower jaw forward you will lift the tongue away from the back of the throat and open the airway. The tongue or the epiglottis,[175] or both, may also create an obstruction when negative pressure is created in the airway by spontaneous inspiratory effort; this creates a valve-type mechanism that can occlude the entrance to the trachea.

If there is no evidence of head or neck trauma, use the head tilt–chin lift maneuver described below (Figure 8) to open the airway. Remove any visible foreign material or vomitus from the mouth. Wipe liquids or semiliquids out of the mouth with fingers covered with a glove or piece of cloth. Extract solid material with a hooked index finger while keeping the tongue and jaw supported with the other hand.

### Head Tilt–Chin Lift Maneuver
To accomplish the head tilt maneuver, place one hand on the victim's forehead and apply firm, backward pressure with your palm, tilting the head back. To complete the head tilt–chin lift maneuver, place the fingers of your other hand under the bony part of the lower jaw near the chin. Lift the jaw upward to bring the chin forward and the teeth almost to occlusion (Figure 8). This maneuver supports the jaw and helps tilt the head back. Do not press deeply into the soft tissue under the chin, because this might obstruct the airway. Do not use your thumb to lift the chin. Open the victim's mouth to facilitate spontaneous breathing and to prepare for mouth-to-mouth breathing.

If the victim's dentures are loose, head tilt–chin lift facilitates creation of a solid mouth-to-mouth seal.[176] Remove the dentures if they cannot be kept in place.

### Jaw-Thrust Maneuver
The jaw-thrust without head tilt maneuver for airway opening should be taught to both lay rescuers and healthcare providers. Place one hand on each side of the victim's head, resting your elbows on the surface on which the victim is lying. Grasp the angles of the victim's lower jaw and lift with both hands (Figure 9). If the lips close, you can retract the lower lip with your thumb. If mouth-to-mouth breathing is necessary while you maintain the jaw thrust, close the victim's nostrils by placing your cheek tightly against them. This technique is very effective for opening the airway[177] but fatiguing and technically difficult for the rescuer.[176]



**Figure 9.** Jaw thrust without head tilt. The jaw is lifted without tilting the head. This is the airway maneuver of choice for a victim suspected of having sustained a cervical spine injury.

The jaw-thrust technique *without* head tilt is the safest initial approach to opening the airway of the victim with suspected neck injury because it usually can be done without extending the neck. Carefully support the head without tilting it backward or turning it from side to side.

*Recommendations for Opening the Airway*
The recommended technique for opening the airway must be simple, safe, easily learned, and effective. Because head tilt–chin lift meets these criteria, it should be the method of choice for lay rescuers performing BLS, and lay rescuers should use this technique unless trauma is suspected. Although all rescuers are taught both head tilt–chin lift and jaw thrust methods of opening the airway, the professional rescuers (BLS ambulance providers and other healthcare providers) should be proficient in both head tilt–chin lift and jaw thrust.

## Breathing

*Assessment: Check for Breathing*
To assess breathing, place your ear near the victim's mouth and nose while maintaining an open airway. Then, while observing the victim's chest, (1) *look* for the chest to rise and fall, (2) *listen* for air escaping during exhalation, and (3) *feel* for the flow of air. If the chest does not rise and fall and no air is exhaled, the victim is not breathing. This evaluation procedure should take no more than 10 seconds.

Most victims with respiratory or cardiac arrest have no signs of breathing. Occasionally, however, the victim will demonstrate abnormal and inadequate breathing. Some victims demonstrate apparent respiratory efforts with signs of upper airway obstruction. These victims may resume effective breathing when you open the airway. Some victims may have a patent airway but may make only weak, inadequate attempts to breathe. Reflex gasping respiratory efforts (agonal respirations) are another form of inadequate breathing that may be observed early in the course of primary cardiac arrest. Absent or inadequate respirations require rapid intervention with rescue breathing. If you are not *confident* that respirations are adequate, proceed immediately with rescue breathing. Lay rescuers are taught to provide rescue breathing if "normal" breathing is absent.

If a victim resumes breathing and regains signs of circulation (pulse, normal breathing, coughing, or movement) during or after resuscitation, continue to help the victim maintain an open airway. Place the victim in a recovery position if the victim maintains breathing and signs of circulation.

*Recovery Position*
The recovery position is used in the management of victims who are unresponsive but are breathing and have signs of circulation (Class Indeterminate). When an unresponsive victim is lying supine and breathing spontaneously, the airway may become obstructed by the tongue or mucus and vomit. These problems may be prevented when the victim is placed on his or her side, because fluid can drain easily from the mouth.

Some compromise is needed between ideal position for maximum airway patency and optimal position to allow monitoring and support with good body alignment. A modified lateral position is used because a true lateral posture tends to be unstable, involves excessive lateral flexion of the cervical spine, and results in less free drainage from the mouth. A near-prone position, on the other hand, can hinder adequate ventilation because it splints the diaphragm and reduces pulmonary and thoracic compliance.[178] Several versions of the recovery position exist, each with its own advantages. No single position is perfect for all victims. When deciding which position to use, consider 6 principles[179]:

1. The victim should be in as near a true lateral position as possible, with the head dependent to allow free drainage of fluid.
2. The position should be stable.
3. Avoid any pressure on the chest that impairs breathing.
4. It should be possible to turn the victim on his or her side and to return to the back easily and safely, with concern for a possible cervical spine injury.
5. Good observation of and access to the airway should be possible.
6. The position itself should not cause an injury to the victim.

It is particularly important to avoid injury to the victim when turning the victim.[180,181] If trauma is present or suspected, the victim should be moved only if an open airway cannot otherwise be maintained. This might be the case if, for example, a lone rescuer needs to leave the victim to get help. Monitor the victim, particularly for impairment of blood flow in the lowermost arm.[182,183] If the victim remains in the recovery position for >30 minutes, turn the victim to the opposite side. Although no single specific recovery position can be recommended, the one illustrated (Figure 10) is suitable for training purposes.

*Provide Rescue Breathing*
When providing rescue breathing, you must inflate the victim's lungs adequately with each breath.



**Figure 10.** The recovery position.

*Mouth-to-Mouth Breathing*

Mouth-to-mouth rescue breathing is a quick, effective way to provide oxygen and ventilation to the victim.[184] Your exhaled breath contains enough oxygen to supply the victim's needs.[184] To provide rescue breaths, hold the victim's airway open, pinch the nose, and make a seal with your mouth over the victim's mouth. Rest the palm of one hand on the victim's forehead and pinch the victim's nose closed with your thumb and index finger. Pinching the nose will prevent air from escaping through the victim's nose. Take a deep breath and seal your lips around the victim's mouth, creating an airtight seal. Give slow breaths, delivering each breath over 2 seconds, making sure the victim's chest rises with each breath. Be prepared to deliver approximately 10 to 12 breaths per minute (1 breath every 4 to 5 seconds) if rescue breathing alone is required (see Figure 11).

The number of breaths delivered to initiate rescue breathing/ventilation varies throughout the world, and there is no data to suggest superiority of one number over the other. In the United States, 2 breaths are provided. In Europe, Australia, and New Zealand, 5 breaths are provided to initiate resuscitation. Each approach has its advantages. Delivery of fewer breaths will shorten the time to assessment of circulation/pulse and attachment of an AED (and possible defibrillation), but delivery of a greater number of breaths may help to correct hypoxia and hypercarbia. In the absence of data to support one number of breaths over another, it is appropriate to deliver 2 to 5 initial breaths, according to local custom.

Gastric inflation frequently develops during mouth-to-mouth ventilation.[185,186] Gastric inflation can produce serious complications, such as regurgitation,[187-189] aspiration,[190] or pneumonia.[191] It also increases intragastric pressure,[185,186,190-195] elevates the diaphragm, restricts lung movements, and decreases respiratory system compliance.[185,196,197] Gastric inflation occurs when the pressure in the esophagus exceeds the lower esophageal sphincter opening pressure, causing the sphincter to open so that air delivered during rescue breaths enters the stomach instead of the lungs.[185,196-201] During cardiac arrest, the likelihood of gastric inflation increases because the lower esophageal sphincter relaxes.[198] Factors that contribute to creation of a high esophageal pressure and gastric inflation during rescue breathing include a short inspiratory time, a large tidal volume, and a high peak airway pressure.

Previous guidelines recommended that rescue breaths provide a tidal volume of 800 to 1200 mL delivered over 1 to 2 seconds.[49] With respect to gastric inflation, a substantially smaller tidal volume would be safer but is ineffective in maintaining adequate arterial oxygen saturation unless supplemental oxygen can be delivered via a face mask or bag-valve mask.[202,203]

To reduce the risk of gastric inflation during mouth-to-mouth ventilation, deliver slow breaths at the lowest tidal volume that will still make the chest visibly rise with each ventilation. For mouth-to-mouth ventilation in most adults, this volume will be approximately 10 mL/kg (approximately 700 to 1000 mL) and should be delivered over 2 seconds (Class IIa). This recommendation represents a slightly decreased range of tidal volume compared with previous guidelines, and it uses the upper limit of inspiratory time recommended in the previous guidelines. This new recommendation is intended to reduce the risk of gastric inflation (and its serious consequences) while maintaining adequate arterial oxygen saturation during respiratory and cardiac arrest.

If you take a deep breath before each ventilation, you will optimize your exhaled gas composition, ensuring that you will provide as much oxygen as possible to the victim.[204] You are providing adequate ventilation if you see the chest rise and fall with each breath and you hear and feel the air escape during exhalation. When possible (eg, during 2-rescuer CPR), maintain airway patency to allow unimpeded exhalation between rescue breaths.

If initial (or subsequent) attempts to ventilate the victim are unsuccessful, reposition the victim's head and reattempt rescue breathing. Improper chin and head positioning is the most common cause of difficulty with ventilation. If the victim cannot be ventilated after repositioning of the head, the healthcare provider (but *not* the lay rescuer) should proceed with maneuvers to relieve FBAO (see "Foreign-Body Airway Obstruction Management" below).

*Mouth-to-Nose Breathing*

The mouth-to-nose method of ventilation is recommended when it is impossible to ventilate through the victim's mouth, the mouth cannot be opened (trismus), the mouth is seriously injured, or a tight mouth-to-mouth seal is difficult to achieve.[205] Mouth-to-nose breathing may be the best method of providing ventilation while rescuing a submersion victim



**Figure 11.** Mouth-to-mouth rescue breathing.

Case 3:04-cv-30121-MAP   Document 24-14   Filed 07/18/2005   Page 5 of 10
From (613) 998-3280        Order # 05575857DP04611013      Wed Jun 29 12:26:06 2005      Page 15 of 39

Part 3: Adult Basic Life Support    I-35



**Figure 12.** Mouth-to-nose rescue breathing.

from the water. The rescuer's hands often will be used to support the victim's head and shoulders during rescue. The mouth-to-nose technique may enable the rescuer to begin rescue breathing as soon as the victim's head is out of the water.

To provide mouth-to-nose breathing, tilt the victim's head back with one hand on the forehead and use the other hand to lift the victim's mandible (as in head tilt–chin lift) and close the victim's mouth.[175] Take a deep breath, seal your lips around the victim's nose, and exhale into the victim's nose. Then remove your lips from the victim's nose, allowing passive exhalation (Figure 12). It may be necessary to open the victim's mouth intermittently and separate the lips with the thumb to allow free exhalation; this is particularly important if partial nasal obstruction is present.[206]

*Mouth-to-Stoma Breathing*
A tracheal stoma is a permanent opening at the front of the neck that extends from the surface of the skin into the trachea (Figure 13A).[207] When a person with a tracheostomy requires rescue breathing, direct mouth-to-stoma ventilation should be performed. Place your mouth over the stoma, making an airtight seal around the stoma. Blow into the stoma until the chest rises (Figure 13B). Then remove your mouth from the patient, allowing passive exhalation.

A tracheostomy tube may be present in the tracheal stoma. This tube must be patent for either spontaneous ventilation or rescue breathing to occur. If the tube is not patent and you are unable to clear an obstruction or any secretions, remove and replace the tube. If a second tube is unavailable and the original tube is obstructed, remove the tube and provide rescue breathing through the stoma. If a significant volume of air escapes through the victim's nose and mouth during ventilation through the tracheostomy, seal the victim's mouth and nose with your hand or a tightly fitting face mask. Air escape is alleviated if you can provide ventilation through a tracheostomy tube with an inflated cuff.



**Figure 13.** Mouth-to-stoma rescue breathing. A, Stoma; B, mouth-to-stoma.

*Mouth-to–Barrier Device Breathing*
Some rescuers prefer to use a barrier device during mouth-to-mouth ventilation. The use of barrier devices should be encouraged for rescuers who may perform CPR in areas outside the home, such as the workplace. Two broad categories of barrier devices are available: mouth-to-mask devices and face shields. Mouth-to-mask devices typically have a 1-way valve so that the victim's exhaled air does not enter the rescuer's mouth. Face shields usually have no exhalation valve, and the victim's expired air escapes between the shield and the victim's face. Barrier devices should have a low resistance to gas flow so that they do not impede ventilation.

*Mouth-to–Face Shield Rescue Breathing*
Unlike mouth-to-mask devices, face shields have only a clear plastic or silicone sheet that separates the rescuer from the victim. The opening of the face shield is placed over the victim's mouth. In some models a short (1- to 2-inch) tube is part of the shield. If a tube is present, insert the tube in the victim's mouth, over the tongue. Pinch the victim's nose closed and seal your mouth around the center opening of the face shield while maintaining head tilt–chin lift or jaw thrust. Provide slow breaths (2 seconds each) through the 1-way valve or filter in the center of the face shield, allowing the victim's exhaled air to escape between the shield and the victim's face when you lift your mouth off the shield between breaths (Figure 14).

I-36   *Circulation*   August 22, 2000



**Figure 14.** Face shield. The shield is placed over the mouth and nose with the opening at the center of the shield placed over the victim's mouth. The technique of rescue breathing is the same as for mouth-to-mouth.

The face shield should remain on the victim's face during chest compressions and ventilations. If the victim begins to vomit during rescue efforts, immediately turn the victim onto his side, remove the face shield, and clear the airway. Proximity to the victim's face and the possibility of contamination if the victim vomits are major disadvantages of face shields.[208,209] In addition, the efficacy of face shields has not been documented conclusively. For these reasons, healthcare professionals and rescuers with a duty to respond should use face shields only as a substitute for mouth-to-mouth breathing and should use mouth-to-mask or bag-mask devices at the first opportunity.[210,211]

Tidal volumes and inspiratory times for rescuer breathing through barrier devices should be the same as those for mouth-to-mouth breathing (in an adult, a tidal volume of approximately 10 mL/kg or 700 to 1000 mL delivered over 2 seconds and sufficient to make the chest rise clearly).

*Mouth-to-Mask Rescue Breathing*
A transparent mask with or without a 1-way valve is used in mouth-to-mask breathing. The 1-way valve directs the rescuer's breath into the victim while diverting the victim's exhaled air away from the rescuer. Some devices include an oxygen inlet that permits administration of supplemental oxygen.

Mouth-to-mask ventilation is particularly effective because it allows the rescuer to use 2 hands to create a mask seal. There are 2 possible techniques for using the mouth-to-mask device. The first technique positions the rescuer above the victim's head (cephalic technique). This technique can be used by a single rescuer when the patient is in respiratory arrest (but not cardiac arrest) or during performance of 2-rescuer CPR. A jaw thrust is used in the cephalic technique, which has the advantage of positioning the rescuer so that the rescuer is facing the victim's chest while performing rescue breathing (see Figure 15A and 15B).

In the second technique (lateral technique), the rescuer is positioned at the victim's side and uses head tilt–chin lift. The lateral technique is ideal for performing 1-rescuer CPR, because the rescuer can maintain the same position for both rescue breathing and chest compressions (see Figure 16).

*Cephalic technique.* Position yourself directly above the victim's head and perform the following steps:



**Figure 15.** Mouth-to-mask, cephalic technique. A, Using thumb and thenar eminence on the top of the mask. B, Circling the thumb and first finger around the top of the mask.

- Apply the mask to the victim's face, using the bridge of the nose as a guide for correct position.
- Place your thumbs and thenar eminence (portion of the palm at the base of the thumb) along the lateral edges of the mask.
- Place the index fingers of both hands under the victim's mandible and lift the jaw into the mask as you tilt the head back. Place your remaining fingers under the angle of the jaw (Figure 15A).
- While lifting the jaw, squeeze the mask with your thumbs and thenar eminence to achieve an airtight seal (see jaw thrust).
- Provide slow rescue breaths (2 seconds) while observing for chest rise.

An alternative method for the cephalic technique is to use the thumb and first finger of each hand to make a complete seal around the edges of the mask. Use the remaining fingers to lift the angle of the jaw and extend the neck (Figure 15B). With either variation of the cephalic technique, the rescuer uses both hands to hold the mask and open the airway. In victims with suspected head or neck (potential cervical spine) injury, lift the mandible at the angles of the jaw but do not tilt the head.

*Lateral technique.* Position yourself beside the victim's head to provide rescue breathing and chest compressions:

- Apply the mask to the victim's face, using the bridge of the nose as a guide for correct position.
- Seal the mask by placing your index finger and thumb of the hand closer to the top of the victim's head along the border of the mask and placing the thumb of your other hand along the lower margin of the mask.
- Place your remaining fingers on the hand closer to the victim's feet along the bony margin of the jaw and lift the jaw while performing a head tilt–chin lift (Figure 16).
- Compress firmly and completely around the outside margin of the mask to provide a tight seal.
- Provide slow rescue breaths while observing for chest rise.

Effective use of the mask requires instruction and supervised practice. During 2-rescuer CPR, the mask can be used in a variety of ways. The most appropriate method will depend on the experience of personnel and equipment available. Oral airways and cricoid pressure may be used with mouth-to-mask and any other form of rescue breathing.

If oxygen is not available, tidal volumes and inspiratory times for mouth-to-mask ventilation should be the same as for mouth-to-mouth breathing (in an adult, a tidal volume of approximately 10 mL/kg or 700 to 1000 mL delivered over 2 seconds and sufficient to make the chest rise clearly). If supplemental oxygen is used with the face mask, a minimum flow rate of 10 L/min provides an inspired concentration of oxygen $\geq 40\%$.[212] When oxygen is provided, lower tidal volumes are recommended (tidal volume of approximately 6 to 7 mL/kg or 400 to 600 mL given over 1 to 2 seconds until the chest rises) (Class IIb).[3] The smaller tidal volumes are effective for maintaining adequate arterial oxygen saturation, provided that supplemental oxygen is delivered to the device, but these smaller volumes will not maintain normocarbia.[202] These volumes will reduce the risk of gastric inflation[185,186] and its serious consequences.[185,187–191,196,197]

*Bag-Mask Device*
Bag-mask devices used in the prehospital setting consist of a self-inflating bag and a nonrebreathing valve attached to a face mask. These devices provide the most common method of delivering positive-pressure ventilation in both the EMS and hospital settings. Most commercially available adult bag-mask units have a volume of approximately 1600 mL, which is usually adequate to produce lung inflation. In several studies, however, many rescuers were unable to deliver adequate tidal volumes to unintubated manikins.[213–217] Adult bag-mask units may provide a smaller tidal volume than mouth-to-mouth or mouth-to-mask ventilation because the lone rescuer may have difficulty obtaining a leak-proof seal to the face while squeezing the bag and maintaining an open airway. For this reason, self-inflating bag-mask units are most effective when 2 trained and experienced rescuers work together, one sealing the mask to the face and the other squeezing the bag slowly over 2 seconds (Figure 17). In fact,



**Figure 16.** Mouth-to-mask, lateral technique. The lateral technique allows the rescuer to perform 1-rescuer CPR from a fixed position at the side of the victim.



**Figure 17.** Two-rescuer use of the bag mask. The rescuer at the head uses the thumb and first finger of each hand to provide a complete seal around the edges of the mask. Use the remaining fingers to lift the mandible and extend the neck while observing chest rise. The other rescuer slowly squeezes the bag (over 2 seconds) until he observes chest rise.

I-38   *Circulation*   **August 22, 2000**

in some countries (eg, Australia), bag-mask ventilation during BLS CPR is performed by 2 rescuers.

There are significant advantages to the use of small tidal volumes during resuscitation. Small tidal volume will reduce the risk of gastric inflation and its consequences, but it does risk the development of hypoxia and hypercarbia and their complications.[217a] The use of small tidal volumes with oxygen supplementation during resuscitation has been evaluated in laboratory[186,193–195,218,219] and clinical[194,218–220] settings. With smaller tidal volumes, airway pressure does not exceed the victim's lower esophageal sphincter pressure,[185,196–198] so lower tidal volumes will reduce gastric inflation and its potential consequences of regurgitation,[187–189] aspiration,[190] and pneumonia.[191] Supplementary oxygen will ensure maintenance of oxygen saturation at these smaller tidal volumes.[202]

If supplementary oxygen (minimum flow rate of 8 to 12 L/min with oxygen concentration ≥40%) is available, the rescuer skilled in bag-mask ventilation should attempt to deliver a smaller tidal volume (6 to 7 mL/kg or approximately 400 to 600 mL) over 1 to 2 seconds (Class IIb). Of course, in the clinical setting, the actual tidal volume delivered is impossible to determine. Tidal volume can be titrated to provide sufficient ventilation to maintain oxygen saturation and produce visible chest expansion. The tidal volume should be sufficient to make the chest rise. It is important to note that this smaller tidal volume may be associated with the development of hypercarbia.[217a]

If oxygen is not available, the rescuer should attempt to deliver the same tidal volume recommended for mouth-to-mouth ventilation (10 mL/kg, 700 to 1000 mL) over 2 seconds. This tidal volume should result in very obvious chest rise.

An adult bag-mask device should have the following features:

- A nonjam inlet valve system allowing a maximum oxygen inlet flow of 30 L/min
- Either no pressure relief valve or, if a pressure relief valve is present, the pressure relief valve must be capable of being closed
- Standard 15-mm/22-mm fittings
- An oxygen reservoir to allow delivery of high concentrations of oxygen[221]
- A nonrebreathing outlet valve that cannot be obstructed by foreign material
- Ability to function satisfactorily under common environmental conditions and extremes of temperature

*Technique.* Bag-mask ventilation technique requires instruction and practice. The rescuer should be able to use the equipment effectively in a variety of situations.

If you are the only rescuer providing respiratory support, position yourself at the top of the victim's head. If there is no concern about neck injury, tilt the victim's head back and place it on a towel or pillow to achieve the sniffing position. Apply the mask to the victim's face with one hand, using the bridge of the nose as a guide for correct position. Place the third, fourth, and fifth fingers of that hand along the bony portion of the mandible, and place the thumb and index



**Figure 18.** One-rescuer use of the bag mask. The rescuer circles the top edges of the mask with her index and first finger and lifts the jaw with the remaining fingers. The bag is squeezed while the rescuer observes chest rise. Mask seal is key to the successful use of the bag mask.

fingers of the same hand on the mask. Maintain head tilt and jaw thrust to keep the airway patent and snug against the mask (Figure 18).

Compress the bag with your other hand and watch the chest to be sure it rises, indicating that ventilation is adequate. Deliver each breath over 2 seconds (using 1 to 2 seconds when you deliver smaller tidal volumes with oxygen supplementation). You may want to compress the bag against your body to achieve the selected tidal volume. It is critical to maintain an airtight seal during delivery of each breath.

Effective ventilation is more likely to be provided when 2 rescuers use the bag-mask system: 1 rescuer holds the mask and 1 rescuer squeezes the bag (Figure 17). The techniques for holding the mask are the same as for mouth-to-mask devices described above. If a third rescuer is available, cricoid pressure may be applied.

Bag-mask ventilation is a complex technique that requires considerable skill and practice. Such skill is difficult to maintain when used infrequently. Accordingly, alternative airway devices such as the laryngeal mask airway and the esophageal-tracheal Combitube are being introduced within the scope of BLS practice for healthcare providers. These devices are generally easier to insert than tracheal tubes, but they allow similar support of ventilation. These devices may provide acceptable alternatives to bag-mask ventilation for healthcare providers who are well trained and have sufficient opportunities to use these devices (Class IIb). A detailed explanation of these devices is found in Part 6 of this document (see "Adjuncts for Oxygenation, Ventilation, and Airway Control").

### Cricoid Pressure

The cricoid pressure technique applies pressure to the victim's cricoid cartilage. This pushes the trachea posteriorly, compressing the esophagus against the cervical vertebrae during rescue breathing. Cricoid pressure is effective in preventing gastric inflation, reducing the risk of regurgitation and aspiration.[222,225] It should be used only if the victim is unconscious. Proper use of the cricoid pressure technique

Case 3:04-cv-30121-MAP    Document 24-14    Filed 07/18/2005    Page 9 of 10
From (613) 998-3280    Order # 05575857DP04611013    Wed Jun 29 12:26:06 2005    Page 19 of 39

Part 3: Adult Basic Life Support    I-39



**Figure 19.** Cricoid pressure (Sellick maneuver).

requires an additional rescuer to provide cricoid pressure alone, without diversion to other resuscitation activities. As a result, this technique should be used only by healthcare professionals when an extra rescuer is present. This means that during "2"-rescuer CPR, 3 rescuers would actually be required: 1 rescuer to perform rescue breathing, 1 to perform chest compressions, and 1 to apply cricoid pressure.

The technique for applying cricoid pressure is as follows:

1. Locate the thyroid cartilage (Adam's apple) with your index finger.
2. Slide your index finger to the base of the thyroid cartilage and palpate the prominent horizontal ring below (cricoid cartilage).
3. Using the tips of your thumb and index finger, apply firm backward pressure to the cricoid cartilage (Figure 19).

Apply moderate rather than excessive pressure on the cricoid. Use of moderate pressure is particularly important if the victim is small.

### Rescue Breathing Without Chest Compressions

Deliver 2 initial breaths slowly over 2 seconds each, allowing complete exhalation between breaths to diminish the likelihood of exceeding the esophageal opening pressure. This technique should result in less gastric inflation, regurgitation, and aspiration. For respiratory arrest, when chest compressions are not being performed, provide approximately 10 to 12 breaths per minute (1 breath every 4 to 5 seconds). Check every few minutes to ensure that the victim continues to show signs of circulation (see next section).

### Circulation

#### Assessment: No Pulse Check for Lay Rescuers

Since the first resuscitation guidelines were published in 1968, the pulse check has been the "gold standard" method of determining whether the heart was beating. In the sequence of CPR, the absence of a pulse indicates cardiac arrest and the need to provide chest compressions. In the current era of early defibrillation, absence of a pulse is an indication for the attachment of the AED. Since 1992 several published studies have called into question the validity of the pulse check as a

**TABLE 3. Sensitivity, Specificity, and Reliability of Pulse Check: Performance of Pulse Check as a Diagnostic Test**

|  | Pulse Is Present | Pulse Is Absent | Totals |
|---|---|---|---|
| Rescuer thinks pulse is present | 81<br>(Sensitivity: correct positive result of pulse check÷all times a pulse was actually present)<br>**a** | 6<br><br>**b** | 87<br>(No. of times rescuer thought pulse present=a+b) |
| Rescuer thinks pulse is absent | 66<br><br>**c** | 53<br>(Specificity: correct negative result of pulse check÷all times there actually was no pulse)<br>**d** | 119<br>(No. of times rescuer thought pulse absent=c+d) |
| Totals | 147<br>(Total number of study opportunities where a pulse was actually present=a+c) | 59<br>(Total number of study opportunities where a pulse was actually absent=b+d) | 206<br>(Total study opportunities=a+b+c+d) |

Calculations derived from above:
a. Positive predictive value: Of the total times the rescuer thinks a pulse is present (total=87 times), a pulse *is* present=81/87 times=93%.
b. Negative predictive value: Of the total times the rescuer thinks a pulse is absent (total=119 times), a pulse *is* absent=53/119=45%.
c. Sensitivity: Rescuer's ability to detect a pulse when one actually is present=81/147=55%.
d. Specificity: Rescuer's ability to recognize that a pulse is absent when a pulse actually is absent=53/59=90%.
e. Accuracy="rescuer correct"/total=(81 pulse correctly found + 53 pulse correctly thought absent)/206=65%.

Modified from Cummins RO, Hazinski MF. Cardiopulmonary resuscitation techniques and instruction: when does evidence justify revision? *Ann Emerg Med.* 1999;34:780–784. Based on data from Eberle B, Dick WF, Schneider T, Wisser G, Doetsch S, Tzanova I. Checking the carotid pulse: diagnostic accuracy of first responders in patients with and without a pulse. *Resuscitation.* 1996;33:107–116.

Case 3:04-cv-30121-MAP   Document 24-14   Filed 07/18/2005   Page 10 of 10
From (613) 998-3280   Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005   Page 20 of 39

I-40   *Circulation*   August 22, 2000

test for cardiac arrest, particularly when used by laypersons.[226-235] This research has used manikin simulation,[231] unconscious patients undergoing cardiopulmonary bypass,[235] unconscious mechanically ventilated patients,[232] and conscious "test persons."[227,232] These studies conclude that as a diagnostic test for cardiac arrest, the pulse check has serious limitations in accuracy, sensitivity, and specificity.

When lay persons use the pulse check, they require a long time to decide whether a pulse is present. They then fail in 1 of 10 times to recognize the absence of a pulse or cardiac arrest (poor sensitivity). When lay rescuers assess unresponsive victims who do have a pulse, the rescuers miss the pulse in 4 of 10 times (poor specificity). Details of the published studies include the following conclusions:

1. Rescuers require far too much time to perform the pulse check: The majority of all rescue groups, including laypersons, medical students, paramedics, and physicians, take much longer than the recommended 5 to 10 seconds to check for the carotid pulse. In one study, half of the rescuers required more than 24 seconds to decide whether a pulse was present. With survival from VF falling by 7% to 10% for every minute defibrillation is delayed, time allotted to assessment of circulation must be brief. Only 15% of the participants correctly confirmed the presence of a pulse within 10 seconds, the maximum time currently allotted for a pulse check.[235]
2. When considered as a diagnostic test, the pulse check is extremely inaccurate. This accuracy can be expressed in a classic 2×2 matrix, based on results from a representative study[235] (Table 3) and summarized as follows:
   a. Specificity (ability to correctly identify victims who have NO pulse and ARE in cardiac arrest) is only 90%: When *subjects were pulseless*, rescuers thought a pulse was present approximately 10% of the time. By mistakenly thinking a pulse IS present when it is not, rescuers will fail to provide chest compressions and will not attach an AED for 10 of every 100 people in cardiac arrest. The consequences of such errors would be death without possibility of resuscitation for 10 of every 100 victims of cardiac arrest.
   b. Sensitivity (ability to correctly recognize victims who HAVE a pulse and ARE NOT in cardiac arrest) was only 55%. When the pulse was *present*, the rescuers assessed the pulse as being *absent* approximately 45% of the time. By erroneously thinking a pulse was absent, rescuers would provide chest compressions for approximately 4 of 10 potential victims who do not need them and would attach an AED, if available.
3. The overall accuracy was only 65%, leaving an error rate of 35%.

On review of this and other data, the experts and delegates at the 1999 Evidence Evaluation Conference and the International Guidelines 2000 Conference concluded that the pulse check could not be recommended as a tool for lay rescuers to identify victims of cardiac arrest in the CPR sequence. If rescuers use the pulse check to identify victims of cardiac arrest, they will "miss" true cardiac arrest at least 10 times out of 100. In addition, rescuers will provide unnecessary chest compressions (and may attach an AED) for many victims who are not in cardiac arrest and do not require such intervention. This error is less serious but still undesirable. The more serious error in this situation is clearly the potential failure to intervene for victims of cardiac arrest who require immediate intervention to survive.

Therefore, *the lay rescuer should not rely on the pulse check to determine the need for chest compressions or use of an AED. Lay rescuers should not perform the pulse check and will not be taught the pulse check in CPR courses* (Class IIa). Instead, lay rescuers will be taught to assess for "signs of circulation," including normal breathing, coughing, or movement, in response to the rescue breaths. This guideline recommendation applies to *victims of any age. Healthcare providers should continue to use the pulse check as one of several signs of circulation.* Other signs of circulation include breathing, coughing, or movement.

It is expected that this guideline change will result in more rapid and more accurate identification of cardiac arrest. It should eliminate delays in provision of chest compressions and use of the AED. Most important, it should reduce the missed opportunities to provide CPR and early defibrillation for victims in cardiac arrest.

### Assessment: Check for Signs of Circulation

These guidelines often refer to assessment of "signs of circulation." For the *lay rescuer*, this means the following: deliver initial rescue breaths and evaluate the victim for normal breathing, coughing, or movement in response to the rescue breaths. The lay rescuer will look, listen, and feel for breathing while scanning the victim for signs of other movement. Lay rescuers should look for "normal breathing" to minimize confusion with agonal respirations.

When healthcare professionals assess signs of circulation, they add a pulse check while simultaneously evaluating the victim for breathing, coughing, or movement. Professional rescuers are instructed to look for "breathing" because they are trained to distinguish between agonal breathing and other forms of ventilation not associated with cardiac arrest.

*In practice, the assessment for signs of circulation for the lay rescuer is performed as follows:*

1. Provide initial rescue breaths to the unresponsive, nonbreathing victim.
2. Look for signs of circulation.
   a. With your ear near the victim's mouth, look, listen, and feel for normal breathing or coughing.
   b. Quickly scan the victim for any signs of movement.
3. If the victim is not breathing normally, coughing, or moving, immediately begin chest compressions.

This assessment should take no more than 10 seconds. Healthcare providers should perform a pulse check in conjunction with assessment for signs of circulation. If you are not *confident* that circulation is present, begin chest compressions immediately.

When a pulse check is performed for the victim >1 year of age, the carotid artery is the preferred artery to palpate, although the femoral artery may be used as an alternative. Pulses will persist in these arteries even when hypotension and poor perfusion cause peripheral pulses to disappear. To