

**Figure 20.** Checking the carotid pulse. A, Locate the trachea. B, Gently feel for the carotid pulse.

locate the carotid artery, maintain a head tilt with one hand on the victim's forehead and locate the trachea with 2 or 3 fingers of the other hand (Figure 20A). Slide these 2 or 3 fingers into the groove between the trachea and the muscles at the side of the neck, where the carotid pulse can be felt (Figure 20B). Use only gentle pressure so that you do not compress the artery. The artery on the side of the neck toward you is typically most readily palpated.

### Provide Chest Compressions

Chest compressions for CPR are serial, rhythmic applications of pressure over the lower half of the sternum.[236] These compressions create blood flow by increasing intrathoracic pressure or directly compressing the heart.[237,238] Blood circulated to the lungs by chest compressions, accompanied by properly performed rescue breathing, will most likely deliver adequate oxygen to the brain and other vital organs until defibrillation can be performed.

Theoretical,[239,240] animal,[237,241-244] and human[245,246] data supports a rate of chest compression >80 per minute to achieve optimal forward blood flow during CPR. For this reason, a compression rate of 100 per minute is recommended (Class IIb). The compression rate refers to the *speed* of compressions, *not to the actual number* of compressions delivered in 1 minute. A compression rate of approximately 100 per minute will result in delivery of *fewer than* 100 compressions per minute by the single rescuer who must interrupt chest compressions to deliver rescue breaths. The actual number of chest compressions delivered per minute depends on the accuracy and consistency of the rate of chest compressions and the time the rescuer requires to open the airway and deliver rescue breaths.

Previous versions of the adult BLS guidelines recommended a ratio of 15 compressions to 2 ventilations for 1-rescuer CPR and a ratio of 5 compressions to 1 ventilation for 2-rescuer CPR.[49,179] A ratio of 15:2 provides more chest compressions per minute (approximately 64 versus 50) than a ratio of 5:1.[247] There is evidence to suggest that adult cardiac arrest victims are more likely to be saved if a higher number of chest compressions are delivered during CPR, even if the victims receive fewer ventilations.[68,248] The quality of rescue breathing and chest compressions is not affected by compression-ventilation ratio.[247]

During cardiac arrest, the coronary perfusion pressure gradually rises with the performance of sequential compressions.[248] This pressure is higher after 15 uninterrupted chest compressions than it is after 5 chest compressions.[248] Therefore, after each pause for ventilation, several compressions must be performed before previous levels of brain and coronary perfusion are reestablished.[248] For these reasons, a ratio of 15 compressions to 2 ventilations is recommended for 1 *or* 2 rescuers (Class IIb) until the airway is secured. This applies to adult BLS provided by both laypersons and healthcare providers. Research is ongoing to determine the benefits of further increasing the number of compressions between ventilations during CPR. Once the airway is secured (protected) with a cuffed tracheal tube (as discussed in the ACLS guidelines), compressions may be continuous and ventilations may be asynchronous, with a ratio of 5 compressions to 1 ventilation.

During actual CPR, rescuers often compress at a slower rate than 100 per minute.[248,249] For teaching and during performance of CPR, therefore, some form of audio timing prompt may help to achieve the recommended compression rate of approximately 100 per minute (Class IIb).[250,251]

The victim must be in the horizontal, supine position on a firm surface during chest compressions to optimize the effect of the compressions and blood flow to the brain. When the head is elevated above the heart, blood flow to the brain is reduced or eliminated. If the victim cannot be removed from a bed, place a rigid board, preferably the full width of the bed, under the victim's back to avoid diminished effectiveness of chest compression.

### Chest Compression Technique

Proper hand placement is established by identifying the lower half of the sternum. The guidelines below may be used, or you may choose alternative techniques to identify the lower sternum.

1. Place your fingers on the lower margin of the victim's rib cage on the side nearer you (Figure 21A).
2. Slide your fingers up the rib cage to the notch where the ribs meet the lower sternum in the center of the lower part of the chest.
3. Place the heel of one hand on the lower half of the sternum (Figure 21B) and the other hand on top of the first, so that the hands are parallel (Figure 21C). Be sure the long axis of the heel of your hand is placed on the long axis of the sternum. This will keep the main force

I-42    Circulation    August 22, 2000





**Figure 21.** Positioning the rescuer's hands on the lower half of the sternum. The rescuer should (A) locate the margin of the rib using first and second finger of the hand closer to the victim's feet, (B) follow the rib margin to the base of the sternum (xiphoid process) and place his or her hand above the fingers (on the lower half of the sternum), and (C) place the other hand directly over the hand on the sternum.

of compression on the sternum and decrease the chance of rib fracture. Do not compress over the lowest portion of the base of the sternum (the xiphoid process).
4. Your fingers may be either extended or interlaced but should be kept off the chest.

If you have difficulty creating sufficient force during compressions, an acceptable alternative hand position is to grasp the wrist of the hand on the chest with your other hand and push downward with both. This technique is helpful for rescuers with arthritic hands and wrists.

*A simplified method of achieving correct hand position has also been used in various settings for teaching laypersons the chest compression technique.*\* To find a position on the lower half of the sternum, the rescuer is instructed to place the heel of one hand in the center of the chest between the nipples. This method has been used with success for >10 years in dispatcher-assisted CPR and other settings.\*

Effective compression is accomplished by attention to the following guidelines:

1. Lock the elbows in position, with the arms straightened. Position your shoulders directly over your hands so that the thrust for each chest compression is straight down on the sternum (Figure 22). If the thrust is not in a straight downward direction, the victim's torso has a tendency to roll; if this occurs, a part of the force of compressions will be lost, and the chest compressions may be less effective.
2. Depress the sternum approximately 1½ to 2 inches (4 to 5 cm) for the normal-sized adult. Rarely, in very small victims, lesser degrees of compression may be sufficient to generate a palpable carotid or femoral pulse. Alternatively, in large victims, sternal compression depth of 1½ to 2 inches (4 to 5 cm) may be inadequate, and a slightly greater depth of chest compression may be needed to generate a carotid or femoral pulse. Optimal sternal compression is generally gauged by identifying the compression force that generates a palpable carotid or femoral pulse.[168] However, this validation of pulses requires at least 2 healthcare providers (one provides compressions while the other attempts to palpate the pulse), and it may yield misleading results. Detection of a pulse during CPR does not necessarily mean that there is optimal or even adequate

---
\*References 35–37, 55, 56, 62, 63, 69, 252–254.



**Figure 22.** Position of the rescuer during compressions.

blood flow, because a compression wave may be palpated in the absence of effective blood flow. The best method of providing adequate compression force is to depress the sternum 1½ to 2 inches (4 to 5 cm) with each compression.

3. Release the pressure on the chest to allow blood to flow into the chest and heart. You must release the pressure completely and allow the chest to return to its normal position after each compression. Keep your hands in contact with the victim's sternum to maintain proper hand position. Chest compressions should be performed at a rate of approximately 100 per minute.
4. Effective cerebral and coronary perfusion has been shown to occur when 50% of the duty cycle is devoted to the chest compression phase and 50% to the chest relaxation phase.[239,249,255,256] Rescuers find this ratio reasonably easy to achieve with practice.[249]
5. To maintain correct hand position throughout the 15-compression cycle, do not lift your hands from the chest or change their position in any way. However, do allow the chest to recoil to its normal position after each compression.

Rescue breathing and chest compression must be combined for effective resuscitation of the victim of cardiopulmonary arrest. Research over the past 40 years has helped identify the mechanisms for blood flow during chest compression. In both animal models and humans, it appears that blood flow during CPR probably results from manipulation of intrathoracic pressure (thoracic pump mechanism) or direct cardiac compression.[236-238] The duration of CPR affects the mechanism of CPR.[257-261] In CPR of short duration, blood flow is generated more by the cardiac pump mechanism. When the duration of cardiac arrest or resuscitation with chest compressions is prolonged, the heart becomes less compliant. Only in this setting does the thoracic pump mechanism dominate. When the thoracic pump mechanism dominates, however, the cardiac output generated by chest compression decreases significantly.[256-261]

Over the past 20 years, there has been important research regarding techniques and devices to improve blood flow during CPR, including pneumatic vest CPR,[262] interposed abdominal compression CPR (IAC-CPR),[263-265] and active compression-decompression CPR (ACD-CPR).[266-272] Recent evaluation of these devices in humans[254,262-272] has resulted in more specific recommendations for their use. The interested reader will find a more expanded discussion of this topic in Part 6 of this publication.

During cardiac arrest, properly performed chest compressions can produce systolic arterial blood pressure peaks of 60 to 80 mm Hg, but diastolic blood pressure is low.[261] Mean blood pressure in the carotid artery seldom exceeds 40 mm Hg.[261] Cardiac output resulting from chest compressions is probably only one fourth to one third of normal and decreases during the course of prolonged conventional CPR.[261] You can optimize blood flow during chest compression if you use the recommended chest compression force and chest compression duration and maintain a chest compression rate of approximately 100 per minute.[255]

Airway-breathing-circulation ("ABC") is the specific sequence used to initiate CPR in the United States and in the ILCOR Guidelines. In The Netherlands, however, "CAB" (compression-airway-breathing) is the common sequence of CPR, with resuscitation outcomes similar to those reported for the ABC protocol in the United States.[273] No human studies have directly compared the ABC technique of resuscitation with CAB. Hence, a statement of relative efficacy cannot be made and a change in present teaching is not warranted. Both techniques are effective.

### Compression-Only CPR

Mouth-to-mouth rescue breathing is a safe and effective technique that has saved many lives. Despite decades of experience indicating its safety for victims and rescuers alike, some published surveys have documented reluctance on the part of professional and lay rescuers to perform mouth-to-mouth ventilation for unknown victims of cardiac arrest. This reluctance is related to fear of infectious disease transmission.[274-278] If a person is unwilling or unable to perform mouth-to-mouth ventilation for an adult victim, chest compression–only CPR should be provided rather than no attempt at CPR being made (Class IIa).

Current evidence indicates that the outcome of chest compression without mouth-to-mouth ventilation is significantly better than *no* CPR at all in the setting of adult cardiac arrest.[64-68] Some evidence in animal models and limited adult clinical trials suggests that positive-pressure ventilation is not essential during the initial 6 to 12 minutes of adult CPR.[64-67] The Cerebral Resuscitation Group of Belgium also showed

no difference in outcome of CPR between victims who received mouth-to-mouth ventilation with chest compression and those who received compressions only.[68]

Several mechanisms may account for the effectiveness of chest compression alone. Studies have demonstrated that spontaneous gasping can maintain near-normal minute ventilation, $Paco_2$, and $Pao_2$ during CPR without positive-pressure ventilation.[66,279] Because the cardiac output generated during chest compression is only 25% of normal, there is also a reduced requirement for ventilation to maintain optimal ventilation/perfusion relationships.[280,281]

Chest compression–only CPR is recommended *only* in the following circumstances:

1. When a rescuer is unwilling or unable to perform mouth-to-mouth rescue breathing (Class IIa), or
2. For use in dispatcher-assisted CPR instructions where the simplicity of this modified technique allows untrained bystanders to rapidly intervene (Class IIa).

### *Cough CPR*

Self-initiated CPR is possible. Its use, however, is limited to clinical situations in which the patient has a monitored cardiac arrest, the arrest was recognized before loss of consciousness, and the patient can cough forcefully.[257-260] These conditions are typically present during only the first 10 to 15 seconds of the cardiac arrest. The increase in intrathoracic pressure that occurs with coughing will generate blood flow to the brain and maintain consciousness.

### **Defibrillation**

Most adults with sudden, witnessed, nontraumatic cardiac arrest are found to be in VF.[38] For these victims the time from collapse to defibrillation is the single greatest determinant of survival.[1,3,27,38,46] Survival from VF cardiac arrest declines by approximately 7% to 10% for each minute without defibrillation.[47] Healthcare providers should be trained and equipped to provide defibrillation at the earliest possible moment for victims of sudden cardiac arrest.

Early defibrillation in the community is defined as a shock delivered within 5 minutes of EMS call receipt. This 5-minute call-to-defibrillation interval in the community is a Class I recommendation.

Early defibrillation also must be provided in hospitals and medical facilities. First responders in medical facilities should be able to provide early defibrillation to collapsed patients in VF in all areas of the hospital and ambulatory care facilities (Class I recommendation). In these areas healthcare providers should be able to deliver a shock within $3 \pm 1$ minutes of arrest for a high percentage of patients. To achieve these goals, BLS providers must be trained and equipped to use defibrillators and must rehearse use of the defibrillator present in their clinical area.

For further information, refer to "Part 4: The Automated External Defibrillator" and "Part 6, Section 2: Defibrillation."

### CPR Performed by 1 and 2 Rescuers

#### CPR Performed by 1 Rescuer

Laypersons with no specific duty or expectation to respond to emergencies in the workplace should be taught 1-rescuer CPR only, because the 2-rescuer technique is infrequently used by laypersons in rescue situations. If 2 rescuers are present, they can alternate performing 1-rescuer CPR. Whether 1- or 2-rescuer CPR is performed, rescuers should ensure scene safety. One-rescuer CPR should be performed as follows:

1. **Assessment:** Determine unresponsiveness (tap or gently shake the victim and shout). If unresponsive,
2. **Activate the EMS system:** This should be performed according to local practice. In many countries and regions, activation of the EMS system is delayed until it has been determined that the victim is not breathing.
3. **Airway:** Position the victim and open the airway by the head tilt–chin lift or jaw-thrust maneuver.
4. **Breathing:** Assess breathing to identify absent or inadequate breathing.
   * If the victim is unresponsive *with normal breathing*, and spinal injury is not suspected, place the victim in a recovery position, maintaining an open airway.
   * If the adult victim is unresponsive and *not breathing*, begin rescue breathing. In the United States and many other countries, 2 initial breaths are provided, but up to 5 breaths are recommended in areas such as Europe, Australia, and New Zealand. If you are unable to give the initial breaths, reposition the head and reattempt ventilation. If you are still unsuccessful in making the chest rise with each ventilation after an attempt and reattempt:
      —Lay rescuers should provide chest compressions and begin the cycle of 15 compressions and 2 ventilations. Each time you open the airway to attempt ventilation, look for an object in the throat. If you see an object (such as a foreign body), remove it.
      —Healthcare providers follow the unresponsive FBAO sequence.
   * Be sure the victim's chest rises with each rescue breath you provide.
   * Once you deliver the effective breaths, assess for signs of circulation.
5. **Circulation.** Check for signs of circulation: after the initial breaths, look for normal breathing, coughing, or movement by the victim in response to the initial breaths. Healthcare providers should also feel for a carotid pulse—take no more than 10 seconds to do this. If there are no signs of circulation, begin chest compressions:
   * Locate proper hand position.
   * Perform 15 chest compressions at a rate of approximately 100 per minute. Depress the chest 1½ to 2 inches (4 to 5 cm) with each compression. Make sure you allow the chest to rebound to its normal position after each compression by removing all pressure from the chest (while still maintaining contact with the sternum and proper hand position). Count "1 and, 2 and, 3 and, 4 and, 5 and, 6 and, 7 and, 8 and, 9 and, 10 and, 11, 12, 13, 14, 15." (Any mnemonic that accomplishes the same compression rate is acceptable. For ease of recollection, use the "and" only up to the number 10.)
   * Open the airway and deliver 2 slow rescue breaths (2 seconds each).

- Find the proper hand position and begin 15 more compressions at a rate of 100 per minute.
- Perform 4 complete cycles of 15 compressions and 2 ventilations.

6. **Reassessment:** Reevaluate the victim according to local protocol. In the United States, this will be after 4 cycles of compressions and ventilations (15:2 ratio); elsewhere, reevaluation may be recommended only if the victim shows some sign of recovery. Check for signs of circulation (10 seconds). If there are no signs of circulation, resume CPR, beginning with chest compressions. If signs of circulation are present, check for breathing.
   - If breathing is present, place the victim in a recovery position and monitor breathing and circulation.
   - If breathing is absent but signs of circulation are present, provide rescue breathing at 10 to 12 times per minute (1 breath every 4 to 5 seconds) and monitor for signs of circulation every few minutes.
   - If there are no signs of circulation, continue compressions and ventilations in a 15:2 ratio.
   - Stop and check for signs of circulation and spontaneous breathing every few minutes (according to local protocol).
   - Do not interrupt CPR except in special circumstances.
   - If adequate spontaneous breathing is restored and signs of circulation are present, maintain an open airway and place the patient in a recovery position.

### Entrance of a Second Rescuer to Replace the First Rescuer

When another rescuer is available at the scene, that rescuer should activate the EMS system (if not done previously) and perform 1-rescuer CPR when the first rescuer becomes fatigued. This should be done with as little interruption of CPR as possible. When the second rescuer arrives, you should assess the victim's responsiveness, breathing, and signs of circulation before CPR is resumed.

### CPR Performed by 2 Rescuers

All professional rescuers (BLS ambulance providers, healthcare professionals, and appropriate laypersons who have a duty or obligation to respond, such as lifeguards or police) should learn both the 1-rescuer and the 2-rescuer techniques. When possible, airway adjunct methods such as mouth-to-mask devices should be used.

In 2-rescuer CPR, one person is positioned at the victim's side and performs chest compressions. The other professional rescuer remains at the victim's head, maintains an open airway, monitors the carotid pulse to assess effectiveness of chest compressions, and provides rescue breathing. The compression rate for 2-rescuer CPR is 100 per minute. The compression-ventilation ratio is 15:2, with a pause for ventilation of 2 seconds each until the airway is secured by a cuffed tracheal tube. Exhalation occurs between the 2 breaths and during the first chest compression of the next cycle. When the person performing chest compressions becomes fatigued, the rescuers should change positions with minimal interruption of chest compressions.

#### Reassessment During 2-Rescuer CPR

The rescuers must monitor the victim's condition to assess the effectiveness of the rescue effort. The person ventilating the victim assumes the responsibility for monitoring signs of circulation and breathing.

To assess the effectiveness of the partner's chest compressions, the professional rescuer should check the pulse during compressions. To determine whether the victim has resumed spontaneous breathing and circulation, chest compressions must be stopped for 10 seconds at approximately the end of the first minute of CPR (or per local protocol) and every few minutes thereafter. (See No. 6, Reassessment, above.)

### Epidemiology, Recognition, and Management of FBAO

Complete airway obstruction is an emergency that will result in death within minutes if not treated. The most common cause of upper-airway obstruction is obstruction by the tongue during loss of consciousness and cardiopulmonary arrest. An unresponsive victim can develop airway obstruction from intrinsic (tongue and epiglottis) and extrinsic (foreign body) causes. The tongue may fall backward into the pharynx, obstructing the upper airway. The epiglottis can block the entrance of the airway in unconscious victims. Blood from head and facial injuries or regurgitated stomach contents may also obstruct the upper airway, particularly if the victim is unconscious. Extrinsic causes may also produce airway obstruction, although the frequency is difficult to determine.

FBAO is a relatively uncommon but preventable cause of cardiac arrest. This form of death is much less common than death caused by other emergencies (1.2 deaths from choking per 100 000 population versus 1.7 per 100 000 for drowning, 16.5 per 100 000 for motor vehicle crashes, and 198 per 100 000 for coronary heart disease).[282–285]

FBAO is *not* a common problem among submersion/near-drowning victims. Water does not act as a (solid) foreign body and does not obstruct the airway.[286] Many submersion victims do not aspirate water at all, and any aspirated water will be absorbed in the upper airway and trachea. Near-drowning victims require immediate provision of CPR, particularly rescue breathing, to correct hypoxia. Therefore, efforts to relieve FBAO are not recommended for treatment of the victim of near-drowning. Such efforts may produce complications and will delay CPR, the most important treatment for the submersion victim.[286] (For further information, see "Part 8, Section 3: Special Challenges in ECC: Submersion or Near-Drowning.")

### Causes and Precautions

FBAO should be considered as a cause of deterioration in any victim, especially a younger victim, who suddenly stops breathing, becomes cyanotic, and falls unconscious for no apparent reason.

FBAO in adults usually occurs during eating,[287,288] and meat is the most common cause of obstruction. A variety of other foods and foreign bodies, however, have caused choking in children and some adults.[289–294] Common factors associated with choking on food include attempts to swallow large, poorly chewed pieces of food, elevated blood alcohol levels, and dentures.[289–295] Elderly patients with dysphagia are also at risk for FBAO and should take care while drinking and eating. In restaurants, choking emergencies have been

I-46    *Circulation*    August 22, 2000



**Figure 23.** Universal choking sign.

mistaken for a heart attack, giving rise to the term "café coronary."[287,288]

The following precautions may help modify the risks and prevent FBAO:

1. Cut food into small pieces and chew slowly and thoroughly, especially if wearing dentures.
2. Avoid laughing and talking during chewing and swallowing.
3. Avoid excessive intake of alcohol.
4. Prevent children from walking, running, or playing when they have food in their mouths.
5. Keep foreign objects (eg, marbles, beads, thumbtacks) away from infants and children.
6. Do not give foods that must be thoroughly chewed (eg, peanuts, peanut butter, popcorn, hot dogs, etc) to young children.

**Recognition of FBAO**
Because recognition of airway obstruction is the key to successful outcome, it is important to distinguish this emergency from fainting, stroke, heart attack, seizure, drug overdose, or other conditions that may cause sudden respiratory failure but require different treatment.

Foreign bodies may cause either *partial* or *complete* airway obstruction. With partial airway obstruction, the victim may be capable of either "good air exchange" or "poor air exchange." With good air exchange, the victim is responsive and can cough forcefully, although frequently there is wheezing between coughs. As long as good air exchange continues, encourage the victim to continue spontaneous coughing and breathing efforts. At this point the rescuer should not interfere with the victim's own attempts to expel the foreign body but should stay with the victim and monitor these attempts. If partial airway obstruction persists, activate the EMS system.

The victim with FBAO may immediately demonstrate poor air exchange or may demonstrate initially good air exchange that progresses to poor air exchange. Signs of *poor* air exchange include a weak, ineffective cough, high-pitched noise while inhaling, increased respiratory difficulty, and possibly cyanosis. *Treat a victim with partial obstruction and poor air exchange as if he had a complete airway obstruction—you must act immediately.*

With *complete* airway obstruction the victim is unable to speak, breathe, or cough and may clutch the neck with the thumb and fingers. Movement of air is absent. The public should be encouraged to use the universal distress signal for choking emergencies (Figure 23). Ask the victim whether he or she is choking. If the victim nods, ask the victim if he or she can speak—if the victim is unable to speak, this indicates that a complete airway obstruction is present and you must act immediately.

If complete airway obstruction is not relieved, the victim's blood oxygen saturation will fall rapidly because the obstructed airway prevents entry of air into the lungs. If you do not succeed in removing the obstruction, the victim will become unresponsive, and death will follow rapidly.

**Relief of FBAO**
Several techniques are used throughout the world to relieve FBAO, and it is difficult to compare the effectiveness of any one method with another.[296] Most resuscitation councils recommend one or more of the following: the Heimlich abdominal thrusts, back blows, or chest thrusts. The level of evidence regarding any of these methods is weak, largely contained in case reports,[288,297] cadaver studies,[298] small studies involving animals,[288,299] or mechanical models.[300] Unfortunately, implementation of a randomized, prospective study to compare techniques for relief of FBAO in humans would be extremely difficult. Mechanical models of choking have been unsatisfactory.[300] Cadaver studies can provide excellent models of unresponsive/unconscious victims,[298] but they cannot replicate awake, responsive choking victims. Therefore, current recommendations are based on a low level of evidence (LOE 5 to 8), with an emphasis on the need to simplify information taught to the lay rescuer.

The Heimlich maneuver (also known as subdiaphragmatic abdominal thrusts or abdominal thrusts) is recommended for lay rescuer relief of FBAO in responsive adult ($\geq 8$ years of age) and child (1 to 8 years of age) victims in the United States, Canada, and many other countries.[288-295] It is not recommended for relief of FBAO in infants. The Heimlich maneuver is also recommended by the AHA and several other resuscitation councils for use *by healthcare providers* for *unresponsive* adult and child (but not infant) victims.

Some resuscitation councils (eg, the European Resuscitation Council) recommend that the rescuer provide up to 5 back blows/slaps as the initial maneuver, with the back slaps delivered between the shoulder blades with the heel of the rescuer's hand. If back slaps fail, up to 5 abdominal thrusts are then attempted, and groups of back slaps and abdominal thrusts are repeated. In countries such as Australia, back slaps and lateral chest thrusts are recommended for relief of FBAO in adults.

The Heimlich abdominal thrusts elevate the diaphragm and increase airway pressure, forcing air from the lungs. This may be sufficient to create an artificial cough and expel a foreign body from the airway.[288,297] Successful relief of FBAO in responsive victims has been reported in the lay press and in medical case studies. Abdominal thrusts, however, may cause complications. For this reason, the Heimlich maneuver should never be performed unless it is necessary. Reported

Case 3:04-cv-30121-MAP    Document 24-15    Filed 07/18/2005    Page 7 of 10
From (613) 998-3280    Order # 05575857DP04611013    Wed Jun 29 12:26:06 2005    Page 27 of 39

Part 3: Adult Basic Life Support    I-47

Figure 24. Subdiaphragmatic abdominal thrust (Heimlich maneuver), victim standing.

complications of the Heimlich maneuver include damage to internal organs, such as rupture or laceration of abdominal or thoracic viscera.[301,305] In fact, victims who receive the Heimlich maneuver should be medically evaluated to rule out any life-threatening complications.[303] To minimize the possibility of complications, do not place your hands on the xiphoid process of the sternum or on the lower margins of the rib cage. Your hands should be below this area but above the navel and in the midline. Some complications may develop even if the Heimlich maneuver is performed correctly. Regurgitation may occur as a result of abdominal thrusts and may be associated with aspiration.[306]

### Heimlich Maneuver With Responsive Victim Standing or Sitting

Stand behind the victim, wrap your arms around the victim's waist, and proceed as follows (Figure 24). Make a fist with one hand. Place the thumb side of your fist against the victim's abdomen, in the midline slightly above the navel and well below the tip of the xiphoid process. Grasp the fist with your other hand and press the fist into the victim's abdomen with a quick inward and upward thrust. Repeat the thrusts until the object is expelled from the airway or the victim becomes unresponsive. Each new thrust should be a separate and distinct movement administered with the intent of relieving the obstruction.[288]

The Heimlich maneuver is repeated until the object is expelled or the victim becomes unresponsive (loses consciousness). When the victim becomes unresponsive, the EMS system should be activated, and the lay rescuer will attempt CPR. The healthcare provider will proceed with the sequence of actions to relieve FBAO in the unconscious victim (see below).

### The Self-Administered Heimlich Maneuver

To treat his or her own complete FBAO, the victim makes a fist with one hand, places the thumb side on the abdomen above the navel and below the xiphoid process, grasps the fist with the other hand, and then presses inward and upward toward the diaphragm with a quick motion. If this is unsuccessful, the victim should press the upper abdomen quickly over any firm surface, such as the back of a chair, side of a table, or porch railing. Several thrusts may be needed to clear the airway.

### Chest Thrusts for Responsive Pregnant or Obese Victim

Chest thrusts may be used as an alternative to the Heimlich maneuver when the victim is in the late stages of pregnancy or is markedly obese. Stand behind the victim, with your arms directly under the victim's armpits, and encircle the victim's chest. Place the thumb side of one fist on the middle of the victim's breastbone, taking care to avoid the xiphoid process and the margins of the rib cage. Grab the fist with your other hand and perform backward thrusts until the foreign body is expelled or the victim becomes unresponsive.

If you cannot reach around the pregnant or extremely obese person, you can perform chest thrusts with the victim supine. Place the victim on his or her back and kneel close to the victim's side. The hand position and technique for the application of chest thrusts are the same as for chest compressions during CPR. In the adult, for example, the heel of the hand is on the lower half of the sternum. Deliver each thrust with the intent of relieving the obstruction.

### Lay Rescuer Actions for Relief of FBAO in the Unresponsive Victim

Previous Guidelines recommendations for treatment of FBAO in the unresponsive victim were long, they took considerable time to teach, and they were often confusing for the student.[19] When training programs attempt to teach large amounts of material, they fail to achieve core educational objectives (eg, the psychomotor skills of CPR), and the result is poor skills retention and performance.[307-312] Focused training on small amounts of information results in superior levels of student performance compared with traditional CPR courses.[313-316] This compelling data indicates a need to simplify CPR training for laypersons.

Epidemiological data[282-285] does not distinguish between FBAO fatalities in which the victim is *responsive* when first encountered and those in which the victim is *unresponsive* when first encountered by rescuers. The total number of all deaths caused by choking is small, however, so the likelihood that a rescuer will encounter an unconscious victim of FBAO is small. Cardiac arrest caused by VF is far more common than cardiac arrest caused by complete FBAO.

Expert panelists at the 1999 Evidence Evaluation Conference and at the International Guidelines 2000 Conference agreed that lay rescuer BLS courses should focus on teaching a small number of essential skills. These essential skills were identified as relief of FBAO in the responsive/conscious victim and the skills of CPR. Teaching the complex skills of

Case 3:04-cv-30121-MAP   Document 24-15   Filed 07/18/2005   Page 8 of 10
From (613) 998-3280        Order # 05575857DP04611013      Wed Jun 29 12:26:06 2005        Page 28 of 39

I-48     Circulation     August 22, 2000



**Figure 25.** Finger sweep.

relief of FBAO in the *unresponsive/unconscious* victim *to lay rescuers* is no longer recommended (Class IIb). If the adult choking victim becomes unresponsive/unconscious during attempts to relieve FBAO, the lone lay rescuer should activate the EMS system (or send someone to do it) and begin CPR. In fact, chest compressions may be effective for relief of FBAO in the unresponsive victim.[298,317] A recent study using cadaver subjects (an acceptable model of the unresponsive/unconscious victim of FBAO) has shown that chest compressions may create a peak airway pressure that is equal to or superior to that created by abdominal thrusts.[298] If the lay rescuer appears to encounter an unsuspected airway obstruction in the unresponsive victim during the sequence of CPR after attempting and reattempting ventilation, the rescuer should continue the sequence of CPR, with chest compressions and cycles of compressions and ventilations.

The lay rescuer should attempt CPR with a single addition—each time the airway is opened, look for the obstructing object in the back of the throat. *If you see an object, remove it.* This recommendation is designed to simplify layperson CPR training and ensure the acquisition of the core skills of rescue breathing and compression while still providing treatment for the victim with FBAO.

### Finger Sweep and Tongue-Jaw Lift
The finger sweep should be used by healthcare providers only in the *unresponsive/unconscious* victim with complete FBAO. This sweep should not be performed if the victim is responsive or is having seizures.

With the victim face up, open the victim's mouth by grasping both the tongue and lower jaw between the thumb and fingers and lifting the mandible (tongue-jaw lift). This action draws the tongue away from the back of the throat and from a foreign body that may be lodged there. This maneuver alone may be sufficient to relieve an obstruction. Insert the index finger of your other hand down along the



**Figure 26.** Healthcare provider provision of subdiaphragmatic abdominal thrust (Heimlich maneuver) in unresponsive/unconscious victim.

inside of the cheek and deeply into the victim's throat, to the base of the tongue. Then use a hooking action to dislodge the foreign body and maneuver it into the mouth so that it can be removed (Figure 26). It is sometimes necessary to use the index finger to push the foreign body against the opposite side of the throat to dislodge and remove it. Be careful to avoid forcing the object deeper into the airway.

### Healthcare Provider Sequence for Relief of FBAO in the Unresponsive Victim
Victims of FBAO may initially be responsive when encountered by the rescuer and then become unresponsive. In this circumstance the rescuer will know that FBAO is the cause of the victim's symptoms. Victims of FBAO may be unresponsive when initially encountered by the rescuer. In this circumstance the rescuer will probably not know that the victim has FBAO until repeated attempts at rescue breathing are unsuccessful.

### Healthcare Provider Relief of FBAO in a Responsive Victim Who Becomes Unresponsive
If you observe the victim's collapse and you *know* it is caused by FBAO, the following sequence of actions is recommended:

1. Activate the emergency response system at the proper time in the CPR sequence. If a second rescuer is available, send the second rescuer to activate the EMS system while you remain with the victim. Be sure the victim is supine.
2. Perform a tongue-jaw lift, followed by a finger sweep to remove the object.
3. Open the airway and try to ventilate; if you are unable to make the victim's chest rise, reposition the head and try to ventilate again.
4. If you cannot deliver effective breaths (the chest does not rise) even after attempts to reposition the airway consider FBAO. Straddle the victim's thighs (see Figure 26) and perform the Heimlich maneuver (up to 5 times).
5. Repeat the sequence of tongue-jaw lift, finger sweep, attempt (and reattempt) to ventilate, and Heimlich maneuver (steps 2 through 4) until the obstruction is cleared and the chest rises with ventilation or advanced

procedures are available (ie, Kelly clamp, Magill forceps, cricothyrotomy) to establish a patent airway.

6. If the FBAO is removed and the airway is cleared, check breathing. If the victim is not breathing, provide slow rescue breaths. Then check for signs of circulation (pulse check and evidence of breathing, coughing, or movement). If there are no signs of circulation, begin chest compressions.

To deliver abdominal thrusts to the unresponsive/unconscious victim, kneel astride the victim's thighs and place the heel of one hand against the victim's abdomen, in the midline slightly above the navel and well below the tip of the xiphoid. Place your second hand directly on top of the first. Press both hands into the abdomen with quick upward thrusts (Figure 27). If you are in the correct position, you will be positioned over the midabdomen, unlikely to direct the thrust to the right or left. You can use your body weight to perform the maneuver.

Two types of conventional forceps are acceptable for removal of a foreign body, the Kelly clamp and the Magill forceps. Forceps should be used only if the foreign body is seen. Either a laryngoscope or tongue blade and flashlight can be used to permit direct visualization. The use of such devices by untrained or inexperienced persons is unacceptable. Cricothyrotomy should be performed only by healthcare providers trained and authorized to perform this surgical procedure.

### Healthcare Provider Relief of FBAO in Victims Found Unresponsive

If the victim is found to be unresponsive and the cause is unknown, the following sequence of actions is recommended:

1. Activate the emergency response system at the appropriate time in the CPR sequence. If a second rescuer is available, send that rescuer to activate the EMS system while you remain with the victim.
2. Open the airway and attempt to provide rescue breaths. If you are unable to make the chest rise, reposition the victim's head (reopen the airway) and try to ventilate again.
3. If the victim cannot be ventilated even after attempts to reposition the airway, straddle the victim's knees (see Figure 27) and perform the Heimlich maneuver (up to 5 times).
4. After 5 abdominal thrusts, open the victim's airway using a tongue-jaw lift and perform a finger sweep to remove the object.
5. Repeat the sequence of attempts (and reattempts) to ventilate, Heimlich maneuver, and tongue-jaw lift and finger sweep (steps 2 through 4) until the obstruction is cleared or advanced procedures are available to establish a patent airway (eg, Kelly clamps, Magill forceps, or cricothyrotomy).
6. If the FBAO is removed and the airway is cleared, check breathing. If the victim is not breathing, provide 2 rescue breaths. Then check for signs of circulation (pulse check and evidence of breathing, coughing, or movement). If there are no signs of circulation, begin chest compressions.

## Unique CPR Situations

### Changing Locations During CPR Performance

If the location is unsafe, such as a burning building, move the victim to a safe area and then immediately start CPR. Do not move a victim for convenience from a cramped or busy location until effective CPR is provided and the victim shows a return of signs of circulation or until help arrives. Whenever possible, perform CPR without interruption.

### Stairways

In some instances a victim must be transported up or down a flight of stairs. It is best to perform CPR at the head or foot of the stairs and, at a predetermined signal, to interrupt CPR and move as quickly as possible to the next level, where CPR can be resumed. Interruptions should be brief and must be avoided if possible.

### Litters

**Do not interrupt CPR** while transferring a victim to an ambulance or other mobile emergency care unit. If the victim is placed on a low-wheeled litter, the rescuer can stand alongside, providing chest compressions with the locked-arm position. If the victim is placed on a high litter or bed, it may be necessary for the rescuer to kneel beside the victim on the bed or litter to gain the needed height over the victim's sternum.

Generally, CPR should be interrupted only when tracheal intubation is being performed by trained personnel, an AED or manual defibrillator is being applied or used, or there are problems with transportation. If the rescuer is alone, a momentary delay of CPR is necessary to activate the EMS system.[11]

### Pitfalls and Complications of BLS

CPR can support life when it is performed properly. Even properly performed CPR, however, can result in complications.[318] Fear of complications should not prevent potential rescuers from providing CPR to the best of their ability.

### Potential Complications of Rescue Breathing

The most common complication of rescue breathing is gastric inflation resulting from excess ventilation volume and rapid flow rates.[185,186] Rescue breathing frequently causes gastric inflation, especially in children.[186,193,194–196] This inflation can be minimized by maintaining an open airway and limiting ventilation volumes to just the point at which the chest rises adequately.[208] This is best achieved by providing slow rescue breaths (allow 2 seconds per breath in adults). Gastric inflation can be further minimized by ensuring that the airway remains open during inspiration and expiration. Unfortunately, in 1-rescuer CPR this is difficult, but it can be performed during 2-rescuer CPR. When possible, an additional rescuer should apply cricoid pressure to minimize gastric inflation.

Marked inflation of the stomach may promote regurgitation[187–189] and reduce lung volume by elevating the diaphragm.[187,196,197] If the stomach becomes distended during rescue breathing, recheck and reopen the airway and look for the rise and fall of the chest. Avoid factors (rapid breaths, short inspiratory times, forceful breaths) that may contribute to the development of high airway pressure. Continue slow rescue breathing and do not attempt to expel the stomach contents. Experience has shown that attempts to relieve stomach inflation with application of manual pressure over

the victim's upper abdomen is almost certain to cause regurgitation if the stomach is full. If regurgitation does occur, turn the victim's entire body to the side, wipe out the mouth, return the body to the supine position, and continue CPR.

### Potential Complications of Chest Compression

Proper CPR techniques lessen the possibility of complications. Assess for signs of circulation before performing compressions, but allow only 10 seconds to do this. If in any doubt, assume that there is no circulation and begin chest compressions.

Even properly performed chest compressions can cause rib fractures in adult patients.[319] However, rib fractures and other injuries rarely complicate CPR in infants and children.[320,321] Other complications may occur despite proper CPR technique, including fracture of the sternum, separation of the ribs from the sternum, pneumothorax, hemothorax, lung contusions, lacerations of the liver and spleen, and fat emboli.[318] These complications may be minimized by use of proper hand position during chest compressions, but they cannot be prevented entirely. Concern for injuries that may complicate CPR should not impede prompt and energetic application of CPR. The only alternative to timely initiation of effective CPR for the victim of cardiac arrest is death.

## Rescuer Safety During CPR Training and CPR Performance

Safety during CPR training and in actual rescue situations has gained increased attention. The following recommendations should minimize possible risk of infectious complications to instructors and students during CPR training and actual CPR performance. The recommendations for manikin decontamination and rescuer safety originally established in 1978 by the Centers for Disease Control[322] have been updated twice by the AHA, the American Red Cross, and the Centers for Disease Control and Prevention.[49,323] Additional recommendations for manikin decontamination have been developed by such organizations as the Australian National Health and Medical Research Council.

### Disease Transmission During CPR Training

The risk of disease transmission during CPR training is extremely low. Use of CPR manikins has never been shown to be responsible for an outbreak of infection, and a literature search through March 2000 revealed no reports of infection associated with CPR training.[323,324] To date, an estimated 70 million people in the United States have had direct contact with manikins during CPR training courses without reported infectious complications.[324]

Under certain circumstances, manikin surfaces can present a very small risk of disease transmission. Therefore, manikin surfaces should be cleaned and disinfected in a consistent way after each rescuer use and after each class.[325]

Two important practices are needed to minimize risk of transmission of infectious agents during CPR training. First, rescuers should avoid any contact with any saliva or body fluids present on the manikins.

Second, internal manikin parts, such as the valve mechanisms and artificial lungs in manikin airways, invariably become contaminated during use and must be thoroughly cleaned between uses. A wide variety of manikins are commercially available, and it is impossible here to detail the cleaning required for each model and type. Instructors and training agencies should carefully follow the manufacturers' recommendations for manikin use and maintenance.[325-328]

There is no evidence to date that HIV can be transmitted by casual personal contact, indirect contact with inanimate surfaces, or an airborne route.[324] The primary retroviral agent that causes acquired immunodeficiency syndrome (AIDS), HIV, is comparatively delicate and is inactivated in <10 minutes at room temperature by a number of disinfectants, including those agents recommended for manikin cleaning.[329-333] If current recommendations published by the AHA[49,322,323] and manikin manufacturers for manikin cleaning and decontamination are carefully followed, risk of transmission of HIV and hepatitis B virus (HBV), as well as bacterial and fungal infections, should be minimized.

### Disease Transmission During Actual Performance of CPR

The vast majority of CPR performed internationally is provided by healthcare and public safety personnel, many of whom assist in ventilation of respiratory and cardiac arrest victims who are unknown to the rescuer. A layperson is far less likely to perform CPR than healthcare providers, and the layperson is most likely to perform CPR in the home, where 70% to 80% of respiratory and cardiac arrests occur.[49]

The actual risk of disease transmission during mouth-to-mouth ventilation is quite small; only 15 reports of CPR-related infection were published between 1960 and 1998,[324] and no reports have been published in scientific journals from 1998 through March 2000.[324,334] Researchers have found that there is little reluctance by lay rescuers to perform CPR on family members, even in the presence of vomitus or alcohol on the breath.[335] At last report (1998),[324] the cases of disease transmission during CPR include *Helicobacter pylori*,[210] *Mycobacterium tuberculosis*,[211] meningococcus,[336] herpes simplex,[337-339] *Shigella*,[340] *Streptococcus*,[341] *Salmonella*,[342] and *Neisseria gonorrhoeae*.[324] No reports on transmission of HIV, HBV, hepatitis C virus, or cytomegalovirus were found.[324] Nevertheless, despite the remote chances of its occurring, fears regarding disease transmission are common in the current era of universal precautions. Indeed, not only laypersons but also physicians, nurses, and even BLS instructors are extremely reluctant to perform mouth-to-mouth ventilation.[274,277,278,343-346] The most commonly stated reason for not performing mouth-to-mouth ventilation is fear of contracting AIDS. In one survey, only 5% of 975 respondents reported a willingness to perform chest compression with mouth-to-mouth ventilation on a stranger, whereas 68% would "definitely" perform chest compression alone if it was offered as an effective alternative CPR technique.[338] The attitude of rescuers who have actually performed mouth-to-mouth ventilation is much different regarding fear of infectious disease. Of bystanders who performed CPR in one study, 92% stated that they had no fear of infectious disease.[347] Of 425 interviewed