rescuers from the same group, 99.5% indicated that if called on they would perform CPR again.[347]

The rescuer who responds to an emergency for an unknown victim should be guided by individual moral and ethical values and knowledge of risks that may exist in various rescue situations. The rescuer should assume that any emergency situation involving exposure to certain body fluids has the potential for disease transmission for both the rescuer and victim. If a rescuer is unwilling or unable to perform mouth-to-mouth breathing, chest compressions alone should be attempted, because it may increase the chances for survival (Class IIa). This is particularly true if the victim is exhibiting gasping breaths or if the time to defibrillation is likely to be short.[64–67,348]

The greatest concern over the risk of disease transmission should be directed to persons who perform CPR frequently, particularly healthcare providers, both in hospital and out of hospital. If appropriate precautions are taken to prevent exposure to blood or other body fluids, the risk of disease transmission from infected persons to providers of out-of-hospital emergency health care should be no higher than that for those providing emergency care in the hospital.

The probability that a rescuer (lay or professional) will become infected with HBV or HIV as a result of performing CPR is minimal.[349] Although transmission of HBV and HIV between healthcare workers and patients has been documented as a result of blood exchange or penetration of the skin by blood-contaminated instruments,[350] transmission of HBV and HIV infection during mouth-to-mouth resuscitation has not been documented.[324,351] There is evidence that some face masks are experimentally impermeable to the HIV-1 virus.[352]

Direct mouth-to-mouth breathing will probably result in exchange of saliva between the victim and rescuer. HBV-positive saliva, however, has not been shown to be infectious even to oral mucous membranes, through contamination of shared musical instruments, or through HBV carriers.[349] In addition, saliva has not been implicated in the transmission of HIV after bites, percutaneous inoculation, or contamination of cuts and open wounds with saliva from HIV-infected patients.[353,354] The theoretical risk of infection is greater for salivary or aerosol transmission of herpes simplex, *Neisseria meningitidis*, and airborne diseases such as tuberculosis and other respiratory infections. Rare instances of herpes transmission during CPR have been reported.[339]

The emergence of multidrug-resistant tuberculosis[355,356] and the risk of tuberculosis to emergency workers[357] is a cause for concern. Rescuers with impaired immune systems may be particularly at risk. In most instances, transmission of tuberculosis requires prolonged close exposure as is likely to occur in households, but transmission to emergency workers can occur during resuscitative efforts by either the airborne route[357] or direct contact. The magnitude of the risk is unknown but probably low. After performing mouth-to-mouth resuscitation on a person suspected of having tuberculosis, the caregiver should be evaluated for tuberculosis by standard approaches based on the caregiver's baseline skin tests.[358] Caregivers with negative baseline skin tests should be retested 12 weeks later. Preventive therapy should be considered for all persons with positive tests and should be started on all converters.[358,359] In areas where multidrug-resistant tuberculosis is common or after exposure to known multidrug-resistant tuberculosis, the optimal preventive therapeutic agent has not been established. Some authorities suggest use of 2 or more agents.[360]

Performance of mouth-to-mouth resuscitation or invasive procedures can result in the exchange of blood between the victim and rescuer. This is especially true in cases of trauma or if either victim or rescuer has breaks in the skin on or around the lips or soft tissues of the oral cavity mucosa. Thus, a theoretical risk of HBV and HIV transmission during mouth-to-mouth resuscitation exists.[361]

Because of the concern about disease transmission between victim and rescuer, rescuers with a duty to provide CPR should follow precautions and guidelines such as those established by the Centers for Disease Control and Prevention[349] and the Occupational Safety and Health Administration.[362] These guidelines include the use of barriers, such as latex gloves, and manual ventilation equipment, such as a bag mask and other resuscitation masks with valves capable of diverting the victim's expired air away from the rescuer. Rescuers who have an infection that may be transmitted by blood or saliva should not perform mouth-to-mouth resuscitation if circumstances allow other immediate or effective methods of ventilation.

Several studies confirm that there is a risk of transmission of pathogens (diseases) during exposure to blood, saliva, and other body fluids.* OSHA supports this observation. Several devices have been developed to minimize risk of pathogen exposure to the rescuer. Participants in BLS courses should be taught to use a barrier device (face shield or face masks) when a mouth-to-mask device is not available and mouth-to-mouth ventilation would place the rescuer at risk. Face masks may be more effective barriers to oral bacteria than face shields. In fact, all face masks with 1-way valves prevent the transmission of bacteria to the rescuer side of the mask. Face shields, on the other hand, contaminated the rescuer side of the shield in 6 of 8 tests.[356]

Because the efficacy of face shields has not been proven, those with a duty to respond should learn during CPR training how to use masks with 1-way valves and other manual ventilation devices.[210,211] Masks without 1-way valves and inline filters (including those with S-shaped devices) offer little, if any, protection and should not be considered for routine use.[210,211] Intubation with tracheal tubes and other airway adjuncts obviates the need for mouth-to-mouth resuscitation and enables ventilation that is equal to or more effective than the use of masks alone.[366–371] Early intubation is encouraged when equipment and trained professionals are available. Resuscitation equipment known or suspected to be contaminated with blood or other body fluids should be discarded or thoroughly cleaned and disinfected after each use.[372]

## CPR: The Human Dimension

Since 1973, millions of people throughout the world have learned CPR. Although CPR is considered by some to be the most successful public health initiative in recent times, the cardiac arrest survival rate to hospital discharge averages

---

*References 209, 336, 337, 339, 340, 362–364.

Case 3:04-cv-30121-MAP    Document 24-16    Filed 07/18/2005    Page 2 of 9
From (613) 998-3280    Order # 05575857DP04611013    Wed Jun 29 12:26:06 2005    Page 32 of 39

I-52    *Circulation*    August 22, 2000

15%, with some studies reporting a favorable neurological status among such survivors.[273]

Serious long-lasting physical and emotional symptoms may occur in rescuers who participate in unsuccessful resuscitation attempts. Rescuers may experience grief reactions, stress, and anxiety. The stress of the experience often leaves the rescuer feeling fatigued and uncertain, which may result in chronic anxiety and depression.

A "critical incident debriefing" may allow rescuers to work through their feelings and their grief. Debriefings are most useful after an unsuccessful CPR attempt, and efforts should be made to include all members of the resuscitation team. In these sessions, rescuers discuss their thoughts, feelings, and performance. Participants should analyze what was done and why, with a discussion of things that went right and things that went wrong. The critical incident debriefing is also a time for learning something that may be useful next time. The human dimension of CPR is often not discussed. Because of its importance, it should be incorporated into CPR training and practice.

For additional information, see "Part 6, Section 7A: The Resuscitation Attempt as a 'Critical Incident': Code Critique and Debriefing."

## BLS Research Initiatives

Continued improvement of BLS programs requires ongoing scientific research. This resuscitation research must ultimately translate into effective programs to teach CPR to anyone who may witness a cardiac arrest, so that if cardiac arrest occurs, the EMS system is activated immediately, CPR is skillfully performed, and survival is maximized. In many critical areas, insufficient data is available to guide resuscitation experts and clinicians. Because scientific data is lacking in some areas, portions of the current guidelines are based on information derived from limited published data, some clinical experience, and consensus of experts.

BLS is a fundamental therapy, yet many questions remain to be answered about circumstances of arrest that are fundamental to development of CPR skill sequences. To develop optimal sequences for CPR action, it is important to know how often rescuers are alone and how often second rescuers are present. Research is needed about a variety of aspects of programs of public access to defibrillation: what is the optimum retraining interval for anticipated rescuers? What factors should guide placement of AEDs in communities? Should rescuers perform 1 minute of CPR before defibrillation? Further research is needed to identify optimal chest compression–ventilation rates and ratios and methods to differentiate victims who require chest compression from those who do not. In addition, research is needed to increase the number of people who learn CPR and to identify optimal ways to teach CPR to lay rescuers and healthcare providers. CPR programs must be simplified to remove distracting information and emphasize core elements, and then simplified programs must be evaluated to ensure that participants can learn, remember, and demonstrate the steps of CPR. Future changes and advances in CPR based on sound scientific investigation will undoubtedly improve the quality, delivery, and outcome of BLS.

## References

1. Cummins RO, Ornato JP, Thies WH, Pepe PE. Improving survival from sudden cardiac arrest: the "chain of survival" concept: a statement for health professionals from the Advanced Cardiac Life Support Subcommittee and the Emergency Cardiac Care Committee, American Heart Association. *Circulation*. 1991;83:1832-1847.
2. McIntyre KM. Cardiopulmonary resuscitation and the ultimate coronary care unit. *JAMA*. 1980;244:510-511.
3. Calle PA, Verbeke A, Vanhaute O, Van Acker P, Martens P, Buylaert W. The effect of semi-automatic external defibrillation by emergency medical technicians on survival after out-of-hospital cardiac arrest: an observational study in urban and rural areas in Belgium. *Acta Clin Belg*. 1997;52:72-83.
4. Martens P, Calle P, Mullie A. Do we know enough to introduce semi-automated defibrillation by ambulancemen in Belgium? *Eur J Med*. 1993;2:430-434.
5. Richless LK, Schrading WA, Polana J, Hess DR, Ogden CS. Early defibrillation program: problems encountered in a rural/suburban EMS system. *J Emerg Med*. 1993;11:127-134.
6. Becker LB, Pepe PE. Ensuring the effectiveness of community-wide emergency cardiac care. *Ann Emerg Med*. 1993;22(2 pt 2):354-365.
7. Zachariah BS, Pepe PE. The development of emergency medical dispatch in the USA: a historical perspective. *Eur J Emerg Med*. 1995;2:109-112.
8. Rossi R. The role of the dispatch centre in preclinical emergency medicine. *Eur J Emerg Med*. 1994;1:27-30.
9. Nemitz B. Advantages and limitations of medical dispatching: the French view. *Eur J Emerg Med*. 1995;2:153-159.
10. Calle PA, Lagaert L, Vanhaute O, Buylaert WA. Do victims of an out-of-hospital cardiac arrest benefit from a training program for emergency medical dispatchers? *Resuscitation*. 1997;35:213-218.
11. Curka PA, Pepe PE, Ginger VF, Sherrard RC, Ivy MV, Zachariah BS. Emergency medical services priority dispatch. *Ann Emerg Med*. 1993;22:1688-1695.
12. Larsen MP, Eisenberg MS, Cummins RO, Hallstrom AP. Predicting survival from out-of-hospital cardiac arrest: a graphic model. *Ann Emerg Med*. 1993;22:1652-1658.
13. Swor RA, Jackson RE, Cynar M, Sadler E, Basse E, Boji B, Rivera-Rivera EJ, Maher A, Grubb W, Jacobson R, et al. Bystander CPR, ventricular fibrillation, and survival in witnessed, unmonitored out-of-hospital cardiac arrest. *Ann Emerg Med*. 1995;25:780-784.
14. Eisenberg MS, Hallstrom AP, Copass MK, et al. Treatment of ventricular fibrillation: emergency medical technician defibrillation and paramedic services. *JAMA*. 1984;251:1723-1726.
15. Weaver WD, Copass MK, Bufi D, et al. Improved neurologic recovery and survival after early defibrillation. *Circulation*. 1984;69:943-948.
16. White RD, Vukov LF, Bugliosi TF. Early defibrillation by police: initial experience with measurement of critical time intervals and patient outcome. *Ann Emerg Med*. 1994;23:1009-1013.
17. Auble TE, Menegazzi JJ, Paris PM. Effect of out-of-hospital defibrillation by basic life support providers on cardiac arrest mortality: a meta-analysis. *Ann Emerg Med*. 1995;25:642-648.
18. Chadda KD, Kammerer R. Early experiences with the portable automatic external defibrillator in the home and public places. *Am J Cardiol*. 1987;60:732-733.
19. Holmberg M, Holmberg S, Herlitz J, Gardelov B. Survival after cardiac arrest outside hospital in Sweden. *Resuscitation*. 1998;36:29-36.
20. Nichol G, Hallstrom AP, Ornato JP, Riegel B, Stiell IG, Valenzuela T, Wells GA, White RD, Weisfeldt ML. Potential cost-effectiveness of public access defibrillation in the United States. *Circulation*. 1998;97:1315-1320.
21. O'Rourke MF, Donaldson E, Geddes JS. An airline cardiac arrest program. *Circulation*. 1997;96:2849-2853.
22. Page RL, Hamdan MH, McKenas DK. Defibrillation aboard a commercial aircraft. *Circulation*. 1998;97:1429-1430.
23. Valenzuela TD, Roe DJ, Cretin S, Spaite DW, Larsen MP. Estimating effectiveness of cardiac arrest interventions: a logistic regression survival model. *Circulation*. 1997;96:3308-3313.
24. White RD, Asplin BR, Bugliosi TF, Hankins DG. High discharge survival rate after out-of-hospital ventricular fibrillation with rapid defibrillation by police and paramedics. *Ann Emerg Med*. 1996;28:480-485.
25. Davis EA, Mosesso VN Jr. Performance of police first responders in utilizing automated external defibrillation on victims of sudden cardiac arrest. *Prehosp Emerg Care*. 1998;2:101-107.

26. Davis EA, McCrorry J, Mosesso VN Jr. Institution of a police automated external defibrillation program: concepts and practice. *Prehosp Emerg Care.* 1999;3:60–65.
27. Mosesso VN, Davis EA, Auble TE, Paris PM, Yealy DM. Use of automated external defibrillators by police officers for treatment of out-of-hospital cardiac arrest. *Ann Emerg Med.* 1998;32:200–207.
28. White RD, Hankins DG, Bugliosi TF. Seven years' experience with early defibrillation by police and paramedics in an emergency medical services system. *Resuscitation.* 1998;39:145–151.
29. Eisenberg MS, Cummins RO. Defibrillation performed by the emergency medical technician. *Circulation.* 1986;74(suppl IV):IV-9–IV-12.
30. Eisenberg MS, Bergner L, Hallstrom A. Cardiac resuscitation in the community: importance of rapid provision and implications for program planning. *JAMA.* 1979;241:1905–1907.
31. Stiell IG, Wells GA, DeMaio VJ, Spaite DW, Field BJ III, Munkley DP, Lyver MB, Luinstra LG, Ward R. Modifiable factors associated with improved cardiac arrest survival in a multicenter basic life support/defibrillation system: OPALS Study phase I results. Ontario Prehospital Advanced Life Support. *Ann Emerg Med.* 1999;33:44–50.
32. Stiell IG, Wells GA, Field BJ, et al. Improved out-of-hospital cardiac arrest survival through the inexpensive optimization of an existing defibrillation program: OPALS study phase II. Ontario Prehospital Advanced Life Support. *JAMA.* 1999;281:1175–1181.
33. Weisfeldt ML, Kerber RE, McGoldrick RP, et al. American Heart Association report on the Public Access Defibrillation Conference, December 8–10, 1994. Automatic External Defibrillation Task Force. *Circulation.* 1995;92:2740–2747.
34. Weisfeldt ML, Kerber RE, McGoldrick RP, et al. Public access defibrillation: a statement for healthcare professionals from the American Heart Association Task Force on Automatic External Defibrillation. *Circulation.* 1995;92:2763.
35. Aufderheide TP, Stapleton ER, Hazinski MF, Cummins RO. *Heartsaver AED for the Lay Rescuer and First Responder.* Dallas, Tex: American Heart Association; 1998.
36. Emergency Cardiac Care Committee, American Heart Association. *Heartsaver ABC.* Dallas, Tex: American Heart Association; 1999.
37. Emergency Cardiac Care Committee, American Heart Association. *Heartsaver CPR in Schools.* Dallas, Tex: American Heart Association; 1999.
38. Bayes de Luna A, Coumel P, Leclercq JF. Ambulatory sudden cardiac death: mechanisms of production of fatal arrhythmia on the basis of data from 157 cases. *Am Heart J.* 1989;117:151–159.
39. Weaver WD, Hill D, Fahrenbruch CE, et al. Use of the automatic external defibrillator in the management of out-of-hospital cardiac arrest. *N Engl J Med.* 1988;319:661–666.
40. Cummins RO, Graves JR. Critical results of standard CPR: Prehospital and inhospital. In: Kaye W, Bircher N, eds. *Cardiopulmonary Resuscitation.* Clinics in Critical Care Medicine. New York, NY: Churchill-Livingstone; 1989.
41. Cummins RO, Eisenberg MS. Prehospital cardiopulmonary resuscitation: is it effective? *JAMA.* 1985;253:2408.
42. Cummins RO, Eisenberg MS, Hallstrom AP, Litwin PE. Survival of out-of-hospital cardiac arrest with early initiation of cardiopulmonary resuscitation. *Am J Emerg Med.* 1985;3:114–119.
43. Ladwig KH, Schoefinius A, Danner R, Gurtler R, Herman R, Koeppel A, Hauber P. Effects of early defibrillation by ambulance personnel on short and long-term outcome of cardiac arrest survival: the Munich experiment. *Chest.* 1997;112:1584–1591.
44. Sweeney TA, Runge JW, Gibbs MA, Raymond JM, Schafermeyer RW, Norton HJ, Boyle-Whitesel MJ. EMT defibrillation does not increase survival from sudden cardiac death in a two-tiered urban-suburban EMS system. *Ann Emerg Med.* 1998;31:234–240.
45. Kellermann AL, Hackman BB, Somes G, Kreth TK, Nail L, Dobyns P. Impact of first-responder defibrillation in an urban emergency medical services system. *JAMA.* 1993;270:1708–1713.
46. Shuster M, Keller JL. Effect of fire department first responder automated defibrillation. *Ann Emerg Med.* 1993;4:721–727.
47. Cummins RO. From concept to standard-of-care? Review of the clinical experience with automated external defibrillators. *Ann Emerg Med.* 1989;18:1269–1275.
48. Zaritsky A, Nadkarni V, Getson P, Kuehl K. CPR in children. *Ann Emerg Med.* 1987;16:1107–1111.

49. Emergency Cardiac Care Committee and Subcommittees, American Heart Association. Guidelines for cardiopulmonary resuscitation and emergency cardiac care. *JAMA.* 1992;268:2171–2295.
50. Safranek DJ, Eisenberg MS, Larsen MP. The epidemiology of cardiac arrest in young adults. *Ann Emerg Med.* 1992;21:1102.
51. Appleton GO, Cummins RO, Larson MP, Graves JR. CPR and the single rescuer: at what age should you "call first" rather than "call fast?" *Ann Emerg Med.* 1995;25(4):492–494.
52. Mogayzel C, Quan L, Graves JR, Tiedeman D, Fahrenbruch C, Herndon P. Out-of-hospital ventricular fibrillation in children and adolescents: causes and outcomes. *Ann Emerg Med.* 1995;25:484–491.
53. Kuisma M, Alaspaa A. Out-of-hospital cardiac arrests of non-cardiac origin: epidemiology and outcome [see comments]. *Eur Heart J.* 1997;18:1122–1128.
54. Pepe PE, Zachariah BS, Sayre MR, Floccare D, Chain of Recovery Writing Group. Ensuring the chain of recovery for stroke in your community. *Prehosp Emerg Care.* 1998;2:89–95.
55. Bang A, Biber B, Isaksson L, Lindqvist J, Herlitz J. Evaluation of dispatcher-assisted cardiopulmonary resuscitation. *Eur J Emerg Med.* 1999;6:175–183.
56. National Association of EMS Physicians. Emergency medical dispatching. *Prehosp Disaster Med.* 1989;4:163–166.
57. Nordberg M. NAEMD (National Academy of Emergency Medical Dispatch) strives for universal certification. *Emerg Med Serv.* 1999;28:45–46.
58. Clawson JJ, Sinclair B. "Medical Miranda": –improved emergency medical dispatch information from police officers. *Prehospital Disaster Med.* 1999;14:93–96.
59. National Heart Attack Alert Program Coordinating Committee Access to Care Subcommittee. Emergency medical dispatching: rapid identification and treatment of acute myocardial infarction. *Am J Emerg Med.* 1995;13:67–73.
60. Porteous GH, Corry MD, Smith WS. Emergency medical services dispatcher identification of stroke and transient ischemic attack. *Prehosp Emerg Care.* 1999;3:211–216.
61. Nordberg M. Emergency medical dispatch: a changing profession. *Emerg Med Serv.* 1998;27:25–6, 28–34.
62. *Standard Practice for Emergency Medical Dispatch.* Philadelphia, Pa: American Society for Testing and Materials; 1990. Publication F1258–F1290.
63. Hallstrom A, Cobb L, Johnson E, Copass M. Cardiopulmonary resuscitation by chest compression alone or with mouth-to-mouth ventilation. *N Engl J Med.* 2000;342:1546–1553.
64. Berg RA, Kern KB, Sanders AB, Otto CW, Hilwig RW, Ewy GA. Bystander cardiopulmonary resuscitation: is ventilation necessary? *Circulation.* 1993;88(4 pt 1):1907–1915.
65. Chandra NC, Gruben KG, Tsitlik JE, Brower R, Guerci AD, Halperin HH, Weisfeldt ML. Permuutt S. Observations of ventilation during resuscitation in a canine model. *Circulation.* 1994;90:3070–3075.
66. Tang W, Weil MH, Sun SJ, Kette D, Kette F, Gazmuri RJ, O'Connell F. Cardiopulmonary resuscitation by precordial compression but without mechanical ventilation. *Am J Respir Crit Care Med.* 1994;150:1709–1713.
67. Noc M, Weil MH, Tang W, Turner T, Fukui M. Mechanical ventilation may not be essential for initial cardiopulmonary resuscitation. *Chest.* 1995;108:821–827.
68. Van Hoeyweghen RJ, Bossaert LL, Mullie A, Calle P, Martens P, Buylaert WA, Delooz H. Quality and efficiency of bystander CPR: Belgian Cerebral Resuscitation. *Resuscitation.* 1993;26:47–52.
69. Clawson JJ, Hauert SA. Dispatch life support: establishing standards that work. *J Emerg Med Serv.* 1990;15:82–84, 86–88.
70. Stout J, Pepe PE, Mosesso VN. All-advanced life support vs tiered-response ambulance systems. *Prehosp Emerg Care.* 2000;4:1–6.
71. Nichol G, Detsky AS, Stiell IG, O'Rourke K, Wells G, Laupacis A. Effectiveness of emergency medical services for victims of out-of-hospital cardiac arrest: a meta-analysis. *Ann Emerg Med.* 1996;27:700–710.
72. Graves EJ. National hospital discharge survey, 1991. *Vital Health Statistics, vol 13.* Hyattsville, Md: US Department of Health and Human Services; 1993.
73. *Heart and Stroke Facts. 1996 Statistical Supplement.* Dallas, Tex: American Heart Association; 1995.
74. Gillum RF. Trends in acute myocardial infarction and coronary heart disease death in the United States. *J Am Coll Cardiol.* 1994;23:1273–1277.

75. Kannel WB, Schatzkin A. Sudden death: lessons from subsets in population studies. *J Am Coll Cardiol*. 1985;5(suppl):141B–149B.
76. Brouwer MA, Martin JS, Maynard C, et al. Influence of early prehospital thrombolysis on mortality and event-free survival (the Myocardial Infarction Triage and Intervention [MITI] Randomized Trial): MITI Project Investigators. *Am J Cardiol*. 1996;78:497–502.
77. Raitt MH, Maynard C, Wagner GS, et al. Relation between symptom duration before thrombolytic therapy and final myocardial infarct size. *Circulation*. 1996;93:48–53.
78. Wackers FJ, Terrin ML, Kayden DS, et al. Quantitative radionuclide assessment of regional ventricular function after thrombolytic therapy for acute myocardial infarction: results of phase I Thrombolysis in Myocardial Infarction (TIMI) trial. *J Am Coll Cardiol*. 1989;13:998–1005.
79. Res JC, Simoons ML, van der Wall EE, et al. Long term improvement in global left ventricular function after early thrombolytic treatment in acute myocardial infarction: report of a randomised multicentre trial of intracoronary streptokinase in acute myocardial infarction. *Br Heart J*. 1986;56:414–421.
80. Mathey DG, Sheehan FH, Schofer J, Dodge HT. Time from onset of symptoms to thrombolytic therapy: a major determinant of myocardial salvage in patients with acute transmural infarction. *J Am Coll Cardiol*. 1985;6:518–525.
81. Serruys PW, Simoons ML, Suryapranata H, et al. Preservation of global and regional left ventricular function after early thrombolysis in acute myocardial infarction. *J Am Coll Cardiol*. 1986;7:729–742.
82. Newby LK, Rutsch WR, Califf RM, et al. Time from symptom onset to treatment and outcomes after thrombolytic therapy: GUSTO-1 Investigators. *J Am Coll Cardiol*. 1996;27:1646–1655.
83. Anderson JL, Karagounis LA, Califf RM. Metaanalysis of five reported studies on the relation of early coronary patency grades with mortality and outcomes after acute myocardial infarction. *Am J Cardiol*. 1996;78:1–8.
84. Zapka J, Estabrook B, Gilliland J, Leviton L, Meischke H, Melville S, Taylor J, Daya M, Laing B, Meshack A, Reyna R, Robbins M, Hand M, Finnegan J. Health care providers' perspectives on patient delay for seeking care for symptoms of acute myocardial infarction. *Health Educ Behav*. 1999;26:714–733.
85. Goldberg RJ, Gurwitz JH, Gore JM. Duration of, and temporal trends (1994–1997) in prehospital delay in patients with acute myocardial infarction: the second National Registry of Myocardial Infarction. *Arch Intern Med*. 1999;159:2141–2147.
86. Raczynski JM, Finnegan JR Jr, Zapka JG, Meischke H, Meshack A, Stone EJ, Bracht N, Sellers DE, Daya M, Robbins M, McAlister A, Simons-Morton D. REACT theory-based intervention to reduce treatment-seeking delay for acute myocardial infarction. Rapid Early Action for Coronary Treatment. *Am J Prev Med*. 1999;16:325–334.
87. Ashton KC. How men and women with heart disease seek care: the delay experience. *Prog Cardiovasc Nurs*. 1999;14:53–60, 74.
88. Zerwic JJ. Patient delay in seeking treatment for acute myocardial infarction symptoms. *J Cardiovasc Nurs*. 1999;13:21–32.
89. Solomon CG, Lee TH, Cook EF, et al. Comparison of clinical presentation of acute myocardial infarction in patients over 65 years of age to younger patients: the Multicenter Chest Pain Study experience. *Am J Cardiol*. 1989;63:772–776.
90. Peberdy MA, Ornato JP. Coronary artery disease in women. *Heart Dis Stroke*. 1992;1:315–319.
91. Douglas PS, Ginsburg GS. The evaluation of chest pain in women. *N Engl J Med*. 1996;334:1311–1315.
92. Sullivan AK, Holdright DR, Wright CA, et al. Chest pain in women: clinical, investigative, and prognostic features. *BMJ*. 1994;308:883–886.
93. Kereiakes DJ, Weaver WD, Anderson JL, et al. Time delays in the diagnosis and treatment of acute myocardial infarction: a tale of eight cities. Report from the Pre-hospital Study Group and the Cincinnati Heart Project. *Am Heart J*. 1990;120:773–780.
94. Weaver WD. Time to thrombolytic treatment: factors affecting delay and their influence on outcome. *J Am Coll Cardiol*. 1995;25(suppl):3S–9S.
95. Blohm M, Herlitz J, Schroder U, et al. Reaction to a media campaign focusing on delay in acute myocardial infarction. *Heart Lung*. 1991;20:661–666.
96. Blohm MB, Hartford M, Karlson BW, Luepker RV, Herlitz J. An evaluation of the media and educational campaigns designed to shorten the time taken by patients with acute myocardial infarction to decide to go to hospital. *Heart*. 1996;76:430–434.
97. Haynes BE, Pritting J. A rural emergency medical technician with selected advanced skills. *Prehosp Emerg Care*. 1999;3:343–346.
98. Funk D, Groat C, Verdile VP. Education of paramedics regarding aspirin use. *Prehosp Emerg Care*. 2000;4:62–64.
99. Held P. Effects of nitrates on mortality in acute myocardial infarction and in heart failure. *Br J Clin Pharmacol*. 1992;34(suppl 1):25S–28S.
100. Verheugt FW, van der Laarse A, Funke-Kepper AJ, Sterkman LG, Galema TW, Roos JP. Effects of early intervention with low-dose aspirin (100 mg) on infarct size, reinfarction and mortality in anterior wall acute myocardial infarction. *Am J Cardiol*. 1990;66:267–277.
101. Tan WA, Moliterno DJ. Aspirin, ticlopidine, and clopidogrel in acute coronary syndromes: underused treatments could save thousands of lives. *Cleve Clin J Med*. 1999;66:615–618, 621–624, 627–628.
102. Kereiakes DJ, Gibler WB, Martin LH, et al. Relative importance of emergency medical system transport and the prehospital electrocardiogram on reducing hospital time delay to therapy for acute myocardial infarction: a preliminary report from the Cincinnati Heart Project. *Am Heart J*. 1992;23:835–840.
103. Karagounis L, Ipsen SK, Jessop MR, et al. Impact of field-transmitted electrocardiography on time to in-hospital thrombolytic therapy in acute myocardial infarction. *Am J Cardiol*. 1990;66:786–791.
104. Aufderheide TP, Hendley GE, Woo J, et al. A prospective evaluation of prehospital 12-lead ECG application in chest pain patients. *J Electrocardiol*. 1992;24S:8–13.
105. Aufderheide TP, Keelan MH, Hendley GE, et al. Milwaukee Prehospital Chest Pain Project: phase 1: feasibility and accuracy of prehospital thrombolytic candidate selection. *Am J Cardiol*. 1992;69:991–996.
106. Hayes OW. Emergency management of acute myocardial infarction: focus on pharmacologic therapy. *Emerg Med Clin North Am*. 1998;16:541–563, vii-viii.
107. Selker HP, Zalenski RJ, Antman EM, Aufderheide TP, et al. An evaluation of technologies for identifying acute cardiac ischemia in the emergency department: a report from a National Heart Attack Alert Program Working Group. *Ann Emerg Med*. 1997;29:13–87.
108. Weaver WD, Eisenberg MS, Martin JS, et al. Myocardial Infarction Triage and Intervention Project: phase 1: patient characteristics and feasibility of prehospital initiation of thrombolytic therapy. *J Am Coll Cardiol*. 1990;15:925–931.
109. Aufderheide TP, Kereiakes DJ, Weaver WD, et al. Planning, implementation, and process monitoring for prehospital 12-lead ECG diagnostic programs. *Prehosp Disaster Med*. 1996;11:162–171.
110. National Heart Attack Alert Program Coordinating Committee, 60 Minutes to Treatment Working Group. Emergency department: rapid identification and treatment of patients with acute myocardial infarction. *Ann Emerg Med*. 1994;23:311–329.
111. Canto JG, Rogers WJ, Bowlby LJ, et al. The prehospital electrocardiogram in acute myocardial infarction: is its full potential being realized? *J Am Coll Cardiol*. 1997;29:498–505.
112. *1997 Heart and Stroke Statistical Update*. Dallas, Tex: American Heart Association; 1996.
113. Easton JD, Hart RG, Sherman DG, Kaste M. Diagnosis and management of ischemic stroke, I: threatened stroke and its management. *Curr Probl Cardiol*. 1983;8:1–76.
114. The National Institute of Neurological Disorders, and Stroke r-PA Stroke Study Group. Tissue plasminogen activator for acute ischemic stroke. *N Engl J Med*. 1995;333:1581–1587.
115. Del Zoppo GJ, Higashida RT, Furlan AJ, Pessin MS, Rowley HA, Gent M, and the ProAct Investigators. ProAct: a phase II randomization trial of recombinant pro-urokinase by direct arterial delivery in acute middle cerebral artery stroke. *Stroke*. 1998;29:4–11.
116. Bendzus M, Urbach H, Ries F, Solymosi L. Outcome after local intra-arterial fibrinolysis compared with the natural course of patients with a dense middle cerebral artery on early CT. *Neuroradiology*. 1998;40:54–58.
117. Wardlaw JM, del Zoppo G, Yamaguchi T. Thrombolysis for acute ischaemic stroke. Cochrane Database of Systematic Reviews: 4th issue; 1999.
118. Kwiatkowski TG, Libman RB, Frankel M, Tilley BC, Morgenstern LB, Lu M, Broderick JP, Lewandowski CA, Marler JR, Levine SR, Brott T, for the NINDS r-tPA Stroke Study Group. Effects of tissue plasminogen activator for acute ischemic stroke at one year. *N Engl J Med*. 1999;340:1781–1787.

119. Furlan A, Higashida R, Wechsler L, Gent M, Rowley H, Kase C, Pessin M, Ahuja A, Callahan F, Clark WM, Silver F, Rivera F, for the PROACT investigators. Intra-arterial prourokinase for acute ischemic stroke: the PROACT II Study: a randomized controlled trial. JAMA. 1999;282:2003–2011.
120. Lewandowski CA, Frankel M, Tomsick TA, Broderick J, Frey J, Clark W, Starkman S, Grotta J, Spilker J, Khoury J, Brott T, and the EMS Bridging Trial Investigators. Combined intravenous and intra-arterial r-TPA versus intra-arterial therapy of acute ischemic stroke: Emergency Management of Stroke (EMS) Bridging Trial. Stroke. 1999;30:2598–2605.
121. Albers GW, Bates VE, Clark WM, Bell R, Verro P, Hamilton SA. Intravenous tissue-type plasminogen activator for treatment of acute stroke: the Standard Treatment with Alteplase to Reverse Stroke (STARS) Study. JAMA. 2000;283:1145–1150.
122. Fagan SC, Morgenstern LB, Petitta A, Ward RE, Tilley BC, Marler JR, Levine SR, Broderick JP, Kwiatkowski TG, Frankel M, Brott TG, Walker MD, and the NINDS rt-PA Study Group. Cost-effectiveness of tissue plasminogen activator for acute ischemic stroke. Neurology. 1998;50:883–890.
123. Pepe PE. The initial links in the chain of recovery for brain attack: access, prehospital care, notification, and transport. In: Proceedings of the National Symposium on Rapid Identification and Treatment of Acute Stroke. Bethesda, Md: National Institute of Neurological Disorders and Stroke: 1997:17–28.
124. Barnett HJ. The pathophysiology of transient cerebral ischemic attacks. Med Clin North Am. 1979;63:649–679.
125. Antiplatelet Trialists' Collaboration. Collaborative overview of randomized trials of antiplatelet therapy, I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ. 1994;308:81–106.
126. Viitanen M, Eriksson S, Asplund K. Risk of recurrent stroke, myocardial infarction and epilepsy during long-term follow-up after stroke. Eur Neurol. 1988;28:227–231.
127. Weir B, ed. Aneurysms Affecting the Nervous System. Baltimore, Md: Williams & Wilkins; 1987.
128. Broderick JP, Brott T, Tomsick T, Huster G, Miller R. The risk of subarachnoid and intracerebral hemorrhages in blacks as compared with whites. N Engl J Med. 1992;326:733–736.
129. Brott T, Thalinger K, Hertzberg V. Hypertension as a risk factor for spontaneous intracerebral hemorrhage. Stroke. 1986;17:1078–1083.
130. Furlan AJ, Whisnant JP, Elveback LR. The decreasing incidence of primary intracerebral hemorrhage: a population study. Ann Neurol. 1979;5:365–373.
131. Kassell NF, Torner JC, Haley EC Jr, Jane JA, Adams HP, Kongable GL. The International Cooperative Study on the Timing of Aneurysm Surgery, I: overall management results. J Neurosurg. 1990;73:18–36.
132. Kassell NF, Torner JC, Jane JA, Haley EC Jr, Adams HP. The International Cooperative Study on the Timing of Aneurysm Surgery, II: surgical results. J Neurosurg. 1990;73:37–47.
133. Barsan WG, Brott TG, Broderick JP, et al. Time of hospital presentation in patients with acute stroke. Arch Intern Med. 1993:2558–2561.
134. Feldmann E, Gorson N, Brooks JM, et al. Factors associated with early presentation of acute stroke. Stroke. 1993;24:1805–1809.
135. Alberts MJ, Perry A, Dawson DV, Bertels C. Effects of professional and public education on reducing the delay in presentation and referral of stroke patients. Stroke. 1992;23:352–356.
136. Lyden PD, Rapp K, Babcock T, Rothrock J. Ultra-rapid identification, triage, and enrollment of stroke patients into clinical trials. J Stroke Cerebrovasc Dis. 1994;4:106–107.
137. Spilker JA. The importance of patient and public education in acute ischemic stroke. In: Proceedings of the National Symposium on Rapid Identification and Treatment of Acute Stroke. Bethesda, Md: The National Institute of Neurological Disorders and Stroke; 1996:73–87.
138. Grotta JC. The importance of time. In: Proceedings of the National Symposium on Rapid Identification and Treatment of Acute Stroke. Bethesda, Md: National Institute of Neurological Disorders and Stroke; 1997:5–9.
139. Kwiatkowski T, Silverman R, Paiano R, et al. Delayed hospital arrival in patients with acute stroke. Acad Emerg Med. 1996;3:538.
140. Morris DL, Fordon RA, Hinn AR, et al. Delay in seeking care for stroke: demographic determinants. —The Delay in Accessing Stroke Healthcare Study. Acad Emerg Med. 1996;3:539.
141. Kay R, Woo J, Poon WS. Hospital arrival time after onset of stroke. J Neurol Neurosurg Psychiatry. 1992;55:973–974.
142. Biller J, Shephard A. Delay between onset of ischemic stroke and hospital arrival. Neurology. 1992;42(suppl 1):390P.
143. Hazinski MF. Demystifying recognition and management of stroke. Curr Emerg Cardiac Care. 1996;7:8.
144. The National Institute of Neurological Disorders and Stroke (NINDS) rt-PA Stroke Study Group. A systems approach to immediate evaluation and management of hyperacute stroke: experience at eight centers and implications for community practice and patient care. Stroke. 1997;28:1530–1540.
145. Crocco TJ, Kothari RU, Sayre MR, Liu T. A nationwide prehospital stroke survey. Prehosp Emerg Care. 1999;3:201–206.
146. Ferro JM, Melo TP, Oliveira V, Crespo M, Canhao P, Pinto AN. An analysis of the admission delay of acute strokes. Cerebrovasc Dis. 1994;4:72–75.
147. Kothari R, Jauch E, Broderick J, Brott T, Sauerbeck L, Khoury J, Liu T. Acute stroke: delays to presentation and emergency department evaluation. Ann Emerg Med. 1999;33:3–8.
148. Morris DL, Rosamond WD, Hinn AR, Gorton RA. Time delays in accessing stroke care in the emergency department. Acad Emerg Med. 1999;6:218–223.
149. Kidwell CS, Saver JL, Schubert GB, Eckstein M, Starkman S. Design and retrospective analysis of the Los Angeles Prehospital Stroke Screen (LAPSS). Prehosp Emerg Care. 1998;2:267–273.
150. Kothari R, Barsan W, Brott T, Broderick J, Ashbrock S. Frequency and accuracy of prehospital diagnosis of acute stroke. Stroke. 1993;26:937–941.
151. Zachariah B, Dunford J, Van Cott CC. Dispatch life support and the acute stroke patient: making the right call. In: Proceedings of the National Symposium on Rapid Identification and Treatment of Acute Stroke. Bethesda, Md: The National Institute of Neurological Disorders and Stroke; 1991:88–96.
152. Dávalos A, Castillo J, Martinez-Villa E. Delay in neurological attention and stroke outcome: Cerebrovascular Disease Study Group of the Spanish Society of Neurology. Stroke. 1995;26:2233–2237.
153. Bornstein NM, Gur AY, Fainshtein P, Korczyn AD. Stroke during sleep: epidemiological and clinical features. Cerebrovasc Dis. 1999;9:320–2.
154. Sayre MR, Swor RA, Honeykutt LK. Prehospital identification and treatment. In: Proceedings of the National Symposium on Rapid Identification and Treatment of Acute Stroke. Bethesda, Md: National Institute of Neurological Disorders and Stroke; 1997:35–43.
155. Zweifler RM, Drinkard R, Cunningham S, Brody ML, Rothrock JF. Implementation of a stroke code system in Mobile, Alabama: diagnostic and therapeutic yield. Stroke. 1997;28:981–983.
156. Smith WS, Isaacs M, Corry MD. Accuracy of paramedic identification of stroke and transient ischemic attack in the field. Prehosp Emerg Care. 1998;2:170–175.
157. Williams LS, Bruno A, Rouch D, Marriott DJ. Stroke patients' knowledge of stroke: influence on time to presentation. Stroke. 1997;28:912–915.
158. Kothari R, Pancioli A, Liu T, et al. Cincinnati Prehospital Stroke Scale: reproducibility and validity. Ann Emerg Med. 1999;33:373–378.
159. Kidwell CS, Starkman S, Eckstein M, Weems K, Saver JL. Identifying stroke in the field: prospective validation of the Los Angeles Prehospital Stroke Screen (LAPSS). Stroke. 2000;31:71–76.
160. Prasad K, Menon GR. Comparison of the three strategies of verbal scoring of the Glasgow Coma Scale in patients with stroke. Cerebrovasc Dis. 1998;8:79–85.
161. Kothari R, Hall K, Brott T, Broderick J. Early stroke recognition: developing an out-of-hospital NIH Stroke Scale. Acad Emerg Med. 1997;4:986–990.
162. Kothari R, Pio BJ, Sayre MR, Liu T. A prospective evaluation of the accuracy of prehospital diagnosis of acute stroke. Prehosp Emerg Care. 1999;3:82. Abstract.
163. Kothari R, Sauerbeck L, Jauch E, Broderick J, Brott T, Khoury J, Liu T. Patients' awareness of stroke signs, symptoms, and risk factors. Stroke. 1997;28:1871–1875.
164. Scott PA, Temovsky CJ, Lawrence K, Gudaitis E, Lowell MJ. Analysis of Canadian population with potential geographic access to intravenous thrombolysis for acute ischemic stroke. Stroke. 1998;29:2304–2310.
165. Oppenheimer SM, Hachinski VC. The cardiac consequences of stroke. Neurol Clin. 1992;10:167–176.
166. Goldstein DS. The electrocardiogram in stroke: relationship to pathophysiological type and comparison with prior tracings. Stroke. 1979;10:253–259.

167. European Ad Hoc Consensus Group. Hacke W, Chair. Optimizing intensive care in stroke: a European perspective. *Cerebrovasc Dis.* 1997;7:113–128.
168. Mackenzie GJ, Taylor SH, McDonald AH, Donald KW. Haemodynamic effects of external cardiac compression. *Lancet.* 1964;1:1342–1345.
169. Noc M, Weil MH, Sun SJ, Tang W, Bisera J. Spontaneous gasping during cardiopulmonary resuscitation without mechanical ventilation. *Am J Respir Crit Care Med.* 1994;150:861–864.
170. Clark JJ, Larsen MP, Cully LL, Graves JR, Eisenberg MS. Incidence of agonal respirations in sudden cardiac arrest. *Ann Emerg Med.* 1991;21:1464–1467.
171. Gundry JW, Comess KA, DeRook FA, Jorgenson D, Bardy GH. Comparison of naive sixth-grade children with trained professionals in the use of an automated external defibrillator. *Circulation.* 1999;100:1703–1707.
172. Chandra NC, Hazinski MF, Stapleton E. *Instructor's Manual for Basic Life Support.* Dallas, Tex: American Heart Association; 1997.
173. Safar P. Ventilatory efficacy of mouth-to-mouth artificial respiration: airway obstruction during manual and mouth-to-mouth artificial respiration. *JAMA.* 1958;167:335–341.
174. Safar P, Escarraga LA, Chang F. Upper airway obstruction in the unconscious patient. *J Appl Physiol.* 1959;14:760–764.
175. Ruben HM, Elam JO, Ruben AM, Greene DG. Investigation of upper airway problems in resuscitation: studies of pharyngeal x-rays and performance by laymen. *Anesthesiology.* 1961;22:271–279.
176. Guildner CW. Resuscitation: opening the airway: a comparative study of techniques for opening an airway obstructed by the tongue. *JACEP.* 1976;5:588–590.
177. Elam JO, Greene DG, Schneider MA, et al. Head-tilt method of oral resuscitation. *JAMA.* 1960;172:812–815.
178. Safar P, Escarrage LA. Compliance in apneic anesthetized adults. *Anesthesiology.* 1959;20:283–289.
179. Handley AJ, Becker LB, Allen M, van Drenth A, Kramer EB, Montgomery WH. Single rescuer adult basic life support: an advisory statement from the Basic Life Support Working Group of the International Liaison Committee on Resuscitation (ILCOR). *Resuscitation.* 1997;34:101–108.
180. Turner S, Turner I, Chapman D, Howard P, Champion P, Hatfield J, James A, Marshal S, Barber S. A comparative study of the 1992 and 1997 recovery positions for use in the UK. *Resuscitation.* 1998;39:153–160.
181. Doxey J. Comparing 1997 Resuscitation Council (UK) recovery position with recovery position of 1992 European Resuscitation Council guidelines: a user's perspective. *Resuscitation.* 1998;39:161–169.
182. Fulstow R, Smith GB. The new recovery position: a cautionary tale. *Resuscitation.* 1993;26:89–91.
183. Rathgeber J, Panzer W, Gunther U, Scholz M, Hoeft A, Bahr J, Kettler D. Influence of different types of recovery positions on perfusion indices of the forearm. *Resuscitation.* 1996;32:13–17.
184. Wenzel V, Idris AH, Banner MJ, Fuerst RS, Tucker KJ. The composition of gas given by mouth-to-mouth ventilation during CPR. *Chest.* 1994;106:1806–1810.
185. Wenzel V, Idris AH, Banner MJ, Kubilis PS, Band R, Williams JL, Lindner KH. Respiratory system compliance decreases after cardiopulmonary resuscitation and stomach inflation: impact of large and small tidal volumes on calculated peak airway pressure. *Resuscitation.* 1998;38:113–118.
186. Idris AH, Wenzel V, Banner MJ, Melker RJ. Smaller tidal volumes minimize gastric inflation during CPR with an unprotected airway. *Circulation.* 1995;92(suppl I):I-759. Abstract.
187. Morton HJV, Wylie WD. Anaesthetic deaths due to regurgitation or vomiting. *Anaesthesia.* 1951;6:192–205.
188. Ruben A, Ruben H. Artificial respiration: flow of water from the lung and the stomach. *Lancet.* 1962;780:81.
189. Stone BJ, Chantler PJ, Baskett PJ. The incidence of regurgitation during cardiopulmonary resuscitation: a comparison between the bag valve mask and laryngeal mask airway. *Resuscitation.* 1998;38:3–6.
190. Lawes EG, Baskett PJF. Pulmonary aspiration during unsuccessful cardiopulmonary resuscitation. *Intens Care Med.* 1987;13:379–382.
191. Bjork RJ, Snyder BD, Campion BC, Loewenson RB. Medical complications of cardiopulmonary arrest. *Arch Intern Med.* 1982;142:500–503.
192. Spence AA, Moir DD, Finlay WIE. Observations on intragastric pressure. *Anaesthesia.* 1967;22:249–256.
193. Wenzel V, Idris AH, Banner MJ, Kubilis PS, Williams JL. The influence of tidal volume on the distribution of gas between the lungs and stomach in the unintubated patient receiving positive pressure ventilation. *Crit Care Med.* 1998;26:364–368.
194. Wenzel V, Keller C, Idris AH, Dörges V, Lindner KH, Brimacombe JR. Effects of smaller tidal volumes during basic life support ventilation in patients with respiratory arrest: good ventilation, less risk? *Resuscitation.* 1999;43:25–29.
195. Weiler N, Heinrichs W, Dick W. Assessment of pulmonary mechanics and gastric inflation pressure during mask ventilation. *Prehospital Disaster Med.* 1995;10:101–105.
196. Cheifetz IM, Craig DM, Quick G, McGovern JJ, Cannon ML, Ungerleider RM, Smith PK, Meliones JN. Increasing tidal volumes and pulmonary overdistension adversely affect pulmonary vascular mechanics and cardiac output in a pediatric swine model. *Crit Care Med.* 1998;26:710–716.
197. Berg MD, Idris AH, Berg RA. Severe ventilatory compromise due to gastric distension during cardiopulmonary resuscitation. *Resuscitation.* 1998;36:71–73.
198. Bowman FP, Menegazzi JJ, Check BD, Duckett TM. Lower esophageal sphincter pressure during prolonged cardiac arrest and resuscitation. *Ann Emerg Med.* 1995;26:216–219.
199. Melker RJ. Recommendations for ventilation during cardiopulmonary resuscitation: time for change? *Crit Care Med.* 1985;13(pt 2):882–883.
200. Baskett P, Nolan J, Parr M. Tidal volumes which are perceived to be adequate for resuscitation. *Resuscitation.* 1996;31:231–234.
201. Baskett P, Bossaert LL, Carli P, Chamberlain D, Dick W, Nolan JP, Parr MJA, Schneidegger D, Zideman D. Guidelines for the basic management of the airway and ventilation during resuscitation: a statement by the Airway and Ventilation Management Working Group of the European Resuscitation Council. *Resuscitation.* 1996;31:187–200.
202. Idris AH, Gabrielli A, Caruso L. Smaller tidal volume is safe and effective for bag-valve-ventilation, but not for mouth-to-mouth ventilation: an animal model for basic life support. *Circulation.* 1999;100(suppl I):I-644. Abstract.
203. Dörges V, Ocker H, Hagelberg S, Wenzel V, Idris AH. Smaller tidal volumes with room air are not sufficient to ensure adequate oxygenation during basic life support. *Resuscitation.* 2000;44:37–41.
204. Htin KJ, Birenbaum DS, Idris AH, Banner MJ, Gravenstein N. Rescuer breathing pattern significantly affects $O_2$ and $CO_2$ received by the patient during mouth-to-mouth ventilation. *Crit Care Med.* 1998;26(suppl I):A56–A60.
205. Ruben H. The immediate treatment of respiratory failure. *Br J Anaesth.* 1964;36:542–549.
206. Safar P, Redding J. The "tight jaw" in resuscitation. *Anesthesiology.* 1959;20:701–702.
207. International Association of Laryngectomees. *First Aid for (Neck Breathers) Laryngectomees.* New York, NY: American Cancer Society; 1971.
208. Figura N. Mouth-to-mouth resuscitation and *Helicobacter pylori* infection. *Lancet.* 1996;347:1342. Letter.
209. Heilman KM, Muschebeim C. Primary cutaneous tuberculosis resulting from mouth-to-mouth respiration. *N Engl J Med.* 1965;273:1035–1036.
210. Simmons M, Deao D, Moon L, et al. Bench evaluation: three face-shield CPR barrier devices. *Respir Care.* 1995;40:618–623.
211. Exhaled-air pulmonary resuscitators (EAPRs), and disposable manual pulmonary resuscitators (DMPRs). *Health Devices.* 1989;18:333–352.
212. Johannigman JA, Branson RD. Oxygen enrichment of expired gas for mouth-to-mask resuscitation. *Respir Care.* 1991;36:99–103.
213. Elling R, Politis J. An evaluation of emergency medical technicians' ability to use manual ventilation devices. *Ann Emerg Med.* 1983;12:765–768.
214. Hess D, Baran C. Ventilatory volumes using mouth-to-mouth, mouth-to-mask, and bag-valve-mask techniques. *Am J Emerg Med.* 1985;3:292–296.
215. Cummins RO, Austin D, Graves JR, Litwin PE, Pierce J. Ventilation skills of emergency medical technicians: a teaching challenge for emergency medicine. *Ann Emerg Med.* 1986;15:1187–1192.
216. Johannigman JA, Branson RD, Davis K Jr, Hurst JM. Techniques of emergency ventilation: a model to evaluate tidal volume, airway pressure, and gastric insufflation. *J Trauma.* 1991;31:93–98.
217. Fuerst RS, Banner MJ, Melker RJ. Gastric inflation in the unintubated patient: a comparison of common ventilating devices. *Ann Emerg Med.* 1992;21:636. Abstract.
217a. Langhelle A, Sunde K, Wik L, Steen PA. Arterial blood gases with 500- versus 1000-mL tidal volume during out-of-hospital CPR. *Resuscitation.* 2000;45:27–33.
218. Dörges V, Sauer C, Ocker H, Wenzel V, Schmucker P. Airway management during cardiopulmonary resuscitation: a comparative study of

218. [continued] bag-valve-mask, laryngeal mask airway and Combitube in a bench model. *Resuscitation.* 1999;41:63–69.
219. Dörges V, Sauer C, Ocker H, Wenzel V, Schmucker P. Smaller tidal volumes during cardiopulmonary resuscitation: comparison of adult and pediatric size self-inflatable bags with three different ventilatory devices. *Resuscitation.* 1999;43:31–37.
220. Winkler M, Mauritz W, Hackl W, Gilly H, Weindlmayr-Goettel M, Steinbereithner K, Schindler I. Effects of half the tidal volume during cardiopulmonary resuscitation on acid-base balance and haemodynamics in pigs. *Eur J Emerg Med.* 1998;5:201–206.
221. Elam JO. Bag-valve-mask $O_2$ ventilation. In: Safar P, Elam JO, eds. *Advances in Cardiopulmonary Resuscitation: The Wolf Creek Conference on Cardiopulmonary Resuscitation.* New York, NY: Springer-Verlag Inc; 1977:73–79.
222. Sellick BA. Cricoid pressure to control regurgitation of stomach contents during induction of anesthesia. *Lancet.* 1961;2:404–406.
223. Dailey RH, Simon B, Young GP, Steward RD. *The Airway: Emergency Management.* St Louis, Mo: Mosby Year Book; 1992.
224. Salem MR, Joseph NJ, Heyman HJ, Belani B, Paulissian R, Ferrara TP. Cricoid pressure is effective in obliterating the esophageal lumen in the presence of a nasogastric tube. *Anesthesiology.* 1985;4:443–446.
225. Petito SP, Russell WJ. The prevention of gastric inflation: –a neglected benefit of cricoid pressure. *Anaesth Intensive Care.* 1998;16:139–143.
226. Mather C, O'Kelly S. The palpation of pulses. *Anaesthesia.* 1996;51:189–191.
227. Bahr J, Klingler H, Panzer W, Rode H, Kettler D. Skills of lay people in checking the carotid pulse. *Resuscitation.* 1997;35:23–26.
228. Ochoa FJ, Ramalle-Gomara E, Carpintero JM, Garcia A, Saralegui I. Competence of health professionals to check the carotid pulse. *Resuscitation.* 1998;37:173–175.
229. Flesche CW, Zucker TP, Lorenz C, Nerudo B, Tarnow J. The carotid pulse check as a diagnostic tool to assess pulselessness during adult basic life support. *Euroanaesthesia '95.* 1995; Abstract. Presented at the European Resuscitation Council.
230. Cummins RO, Hazinski MF. Cardiopulmonary resuscitation techniques and instruction: when does evidence justify revision? *Ann Emerg Med.* 1999;34:780–784.
231. Flesche C, Neruda B, Breuer S, et al. Basic cardiopulmonary resuscitation skills: a comparison of ambulance staff and medical students in Germany. *Resuscitation.* 1994;28:S25. Abstract.
232. Flesche C, Neruda B, Noetages T, et al. Do cardiopulmonary skills among medical students meet current standards and patients' needs? *Resuscitation.* 1994;28:S25. Abstract.
233. Monsieurs KG, De Cauwer HG, Bossaert LL. Feeling for the carotid pulse: is five seconds enough? *Resuscitation.* 1996;31:S3.
234. Flesche CW, Breuer S, Mandel LP, Brevik H, Tarnow J. The ability of health professionals to check the carotid pulse. *Circulation.* 1994;90(suppl I):I-288. Abstract.
235. Eberle B, Dick WF, Schneider T, Wisser G, Doetsch S, Tzanova I. Checking the carotid pulse: diagnostic accuracy of first responders in patients with and without a pulse. *Resuscitation.* 1996;33:107–116.
236. Kouwenhoven WB, Jude JR, Knickerbocker GG. Closed-chest cardiac massage. *JAMA.* 1960;173:1064–1067.
237. Maier GW, Tyson GS Jr, Olsen CO, et al. The physiology of external cardiac massage: high-impulse cardiopulmonary resuscitation. *Circulation.* 1984;70:86–101.
238. Rudikoff MT, Maughan WL, Effron M, Freund P, Weisfeldt ML. Mechanisms of blood flow during cardiopulmonary resuscitation. *Circulation.* 1980;61:345–352.
239. Fitzgerald KR, Babbs CF, Frissora HA, Davis RW, Silver DI. Cardiac output during cardiopulmonary resuscitation at various compression rates and durations. *Am J Physiol.* 1981;241:H442–H448.
240. Babbs CF, Thelander K. Theoretically optimal duty cycles for chest and abdominal compression during external cardiopulmonary resuscitation. *Acad Emerg Med.* 1995;2:698–707.
241. Maier GW, Newton JR, Wolfe JA, Tyson GS, Olsen CO, Glower DD, Spratt JA, Davis JW, Feneley MPRJS. The influence of manual chest compression rate on hemodynamic support during cardiac arrest; high-impulse cardiopulmonary resuscitation. *Circulation.* 1986;74(suppl IV):IV-51–IV-59.
242. Feneley MP, Maier GW, Kern KB, Gaynor JW, Gall SA, Sanders AB, Raessler K, Muhlbaier LH, Scott Rankin J, Ewy GA. Influence of compression rate on initial success of resuscitation and 24 hour survival after prolonged manual cardiopulmonary resuscitation in dogs. *Circulation.* 1988;77:240–250.
243. Wolfe JA, Maier GW, Newton JR, Glower DD, Tyson GS, Spratt JA, Rankin JS, Olsen CO. Physiologic determinants of coronary blood flow during external cardiac massage. *J Thorac Cardiovasc Surg.* 1988;95:523–532.
244. Sanders AB, Kern KB, Fonken S, Otto CW, Ewy GA. The role of bicarbonate and fluid loading in improving resuscitation from prolonged cardiac arrest with rapid manual chest compression CPR. *Ann Emerg Med.* 1990;19:1–7.
245. Swenson RD, Weaver D, Niskanen RA, Martin J, Dahlberg S. Hemodynamics in humans during conventional and experimental methods of cardiopulmonary resuscitation. *Circulation.* 1988;78:630–639.
246. Kern KB, Sanders AB, Raife J, Milander MM, Otto CW, Ewy GA. A study of chest compression rates during cardiopulmonary resuscitation in humans. *Arch Intern Med.* 1992;152:145–149.
247. Wik L, Steen PA. The ventilation-compression ratio influences the effectiveness of two rescuer advanced cardiac life support on a manikin. *Resuscitation.* 1996;31:113–119.
248. Kern KB, Hilwig RW, Berg RA, Ewy GA. Efficacy of chest compression-only BLS CPR in the presence of an occluded airway. *Resuscitation.* 1998;39:179–188.
249. Handley AJ, Handley JA. The relationship between rate of chest compression and compression:relaxation ratio. *Resuscitation.* 1995;30:237–241.
250. Berg RA, Sanders AB, Milander M, Tellez D, Liu P, Beyda D. Efficacy of audio-prompted rate guidance in improving resuscitator performance of cardiopulmonary resuscitation on children. *Acad Emerg Med.* 1994;1:35–40.
251. Milander MM, Hiscok PS, Sanders AB, Kern KB, Berg RA, Ewy GA. Chest compression and ventilation rates during cardiopulmonary resuscitation: the effects of audible tone guidance. *Acad Emerg Med.* 1995;2:708–713.
252. Clawson JJ. Dispatch priority training: strengthening the weak link. *J Emerg Med Serv.* 1981;6:32–36.
253. Clawson JJ. Telephone treatment protocols: reach out and help someone. *J Emerg Med Serv.* 1986;11:43–46.
254. Culley LL, Clark JJ, Eisenberg MS, Larsen MP. Dispatcher-assisted telephone CPR: common delays and time standards for delivery. *Ann Emerg Med.* 1991;20:362–366.
255. Halperin HR, Tsitlik JE, Guerci AD, Mellits ED, Levin HR, Shi A-Y, Chandra N, Weisfeldt ML. Determinants of blood flow to vital organs during cardiopulmonary resuscitation in dogs. *Circulation.* 1986;73:539–550.
256. Swart GL, Mateer JR, DeBehnke DJ, Jameson SJ, Osborn JL. The effect of compression duration on hemodynamics during mechanical high-impulse CPR. *Acad Emerg Med.* 1994;1:430–437.
257. Criley JM, Blaufuss AH, Kissel GL. Cough-induced cardiac compression: self-administered form of cardiopulmonary resuscitation. *JAMA.* 1976;236:1246–1250.
258. Petelenz T, Iwinski J, Chlebowczyk J, Czyz Z, Flak Z, Fiutowski L, Zaorski K, Petelenz T, Zeman S. Self-administered cough cardiopulmonary resuscitation (c-CPR) in patients threatened by MAS events of cardiovascular origin. *Wiad Lek.* 1998;51:326–336.
259. Saba SE, David SW. Sustained consciousness during ventricular fibrillation: case report of cough cardiopulmonary resuscitation. *Cathet Cardiovasc Diagn.* 1996;37:47–48.
260. Miller B, Cohen A, Serio A, Bettock D. Hemodynamics of cough cardiopulmonary resuscitation in a patient with sustained torsades de pointes/ventricular flutter. *J Emerg Med.* 1994;12:627–632.
261. Paradis NA, Martin GB, Goetting MG, et al. Simultaneous aortic, jugular bulb, and right atrial pressures during cardiopulmonary resuscitation in humans: insights into mechanisms. *Circulation.* 1989;80:361–368.
262. Guerci AD, Chandra NC, Gelfand MI, et al. Vest CPR increases aortic pressure in humans. *Circulation.* 1989;80(suppl II):II-496. Abstract.
263. Sack JB, Kesselbrenner MB, Bregman D. Survival from in-hospital cardiac arrest with interposed abdominal counterpulsation during cardiopulmonary resuscitation. *JAMA.* 1992;267:379–385.
264. Sack JB, Kesselbrenner MB, Jarrad A. Interposed abdominal compression-cardiopulmonary resuscitation and resuscitation outcome during asystole and electromechanical dissociation. *Circulation.* 1992;86:1692–1700.
265. Barranco F, Lesmes A, Irles JA, et al. Cardiopulmonary resuscitation with simultaneous chest and abdominal compression: comparative study in humans. *Resuscitation.* 1990;20:67–77.
266. Cohen TJ, Tucker KJ, Lurie KG, et al. Active compression-decompression: a new method of cardiopulmonary resuscitation. *JAMA.* 1992;267:2916–2923.

Case 3:04-cv-30121-MAP   Document 24-16   Filed 07/18/2005   Page 8 of 9
From (613) 998-3280      Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005      Page 38 of 39


Case 3:04-cv-30121-MAP   Document 24-16   Filed 07/18/2005   Page 8 of 9
From (613) 998-3280      Order # 05575857DP04611013   Wed Jun 29 12:26:06 2005      Page 38 of 39

I-58   Circulation   August 22, 2000

267. Plaisance P, Lurie K, Vicaut E, et al. Comparison of standard cardiopulmonary resuscitation and active compression decompression for out-of-hospital cardiac arrest. *N Engl J Med.* 1999;341:569–575.
268. Plaisance P, Adnet F, Vicaut E, et al. Benefit of active compression-decompression cardiopulmonary resuscitation as a prehospital advanced cardiac life support: a randomized multicenter study. *Circulation.* 1997;95:955–961.
269. Mauer D, Schneider T, Dick W, et al. Active compression-decompression resuscitation: a prospective, randomized study in a two-tiered EMS system with physicians in the field. *Resuscitation.* 1996;33:125–134.
270. Plaisance P, Lurie KG, Payden D. Inspiratory impedance during active compression-decompression cardiopulmonary resuscitation: a randomized evaluation in patients in cardiac arrest. *Circulation.* 2000;101:989–994.
271. Lurie KG, Coffeen PR, Shultz JJ, McKnite SH, Deltoid BS. Improving active compression-decompression cardiopulmonary resuscitation with an inspiratory impedance valve. *Circulation.* 1995;91:1629–1632.
272. Lurie KG, Mulligan K, McKnite S, Deltoid B, Lindner K. Optimizing standard cardiopulmonary resuscitation with an inspiratory threshold valve. *Chest.* 1998;113:1084–1090.
273. Simoons ML, Kinman GP, Ivens EMA, Hartman JAM, Hart HN. Follow up after out of hospital resuscitation. Paper presented at: XIIIth Annual Congress of the European Society of Cardiology; September 16–20, 1990; Stockholm, Sweden.
274. Ornato JP, Hallagan LF, McMahan SB, Peeples EH, Rostafinski AG. Attitudes of BCLS instructors about mouth-to-mouth resuscitation during the AIDS epidemic. *Ann Emerg Med.* 1990;19:151–156.
275. Brenner BE, Van DC, Cheng D, Lazar EJ. Determinants of reluctance to perform CPR among residents and applicants: the impact of experience on helping behavior. *Resuscitation.* 1997;35:203–211.
276. Hew P, Brenner B, Kaufman J. Reluctance of paramedics and emergency medical technicians to perform mouth-to-mouth resuscitation. *J Emerg Med.* 1997;15:279–284.
277. Brenner BE, Kauffman J. Reluctance of internists and medical nurses to perform mouth-to-mouth resuscitation. *Arch Intern Med.* 1993;153:1763–1769.
278. Locke CJ, Berg RA, Sanders AB, Davis MF, Milander MM, Kern KB, Ewy GA. Bystander cardiopulmonary resuscitation: concerns about mouth-to-mouth. *Arch Intern Med.* 1995;155:938–943.
279. Berg RA, Kern KB, Hilwig RW, Berg MD, Sanders AB, Otto CW, Ewy GA. Assisted ventilation does not improve outcome in a porcine model of single-rescuer bystander cardiopulmonary resuscitation. *Circulation.* 1997;95:1635–1641.
280. Weil MH, Rackow EC, Trevino R, Grundler W, Falk JL, Griffel MI. Difference in acid-base state between venous and arterial blood during cardiopulmonary resuscitation. *N Engl J Med.* 1986;315:153–156.
281. Sanders AB, Otto CW, Kern KB, Rogers JN, Perrault P, Ewy GA. Acid-base balance in a canine model of cardiac arrest. *Ann Emerg Med.* 1988;17:667–671.
282. Fingerhut LA, Cox CS, Warner M. International Comparative Analysis of Injury Mortality. Findings from the International Collaborative Effort (ICE) on Injury Statistics. *Advance Data from Vital and Health Statistics of the Centers for Disease Control and Prevention.* Number 303; October 7, 1998.
283. National Center for Health Statistics and National Safety Council. *Data on odds of death due to choking.* May 7, 1998.
284. National Safety Council. *Accident Facts 1997.* Chicago, Ill: National Safety Council; 1997.
285. Canadian Hospitals Injury Reporting and Prevention Program. *Summary Statistics CHIRPP Database for the Year 1997.*
286. Rosen P, Stoto M, Harley J. The use of the Heimlich maneuver in near drowning: Institute of Medicine report. *J Emerg Med.* 1995;13:397–405.
287. Haugen RK. The café coronary: sudden death in restaurants. *JAMA.* 1963;186:142–143.
288. Heimlich HJ. A life-saving maneuver to prevent food-choking. *JAMA.* 1975;234:398–401.
289. Ekberg O, Feinberg M. Clinical and demographic data in 75 patients with near-fatal choking episodes. *Dysphagia.* 1992;7:205–208.
290. Fioritti A, Giaccotto L, Melega V. Choking incidents among psychiatric patients: retrospective analysis of thirty-one cases from the Bologna psychiatric wards. *Can J Psychiatry.* 1997;42:515–520.
291. Lan RS. Non-asphyxiating tracheobronchial foreign bodies in adults. *Eur Respir J.* 1994;7:510–514.
292. Fitzpatrick PC, Guarisco JL. Pediatric foreign bodies. *J La State Med Soc.* 1998;150:138–141.
293. Jacob B, Wiebrauck C, Lamprecht J, Bonte W. Laryngologic aspects of bolus asphyxiation-bolus death. *Dysphagia.* 1992;7:313–5.
294. Chen CH, Lai CL, Tsai TT, Lee YC, Perng RP. Foreign body aspirations into the lower airway in Chinese adults. *Chest.* 1997;112:129–133.
295. Jones TM, Luke LC. Life threatening airway obstruction: a hazard of concealed eating disorders. *J Accid Emerg Med.* 1998;15:332–333.
296. Committee on Emergency Medical Services. Assembly of Life Sciences, National Research Council. *Report on Emergency Airway Management.* Washington, DC: National Academy of Sciences; 1976:296.
297. Redding JS. The choking controversy: critique of evidence on the Heimlich maneuver. *Crit Care Med.* 1979;7:475–479.
298. Langhelle A, Sunde K, Wik L, Steen PA. Airway pressure during chest compression vs Heimlich manoeuvre in newly dead adults with complete airway obstruction. *Resuscitation.* 2000;44:105–108.
299. Gordon AS, Belton MK, Ridolpho PF. Emergency management of foreign body airway obstruction. In: Safer P, Elam JO, eds. *Advances in Cardiopulmonary Resuscitation.* New York, NY: Springer-Verlag; 1977.
300. Day RL, Crelin ES, DuBois AB. Choking: the Heimlich abdominal thrust vs back blows: an approach to measurement of inertial and aerodynamic forces. *Pediatrics.* 1982;70:113–119.
301. Nowitz A, Lewer BM, Galletly DC. An interesting complication of the Heimlich manoeuvre. *Resuscitation.* 1998;39:129–131.
302. Majumdar A, Sedman PC. Gastric rupture secondary to successful Heimlich manoeuvre. *Postgrad Med J.* 1998;74:609–610.
303. Bintz M, Cogbill TH. Gastric rupture after the Heimlich maneuver. *J Trauma.* 1996;40:159–160.
304. Dupre MW, Silva E, Brotman S. Traumatic rupture of the stomach secondary to Heimlich maneuver. *Am J Emerg Med.* 1993;11:611–612.
305. Anderson S, Buggy D. Prolonged pharyngeal obstruction after the Heimlich manoeuvre. *Anaesthesia.* 1999;54:308–309. Letter.
306. Orlowski JP. Vomiting as a complication of the Heimlich maneuver. *JAMA.* 1987;258:512–513.
307. Kaye W, Rallis SF, Mancini ME, Linhares KC, Angell ML, Donovan DS, Zajano NC, Finger JA. The problem of poor retention of cardiopulmonary resuscitation skills may lie with the instructor, not the learner or the curriculum. *Resuscitation.* 1991;21:67–86.
308. Brennan RT, Braslow A. Skill mastery in cardiopulmonary resuscitation training classes. *Am J Emerg Med.* 1995;13:505–508.
309. Liberman M, Lavoie A, Mulder D, Sampalis J. Cardiopulmonary resuscitation: errors made by pre-hospital emergency medical personnel. *Resuscitation.* 1999;42:47–55.
310. Kaye W, Mancini ME. Retention of cardiopulmonary skills by physicians, registered nurses and the general public. *Crit Care Med.* 1986;14:620–622.
311. Mancini ME, Kaye W. The effect of time since training on house officers' retention of cardiopulmonary resuscitation skills. *Am J Emerg Med.* 1985;3:31–32.
312. Mandel LP, Cobb LA. Initial and long term competency of citizens trained in CPR. *Emerg Health Serv Q.* 1982;1:49–63.
313. Braslow A, Brennan RT, Newman MM, Bircher NG, Batcheller AM, Kaye W. CPR training without an instructor: development and evaluation of a video self-instructional system for effective performance of cardiopulmonary resuscitation. *Resuscitation.* 1997;34:207–220.
314. Todd KH, Braslow A, Brennan RT, Lowery DW, Cox RJ, Lipscomb LE, Kellermann AL. Randomized, controlled trial of video self-instruction versus traditional CPR training. *Ann Emerg Med.* 1998;31:364–369.
315. Todd KH, Heron SL, Thompson M, Dennis R, O'Connor J, Kellermann AL. Simple CPR: a randomized, controlled trial of video self-instructional cardiopulmonary resuscitation training in an African American church congregation. *Ann Emerg Med.* 1999;34:730–737.
316. Handley JA, Handley AJ. Four-step CPR: improving skill retention. *Resuscitation.* 1998;36:3–8.
317. Skulberg A. Chest compressions: an alternative to the Heimlich manoeuver? *Resuscitation.* 1992;24:91.
318. Krischer JP, Fine EG, Davis JH, Nagel EL. Complications of cardiac resuscitation. *Chest.* 1987;92:287–291.
319. Scholz KH, Tebbe U, Herrmann C, Wojcik J, Lingen R, Chemnitius JM, Brune S, Kreuzer H. Frequency of complications of cardiopulmonary resuscitation after thrombolysis during acute myocardial infarction [see comments]. *Am J Cardiol.* 1992;69:724–728.
320. Bush CM, Jones JS, Cohle SD, Johnson H. Pediatric injuries from cardiopulmonary resuscitation. *Ann Emerg Med.* 1996;28:40–44.
321. Spevak MR, Kleinman PK, Belanger PL, Primack C, Richmond JM. Cardiopulmonary resuscitation and rib fractures in infants: a post-mortem. *JAMA.* 1994;272:617–618.

322. Centers for Disease Control. *Recommendations for Decontaminating Manikins Used in Cardiopulmonary Resuscitation.* Hepatitis Surveillance, Report 42. Atlanta, Ga: Centers for Disease Control; 1978:34–36.
323. The Emergency Cardiac Care Committee of the American Heart Association. Risk of infection during CPR training and rescue: supplemental guidelines. *JAMA.* 1989;262:2714–2715.
324. Mejicano GC, Maki DG. Infections acquired during cardiopulmonary resuscitation: estimating the risk and defining strategies for prevention. *Ann Intern Med.* 1998;129:813–828.
325. Stern A, Dickenson E. Don't be a dummy: staying safe with mannequin training. *J Emerg Med Serv JEMS.* 1994;19:85–86.
326. Corless IB, Lisker A, Buckheit RW. Decontamination of an HIV-contaminated CPR manikin. *Am J Public Health.* 1992;82:1542–1543.
327. Q & A: disinfecting Resusci Annes. *Healthcare Hazardous Materials Management.* 1992;5:11.
328. Bond WW, Favero MS, Petersen NJ, Ebert JW. Inactivation of hepatitis B virus by intermediate-to-high-level disinfectant chemicals. *J Clin Microbiol.* 1983;18:535–538.
329. Favero MS, Bond WW. Sterilization, disinfection and antisepsis in the hospital. In: Balows A, Hausler WJ Jr, Herrmann KL, Eisenberg HD, Shadomy HJ, eds. *Manual of Clinical Microbiology.* 5th ed. Washington, DC: American Society for Microbiology; 1991:183–200.
330. Resnick L, Veren K, Salahuddin SZ, Tondreau S, Markham PD. Stability and inactivation of HTLV-III/LAV under clinical and laboratory environments. *JAMA.* 1986;255:1887–1891.
331. Martin LS, McDougal JS, Loskoski SL. Disinfection and inactivation of the human T lymphotropic virus type III/lymphadenopathy-associated virus. *J Infect Dis.* 1985;152:400–403.
332. McDougal JS, Cort SP, Kennedy MS, et al. Immunoassay for the detection and quantitation of infectious human retrovirus, lymphadenopathy-associated virus (LAV). *J Immunol Methods.* 1985;76:171–183.
333. Spire B, Dormont D, Barre-Sinoussi F, Montagnier L, Chermann JC. Inactivation of lymphadenopathy-associated virus by heat, gamma rays, and ultraviolet light. *Lancet.* 1985;1:188–189.
334. Sun D, Bennett RB, Archibald DW. Risk of acquiring AIDS from salivary exchange through cardiopulmonary resuscitation courses and mouth-to-mouth resuscitation. *Semin Dermatol.* 1995;14:205–211.
335. McCormack AP, Damon SK, Eisenberg MS. Disagreeable physical characteristics affecting bystander CPR. *Ann Emerg Med.* 1989;18:283–285.
336. Feldman HA. Some recollections of the meningococcal disease: the first Harry F. Dowling lecture. *JAMA.* 1972;220:1107–1112.
337. Finkelhor RS, Lampman JH. Herpes simplex infection following mouth-to-mouth resuscitation. *JAMA.* 1980;243:650. Letter.
338. Mannis MJ, Wendel RT. Transmission of herpes simplex during cardiopulmonary resuscitation training. *Compr Ther.* 1984;10:15–17.
339. Hendricks AA, Shapiro EP. Primary herpes simplex infection following mouth-to-mouth resuscitation. *JAMA.* 1980;243:257–258.
340. Todd MA, Bell JS. Shigellosis from cardiopulmonary resuscitation. *JAMA.* 1980;243:331. Letter.
341. Valenzuela TD, Hooten TM, Kaplan EL, Schlievert P. Transmission of "toxic strep" syndrome from an infected child to a firefighter during CPR. *Ann Emerg Med.* 1991;20:90–92.
342. Ahmad F, Senadhira DC, Charters J, Acquilla S. Transmission of salmonella via mouth-to-mouth resuscitation. *Lancet.* 1990;335:787–788. Letter.
343. Brenner B, Stark B, Kauffman J. The reluctance of house staff to perform mouth-to-mouth resuscitation in the inpatient setting: what are the considerations? *Resuscitation.* 1994;28:185–193.
344. Brenner B, Kauffman J, Sachter JJ. Comparison of the reluctance of house staff of metropolitan and suburban hospitals to perform mouth-to-mouth resuscitation. *Resuscitation.* 1996;32:5–12.
345. Michael AD, Forrester JS. Mouth-to-mouth ventilation: the dying art. *Am J Emerg Med.* 1992;10:156–161.
346. Bierens JJLM, Berden HJJM. Basic-CPR and AIDS. Are volunteer life-savers prepared for a storm? *Resuscitation.* 1996;32:185–191.
347. Axelsson A, Herlitz J, Ekstrom L, Holmberg S. Bystander-initiated cardiopulmonary resuscitation out-of-hospital: a first description of the bystanders and their experiences. *Resuscitation.* 1996;33:3–11.
348. Becker LB, Berg RA, Pepe PE, Idris AH, Aufderheide TP, Barnes TA, Stratton SJ, Chandra NC. A reappraisal of mouth-to-mouth ventilation during bystander-initiated cardiopulmonary resuscitation: a statement for healthcare professionals from the Ventilation Working Group of the Basic Life Support and Pediatric Life Support Subcommittees, American Heart Association. *Resuscitation.* 1997;35:189–201.
349. Centers for Disease Control. Guidelines for prevention of transmission of human immunodeficiency virus and hepatitis B virus to health-care and public-safety workers. *MMWR.* 1989;38(suppl 6):1–37.
350. Marcus R. Surveillance of health care workers exposed to blood from patients infected with the human immunodeficiency virus. *N Engl J Med.* 1988;319:1118–1123.
351. Sande MA. Transmission of AIDS: the case against casual contagion. *N Engl J Med.* 1986;314:380–382.
352. Lightsey DM, Shah PK, Forrester JS, Micheal TA. A human immunodeficiency virus-resistant airway for cardiopulmonary resuscitation. *Am J Emerg Med.* 1992;10:73–77.
353. Friedland GH, Saltzman BR, Rogers MF, et al. Lack of transmission of HTLV-III/LAV infection to household contacts of patients with AIDS or AIDS-related complex with oral candidiasis. *N Engl J Med.* 1986;314:344–349.
354. Fox PC, Wolff A, Yeh CK, Atkinson JC, Baum BJ. Saliva inhibits HIV-1 infectivity. *J Am Dent Assoc.* 1988;116:635–637.
355. Centers for Disease Control. Outbreak of multidrug-resistant tuberculosis—Texas, California, and Pennsylvania. *MMWR.* 1990;39:369–372.
356. Centers for Disease Control. Nosocomial transmission of multidrug-resistant tuberculosis among HIV-infected persons—Florida and New York, 1988–1991. *MMWR.* 1991;40:585–591.
357. Haley CE, McDonald RC, Rossi L, Jones WD Jr, Haley RW, Luby JP. Tuberculosis epidemic among hospital personnel. *Infect Control Hosp Epidemiol.* 1989;10:204–210.
358. Dooley SW Jr, Castro KG, Hutton MD, Mullan RJ, Polder JA, Snider DE Jr. Guidelines for preventing the transmission of tuberculosis in healthcare settings, with special focus on HIV-related issues. *MMWR.* 1990;39:1–29.
359. Centers for Disease Control. The use of preventive therapy for tuberculosis infection in the United States: recommendations of the Advisory Committee for Elimination of Tuberculosis. *MMWR.* 1990;39:9–12.
360. Steinberg JL, Nardell EA, Kass EH. Antibiotic prophylaxis after exposure to antibiotic-resistant *Mycobacterium* tuberculosis. *Rev Infect Dis.* 1988;10:1208–1219.
361. Piazza M, Chirianni A, Picciotto L, Guadagnino V, Orlando R, Cataldo PT. Passionate kissing and microlesions of the oral mucosa: possible role in AIDS transmission. *JAMA.* 1989;261:244–245. Letter.
362. Occupational Safety and Health Administration of Labor. Occupational exposure to bloodborne pathogens-final rule. 29 CFR Part 1910.1030. Part II (excerpts). *Fed Register.* 1991;56:64175–64182.
363. Harris MJ, Wendl RT. Transmission of herpes simplex during cardiopulmonary resuscitation. *Compr Ther.* 1984;10:15–17.
364. Ahmad F, et al. Transmission of salmonella via mouth-to-mouth resuscitation. *Lancet.* 1990;335:787.
365. Cydulka RK, Connor PJ, Myers TF, Pavza G, Parker M. Prevention of oral bacterial flora transmission by using mouth-to-mask. *J Emerg Med.* 1991;9:317–321.
366. Rumball CJ, MacDonald D. The PTL, Combitube, laryngeal mask, and oral airway: a randomized prehospital comparative study of ventilatory device effectiveness and cost effectiveness in 470 cases of cardiopulmonary arrest. *Prehosp Emerg Care.* 1997;1:1–10.
367. Staudinger T, Brugger S, Watschinger B, Roggla M, Diclacher C, Lobl T, et al. Emergency intubation with the Combitube: comparison with the endotracheal airway. *Ann Emerg Med.* 1993;22:1573–1575.
368. Staudinger T, Brugger S, Roggla M, Rintelen C, Atherton GL, Johnson JC, et al. Comparison of the Combitube with the endotracheal tube in cardiopulmonary resuscitation in the prehospital phase [in German]. *Wien Klin Wochenschr.* 1994;106:412–415.
369. Atherton GL, Johnson JC. Ability of paramedics to use the Combitube in prehospital cardiac arrest. *Ann Emerg Med.* 1993;22:1263–1268.
370. Bartlett RL, Martin SD, McMahon JM Jr, Schafermeyer RW, Vukich DJ, Hornung CA. A field comparison of the pharyngeotracheal lumen airway and the endotracheal tube. *J Trauma.* 1992;32:280–284.
371. Frass M, Frenzer R, Rauscha F, Schuster E, Glogar D. Ventilation with the esophageal tracheal Combitube in cardiopulmonary resuscitation: promptness and effectiveness. *Chest.* 1988;93:781–784.
372. Recommendation for prevention of HIV transmission in healthcare settings. *MMWR.* 1987;36:1S–18S.