# EXHIBIT J

Case 3:04-cv-30121-MAP    Document 24-17    Filed 07/18/2005    Page 1 of 2

SEARCH
ADVANCED SEARCH

DONATE  HELP  CONTACT  SITE INDEX  HOME

July 5, 2005

**American Heart Association.**
*Learn and L*

- Warning Signs
- American Stroke Association
- Diseases & Conditions
- Children's Health
- CPR & ECC
- En español
- Healthy Lifestyle
- Advocacy: You're the Cure
- Fund Raising
- Publications & Resources
- Heart & Stroke Encyclopedia
- News
- About Us
- Science & Professional
- Local Info

## History of CPR

**Highlights of the History of Cardiopulmonary Resuscitation (CPR)**

**1740** The Paris Academy of Sciences officially recommended mouth-to-mouth resuscitation for drowning victims.

**1767** The Society for the Recovery of Drowned Persons became the first organized effort to deal with sudden and unexpected death.

**1891** Dr. Friedrich Maass performed the first equivocally documented chest compression in humans.

**1903** Dr. George Crile reported the first successful use of external chest compressions in human resuscitation.

**1904** The first American case of closed-chest cardiac massage was performed by Dr. George Crile.

**1954** James Elam was the first to prove that expired air was sufficient to maintain adequate oxygenation.

**1956** Peter Safar and James Elam invented mouth-to-mouth resuscitation.

**1957** The United States military adopted the mouth-to-mouth resuscitation method to revive unresponsive victims.

**1960** Cardiopulmonary resuscitation (CPR) was developed. The American Heart Association started a program to acquaint physicians with close-chest cardiac resuscitation and became the forerunner of CPR training for the general public.

**1963** Cardiologist Leonard Scherlis started the American Heart Association's CPR Committee, and the same year, the American Heart Association formally endorsed CPR.

**1966** The National Research Council of the National Academy of Sciences convened an ad hoc conference on cardiopulmonary resuscitation. The conference was the direct result of requests from the American National Red Cross and other agencies to establish standardized training and performance standards for CPR.

**1972** Leonard Cobb held the world's first mass citizen training in CPR in Seattle, Washington called Medic 2. He helped train over 100,000 people the first two years of the programs.

**1981** A program to provide telephone instructions in CPR began in King County, Washington. The program used emergency dispatchers to give instant directions while the fire department and EMT personnel were in route to the scene. Dispatcher-assisted CPR is now standard care for dispatcher centers throughout the United States.

Privacy Statement | Use of Personal Information | Copyright | Ethics Policy | Conflict of Interest Policy
©2005 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.