# EXHIBIT K

**DatasheetArchive.com**

**Request For Quotation**

Order the parts you need from our real-time inventory database. Simply complete a request for quotation form with your part information and a sales representative will respond to you with price and availability.

Request For Quotation

**Your free datasheet starts on the next page.**

More datasheets and data books are available from our homepage: http://www.datasheetarchive.com

This datasheet has been downloaded from http://www.datasheetarchive.com.



| No1271G | LC5800 |
|---|---|
| | CMOS LSI |
| | Single-Chip 4-Bit Microcomputer with LCD Driver |

The LC5800 is a C-MOS 4-bit microcomputer that operates on low voltage, very low current and contains LCD drivers. It contains a 4-bit parallel processing ALU, many LCD segment outputs, many I/O ports, a 32.768kHz crystal oscillator, and a divider. It is ideally suited for use in desk-top calculator, camera, speech synthesis LSI controller, equipment controller applications as well as high-grade game watch/clock applications.

(1) Hardware features
  • Supply voltage: 1.5V or 3.0V (typ.) (mask option)
  • Very low current dissipation:
        3.0µA type. (1.5V supply voltage, at watch/clock operating mode)
        1.5µA type. (3.0V supply voltage, at watch/clock operating mode)
  • Built-in crystal oscillator for watch/clock (32.768kHz crystal connected externally)
  • Many output pins for LCD panel drive (42 pins)

    | Drivable LCD panel | Number of drivable LCD segments |
    |---|---|
    | 1/3 bias 1/3 duty | 126 segments |
    | 1/2 bias 1/3 duty | 126 segments |
    | 1/2 bias 1/2 duty | 84 segments |
    | Static | 42 segments |

  • Many input/output pins
        Ports for input only: 2 ports/8 pins
        Input/output common ports: 2 ports/8 pins
        Control output pins: 4 pins
  • Possible to use LCD panel drive output pins as ports for output only (mask option)
    Note: For the Ag version (1.5V), the segment output pins cannot be used as ports for output only.
  • With initial reset pin
  • ROM: 2048 × 16 bits
  • RAM: 152 × 4 bits
  • Cycle time: 244µsec. (or 122µsec./mask option)
  • Built-in step-up circuit, step-down circuit
  • Shipping style: Chip (or QIP80)

(2) Software features
  • Powerful instruction set: 121 instructions
  • 8-level subroutine nesting (common with interrupt)
  • External interrupt function
  • 15-bit divider for watch/clock
  • Built-in counter for 1/100 second chronograph
  • Built-in 10-bit programmable timer
  • HALT function
  • Automatic select of all addresses (direct addressing type)
  • Single stepping of all instructions
  • Built-in data pointer

*The application circuit diagrams and circuit constants herein are included as an example and provide no guarantee for designing equipment to be mass-produced*
*The information herein is believed to be accurate and reliable. However, no responsibility is assumed by SANYO for its use, nor for any infringements of patents or other rights of third parties which may result from its use*

Specifications and information herein are subject to change without notice.

**SANYO Electric Co.,Ltd. Semiconductor Overseas Marketing Div.**
Natsume Bldg., 18-6, 2-chome, Yushima, Bunkyo-ku, TOKYO 113 JAPAN

6228TA/D016AT/1258II/9294KI,MT/7164KI/7043KI/3023KI,TS  No.1271-1/32

LC5800

(3) Application development tools
    For performing application development, the evaluation chip (LC5899) and the dedicated application development tools are prepared.
    - SDS410 system
      Application development program of microcomputer can be made in assembly language (edit, assemble).
    - EVA510 + TB51 + display board + LC5899
      By connecting to the SDS410, application development program can be corrected and debugged. The EVE510 is a control ROM-replaced version of the EVA410.
    - TB51 + display board + LC5899
      By using the EPROM (2732) with application development program data written in, mounting evaluation can be performed.

**Equivalent Circuit Block Diagram**



**Application Areas**
1) Multifunction watch/clock with calculator
2) Controller of speech synthesis LSI
3) Watch/clock with memory (external memory)
4) Controller of camera
5) Mechanical controller of VTR, radio-cassette recorder, tape deck, etc.
6) Controller of telephone dialer, etc.