UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | Civil Action: **04-30121-MAP** |
| ZOLL MEDICAL CORPORATION | )<br>) |
| Defendant | )<br>) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Plaintiff, Donald C. Hutchins, ("Hutchins") hereby moves to extend the deadline for him to respond to defendant's Motion for Summary Judgment until August 16, 2005. As grounds for this motion, Hutchins states:

1. Defendant, Zoll Medical Corporation ("Zoll") filed its Motion for Summary Judgment electronically on July 18, 2005 and served it by FedEx Express as a 5-pound package containing multiple filings and affidavits on July 19, 2005. Under Local Rule 7.1(B)(2), Hutchins' opposition would be due by August 2, 2005. Hutchins seeks a brief extension of time to respond, to August 16, 2005.

2. The requested extension will not impact the schedule in this case. The next deadline contemplated by the Court's December 16, 2004 Scheduling Order is the close of discovery on August 15, 2005.

3. On July 5, 2005 Judge Michael A. Ponsor: ENDORSED ORDER entered granting the Deft's Assented to 18 Motion for Extension of Time to File Response to Pltf's 14 MOTION for Summary Judgment. Hutchins was happy to assent to defendant's

request for an extension of time on his Motion for Summary Judgment that led to this order.

4. Defendant Zoll Corporation consents to the granting of this Motion.

WHEREFORE, Hutchins asks this Court to extend the deadline for him to respond to defendant's Motion for Summary Judgment to August 16, 2005, as set out in the proposed Order accompanying this Motion.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Donald C. Hutchins hereby certify that consent to this Motion was requested of and granted by defendant on July 28, 2005.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: June 28, 2005

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by United Parcel Service to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 6/28/05

_____
Donald C. Hutchins

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>vi. )<br>)<br>ZOLL MEDICAL CORPORATION )<br>)<br>Defendant )<br>) | Civil Action: **04-30121-MAP** |

### **ORDER**

UPON CONSIDERATION of the Assented-To-Motion for Extension of Time, it is this _____ day of _____, 2005,

ORDERED that the Motion is hereby GRANTED. Plaintiff shall have until August 16, 2005 to respond to Defendant's Motion for Summary Judgment.

_____
Michael A. Ponsor, U.S.D.J.