UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

DONALD HUTCHINS

v.

ZOLL MEDICAL CORP

Check if previously referred _____

CA/CR No. 04-30121 _____

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **NEIMAN** for the following proceedings:

(A) ☐ Referred for full pretrial case management, including all dispositive motions.

(B) ☐ Referred for full pretrial case management, _not_ including dispositive motions.

(C) ☐ Referred for discovery purposes only.

(D) ☑ Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   (X) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: 14, 20

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: _____

8/29/05
Date

By:  /s/ Elizabeth A. French
     Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1] See reverse side of order for instructions