UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>    Defendant. | CASE NO. 04-30121-MAP |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.2(B)(3), Defendant Zoll Medical Corporation ("Zoll") hereby moves this Court for leave to file a Reply to Plaintiff Donald C. Hutchins's Opposition to Defendant's Motion for Summary Judgment. Zoll seeks leave to file this proposed Reply in order to respond to newly presented factual allegations and additional arguments raised in Plaintiff's Opposition and supporting papers, as well as to correct misstatements of law and fact contained in those documents. Zoll respectfully submits that its Reply will assist the Court in resolving significant issues raised by its Motion for Summary Judgment.

Respectfully submitted,

/s/ Jordan M. Singer
John C. Englander (BBO # 542532)
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

Attorneys for Defendant
Zoll Medical Corporation

Dated: August 31, 2005

LIBA/1575702.1