UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>) Civil Action: **04-30121-MAP**<br>v. )<br>)<br>ZOLL MEDICAL CORPORATION )<br>)<br>Defendant )<br>) | |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT ZOLL MEDICAL CORPORATION'S MOTION FOR LEAVE TO FILE REPLY BRIEF

### BACKGROUND

Plaintiff Donald C. Hutchins, ("Hutchins") respectfully requests the Court to deny Zoll Corporation's ("Zoll") Motion for Leave to File Reply Brief. On August 16, 2005 Hutchins filed his Opposition to Summary Judgment and his Memorandum Controverting Zoll's Rule 56.1 Statement of Undisputed Facts. These filings were timely and met the requirements of Local Rule 56.1.

Zoll's request for leave to file reply brief is based on Zoll's allegation that Hutchins presented "newly presented factual allegations and additional arguments." Hutchins presented nothing new. The facts that Hutchins presented in the Opposition and Memorandum were contained in the original Complaint and Claims Construction documents filed with the Court. These facts are supported by the massive amounts of discovery that Hutchins has furnished Zoll.

In its Motion Zoll also asks to be allowed to "correct misstatements of law and fact contained in these documents." Hutchins has faith that this Court has the experience to distinguish "misstatements of law and fact."

Zoll asks the Court to allow it to introduce an 11 page Brief that emasculates the requirement of Local Rule 56.1, that motions for summary judgment include a concise statement of material facts of record as to which the moving party contends there is no

genuine issues to be tried. Zoll's 11 page Brief is nothing more than an attempt to argue issues making it blatantly clear that Zoll believes that there are issues to be tried.

## CONCLUSION

As set forth above, Plaintiff Donald C. Hutchins believes that both he and the Defendant have already met the intent and requirements of Local Rule 56.1. The Court has sufficient material facts of record to rule on Zoll's Motion for Summary Judgment. Plaintiff, Donald C. Hutchins respectfully requests the Court deny Defendant's Motion for Leave to File Reply Brief.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: August 31, 2005

*(signature)*
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Procter LLP, Exchange Place, Boston, MA 02109.

Dated: 8/31/05    *(signature)*
Donald C. Hutchins

2