UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE 2005 OCT -7 P 3:38 U.S. DISTRICT COURT DISTRICT OF MASS.

DONALD C. HUTCHINS

Plaintiff

v.

ZOLL MEDICAL CORPORATION

Defendant

Civil Action: **04-30121-MAP**

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.2(B)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a Reply to Defendant Zoll Medical Corporation's ("Zoll") Reply in Support of its Motion for Summary Judgment. Hutchins seeks leave to file this proposed Reply in order to respond to Zoll's misleading statement that, "Plaintiff agreed to Zoll's claim construction in its entirety." Plaintiff, Hutchins has never agreed to Zoll's claim construction as attested to by Hutchins' Affidavit that accompanies this Reply Memorandum. Hutchins respectfully submits that its Reply will assist the Court in resolving significant issues raised by Defendant's Reply in Support of its Motion for Summary Judgment.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: October 7, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 10/7/05

Donald C. Hutchins