UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: 04-30121-MAP |
| v. ) | |
| ) | |
| ZOLL MEDICAL CORPORATION ) | |
| ) | |
| Defendant ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.2(B)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a Reply to Defendant Zoll Medical Corporation's ("Zoll") Opposition to Plaintiff's Motion to Schedule a *Markman* Hearing. The purpose of a *Markman* hearing is for the Court to construe the disputed claims of a patent. Zoll has falsely stated in its Opposition that the parties have already agreed to the construction of all the material terms of the '685 patent.

Hutchins respectfully submits that his Reply will correct this falsehood and assist the Court to understand that a *Markman* hearing is the most economic, immediate and just means for the Court to construe the disputed claims of the "685 Patent.

                                      Respectfully submitted

                                      The Plaintiff
                                      Donald C. Hutchins, Pro Se

Dated: October 11, 2005

                                      1047 Longmeadow Street
                                      Longmeadow, Massachusetts 01106
                                      (413) 567-0606
                                      (413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: October 11, 2005

_____
Donald C. Hutchins

2