UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30121-MAP** |
| v. ) | |
| ) | |
| ZOLL MEDICAL CORPORATION ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION
TO SCHEDULE A MARKMAN HEARING**

Plaintiff Donald C. Hutchins' ("Hutchins") motion to schedule a *Markman* hearing presented straightforward and properly supported arguments demonstrating the value of such a hearing to the parties and the Court. Zoll has replied that it does not believe such a hearing is necessary. In its reply Zoll repeats the false statement that the parties agreed months ago on the claim construction of U.S. Patent 5,913,685 (the '985 patent"). Hutchins has testified through affidavit that he has never agreed with Zoll on the claim construction of the '685 patent. A copy of this affidavit is attached herein as Exhibit #1.

The purpose of a Markman hearing is for the Court to construe the disputed claims of a patent. See generally Markman v. Westview Instruments, Inc. 52 F.3d 967 (Fed. Cir. 1995). Hutchins' claim construction for his patent '685 was all inclusive. Hutchins presented term definitions, related the infringing elements of the *AED Plus* to individual claims and related the infringing elements of Zoll's *RescueNet* computer software to individual claims. Zoll's answer was a claim construction that presented only term definitions with no denials of infringement.

Zoll continues to claim that the *AED Plus* does not infringe because it does not incorporate a general-purpose computer system. This statement was disproved during discovery when Zoll admitted that the AED Plus used the Hitachi SuperH RISC

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: October 11, 2005

_____
Donald C. Hutchins

# EXHIBIT #1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>  Plaintiff<br><br>v.<br><br>ZOLL MEDICAL CORPORATION<br><br>  Defendant | Civil Action: **04-30121-MAP** |

### AFFIDAVIT OF ROBERT W. JEFFWAY

NOW COMES ROBERT W. JEFFWAY and upon being duly sworn, states that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein.

2. I reside at 37 Front Street, Leeds, Massachusetts 01053, Tel. 413 585-8819.

3. I graduated from the University of Massachusetts with a degree in Computer Systems Engineering in 1977.

4. I worked at Digital Equipment Corp. ("DEC") and Milton Bradley Co. For the past 22 years I have operated my own business designing electronics for toys and games. My place of business is 66 Old State Road, Rt. 8, South Deerfield, MA 01373, tel. 413-665-2124.

5. While employed at DEC and Milton Bradley and for the past 22 years my occupation has involved the programming and specification development of microprocessors for a wide range of applications.

6. Since I graduated from college, microprocessors have evolved from simple 4-bit processors masked for specific simple tasks to today's state of the art microprocessors that are general purpose microcomputers that can be programmed to meet the needs of many different industries.

7. With the addition of: read only memory, random access memory, input/output and a central processing unit, microprocessors emerged as full blown computers that control most of today's electronic instruments.

8. I have reviewed documentation related to Zoll's *AED Plus* device and *RescueNet*™ networking software that was provided to Hutchins by Zoll as part of Discovery in Civil Action: 04-30121-MAP.

9. The *AED Plus* uses a Hitachi SuperH RISC computer as described in Zoll's document #0318 attached to this affidavit as Exhibit A. The SuperH RISC microprocessor is in the category of "microcomputer" and known in the industry as a "computer on a chip."

10. The acronym RISC of the SuperH™ RISC engine is defined as "Reduced Instruction Set Computer. It is similar to the Pentium family of RISC processors used in most personal computers that use the *Microsoft Windows* operating system. The SuperH exceeds certain performance features of the earlier processors in the Pentium family.

11. A good description of the computer that drives the *AED Plus* can be found on page 14 of *Great Processors of the Past and Present* attached herein as Exhibit B. Exhibit B states that it is most prominently feature in the *Sega Saturn* video game system and *Dreamcast* and many *Windows CE* handheld/pocket computers.

12. Evidence that the SuperH™ is a general purpose computer that is programmed for use in a variety of applications is found in Exhibit C that shows the SuperH processor as being used as a general purpose computer in mobile phones, digital cameras, electronic vapor analyzer and a wearable computer.

13. The SuperH™ processor that controls the *AED Plus* and Zoll's *Rescue Net* network software is programmed in "C". C programming is defined in the Wikipedia encyclopedia pages attached as Exhibit D as a "Computer programming language."

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Robert W. Jeffway

ROBERT W. JEFFWAY
37 Front Street
Leeds, MA 01053
Tel. 413-585-8819

On this 16 day of September, 2005, before me, the undersigned notary public, personally appeared Robert W. Jeffway, proved to me through satisfactory evidence of identification, which was Drivers License, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

/s/ Dawn Hibbert
Notary Public
My Commission Expires
2-2-12

~~Sworn to before me and subscribed in my presence the ____ of August, 2005~~

/s/ Dawn Hibbert
NOTARY PUBLIC

DAWN E. HIBBERT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 2, 2012

3

# EXHIBIT A

Hitachi SuperH™ RISC engine

# SH7708 Series

SH7708, SH7708S, SH7708R

Hardware Manual



ADE-602-105H
Rev.9.0
3/7/03
Hitachi, Ltd.

ZOLL 0318

Hitachi SuperH™ RISC engine

# SH-3/SH-3E/SH3-DSP

Programming Manual



ADE-602-096B
Rev.3.0
3/6/03
Hitachi, Ltd

ZOLL 0951

**EXHIBIT B**

56000/1, where the '56' comes from. The DSP96000 was one of the first to perform fully IEEE floating point compliant operations.

The processor is not pipelined, but designed for single cycle independent execution within each unit (actually this could be considered a three stage pipeline). With multiple units and the large number of registers, it can perform a floating point multiply, add and subtract while loading two registers, performing a DMA transfer, and four address calculations within a two clock tick processor cycle, at peak speeds.

It's very similar to the Analog Devices ADSP2100 series - the latter has two address units, but replaces the separate data unit with three execution units (ALU, a multiplier, and a barrel shifter).

The DSP56K and 680xx CPUs have been combined in one package (similar idea as the TMS320C8x) in the Motorola 68456.

The DSP56K was part of the ill-fated NeXT system, as well as the lesser known Atari Falcon (still made in low volumes for music buffs).

Motorola:
   http://www.mot.com/
Motorola Digital Signal Processors:
   http://www.mot.com/SPS/DSP/products/

## Part XII: Hitachi SuperH series, Embedded, small, economical (1992) . . . . . . .

Although the TRON project produced processors competitive in performance (Fujitsu's(?) Gmicro/500 memory-data CPU (1993) was faster and used less power than a Pentium), the idea of a single standard processor never caught on, and newer concepts (such as RISC features) overtook the TRON design. Hitachi itself has supplied a wide variety of microprocessors, from Motorola and Zilog compatible designs to IBM System/360/370/390 compatible mainframes, but has also designed several of its own series of processors.

The Hitachi SH series was meant to replace the 8-bit and 16-bit H8 microcontrollers, a series of PDP-11-like (or National Semiconductor 32032/32016-like) memory-data CPUs with sixteen 16-bit registers (eight in the H8/300), usable as sixteen 8-bit or combined as eight 32-bit registers (for addressing, except H8/300), with many memory-oriented addressing modes. The SH is also designed for the embedded marked, and is similar to the ARM architecture in many ways. It's a 32 bit processor, but with a 16 bit instruction format (different than Thumb, which is a 16 bit encoding of a subset of ARM 32 bit instructions, or the NEC V800 load-store series, which mixes 16 and 32 bit instruction formats), and has sixteen general purpose registers and a load/store architecture (again, like ARM). This results in a very high code density, program sizes similar to the 680x0 and 80x86 CPUs, and about half that of the PowerPC. Because of the small instruction size, there is no load immediate instruction, but a PC-relative addressing mode is supported to load 32 bit values (unlike ARM or PDP-11, the PC is not otherwise visible). The SH also has a Multiply ACcumulate (MAC) instruction, and MACH/L (high/low word) result registers - 42 bit results (32 low, 10 high) in the SH1, 64 bit results (both 32 bit) in the SH2 and later. The SH3 includes an MMU and 2K to 8K of unified cache.

The SH4 (mid-1998) is a superscalar version with extensions for 3-D graphics support. It can issue two instructions at a time to any of four units: integer, floating point, load/store, branch (except for certain non-superscalar instructions, such as modifying control registers). Certain instructions, such as register-register move, can be executed by either the integer or load/store unit, two can be issued at the same time. Each unit has a separate pipeline, five stages for integer and load/store, five or six for floating point, and three for branch.

Hitachi designers chose to add 3-D support to the SH4 instead of parallel integer subword operations like HP MAX, SPARC VIS, or Intel MMX extensions, which mainly enhance rendering performance, because they felt rendering can be handled more efficiently by a graphics coprocessor. 3-D graphics support is added by supporting the vector and matrix operations used for manipulating 3-D points (see Appendix D. This involved adding an extra set of floating point registers, for a total of two sets of sixteen - one set as a 4X4 matrix, the other a set of four 4-element vectors. A mode bit selects which to use as the forground (register/vector) and background (matrix) banks. Register pair operations can load/store/move two registers (64 bits) at once. An inner product operation computes the inner product multiplication of two vectors (four simultaneous multiplies and one 4-input add), while a transformation instruction computes a matrix-vector product (issued as four consecutive inner product instructions, but using four internal work registers so intermediate results don't need to use data registers).

The SH4 allows operations to complete out of order under compiler control. For example, while a transformation is being executed (4 cycles) another can be stored (2 cycles using double-store instructions), then a third loaded (2 cycles) in preparation for the next transformation, allowing execution to be sustained at 1.4 gigaflops for a 200MHz CPU.

The SH5 is expected to be a 64-bit version. Other enhancements also planned include support for MPEG operations, which are supported in the SPARC VIS instructions. The SH5 adds a set of eight branch registers (like the Intel/HP IA-64), and a status bit which enables pre-loading of the target instructions when an address is placed in a branch register.

The SH is used in many of Hitachi's own products, as well as being a pioneer of wide popularity for a Japanese CPU outside of Japan. It's most prominently featured in the Sega Saturn video game system (which uses two SH2 CPUs) and Dreamcast (SH4) and many Windows CE handheld/pocket computers (SH3 chip set).

Hitachi:
   http://www.hitachisemiconductor.com/

## Part XIII: Motorola MCore, RISC brother to ColdFire (Early 1998).

To fill a gap in Motorola's product line, in the low cost/power consumption field which the PowerPC's complexity makes it impractical, the company designed a load/store CPU and core which contains features similar to the ARM, PowerPC, and Hitachi SH, beignning with the M200 (1997). Based on a four stage pipeline, The MCore contains sixteen 32-bit data registers, plus an alternate set for fast interupts (like the ARM, which only has seven in the second set), and a separate carry bit (like the TMS 1000). It also has an ARM-like (and 8x300-like before it) execution unit with a shifter for one operand, a shifter/multiply/divide unit, and an

# EXHIBIT C



About SuperH       Press room       Products       Partners       Support       Japan

## Handheld applications

The SuperH architecture has an impressive legacy of powering handheld devices from PDAs to digital cameras and SuperH are now developing a family of CPU cores specifically targeted at next generation devices in this market. The SH-5 multimedia CPU core delivers both general purpose and DSP performance replacing a RISC and DSP in many existing applications. At a target of 0.3mW/MHz the SH-5 will deliver the best power/performance on the market.

### Next Generation Mobile Phones
These products will have separate baseband and multimedia processors and the SH-5 CPU with its SIMD instruction set supports programmable audio and video codecs such as MPEG4, MP3, H26x and G7xx.





### Digital Cameras
Processing digital and moving images, adding audio and communications capabilities demand a multimedia CPU. SuperH CPUs have demonstrated success in this market and the SH-5 SIMD operations are ideally suited to offering a flexible programmable solution.

### Portable electronic vapor analyzer uses SH-4
The Cyranose 320 is a portable electronic sniffer developed by a Pasadena-based company called Cyrano Sciences, Inc. Its handheld product, based on sensor technology, recognizes certain chemical signatures and is targeting three initial markets: the chemical environmental market, the food processing industry, and the medical establishment. It uses the SH-4 CPU which was selected for performance, high speed, and very low power. The chip incorporates a power management module, allowing designers to turn capabilities on and off at will. It is rated at 1.3 Gigaflops, enabling 1.3 billion operations per second. The SH-4 runs at up to 200 MHz, but power consumption is extremely low. It has sleep modes and deep-sleep modes of operation so it can conserve a maximum amount of energy.
The SH-4 also offers total clock management, allowing the design team to provide for a turbo-charged mode—reaching nearly the full 200 MHz that can handle implementation of complex algorithms in the future. On top of the power features of the device, the design team provided for a lot of memory on board. The handheld offers 1 MB of program flash, so that it can support very large programs. It also offers 512K of RAM so that the sniffer can compute matrix calculations, including I-convectors and matrix conversions.
The handheld also has 8 MB of storage, permitting datalogging and storage of vast amounts of information in nonvolatile memory. One scan-across sensor array (a single pattern) is about 100 bytes, thus the device can store a huge number of patterns for different signatures from vapors introduced into the sample chamber.
More information can be found at http://www.chipcenter.com/eexpert/lgoldberg2/tbreunig001.html
and www.cyranosciences.com





More information can be found at:
http://www.xybernaut.com/Solutions/product/poma_product.htm

**Wearable computer uses SH-4**
Xybernaut, Inc. have developed the POMA, wearable computer incorporating an SH-4. Poma gives access to e-mail, Internet sites and games and includes an integrated MP3 player. Poma's headmounted display is a one-inch, color, 640 x 480 SVGA viewing screen sitting below the eye and weighing approximately 3 ounces. It provides a viewing area similar to that of a desktop monitor from two feet away.
Poma is a powerful, highly functional computer manufactured by Renesas and is based on the Microsoft Windows CE operating system. It has a 128MHz RISC processor, 32 MB of RAM, 32 MB ROM, a Compact Flash™ slot and one USB port. Poma supports up to 1 GB micro drives, wireless modem cards, wireless LANs and the new CF technology (as it emerges) through its integrated Compact Flash slot. The on-board USB port connects to a customized, hand-held, touch optical mouse pointing device for easy Internet and Windows navigation. Poma is also compatible with wearable keyboards and other pointing and input devices

# EXHIBIT D

# C programming language

From Wikipedia, the free encyclopedia.

The **C programming language** is a standardized imperative computer programming language developed in the early 1970s by Ken Thompson and Dennis Ritchie for use on the UNIX operating system. It has since spread to many other operating systems, and is one of the most widely used programming languages. C is prized for its efficiency, and is the most popular programming language for writing system software, though it is also used for writing applications. It is also commonly used in computer science education, despite not being designed for novices.

## Contents

- 1 Features
    - 1.1 Overview
    - 1.2 "hello, world" example
    - 1.3 Types
    - 1.4 Data storage
    - 1.5 Syntax
- 2 Problems
    - 2.1 Memory allocation
    - 2.2 Pointers
    - 2.3 Arrays
    - 2.4 Variadic functions
    - 2.5 Syntax
    - 2.6 Maintenance problems
    - 2.7 Compiler-external static-checking tools
- 3 History
    - 3.1 Early developments
    - 3.2 K&R C
    - 3.3 ANSI C and ISO C
    - 3.4 C99
- 4 Relation to C++
- 5 See also
- 6 References
- 7 External links
    - 7.1 C
    - 7.2 C99

THE
PROGRAMMING
LANGUAGE

Brian W. Kernighan • Dennis M. Ritchie

*The C Programming Language*, Brian Kernighan and Dennis Ritchie, the original edition that served for many years as an informal specification of the language

## Features

### Overview

C is a relatively minimalist programming language that operates close to the hardware, and is more similar to assembly language than most high-level languages are. Indeed, C is sometimes referred to as "portable assembly", reflecting its important difference from low-level languages such as assembly languages: C code can be compiled to run on almost any computer, more than any other language in existence, while any given assembly language runs on at most a few very