**EXHIBIT #2**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS </br></br> Plaintiff </br></br> v. </br></br> ZOLL MEDICAL CORPORATION </br></br> Defendant | **AFFIDAVIT OF** </br> **DONALD C. HUTCHINS** |

NOW COMES DONALD C. HUTCHINS and upon being duly sworn, states that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein.

2. I dispute many of the statements that the Defendant, Zoll Medical Corporation has made in its Reply in Support of its Motion for Summary Judgment.

3. Zoll has taken my words out of context to misguide the Court into believing that the parties have agreed upon *claim construction*. This is a blatantly false statement because I have never agreed to the *claim construction* filed by Zoll.

4. In its Reply Zoll has falsely stated that, "The parties have already agreed to the proper construction of the salient claims of U.S. Patent No. 5,913,685 (the '685 patent").

5. Zoll misrepresents a statement I made in an affidavit that was submitted to this Court on March 2, 2005. My affidavit when read completely is truly an indictment of Zoll's acts of infringement on my '685 Patent as can be seen in Exhibit A attached to this Affidavit.

6. Zoll has based this false representation that I have agreed to their *claim construction* on ¶6 of my affidavit that reads:

> *"I can agree with the definitions held by Zoll in Zoll's claim construction and appendix filed with the court on March 2, 2005. I believe that Zoll's claim construction and definitions support my Complaint of patent infringement of U.S. Patent No. 5,913,685 as it relates to Zoll's manufacture and sale of the AED Plus defibrillator and RescueNet software."*

7. Zoll presented an innocuous *claim construction* that included only definitions of words contained in my Patent. There was no denial of Zoll's infringement, no audit trail to the elements of the patent as they would relate or not relate to the *AED Plus*, no citation of prosecution irregularities or any comments that would indicate that the Zoll understands my invention as it relates to the AED Plus.

8. My Patent was drawn in plain language in non-technical terms on a subject understood by most people. I believe that Zoll can not find definitions that are at odds with my invention.

9. However, it is a big leap from my saying that I can live with arguing their definitions to Zoll's perjurious statement that reads, "The parties have already agreed to the proper construction of the salient claims of U.S. Patent No. 5,913,685 (the '685 patent")."

10. I believe that the Defendant continues to infringe my Patent and that Zoll's claim construction offers nothing that can assist the Court in resolving significant issues in this action. The easiest way for the Court to decide is for the Court to read my Patent and compare it to the *AED Plus* device. Then the Court would follow by examining Zoll's *RescueNet* Software that ties the AED Plus to Zoll's network server rescue-database.

11. I repeat. I have not agreed to the claims construction filed by Zoll.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD C. HUTCHINS

Sworn to before me and subscribed in my presence the 7th day of October, 2005

_____
NOTARY PUBLIC

2

3

# EXHIBIT #3





- About ZOLL
- Products
- Hospital Market
- EMS Market
- Public Access Market
- Investor Relations
- News and Events
- Site Search
- Careers at ZOLL
- Contact ZOLL

**Headline News @ ZOLL**

ZOLL Launches New E Series Defibrillator Designed for EMS Professionals
Read On





**To Learn More...**
Download
the CodeNet Brochure
pdf format

# Introducing CodeNet

**Finally, a better way to record and manage resuscitation information.**

Face it. Inaccurate or misleading information is an all too frequent occurrence when code data is recorded on the fly. Documenting what happened—and when—is crucial. And with the need to assure quality and confidently analyze your data to meet JCAHO standards, inaccurate or illegible records are not an option.



Now there is a better way:

***Exclusively from ZOLL,***
**CodeNet** is the only system in the world that solves the problem of hard-to-manage code event data. A completely electronic system for recording, synchronizing, and analyzing code information, CodeNet gives you unprecedented control over your resuscitation program. With CodeNet, you'll know exactly what happened—and when.

**CodeNet** is the first software system that allows hospital teams to better document, manage, and review cardiac event and resuscitation information. CodeNet brings new improvements and efficiencies in data capture, event time synchronization, and case and aggregate reporting. It is the only system that time stamps logged events and synchronizes these times with the defibrillator data, providing clinicians with a complete and accurate timeline of an entire cardiac arrest event.

**CodeNet** consists of two software applications:

- **CodeNet Writer™**, installed on a Pocket PC-based PDA and used to easily record event data (i.e., patient assessments, interventions and outcomes);
- **CodeNet Central™**, a database management system on a desktop or laptop

10/10/2005 7:38 PM

computer. CodeNet Central reports help to measure the quality of existing resuscitation programs so that clinicians can determine where improvements can be made, as well as easily prepare for JCAHO audits.

**CodeNet** also features an interface to the National Registry of Cardiopulmonary Resuscitation (NRCPR)*, a database established by the American Heart Association, allowing hospitals to validate and submit resuscitation data for review with the click of an icon. Hospitals that choose to participate in the NRCPR gain better measures of their resuscitation processes from in-house trend reports to benchmarking against national averages.

See for yourself. Call for a CodeNet demonstration today at 800-804-4356.

*This software is compatible with the NRCPR. This statement does not convey or imply the American Heart Association endorsement, or suggestion of superiority of this or any product or equipment. Additional subscription to the NRCPR is required.

Copyright © 2003 ZOLL Medical Corporation. All rights reserved.
269 Mill Road, Chelmsford, MA 01824-4105   info@zoll.com   Terms of Use

Powered by LivePerson