**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DONALD HUTCHINS**

                                                                                            CASE NO. 04-30121 - MAP

         V.

**ZOLL MEDICAL CORP.**

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON ALL PENDING MOTIONS on FEBRUARY 22, 2006 at 3:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

                                                             SARAH THORNTON
                                                             CLERK OF COURT

__10/27/05__                                             By: /s/ Elizabeth A. French
    Date                                                     Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                        [kntchrgcnf.]
                                                                                       [ntchrgcnf.]