UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ZOLL MEDICAL CORPORATION )<br>)<br>Defendant )<br>) | Civil Action: 04-30121-MAP |

## MOTION FOR LEAVE TO FILE INSTANTER CLARIFICATION BRIEF

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a Brief to clarify the distinction between Defendant Zoll Medical Corporation's ("Zoll") understanding and Plaintiff's understanding of Zoll's phrase "parties have agreed upon patent claim construction."

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that on October 27, 2005, Donald C. Hutchins contacted defendant's counsel Jordan M. Singer and discussed the issues raised by this motion. This Brief is a result of that discussion.

Respectfully submitted

The Plaintiff

Donald C. Hutchins, Pro Se

Dated: October 28, 2005

_____

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)