UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS </br></br> Plaintiff </br></br> v. </br></br> ZOLL MEDICAL CORPORATION </br></br> Defendant | ) ) ) ) ) ) Civil Action: 04-30121-MAP ) ) ) ) ) |

## PLAINTIFF, DONALD C. HUTCHINS' MOTION TO TRANSFER CA 04-30121-MAP TO THE EASTERN MASSACHUSETTS DIVISION UNDER L. R. 40.1 (F)

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to transfer Civil Action 04-30121-MAP to the Eastern Massachusetts Division of the District of Massachusetts. The grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: January 11, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by First Class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 1-11-06

Richard J. Moriarty