UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30121-MAP** |
| v. ) | |
| ) | |
| ZOLL MEDICAL CORPORATION ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM IN SUPPPORT OF PLAINTIFF, DONALD C. HUTCHINS' MOTION TO TRANSFER CA- 04-30121-MAP TO THE EASTERN MASSACHUSETTS DIVISION UNDER L. R. 40.1 (F)

Plaintiff, Donald C. Hutchins ("Hutchins") files this Memorandum in Support of his Motion to move this Court to transfer Civil Action 04-30121-MAP to the Eastern Massachusetts Division of the District of Massachusetts at the earliest possible date.

### I.   SUMMARY OF POSITION

Intellectual property litigation is extremely time-consuming for both the Court and litigants and this Case is no exception. Issues of Claim Construction as filed by both parties are yet to be resolved by this Court. When the patent claims are resolved there will remain issues of copyright infringement and breach of contract. Damages to the Plaintiff are escalating daily as the offending *AED Plus* continues to be Zoll's most dominant product.

The *Springfield Republican* of January 11, 2006 headlined the transfer of cases to Boston with the approval of Mark L. Wolf, Chief Judge, due to the excessive workload in the Western Division. The Republican article states, "These transfers will make sure the defendants get the speedy trials that they are guaranteed under the law." This transfer will assure the Plaintiff and Defendant in this action the same guarantee.

The Defendant is from Eastern Massachusetts and is represented by Goodwin Proctor LLP, a Boston based law firm. As a result, this transfer would be beneficial to the Defendant. . Hutchins, who is a resident of the Western Division, accepts the inconvenience of this transfer and the consequences of giving the Defendant the home field advantage.

## II.  CONCLUSION

It is in the best interest of the Court and the parties to have Civil Action 04-30121-MAP transferred to the Eastern Division where it has a better chance of being given the time it deserves. Transfer of this complicated case will allow the Court to focus its attention on the criminal trials that are time consuming and have overloaded the docket.

The Plaintiff<br>
Donald C. Hutchins, Pro Se<br>
<br>
_____<br>
1047 Longmeadow Street<br>
Longmeadow, Massachusetts 01106<br>
(413) 567-0606

Dated: January 11, 2006

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by First Class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 1-11-06                              _____
                                                          Richard J. Moriarty

3