UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>    Plaintiff<br><br>v.<br><br>ZOLL MEDICAL CORPORATION<br><br>    Defendant | Civil Action: 04-30121-MAP |

## PLAINTIFF'S MOTION TO ALLOW MEDIA COVERAGE SUBJECT TO THE CONSTRAINTS OF LOCAL RULE 83.3.1

1.  **COMES NOW Plaintiff** Donald C. Hutchins, ("Plaintiff") and hereby moves the Court to allow media coverage subject to the constraints of Local Rule 83.3.1. In support thereof the Plaintiff submits the attached Memorandum.

Respectfully submitted

The Plaintiff

Donald C. Hutchins, Pro Se

Dated: January 30, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

January 30, 2006

Donald C. Hutchins