UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> vi. ) <br> ) <br> ZOLL MEDICAL CORPORATION ) <br> ) <br> Defendant ) <br> ) | Civil Action: **04-30121-MAP** |

**PLAINTIFF'S MEMORANDUM IN SUPPPORT OF PLAINTIFF'S MOTION TO ALLOW MEDIA COVERAGE SUBJECT TO THE CONSTRAINTS OF LOCAL RULE 83.3.1**

The Research In Motion Corporation ("RIM") *Blackberry* patent litigation has encouraged many national publications to give extended coverage to patent litigation and Patent Office issues. The Plaintiff has been contacted by a number of reporters requesting information on Civil Action 04-30121-MAP. A number of these reporters have asked for admittance to court sessions. These reporters understand the constraints of Local Rule 89.3.1

In the spirit of a free press, the Plaintiff moves the Court to allow access to open sessions for media coverage subject to the constraints of Local Rule 83.3.1.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: January 30, 2006

*[signature]*

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 1/30/06

*[signature]*
Donald C. Hutchins

3