UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>   Plaintiff,<br><br>   v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>   Defendant. | CASE NO. 04-30121-MAP |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO SCHEDULE JURY TRIAL**

Defendant Zoll Medical Corporation ("Zoll") opposes plaintiff Donald Hutchins's motion to schedule a jury trial. Plaintiff's motion is premature. Zoll's motion for summary judgment is currently pending before this Court, which Zoll believes will resolve the issues presented in this case without the need for a trial. Even if this case proceeds beyond the summary judgment stage, however, the scope of the case will be determined by the Court's ruling of summary judgment. Accordingly, Zoll respectfully proposes that to the extent any further scheduling is necessary, it be addressed only after the Court has ruled on the parties' motions for summary judgment.

Moreover, pursuant to this Court's December 16, 2004 scheduling order, no expert discovery has taken place, and considerable work would have to be done before trial, including potentially discovery on issues other than infringement. There is simply no reason to set a trial date at this time.

Respectfully submitted,

/s/ Jordan M. Singer
John C. Englander (BBO # 542532)
Jordan M. Singer (BBO #651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

Attorneys for Defendant
Zoll Medical Corporation

Dated: February 21, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via facsimile and first class mail to those indicated as non registered participants on February 21, 2006.

/s/ Jordan M. Singer