# GOODWIN | PROCTER

Jordan M. Singer
617.570.1096
jsinger@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

February 17, 2006

**By Facsimile (413-785-0204)**

Elizabeth A. French
Courtroom Clerk to the Honorable Michael A. Ponsor
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re: *Hutchins v. Zoll Medical Corp.*,
U.S. District Court, D. Mass., Case No. 04-30121-MAP

Dear Ms. French:

I represent Zoll Medical Corporation, defendant in the above-named action. A hearing has been set on the parties' motions for summary judgment on Wednesday, February 22, 2006 at 3:00 p.m. in Judge Ponsor's courtroom.

The case involves allegations of patent and copyright infringement against an automatic external defibrillator (AED) manufactured by Zoll. I am writing to seek permission to bring an example of the accused AED into the courthouse for the hearing. The AED is a battery operated device. I also seek permission to bring a laptop computer to the hearing.

Please let me know if I can provide any further information. Thank you for your assistance.

Sincerely yours,

Jordan M. Singer

cc: John C. Englander, Esq.

*Approved by Court*
*Ponsor USDJ*
*By Elizabeth French Dep Clerk*
*2-21-06*

LIBA/1676641.1