UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>    Plaintiff )<br>)<br>                                   )<br>v.                                )<br>)<br>ZOLL MEDICAL CORPORATION )<br>)<br>    Defendant )<br>_____) | Civil Action: **04-30121-MAP** |

## MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file an *Instanter* Reply Brief in Answer to Defendant Zoll Medical Corporation's ("Zoll") arguments made at Motion Hearing of February 22, 2006.

Respectfully submitted

The Plaintiff

Donald C. Hutchins, Pro Se

Dated: February 27, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 2/27/06

Donald C. Hutchins