# EXHIBIT #3

# Defibrillation

The AED Pro unit uses the ZOLL rectilinear biphasic waveform and ZOLL single-use defibrillation electrode pads for defibrillation.

Escalating energy levels for the first three shocks are preconfigured into the unit for adult and pediatric patients. (The unit selects the appropriate levels by detecting the type of defibrillation electrode pads in use.) After the first three shocks, all subsequent shocks are delivered at the same energy as the third shock.

The factory default energy levels in joules are as follows:

| | First shock | Second shock | Third shock |
|---|---|---|---|
| Adult | 120 | 150 | 200 |
| Pediatric | 50 | 70 | 85 |

For more information, refer to Appendix C, "Configurable Settings".

# Semiautomatic Mode Defibrillation and CPR Monitoring

The AED Pro unit starts up in semiautomatic mode unless an AED Pro ECG cable is attached to the unit.

In semiautomatic mode, the unit analyzes the patient's ECG through the defibrillation electrode pads attached to the patient. If the unit detects a shockable rhythm, it automatically charges to the appropriate (preconfigured) energy level. Once the defibrillator is fully charged, the **Shock** button begins flashing. The unit also emits a charge-ready tone, and directs the rescuer to press the **Shock** button to deliver therapy. In semiautomatic mode, the rescuer must deliver the shock within 30 seconds of full charge, otherwise the defibrillator automatically disarms itself, and the unit resumes ECG analysis.

After delivering a shock, the unit continues analyzing the patient's ECG, guiding the rescuer to perform CPR or to deliver additional shocks, if needed.

The unit also provides CPR monitoring if ZOLL *CPR-D•padz*™ defibrillation electrodes are attached. *CPR-D•padz* include a sensor to monitor the rescuer's chest compression rate and depth. The compression data enables the unit to guide the rescuer to perform effective CPR. The unit can be preconfigured to prompt the rescuer to perform a period of CPR before the first ECG analysis cycle begins.

For more information, refer to Chapter 3, "Semiautomatic Mode".

# The Front Panel

Figure 1-1 shows the front panel of the AED Pro unit. Table 1-1 describes each of the unit's front panel features.




**Figure 1-1. AED Pro Front Panel**




**Figure 1-2. USB Connector**

**Table 1-1. AED Pro Front Panel Features**

| Feature | Description |
|---|---|
| **Shock** button | When the defibrillator is fully charged and ready, the **Shock** button repeatedly flashes. To deliver a shock, press and hold the button. |
| **On/Off** button | To start the unit, press this button and release it within 5 seconds. To start the unit in nonrescue mode, press and hold this button for more than 5 seconds. To turn the unit off and place it in standby state, press and hold this button for 1 second. |
| Ready indicator | Shows the status of the unit, based on its last self-test. A green check indicates the unit is ready for use. A red "X" indicates the unit is not ready for use. |
| IrDA port | Provides a way to connect the unit to an external device for transferring patient data, unit status information, or configuration information. |
| Speaker | Issues voice prompts and alerts. |
| Battery compartment | Holds the battery pack. |
| Battery compartment latch | Provides access to the battery compartment. |
| Softkeys | Directly below the display, two unlabeled buttons control various functions depending on the operating mode. Labels for the softkeys appear at the bottom of the display above each softkey to indicate its function. |
| Patient cable connector | Used for plugging in defibrillation electrodes or an AED Pro ECG cable. This connector is a defibrillator-proof type BF patient connection. |
| USB connector | (Reserved for future use — do not connect any equipment.) With software support, provides a way to transfer data to an external device. |

## Display Screen

The display screen shows the following items (depending on the activity in progress):

**Elapsed time** — Shows the total time (in hours, minutes, and seconds) since the unit was turned on. The counter resets to 00:00:00 after 23 hours, 59 minutes, and 59 seconds, or when the unit is turned off.

**ECG size** — Shows the amplitude scale for the displayed ECG in centimeters per millivolt (cm/mV). The device adjusts the scale automatically.

**Heart rate and heartbeat symbol** — (Manual and ECG monitoring modes only) Shows the current heart rate in beats per minute. The symbol flashes with each detected heartbeat.

**Chest compression depth gauge**— Shows the depth of chest compression during CPR when ZOLL *CPR-D•padz* are connected. The bar extends downward as the depth of compression increases, with scale marks representing 0, 1.5 inches, and 2 inches.

**Softkey labels** — Labels for the softkeys appear at the bottom of the display directly above each softkey to indicate its function.

**Text prompts and messages** — In semiautomatic mode, text prompts guide the rescuer. In all modes, messages alert the operator about problem conditions.

**ECG rhythm** — Displays the patient's ECG.

**Shock symbol and number of shocks delivered** — Shows the number of shocks delivered since the unit was powered on.

**Current mode** — Displays MANUAL in manual mode, or MONITOR in ECG monitoring mode. No mode label appears in semiautomatic mode.

Figure 1-3 shows the layout of the screen and the location of the above items.




**Figure 1-3. AED Pro Display Screen Elements**

## CPR Monitoring with *CPR-D•padz*

ZOLL *CPR-D•padz* electrodes include a sensor that detects the rate and depth of chest compressions. When the electrodes are properly positioned on the patient, the sensor lies between the rescuer's hands and the patient's lower sternum. While the rescuer performs chest compressions, the sensor detects the rate and depth and sends the information to the AED Pro unit.

If the unit does not detect chest compressions during a CPR period, it periodically issues the voice and text prompt *IF NO PULSE CONTINUE CPR* (if configured to do so).

ZOLL *CPR-D•padz* electrodes can be connected to other ZOLL defibrillators, and defibrillation can be administered through other ZOLL defibrillators. The CPR function, however, does not operate with any device other than the ZOLL AED Pro or the ZOLL AED Plus.

### Chest compression rate

With *CPR-D•padz*, the unit provides a metronome function to encourage rescuers to perform chest compressions at the AHA/ERC recommended rate of 100 compressions per minute.

When CPR is indicated, the metronome begins to beep after detecting the first few chest compressions. The metronome continues (at rates described below) until a few seconds after the rescuer halts compressions or until the recommended CPR period ends (one minute for AHA and ERC protocols).

The metronome adjusts its beeping rate based on the rescuer's rate. When the rescuer's compression rate is greater than 80 compressions per minute (cpm), the metronome beeps 100 times per minute. When the rescuer's rate is less than 80 cpm, the metronome sounds approximately 15 beeps per minute faster, with a minimum rate of 60. The metronome's faster rate encourages the rescuer to increase the rate of chest compressions to achieve the recommended rate of 100 cpm.

During the CPR period, if the rescuer stops chest compressions, the metronome stops within a few seconds. If chest compressions resume, the metronome starts again.

The metronome is disabled whenever CPR should not be performed (for example, during ECG analyses and defibrillation shock sequences).

### Chest compression depth

With *CPR-D•padz*, the unit provides visual indicators and voice prompts to encourage a chest compression depth of 1.5 to 2 inches (3.8 to 5.0 cm) for adult patients.

The screen displays a gauge, which shows the depth of chest compressions. Compression depth is correct when the bar extends downward between the lower two lines, which represent 1.5 and 2 inches (3.8 to 5.0 cm).

When the detected compression depth is consistently less than 1.5 inches (3.8 cm), the unit issues the voice and text prompt *PUSH HARDER.* If the rescuer responds by increasing compression depth to 1.5 inches (3.8 cm) or more, the unit issues the voice and text message *GOOD COMPRESSIONS.*

# Semiautomatic Defibrillation

In semiautomatic mode, the AED Pro unit analyzes the patient's ECG rhythm to determine whether it is shockable or not. If a shock is needed, follow the text and voice prompts to defibrillate the patient.

**WARNING! During ECG analysis, do not touch or move the patient. If conveying the patient in a vehicle or stretcher, cease all patient movement.**

After three successive episodes of ECG analysis resulting in delivery of a shock, or after any no-shock-advised result, the unit initiates a period of CPR.

In semiautomatic mode, the screen shows the shock count, elapsed time, ECG size, ECG rhythm, and text messages.

If *CPR-D•padz* are attached to the patient, the screen includes a chest compression gauge that shows the depth of each chest compression as detected by the CPR sensor.




|  | The rhythm recognition detector continues analyzing the ECG after detecting a shockable rhythm and the defibrillator is charged and ready but will not bring the unit into a state where defibrillation is prohibited. |
|---|---|

| Step | Action | Result |
|---|---|---|
| **WARNING!** | **You have 30 seconds to perform the following step, otherwise the defibrillator automatically disarms itself. (During the final 10 seconds, the charge-ready tone sounds intermittently to indicate that time is expiring.)**<br><br>**Before discharging the defibrillator, warn everyone to STAND CLEAR. Verify that no one is touching the patient, the bed rails, or any other potential pathway for electrical current.** | |
| 6 | Press and hold the **Shock** button until treatment is delivered. | The unit delivers the shock and updates the shock count.<br><br>Depending on the number of shocks that have been delivered, the unit either resumes ECG analysis or prompts you to perform CPR. |
| 7 | Does the unit resume ECG analysis?<br>— If NO, continue with step 8.<br>— If YES, return to step 3. | When the unit resumes ECG analysis, it displays the message:<br>*DON'T TOUCH PATIENT, ANALYZING* |
| 8 | Follow the prompts to perform CPR, until directed to stop.<br><br>(*CPR-D•padz* only) After the first few chest compressions, the metronome begins beeping. Try to time each compression with the metronome beep. Check the on-screen gauge to ensure that the compression depth is adequate. | The following prompts can appear:<br>• *OPEN AIRWAY*<br>• *CHECK BREATHING*<br>• *GIVE TWO BREATHS*<br>• *CHECK PULSE*<br>• *IF NO PULSE START CPR*<br><br>At the end of the defined CPR period, the unit displays the message:<br>*STOP CPR*<br><br>**Note**: If *CPR-D•padz* are attached, the unit also monitors the rate and depth of chest compressions and can issue these related voice and text prompts:<br>• *PUSH HARDER*<br>• *GOOD COMPRESSIONS*<br><br>In addition, if the unit does not detect chest compressions, it issues the following voice and text prompt every 15 seconds:<br>• *IF NO PULSE CONTINUE CPR* |
| 9 | When the unit resumes ECG analysis, return to step 3. | During ECG analysis, keep the patient motionless, and do not touch the patient. |

| Message | Description |
|---|---|
| *CHECK DEFIB PADS* | The defibrillation electrode pads became disconnected.<br>Check the pads to ensure that they are properly applied to the patient, and verify that the cable is undamaged and plugged into the unit. |
| *RELEASE LEFT SOFTKEY*<br>or<br>*RELEASE RIGHT SOFTKEY* | A softkey was pressed for more than 10 seconds. Release the softkey. |
| *ANALYSIS HALTED. KEEP PATIENT STILL.* | ECG rhythm analysis halted due to excessive ECG signal artifact. Stop CPR, and keep the patient as motionless as possible. |
| *SHOCK DELIVERED* | A shock was delivered to the patient. |
| *NO SHOCK DELIVERED* | No shock was delivered to the patient because the rescuer failed to press the **Shock** button, or an error condition was detected. |
| *STAY CALM* | Relax as much as possible and focus on the rescue effort. |
| *CALL FOR HELP* | Activate the local emergency medical services (EMS) system or ask a bystander to do it for you. |
| *OPEN AIRWAY* | Place the patient in the supine position and perform a head tilt, chin lift, or jaw thrust to open the patient's airway. |
| *CHECK BREATHING* | Look, listen, or feel for signs of breathing or airflow from the patient's lungs. |
| *GIVE TWO BREATHS* | If the patient is not breathing, give two rescue breaths. |
| *IF NO PULSE CONTINUE CPR* | (Optional prompt) Perform CPR until directed to stop unless you detect a pulse or other sign of circulation in the patient. |
| *PUSH HARDER* | (With *CPR-D•padz* only) Apply more force so that chest compressions are at least 1.5 inches (3.8 cm) deep. Observe the compression indicator on the display screen. |
| *GOOD COMPRESSIONS* | (With *CPR-D•padz* only) The unit detected proper chest compression depth during CPR. |

# Data Storage

The AED Pro unit stores device history and patient clinical data in nonvolatile memory.

The unit retains the device history and clinical data even when powered off or when the battery pack is removed. Clinical data is erased only when the device is powered on and electrodes are attached to a new patient. If configured to do so, the unit can store data for more than one patient.

## Device History

The AED Pro unit keeps a log of its status information, including:

- Unit model name
- Device serial number
- Hardware revision number
- Application software and boot code revision numbers
- Language file version number
- Total shocks delivered
- Battery life status (percentage of charge remaining)
- Ready indicator status
- Elapsed time since installation of the battery
- Date and results of last self-test
- Error log

To view device history, use ZOLL Administration Software.

## Patient Clinical Data

During clinical mode, the device stores the following, with date and time notation:

- Electrode attachment
- Electrode type (*CPR-D•padz*, *stat•padz* II, or *pedi•padz* II defibrillation pads, or AED Pro ECG cable)
- Results of ECG analysis
- Continuous ECG data
- Number of shocks delivered
- Energy delivered
- Patient impedance
- Voice prompts
- CPR data (depth and rate of chest compressions)

To view and analyze patient clinical data, use ZOLL RescueNet Code Review software.

# ZOLL Administration Software

ZOLL Administration Software (ZAS) helps you perform software maintenance tasks when the AED Pro unit is communicating with a personal computer. Using ZAS, you can transfer data from the AED Pro unit to a computer. From the computer, you can transmit the data to a network or print the data to a local printer.

For instructions on using ZAS, refer to its online help.

## Installing ZOLL Administration Software

To install ZOLL Administration Software, insert the ZOLL Administration Software CD into a CD-ROM drive on the computer. The installation program starts automatically.

If the installation program does not start, do the following:

1. From the Windows Start menu, select **Run**.
2. In the Open field, type
   *x*:**setup.exe**
   (where *x* is the letter of the CD-ROM drive that contains the ZAS CD).
3. Click **OK**.

Follow the on-screen instructions to complete the installation.

## RescueNet Code Review Software

To analyze incident information transferred from the AED Pro unit to a personal computer, use RescueNet Code Review software. With this software, you can

- Transfer patient data from the AED Pro unit to a personal computer
- Access and review patient case data
- Add or modify patient information
- View an animated ECG
- Annotate the ECG
- Print ECG stripcharts and case reports

For more information, refer to the *RescueNet Code Review User's Guide*.

# Communicating with an External Device

For many nonrescue operations (such as data transfer or device configuration), the AED Pro unit must establish communications with an external device.

## Setting Up Data Communications

You can transfer data from an AED Pro unit to an external device through an IrDA (infrared wireless) connection. The AED Pro unit has an IrDA port on its right side, near the Ready indicator. The external device (such as a personal computer or personal digital assistant) must have an IrDA port as well. For IrDA adapters, refer to "Accessories" on page 1-5.

For best transmission results, the IrDA ports must be facing each other, with a clear 10- to 18-inch line-of-sight between devices.

Start the ZOLL Administration Software or RescueNet Code Review software on the computer. Press and hold the **On/Off** button on the AED Pro unit for at least 5 seconds to enter nonrescue mode. The AED Pro unit establishes contact with the computer within 5 seconds and issues the voice and text message *COMMUNICATIONS ESTABLISHED*; otherwise, it shuts down.

# Device Configuration

The AED Pro unit provides configurable settings to suit the needs of your organization and its medical protocols. Before putting the unit into service for the first time, the administrator should inspect the factory settings and make any required adjustments.

Operators cannot adjust these settings while the unit is in clinical use.

For more information, refer to Appendix C, "Configurable Settings".