# EXHIBIT #2



With ZOLL's Innovative CPR Feedback Technology, High-quality ECG Display, Lead II Monitoring, and Unrivaled Battery Compatibility



*Advancing Resuscitation. Today.*

- Manual override option satisfies Advanced Life Support professionals.
- Unrivaled battery compatibility and options (long-life disposable or rechargeable) that meet your specific needs.
- Internal or USB memory data storage.
- Rated depth of CPR compression feedback using ZOLL!
- Unique one-piece CPR-D padz.

Copyright © 2004 ZOLL Medical Corporation. All rights reserved.
269 Mill Road, Chelmsford, MA 01824-4105