**EXHIBIT #4**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>　Plaintiff,<br><br>　　v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>　Defendant. | CASE NO. 04-30121-MAP |

## DECLARATION OF GARY A. FREEMAN

I, Gary A. Freeman, hereby declare and state as follows:

### Background

1.  I am Vice President of Clinical Affairs at Zoll Medical Corporation ("Zoll"). I submit this Declaration in connection with Zoll's Motion for Summary Judgment.

2.  Zoll is a leading designer, manufacturer and marketer of proprietary noninvasive cardiac resuscitation devices, disposable electrodes, mobile electrocardiogram (ECG) systems, and EMS data management solutions related to defibrillation and cardioversion. Among Zoll's products are automatic external defibrillators, or AEDs. An AED is designed to provide an electric shock to a heart experiencing an abnormal rhythm in order to reset the heart rhythm to a normal mode. Proper use of an AED enables a rescuer to treat a victim of sudden cardiac arrest during critical moments before paramedics arrive.

3.  I received my Master's of Science degree in electrical engineering in 1987 and began working at Zoll in 1989. Between 1989 and 2000, I was responsible for the development of several components of Zoll's line of AEDs, including the ECG analysis algorithm. I also developed Zoll's current M Series line of AEDs, performed clinical research, and developed the