UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS </br></br> Plaintiff </br></br> v. </br></br> ZOLL MEDICAL CORPORATION </br></br> Defendant | ) </br> ) </br> ) </br> ) Civil Action: **04-30121-MAP** </br> ) </br> ) </br> ) </br> ) </br> ) |

FILED IN CLERK'S OFFICE

2006 MAR 22 A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**COMES NOW Plaintiff** Donald C. Hutchins, ("Plaintiff") and hereby moves the Court to compel Defendant, Zoll Medical Corporation ("Zoll") to produce the AED Plus for inspection by the Plaintiff for a period of 14 days on grounds that:

1. Defendant petitioned the Court and the Court allowed the Defendant to "bring an example of the accused AED into the courthouse for the hearing" of February 22, 2006 per Exhibit A attached.

2. The Defendant intended to use the AED Plus as factual evidence to support its Motion for Summary Judgment. The Court may question the Defendant's use of the AED Plus as factual evidence while claiming in their Summary Judgment Memorandum that there are no material issues of disputed facts. However, that is the Defendant's dilemma to explain.

3. Plaintiff's inspection of the AED Plus that was brought into the courtroom will allow Hutchins to corroborate for the Court with expert testimony that

a general-purpose computer system is used to control the multiple unrelated programs installed in this particular AED Plus.

4. Plaintiff's inspection of the AED Plus that was brought into the courtroom will allow Hutchins to confirm for the Court with expert testimony that this AED Plus includes a CPU, multiple input/output devices, memory and mass storage.

5. Plaintiff's inspection of the AED Plus that was brought into the courtroom will allow Hutchins to confirm for the Court with expert testimony that the AED Plus features interactive display input that allows a user to respond to options depending upon the condition of the victim.

                                Respectfully submitted

                                The Plaintiff
                                Donald C. Hutchins, Pro Se

Dated: March 22, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: 3/22/06

Richard J. Moriarty

2