UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

      Plaintiff(s)

v.                  CIVIL ACTION:04-30121-MAP

ZOLL MEDICAL CORPORATION
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendant on all counts pursuant to the Memorandum of the Court entered this date granting the Defendant's motion for Summary Judgment and denying the Plaintiff's motion for Summary Judgment.**

                                SARAH A. THORNTON,
                                CLERK OF COURT

Dated: May 11, 2006                By  Elizabeth A. French
                                            Deputy Clerk

(Judgment Civil.wpd - 11/98)                                         [jgm.]

Case 3:04-cv-30121-MAP    Document 60    Filed 05/11/2006    Page 2 of 2