UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) Civil Action: **04-30121-MAP** <br> v. ) <br> ) <br> ZOLL MEDICAL CORPORATION ) <br> ) <br> Defendant ) <br> ) | |

### PLAINTIFF'S MOTION FOR RELIEF FROM SUMMARY JUDGMENT PURSUANT TO RULE 60(b)

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court pursuant to rule 60(b) of the Federal Rules of Civil Procedure for Relief from Judgment entered May 11, 2006 granting Defendant Zoll Medical Corporation's Motion for Summary Judgment. A Memorandum pursuant to Rule 60(b) accompanies this Motion.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: May 19, 2006

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: May 19, 2006

_____
Richard J. Moriarty