UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS <br><br> Plaintiff <br><br> v. <br><br> ZOLL MEDICAL CORPORATION <br><br> Defendant | Civil Action: **04-30121-MAP** |

## PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT RELATED TO SUPPRESSION OF DISCOVERY PURSUANT TO RULE 60(b), FRAUD

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court pursuant to rule 60(b) of the Federal Rules of Civil Procedure for Relief from Judgment entered May 11, 2006 granting Defendant Zoll Medical Corporation's Motion for Summary Judgment. A Memorandum pursuant to Rule 60(b) accompanies this Motion.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: May 19, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: May 19, 2006

Donald C. Hutchins