# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

DONALD C. HUTCHINS

        Plaintiff,

v.

ZOLL MEDICAL CORPORATION

        Defendant

Civil Action No. 04-30121-MAP

---

## PLAINTIFF DONALD HUTCHINS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ZOLL MEDICAL CORPORATION

TO: Defendant above named

Plaintiff Donald Hutchins requests under Fed. R. Civ. P. 34 that Defendant produce documents and things for inspection or copying, within 30 days from the date of service, at the address of Donald Hutchins, 1047 Longmeadow Street, Longmeadow, MA 01106, or at another acceptable location and time.

### GENERAL INSTRUCTIONS

1.    Supplemental answers to these Requests must be served if the responding party learns of information that would change its answer to any Request. *See* FED. R. CIV.P.26(e)(2).

2.    If the responding party objects to part of an item or category of requested documents, that party must still permit inspection of the remaining parts. *See* FED. R. CIV. P. 34(b).

3.    When a responding party withholds otherwise discoverable information because of privilege or the protection afforded to trial preparation material, the responding party must

1

make the claim expressly and must describe the nature of the documents, communications, or things not produced or disclosed in a manner that will enable other parties to assess the applicability of the privilege or protection. See Fed. R. CIV. P. 26(b)(5).

4. If any request, instruction, or definition is considered ambiguous or vague, please set forth the matter deemed ambiguous or vague and the construction used in answering.

## DEFINITIONS

Each word, term, or phrase used in these Interrogatories has the broadest meaning permitted under the Federal Rules of Civil Procedure. These Interrogatories and Definitions use the following defined terms:

1. *Document*: The terms "document" and "documents" have the same meaning and scope as the term "documents" under Fed. R. Civ. P. 34 but also includes electronic mail. A draft or non-identical copy is a separate document within the meaning of the term "document".

2. *Parties*: The terms "plaintiff" and "defendant", as well as a party's full or abbreviated name (e.g., "Hutchins" or "Zoll") or a pronoun referring to a party, mean that party and its officers, directors, employees, and agents.

3. *Person*: The term "person" means any natural person or any business, legal or governmental entity or association.

4. *You/Your*: The terms "you" or "your" means Defendant Zoll Medical Corporation. The term also includes all persons under Zoll Medical Corporation's control and Zoll Medical Corporation's agents, affiliates, parents, subsidiaries, predecessors, employees, and attorneys.

5. *Including*: The term "including" means "including, but not limited to."

6. *Respecting*: The term "respecting" means comprising, constituting, reflecting,

2

relating to, concerning, referring to, stating, describing, recording, noting, embodying, containing, mentioning, evidencing, contradicting, supporting, studying, analyzing, discussing or evaluating.

7. *Communicate*: The terms "communicate" or "communication(s)" refer to all conversations, correspondence, or contacts between two or more individuals, whether in person, in writing, by telephone, by email or by any other means.

8. *Hieken*: The term ""Hieken" means Attorney Charles Hieken, a patent attorney who represents Hutchins as a partner of Fish & Richardson, P.C. The term also includes all persons under Hieken's control and Hieken's agents, affiliates, predecessors, associates and attorneys.

9. *Hutchins*: The term "Hutchins" means Plaintiff Donald C. Hutchins. The term also includes all persons under Hutchins' control and Hutchins' agents, affiliates, subsidiaries, predecessors, employees, and attorneys.

10. *Zoll*: The term "Zoll" means Zoll Medical Corporation. The term also includes all persons under Zoll's control and Zoll's agents, affiliates, parents, subsidiaries, parents, predecessors, employees, attorneys, and the ZMD Corporation.

11. *ZMD*: The term "ZMD" means the ZMD Corporation as listed by the State of Delaware as the corporate entity of Zoll Medical Corporation. The term also includes all persons under ZMD Corporation's control and ZMD Corporation's agents, affiliates, parents, subsidiaries, predecessors, employees, and attorneys.

12. *AED @ Home:* The term "AED @ Home" means the AED at Home Company. The term also includes all persons under AED @ Home's control and AED @ Home's agents, affiliates, parents, subsidiaries, predecessors, employees, attorneys..

13. *Fish & Richardson*: The term "Fish & Richardson" means the patent law firm of Fish & Richardson P.C. The term also includes all persons under Fish & Richardson's control

3

and Fish & Richardson's agents, affiliates, subsidiaries, predecessors, employees, attorneys.

14. *Herbst:* The term "Herbst LaZar Bell, Inc." means Herbst LaZar Bell, Inc., a Chicago design firm. The term also includes all persons under Herbst's control and Herbst's agents, affiliates, parents, subsidiaries, predecessors, employees, attorneys.

15. *Cardiac Science:* The term "Cardiac Science" means the Cardiac Science, Inc., a California defibrillator manufacturer that enjoys several cross-license patent agreements with Zoll. The term also includes all persons under Cardiac Science's control and Cardiac Science's agents, affiliates, subsidiaries, predecessors, employees, attorneys.

16. *Packer:* The term "Packer" means Richard A. Packer, President and Chief Executive Officer of Zoll. The term also includes all persons under Packer's control and Packer's agents, affiliates, subsidiaries, predecessors, employees, and attorneys.

17. *Freeman:* The term "Freeman" means Gary Freeman, VP Clinical Affairs of Zoll. The term also includes all persons under Freeman's control and Freeman's agents, affiliates, subsidiaries, predecessors, employees, and attorneys.

18. *Pannozzo:* The term "Pannozzo" means Anthony Pannozzo, a past or present director of design for Herbst LaZar Bell, Inc., the Chicago design team that designed the AED Plus™ as a sub-contractor to Zoll. The term also includes all persons under Pannozzo's control and Pannozzo's' agents, predecessors, employees, and attorneys.

19. *AED Plus™:* The term "AED Plus" means an automatic external defibrillator developed by Zoll that uses a computer and computer software to provide CPR and resuscitation guidance capabilities.

20. *CodeNet Writer™:* The term "CodeNet Writer" means a computer software system developed by Zoll to time-stamp logged events and to synchronize rescue data providing clinicians with a complete and accurate timing of the entire cardiac arrest event including ABC (Airway, Breathing and Circulation).

21. *IrDA Port™:* The term "IrDA Port" means a wireless communications port between the AED Plus and a computer network. Zoll's CodeNet Writer™ software uses the IrDA Port™ as a conduit to transmit time-stamped logged events to Zoll's CodeNet Central™ data base to provide a history of the entire cardiac arrest event.

22. *CodeNet Central™:* The term "CodeNet Central" means a computer software system developed by Zoll to collect CodeNet Writer™ data for storage on a central electronic database that will furnish personal data and a complete history of the entire cardiac arrest event.

23. *CPR:* The term "CPR" means cardiopulmonary resuscitation, a means of saving lives developed by the American Heart Association and taught by the American Red Cross.

24. *CPR Prompt®:* The term "CPR Prompt" refers to a device invented by Hutchins that uses a simple 4-bit processor to guide rescuers through CPR procedures using voice prompting.

25. *Intellectual Properties:* The term "intellectual properties" refers to Hutchins': U.S. Patent No. Re.34,800; U.S. Patent No. 5,913,685; the registered trademarks CPR Prompt® and CPRNET®; Copyrights Txu-213-859 and Txu-210-208.

26. *Lee:* The term "Lee" means Attorney G. Roger Lee, a patent attorney who represents Zoll as a partner of Fish & Richardson, P.C. The term also includes all persons under Lee's control and Lee's agents, affiliates, predecessors, associates and attorneys.

27. *Agreement:* The term "agreement" means an agreement drawn by Attorney Lee on September 18, 2003 to obtain Hutchins' consent for Attorney Lee to evaluate the merits of Hutchins' patents and give Zoll counsel related to the value of Hutchins' patents.

28. *Microprocessor:* The term "microprocessor" means a computer contained on an integrated-circuit chip. Such a processor is interactive and is not confined to a specific purpose and can be programmed to do multiple tasks.

5

29. *Computer:* The Term "computer" means a programmable electronic device that can store, retrieve, and process data. (Merriam Webster Collegiate Dictionary, 11th edition)

30. *Date:* The term "date" means the exact day, month, and year, if ascertainable, or if not, the best approximation thereof.

31. *Or:* The term "or" in a series means both "and" and "or".

32. *And:* The term "and" encompasses both "and" and "or."

33. *Identify (with respect to natural persons):* When referring to a person, to "identify" means to state:

  A. the person's full name and title;

  B. present or last known address;

  C. the present or last known place of employment; and

  D. business and home telephone numbers if known to the answering party.

34. *Identify (with respect to documents):* When referring to documents, to "identify" means to produce the document or to state:

  A. type of document;

  B. general subject matter;

  C. date of the document; and

  D. all authors, addressees, and recipients.

35. The present tense includes the past and future tenses.

## REQUEST FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1

All documents and things respecting your answer that Zoll is not infringing and has not infringed on Hutchins' intellectual properties.

REQUEST FOR PRODUCTION NO. 2

All documents and things respecting your answer that Zoll is not infringing and has not infringed on Hutchins' Copyright No. Txu-213-859.

REQUEST FOR PRODUCTION NO. 3

All documents and things respecting your answer that Zoll is not infringing and has not infringed on Hutchins' Copyright No. Txu-210-208.

REQUEST FOR PRODUCTION NO. 4

All documents and things respecting your answer that Zoll is not infringing and has not infringed on Hutchins' Re-issue Patent No. Re.34,800.

REQUEST FOR PRODUCTION NO. 5

All documents and things respecting your answer that Zoll is not infringing and has not infringed on Hutchins' Patent No. 5,913,685.

REQUEST FOR PRODUCTION NO. 6

All documents and things respecting your answer that Zoll did not breach the Agreement between Hutchins and Zoll to mutually investigate the condition and value of Hutchins' intellectual properties using the services of Attorney Lee for the purpose of Zoll procuring licenses from Hutchins.

REQUEST FOR PRODUCTION NO. 7:

All accounting reports of sales, manufacturing and inventory respecting the distribution AED Plus units by Zoll since June 1, 2002

REQUEST FOR PRODUCTION NO. 8:

All accounting reports of sales, manufacturing and inventory respecting the distribution of CodeNet Writer™ software by Zoll since June 1, 2002

REQUEST FOR PRODUCTION NO. 9:

All accounting reports of sales, manufacturing and inventory respecting the distribution of *CodeNet Central*™ software by Zoll since June 1, 2002.

REQUEST FOR PRODUCTION NO. 10:

All documents, specifications and programming guides written by the Zoll's supplier of the main microprocessor that controls the AED Plus™.

REQUEST FOR PRODUCTION NO. 11:

All documents, patent applications, license agreements, memos or engineering studies between Zoll employees and/or outsiders regarding the addition of CPR voice and graphics prompting to automatic defibrillators.

REQUEST FOR PRODUCTION NO. 12:

All documents, patent applications, license agreements, memos or engineering studies between Zoll employees, Anthony Pannozzo and Herbst LaZar Bell, Inc., regarding the addition of CPR voice and graphics prompting to automatic defibrillators and the design of the *AED Plus*.

REQUEST FOR PRODUCTION NO. 13:

All documents and things respecting the relationship between Gary Freeman, VP Clinical Affairs of Zoll, and Hutchins.

REQUEST FOR PRODUCTION NO. 14:

All documents and things respecting the relationship between Richard A. Packer, President and Chief Executive Officer of Zoll, and Hutchins.

REQUEST FOR PRODUCTION NO. 15:

All documents and things respecting CPR voice and graphics prompting that have been communicated between Cardiac Science, Inc. and the Zoll Corporation since January 1, 2000

8

including Hutchins' intellectual properties, Patent No. Re. 34,800, Patent No. 5,913,685.

REQUEST FOR PRODUCTION NO. 16:

All documents and things respecting your assertion that Zoll has not and is not infringing on Hutchins' intellectual properties.

REQUEST FOR PRODUCTION NO. 17:

All documents and things respecting Zoll's assertion that the customary standards of due-diligence were used by Zoll prior to the manufacture and sale of the products: AED Plus™, CodeNet Writer™, and CodeNet Central™, to assure that these products would not infringe Hutchins' intellectual properties. These documents should include all communications between Zoll and Fish & Richardson.

REQUEST FOR PRODUCTION NO. 18:

All documents and things related to communications between Packer, Freeman and Attorney Lee regarding Hutchins' intellectual properties. These documents should include the evaluation of Hutchins' patents by Attorney Lee per the Agreement.

REQUEST FOR PRODUCTION NO. 19:

All documents and things related to the disclosure of Civil Litigation 04-30121-MAP contained in: (1) Zoll's annual report to stockholders, (2) Zoll's Quarterly and Annual Reports to the Security and Exchange Commission.

REQUEST FOR PRODUCTION NO. 20:

A copy of all packaging materials, instructions and sales and marketing materials currently being used by Zoll respecting the sale of AED Plus™, CodeNet Writer™, and CodeNet Central™.

REQUEST FOR PRODUCTION NO. 21

All documents and things related to Zoll's filing for patents for the products: AED Plus™, CodeNet Writer™, and CodeNet Central™.

9

REQUEST FOR PRODUCTION NO. 22

All documents and things related to Zoll's filing for copyrights for the products: AED Plus™, CodeNet Writer™, and CodeNet Central™.

*The Plaintiff*
Donald C. Hutchins, Pro Se

*[signature]*

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

Dated: February 23, 2005