UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>Plaintiff,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>Defendant. | Case No. 04-30121-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF JORDAN M. SINGER

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Jordan M. Singer as counsel for Defendant Zoll Medical Corporation in the above-captioned matter.

John C. Englander and John T. Bennett of Goodwin Procter LLP shall continue their appearance as counsel of record for Zoll Medical Corporation.

Dated: May 31, 2006

Respectfully submitted,

ZOLL MEDICAL CORPORATION

By its attorneys,

/s/ John T. Bennett
John C. Englander (BBO # 542532)
John T. Bennett (BBO #648464)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231

LIBA/1697035.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 31, 2006.

                                              /s/ John T. Bennett

LIBA/1697035.1