FILED
IN CLERK'S OFFICE

2006 JUN -6  P 3:46

U.S. DISTRICT CO...
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30121-MAP** |
| v. ) | |
| ) | |
| ZOLL MEDICAL CORPORATION ) | |
| ) | |
| Defendant ) | |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Donald C. Hutchins, ("Hutchins") hereby moves to extend the deadline for him to file a Notice of Appeal in response Defendant's Summary Judgment until June 23, 2006. As grounds for this motion, Hutchins states that Attorney Eugene Berman is acting as his agent in discussions with the Zoll Corporation with regard to a settlement of this action.

                                                Respectfully submitted

                                                The Plaintiff

                                                Donald C. Hutchins, Pro Se

Dated: June 6, 2006                            _____

                                                1047 Longmeadow Street
                                                Longmeadow, Massachusetts 01106
                                                (413) 567-0606
                                                (413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

    I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by First Class Mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: June 6, 2006

_____
Donald C. Hutchins