UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30121-MAP** |
| v. ) | |
| ) | |
| ZOLL MEDICAL CORPORATION ) | **NOTICE OF APPEAL** |
| ) | |
| Defendant ) | |

Notice is hereby given that Plaintiff, Donald C. Hutchins, in the above Civil Action No. 04-30121-MAP hereby respectfully appeals to the United States Court of Appeals for the First Circuit for review of this decision entered May 11, 2006 granting Defendant Zoll Medical Corporation's Motion for Summary Judgment.

Plaintiff's request for review is based in part on the fact Zoll did not meet the legal standard for Summary Judgment pursuant to Rule 60(b). Specifically, Zoll did not establish that there were no genuine issues as to any material fact for which it is entitled to judgment as a matter of law.

The Plaintiff, Hutchins relying on his pleadings, claim constructions, depositions, answers to interrogatories and admissions on file, together with affidavits of persons knowledgeable in the fields of cardiopulmonary resuscitation and electronic design did establish disputed facts showing that there are genuine triable issues.

In addition Plaintiff's request for review is based on grounds that Zoll failed to supply discovery pursuant the Rule 60(b) fraud. A Zoll product named the *AEDPRO®*

was introduced to market after the Complaint was filed in June of 2004. Zoll did not disclose to Hutchins the existence of this offending device in violation of federal Rules of Discovery. Nor did Zoll inform Hutchins that it was the Defendant in a parallel and ongoing federal patent infringement action entitled Parker v. Zoll. Parker and Hutchins have a cross license agreement that involves one of the Hutchins' patents for CPR voice prompting named in Civil Action 04-30121-MAP addressed in this Appeal.

The Court's Summary Judgment Memorandum of May 11, 2006 (Page 26) indicates that the lack of discovery related to the *AEDPRO®* and the fraudulent omission Parker v. Zoll of was prejudicial against Hutchins in the Court's Summary Judgment.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: June 9, 2006

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)


CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to Jordan M. Singer, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

Dated: June 9, 2006

_____
Donald C. Hutchins