## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : C.A. 04-30121-MAP

DONALD C. HUTCHINS

v.

ZOLL MEDICAL CORPORATION,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #'s   1 - 68

and contained in Volume(s)  I  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   June 9, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 12, 2006.

Sarah A Thornton, Clerk of Court

By:    /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

_____
Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    _____

O:\ClerksCertificate-COA.frm- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30121-MAP

Hutchins v. Zoll Medical Corp.
Assigned to: Judge Michael A Ponsor
Demand: $999,000
Cause: 28:1338 Patent Infringement

Date Filed: 06/22/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Donald C. Hutchins**

represented by **Donald C. Hutchins**
1047 Longmeadow Street
Longmeadow, MA 01106
413-734-2625
Fax: 413-739-4060
PRO SE

V.

**Defendant**

**Zoll Medical Corp.**

represented by **John T. Bennett**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email: jbennett@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Jordan M. Singer**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
*TERMINATED: 06/05/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT by Donald C. Hutching filed. Filing fee of $150.00 paid. Receipt number 305658. CF, LR 4.1, notice of lawsuit and waiver of service of summons to Pltf. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7) (Finn, Mary) (Entered: 06/22/2004) |
| 06/22/2004 | | Summons Issued as to Zoll Medical Corp.. (Finn, Mary) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/22/2004) |
| 07/12/2004 | | 2 | ANSWER to Complaint by Zoll Medical Corp..(Singer, Jordan) (Entered: 07/12/2004) |
| 07/12/2004 | | 3 | CORPORATE DISCLOSURE STATEMENT by Zoll Medical Corp.. (Singer, Jordan) (Entered: 07/12/2004) |
| 10/28/2004 | | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 12/9/2004 at 03:00 PM in Courtroom 1 before Honorable Michael A Ponsor; cc/cl. and Pltf. (Finn, Mary) (Entered: 10/28/2004) |
| 11/04/2004 | | 5 | Pltf's MOTION to Cont. the scheduling conf. set for 12/09/2004 at 3:00 P.M. to the following week by Donald C. Hutchins filed.(Finn, Mary) (Entered: 11/04/2004) |
| 11/04/2004 | | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Pltf's 5 Motion to cont. the scheduling conf. Scheduling conf. reset to 12/14/2004 at 2:30 P.M.; cc/cl. and Pltf. (Finn, Mary) (Entered: 11/04/2004) |
| 11/04/2004 | | | Set/Reset Hearings: Scheduling Conference reset to 12/14/2004 at 02:30 PM in Courtroom 1 before Honorable Michael A Ponsor. (Finn, Mary) (Entered: 11/04/2004) |
| 12/07/2004 | | 6 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Exhibit A -- Plaintiff's Local Rule 16.1(D)(3) Certification# 2 Exhibit B -- Defendant's Local Rule 16.1(D)(3) Certification)(Singer, Jordan) (Entered: 12/07/2004) |
| 12/16/2004 | | 7 | Judge Michael A Ponsor : PRETRIAL SCHEDULING ORDER entered. Plft. to provide his claim construction memorandum on the Deft. and the Court by 1/15/2005. Deft. to provide its claim construction memorandum to the Pltf. and Court by 3/01/2005. All non-expert discovery to be completed by 8/15/2005. Deft's motion for S/J due 9/15/2005. It may be filed earlier, but in this event the Pltf. will have no less than thirty days to reply. Assuming Deft's motion for S/J is filed in 9/15/2005, Pltf's opp. due 10/15/2005. The Def's reply due 10/25/2005. Matter to then be set for a hearing; cc/cl. and Pltf. (Finn, Mary) Modified on 1/11/2005 (Finn, Mary). (Entered: 12/16/2004) |
| 01/13/2005 | | 8 | Pltf's CLAIM CONSTRUCTION MEMORANDUM (United States Patent No. 5,913,685) by Donald C. Hutchins filed. (Attachments: # 1 # 2 Appendix and supporting Exhibits)(Finn, Mary) (Entered: 01/13/2005) |
| 02/02/2005 | | 9 | Pltf's discovery documents - EXHIBIT 13 in support of his 8 Claim Construction Memorandum by Donald C. Hutchins filed. (Attachments: # 1 Exhibit 13 - Patent File History) (Document not scanned due to its volume)(Finn, Mary) (Entered: 02/02/2005) |
| 03/02/2005 | | 10 | NOTICE by Zoll Medical Corp. *CLAIM CONSTRUCTION OF U.S. PATENT NO. 5,913,685* (Singer, Jordan) (Entered: 03/02/2005) |
| 03/02/2005 | | 11 | APPENDIX/EXHIBIT *to CLAIM CONSTRUCTION OF U.S. PATENT* |

| | | | |
|---|---|---|---|
| | | | *NO. 5,913,685* by Zoll Medical Corp.. (Attachments: # 1 Exhibit U.S. Patent No. 5,913,685# 2 Exhibit Selected pages from prosecution history of '685 patent# 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit)(Singer, Jordan) (Entered: 03/02/2005) |
| 03/25/2005 | | 12 | Plt's AMENDMENT CLAIM CONSTRUCTION MEMORANDUM (amendment to 8 Claim Construction Memorandum) for U.S. Patent No. 5,913,685 to include U.S. Patent No. Re. 34,8000 by Donald C. Hutchins filed. (Finn, Mary) (Entered: 03/28/2005) |
| 03/25/2005 | | 13 | Pltf's EXHIBIT C to his 12 AMENDMENT CLAIM CONSTRUCTION MEMORANDUM for U.S. Patent No. 5,913,685 to include U.S. Patent No. 34,800 by Donald C. Hutchins.(Document not scanned due to its volume and placed in the file) (Finn, Mary) (Entered: 03/28/2005) |
| 06/22/2005 | | 14 | Pltf's MOTION for Summary Judgment by Donald C. Hutchins filed. (Finn, Mary) (Entered: 06/22/2005) |
| 06/22/2005 | | 15 | Pltf's MEMORANDUM in Support of his 14 MOTION for Summary Judgment by Donald C. Hutchins filed. (Attachments: # 1 # 2 # 3 # 4) (Finn, Mary) (Entered: 06/22/2005) |
| 06/29/2005 | | 16 | NOTICE by Zoll Medical Corp. *CLAIM CONSTRUCTION OF U.S. PATENT NO. RE. 34,800* (Singer, Jordan) (Entered: 06/29/2005) |
| 06/29/2005 | | 17 | APPENDIX/EXHIBIT re 16 Notice (Other) *CLAIM CONSTRUCTION OF U.S. PATENT NO. RE. 34,800* by Zoll Medical Corp.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Singer, Jordan) (Entered: 06/29/2005) |
| 06/29/2005 | | 18 | Assented to MOTION for Extension of Time to July 20, 2005 to File Response/Reply as to 14 MOTION for Summary Judgment by Zoll Medical Corp..(Singer, Jordan) (Entered: 06/29/2005) |
| 07/05/2005 | | | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Deft's Assented to 18 Motion for Extension of Time to File Response to the Pltf's 14 MOTION for Summary Judgment. Deft's Responses due by 7/20/2005; cc/cl. and Pltf. (Finn, Mary) (Entered: 07/05/2005) |
| 07/18/2005 | | 19 | Opposition re 14 MOTION for Summary Judgment filed by Zoll Medical Corp.. (Singer, Jordan) (Entered: 07/18/2005) |
| 07/18/2005 | | 20 | MOTION for Summary Judgment by Zoll Medical Corp..(Singer, Jordan) (Entered: 07/18/2005) |
| 07/18/2005 | | 21 | STATEMENT of facts re 20 MOTION for Summary Judgment. (Singer, Jordan) (Entered: 07/18/2005) |
| 07/18/2005 | | 22 | Final MEMORANDUM in Support re 20 MOTION for Summary Judgment filed by Zoll Medical Corp.. (Singer, Jordan) (Entered: 07/18/2005) |
| 07/18/2005 | | 23 | AFFIDAVIT of Gary A. Freeman in Support re 20 MOTION for Summary Judgment filed by Zoll Medical Corp.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit B# 4 Exhibit C Part 1# 5 Exhibit C Part 2# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F)(Singer, Jordan) (Entered: 07/18/2005) |
| 07/18/2005 | 24 | AFFIDAVIT of Jordan M. Singer in Support re 20 MOTION for Summary Judgment filed by Zoll Medical Corp.. (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit A Part 3# 4 Exhibit A Part 4# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I Part 1# 13 Exhibit I Part 2# 14 Exhibit I Part 3# 15 Exhibit I Part 4# 16 Exhibit J# 17 Exhibit K)(Singer, Jordan) (Entered: 07/18/2005) |
| 07/28/2005 | 25 | Pltf's MOTION for Extension of Time to 8/16/2005 to resp. to the Deft's motion for S/J by Donald C. Hutchins filed.(Finn, Mary) (Entered: 07/28/2005) |
| 07/28/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Pltf's Assented to 25 Motion for Extension of Time to 8/16/2005 to resp. to the Deft's motion for S/J; cc/cl. and Pltf. (Finn, Mary) (Entered: 07/28/2005) |
| 07/28/2005 | | Set/Reset Deadlines as to 20 Deft's MOTION for Summary Judgment. Pltf's Response due by 8/16/2005. (Finn, Mary) (Entered: 07/28/2005) |
| 08/16/2005 | 26 | Pltf's Opposition to Deft. Zoll Medical Corporation's 20 MOTION for Summary Judgment by Donald C. Hutchins filed. (Attachments: # 1) (Finn, Mary) (Entered: 08/16/2005) |
| 08/16/2005 | 27 | Pltf's Memorandum in Opposition to Deft. Zoll Medical Corporation's 21 Statement of undisputed facts filed. (Finn, Mary) (Entered: 08/16/2005) |
| 08/29/2005 | 28 | Judge Michael A Ponsor : Electronic ORDER entered. REFERRING MOTION 14 MOTION for Summary Judgment filed by Donald C. Hutchins,, 20 MOTION for Summary Judgment filed by Zoll Medical Corp., to Magistrate Judge Kenneth P. Neiman(French, Elizabeth) (Entered: 08/30/2005) |
| 08/31/2005 | 29 | MOTION for Leave to File *Reply Brief* by Zoll Medical Corp..(Singer, Jordan) (Entered: 08/31/2005) |
| 08/31/2005 | 30 | REPLY to Response to Motion re 20 MOTION for Summary Judgment filed by Zoll Medical Corp.. (Singer, Jordan) (Entered: 08/31/2005) |
| 08/31/2005 | 31 | Pltf's MEMORANDUM in Opposition to the Deft's 29 MOTION for Leave to File *Reply Brief* by Donald C. Hutchins filed. (Finn, Mary) (Entered: 08/31/2005) |
| 08/31/2005 | | Judge Michael A Ponsor : ENDORSEDORDER entered granting the Deft's 29 Motion for Leave to File a reply brief re: their motion for S/J; cc/cl. and Pltf. (Finn, Mary) (Entered: 08/31/2005) |
| 08/31/2005 | | Motions No Longer Referred to Magistrate Judge: 14 MOTION for Summary Judgment, 20 MOTION for Summary Judgment (French, Elizabeth) (Entered: 08/31/2005) |

| 09/15/2005 | 32 | MOTION to Schedule a Markman Hearing filed by Donald C. Hutchins. (Healy, Bethaney) (Entered: 09/15/2005) |
|---|---|---|
| 09/15/2005 | 33 | MEMORANDUM in Support re 32 MOTION to Schedule a Markman Hearing filed by Donald C. Hutchins. (Healy, Bethaney) (Entered: 09/15/2005) |
| 09/29/2005 | 34 | Opposition re 32 MOTION for Hearing filed by Zoll Medical Corp.. (Attachments: # 1 Exhibit A)(Singer, Jordan) (Entered: 09/29/2005) |
| 10/07/2005 | 35 | Pltf's MOTION for Leave to File to file a reply brief to Deft. Zoll Medical's reply in support of their motion for S/J by Donald C. Hutchins filed.(Finn, Mary) (Entered: 10/07/2005) |
| 10/07/2005 | | Judge Michael A Ponsor : ENDORSED ORDERR entered granting the Pltf's 35 Motion for Leave to File a reply brief; cc/cl. (Finn, Mary) Modified on 10/11/2005 (Finn, Mary). (Entered: 10/11/2005) |
| 10/11/2005 | 36 | Pltf's Memorandum of Law in resp. (controverting) the Deft's 30 Reply in support of its motion for S/J by Donald C. Hutchins filed. (Attachments: # 1 # 2)(Finn, Mary) (Entered: 10/11/2005) |
| 10/11/2005 | 37 | Pltf's MOTION for Leave to File a reply memorandum to the Deft's opp. to his motion for a Markman hearing by Donald C. Hutchins filed.(Finn, Mary) (Entered: 10/11/2005) |
| 10/12/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Pltf's 37 Motion for Leave to File a reply brief re: his motion for a Markman hearing; cc/cl. and Pltf. (Finn, Mary) Modified on 10/12/2005 to delete the word "ORDER"(Finn, Mary). (Entered: 10/12/2005) |
| 10/12/2005 | 38 | Pltf's REPLY to Response to Motion and in support of his 32 MOTION for a Markman Hearing by Donald C. Hutchins filed. (Attachments: # 1) (Finn, Mary) (Entered: 10/12/2005) |
| 10/25/2005 | 39 | MOTION to Strike *Affidavit of Robert W. Jeffway* by Zoll Medical Corp.. (Singer, Jordan) (Entered: 10/25/2005) |
| 10/27/2005 | 40 | NOTICE of Hearing on Motion 32 MOTION for Hearing, 14 MOTION for Summary Judgment, 39 MOTION to Strike *Affidavit of Robert W. Jeffway*, 20 MOTION for Summary Judgment: Motion Hearing set for 2/22/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/27/2005) |
| 10/28/2005 | 41 | Pltf's Opposition to the Deft's 39 MOTION to Strike *Affidavit of Robert W. Jeffway* by Donald C. Hutchins filed. (Finn, Mary) (Entered: 10/28/2005) |
| 10/28/2005 | 42 | Pltf's MOTION for Leave to File Instanter Clarification Brief by Donald C. Hutchins filed.(Finn, Mary) (Entered: 10/28/2005) |
| 10/31/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 42 Motion for Leave to File Instanter Clarification Brief. cc/cl (Lindsay, Maurice) (Entered: 11/01/2005) |

| 10/31/2005 | ●43 | CLARIFICATION BRIEF by Donald C. Hutchins. (Lindsay, Maurice) (Entered: 11/01/2005) |
|---|---|---|
| 01/12/2006 | ●44 | Pltf's MOTION to Transfer Case to the Eastern Division of the U.S. District Court by Donald C. Hutchins filed.(Finn, Mary) (Entered: 01/12/2006) |
| 01/12/2006 | ●45 | Pltf's MEMORANDUM in Support of his 44 MOTION to Transfer Case to the Eastern Division of the U.S. District Court by Donald C. Hutchins filed. (Finn, Mary) (Entered: 01/12/2006) |
| 01/17/2006 | ● | Judge Michael A Ponsor : ENDORSED ORDER entered denying 44 Motion to Transfer Case. cc/cl (Lindsay, Maurice) (Entered: 01/18/2006) |
| 01/30/2006 | ●46 | Pltf's MOTION to allow Media coverage subject to the constraints of L.R. 83.3.1 by Donald C. Hutchins filed.(Finn, Mary) (Entered: 01/30/2006) |
| 01/30/2006 | ●47 | Pltf's MEMORANDUM in Support of his 46 MOTION for media coverage by Donald C. Hutchins filed. (Finn, Mary) (Entered: 01/30/2006) |
| 01/31/2006 | ● | Judge Michael A Ponsor : ENDORSED ORDER entered denying 46 Motion to allow media coverage subject to the constraints of local rule 83.3.1. DENIED. Court proceedings are open, and all persons including media representatives are welcome. The court, however, does not permit photographing, recording or broadcasting. cc/cl (Lindsay, Maurice) (Entered: 01/31/2006) |
| 02/07/2006 | ●48 | MOTION to Schedule Jury Trial by Donald C. Hutchins.(Stuckenbruck, John) (Entered: 02/07/2006) |
| 02/07/2006 | ●49 | MEMORANDUM in Support re 48 MOTION to Schedule Jury Trial filed by Donald C. Hutchins. (Stuckenbruck, John) (Entered: 02/07/2006) |
| 02/17/2006 | ●51 | LETTER - MOTION Permission to bring laptop computer and AED battery operated device by Zoll Medical Corp. (Atty Jordan Singer) APPROVED BY COURT - COPIES OF ENDORSED LETTER CIRCULATED TO SECURITY(French, Elizabeth) (Entered: 02/21/2006) |
| 02/21/2006 | ●50 | Opposition re 48 MOTION for Hearing *to Schedule Jury Trial* filed by Zoll Medical Corp.. (Singer, Jordan) (Entered: 02/21/2006) |
| 02/21/2006 | ● | Judge Michael A Ponsor : Electronic ORDER entered granting 51 Motion - Copies distributed to Security/lobby and CSO's Court (French, Elizabeth) (Entered: 02/21/2006) |
| 02/27/2006 | ●52 | Ptf's MOTION for Leave to File Brief by Donald C. Hutchins. (Attachments: # 1 Proposed Brief# 2 Exhibit 1 to (Prop Brief)# 3 Exhibit 2 to (Prop Brief)# 4 Exhibit 3 to (Prop Brief)# 5 Exhibit 4 to (Prop Brief))(Lindsay, Maurice) (Entered: 02/27/2006) |
| 02/28/2006 | ● | Judge Michael A Ponsor : ENDORSED ORDER entered granting 52 |

|  |  |  |
|---|---|---|
|  |  | Motion for Leave to File Reply Brief. cc/cl (Lindsay, Maurice) (Entered: 03/01/2006) |
| 02/28/2006 | 53 | Ptf's BRIEF Controverting Dft's Arguments at the 2/22/06 Motion Hearing by Donald C. Hutchins. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Lindsay, Maurice) (Entered: 03/01/2006) |
| 03/06/2006 | 54 | Pltf's MOTION to Amend 1 Complaint to include additional infringing devices brought to market by the Deft. by Donald C. Hutchins filed. (Entered: 03/06/2006) |
| 03/13/2006 | 55 | MOTION to Strike 53 Brief *Or, in the Alternative, Response to Same* by Zoll Medical Corp..(Singer, Jordan) (Entered: 03/13/2006) |
| 03/20/2006 | 56 | Opposition re 54 MOTION to Amend 1 Complaint filed by Zoll Medical Corp.. (Singer, Jordan) (Entered: 03/20/2006) |
| 03/22/2006 | 57 | Pltf's MOTION to Compel discovery form the Deft. by Donald C. Hutchins filed. (Attachments: # 1 Exhibit A)(Finn, Mary) (Entered: 03/22/2006) |
| 03/29/2006 | 58 | Judge Michael A Ponsor : ORDER REGARDING PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND OTHER MISCELLANEOUS RELIEF entered: denying 32 Motion for Hearing, denying 39 Motion to Strike, denying 48 Motion for Hearing, denying 54 Motion to Amend, denying 55 Motion to Strike, denying 57 Motion to Compel, denying 14 Motion for Summary Judgment, and granting Dft's 20 Motion for Summary Judgment. A memorandum will issue shortly setting forth in detail the court's reasons for these rulings, no judgment will enter pending issuance of this memorandum. See the attached order for complete details. cc/cl (Lindsay, Maurice) Maurice). (Entered: 03/29/2006) |
| 05/11/2006 | 59 | Judge Michael A Ponsor : MEMORANDUM re: Parties' motions for S/J and other miscellaneous relief entered. On March 29, 2006, this Court: (1) denied Pltf's motion for S/J - 14, (2) allowed Deft's motion for S/J - 20, (3) denied Pltf's motion to schedule a Markman Hearing - 32, (4) denied, as moot, Deft's motion to strike the Jeffway Affidavit - 39; (5) denied Pltf's motion to schedule a jury trial - 48; (6) denied Pltf's motion to amend his complaint - 54; (7) denied Pltf's moiton to compel discovery - 57; and (8) denied, as moot, Deft's motion to strike Pltf's post-hearing brief - 55. The clerk is ordered to enter judgment for Deft. on all counts. Case may now be closed; cc/cl. and Pltf. (Attachments: # 1 part 2 - Memorandum)(Finn, Mary) (Entered: 05/11/2006) |
| 05/11/2006 | 60 | Judge Michael A Ponsor : JUDGMENT entered for the Deft. on all counts pursuant to the Memorandum of the Court entered this date granting the Deft's motion for S/J and denying the Pltf's motion for S/J; cc/cl.(Finn, Mary) (Entered: 05/11/2006) |
| 05/23/2006 | 61 | Pltf's MOTION for Reconsideration (for relief from S/J) re 59 Memorandum & ORDER, 60 Judgment dated 5/11/2006 by Donald C. Hutchins filed.(Finn, Mary) (Entered: 05/23/2006) |

| 05/23/2006 | 62 | Pltf's MEMORANDUM in Support of his 61 MOTION for Reconsideration (for relief from S/J) re 59 Memorandum & Order, 60 Judgment dated 5/11/2006 by Donald C. Hutchins filed.(Finn, Mary) (Finn, Mary) (Entered: 05/23/2006) |
| 05/24/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Jordan Singer. The ECF Help Desk has contacted the law firm, who advised that the attorney is no longer employed by the firm. The attorney's email address has been removed from the ECF database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 05/24/2006) |
| 05/25/2006 | 63 | Pltf's MOTION for relief from judgment related to Suppression of discovery pursuant to Rule 60(b), Fraud re 60 Judgment of dismissal by Donald C. Hutchins filed.(Finn, Mary) (Entered: 05/25/2006) |
| 05/25/2006 | 64 | Pltf's MEMORANDUM in Support of his 63 MOTION for relief from judgment related to Suppression of discovery pursuant to Rule 60(b), Fraud re 60 Judgment of dismissal by Donald C. Hutchins filed.(Finn, Mary) Additional attachment(s) added on 5/26/2006 (Finn, Mary). (Entered: 05/25/2006) |
| 05/30/2006 | 65 | NOTICE of Appearance by John T. Bennett on behalf of Zoll Medical Corp. (Bennett, John) (Entered: 05/30/2006) |
| 05/31/2006 | 66 | NOTICE of Withdrawal of Appearance by John T. Bennett (Notice of Withdrawal of Appearance of Jordan M. Singer) (Bennett, John) (Entered: 05/31/2006) |
| 05/31/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 63 Motion for Relief from judgment related to suppression of discovery pursuant to rule 60 (b) Fraud. cc/cl (Lindsay, Maurice) (Entered: 05/31/2006) |
| 05/31/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 61 Motion for Relief from summary judgment pursuant to rule 60 (b). cc/cl (Lindsay, Maurice) (Entered: 05/31/2006) |
| 06/05/2006 | | Notice of correction to docket made by Court staff. Correction: Withdrawal of Appearance of Atty. Singer corrected because: Withdrawal was filed by co-counsel, not attorney who was withdrawing his appearance. (Stuckenbruck, John) (Entered: 06/05/2006) |
| 06/06/2006 | 67 | Pltf's MOTION for Extension of Time to 6/23/2006 to to file his notice of appeal in resp. to the Deft's motion for S/J by Donald C. Hutchins filed. (Finn, Mary) (Entered: 06/07/2006) |
| 06/07/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Pltf's 67 Motion for Extension of Time to 6/23/2006 to file his notice of appeal in resp. to the Deft's motion for S/J; cc/cl. and Pltf. (Finn, Mary) (Entered: 06/07/2006) |
| 06/09/2006 | 68 | Pltf's NOTICE OF APPEAL as to 59 Memorandum & Order, 60 Judgment by Donald C. Hutchins filed. Filing fee of $455.00 paid. |

| | | |
|---|---|---|
| | | Receipt number 306292. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/29/2006. (Finn, Mary) (Entered: 06/09/2006) |