# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name ___**Hutchins v. Zoll Medical Corp.**___
District Court Case No. ___**04-30121-MAP**___  District of ___**Massachusetts**___
Date Notice of Appeal filed ___**June 9, 2006**___  Court of Appeals Case No. _____
Form filed on behalf of ___**Donald C. Hutchins**___

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter ___**Alice Moran**___
Phone Number of Reporter ___**413-731-0086**___

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☒ | Findings of Fact/Conclusions of Law | Summary Judgment Hearing - Feb. 22, 2006 |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify) _____ | |
| ☐ | Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name ___**Donald C. Hutchins, Pro Se**___  Filer's Signature _____
Firm/Address ___**1047 Longmeadow Street, Longmeadow, MA 01106**___
Telephone number ___**413-781-6280**___  Date mailed to court reporter ___**Delivered to clerk - 6/13/06**___

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)  SEE INSTRUCTIONS ON REVERSE