# United States Court of Appeals
## For the First Circuit

04-30121

No. 06-1917

DONALD C. HUTCHINS,

Plaintiff, Appellant,

v.

ZOLL MEDICAL CORP.,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Selya and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 24, 2006

This appeal is transferred to the United States Court of Appeals for the Federal Circuit.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[Certified Copies: Jan Horbaly, Clerk Federal Court, Sarah Thornton, Clerk USDC of MA]

[cc: Donald C. Hutchins, John T. Bennett, Jordan M. Singer, John C. Englander, Esq. ]

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

July 24, 2006

Jan Horbaly, Clerk
US Court of Appeals for the Federal Circuit
717 Madison Place N.W.
Washington, DC 20439

RE: **06-1917, Hutchins v. Zoll**

Dear Clerk Horbaly:

   This Court today entered a judgment transferring the above-entitled case to the United States Court of Appeals for the Federal Circuit. Enclosed please find the following:

   1. The case file containing all of the proceedings including a certified copy of the judgment of transfer;

   2. A certified copy of the docket entries in this case;

   3. The original district court record;

   Please acknowledge receipt of this letter on the enclosed copy and return to me.

Sincerely,

Marilyn Camargo
Case Manager
US Court of Appeals
for the First Circuit
(617) 748-9026

Enclosures

[cc: Donald C. Hutchins, John T. Bennett, Jordan M. Singer, John C. Englander, Esq., Sarah Thornton, Clerk of the US District Court for the District of Massachusetts ]