UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
**DONALD C. HUTCHINS,**               )
                                      )
              **Plaintiff,**          )
**vs.**                               )  CASE NO.04-cv-30121-MAP
                                      )
**ZOLL MEDICAL CORP.,**               )
                                      )
              **Defendant.**          )
_____)

### NOTICE OF APPEARANCE

NOW COMES, Mark H. Bluver, Esquire of Shatz, Schwartz And Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as Counsel to the Chapter 7 Trustee in the Bankruptcy Estate of Donald Clarke Hutchins (Case No. 07-41459-HJB) and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to Mark H. Bluver, as Counsel to the Chapter 7 Trustee in the Bankruptcy Estate of Donald Clarke Hutchins.

                              Mark H. Bluver, as Counsel
                              to the Trustee in The Bankruptcy
                              Estate of Donald Clarke Hutchins


Dated: August 6, 2007        By:   /S/   Mark H. Bluver, Esq.
                              Mark H. Bluver, Esquire
                              BBO#: 560330
                              Shatz, Schwartz and Fentin, PC
                              1441 Main Street, Suite 1100
                              Springfield, MA  01103
                              mbluver@ssfpc.com
                              (413) 737-1131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
                                   )
                                   )
**DONALD C. HUTCHINS,**             )
                                   )
              **Plaintiff,**        )   CASE NO.04-cv-30121-MAP
**vs.**                             )
                                   )
**ZOLL MEDICAL CORP.,**             )
                                   )
              **Defendant.**        )
_____)

**CERTIFICATE OF SERVICE**

    I, Mark H. Bluver, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certifies that on the 6th day of August, 2007, I served a copy of the foregoing, Notice of Appearance, via electronic and/or regular U.S. Mail, postage pre-paid to the following parties:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106

John T. Bennett, Esquire
Jordan M. Singer, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

                                      By:___/s/ Mark H. Bluver_____
                                          Mark H. Bluver, Esquire

07\0252\Hutchins v. Zoll\Appearance.MHB.04