UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**DONALD C. HUTCHINS,**             )
                                   )
               **Plaintiff,**       )
vs.                                )   <u>**CASE NO.04-cv-30121-MAP**</u>
                                   )
**ZOLL MEDICAL CORP.,**             )
                                   )
               **Defendant.**       )
_____)

## NOTICE OF APPEARANCE

   NOW COMES, Steven Weiss, Esquire of Shatz, Schwartz And Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as Trustee to the Bankruptcy Estate of Donald Clarke Hutchins (Case No. 07-41459-HJB) and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to Steven Weiss, Esquire as Trustee to the Bankruptcy Estate of Donald Clarke Hutchins.

                              Steven Weiss as Trustee for
                              The Bankruptcy Estate of
                              Donald Clarke Hutchins

Dated: August 6, 2007     By:  /S/  Steven Weiss
                              Steven Weiss, Esquire
                              Shatz, Schwartz and Fentin, PC
                              1441 Main Street, Suite 1100
                              Springfield, MA  01103
                              sweiss@ssfpc.com
                              (413) 737-1131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**DONALD C. HUTCHINS**,              )
                                    )
              **Plaintiff**,         )
vs.                                 )   <u>**CASE NO.04-cv-30121-MAP**</u>
                                    )
                                    )
**ZOLL MEDICAL CORP.**,              )
                                    )
              **Defendant**.         )
_____)

### <u>CERTIFICATE OF SERVICE</u>

    I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 6th day of August, 2007, I served a copy of the foregoing, <u>Notice of Appearance</u>, via electronic and/or regular U.S. Mail, postage pre-paid to the following parties:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106

John T. Bennett, Esquire
Jordan M. Singer, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

                                            By:___/s/ Steven Weiss_____
                                                Steven Weiss, Esquire
                                                BBO#: 545619
                                                Shatz, Schwartz and Fentin, PC
                                                1441 Main Street, Suite 1100
                                                Springfield, MA  01103
                                                sweiss@ssfpc
                                                (413) 737-1131

07\0252\Hutchins v. Zoll\Appearance.SW.04