UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
 STEVEN WEISS, TRUSTEE              )
                                    )
            PLAINTIFF,              ) CASE NO.: 04-30121-MAP
vs.                                 )
                                    )
 ZOLL MEDICAL CORPORATION,          )
                                    )
            DEFENDANT.              )
_____ )

## NOTICE OF APPEARANCE

To the Clerk:

    NOW COMES, Steven Weiss, Esquire of Shatz, Schwartz And Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as Trustee to the Debtor, Donald C. Hutchins, and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to him at the address listed below.

                              Respectfully submitted,

                              SHATZ, SCHWARTZ AND FENTIN, P.C.

                          By:  /S/ Steven Weiss
                                Steven Weiss, Esquire
                                BBO #: 545619
                                1441 Main Street – Suite 1100
                                Springfield, MA  01103
                                (413) 737-1131

Dated: April 16, 2008

**CERTIFICATE OF SERVICE**

    I, Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 16th day of April, 2008, a copy of the foregoing, Notice of Appearance was mailed postage pre-paid to:

Mr. Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA 01103

John C. Englander, Esquire
John T. Bennett, Esquire
Goodwin Procter, LLP
Exchange Place
Boston, MA  02109
(Zoll Medical Corp.)

Louis S. Robin, Esq.
Fitzgerald, O'Brien & Robin
1200 Converse Street
Longmeadow, MA 01106

                                                /S/ Steven Weiss
                                                Steven Weiss, Esquire

U69\APPEARANCES\Appearance.DISTRICT.TRUSTEE vs HUTCHINS.ZOLL.2