UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>    Plaintiff,<br><br>        v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>    Defendant. | CASE NO. 04-30121-MAP |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby jointly stipulated by Steven Weiss, the Chapter 7 bankruptcy trustee of Plaintiff Donald C. Hutchins, and Defendant Zoll Medical Corporation, that the present cause and all claims that have been brought or could have been brought in this action by either party are in all respects dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each of the parties hereto shall bear its own costs and attorney's fees incurred in this action without right of appeal.

LIBA/1879920.1

| | |
|---|---|
| Respectfully submitted, | STEVEN WEISS, as Chapter 7 Trustee of |
| ZOLL MEDICAL CORPORATION | DONALD C. HUTCHINS |
| By its attorneys, | By its attorneys, |
| s/John T. Bennett | s/Steven Weiss |

Respectfully submitted,

ZOLL MEDICAL CORPORATION

By its attorneys,

s/John T. Bennett
_____
John C. Englander (BBO # 542532)
John T. Bennett (BBO #648464)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

April 23, 2008


Dated:  _____

STEVEN WEISS, as Chapter 7 Trustee of
DONALD C. HUTCHINS

By its attorneys,

s/Steven Weiss
_____
Steven Weiss, Esq.
Shatz, Schwartz & Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
sweiss@ssfpc.com



SO ORDERED:


_____
Honorable Michael A. Ponsor
United States District Court Judge

LIBA/1879920.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via Federal Express to those indicated as non-registered participants on April 23, 2008.

      /s/ John T. Bennett